UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., d/b/a BUTTERFLY LABS, a Wyoming corporation; DARLA DRAKE, an individual; NASSER GHOSEIRI, an individual; and SONNY VLEISIDES, an individual.<br><br>    Defendants. | CASE NO. 4:14-CV-00815-BCW |

## ORDER

Plaintiff Federal Trade Commission ("FTC") has moved for an order temporarily sealing the entire case file and docket in this matter, including all pleadings, exhibits, and other papers filed in support thereof, and all orders of the Court. Upon consideration of Plaintiff's e*x parte* Motion to Temporarily Seal the Case File and suggestions filed in support thereof, this Court finds good cause to seal temporarily the case file and docket in this case, and hereby GRANTS Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint, TRO Motion, and related pleadings shall be filed under seal, and that the entire case file and docket in this matter, including all pleadings, exhibits, and all orders of the Court shall remain under seal until all Defendants have been served, or until 5:00 p.m. on September 22, 2014, whichever occurs first.

**IT IS FURTHER ORDERED** that while the case file remains sealed, the Clerk of the Court shall make no publicly available notation of the aforementioned materials on the public record or PACER system.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, the seal entered by this order shall dissolve at 5:00 p.m. on September 22, 2014. At that time, the Clerk of the Court shall automatically lift the seal without motion by the FTC or further order by the Court. This Order shall not be construed to prohibit service or other disclosure by the FTC, or those acting at the FTC's direction, of the Temporary Restraining Order and Order to Show Cause, and any papers filed in support thereof to: (1) the parties; (2) non-party financial institutions that may be holding Defendants' assets; or (3) any domestic or foreign law enforcement agency.

**SO ORDERED**, this 17th day of September, 2014.

    /s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT