UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, *et al.*,<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

**PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER
WITH ASSET FREEZE, APPOINTMENT OF RECEIVER,
LIMITED EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**(FILED UNDER SEAL)**

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), having filed its Complaint in this matter for a permanent injunction and other equitable relief, including equitable monetary relief for consumers injured by Defendants' unlawful practices, moves this Court for an *ex parte* Temporary Restraining Order, asset freeze, appointment of receiver, limited expedited discovery, and an order to show cause why a preliminary injunction should not issue. The proposed order is attached hereto as Attachment 1. This Court is authorized to grant the requested relief by Sections 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), and Federal Rule of Civil Procedure 65(b).

In support of its motion, the Commission respectfully refers the Court to its "Suggestions in Support of its Motion for a Temporary Restraining Order with Asset Freeze, Appointment of

Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue," and Plaintiff's exhibits PX01-PX3 filed in support therein. As discussed in the Commission's Suggestions, Defendants have violated Section 5(a) of the FTC Act.

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: September 17, 2014

___/s/Helen Wong_____
Helen P. Wong, DC Bar # 997800
Teresa Kosmidis, NY Bar # 4533824
Leah Frazier, DC Bar # 492540
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
202-326-3768 (facsimile)
E-mail: hwong@ftc.gov
E-mail: tkosmidis@ftc.gov
E-mail: lfrazier@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: September 17, 2014

 /s/ Charles M. Thomas
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone:  (816) 426-3130
Facsimile:   (816) 426-3165
E-mail:        charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2