# PX
# 1

# DECLARATION OF ELIZABETH T. HAN

## PURSUANT TO 28 U.S.C. § 1746

I, Elizabeth T. Han, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify competently as follows:

1.     I am a citizen of the United States and over the age of eighteen (18) years old. I am employed as an investigator with the Federal Trade Commission ("FTC") in the Division of Financial Practices. My office address is 600 Pennsylvania Avenue, N.W., CC 10232, Washington, D.C., 20580.

2.     I began working at the FTC in June 2013. My responsibilities include investigating suspected violations of consumer protection laws. In the normal course of carrying out my investigative responsibilities, I regularly use Internet search engines, electronic databases, spreadsheet software, and a variety of other software-based investigative and organizational tools. I regularly review a variety of records, including bank, domain, and telecom records, engaging in analysis for indicators of fraudulent activity. I am also a Certified Fraud Examiner ("CFE"), a certification first obtained in February 2012. To become a CFE, I had to pass an exam which tested four subject areas: (1) fraud prevention and deterrence; (2) fraudulent financial transactions; (3) fraud investigations; and (4) legal elements of fraud.

3.     Prior to working at the FTC, I was an investigator with the U.S. Department of Commerce – Office of Inspector General (OIG), for almost three years. My responsibilities for OIG included investigating contract and procurement fraud, grant fraud, serious employee misconduct, and gross mismanagement. In the normal course of

carrying out my investigative responsibilities, I regularly used Internet search engines, electronic databases, and spreadsheet software. I also regularly reviewed financial documents, including contract and grant documents, engaging in analysis for indicators of fraudulent activity.

4.      At the FTC, I was assigned to the investigation of the defendants named in the complaint that the FTC has filed herewith. The defendants include one company:  BF Labs, Inc. d/b/a Butterfly Labs ("Butterfly Labs"), and three individuals: Darla Drake a/k/a Jody Drake ("Drake"), Nasser Ghoseiri ("Ghoseiri"), and Sonny Vleisides ("Vleisides") (collectively referred to as "Defendants"). Drake, Ghoseiri, and Vleisides, will be referred to separately as "Individual Defendants."


**Corporate Records**

5.      During the investigation, the FTC obtained certified corporate records pertaining to Butterfly Labs from Wyoming, Kansas, and Missouri. Below is a table that identifies those records by state of organization, entity, document, and filer or signer.

| State | Company Name | Document | Filer | Attachment |
|-------|--------------|----------|-------|------------|
| Kansas | BF Labs Inc. | Foreign For-Profit Application | Darla Jo Drake | A |
| Missouri | BF Labs Inc. | Foreign For-Profit application | Darla Jo Drake | B |
| Wyoming | BF Labs Inc. | Reinstatement After Administrative Dissolution | Sonny Vleisides | C |

True and correct copies of these records, accompanied by statements from state authorities authenticating the records are attached here as **Attachments. ("Atts.") A-C**.

**Domain Registration Data**

6.      In the course of this investigation, the FTC issued civil investigative demands to Domains By Proxy, LLC and GoDaddy.com, LLC for domain registration records for Butterfly Labs' website, www.butterflylabs.com. GoDaddy.com, LLC is an internet domain name registrar, and Domains By Proxy, LLC provides private domain registration to GoDaddy.com LLC customers.

7.      On February 18, 2014, I received and reviewed the domain registration records provided by GoDaddy.com, LLC and Domains by Proxy, LLC. The records reveal that www.butterflylabs.com was created on August 16, 2009, and is currently registered to Christine Page, Butterfly Labs, in Kansas City, MO. A true and correct copy of the butterflylabs.com domain registration record produced by GoDaddy.com LLC, along with a certificate of authenticity is attached here as **Att. D**.


**Butterfly Labs' Website Representations**

8.      In the course of this investigation, I visited and reviewed Butterfly Labs' website. I observed that Butterfly Labs used its website (https://www.butterflylabs.com) as the primary means of advertising and selling their products to consumers. Butterfly Labs changed the content on the order page of the website numerous times. I reviewed prior versions of the Butterfly Labs website, particularly of the order pages, by viewing stored captures of the Butterfly Labs website maintained by Google cache[1] and the Internet

---

[1] Google operates a service whereby they temporarily store a copy of a webpage as it appeared on a certain date; these copies are named web "caches."

Archive's site, the "Wayback Machine."[2] I used Adobe Acrobat Software to preserve in PDF format the pages I viewed.

9. Butterfly Labs' website includes a page for "Management" which lists Defendants Ghoseiri, Vleisides, and Drake as members of the management team. Additionally, each member of the Management team has a biography page. True and correct copies of the Management page and the biography pages, as captured by the Internet Archive on July 9, 2014 and September 1, 2014, are attached here as **Att. E - F.** [3]

10. Butterfly Labs also maintains a forum on its website (https://forums.butterflylabs.com) to further describe its products and provide its customers with updates about product specifications and delivery date.

11. Butterfly Labs' website states that it manufactures "a line of high speed encryption processors" for use in bitcoin mining, research, telecommunication and security applications. Butterfly Labs markets and sells products to consumers through its website, www.butterflylabs.com, and has done so since at least September 2011. True and correct copies of Butterfly Labs' home page as captured by the Internet Archive on September 7, 2011, and August 10, 2014, are attached here as **Atts. G – H.**

12. Butterfly Labs' order page stated that the machine comes with a "Bitcoin block mining

---

[2] The Internet Archive is a non-profit organization founded in 1996 that administers an archive of over 408 billion websites, with the goal of preserving permanent access for researchers, historians, scholars, and the general public. The pages are captured on a sporadic schedule and not every version of Butterfly Labs' product page was captured. As a result, some of the reported information we have regarding Butterfly Labs' product offerings, such as pricing, cannot be supported by a corresponding website capture.

[3] As previously described, the Internet Archive preserved the Butterfly Labs website as it existed on particular dates in time. In the course of this investigation, we utilized the Internet Archive by downloading copies of the Butterfly Labs home, product, ordering, and forum pages as they were preserved on specific dates, and stored them as PDFs.

application." A true and correct copy of an order page as captured by the Internet Archive on April 20, 2012, is attached here as **Att. I.**

13.    Butterfly Labs also maintains a page which explains bitcoin mining, entitled "Bitcoin Mining" which explains mining as a process that gets more difficult with time. A true and correct copy of the Bitcoin Mining page as captured by Google Cache on September 3, 2014, is attached here **Att. J.**

### *The BitForce Mining Machine*

14.    Beginning in June 2012, Butterfly Labs advertised for sale Application Specific Integrated Circuit ("ASIC") mining machines created with a 65 nm processor. A true and correct copy of the products page as captured by the Internet Archive on June 23, 2012, is attached here as **Att. K**.

15.    Defendants accepted payment via PayPal, Bitcoin, or wire transfer. A true and correct copy of the product order page reflecting these means of accepted payment as captured by the Internet Archive on June 29, 2012, is attached here as **Att. L.**

16.    In or around June 2012, Butterfly Labs' website advertised its line of 65 nm ASIC miners as the "BitForce." Prices for the BitForce machines varied according to the machines' processing power:

- The BitForce Jalepeno (3.5 GH/s) - $149

- The BitForce Single 'SC' (40 GH/s)  - $1,299

- The BitForce Mini Rig 'SC' (1000 GH/s) - $29,899

A true and correct copy of the product page as captured by the Internet Archive on June 29, 2012, is attached here as **Att. M.**

17. Butterfly Labs continued to advertise the BitForce products at those specifications with those prices for through the beginning of September 2012. True and correct copies of the products page as captured by the Internet Archive on September 20, 2012, is attached here as **Att. N**.

18. Around July 2012, Defendants posted a document entitled "Release Notes" on its product page, which addressed frequently asked questions, including "Will the BitForce SC product line REALLY come out in October?" A true and correct copy of the BitForce release notes as captured by the Internet Archive on July 4, 2012, is attached here as **Att. O**.

19. In late September 2012, Butterfly Labs posted on its online forum that the BitForce products would exceed the previously released product specifications. A true and correct copy of Butterfly Labs' September 29, 2012, forum post as captured by Google Cache on September 7, 2014, is attached here as **Att. P**.[4]

20. In October 2012, Butterfly Labs modified its product line and the prices for each machine to match their new specifications. The products options became:

   - The BitForce Jalapeno (4.5 GH/s) - $149

   - The BitForce 'Little' Single SC (30 GH/s)  - $649

   - The BitForce Single 'SC' (60 GH/s) - $1,299

   - The BitForce Mini Rig 'SC' (1500 GH/s) - $29,899

A true and correct copy of the product page as captured by the Internet Archive on October 5, 2012, is attached here as **Att. Q**.

---

[4] Similar to the Internet Archive, Google preserves snapshots of webpages as they exist on a particular day. In the course of this investigation, we utilized this service by downloading copies of the Butterfly Labs home, product, ordering, and forum pages as they were preserved on specific dates, and stored them as PDFs.

21.     Butterfly Labs continued to advertise the BitForce products at those specifications with those prices from October 2012 to February 2013. A true and correct copy of the product page as captured by the Internet Archive on February 16, 2013, is attached here as **Att. R**.

22.     Starting in September 2012, Butterfly Labs modified the Frequently Asked Questions ("FAQ") page on its website, reflecting a delayed delivery date, and advising that consumers could not get refunds until either the products began shipping, or January 1, 2013, whichever was earlier. A true and correct copy of the FAQ page as captured by the Internet Archive on September 4, 2012, is attached here as **Att. S**.

23.     On October 2, 2012, Butterfly Labs issued a statement on its forum that it would not deliver any BitForce 'SC' miners in October. A true and correct copy of the forum post from "BFL_Jody"[5]  as stored by Google Cache on April 23, 2014, is attached here as **Att. T**.

24.     In October 2012, Butterfly Labs modified its website to change the shipment date for BitForce SC machines to November 2012. A true and correct copy of the products page as captured by the Internet Archive on October 21, 2012, is attached here as **Att. U**.

25.     On October 29, 2012, Butterfly Labs announced on its forum that it had not shipped any of the BitForce SC machines. A true and correct copy of the forum post from "BFL_Josh" as stored by Google Cache on April 13, 2014, is attached here as **Att. V**.

26.     On November 27, 2012, Butterfly Labs announced on its forum that there would be no BitForce SC machines shipped in November, and that production had been delayed because some parts had not yet arrived. A true and correct copy of the forum post from

---

[5] Based on the management page from Butterfly Labs' website, we believe BFL_Jody is Jody Drake, General Manager. http://butterflylabs.com/management-view/jody-drake-7/ (last visited September 9, 2014). Based on information obtained in this investigation, Jody Drake is an alias for Defendant Darla "Jo" Drake.

"BFL_Jody" as stored by Google Cache on April 9, 2014, is attached here as **Att. X**.

27.     In December 2012, Butterfly Labs again changed the delivery estimate for the BitForce SC machines. Butterfly Labs' homepage stated that the machines would ship in February 2013. However, the order page for the machine provided an anticipated December 2012 or January 2013 ship date. True and correct copies of the homepage and the order pages as captured by the Internet Archive on December 17, 2012, December 4, 2012, and December 11, 2012, are attached here as **Atts. Y-AA**.

28.     In February 2013, the order page on Butterfly Labs' website continued to state a shipment date for "the last half of February 2013" for BitForce machines. Additionally, Butterfly Labs altered the order page to include a new statement regarding preorder terms. A true and correct copy of the order page as captured by the Internet Archive on February 24, 2013, is attached here as **Att. AB**.

29.     On February 27, 2013, Butterfly Labs posted a message to its forum stating that the machines were delayed due to third-party testing. A true and correct copy of the forum post from "BFL_Josh" as stored by Google Cache on April 27, 2014, is attached here as **Att. AC**.

30.     In March 2013, Butterfly Labs again changed the delivery estimate on the website order page to the "last half" of March 2013. At this time, Butterfly Labs also changed the pre-order terms to reflect the delayed delivery. A true and correct copy of the order page as captured by the Internet Archive on March 13, 2013, is attached here as **Att. AD**.

31.     On March 28, 2013, Butterfly Labs posted a message to its forum stating that BitForce SC machines were delayed again because of power issues with the products. A true and correct copy of the Butterfly Labs forum posts from March 28, 2013, as stored by Google

Cache on April 29, 2014, is attached here as **Att. AE**.

32.     In April 2013, Butterfly Labs changed the delivery estimate for BitForce machines on its order page to the "last half" of April 2013. At this time, Butterfly Labs also changed its pre-order terms to reflect the delayed delivery. A true and correct copy of the order page as captured by the Internet Archive on April 24, 2013, is attached here as **Att. AF**.

33.     In April 2013, Butterfly Labs changed the terms on the FAQ page, stating, "All sales are final unless we fail to perform. That means if we do not ship any machine at all. If you would really like a refund anyway, just ask and we'll probably be able to take care of you. Nonetheless, we reserve the right to handle it on a case by case basis." A true and correct copy of the FAQ page as captured by the Internet Archive on April 11, 2013, is attached here as **Att. AG**.

34.     On April 19, 2013, Butterfly Labs posted on its forum that it had shipped the first miners to "developers/reviewers." A true and correct copy of the forum post from "BFL_Jody" as stored by Google Cache on April 16, 2014, is attached here as **Att. AH**.

35.     On June 14, 2013, Butterfly Labs posted on its forum that it had not shipped any BitForce "Singles," and claimed to have shipped "Jalapenos" to those customers who ordered by August 26, 2012. A true and correct copy of the forum post from "BFL_Jody" as stored by Google Cache on April 17, 2014, is attached here as **Att. AI**.

36.     In June 2013, Butterfly Labs modified the FAQ page on its website, stating that no refunds would be provided, and all sales are final. A true and correct copy of the Butterfly Labs FAQ page as captured by the Internet Archive on June 28, 2013, is attached here as **Att. AJ**.

37.     On July 1, 2013, Butterfly Labs posted a message on its forum stating that it would have

its entire backlog shipped by the end of August 2013. A true and correct copy of the forum post from "BFL_Josh" as stored by Google Cache on April 23, 2014, is attached here as **Att. AK**.

38.    On August 29, 2013, Butterfly Labs posted a message on its forum providing shipping updates, including the order dates through which orders had been fulfilled. A true and correct copy of the forum post from "BFL_Jody" as stored by Google Cache on September 5, 2014, is attached here as **Att. AL**.

39.    On October 29, 2013, Butterfly Labs posted a message on its forum providing shipping updates, including the order dates through which orders had been fulfilled. A true and correct copy of the forum post from "BFL_Jody" as stored by Google Cache on August 26, 2014, is attached here as **Att. AM**.

40.    On November 28, 2013, Butterfly Labs posted a message on its forum stating they had shipped almost all of the BitForce products, and that they were "all caught up" on orders for Little Singles, Singles, and MiniRigs. A true and correct copy of the forum post from "BFL_Jody" as captured by Google Cache on April 28, 2014, is attached here as **Att. AN**.

*The Monarch Mining Machine*

41.    In August 2013, Butterfly Labs announced pre-orders for a new product, the "Monarch," a mining card based on a new, smaller ASIC chip (28 nm), purported to possess greater mining power. In addition, the announcement also advised that customers awaiting delivery of the BitForce could transfer their order for a fee and use that credit toward the purchase of the Monarch. Butterfly Labs stated that the Monarch should be delivered by

the "end of the year." A true and correct copy of the announcement and order pages as captured by the Internet Archive on September 10, 2013, is attached here as **Att. AO**.

42.     On March 5, 2014, Butterfly Labs posted a statement on its forum, entitled "04 March 2014 – Monarch Update" which included a section entitled "Refunds & Delay Compensation" which listed options for customers who had preordered the Monarch, varying from  "Free performance upgrades" to double shipments.  A true and correct copy of this forum post from "BFL_Josh" as stored by Google Cache on September 4, 2014, is attached here as **Att. AP**.

43.     On April 19, 2014, Butterfly Labs posted a statement on its forum entitled "19 April 2014 – Monarch Update" reporting that the chips were still being tested. A true and correct copy of this forum post from "BFL_Josh" as stored by Google Cache on September 4, 2014, is attached here as **Att. AP**.

44.     On June 12, 2014, Butterfly Labs posted a statement on its blog, entitled "Monarch Update 11 June 2014" stating that the product did not meet standards and could not be shipped. Further, Butterfly Labs stated that it was opting to utilize these same boards in their own mining facilities and offer cloud mining[6] services to the customers who had paid for these boards. On June 17, 2014, another post was made, discussing the launch of the cloud mining services for those customers who were awaiting their Monarchs, stating "[w]e are still on schedule to roll out of that by Friday (Hopefully sooner)." A true and correct copy of the blog posts from "BFL_Josh" as stored by Google Cache on August

---

[6] Cloud mining is a service wherein consumers can pay to mine bitcoins through a third-party; consumers pay for the third-party to house and maintain the equipment with which consumers mine their bitcoins. Consumers pay varying rates depending upon the amount of commuting power they wish to employ. *See* http://www.coindesk.com/information/cloud-mining-bitcoin-guide/.

26, 2014, and September 4, 2014, are attached here as **Att. AQ**.

45.    In an August 15, 2014, blog post, Butterfly Labs stated that it had begun shipping

Monarch machines. A true and correct copy of the  blog post from "BFL_Josh" as stored

by Google Cache on September 4, 2014, is attached here as **Att. AR**.


### *Butterfly Labs' Cloud Mining Service*

46.    In mid-December 2013, Butterfly Labs announced on the products page of its website

that it was taking pre-orders for "Bitcoin Mining by the GH." A true and correct copy of

the product page as captured by the Internet Archive on December 15, 2013, is attached

here as **Att. AS**.

47.    As of August 25, 2014, the Butterfly Labs product page stated that the cloud mining

service was not yet online and that pre-orders were closed. A true and correct copy of the

product page as stored by Google Cache on September 7, 2014, is attached here as **Att.

AT**.

48.    As of September 1, 2014, the Butterfly Labs website was advertising the "BitSafe" a

product in "final development." The website advertises it as a tool for securing and

storing bitcoins. A true and correct copy of the product page as stored by the Internet

Archive on September 1, 2014, is attached here as **Att. AU**.


### Social Media & Media Representations

49.    Butterfly Labs maintains a Facebook page. I used Adobe Acrobat software to preserve in

PDF format the versions of the pages I viewed. True and correct copies of Butterfly Labs'

Facebook profile, with specific product announcements highlighted, are attached here as

**Att. AV**.

50.      Butterfly Labs promoted its products through Twitter. In order to preserve those pages, I used Adobe Acrobat software to preserve in PDF format the pages I viewed. True and correct excerpts from Butterfly Labs' Twitter page, with specific product announcements, are attached here as **Att. AX**.

**Email Representations**

51.      As part of the investigation, the FTC obtained records, including account records and correspondence pertaining to Butterfly Labs, from Coinbase, Inc.[7] on September 5, 2014, pursuant to a CID issued by the FTC.

52.      I reviewed the records produced by Coinbase, Inc. and found the following records pertaining to Butterfly Labs' communications with its customers:

- An email dated November 28, 2013, from Butterfly Labs to its customers with a subject heading "BFL News," addressing among other things, shipment status for its products. A true and correct copy of that email, from which consumer information has been redacted, is attached here as **Att. AY**.

- An email dated May 6, 2014, from Butterfly Labs to its customers with a subject heading "BFL News," addressing, among other things, shipment status for its products. A true and correct copy of that email, from which consumer information has been redacted is attached here as **Att. AZ**.

**Mining Calculator**

---

[7] Coinbase is a digital wallet program that provides consumers the ability to create bitcoin wallets for the buying use, and acceptance of bitcoins.

53. On November 15, 2012, Butterfly Labs posted a link to a mining calculator on its Facebook page, instructing consumers to "Measure your ROI with this cool bitcoin mining calculator." A true and correct copy of the Facebook post as captured by Google Cache on September 3, 2014, is attached here as **Att. AAA.**

54. The calculator, "TP's Bitcoin Calculator,"[8] is a profitability calculator, which allows a consumer to plug in the specifications of a mining machine to determine how long it will take them to recoup the costs of purchasing and operating the machine.

55. TP's Bitcoin Calculator allows the consumer to enter information into fields for a wide array of specifications, including:

- Cost of the machine;
- Current difficulty of mining for bitcoin;
- Hash rate of the machine;
- Current exchange rate for bitcoin;
- Power consumption of the machine in watts;
- Price of electricity; and
- How long the machine will be operated.

56. TP's Bitcoin Calculator then feeds this information into a formula. The calculator's output provides the consumer with projected earnings broken down in multiple categories, from hourly to annual returns, as well as how long it would take the consumer to break even, given the difficulty of mining, the costs of purchasing the machine, and the electricity required to operate it.

57. Using publicly available data regarding mining difficulty and bitcoin exchange rates,[9] we can obtain figures for a particular date range, and determine the profitability of a mining machine for a given point in time.

---

[8] http://tpbitcalc.appspot.com/ (last visited September 9, 2014).

[9] Mining difficulty data is available from www.vnbitcoin.org/freebitcoindata.php, and average price data is available from http://www.quandl.com/BAVERAGE/USD-USD-BITCOIN-Weighted-Price (last visited September 9, 2014).

58. For example, according to TP's Bitcoin Calculator, a BitForce "Jalapeno" hashing at 4.5 GH/s and 4.5w could have generated up to 43 bitcoins in the month of October 2012 had it been delivered on time.[10] By November 2013, the same machine could have generated up to .11 bitcoins for the month. The BitForce "Little Single SC" hashing at 30 GH/s and 30w could have generated up to 287 bitcoins in the month of October 2012, had it been delivered on time. By November 2013, the same machine could have generated up to .74 bitcoins for the month. The Monarch, hashing at 600 GH/s and 350w, would have generated up to 8.6 bitcoins in December 2013, had it been delivered on time. By contrast, the same machine in August 2014 would have generated up to .38 bitcoins for the month.

**Undercover Communication**

59. On June 21, 2014, using the undercover profile Taylor Morgan, I attended the "Bitcoin in the Beltway" conference, held at the Renaissance Marriott hotel in Washington, DC, where Butterfly Labs was exhibiting its products.

60. At this conference, I located the Butterfly Labs exhibition booth in the exhibition hall where Butterfly Labs was exhibiting its current products available for sale. The products included the Monarch mining machines. I introduced myself as a consumer interested in purchasing bitcoin mining equipment, and spoke with Dave McClain, who represented himself as an employee of Butterfly Labs. We then had a discussion regarding Butterfly Labs' mining machines, discussing the newest models, as well as the models in stock and ready for shipping.

---

[10] To account for the difficulty rate and exchange rate fluctuations, I used the average of both figures over the month period.

61.     I recorded this conversation using a digital audio recording device. Immediately after the conversation, I listened to the recording while it was fresh in my mind and confirmed that the recording accurately reproduced what had been said during the conversation. After reviewing the recording, I saved a copy of it onto a CD and emailed the audio recording of the file to For The Record, Inc. to be transcribed. Once I received the transcript from For The Record, Inc., I reviewed it and determined that it accurately reflected my conversation with McClain. A true and correct copy of the transcript is attached here as **Att. AAB**.

**Financial Records**

   *Paypal*

62.     As part of the investigation, the FTC obtained records from PayPal, Inc. ("PayPal"), including transaction data on February 14, 2014, and complaint data on June 4, 2014, pursuant to a CID issued by the FTC. A true and correct copy of the PayPal production and certificate of authenticity are available upon request.

63.     PayPal identified one business account that Butterfly Labs used to transact with consumers.

| Account Name | Account Number | Account Type |
|---|---|---|
| Sonny Vleisides | xxxx3652 | Business |

A true and correct copy of the PayPal Registration Information page for the account is attached as **Att. AAC**.

64.     PayPal produced account transaction data in Microsoft Excel ("Excel") format. Among other things, the spreadsheet identified payments sent and payments received from the account, as well as withdrawals to the account holder's bank account.

65. I reviewed and analyzed the Excel transaction data for the Butterfly Labs account ending in 3652. My analysis reflects that Butterfly Labs received approximately $23 million in payments from consumers from approximately June 2012 – October 2013.[11] Butterfly Labs withdrew approximately $19.8 million in funds to their linked corporate bank accounts from PayPal. A true and correct copy of the PayPal transaction data is available upon request.

66. Based on my review of the records, I observed that Butterfly Labs used its PayPal account to send payments to individuals, including:

- At least $22,611 to Defendant Ghoseiri, with notes such as "loan against future earnings";

- At least $11,500 to Defendant Vleisides with notes such as "pay to Sonny," "company loan" and "Remainder owed on purchase of Jaguar";

- At least $21,022.67 to Connie Vleisides,[12] with notes such as "Payment for consulting services – legal documentation[.]" and "Repair for hood may be too expensive to fix…";

- At least $4,086.87 to Chris Vleisides,[13] with notes such as "Dad, this is capital payback for your original Butterfly Labs investment. This begins the formal process of accounting to determine and distribute profitability[.]" and "Office rent etc."

A true and correct copy of the PayPal transaction data is available upon request.

---

[11] I totaled payments that appeared to be sent from consumers based on the transaction description and notes.

[12] Based on records obtained in this investigation, Connie Vleisides is Defendant Vleisides' mother.

[13] Based on records obtained in this investigation, Chris Vleisides is Defendant Vleisides' father.

*Dwolla*

67. As part of the investigation, the FTC obtained records, including transaction data, from Dwolla, Inc. ("Dwolla") on August 21, 2014, pursuant to a CID issued by the FTC. A true and correct copy of the Dwolla production and certificate of authenticity are available upon request.

68. Dwolla identified one account for BF Labs, Inc., which is currently suspended.[14] The account is registered to "jeff@butterflylabs.com".

69. Dwolla provided the data in an Excel format, which provided transaction dates, transaction descriptions, and amounts.

70. I reviewed and analyzed the file to determine the amount of funds going into the account from consumers, utilizing the calculator functions within the program. My analysis of the Dwolla transaction records reflects that Butterfly Labs received approximately $157,208.39 in payments from consumers[15] from approximately June 2012 – October 2013. Butterfly Labs withdrew from its Dwolla account approximately $254,781.84 into its linked corporate bank accounts. A true and correct copy of the Dwolla transaction data is available upon request.


*BMO Harris Bank*

71. As part of the investigation, the FTC obtained records from BMO Harris Bank on March 21, 2014, pursuant to a CID issued by the FTC. The documents produced included bank

---

[14] Dwolla, Inc. is an online payment processor that previously permitted users to send bitcoin. In September 2013, Dwolla opted to suspend this portion of its business to focus on developing other sectors of its business.

[15] Because Butterfly Labs provided Dwolla as a method of payment for its merchandise, I tallied any incoming payments that appeared to correspond to prices of Butterfly Labs merchandise.

statements, checks, deposits, wire transfers, and account signature cards, from September

2012 to June 2014. A true and correct copy of the entire production is available upon

request.

72.     BMO Harris identified three bank accounts and several credit lines:

| Account Name | Account Number | Account Type | Signatory 1 | Signatory 2 | Signatory 3 |
|---|---|---|---|---|---|
| BF Labs Inc. | xxx5919 | Corporate Checking | Sonny Vleisides | Darla Jo Drake | Dave McClain |
| BF Labs Inc. | xxx5901 | Corporate Checking | Sonny Vleisides | Darla Jo Drake | Dave McClain |
| BF Labs Inc. | xxx8392 | Cash Collateral | Scott Miller | Jeff Keyes | - |
| BF Labs Inc. | Multiple | Corporate Credit | - | - | - |

73.     Butterfly Labs maintained three accounts at BMO – an "operating account," ending in

5901; a "storage account" ending in 5919; and a cash collateral account from which

select Butterfly Labs employees, including Vleisides, Drake, and Ghoseiri were issued

credit cards for use. Additionally, Connie Vleisides, Defendant Vleisides' mother, was

issued a credit card.

74.     I reviewed the operating and storage account records, and copied the monthly statement

figures into Excel. My analysis reflected that gross deposits to the operating account for

Butterfly Labs, ending in x5901, totaled approximately $57 million from September 2012

– June 2014. The operating account was funded almost exclusively through deposits via wire transfers, PayPal deposits, and BitPay transfers, which appear to primarily represent consumer payments for bitcoin mining machines, based upon the amounts transferred and transaction notes.

75. My analysis reflected that from September 2012 to August 2013, the point at which Butterfly Labs began advertising the next generation Monarch machine, the Butterfly Labs corporate account, ending in x5901, received approximately $17 million in deposits.

76. My analysis shows that Defendants have typically maintained approximately $2.5 million in their operating account, ending in x5901, since December 2013and typically withdraw funds to equal to their deposits on a monthly basis. For example, in July 2013, Defendants received deposits totaling $2,304,210.14, and withdrew $2,079,815.83; in June 2014, Defendants received deposits totaling $4,612,014.21 and withdrew the exact same amount. In reviewing the bank account records, I observed the following:

- Direct wire transfers totaling at least $177,440 to Defendant Ghoseiri from February 2013 to September 2013, to an account held at Societe Generale, a bank based in France. True and correct excerpts of bank records reflecting such transfers are attached here as **Att. AAD**.

- Direct wire transfers to BFL employees, totaling at least $115,000 with notes such as "Jeffrey Ownby, against future earnings" and "Advance against dividends." True and correct excerpts of bank records reflecting such transfers are attached here as **Att. AAE**.

- Direct wire transfers for at least $8,000 to "Vleisides Photo Studio" located at 2507 Jefferson St., Kansas City, MO.[16] True and correct excerpts of bank records reflecting such transfers are attached here as **Att. AAF**.

- Multiple checks to "Vleisides Photo Studio" totaling over $10,000, noting things such as "May Rent – Jefferson Location," "Tax," and "Feb Storage Rental Fee" True and correct excerpts of bank records reflecting such checks are attached here as **Att. AAG**.

- Multiple checks to Connie Vleisides for almost $90,000 from approximately July 2013 to June 2014, with notations such as "facility maintenance – contract work"; payments ranged from $2,644 to $17,195.74, with multiple checks being issued on the same day. True and correct excerpts of bank records reflecting such checks are attached here as **Att. AAH**.

- Checks for items for non-business expenses such as:

| Recipient | Date | Amount | Memo | Signer |
|---|---|---|---|---|
| Union Hill | 7/1/2001 (date on check, however bank stamp reflects July 2, 2013) | $2,000.00 | Day Care - Sonny | Illegible |
| Union Hill Day School | February 12, 2013 | $647.00 | Re: Sonny | Illegible |
| Crate and Barrel | February 2, 2013 | $2,093.75 | Office Furniture | Illegible |
| Crate and Barrel | April 6, 2013 | $2,278.53 | Carpeting | Illegible |
| Union Hill Day School | April 16, 2013 | $945.00 | Day Care – Sonny's Acct | Illegible |

---

[16] According to publicly available documents, Vleisides Photo Studio is a business owned by Defendant Vleisides' father; the property address has been cited as the principal place of business for Butterfly Labs in its Missouri corporate registration, and according to property records, is owned by Vleisides' parents.

| | | | | |
|---|---|---|---|---|
| Semersky Enterprises, Inc. | March 31, 2014 | $66,171.27 | Purchase of 2013 Audi A8 | David McClain |
| Christine Brune | August 13, 2013 | $260.00 | Massage | Darla Jo Drake |
| Christine Brune | August 13, 2013 | $150.00 | Massage | Darla Jo Drake |
| Christine Brune | August 20, 2013 | $220.00 | Massage | Darla Jo Drake |
| Christine Brune | August 21, 2013 | $250.00 | Massage | Darla Jo Drake |
| Kansas City Chiefs | October 27, 2013 | $27.00 | Chiefs Parking | Illegible |
| Kirk Bond[17] | June 10, 2014 | $1,900.00 | Architectural Services for the preparation of Hou [*sic*] | David McClain |
| James Terry | June 20, 2014 | $2,115.00 | Sauna - vapor proofing; tile 6/17/14-6/20/14 | Darla Jo Drake |

True and correct copies of the above-referenced checks are attached here as **Att. AAI**.

77.     I also reviewed the account records relating to the credit cards issued to individual

Butterfly Labs employees, including Vleisides, Drake, and Ghoseiri.

78.     My review of the credit card records reflected that the credit cards were used for

primarily for non-business expenses such as furniture purchases, hobby stores, and cash

advances. These purchases include:

| Description | Date | Amount | Cardholder |
|---|---|---|---|
| Cabelas Retail Kansas Cit Kansas City KS[18] | March 16, 2013 | $2,981.21 | Josh Zerlan |
| Nordstrom #0230 Overland Park KS | March 26, 2013 | $321.99 | Sonny Vleisides |
| Bed Bath & Beyond #87 Overland Park, KS | April 6, 2013 | $1,046.98 | Sonny Vleisides |
| Paul's Jaguar 954-846-7976[19] | April 6, 2013 | $700 | Sonny Vleisides |

---

[17] Public records reveal that Kirk Bond is a licensed architect and contractor based in Independence, Missouri.

[18] According to their website, www.cabelas.com/stores/store_info.jsp?pageName=008 (last visited September 8, 2014). Cabela's is a retailer of outdoor merchandise, including guns, located in Kansas City, Kansas.

[19] According to their website, www.paulsjaguar.com, they are an "Independent specialist for EVERYTHING Jaguar" (emphasis in the original) located in Fort Lauderdale, Florida.

| | | | |
|---|---|---|---|
| Cabelas Retail Kansas Cit Kansas City KS | April 15, 2013 | $54.46 | Josh Zerlan |
| Cabelas Retail Kansas Cit Kansas City KS | April 15, 2013 | $54.46 | Josh Zerlan |
| Cabelas Retail Kansas Cit Kansas City KS | April 15, 2013 | $467.63 | Josh Zerlan |
| Sherwin Williams #7206 Leawood KS | May 16, 2013 | $9.73 | Jody Drake |
| OMB Guns 913-3228414 KS | July 15, 2013 | $38.02 | Josh Zerlan |
| Restoration Hardware | July 25, 2013 | $832.84 | Jody Drake |
| Sherwin Williams #7206 Leawood KS | July 29, 2013 | $49.40 | Jody Drake |
| www.newegg.com 800-390-1119 CA | July 29, 2013 | $103.51 | Jody Drake |
| Hobby-Lobby #0020 Overland Park KS | July 29, 2013 | $14.61 | Jody Drake |
| AV*AVNET Electronics 480-794-8778 AZ | July 31, 2013 | $1,495.36 | Jody Drake |
| OMB Guns 913-3228414 KS | August 15, 2013 | $38.02 | Josh Zerlan |
| Crate & Barrel #914 800-967-6696 | September 2, 2013 | $107.34 | Connie Vleisides |
| BAMBINI CREATIVI 816-9417529 MO[20] | September 9, 2013 | $1,067.40 | Sonny Vleisides |
| OMB Guns 913-3228414 KS | September 15, 2013 | $38.02 | Josh Zerlan |
| Mouser Electronics | September 20, 2013 | $594.00 | Jody Drake |
| Mouser Electronics | September 20, 2013 | $4,350.65 | Jody Drake |
| Cash Advance | October 2, 2013 | $272.09 | Nasser Ghoseiri |
| OMB Guns 913-3228414 KS | October 15, 2013 | $38.02 | Josh Zerlan |
| OMB Guns 913-3228414 KS | November 15, 2013 | $38.02 | Josh Zerlan |

True and correct excerpts of bank records reflecting examples of the above expenditures

are attached here as **Att. AAJ**.

---

[20] According to their website, http://www.bambinicreativi.com/events-and-offerings (last visited September 8,

2014), Bambini offers "unique learning experiences to the community for children 12 months to 8 years old…"

**Consumer Complaints**

79.     As a part of our investigation, we obtained and reviewed thousands of complaints, from a variety of sources, including the FTC's Consumer Sentinel Database, PayPal, and other internet sources frequented by BFL consumers, including blogs and forums.

### *Sentinel Complaints*

80.     The FTC maintains a consumer complaints database, known as the Consumer Sentinel Network ("Sentinel"). Sentinel is a database of consumer complaints received from two main sources; consumers may directly contact the FTC, either through mail, telephone, or from the FTC's website, or from FTC partners, such as other law enforcement agencies and consumer protection organizations such as the Better Business Bureau.

81.     Based on the FTC's experience, some consumers may not be aware that the conduct they have experienced violates the FTC Act. For these reasons, the total number of the consumer complaints that they FTC receives through Sentinel may understate the extent to which consumers were harmed.

82.     During the course of the investigation, I searched Sentinel for complaints filed against the Defendants and located over 300 consumer complaints against Butterfly Labs. True and correct copies of the consumer complaints from Sentinel regarding Butterfly Labs are available upon request.

83.     The complaints submitted to Sentinel against Butterfly Labs reflected a common consumer experience – consumers paid Butterfly Labs in U.S. currency via direct wire transfer, PayPal, or by bitcoin through a bitcoin payment processor such as Dwolla or

BitPay, for the purchase of a bitcoin mining machine. The consumers were told that their product would be delivered within anywhere from a few weeks to a few months, but instead have experienced continual delays and received little information from Butterfly Labs. Many consumers have awaited delivery for up to one year.

84.     Consumers report that their attempts to contact Butterfly Labs were unsuccessful, and if they were able to contact anyone, their requests for cancellation or refunds were refused. Consumers who reported receiving a bitcoin mining machine complained that the product they received was different than that promised, or ineffective.

85.     Consumers who filed complaints, and had ordered product from Butterfly Labs after April 2013, reported a similar experience, but with the added element that Butterfly Labs had changed its policies to deny refunds and declare all sales were final. Consumers stated that they were told by Butterfly Labs that because the terms of sale stated the shipping timeline could be "two months or more," the consumers had implicitly agreed to a delayed shipment, and Butterfly Labs had met their legal obligation, and were not required to provide a refund.

86.     Consumers reported that they had been left waiting for the product for months, and that by the time they sought refunds, they were unable to pursue refunds through their credit card companies or PayPal because the time period for disputes had lapsed. Consumers reported in July 2014 that they had been told they could not receive a refund for product unless their product had been ordered more than six months prior. Many consumers report, however, that even if they met the time threshold, they were unsuccessful in obtaining a refund.

87.     Consumers expressed frustration with the delay in shipment because the difficulty in

solving the algorithm that produces bitcoins becomes exponentially difficult over time, and thus, the longer a mining machine is delayed, the more obsolete its configuration becomes, and the less likely a consumer using it will be successful at mining bitcoins.

### Paypal Complaints

88.    In addition to consumer complaints filed via Consumer Sentinel, we obtained and reviewed thousands of consumer complaints filed via PayPal.

89.    The complaints consumers filed through PayPal reflect a similar story to that presented in the Consumer Sentinel complaints. Consumers stated that they had paid for a product that had been promised for shipping within a few weeks to two months, but were instead kept waiting for several months to one year. Consumers reported that they repeatedly attempted to contact Butterfly Labs to no avail, and were unable to cancel their orders or obtain refunds.

90.    Of 4,726 complaints filed with PayPal from February 2012 – September 2013, 4,180 consumers had selected "non-receipt" as their reason for filing the complaint.

### Other Complaints

91.    In addition to the complaints received through Sentinel and PayPal, I reviewed a variety of forums on which consumers often posted their complaints about Butterfly Labs. These included "bitcointalk.org," and "reddit.com," popular discussion boards for consumers. True and correct copies of the complaints regarding Butterfly Labs collected by the FTC throughout various consumer websites and forums are available upon request.

92.    Complaints on these different websites echoed those complaints received via Sentinel and

PayPal. Consumers stated that they ordered a product but never received it. Others stated they received defective merchandise after waiting for many months.

93. Consumers would utilize third-party forums such as bitcointalk.org in an attempt to communicate directly with Butterfly Labs' employees, including Defendant Ghoseiri. In one such instance, in September 2012, a consumer wanted to determine whether Defendant Ghoseiri was the individual posting as "BFL – Engineer," making assertions about technical specifications, but was found via internet searches to also be employed by a large European bank. A user, who self-identifies as "Nasser" replied that they were required to maintain employment in Europe in order to maintain citizenship, and that the time they were now dedicating to Butterfly Labs had "dramatically increased" to approximately 7 hours per each workday, and 25 hours on weekends. A true and correct copy of the forum thread as captured on September 10, 2014, is attached here as **Att. AAK.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed in Washington, D.C. on September 10, 2014.

# ATTACHMENT A

**KRIS W. KOBACH**
Secretary of State



Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594
(785) 296-4564

## STATE OF KANSAS

July 30, 2014

ELIZABETH HAN FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVE. NW
MAIL STOP CC10232
WASHINGTON D.C.    20580

ID#:465-169-1
RE:  BF LABS INC.

Enclosed please find:

        XX    Certified Articles of Incorporation (application)
              or (agreement).

        XX    Certified Amendment

        XX    XXXX-XXXX-XXXX-XXXX-2640    EXP. DATE 09/15

We are in receipt of your    $99.00 which covers the fee.

mc

```
KS SECRETARY OF STATE-
120 SW 10TH ST
TOPEKA , KS 66612

07/30/2014       17:03:32
MID:   0000000002325631
TID:             03456755
421030068884

CREDIT CARD
MC SALE

CARD:  XXXXXXXXXXXX2640
INVOICE #:          002
Batch #:          00071
APP Code:         09939
Entry Mode:       Manu
Mode:             Onl1
Tax Amt:          $0.
Cust Code:
Avs Code: NYZ

SALE AMT        $99.00

CUSTOMER COPY
```

---

iness Services:  (785) 296-4564        Web site:  www.sos.ks.gov        Elections: (785) 296-4561
(785) 296-4570                          Email: kssos@sos.ks.gov                     (785) 291-3051

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 30 of 150

465-169-1

## FA 51-03

**KANSAS SECRETARY OF STATE**

**Foreign For-Profit Corporation Application**

**CONTACT: Kansas Office of the Secretary of State**

Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594

(785) 296-4564
kssos@sos.ks.gov
www.sos.ks.gov

```
2204   01          FILED BY KS SOS
051    003         09-26-2012
$115.00        3   10:20:36 AM
                   FILE#: 4651691
```



03331329



**INSTRUCTIONS:** *All information must be completed or this document will not be accepted for filing.*
*Please read instructions sheet before completing.*

| | |
|---|---|
| **1. Name of the corporation:** *Name of corporation must match the name on record with the home state* | BF Labs Inc. |
| **2. State/Country of organization:** | Wyoming |
| **3. Began doing business in Kansas:** | [X] Upon qualification<br>[ ]  ___Month___  ___Day___  ___Year___ |
| **4. Name of the resident agent and address of the registered office in Kansas:** *Address must be a street address. A P.O. box is unacceptable* | National Registered Agents, Inc. of KS    2101 Southwest 21st Street<br>*Name*                                              *Address*<br>Topeka              Kansas        66604-3174<br>*City*                *State*          *Zip* |
| **5. Principal office address:** | 5830 East 2nd Street<br>*Street Address*<br>Casper            Wyoming    82609      U.S.A.<br>*City*              *State*        *Zip*        *Country* |
| **6. Mailing address:** *This address will be used to send official mail from the Secretary of State's office* | 5830 East 2nd Street<br>*Attention Name*            *Address*<br>Casper            Wyoming    82609      U.S.A.<br>*City*              *State*        *Zip* |
| **7. Tax closing month:** | December |
| **8. Full nature and character of the business to be conducted in the state of Kansas:** | The transaction of any lawful business. |

**9. The corporation hereby consents, without power of revocation, that actions may be commenced against it in the proper court of any county in the state of Kansas where there is a proper venue by service of process on the Secretary of State of the state of Kansas; and the corporation stipulates and agrees that such service shall be taken and held in all courts to be valid and binding as if due service had been made upon an officer of the corporation.**

Rev. 12/27/10 jdr                        *Page 1 of 2*                        K.S.A. 17-7301

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 31 of 150

10.  This corporation is operating as a foreign for-profit corporation.

11. Duration of the
corporation:

[X] Perpetual

[ ] Date the corporation will cease _____ _____ _____
                                     Month   Day   Year

12.  Effective date:
*A future effective date must be*
*within 90 days of filing date*

[X] Upon filing

[ ] Future effective date _____ _____ _____
                          Month   Day   Year

13.  I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct and
that the corporation is in good standing in its home state, and I have remitted the required fee.

Darla Jo Drake, Gen. Manager          9/25/2012
_____      _____
*Signature of authorized officer*       *Date (month, day, year)*

Darla Jo Drake

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 32 of 150

## STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

## BF Labs Inc.

is a

## Profit Corporation

formed or qualified under the laws of Wyoming did on **August 2, 2011**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2011-000606261**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 24th day of September, 2012 at 3:38 PM. This certificate is assigned 012656520.



_____
Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website http://wyobiz.wy.gov and following the instructions displayed under Validate Certificate.

# ATTACHMENT B



# STATE OF MISSOURI



### Jason Kander
### Secretary of State

CERTIFIED COPY OF BUSINESS RECORD

**BF Labs Inc.**
**F01261403**

I, JASON KANDER, Secretary of State of the State of Missouri and Keeper of the Great Seal thereof, do hereby certify that the annexed pages contain a full, true and complete copy of the original documents on file and of record in this office.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 6th day of August, 2014.

_____
Secretary of State

Certification Number: CERT-08062014-0037

# ADMINISTRATIVE DISSOLUTION
## OR REVOCATION FOR A
## FOR-PROFIT CORPORATION

**F01261403**
**BF Labs Inc.**
**Drake, Darla Jo**
**2507 Jefferson**
**Kansas City, MO 64108**

**May 22, 2013**

BF Labs Inc.
F01261403

The above corporation has failed to comply with Section 351.484 or 351.598 RSMo, by:

*Failure to file a correct and current annual report*

Therefore, the above corporation stands **administratively dissolved or revoked** under the provisions of Section 351.486 or Section 351.602, RSMo, as of May 22, 2013, subject to rescission as in these acts provided. **A corporation administratively dissolved may not carry on any business except that necessary to wind up and liquidate its business and affairs under Section 351.476.**

**To request reinstatement forms please include your name, mailing address, telephone number, entity name and entity charter number by email to rescissions@sos.mo.gov, by fax at (573) 751-5841 or by calling toll free (866) 223-6535.**

For further information, please contact the Corporations Division at (866) 223-6535 toll free.

Barbara J. Wood
Executive Deputy Secretary of State

# State of Missouri

Robin Carnahan, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Application for Certificate of Authority
## For a Foreign For-Profit Corporation

(Submit with filing fee of $155.00)

1. The corporation's name is BF LABS INC

   and it is organized and existing under the laws of WYOMING

2. The name it will use in Missouri is BF LABS INC

3. The date of its incorporation was AUG 2, 2011 _____ , and the period of its duration is PERPETUAL
   *month/day/year*

4. The address of its principal place of business is 2507 JEFFERSON        KANSAS CITY, MISSOURI 64108
   *Address*                                                              *City/State/Zip*

5. The name and physical address of its registered agent and office in the State of Missouri is

   DARLA JO DRAKE        2507 JEFFERSON        KANSAS CITY, MISSOURI 64108
   *Name*                *Address*             *City/State/Zip*

6. The specific purpose(s) of its business in Missouri are: ANY LAWFUL BUSINESS ALLOWABLE IN THE

   STATE OF MISSOURI

7. The name of its officers and directors and their business addresses are as follows:

| Officers | Name | Address | City/State/Zip |
|---|---|---|---|
| President | NASSER GHOSEIRI | 2507 JEFFERSON | KANSAS CITY, MO 64108 |
| Vice President | SONNY VLEISIDES | 2507 JEFFERSON | KANSAS CITY, MO 64108 |
| Secretary | DARLA JO DRAKE | 2507 JEFFERSON | KANSAS CITY, MO 64108 |
| Treasurer | DARLA JO DRAKE | 2507 JEFFERSON | KANSAS CITY, MO 64108 |

**Board of Directors**

| | | | |
|---|---|---|---|
| Director | NASSER GHOSEIRI | 2507 JEFFERSON | KANSAS CITY, MO 64108 |
| Director | SONNY VLEISIDES | 2507 JEFFERSON | KANSAS CITY, MO 64108 |
| Director | | | |
| Director | | | |
| Director | | | |

(Please see next page)

Name and address to return filed document:

Name: DARLA JO DRAKE

Address: 2507 JEFFERSON

City, State, and Zip Code: KANSAS CITY, MO 64108

State of Missouri
Creation - General Business - Foreign 3 Page(s)

8. The effective date of this document is the date it is filed by the Secretary of State of Missouri, unless you indicate a future date, as

follows: _____

*(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

X ~Darla Jo Drake~        Darla Jo Drake        Sec/Treas.        9/28/2012
*Must be an Officer or Chairman listed in #7*        *Printed Name*        *Title*        *Date*

Note: You must submit current original certificate of good standing or certificate of existence with this application. This may be
obtained from your Secretary of State or other authority that issues corporate charters.

Corp. 42 (03/2008)

# STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

## BF Labs Inc.

is a

## Profit Corporation

formed or qualified under the laws of Wyoming did on **August 2, 2011**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2011-000606261**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 27th day of September, 2012 at 3:04 PM. This certificate is assigned 012677524.



_Max Maxfield_
Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website http://wyobiz.wy.gov and following the instructions displayed under Validate Certificate.

# ATTACHMENT C



STATE OF WYOMING
Secretary of State
I hereby certify that this is a true
and complete copy of the document
as filed in this office.

*Max Maxfield*

Secretary of State

By: *Jeri McElyness*
Date: *July 23, 2014*



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Max Maxfield, WY Secretary of State
FILED: 05/27/2014 04:20 PM
Original ID: 2011-000606261
Amendment ID: 2014-001618139

## Notice of Entity Election
## Communications Contact Person

In accordance with W.S. 17-28-104(d)

| BF Labs Inc. |
*(Print Name of Business Entity)*

elects to provide the Wyoming Secretary of State with the name, business address and phone number of a natural person who is an officer, director, employee or designated agent authorized to be the communications contact person for this business entity.

1. Name and title of the natural person authorized to be the communications contact person:

Print Name:

Nasser Ghoseiri

Print Title:

President

2. Business Address:

Print Address:

10770 El Monte, Suite 101

Print City, State and Zip Code:

Leawood      KS      66211

3. Daytime Phone Number:

913-549-6112

4. I hereby certify that the information provided above is true and correct.

Date: 5-02-2014
*(mm/dd/yyyy)*

Signature: Darla Jo Drake
*(Shall be executed by an authorized individual.)*

Email:

Print Name: Darla Jo Drake

Title: Assistant Secretary

---

**Checklist**
- ☒ *No Filing Fee*
- ☐ The information listed on this form shall be kept current within 60 days of any change.
- ☐ Please submit one **originally signed** document and one exact photocopy of the filing.
- ☐ Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

CommunicationsContact – 11/2012



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

For Office Use Only

## Notice of Entity Election
## Names and Addresses of Key Individuals

In accordance with W.S. 17-28-104(d)

| **BF Labs Inc.** |
| --- |
| *(Print Name of Business Entity)* |

elects to provide the Wyoming Secretary of State with the names and addresses of its directors, officers, limited liability company managers, managing partners, trustees or persons serving in a similar capacity. The names, addresses and titles are listed below.

1. Print Name: **Nasser Ghoseiri** | Print Title: **President**
Print Address: **10770 El Monte** | Leawood | KS | 66211

2. Print Name: **Sonny Vleisides** | Print Title: **Vice President**
Print Address: **10770 El Monte** | Leawood | KS | 66211

3. Print Name: **Jeffrey Ownby** | Print Title: **Secretary**
Print Address: **10770 El Monte** | Leawood | KS | 66211

4. Print Name: **Jeffrey Ownby** | Print Title: **Treasurer**
Print Address: **10770 El Monte** | Leawood | KS | 66211

5. Print Name: **Jody Drake** | Print Title: **Assistant Secretary**
Print Address: **10770 El Monte** | Leawood | KS | 66211

6. Print Name: | Print Title:
Print Address: | | |

**If additional space is needed for names, addresses and titles, please attach an additional sheet.**

I hereby certify that the information contained in this document is true and correct.

Date: **5/2/2014**
*(mm/dd/yyyy)*

Signature: *Darla Jo Drake*
*(Shall be executed by an authorized individual.)*

Email:

Print Name: Darla Jo Drake

Title: Assistant Secretary

**Checklist**
- ☑ *No Filing Fee*
- ☐ This information shall be kept current within 60 days of any change until the first annual report is filed and thereafter when the annual report is due for filing.
- ☐ Please submit one originally signed document and one exact photocopy of the filing.
- ☐ Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

KeyIndividualsInformation – 11/2012



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

Max Maxfield, WY Secretary of State
FILED: 06/01/2012 02:17 PM
Original ID: 2011-000606261
Amendment ID: 2012-001340728

# Profit Corporation
## Application for Certificate of Reinstatement Following Administrative Dissolution

A corporation administratively dissolved under W.S. 17-16-1421 may apply to the Secretary of State for reinstatement within two (2) years after the effective date of dissolution.

1. Corporation name:

BF Labs Inc.

2. Effective date of its administrative dissolution: 04/09/2012
*(Date – mm/dd/yyyy)*

3. Grounds for dissolution have been eliminated.

4. Corporation's name satisfies the requirements of W.S. 17-16-401.

Signature: _____   Date: 05/30/2012
*(May be executed by Chairman of Board, President or another of its officers.)*   *(mm/dd/yyyy)*

Print Name: Sonny Vleisides

Title: Secretary        Contact Person: Sonny Vleisides

Daytime Phone Number: (816) 797-0289

Email: sonofodi@hotmail.com

---

Checklist

☐ Check one box only:

☐ (a) **Failure to file annual report** - if the corporation was administratively dissolved for failure to file its annual report and pay the annual license tax, all delinquent reports must accompany this form along with the $50.00 reinstatement fee and taxes for each delinquent report.

☑ (b) **Failure to maintain registered agent** – if the corporation was administratively dissolved for failure to maintain a registered agent, the reinstatement fee is $250.00 and payment of any fees and taxes then delinquent.

☑ Make check or money order payable to Wyoming Secretary of State.

☑ Please submit one **originally signed** document and one exact photocopy of the filing.

☑ Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

Received
MAY 31 2012
Secretary of State
Wyoming

P-CertificateReinstatement-AdminDissolution – 07/01/2010

## STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, Secretary of State of the State of Wyoming, do hereby certify that the certificate of dissolution for the entitiy listed below has been canceled and this entity has been reinstated effective **June 1, 2012** as the grounds for administrative dissolution have been eliminated.

### CERTIFICATE OF REINSTATEMENT

### BF Labs Inc.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **1st** day of **June, 2012**.



Filed Date: 06/01/2012

_____
Secretary of State

By: _____ Christina Straw

# ATTACHMENT D

# CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Keena R. Willis, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Sr. Paralegal/Compliance Manager. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2. such records are kept in the course of a regularly conducted business activity;

3. the business activity made such records as a regular practice; and

4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 17th day of February 2014.

Keena R. Willis,
Sr. Paralegal/Compliance Manager
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

# Contact Info for Shopper ID 44846260

| | |
|---|---|
| Shopper ID: | 44846260 |
| Private Label ID | 1 |
| Login Name: | sonofodi |
| First Name: | Christine |
| Middle Name: | |
| Last Name: | Page |
| Company: | |
| Address1: | ██████████ |
| Address2: | |
| City: | Kansas City |
| State/Prov: | MO |
| Postal Code: | 64106 |
| Country: | us |
| Phone1: | ████████ |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | ██████@hotmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 6/30/2011 5:30:40 AM |
| Last Changed By | BackfillShopperPhones |
| Last Changed By Date | 2/8/2014 4:43:33 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | who's the one? |
| Twitter Handle | |

# Domain List for Shopper ID 44846260

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| BUTTERFLYLABS.COM | 0 Active | 8/16/2009 | 8/16/2015 | 339603518 |
| DIGICOMLABS.COM | 0 Active | 7/1/2011 | 7/1/2014 | 339942117 |
| BITFORCELABS.COM | 26 Transfer PendDelete | 8/21/2011 | n/a | 341206767 |

# Domain Information for Shopper ID 44846260

| | |
|---|---|
| Shopper ID: | 44846260 |
| Domain Name: | BUTTERFLYLABS.COM |
| Registrar: | |
| Registration Period: | 4 |
| Create Date: | 8/16/2009 2:21:08 PM |
| Expiration Date: | 8/16/2015 2:21:08 PM |
| Update Date: | 5/29/2013 9:52:53 AM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | No |
| Name Servers: | LEE.NS.CLOUDFLARE.COM |
| | DORA.NS.CLOUDFLARE.COM |
| Auto Renew: | Yes |
| Renew Period: | 0 |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 7/20/2012 5:49:32 AM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 7/20/2012 5:49:32 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 7/20/2012 5:49:32 AM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | DBP@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14747 N Northsight Blvd Suite 111, PMB 309 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 7/20/2012 5:49:32 AM |

# ATTACHMENT E



US: 1-800-809-MINE (6463) | International: +1-913-815-8501

| FOLLOW US:  facebook 🐦 twitter 🔴 google plus

- **MY ACCOUNT**
- **CONTACT US**
- **GIFT STORE**
- **LOGIN**
- 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский

**BUTTERFLYLABS**

- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# Management

Home / Management



## Nasser Ghoseiri

Mr. Ghoseiri is a long-term IT and Electronics engineering professional with more than 15 years of design experience, both software and hardware/digital and RF. read more ›



## Jeff Ownby

Mr. Ownby is responsible for leading the company's Marketing & Corporate Communications, Product Marketing, Ecommerce development and Channel organizations. read more ›



## Josh Zerlan

As Butterfly Lab's VP of Product Development, Mr. Zerlan is responsible for operations within Butterfly Labs Innovation team, as well as long term product evolution and development. read more ›



## Jody Drake

As General Manager, Ms. Drake leads the Customer Service team, the Shipping Department, Human Resources and general office purchasing. She is also Secretary/Treasurer of the Corporation. read more ›



## Sonny Vleisides

As Innovation Officer, Sonny Vleisides is responsible for identifying markets and bringing new ideas through the engineering process. read more ›



## Dave McClain

As Account Manager, Mr. McClain is the primary contact for our institutional and strategic customers providing technical advice regarding hardware purchases. read more ›



### [Marc Goodpasture](#)

As Butterfly Lab's Production Manager, Mr. Goodpasture is responsible for product assembly and scheduling of supplier deliveries to support Butterfly Labs production. [read more ›](#)

© 2014 [Butterfly Labs](#) Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- [Home](#)
- [Products](#)
- [Drivers](#)
- [Press](#)
- [FAQ](#)
- [Management](#)
- [BitSafe](#)

# ATTACHMENT F



US: 1-800-809-MINE (6463) | International: +1-913-815-8801
| FOLLOW US:    facebook      twitter      google plus

- MY ACCOUNT
- CONTACT US
- GIFT STORE
- LOGIN
- 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский

 BUTTERFLYLABS

- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# Details

Home / Management / Details



## Nasser Ghoseiri

Innovation Officer / CTO

In his Innovation Officer position at Butterfly Labs, Mr. Ghoseiri provides strategic direction and discipline to the product development. He is responsible for the engineering of electronic and digital portion of BFL products.

Mr. Ghoseiri is a long-term IT and Electronics engineering professional with more than 15 years of design experience, both software and hardware/digital and RF.

He has held roles as IT Consultant/Engineer in Societe-Generale bank of France, Embedded systems consultant in LOTSYS, Software engineer in Marchal Technologies and contract positions in other companies and groups.

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 56 of 150



- [Home](#)
- [Products](#)
- [Drivers](#)
- [Press](#)
- [FAQ](#)
- [Management](#)
- [BitSafe](#)



US: 1-800-809-MINE (6463) | International: +1-913-815-8801

| FOLLOW US: 🔵 facebook 🐦 twitter 🔴 google plus

- MY ACCOUNT
- CONTACT US
- GIFT STORE
- LOGIN
- 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский

 *BUTTERFLYLABS*

- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# Details

Home / Management / Details



## Jeff Ownby

VP Marketing and Ecommerce

As Butterfly Lab's Vice President of Marketing and Ecommerce, Mr. Ownby is responsible for leading the company's Marketing & Corporate Communications, Product Marketing, Ecommerce development and Channel organizations.

Mr. Ownby is an effective internet entrepreneur with 20 years experience building and marketing web properties. He has held roles in management, digital marketing strategy, search engine marketing, social media, affiliate marketing, user experience, advertising, and finance for a diverse group of companies and agencies.

Prior to Butterfly Labs, Mr. Ownby launched, built and sold 2 multi-million dollar companies.

Case 4:14-cv-00815-BCW    Document 8-1    Filed 09/17/14    Page 58 of 150



- Home
- Products
- Drivers
- Press
- FAQ
- Management
- BitSafe



US: 1-800-809-MINE (6463) | International: +1-913-815-8801
| FOLLOW US:  facebook  twitter  google plus

- [MY ACCOUNT](#)
- [CONTACT US](#)
- [GIFT STORE](#)
- [LOGIN](#)
- English  Deutsch  русский

*BUTTERFLYLABS*

- [Home](#)
- [Products](#)
- [Drivers](#)
- [Consulting](#)
- [FAQ](#)
- [Support Forums](#)
- [Jobs](#)

# Details

[Home](#) / [Management](#) / Details



## Josh Zerlan

VP Product Development

As Butterfly Lab's VP of Product Development, Mr. Zerlan is responsible for operations within Butterfly Labs Innovation team, as well as long term product evolution and development.

Mr. Zerlan has an excellent track record of identifying industry trends,capitalizing on upcoming product and service vacuums that will present an excellent opportunity for fast, nimble start ups to fill.

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 60 of 150

INTERNET ARCHIVE
WayBackMachine

**6 captures**
7 Aug 13 - 9 Jul 14

Go

APR    JUL    AUG    C
◀      9      ▶
2013   2014   2015    I

Mr. Zerlan is an Army Veteran, having served during Desert Shield and Desert Storm as a Korean linguist in the 1990's and holds degrees in Computer Information Systems, Computer Science and Liberal Arts.

© 2014 [Butterfly Labs](#) Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- [Home](#)
- [Products](#)
- [Drivers](#)
- [Press](#)
- [FAQ](#)
- [Management](#)
- [BitSafe](#)



US: 1-800-809-MINE (6463) | International: +1-913-815-8801

| FOLLOW US:  facebook   twitter   google plus

- [MY ACCOUNT](#)
- [CONTACT US](#)
- [GIFT STORE](#)
- [LOGIN](#)
- English   Deutsch   русский



- [Home](#)
- [Products](#)
- [Drivers](#)
- [Consulting](#)
- [FAQ](#)
- [Support Forums](#)
- [Jobs](#)

# Details

[Home](#) / [Management](#) / Details



## Jody Drake

General Manager

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 62 of 150



INTERNET ARCHIVE
WayBackMachine

8 captures
7 Aug 13 - 9 Jul 14

Go                    APR    JUL    AUG    C
                       ◄      9     ►
                      2013   2014   2015    I

studio and supervised field teams for the US Census Bureau . She has also helped manage a hospital ward at Brooke General Hospital in the US Army.

Ms. Drake holds a BA with top honors from the University of Missouri, Kansas City. Her greatest achievement has been rearing 3 children and homeschooling them for 4 years.

© 2014 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Press
- FAQ
- Management
- BitSafe



US: 1-800-809-MINE (6463) | International: +1-913-815-8801

| FOLLOW US:  facebook  twitter  google plus

- MY ACCOUNT
- CONTACT US
- GIFT STORE
- LOGIN
- 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский

## BUTTERFLYLABS

- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# Details

Home / Management / Details



## Sonny Vleisides

As Innovation Officer, Sonny Vleisides is responsible for identifying markets and bringing new ideas through the engineering process.

Mr. Vleisides is a serial entrepreneur with wide ranging startup experience including encryption platforms for banking & communication, online gaming platform development and a million plus user web service platform in webspawner.com.

As one of the original founders of Butterfly Labs, Mr. Vleisides provides a wealth of experience in bringing new ideas to



- Home
- Products
- Drivers
- Press
- FAQ
- Management
- BitSafe

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 65 of 150



US: 1-800-809-MINE (6463) | International: +1-913-815-8801

| FOLLOW US:   facebook  🐦 twitter  🔴 google plus

- [MY ACCOUNT](#)
- [CONTACT US](#)
- [GIFT STORE](#)
- [LOGIN](#)
- 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский

**BUTTERFLYLABS**

- [Home](#)
- [Products](#)
- [Drivers](#)
- [Consulting](#)
- [FAQ](#)
- [Support Forums](#)
- [Jobs](#)

# Details

[Home](#) / [Management](#) / Details



## Dave McClain

Account Manager

As Manager of Accounts, Mr. McClain is the primary contact for our institutional and strategic customers providing technical advice regarding hardware purchases. He also assists with Accounts Payable and Payroll management.

Mr. McClain is an accomplished customer service and operations professional with over 20 years of experience with



© 2014 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Press
- FAQ
- Management
- BitSafe



US: 1-800-809-MINE (6463) | International: +1-913-815-8801

| FOLLOW US:  facebook   twitter   google plus

- MY ACCOUNT
- CONTACT US
- GIFT STORE
- LOGIN
- 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский



- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# Details

Home / Management / Details



## Marc Goodpasture

Production Manager

As Butterfly Lab's Production Manager, Mr. Goodpasture is responsible for product assembly and scheduling of supplier deliveries to support Butterfly Labs production.  He is also responsible for sourcing materials and supply chain management.

Mr. Goodpasture is an effective manager with 30 years experience in Engineering, production and supply chain management.

Prior to Butterfly Labs, Mr. Goodpasture was responsible for design, component sourcing and building industrial electronic products and devices for various companies.

Mr. Goodpasture holds a BS in Engineering from Kansas State University.  He obtained APICS CPIM certification in 1993.

Case 4:14-cv-00815-BCW    Document 8-1    Filed 09/17/14    Page 68 of 150



- Drivers
- Press
- FAQ
- Management
- BitSafe

# ATTACHMENT G





Butterfly Labs manufactures a line of high speed encryption processors for use in research, telecommunication and security applications.



**BitForce Platform**

The BitForce platform is conveniently adaptable to the scale of your needs.

| Single | Multi Unit | Super Computer |

A low cost option for 1,400 mh/s applications such as pen test & rainbow table work.  Our 'single' product comes packaged as a slim, portable USB device.  Just plug it into a host computer and begin your task.  These units can be stacked in series without practical limitation.

**BitForce System Features**

The BitForce SHA256 processor system breaks new ground in high speed verification efficiency.

Industry leading performance

Lowest cost per performance available

Zero CPU turn around latency

Easy scalability

Extremely low power consumption

Open system interchangeability

**BitForce Cost & Availability**

- **BitForce Singles** will be publicly announced on September 15th, 2011.  Pre orders will be accepted at that time on a first come first serve basis.  Pricing is currently expected to be $499 per unit but may change.
- **BitForce 'rig' units** will be available on October 25th.
- **Super Computer** processor cards are expected to be available in Q1 2012, but will only be available to institutional customers or previous customers of BitForce platform products.  (Price and performance are yet to be announced).

© 2011 Butterfly Labs Inc.

Top ↑

# ATTACHMENT H



US: 1-800-809-MINE (6463) | International: +1-913-815-8801

| FOLLOW US: facebook twitter google plus

- MY ACCOUNT
- CONTACT US
- GIFT STORE
- LOGIN
- 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский

**BUTTERFLYLABS**

- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

IN THE FINAL PHASES OF PRODUCTION:

# 600 GH/s Bitcoin Mining Card

LEARN MORE



# Butterfly Labs manufactures a line of high speed encryption processors for use in bitcoin mining, research, telecommunication and security applications.

**65nm Technology Product Line**

Units in Stock



.

read more

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 73 of 150

## CES 2014 - LAS VEGAS

Sorry, the Wayback Machine does not have this video archived.

## NEWSLETTER

Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

Enter your email address    Subscribe

**Get product updates by SMS**

Text BITCOIN to 80123 for product updates.
Standard rates apply. (USA only)

**FOLLOW US**  facebook    twitter    google plus

**CONTACT US**

To contact us, or find out more about our products, click here.

## As seen on



© 2014 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Press
- FAQ
- Management
- BitSafe

# ATTACHMENT I



**INTERNET ARCHIVE**
**WayBackMachine**

111 captures
23 Sep 11 - 28 Jun 13

MAR **APR** MAY    Close
◀ **20** ▶
2011 **2012** 2013    Help

**BUTTERFLYLABS**

Home    Products    Drivers    Consulting    News    FAQ    Jobs    Contact Us    Order        Gift Store    Media

## Order Form – BitForce SHA256 Single

**Order your unit by filling out the form below.**

**BitForce SHA256 Single**
Price: $599.00

Product includes: Fully assembled unit with Enclosure, USB Cable, PSU & driver software (including Bitcoin block mining application).

**Quantity** *

**Preferred payment method** *

○ PayPal
○ Dwolla
○ Bankwire Transfer
○ BTC

Please choose your payment method. Our sales agent will respond with the appropriate payment instructions so that you may make payment and complete your order.

## Shipping information

**Name** *

First                                                    Last

**Email** *

Enter Email                                              Confirm Email

**Phone** *

**Shipping Address Information**

Street Address

Address Line 2

City                                                     State / Province / Region

Zip / Postal Code                                        Country

**Shipping** *

◉ **US / Canada Priority ($34)**
○ International Priority ($88)

Shipping address must match billing address unless bankwire transfer is used as a payment method.

**Total**
$0.00

### Order Terms

**Delivery:** Units are guaranteed to be shipped within four to six weeks from the date of purchase. However, your delivery time may be significantly less depending on the production group your order falls in.

Worldwide delivery is available at standard priority courier rates from Kansas City, Missouri in the United States to your destination. US department of commerce export control restrictions prohibit the sale of these devices to AT designated countries.

**Product includes:** Fully assembled unit with Enclosure, USB Cable, PSU & driver software (including Bitcoin block mining application).





Case 4:14-cv-00815-BCW    Document 8-1    Filed 09/17/14    Page 76 of 150

# ATTACHMENT J

This is Google's cache of http://www.butterflylabs.com/bitcoin-mining/. It is a snapshot of the page as it appeared on Sep 3, 2014 17:22:01 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

US: 1-800-809-MINE (6463) | International: +1-913-815-8801
| FOLLOW US: facebook twitter google plus

- MY ACCOUNT
- CONTACT US
- GIFT STORE
- LOGIN
- English Deutsch русский

Butterflylabs Logo

- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# Bitcoin Mining

Home / Bitcoin Mining

## Bitcoin Mining

Perhaps the best way to describe Bitcoin mining to the layman would be to say that it is somewhat like a cross between the California Gold Rush and the lottery. No one is given Bitcoins per se. You've got to earn them. At the same time, you need a little luck. No one can precisely define how long it will take to successfully mine a Bitcoin. While your chances should become better with the more hashes you can generate, there is not always a direct correlation between the amount of work you put in and the rate of success you are going to have.

Bitcoins are a new currency, and they work on a peer-to-peer system, so there is inherent value in their relative scarcity, as well as its independence of a "central authority."

Bitcoin mining becomes more difficult over time, in order to facilitate limitation on the supply. It is referred to as a "high performance computing problem" and thus is best solved with hardware that is specifically built for that purpose. In order to mine Bitcoins, you have to "solve a block," and that gets harder as the network of miners grows. Proof of work must be shown for anything to be valid. It is a very competitive endeavor. To help improve the odds for success, miners often form pools, where resources are combined and any yield from the effort is divided.

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 78 of 150

Aside from uncovering Bitcoins, which brings its own reward, miners have another incentive; namely, the fees they can collect for transactions on the part of users. So they are motivated to include transactions in their block. This becomes a more important factor as the difficulty in creating new Bitcoins increases.

It's cutting edge, and a ground floor opportunity. It's clearly no wonder why so many people are excited by Bitcoins!

© 2014 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Press
- FAQ
- Management
- BitSafe

# ATTACHMENT K





## Products

| The Single | Mini Rig | SuperComputer Chip (BitForce SC) |
|---|---|---|
| Slim & enormously powerful. BitForce Singles are an excellent low cost solution. | Professional grade performance density at new levels of cost and power efficiency. | Some jobs have exceptional needs. The BitForce SuperComputer processor can deliver. |
| **$599** | **$15,295** | **TBA** |
| Performance: **832 Mega Hash / s @ 80w** | Performance: **25.2 Giga Hash / S @ 1,250w** | Performance: **3.5, 40 & 1,000 GH/s** |
| BitForce Singles are tiny and wonderfully efficient. Singles can also be linked together. See full performance & product specification. | Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display. | The BitForce SC chip is now in final stage development. Initial product delivery is scheduled for October, 2012. See the SC FAQ for more information. |

The Single
- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet (32db)
- Low thermal signature

Mini Rig
- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

SuperComputer Chip (BitForce SC)
- Trivial power consumption
- Silent operation
- End game performance
- Previous generation obsolescence protection (Client upgrade path)

See our June 15th press release

© 2012 Butterfly Labs Inc.

Top ↑

# ATTACHMENT L



Shipping address must match billing address unless bankwire transfer is used as a payment method.

**Total**
$633.00

Total amount including shipping and customs form preparation if required. No sales tax will be added unless the unit is purchased from within the state of Missouri.

Submit

---

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 84 of 150

https://web.archive.org/web/20120629045943/http://www.butterflylabs.com/pre-order-form   4/16/2014

# ATTACHMENT M





Products

---

| The Single | Mini Rig | BitForce 'SC' Pre Orders |
|---|---|---|
| Slim & enormously powerful.  BitForce Singles are an excellent low cost solution. | Professional grade performance density at new levels of cost and power efficiency. | Some jobs have exceptional needs.  The BitForce SuperComputer family can deliver. |
| **$599** | **$15,295** | **Pre Order List** |
| Performance: **832 Mega Hash / s @ 80w** | Performance: **25.2 Giga Hash / S @ 1,250w** | Performance: **3.5, 40 & 1,000 GH/s** |
| BitForce Singles are tiny and wonderfully efficient.  Singles can also be linked together. See full performance & product specification. | Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display. | The BitForce SC chip is now in final stage development.  Initial product delivery is scheduled for October, 2012. |

The Single:
- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet  (32db)
- Low thermal signature

Mini Rig:
- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

BitForce 'SC' Pre Orders:
See the SC **FAQ** and release **Notes** for policy information.  Read the **Press Release**.

| Jalapeno Pre Order Form |
|---|
BitForce Jalapeno  3.5 GH/s  -  $149

| Single 'SC' Pre Order Form |
|---|
BitForce Single 'SC'  40 GH/s  -  $1,299

| Mini Rig 'SC' Pre Order Form |
|---|
BitForce Mini Rig 'SC'  1,000 GH/s  -  $29,899



ORDER NOW »         ORDER NOW »

---

© 2012 Butterfly Labs Inc.                                        Top ↑

# ATTACHMENT N



## BUTTERFLYLABS

Home    Products    Drivers    Consulting    News    FAQ    Jobs    Contact Us    Order        Gift Store    Media

## Products



**The Single**

Slim & enormously powerful. BitForce Singles are an excellent low cost solution.

## $599

Performance: **832 Mega Hash / s @ 80w**

BitForce Singles are tiny and wonderfully efficient. Singles can also be linked together. See full performance & product specification.

- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet (32db)
- Low thermal signature

**Mini Rig**

Professional grade performance density at new levels of cost and power efficiency.

## $15,295

Performance: **25.2 Giga Hash / S @ 1,250w** Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display.

- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

**BitForce 'SC' Pre Orders**

Some jobs have exceptional needs. The BitForce SuperComputer family can deliver.

## Pre Order List

Performance: **3.5, 40 & 1,000 GH/s** The BitForce SC chip is now in final stage development. Initial product delivery is scheduled for October, 2012. See the SC FAQ and release Notes for policy information. Read the Press Release.

**Jalapeno Pre Order Form**

BitForce Jalapeno 3.5 GH/s - $149

**Single 'SC' Pre Order Form**

BitForce Single 'SC' 40 GH/s - $1,299

**Mini Rig 'SC' Pre Order Form**

BitForce Mini Rig 'SC' 1,000 GH/s - $29,899

© 2012 Butterfly Labs Inc.                                    Top ↑

# ATTACHMENT O

INTERNET ARCHIVE
WaybackMachine

http://www.butterflylabs.com/bitforce-sc-release-notes    Go

45 captures
24 Jun 12 - 23 Dec 13

JUN  JUL  AUG
◄   4   ►
2011  2012  2013

Close

Help

BUTTERFLYLABS

Search this site                Sub

Home    Products    Drivers    Consulting    News    FAQ    Jobs    Contact Us    Order         Gift Store    Media

# BitForce SC – Release notes

The **BitForce SC** product line is the giant final step in the progression of SHA256 verification technology. The implications for our customers are significant and with this comes a measure of responsibility that we've worked hard to respectfully fold into our plans.

Along with encouragement, there has been quite a lot of worry about these implications. We hope clarifying our position and what you can expect from BF Labs Inc. on these points may be helpful to our customers as they decide how to proceed with their SHA256 efforts.

**What's your trade in policy?**

In recognition of the burden such an increase in hashing power puts on owners of our equipment, we've instituted a policy designed to preserve the value of your investment through this technology change. Our objective is to make sure you can recover your investment whether you wish to continue mining or not.

To achieve this goal, we will accept earlier generation units in trade at full purchase price towards the purchase of their new ASIC based counterparts.

**What's a typical trade in example?** A customer can trade in his 832 MH/s Single and get $599 credit towards the purchase of a $1,299 SC Single. The end cost to upgrade to 40 GH/s would be $699.

**Do I have to ship my trade in when I order the SC version?** You may keep your current single (or Mini Rig) up to the date your SC based product is ready. We'll notify you at that time and wait for your trade in to arrive before releasing your unit.

**Can I trade in two old generation singles for one SC version?** No. You can only use trade in credit to pay for up to 50% of the cost of the new gear. (otherwise, we'd go out of business pretty quickly).

**I don't want to mine anymore, what do I do with my Singles?** The value of an old Single on the secondary market should continue to hover close to it's $599 purchase price minus shipping and any convenience costs of exchange with whoever wants to buy it in preparation to purchase an SC based product. When we receive it towards the purchase of an SC, it will be accepted at it's full $599 value. This ensures that you can get out of your investment with no losses.

**How are Mini Rigs traded in?** Mini Rigs are traded in the same way as Singles. Up to 50% of the purchase price of new SC gear can be paid for with trade in credit from an older generation Mini Rig or many older generation Singles.

**How long will you continue to accept trade ins?** Our trade in offer expires March 1, 2013.

**Can I trade in my Singles even though I didn't buy them from you?** Yes, we will honor trade in units whether you purchased them directly from us or from a third party.

**Will you limit supply to would be 51% attackers?**

We absolutely will not knowingly sell hardware to a client if we feel they pose a threat to any network.

**Why are you selling so much performance for so little?**

We feel cheap & powerful hashing gear is more valuable to our customers and the growth of the network. For example, our USB coffee warmer product (the 'Jalapeno') was designed for maximum gift-ability in time for the holiday season. It might find a role as a fun starter kit for would be network participants while at the same time increasing network d-centralization. In sum, cheaper & easier is better and we'll continue to push this envelope as company policy.

**What will happen to my investment if ASIC competition arrives?**

It's our belief that ASIC level competition is inevitable. In expectation of this, we've kept our prices low and we'll maintain them at stable rates.

There's no such thing as a monopoly in a free market. If you're greedy, someone can come along and fix the situation. With this in mind, our products are priced very well relative to the investments involved and this leaves little room for profit motivated competitors. This may very well induce a welcome phase of price stability for SHA256 operators. In the end, we believe success all comes down to aggressive investment in product improvement and a generous attitude towards supporting the customers we serve. Price stability is a part of the equation.

However, in the event of a price war, it's fair to say that the capability of the product may exceed the figures published and our price / performance advantage will adjust as needed to remain the top choice. With the financial backing we have, we're able to continue development and prepare for the future mission to support SHA256, no matter how the market turns. Please know that in doing this, we pledge to continue to respect the value of the investment our customers have made.

In the end, competition ultimately benefits overall network security so everyone wins.

**Why don't you guys mine?**

This is a popular question. The answer is pretty simple. Hardware is the focus of our passion. We're hardware designers.

**So will the BitForce SC product line REALLY come out in October?**

This is a fair question. Let's review our track record. If you're not aware, our initial product, the BitForce Single had a slow delivery cycle. This was initially due to a last minute design change before initial product release. When we did release it, we weren't quite prepared for the explosive success we had. After several rounds of scaling, single delivery is in sufficient volume to catch up quickly.

The Mini Rig product release has followed it's development and release timeline pretty well. Initial deliveries aren't far from estimates and the speed of production is on pace to ensure most customers will get their Mini Rigs ahead of schedule.

The SC product line has been under development for quite some time and is not the result of an expedited development process. Although there are always issues during development, our team is highly experienced in exactly this field and we're currently ahead of our original timeline. Honest Abe, we're scheduling shipments for October of 2012.

**Will it REALLY be as fast as you say?**

**YES**. It's really that fast.

Let's review our track record once again. Our most recent release was the Mini Rig. It's performance exceeded spec by more than 1 GH/s in speed while consuming 100W less in power draw.

Promised: 25.2 GH/s 1,250W

Delivered: 26.4 GH/s 1,141W

Our one blemish in spec estimate was with our original product. The Single was announced at 1.05 GH/s @ 20W. However, we released it at 832 MH/s @ 80W. This was part of our introductory learning curve specific to this network hash application which is really quite extraordinary and unlike simple processor cryptography which is our background. In the end, we missed our speed spec by 20% and power by a factor of 4. In fairness, we offered refunds and lowered our prices from $699 to $599 to compensate. The product was a hit and remains our best seller to date.

In short, we have the experience and have shipped the most product in the industry. You can count on the SC. It's real and it's coming to a network near you.

© 2012 Butterfly Labs Inc.

Top ↑

# ATTACHMENT P

This is Google's cache of https://forums.butterflylabs.com/announcements/16-announcement-bfl-asic-release-specifications.html. It is a snapshot of the page as it appeared on Sep 7, 2014 18:39:01 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |

User Gallery    Community    Forum Actions    Quick Links                    Advanced Search

🏠 Forum    Butterfly Labs    Announcements    Announcement: BFL ASIC - Release specifications

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

**You cannot rate threads**    0

Expand

Results 1 to 10 of 140    Page 1 of 14  | 2 | 3 | 11 | ... ▶ | Last ▶▶

**Thread: Announcement: BFL ASIC - Release specifications**

Thread Tools

09-29-2012, 11:25 PM                                                        #1



**BFL_Office** ○

Employee

🦋 BUTTERFLYLABS

Mentioned:    0 Post(s)
Tagged:    0 Thread(s)
Quoted:    5 Post(s)
Latest Thread:    Article:
Announcement: BFL ASIC - Release specifications

**Announcement: BFL ASIC - Release specifications**

**Bitcoin Magazine article:** http://bitcoinmagazine.net/bfl-confi...for-sc-lineup/

Butterfly Labs reveals final performance specifications for it's revolutionary ASIC hardware.

**BitForce Jalapeno** - *4.5gh/s @ 4.5w*
**BitForce Single SC** - *60 GH/s @ 60w*
**BitForce MiniRig SC** - *1,500 GH/s @ 1,500w*



Join Date: Sep 2012
Posts: 9

**Ignore User**

Power figures are +/- 10% of those listed while we finish optimizing our power subsystem.

**NEW** An as yet named 'Little Single' device which will hash at a rate of 30 GH/s and cost USD $649.00.

You may notice that these performance figures exceed that of our previously published specification by approximately 50%. Our intention was to eventually over deliver while also being conservative during development. We had planned to reserve this performance increase for a future firmware update and was one method we planned to use to protect our customers in the event of a price war. However, due to the maturity of our development and competition in the market, we felt it was time to clarify what customers will actually receive both in speed and particularly in power consumption so they can properly evaluate their options and make good decisions. We hope it's now easier to understand the closed lip approach of our ASIC line product development.

A pledge to our customers: Butterfly Labs has always been committed to our customers. With the transition to ASIC from FPGA, we offered a 100% buyback program on the purchase price of your FPGA units towards the purchase of one of our ASIC units. This is an offer currently unmatched by any other manufacturer. People have asked why would we do this? We do this because our mission is to stand behind our customers and preserve the value of their hardware investment through all market changes, now and in the future. Simply put, you can count on us to protect your mining investment.

In summary, all current orders are automatically 4.5 GH/s - 60 GH/s or 1.5 TH/s devices. You need do nothing, just wait for delivery.

**Our Value pledge:** As always, our focus has been on offering the most competitive product, both in terms of initial price but also the most competitive TCO in the industry. Our current power consumption targets for our first generation ASIC products are approximately 1 GH per watt, far and away the lowest power consuming units available at any price. Not only will our products perform faster than any other product currently available, it will also cost less to run now and in the future. As with our FPGA products, when the time comes for our second generation ASIC products, we will not forget our customers and will make every effort to transition you, the customer, to the second generation ASIC as easily, quickly and in the most cost effective manner as possible.

http://webcache.googleusercontent.com/search?q=cache:P5VVh6sZ3kgJ:https://forums.butt...   9/8/2014

# ATTACHMENT Q



BUTTERFLYLABS

Home    Products    Drivers    Consulting    FAQ    Support Forums    Jobs    Contact Us        Gift Store    Media

## Products

| The Single | Mini Rig | BitForce 'SC' Pre Orders |
|---|---|---|
| Slim & enormously powerful.  BitForce Singles are an excellent low cost solution. | Professional grade performance density at new levels of cost and power efficiency. | Some jobs have exceptional needs.  The BitForce SuperComputer family can deliver. |
| **$599** | **$15,295** | **Pre Order List** |
| Performance: **832 Mega Hash / s @ 80w** | Performance:  **25.2 Giga Hash / S @ 1,250w**  Our Mini Rig unit can be configured for the performance you need.  Monitor speed, energy consumption & heat via master display. The Mini Rig is currently sold out. | Performance: **4.5, 60 & 1,500 GH/s** The BitForce SC chip is now in final stage development.  Initial product delivery is scheduled for November. See the SC **FAQ** and release **Notes** for policy information. Read the **Press Release**. |
| BitForce Singles are tiny and wonderfully efficient.  Singles can also be linked together. See full performance & product specification. | | |

The Single features:
- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet  (32db)
- Low thermal signature

Mini Rig features:
- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

**Jalapeno Pre Order Form**

BitForce Jalapeno  4.5 GH/s  -  $149

**Single 'SC' Pre Order Form**

BitForce 'Little' Single SC  30 GH/s - $649
BitForce Single 'SC'  60 GH/s  -  $1,299

**Mini Rig 'SC' Pre Order Form**

BitForce Mini Rig 'SC'  1,500 GH/s  -  $29,899



ORDER NOW »

© 2012 Butterfly Labs Inc.

Top ↑

# ATTACHMENT R



Home    ASIC Products    Drivers    Consulting    FAQ    Support Forums    Jobs    Contact Us        Gift Store    Media

## ASIC Products



| BitForce Jalapeno | BitForce 'Little' Single SC | BitForce Single 'SC' | BitForce Mini Rig 'SC' |
|---|---|---|---|
| $149 | $649 | $1,299 | $29,899 |
| Performance: **4.5 GH/s** | Performance: **30 GH/s** | Performance: **60 GH/s** | Performance: **1,500 GH/s** |
| Pre-order | Pre-order | Pre-order | Pre-order |

If you are upgrading an FPGA
Single to an SC Single, **click here**

© 2012 Butterfly Labs Inc. - Bitcoin Mining Hardware - ASIC Bitcoin Miner                    Top ↑

# ATTACHMENTS



# FAQ

F requently asked questions are presented here for your convenience. These are the most common questions we're asked about our products & services.

Are your algorithms, PCB's or other products available for purchase separately?

Yes, our intellectual property is available for licensing to other chip manufacturers.  In most cases we can also make our individual components available to you depending on your needs.

Can I get an educational buyer discount for University research purchases?

Butterfly Labs is eager to assist accredited institutions in the acquisition of research hardware if used exclusively for non commercial applications. Please contact us for further inquiry.

Do your products fall under US encryption export control classification?

Yes, the BitForce SHA256 processor is properly classified under the US Bureau of Industry and Security export control.  Our export control restriction prohibits the export of our products to AT designated countries as specified by the US Department of Commerce.  If you need clarification on your ability to purchase our products, please contact us for review.

What is Throttling and how do I get the most performance out of my BitForce Single?

Throttling is an in built thermal protection measure of the BitForce SHA256 processor card.  Each processor has it's own individual heat tolerance and when this limit approaches, it pulls itself offline for 15 seconds to cool down a bit before resuming it's work. To ensure normal performance, make sure you're operating in an ambient temperature of 72f (22C) or below.  Room temperature is often different than the temperature at vent intake.  Make sure the unit is well ventilated and isn't drawing warm air from the exhaust of other devices.  Make sure your top heat sink is firmly in place.  Make sure the underside heat sink is firmly affixed to the PCB.  Confirm that all fans are running and that their power connector is firmly seated. If you're unable to control the ambient temperature in your operating environment, you can try running a slightly slower firmware.  Even a trivial drop from 832mh/s down to 816 mh/s will have a dramatic effect on operating temperature and allow you to operate without throttling in hotter environments.  Conversely, if you are in a cool environment, try experimenting with faster firmwares all the way up to 872 MH/s. Note:  Each unit has it's own individual thermal range.  Some units will run faster and some units will run slower in the same temperature.  This is normal and expected behavior.

Can Butterfly Labs ship items as a 'gift' or for a lower price than was paid?

No.  We can lose our ability to ship to a country if we falsify customs declarations. We declare all items as "merchandise" for the actual price paid on the customs form.

What shipping company does Butterfly Labs use?

USPS - the United States Postal Service

When will the ASIC (Single SC) ship?

We plan on shipping the ASIC versions of our products by the end of October or early November, depending on quantity of units available. Please see the FAQ with regards to 1/3 shipping plan.

## What is the power consumption of the SC (ASIC based) units?

We are not currently releasing power specs for the units, but they will not use more power than our current generation of products.

## I tried calling Butterfly Labs, but no one answered. How can I talk to someone?

We do not have a dedicated phone support staff in place. Your voice mail will be heard and responded to but it's often faster to write customer service at office@butterflylabs.com where a quick response staff is in place during business hours.

## Why do you not accept Paypal for your SC line of products?

We do! However, in the beginning, we wanted to promote Bitcoin, so the first orders were taken exclusively in Bitcoin.

## How long will the full price trade in program last?

The full price trade in program is scheduled to last until the 1 March 2013.

## Can orders be picked up at Butterfly Labs?

Butterfly Labs is a manufacturing facility and is not setup for product pickup.

## What is the size and weight of a Minirig?

Our mini rig is: 17"H x 11.5"W x 18.5"D (43.18cm x 29.21 cm x 46.99 cm) and 50 lbs (22.68 KG).

## What is the size and weight of the Single SC?

Our Single SC is: 4" x 4" x 3" (10.16 x 10.16 x 7.6 cm)

## Where am I in line and when will my order ship?

We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to being late October or early November. We are unable to predict accurate wait times until shipping begins.

## Can I get a refund on my pre-order?

Butterfly Labs, INC. is accepting pre-orders for ASIC based products, expected to begin shipping in late October or early November 2012. Your pre-order with payment confirms your place in line for delivery once we begin shipping. Payments made for pre-orders of ASIC based products now under development should be considered non-refundable until products begin shipping or 1 January 2013, whichever is earlier.

## What is your 1/3 shipping plan?

Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over any other, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Minirig SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

© 2012 Butterfly Labs Inc.

Top ↑

https://web.archive.org/web/20120904015036/http://www.butterflylabs.com/faq[4/29/2014 2:32:57 PM]

# ATTACHMENT T



This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/5-shipping-sc-line.html. It is a snapshot of the page as it appeared on Apr 23, 2014 23:25:28 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or   **-F** (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | B |

User Gallery    Most Popular    Member Blogs    Advanced Search

🏠 Blogs ➤ BFL_Jody ➤ Shipping the SC Line...

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

### BFL_Jody



#### Shipping the SC Line...

Rate this Entry ▾

by 👑 BFL_Jody , 10-02-2012 at 02:36 PM (2655 Views)     3 Comments

We have worked hard but we see no possibility of beginning to ship the SC's in October. Hang on to your trade-in units and keep mining...

Categories: Uncategorized

Share

✉ Email Blog Entry

« Prev    Main    Next »

## Comments

- 10-12-2012 02:14 PM

Are the all Single 'SC's in production now? If so is there a latest update of approximate dates of shipment even within a month of approximation? I would like to feel confident I



### BFL_Jody

➕ Create Blog

👤 Go to Profile
✔ Mark as Read

| Join Date: | Sep 2012 |
| Posts: | 11 |
| Blog Entries: | 228 |

### Blog Categories

Local Categories
📁 Uncategorized

### Recent Comments

Is My Order In?
by bktwo

Sales Tax

# ATTACHMENT U



http://www.butterflylabs.com/products   Go

SEP  OCT  NOV
◄  21  ►
2011  2012  2013

Close
Help

249 captures
19 Aug 11 - 31 Oct 13

## BUTTERFLYLABS

Search this site   Sub

Home   Products   Drivers   Consulting   FAQ   Support Forums   Jobs   Contact Us        Gift Store   Media

# Products



### The Single

Slim & enormously powerful.  BitForce Singles are an excellent low cost solution.

## $599

Performance: **832 Mega Hash / s @ 80w**

BitForce Singles are tiny and wonderfully efficient.  Singles can also be linked together. See full performance & product specification.

- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet  (32db)
- Low thermal signature

### Mini Rig

Professional grade performance density at new levels of cost and power efficiency.

## $15,295

Performance: **25.2 Giga Hash / S @ 1,250w** Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display. The Mini Rig is currently sold out.

- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

### BitForce 'SC' Pre Orders

Some jobs have exceptional needs.  The BitForce SuperComputer family can deliver.

## Pre Order List

Performance: **4.5, 60 & 1,500 GH/s** The BitForce SC chip is now in final stage development.  Initial product delivery is scheduled for November. See the SC FAQ and release Notes for policy information.  Read the Press Release.

| Jalapeno Pre Order Form |
BitForce Jalapeno  4.5 GH/s  -  $149

| Single 'SC' Pre Order Form |
BitForce 'Little' Single SC  30 GH/s - $649
BitForce Single 'SC'  60 GH/s  -  $1,299

| Mini Rig 'SC' Pre Order Form |
BitForce Mini Rig 'SC'  1,500 GH/s  -  $29,899

ORDER NOW ≫

© 2012 Butterfly Labs Inc.

Top ↑

# ATTACHMENT V

This is Google's cache of https://forums.butterflylabs.com/announcements/251-more-jalapeno-pictures-shipping-update.html. It is a snapshot of the page as it appeared on Sep 7, 2014 07:34:42 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



| User Name | Password | Log in | Help |

☐ Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |

User Gallery   Community▾   Forum Actions▾   Quick Links▾                    Advanced Search

🏠 Forum   Butterfly Labs   Announcements   More Jalapeno Pictures & Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



**You cannot rate threads**        0

Expand

▾Page 1 of 64  1  2  3  11  51 ...  ▶ Last ▶▶
Results 1 to 10 of 636

**Thread: More Jalapeno Pictures & Shipping Update**

Thread Tools



10-29-2012, 11:33 PM                                                          #1

👑 **BFL_Josh** 🔰  ○

Employee

Blog Entries:   **13**
Mentioned:     **178** Post(s)
Tagged:        **1** Thread(s)
Quoted:        **2083** Post(s)

### More Jalapeno Pictures & Shipping Update

Attached are some more pictures of the Jalapeno. It's in one of it's prototype homes, but the design is changed and we are waiting on the updated box to be delivered now. However, the fundamental design will remain unchanged, just some cosmetic changes (laser etched top, no silver, etc...)

We are not going to make the first half of November shipping goal. Right now, I want to say fourth or fifth week of November, but lots of little issues have cropped up,

Latest Blog:    Monarch Power and
Light (Sound)
Latest Thread:    Duplicate IP Report
for 09-06-2014

❌ User Info

❌ Thanks / Tagging Info

❌ Gifts / Achievements / Awards

❌ Activity Stats

Join Date:    Aug 2012
Posts:    2,466
Blog Entries:    13

**Ignore User**

pushing the shipping date out a bit here and there. To be on the safe side, I would estimate the end of November / beginning of December as a likely ship date. We've had some trouble sourcing the VFD screens for the Minirig SC; the wharehouse told us they had about 5x as many screens as they really have on hand, so we are coming up short. The good news is that we've come up with an alternate solution that is so full of awesome, I am going to save that for a later update. It is, however, necessitating a redesign of the Minirig SC case, though it won't really affect the timeline in any material fashion, as it's just one part that needs to be changed a bit to accommodate the new screen.

We are also still waiting on the HSF for the Single SC to show up - the factory has been a bit slow in that department, so that set things back a bit.

We expect the final chip versions to be in our hands in ~25 days, with final assembly and shipping to begin a few days after that.



# ATTACHMENT X

No Shipments in November - Blogs - Bitcoin Mining Forum - Butterfly Labs



This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/50-no-shipments-november.html. It is a snapshot of the page as it appeared on Apr 9, 2014 08:35:37 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **-F** (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**

| Connect | User Name | Password | Log in | Help |

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | B |

User Gallery    Most Popular    Member Blogs                    Advanced Search

🏠 Blogs ⤷ BFL_Jody ⤷ No Shipments in November

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



## BFL_Jody

### No Shipments in November

Rate this Entry ▾

by 👑 BFL_Jody , 11-27-2012 at 07:51 AM (5080 Views)    26 Comments

That's right. No ASIC's for November. Customer Service left the building for a Thanksgiving Holiday, but our team members kept answering emails from home. We were hoping to come back to work this week with good news of imminent production starting. Not happening this month. Although we see shipments of parts everyday, we kind of need ALL of them to make an SC.

Categories: Uncategorized

Share

G 🔖 ■ 🌀

✉ Email Blog Entry

« Prev    Main    Next »

## Comments

▾ Page 1 of 2  1  2  ▶  Last ▶▶



■ - 11-27-2012 08:06 AM    ⚓



BFL_Jody □

👤 Go to Profile

✓ Mark as Read

| Join Date: | **Sep 2012** |
| Posts: | **11** |
| Blog Entries: | **228** |

**+ Create Blog**

### Blog Categories ⌃

Local Categories
📁 Uncategorized

### Recent Comments ⌃

Is My Order In?
by bktwo

Sales Tax

# ATTACHMENT Y



INTERNET ARCHIVE
WayBackMachine

80 captures
25 Jun 12 - 26 Mar 14

NOV    DEC    JAN
◀      17     ▶
2011   2012   2014

Close ✖

Help ❓

**BUTTERFLYLABS**

Home    ASIC Products    Drivers    Consulting    FAQ    Support Forums    Jobs    Contact Us        Gift Store    Media

# Pre Order Form – BitForce Single 'SC'

### Pre-Order Form - BitForce Single 'SC'

Order your unit by filling out the form below.

**Single SC - (60 GH/s)**

**Single SC ($1,299)**

Single SC upgrade ($699)

Trade in terms: Qualifying trade for upgrades are an older generation BitForce Single. Once your new unit is ready for delivery (currently scheduled for January 2013), you'll be notified to ship your trade in unit(s) to us. Upon receipt we'll release your new BitForce Single SC for shipment to you. Product includes: Fully assembled enclosure, USB Cable, power supply & driver software (including BTC block mining application).

**Quantity** *

1

**Preferred payment method** *

BTC

Bankwire Transfer

PayPal

Please be aware that your order date is set at the time payment is received, so we recommend Bit-Pay due to it's faster processing time as compared to bank wire transfer. When ordering via Bankwire Transfer, our sales agent will respond with the appropriate payment instructions so that you may make payment and complete your order.

## Shipping information

**Name** *

First                                          Last

**Email** *

Enter Email                                    Confirm Email

**Phone** *

**Shipping Address Information** *

Street Address

https://web.archive.org/web/20121217185211/http://www.butterflylabs.com/order-form-bitforce-sc-single[4/29/2014 3:37:19 PM]

Address Line 2

City

State / Province / Region

Zip / Postal Code

Country

**Shipping** *

**US / Canada Priority ($34)**

International Priority ($88) +$54.00

Shipping is only charged for the first unit. Any additional units in this order enjoy FREE shipping.

**Total**

$1,333.00

Total amount including shipping and customs form preparation if required. No sales tax is charged unless the unit is purchased from within the State of Missouri.

© 2012 Butterfly Labs Inc.

Top ↑

# ATTACHMENT Z

Bitcoin Mining Hardware - ASIC Bitcoin Miner - Butterfly Labs

INTERNET ARCHIVE
WaybackMachine

255 captures
15 May 03 - 4 Apr 14

OCT **DEC** JAN
◀ **4** ▶
2011 **2012** 2013

Close ✖
Help ?

# BUTTERFLYLABS

Home | ASIC Products | Drivers | Consulting | FAQ | Support Forums | Jobs | Contact Us | Gift Store | Media

## BitForce Single 'SC' 60 GH/s

### Price: $1,299

**PRE-ORDER NOW »**

The BitForce SC chip is now in final stage development. Initial product delivery is scheduled for February, 2013.
See the SC FAQ and release Notes for policy information. Read the Press Release.

**Butterfly Labs manufactures a line of high speed encryption processors for use in research, telecommunication and security applications.**

### BitForce Platform

The BitForce platform is conveniently adaptable to the scale of your needs.

### Single

A low cost option for 832 Mega Hash / s applications. Our 'single' product comes packaged as a coffee cup sized cube which can be stacked in series without practical limitation. BitForce SHA256 Singles are currently available for regular production purchase.

### Mini Rig

Medium use applications require more power. The BitForce Mini Rig unit is built to suit. Up to 24 processor modules may be hosted in this unit to provide 25,200 mh/s performance at a ground breaking cost. Convenient and economical use is achieved with small size, low power consumption and a digital readout to monitor performance. Mini Rigs are currently sold out and are being replaced by the Mini Rig SC.

### BitForce System

The BitForce SHA256 processor system breaks new ground in high speed verification efficiency.

### Customer news:

Your production update has been posted.



Mini Rig - coffee break

### Sign up for Announcements

Enter your email to be notified of new developments and product releases. (Your email will never be sold or misused)

**Email** *

https://web.archive.org/web/20121204162343/http://www.butterflylabs.com/[4/29/2014 3:24:40 PM]

## Super Computer

Our Super Computer platform is a 3rd generation to all our products using a full custom ASIC processor design.  Devices based on this technology are currently scheduled for December delivery.  See our products page if you would like to get on the pre-order list.

© 2012 Butterfly Labs Inc.

Top ↑

# ATTACHMENT AA



## Pre Order Form – BitForce Single 'SC'

### Pre-Order Form - BitForce Single 'SC'

Order your unit by filling out the form below.

**Single SC - (60 GH/s)**

**Single SC ($1,299)**

Single SC upgrade ($699)

Trade in terms: Qualifying trade for upgrades are an older generation BitForce Single. Once your new unit is ready for delivery (currently scheduled for December), you'll be notified to ship your trade in unit(s) to us. Upon receipt we'll release your new BitForce Single SC for shipment to you. Product includes: Fully assembled enclosure, USB Cable, power supply & driver software (including BTC block mining application).

**Quantity** *

1

**Preferred payment method** *

BTC

Bankwire Transfer

PayPal

Please be aware that your order date is set at the time payment is received, so we recommend Bit-Pay due to it's faster processing time as compared to bank wire transfer. When ordering via Bankwire Transfer, our sales agent will respond with the appropriate payment instructions so that you may make payment and complete your order.

## Shipping information

**Name** *

First

Last

**Email** *

Enter Email

Confirm Email

**Phone** *

**Shipping Address Information** *

Street Address

Address Line 2

City

State / Province / Region

Zip / Postal Code

Country

**Shipping** *

**US / Canada Priority ($34)**

International Priority ($88) +$54.00

Shipping is only charged for the first unit. Any additional units in this order enjoy FREE shipping.

**Total**

$1,333.00

Total amount including shipping and customs form preparation if required. No sales tax is charged unless the unit is purchased from within the State of Missouri.

© 2012 Butterfly Labs Inc.

Top ↑

# ATTACHMENT AB



Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy

# ATTACHMENT AC



This is Google's cache of https://forums.butterflylabs.com/announcements/692-bfl-asic-status-2.html. It is a snapshot of the page as it appeared on Apr 27, 2014 23:01:04 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or   **-F** (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**    f Connect    Help

Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery | 🔍 |

User Gallery    Community ▾    Forum Actions ▾    Quick Links ▾                    Advanced Search

🏠 Forum  ▸  Butterfly Labs  ▸  Announcements  ▸  BFL ASIC Status

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



You cannot rate threads

4.8

Expand

▾ Page 2 of 3   ◀◀ First  ◀  1  2  3  ▶  Last ▶▶

Results 11 to 20 of 28

**Thread: BFL ASIC Status**

🖤 **926** Likes ▾

LinkBack ▾    Thread Tools ▾

📄 02-25-2013, 09:54 PM                                                        #11

👑 **BFL_Josh** ☐

Employee

🟩🟩🟩🟩🟩🟩🟩

Blog Entries:  2
Mentioned:  151 Post(s)
Tagged:  1 Thread(s)
Quoted:  1728 Post(s)

🐦 f

Latest Blog :  **Busy day!**

**25 Feb 2013 Update**

I know people have been waiting on an update for awhile. The simple fact of the matter is there hasn't been any solid updates to offer. I know people are desperate and starving for information and I wish I could provide new information every day, but some days there just isn't new information. Luckily there is some new information today. It's not the best information (such as we are shipping today!) but it is at least an update.

We had expected the bumping to be done by now, as per the previous update(s). That has not been completed yet. There are a number of reasons why this is the case, and we are not pleased with any of them. The bumping facility, which we have no direct contact with, did not complete the NRE on the timeline we had spoke to the



Latest Thread: **Duplicate IP Report for 04-26-2014**

  

Join Date:    Aug 2012
Posts:        2,153
Blog Entries: 2

**Ignore User**

packaging facility about. As I've written in previous posts, we are dealing with such an accelerated time scale that all of these facilities simply aren't used to dealing with. It's been a learning experience for both us and for the facilities we are using. The upside, such as it is, is that going forward, we will have all the large, time sucking hurdles already out of the way and the rest of the chips should breeze through without issue, as all the NRE, tooling, design, planning and machines will already be configured for what we need.

Since Friday we have been, in a word, agonizing over how to make up for lost time. Obviously, we can't make up for all the lost time, but what we have decided is to effectively burn (this is not a technical term, I simply mean we are using one of the wafers for testing instead of creating chips out of it) one of the initial six wafers for testing. This is definitely not something we wanted to do, as it will reduce our initial chip count from a potential 6000 to 5000 chips for the first set of wafers. We are doing this because it will buy us 7 - 12 days for the second set of wafers (and the remaining set of wafers down the road). The time frame between the 1st set of wafers and the 2nd set of wafers should be reduced to a matter of a few days.

Why are we burning the wafer, what advantage does that give us and how can that accelerate the timeline? As many of you already know, we have had the 2nd set of wafers holding with the last layers being unfinished until we confirm we have everything the way we want it on the first set of wafers. We've already started the process to continue laying down layers up until about the last 5 layers or so - by burning one of our precious wafers, we can send it to the ASIC engineers who can essentially wire bond it manually and test the chips, but the wafer will become useless for creating usable chips. By doing this, they will verify that everything is how it needs to be and we can give the foundry the go-ahead to finish the second set as well as the bulk of the chips immediately. The second set of wafers should be done and on their way to us by the time we get chips in house in KC, and the bulk wafers should be done shortly after that.

The test wafer is already on it's way to the ASIC labs and should arrive tomorrow. Presumably it will take a better part of the day to get everything situated and for the testing to begin, so I don't expect to hear anything until late Tuesday or sometime on Wednesday assuming everything goes well. In the meantime, the bumping facility will be bumping the remaining 5 wafers, which should be shipping out on Friday to the packaging house, whom we are paying extra to stay on for the weekend and start the packaging process. We expect at least some of the chips to be on their way to Chicago by Tuesday, where they will be mounted and sent out to our engineers and KC for testing and final MCU programming. At that point, once the MCU programming is confirmed we'll begin assembling the units. Right now, I'm planning on a week from Friday to be the day, but I'm just gonna say that's subject to change at the moment, although I don't anticipate a change right now.

The ASIC team has promised me pictures of the wafer tomorrow, Tuesday the 26th. As soon as I get those, I will be posting them. As soon as I hear something with regards to the chip testing, I will be posting that as well. If I'm not posting an update, it's because there's nothing new to report.

http://webcache.googleusercontent.com/...orums.butterflylabs.com/announcements/692-bfl-asic-status-2.html+&cd=1&hl=en&ct=clnk&gl=us[4/29/2014 3:44:57 PM]



Share

♥ ETNSosa, MoNk, guise and 85 others like this.

---

🗋 03-15-2013, 10:57 PM                                                    #19

**BFL__Josh** ○
Employee
▰▰▰▰▰▰▰▰



Blog Entries:  2
Mentioned:   151 Post(s)
Tagged:       1 Thread(s)
Quoted:     1728 Post(s)

 

Latest Blog:   Busy day!
Latest Thread:  Duplicate IP Report
for 04-26-2014

⬤ ⬤ ⬤ ⬤

Join Date:   Aug 2012
Posts:      2,153
Blog Entries:  2

**Ignore User**

## 15 March 2013 Update

It's been a long couple days here at the labs! Trying to test the chip in the test rig has been exceptionally trying and it turns out it's due to a bad socket on the tester. Initially we were concerned there might be a problem with the bumping or substrate, but fortunately we had tested the chips prior with the wire bonding technique, so we knew they worked. Getting the test boards made proved to be fortuitous as well, since we were able to bypass the test rig completely and bring the chips up on the board. By doing so, we were able to finally identify that the problem was related directly to the test rig and not any intermediate process or step.

Bringing a chip to life in situ on a board is not the easiest thing, so it has been slow going. The chip was responding properly on the board late this afternoon and we will be picking up the process in the morning. We hope to have a more complete test by Saturday night or Sunday sometime. Meanwhile, we will also be hard soldering a chip into place for use in the test rig and replacing the socket to allow the bulk testing to finish. In some other positive news, we've not found a single bad chip yet, which could mean our yield rate will be exceptionally high... maybe we just got lucky out of the 50 chips we have available on boards so far, but it seems unlikely. So that may mean the vast majority of our chips will be usable.

# ATTACHMENT AD

http://products.butterflylabs.com/homepage/30gh-bitcoin-miner.html    Go

13 captures
6 Feb 13 - 26 Aug 13

FEB   MAR   APR      Close
◀ **13** ▶      Help
2012 **2013** 2014

CALL US: 913-271-6744

My Cart   Checkout

**BUTTERFLYLABS**

Home   Products   Drivers   Consulting   FAQ   Support Forums   Jobs

**RELATED PRODUCTS**

Check items to add to the cart
or select all

60 GH/s Bitcoin
Miner
**$1,299.00**
Add to Wishlist

4.5 GH/s Bitcoin
Miner
**$149.00**
Add to Wishlist

1,500 GH/s
Bitcoin Miner
**$29,899.00**
Add to Wishlist

## 30 GH/s Bitcoin Miner

BitForce Little Single SC

**$649.00**

Qty: [ 1 ]   ADD TO CART



MORE VIEWS

Size: 100.32 mm x 100.32 mm x 80.49mm
Processing Power: 30 GH/s (+/− 10% running variance)
Power Consumption: Approximately 30 Watts
Included accessories: USB Cable and Power Cord

Plug the USB cable into a host computer and run the supplied software. Additional Bitforce SC products can
be added to the chain via a USB hub for linear performance multiplication with no overhead cost.
Each additional unit is auto-configured and folded into the workforce without any user intervention
required.

Warranty: This unit's system board has a
lifetime warranty from manufacture defect
or component failure.

Order up to 4 Little Singles and pay the same standard, flat shipping price.

**Pre-order Terms:** Bitforce SC (ASIC) products are in final stage development with initial shipping scheduled
for the last half of March 2013. Products are shipped according to placement in the order queue, and
delivery may take 2 months or more after order. All sales are final.

**Links**

Site Map

Search Terms

Advanced Search

**NEWSLETTER**

Enter your email to be notified of new developments and product
releases (your email will never be sold or misused).

**GET IN TOUCH**

E-mail us at:
office@butterflylabs.com

Orders and Returns

Contact Us

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy

# ATTACHMENT AE

So the good news is the boards work, the chips work, the bumping works, the substrate works. We just need to nail down a bit more with the firmware and we should be able to conduct a full test and start shipping.

I will be posting another update as soon as I have more information. Needless to say it's been a pretty busy and stressful last few days here, and some script kiddie deciding to DDoS our sites this morning didn't help matters. All connectivity problems should be resolved now and we will keep people updated as time allows.

*Last edited by BFL_Josh; 03-15-2013 at 11:09 PM.*

Share

❤ TooCasual, Antonio69c, MoNk and 34 others like this.

---

📄 03-29-2013, 12:24 AM                                    #20

👑 **BFL_Josh** ⚪

**Employee**
🟩🟩🟩🟩🟩🟩🟩🟩🟩🟩



Blog Entries:   2
Mentioned:    151 Post(s)
Tagged:       1 Thread(s)
Quoted:       1728 Post(s)

🐦 📘

Latest Blog:    **Busy day!**
Latest Thread:  **Duplicate IP Report for 04-26-2014**

⚪ ⚫ ⚫ ⚫ ⚫

Join Date:    Aug 2012
Posts:        2,153
Blog Entries:  2

**Ignore User**

### 28 March 2013 - Mini-Update

I had wanted to post a video tonight, but wasn't able to make that happen, so let me apologize for that in advance. As some of you may know from the chatbox, we have been working diligently to get these ASICs out the door. We've been tracking down a power issue these last few days and have it isolated to a few key systems. In the interest of time, we are planning on potentially scaling back units hashing speed as required to accommodate the extra power and shipping multiple units to those that want their units right now. If would would prefer to wait for a unit after we've made some changes to the systems that need a bit of tweaking, we will be happy to put your shipment on hold. However, if you'd rather have the units right now at an increased power usage, we will ship you as many units as required to get you to the hashrate your purchased, if we end up having to scale back any given class of unit to fit within the power envelope of the current board design.

We have the current design hashing, and as I said, I had hoped to have a video of a unit hashing here in KC, but I wasn't able to bring that all together tonight, but hopefully I can get it posted up tomorrow or by this weekend. I will update as soon as I have more news to share, with a video.

If you absolutely do not want a unit that is consuming more power than expected, you can let us know you'd like to wait for a revised unit or you are welcome to request a refund. If you'd rather have your units shipped regardless of increased power usage, we will still guarantee your hashrate by shipping you however many units are required to achieve your purchased hashrate. There is no need to contact us right now if you are not concerned about the power usage and just want your units shipped ASAP. Even with the increased power demand on these first units, they will still out perform any competing products by a very wide margin in terms of power and megahash/J.

http://webcache.googleusercontent.com/...orums.butterflylabs.com/announcements/692-bfl-asic-status-2.html+&cd=1&hl=en&ct=clnk&gl=us[4/29/2014 3:44:57 PM]

Again, we apologize for the delay, but we are almost there.

Share

♥ frostbyte, kaega, nbtcminer and 57 others like this.

▼ Page 2 of 3 | ◀◀ First | ◀ | 1 | **2** | 3 | ▶ | Last ▶▶

## LinkBacks (?)

| | |
|---|---|
| Papillon Labs annonce Ils Envoi Enfin<br>Refback This thread | 06-14-2013, 07:06 AM |
| Le Bitcoin ? Monnaie numérique - Page : 85 - Société - Discussions - FORUM HardWare.fr<br>Refback This thread | 06-12-2013, 07:22 AM |
| 6th May BFL ASIC Update | Bitcoin Mining In South Africa<br>Refback This thread | 06-09-2013, 10:54 PM |
| Upgrading the BFL 5GH/s : Bitcoin<br>Refback This thread | 06-03-2013, 08:25 PM |
| BFL Labs - What I know so far - Bitkoins | #1 Bitcoin news and forum site<br>Refback This thread | 06-02-2013, 04:45 AM |
| Bitcoin - CryptoJunky<br>Refback This thread | 06-01-2013, 01:40 AM |
| OgNasty of Nastyfans.org is third in line to receive BFL singles and is selling shares in his mining rig :<br>BitcoinStocks<br>Refback This thread | 05-31-2013, 05:45 PM |
| 29 May 2013 - ASIC Update : bflnews<br>Refback This thread | 05-30-2013, 10:30 AM |
| BFL_Josh: This is a 50 GH/s unit ... our power usage is under 5w/GH/s ... production boards arrive tomorrow<br>(Thursday) : Bitcoin<br>Refback This thread | 05-29-2013, 09:55 PM |
| Buying a new miner : BitcoinMining<br>Refback This thread | 05-27-2013, 09:32 PM |
| overview for Bitc01n<br>Refback This thread | 05-26-2013, 05:08 PM |
| Finally : BitcoinMining<br>Refback This thread | 05-24-2013, 10:42 AM |
| Polskie Forum Bitcoin - ASIC? : Ogólnie o miningu - Strona 43<br>Refback This thread | 05-24-2013, 04:02 AM |
| Good news from BFL | Bitcoin Mining In South Africa<br>Refback This thread | 05-24-2013, 01:16 AM |
| Bitcash.cz - ASICy!!!<br>Refback This thread | 05-23-2013, 05:12 PM |
| BFL asic update may 22nd. : Bitcoin<br>Refback This thread | 05-23-2013, 03:03 AM |
| Butterfly Labs ASIC miners - Bitcoin Talk South Africa<br>Refback This thread | 05-21-2013, 11:52 AM |

# ATTACHMENT AF



Orders and Returns

Contact Us

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy

0

https://web.archive.org/web/20130424004955/https://products.butterflylabs.com/homepag...   4/16/2014

# ATTACHMENT AG



CALL US: 913-271-6744

| FOLLOW US:  facebook 🐦 twitter 🔴 google plus

- [CONTACT US](#)
- [GIFT STORE](#)
- [MEDIA](#)
- LANGUAGE: 🇬🇧 English 🇩🇪 Deutsch 🇷🇺 русский

**BUTTERFLYLABS**

- [Home](#)
- [Products](#)
- [Drivers](#)
- [Consulting](#)
- [FAQ](#)
- [Support Forums](#)
- [Jobs](#)

# FAQ

[Home](#) / FAQ

Frequently asked questions are presented here for your convenience. These are the most common questions we're asked about our products & services.

QWhen will you start shipping machines?

A

We plan on shipping the ASIC versions of our products by the end of April. We have orders that date back to June of 2012. Those are the orders that will be delivered first. Orders placed now will not ship until the month of July.

QWhat methods of payment do you accept?

A

We accept PayPal, Bitcoins and Bank Transfer.

PayPal has transactions limits of $10,000 US.

Bitcoins are accepted by a third party vendor that handles the exchange. All of our machines are sold for US Dollars.

Bank Transfers can take 3 to 4 days to appear in our system. We ask that you send a copy of the receipt for the transfer to office@butterflylabs.com and include your order number. This will help us match your payment with your order. Once we confirm the payment, we will send you a confirmation email.

QWhere am I in line and when will my order ship?

A

We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to begin by the end of April, 2013. We are unable to predict accurate wait times until shipping begins.

QI tried calling Butterfly Labs, but no one answered. How can I talk to someone?

A

We try to answer phone calls as they come in, but sometimes we are on the phone with other customers at the time you call. We respond to voicemails as quickly as possible but it's often faster to write customer service at office@butterflylabs.com where a response staff is in place during business hours. Our normal business hours are Monday - Friday, 9 am to 5 pm US Central Time. We are also available on Facebook and Twitter.

QCan Butterfly Labs ship items as a 'gift' or for a lower price than was paid?

A

No. We can lose our ability to ship to a country if we falsify customs declarations. We declare all items as 'computer peripherals' for the actual price paid on the customs form.

QWhat shipping company does Butterfly Labs use?

A

Standard Shipping uses USPS - the United States Postal Service except for the Mini Rigs, which ship with FedEx Express Shipping uses FedEx by default.

QCan I get a refund on my pre-order?

A

All sales are final unless we fail to perform. That means if we do not ship any machine at all. If you would really like a refund anyway, just ask and we'll probably be able to take care of you. Nonetheless, we reserve the right to handle it on a case by case basis.

Refunds usually take 3-4 days to begin the process. If you paid with a bank wire, it will take an additional week or so for the funds to appear in your account. PayPal and Bitcoin refunds can take 2-3 days for the funds to appear in your account.

Bitcoin payments and refunds are processed through a third-party vendor. The amount refunded is based on the US Dollar equivalent at the time the transaction is initiated.

QWhat is the power consumption of the SC (ASIC based) units?

A

We are not currently releasing power specs for the units.

QDo your products fall under US encryption export control classification?

A

Yes, the BitForce SHA256 processor is properly classified under the US Bureau of Industry and Security export control. Our export control restriction prohibits the export of our products to AT designated countries as specified by the US Department of Commerce. If you need clarification on your ability to purchase our products, please contact us for review.

QIf I choose Express Shipping, does that mean my order gets processed ahead of others in line?

A

It only speeds up the time it takes to deliver the machine(s) once it leaves our production facility.

QHow long will the full price trade in program last?

A

For our FPGA customers the trade-in program is scheduled to last until 1 June 2013.

QCan orders be picked up at Butterfly Labs?

A

You can place an order through our website and arrange to pick it up at our facility. Please keep in mind that if you live outside of the state of Kansas, we will have to charge you the local sales tax of 8.65%. You will need to place your order and make an appointment prior to coming to our facility. Bear in mind you will have to wait until your order has been manufactured.

QWhat is the size and weight of a Minirig?

A

Our mini rig is: 17"H x 11.5"W x 18.5"D (43.18cm x 29.21 cm x 46.99 cm) and 60 lbs (22.68 KG).

QWhat is the size and weight of the Single SC?

A

Our Single SC is: 4" x 4" x 3" (10.16 x 10.16 x 7.6 cm) and 5 lbs.

QWhere am I in line and when will my order ship?

A

We currently do not have the ability to easily disclose the number of orders we currently have. Shipping of new units is expected to begin soon. It is unknown at this time when we will complete the shipping of our pre-orders. Even though we should start shipping soon, orders placed now will be shipped at a later time. Our orders date back to June, 2012. All of those orders and those placed since then will be shipped before new orders.

QWhat is your 1/3 shipping plan?

A

Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over any other, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Minirig SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

QAre your algorithms, PCB's or other products available for purchase separately?

A

Yes, our intellectual property is available for licensing to other chip manufacturers. In most cases we can also make our individual components available to you depending on your needs.

QCan I get an educational buyer discount for University research purchases?

A

Butterfly Labs is eager to assist accredited institutions in the acquisition of research hardware if used exclusively for non commercial applications. Please contact us for further inquiry.

© 2012 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Consulting

- FAQ
- Webmaster

# ATTACHMENT AH

ASIC's Trickle Out - Blogs - Bitcoin Mining Forum - Butterfly Labs

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/131-asics-trickle-out.html. It is a snapshot of the page as it appeared on Apr 16, 2014 23:50:49 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | B |
|---|---|---|---|---|---|---|

User Gallery    Most Popular    Member Gallery    Member Blogs    Advanced Search

🏠 Blogs ⇨ BFL_Jody ⇨ ASIC's Trickle Out

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

**BFL_Jody**

+ Create Blog

## ASIC's Trickle Out

⭐⭐⭐⭐⭐

by 👑 BFL_Jody , 04-19-2013 at 10:11 PM (7810 Views)    40 Comments



I said I would post everyday we ship an ASIC. I saw 2 Jalapenos leave the plant today. The first ones go to developers/reviewers. You have to have software to run them so don't cry because they get them first. I expect to see several more leave next week. It's very exciting for our employees to see units ship even though they are not yet bound for true customer homes.

Share



♥ ▮▮▮▮▮▮ and 11 others like this.

Categories: Uncategorized

✉ Email Blog Entry

« Prev    Main    Next »

## Comments

▾ Page 1 of 2  **1** 2  ▶  Last ▶▶



**BFL_Jody** ◻

👤 Go to Profile
✓ Mark as Read

Join Date:    **Sep 2012**
Posts:    **11**
Blog Entries:    **228**

### Blog Categories

Local Categories
📁 Uncategorized

### Recent Comments

Is My Order In?
by bktwo

Sales Tax

# ATTACHMENT AI



This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/194-friday-june-14-2013-shipping-update.html. It is a snapshot of the page as it appeared on Apr 17, 2014 05:58:17 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

🏠 Blogs ⟩ BFL_Jody ⟩ Friday, June 14, 2013 Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## BFL_Jody

### Friday, June 14, 2013 Shipping Update

by 👑 BFL_Jody , 06-14-2013 at 10:40 PM (11232 Views)    ★★★☆ ▾  55 Comments

We shipped Jalapenos through August 25 and into August 26 today.

No Singles.

I said complaining doesn't help because we can't ship any faster just because we hear that you are not happy about it. Do you think we are sitting around BFL with shelves full of miners until we get an email that says, "Darn it, I am upset because you haven't shipped"? Our lives would be different if all the miners were shipped, but the reality is, they are not all shipped yet, but we are doing our best to change that.

Thanks to all our customers, who have made this job a great joy.

Share

 28 others like this.

Categories: Uncategorized

G 📷 ▪ @



+ Create Blog

**BFL_Jody** ▫

👤 Go to Profile
✔ Mark as Read

Join Date:     **Sep 2012**
Posts:          **11**
Blog Entries:  **228**

### Blog Categories ⌃

Local Categories
📁 Uncategorized

### Recent Comments ⌃

Is My Order In?
by bktwo

Sales Tax



# ATTACHMENT AJ

INTERNET ARCHIVE
WayBackMachine          http://www.butterflylabs.com/faq                    Go        MAY   JUN   JUI
140 captures                                                                                    ◀  28  ▶
20 Aug 11 - 9 Feb 14                                                                         2012  2013  2014

CALL US: 1-800-809-MINE (6463)

| FOLLOW US:  facebook    twitter    google plus

- MY ACCOUNT
- CONTACT US
- GIFT STORE
- LOGIN
- LANGUAGE:  🇬🇧 English  🇩🇪 Deutsch  русский



- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# FAQ

Home / FAQ

Frequently asked questions are presented here for your convenience. These are the most common questions we're asked about our products & services.

QWhere are the instructions for my Bitforce SC ASIC product?

QWhat methods of payment do you accept?

QWhere am I in line and when will my order ship?

QI tried calling Butterfly Labs, but no one answered. How can I talk to someone?

QCan Butterfly Labs ship items as a 'gift' or for a lower price than was paid?

QWhat shipping company does Butterfly Labs use?

QCan I get a refund on my pre-order?

A

All sales are final.  Now that shipping of orders has begun, refunds will not be processed.  Your order will be shipped per your position in the order queue.  Thank you for your patience and understanding.

QWhat is the power consumption of the Bitforce SC (ASIC based) units?

QDo your products fall under US encryption export control classification?

QIf I choose Express Shipping, does that mean my order gets processed ahead of others in line?

Case 4:14-cv-00815-BCW   Document 8-1   Filed 09/17/14   Page 146 of 150

INTERNET ARCHIVE
WayBackMachine

Go

140 captures
20 Aug 11 - 9 Feb 14

MAY    JUN    JUL
◀      28     ▶
2012   2013   2014

QIf I purchase a machine that someone else ordered and is selling it through another entity, Can I have it shipped directly to me?

QWhat is your 1/3 shipping plan?

QAre your algorithms, PCB's or other products available for purchase separately?

QWhat does GH/s stand for?

QOfficial BFL policy on eBay and other Internet auctions for pre-orders.

© 2012 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Consulting
- FAQ
- Webmaster

# ATTACHMENT AK

This is Google's cache of https://forums.butterflylabs.com/pre-sales-questions/3611-butterfly-company-still-work-not-3.html. It is a snapshot of the page as it appeared on Apr 23, 2014 13:24:32 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or ⌘ **-F** (Mac) and use the find bar.

Text-only version

**f Connect**

User Name | Password | Log in

☐ Remember Me?

Help

## BUTTERFLYLABS

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | B |
|---|---|---|---|---|---|---|

User Gallery | Community | Forum Actions | Quick Links | Advanced Search

🏠 Forum ⟩ Butterfly Labs ⟩ Pre-Sales Questions ⟩ Buttefly company still work or not?

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

You cannot rate threads

0

Expand

▼ Page 3 of 10 | ◀◀ First | ◀ | 1 | 2 | **3** | 4 | 5 | ... | ▶ | Last ▶▶

Results 21 to 30 of 98

## Thread: Buttefly company still work or not?

🖤 **34** Likes ▾

LinkBack ▾ | Thread Tools ▾

07-01-2013, 02:56 PM                                                    #21

**BFL_Josh**

Employee 🟢🟢🟢🟢🟢

Blog Entries: 2
Mentioned: 151 Post(s)
Tagged: 1 Thread(s)
Quoted: 1720 Post(s)

Latest Blog: Busy day!

> 🔁 Originally Posted by **btpowers** ▸
> *Would like to see thousands shipping in a week. Josh, do you still expect to get through the back orders before August?*

Yes, I still expect us to be through the back orders by the end of August.

Latest Thread: Duplicate IP Report
for 04-22-2014

Join Date: Aug 2012
Posts: 2,143
Blog Entries: 2

**Ignore User**

Share



and 5 others like this.