# ATTACHMENT AL

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/313-thursday-august-29-2013-shipping-update.html. It is a snapshot of the page as it appeared on Sep 5, 2014 01:48:52 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

| User Name | Password | Log in | Help |

☐ Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery | × |

User Gallery    Most Popular    Member Blogs                    Advanced Search

🏠 Blogs    BFL_Jody    Thursday, August 29, 2013 Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## BFL_Jody

### Thursday, August 29, 2013

### Shipping Update    ⭐ ⭐▾

by 👑 BFL_Jody, 08-29-2013 at 09:15 PM    0 Comments
(9312 Views)

**Jalapenos: Feb 12, 2013**

**Little Singles: Oct. 28, 2012**

**Singles: July 22, 2012 pay date**

**MiniRigs: for June 26 (2nd 500gh/s unit) and July 28 for 1st 500 gh/s MiniRigs shipped today**

+ Create Blog



**BFL_Jody**○



👤 Go to Profile

✔ Mark as Read

| Join Date: | **Sep 2012** |
| Posts: | **13** |
| Blog Entries: | **229** |

**Blog Categories** ▲

Global Categories

You all have again slammed us with emails, just when we thought we might recover.

Categories:Uncategorized

« Prev   Main   Next »

## Trackbacks

Total Trackbacks **0**
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterf



📁 Shipping Updates
Local Categories
📁 Uncategorized

### Recent Comments

Is My Order In?
by bktwo

Sales Tax
by SLok

More Jalapenos Shipped from Paydate 6/23
by inou

Friday, October 11, 2013 Shipping Update
by Rawrkanos

We do not recommend running your miner inside your vacuum cleaner.
by pdx.bitcoin

### Recent Blog Posts

Monarch shipping update – August 28
08-28-2014 03:32 PM

Getting Ready to Post My Shipping Blog
04-02-2014 04:21 PM

BFL Competence Reaches a New High
12-08-2013 05:27 PM

Little Singles AKA 25gh/s BitCoin Miners
12-06-2013 01:57 PM

Thanksgiving Blog
11-28-2013 04:31 PM



**Recent Visitors**

brucelocious,darter9000,endurista72,
Griffalot,horcoff,marlyle,Misharost,seldon,
sundaylt,usod

**Archive**

|  | < | September 2014 | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 24 | 25 | 26 | 27 | **28** | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

-- BFL Official ▾    -- English (US) ▾    Contact Us  Butterfly Labs  Archive  Top

All times are GMT -5. The time now is 08:48 PM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

# ATTACHMENT AM

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/361-tuesday-october-29-2013-shipping-update.html. It is a snapshot of the page as it appeared on Aug 26, 2014 13:53:35 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



BUTTERFLYLABS

| User Name | Password | Log in |   Help

☐ Remember Me?

| **What's New?** | **Articles** | **Forum** | **Blogs** | **FAQ** | **Classifieds** | **BFL Gallery** | × |

User Gallery    Most Popular    Member Blogs                                   Advanced Search

🏠 Blogs    BFL_Jody    Tuesday, October 29, 2013 Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



**BFL_Jody**

## Tuesday, October 29, 2013

### Shipping Update

⭐ ⭐

by 👑 BFL_Jody, 10-29-2013 at 08:49 PM    0 Comments
(7508 Views)

**Jalapenos 5 gh/s: April 12, 2013**

**Little Singles 30 and 25 gh/s: March 27, 2013**

**Singles 60 and 50 gh/s: March 29, 2013 pay date**

**MiniRigs: April 1 (1st 500 gh/s), March 26 (2nd 500 gh/s) March 18 (3rd 500 gh/s) and All June 2012-Feb 2013 MiniRig orders complete.**



**+ Create Blog**

**BFL_Jody**○

👤 Go to Profile

✔ Mark as Read

| Join Date: | **Sep 2012** |
| Posts: | **13** |
| Blog Entries: | **228** |

**Blog Categories** 🔼

Local Categories

**Our postage provider for USPS has begun recycling their tracking numbers, so if you check the number before the package is scanned at the postal hub you may see the delivery of a package to a wildly different place and at a previous time period than for the present delivery. We will be getting this corrected soon, I hope. Someone had a bad idea there to reuse tracking numbers.** 😊

Categories: Uncategorized



✉ Email Blog Entry

---

« Prev     Main     Next »

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterf



📁 Uncategorized

### Recent Comments                                    🔼

Is My Order In?
by bktwo

Sales Tax
by SLok

More Jalapenos Shipped from Paydate 6/23
by inou

Friday, October 11, 2013 Shipping Update
by Rawrkanos

We do not recommend running your miner inside your vacuum cleaner.
by pdx.bitcoin

### Recent Blog Posts                                  🔼

Getting Ready to Post My Shipping Blog
04-02-2014 04:21 PM

BFL Competence Reaches a New High
12-08-2013 05:27 PM

Little Singles AKA 25gh/s BitCoin Miners
12-06-2013 01:57 PM

Thanksgiving Blog
11-28-2013 04:31 PM

Tuesday, November 26, 2013 Shipping Update
11-26-2013 09:36 PM



**Recent Visitors**

AlieNation,darter9000,drocq,endurista72,
insanerobotdog,monkeyfart,mrball,seldon,
SpEcTrE73,sundaylt

**Archive**

| < | | August 2014 | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |



-- BFL Official    -- English (US)    Contact Us Butterfly Labs Archive Top

All times are GMT -5. The time now is 08:53 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

# ATTACHMENT AN

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/382-thanksgiving-blog.html. It is a snapshot of the page as it appeared on Apr 28, 2014 11:12:33 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **-F** (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

**f Connect**

Help

Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery | |
|---|---|---|---|---|---|---|---|

User Gallery          Most Popular    Member Blogs                                    Advanced Search

🏠 Blogs ⬧ BFL_Jody ⬧ Thanksgiving Blog

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

**BFL_Jody**                                                                              **+ Create Blog**



**Thanksgiving Blog**                                                    ⭐⭐⭐

by 👑 BFL_Jody , 11-28-2013 at 04:31 PM (42619 Views)          0 Comments

Jalapenos 5 gh/s: All jalapeños shipping in the next few days

Little Singles 25 gh/s and 30 Upgrades: **ALL CAUGHT UP**

Single 50 gh/s and 60 Upgrades: **ALL CAUGHT UP**

MiniRigs: **ALL CAUGHT UP**

                                                                                   Share

💚 ct1aic, Vyper, IcyMidnight and 9 others like this.

Categories: Uncategorized

✉ Email Blog Entry

« Prev    Main    Next »



**BFL_Jody** ○

👤 Go to Profile

✔ Mark as Read

Join Date:        **Sep 2012**
Posts:                      **11**
Blog Entries:            **228**

**Blog Categories**                    ⌃

Local Categories
📁 Uncategorized

**Recent Comments**              ⌃

Is My Order In?
by bktwo

Sales Tax

http://webcache.googleusercontent.com/...rums.butterflylabs.com/blogs/bfl_jody/382-thanksgiving-blog.html+&cd=1&hl=en&ct=clnk&gl=us[5/1/2014 11:57:01 AM]

# Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry

Trackback URL:



by SLok

**More Jalapenos Shipped from Paydate 6/23**
by inou

**Friday, October 11, 2013 Shipping Update**
by Rawrkanos

**We do not recommend running your miner inside your vacuum cleaner.**
by pdx.bitcoin

## Recent Blog Posts

**Getting Ready to Post My Shipping Blog**
04-02-2014 04:21 PM

**BFL Competence Reaches a New High**
12-08-2013 05:27 PM

**Little Singles AKA 25gh/s BitCoin Miners**
12-06-2013 01:57 PM

**Thanksgiving Blog**
11-28-2013 04:31 PM

**Tuesday, November 26, 2013 Shipping Update**
11-26-2013 09:36 PM

## Recent Visitors

DrDiesel, drocq, gigline, HHH2K, mafa1, majestic, MasterKoff, SpEcTrE73, The Observer, thunderstrikes

## Archive

### < April 2014

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1  | 2  | 3  |

-- BFL Official        -- English (US)        Contact Us   Butterfly Labs   Archive   Top

All times are GMT -5. The time now is 06:12 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.
Search Engine Optimization by vBSEO

http://webcache.googleusercontent.com/...rums.butterflylabs.com/blogs/bfl_jody/382-thanksgiving-blog.html+&cd=1&hl=en&ct=clnk&gl=us[5/1/2014 11:57:01 AM]

http://webcache.googleusercontent.com/...rums.butterflylabs.com/blogs/bfl_jody/382-thanksgiving-blog.html+&cd=1&hl=en&ct=clnk&gl=us[5/1/2014 11:57:01 AM]

# ATTACHMENT AO



CALL US: 1-800-809-MINE (6463)

| FOLLOW US:  facebook  twitter  google plus

- **MY ACCOUNT**
- **CONTACT US**
- **GIFT STORE**
- **LOGIN**
- LANGUAGE: 🇬🇧 **English** 🇩🇪 **Deutsch** 🇷🇺 **русский**



- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# The Monarch
# Butterfly Labs 28nm Technology Bitcoin Mining Card



## The fastest and most power-efficient Bitcoin miner yet

Datacenter ready PCI cards

Cloud hosted mining makes it flexible and easy



INTERNET ARCHIVE
WayBackMachine

38 captures
18 Aug 13 - 1 Sep 14

Go

AUG SEP OCT

10

2012 2013 2014

Power

350W

Price

$4,680

---

Tape out August 2013

November / December  Initial Shipping  (Sold out)

January / February  Bulk Shipping

Pre-order now

We are pioneers of the industry - having manufactured the first commercial Bitcoin mining hardware.

Butterfly Labs has shipped more ASIC products than all competitors combined



**The Monarch** 28 nm Bitcoin mining card is our **4th generation** bitcoin processor - our **2nd generation** ASIC chip.

INTERNET ARCHIVE
WayBack Machine

**38 captures**
18 Aug 13 - 1 Sep 14

Go

AUG   **SEP**   OCT
◀   **10**   ▶
2012   2013   2014



Our facility in Kansas has the largest production capacity of all Bitcoin hardware manufacturers.

Our engineering and [management team](#) has deep experience in technology and the Bitcoin space.

# Why Butterfly Labs?



$ 7.80 $^{/GH}$

0.6w per GH

Professional and expandable card design

4th Generation miners since 2011

The Competition

**at least** $ 17.50 $^{/GH}$

2.5w per GH

Bulky Case design

1st generation late 2013

Price

Power Consumption

Form Factor

Experience

## Tough Questions about the Monarch Card

QHey you Jerks, what are you doing announcing 28nm gear while you're still shipping 65nm? I want my Single!

QWill the power & performance really be that good?

INTERNET ARCHIVE
WayBackMachine

**38 captures**
18 Aug 13 - 1 Sep 14

Go

AUG    SEP    OCT
◀    **10**    ▶
2012    2013    2014

QWhy should I place my Pre-Order with Butterfly Labs?

QWhen do the 28nm Monarch cards ship?

**Testimonials**

"As a fairly early Bitcoin adopter and institutional miner, the choice for mining hardware comes down to innovation. Who is going to have the experience and best technology going forward to keep me ahead of the curve? The fact that BFL has a proven chip design, combined with their innovations in form factor and node size means that they will be hard to beat moving forward."
James Gibson - GigaVPS





Pre-order now ≫

# Pre-Order Terms

Bitcoin, Dwolla or
Bank Transfer only

Transfer your 65nm product order into new 28 nm product order queue (Transfer rules apply)

Existing unused vouchers can be used with new orders

© 2012 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Consulting
- FAQ
- Webmaster
- Management

Bitcoin Mining Hardware 600 GH Bitcoin Mining Card - Butterfly Labs



INTERNET ARCHIVE
WayBackMachine

5 captures
10 Sep 13 - 9 Feb 14

AUG | SEP **10** 2013 | DEC

2012 | 2014

Close ✖

Help ❓

b4a

📞 CALL US: 1–800–809–MINE (6463) | FOLLOW US:   

My Account   My Wishlist   My Cart   Checkout   Log In



Home | Products | Drivers | Consulting | FAQ | Support Forums | Jo 16a0 bs



## MORE VIEWS



# 600 GH Bitcoin Mining Card

## The Monarch BPU 600 C

$4,680.00

Qty:          [ ADD TO CART ]

Performance Specifications

- 600 GH/s nominal performance ( + / – 20% )
- 350w (0.6w/GH conservative estimate)

Connectivity

- USB 2.0  –  Monarch cards can be used as an external computer peripheral and chained via USB hub. In this mode it can be controlled via an Android host or standard Linux or Windows computer.
- PCI–Express  –  Monarch cards consume two PCI slots when installed in a standard ATX motherboard. The PCIe format used is ×1 for maximum compatibility.

Mining Software compatibility

- EasyMiner software is provided for Android, Windows & Linux operating systems.
- BFGminer – Open source available
- CGminer – Open source available
- BitMinter – Java Client

New 'BPU' Form Factor

Our new form factor is a significant advancement in bitcoin mining cost efficiency.  The size, connectivity and power consumption ha 1ffa ve been tuned to allow effortless deployment using common off the shelf parts.

For example, in order to deploy 18 TeraHash into a single data center cabinet, you would need 30 Monarch cards.  Each 3 fit nicely into a standard 4U rackmount enclosure with a basic motherboard & ATX power supply unit.  10 of these will fill an entire cabinet with no wasted space.  It will also consume exactly the standard power and cooling capacity provided for a cabinet at most data centers.

That's 18 Terahash of bitcoin mining power in one cabinet with no expensive or proprietary parts, no exotic back planes, no oddball power systems and zero risk of part availability troubles to complicate maintenance.

Shipping Schedule

This is a Pre-Order product which is not yet shipping.  If you're uncomfortable waiting until the development is complete and the product is shipped, do NOT pre-order this product. Perhaps undesirable,

https://web.archive.org/web/20130910101040/https://products.butterflylabs.com/600-gh-bitcoin-mining-card.html[5/1/2014 11:52:59 AM]

but this is a pre-order market. Customers flatly demand to get in line for the new technology before it's finished development. This has created a lot of drama for the manufacturers but it's something we simply have to deal with. All manufacturers in this space have experienced some degree of delay with their first generation ASIC. Every last one of them, so we're reluctant to give a specific delivery date. However, this is our second generation, so we have much greater clarity on the process and we feel our timeline to begin shipments towards the end of the year is solid.

Here's a breakdown of the timeline.

- We're now in at the final stage of development (Tapeout) and are sending wafers into production at the foundry in the next few weeks
- Foundry production takes 10 weeks
- Bumping, Slicing & BGA packaging takes approximately 2 weeks
- Initial shipments begin and ramp up to full capacity over the following 3 weeks

Since this is our 2nd generation ASIC chip, we're free from the pitfalls sometimes associated with a first generation design. Testing systems, Bumping masks, Substrates & under fill engineering are all carryovers from our last version of the chip, so they're ready for high volume production once the wafers are ready. The importance of this can't be overstated when considering schedule certainty. Nevertheless, please do not purchase this product if you are unwilling to wait for the product to complete its development.

Dimensions: Weight: 1 lb. 5.5 oz Dimensions: 12.4" x 5.5" x 2.36"

Warranty: This unit's system board has one year warranty from manufacture defect or component failure.

Institutional Pricing: If you would like to purchase 50 or more cards, please contact Dave McClain for institutional pricing: 913-710-4865

Order Transfers: You may transfer the full amount of your previous order and shipping into a new product. You must add new products equal to or more than the amount of your old orders plus shipping; minus transfer fee if applicable. The system will not allow you to order products totaling less than the $ amount of transfers. Any funds left over after order transfer (applicable in a few cases) will be labelled as store credit and may be used toward purchase of future orders.

Pre-Order Terms: This is a pre-order. 28nm ASIC products are shipped according to placement in the order queue, and delivery may take 3 months or more after order. All sales are final.

## Links

Site Map

Search Terms

Advanced Search

Orders and Returns

Contact Us

## NEWSLETTER

Enter your email to be notif ad3 ied of new developments and product releases (your email will never be sold or misused).

## GET IN TOUCH

 E-mail us at:
office@butterflylabs.com

 Call us at:
1-800-809-MINE (6463)

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy

0

https://web.archive.org/web/20130910101040/https://products.butterflylabs.com/600-gh-bitcoin-mining-card.html[5/1/2014 11:52:59 AM]

# ATTACHMENT AP



This is Google's cache of https://forums.butterflylabs.com/announcements/4414-monarch-information-2.html. It is a snapshot of the page as it appeared on Sep 4, 2014 15:36:41 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**

f Connect        User Name [          ]  Password [          ]  [ Log in ]   **Help**

☐ Remember Me?

| **What's New?** | **Articles** | **Forum** | **Blogs** | **FAQ** | Classi... ...ry Subm Que |

**User Gallery**  Calendar   Community   Forum Actions   Quick Links          Advanced Search

🏠 Forum   Butterfly Labs   Announcements   Monarch Information

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



**You cannot rate threads**

6.2

Expand

Results 11 to 15 of 15      | Page 2 of 2 | ◀◀ First | ◀ | 1 | **2** |

**Thread: Monarch Information**

|  | Thread Tools |

| 02-05-2014, 11:37 AM | #11 |



👑 **BFL_Josh** 💡 ○

**Employee**
▰▰▰▰▰▰▰▰

Blog Entries:  13

**05 February 2014 Monarch Update**

Most subsystems (State, IO, frequency control, counters, etc) on the chip have been tested and passed. The engine tests are still ongoing. The test software was returning unexpected results which turned out to be a bug in the testing software and has been (and is being) rewritten from scratch, so testing of the engines is taking a little longer than expected. The current estimation is that we should be done testing the chip in the next few days. In the

Mentioned:     178 Post(s)
Tagged:        1 Thread(s)
Quoted:        2083 Post(s)



Latest Blog:   Monarch Power and
Light (Sound)
Latest Thread:  Duplicate IP Report
for 09-03-2014

User Info       Thanks / Tagging
Info      Gifts / Achievements /
Awards        Activity Stats

Join Date:     Aug 2012
Posts:         2,462
Blog Entries:  13

**Ignore User**

**Send PM**

meantime, the packaged chips should be on their way to the testing facility, though I don't yet have tracking numbers or confirmation of this. I will be working on getting that today or tomorrow hopefully.

Once the packaged chips arrive at the testing facility, they will wire it up to the test harness and start conducting the full power tests to see just how far we might be able to push the chips and what their real world power consumption is.

---

02-18-2014, 02:11 AM                                                 #12

**BFL_Josh**
Employee



Blog Entries:  13
Mentioned:     178 Post(s)
Tagged:        1 Thread(s)
Quoted:        2083 Post(s)

Latest Blog:   Monarch Power and
Light (Sound)
Latest Thread:  Duplicate IP Report
for 09-03-2014

User Info       Thanks / Tagging
Info      Gifts / Achievements /
Awards        Activity Stats

Join Date:     Aug 2012
Posts:         2,462
Blog Entries:  13

**Ignore User**

<u>18 February 2014 Monarch Update</u>



Chip testing is still in process. There is currently no reports of problems with the chip bring up, but it's been hampered by the wire bonding being a severely limiting factor in being able to adequately test the chip.

To that end, the finished/packaged chips have been delivered to the testing facility this evening. Testing of the fully packaged chips is projected to begin on Wednesday the 19th. This should make testing both easier, faster and more accurate. It will ultimately give us the initial maximum hashrate and power draw of the chips. This process could take anywhere from 1 day to a week or more - until testing is started, its hard to say what is required to finish the testing. If everything works first time around, then it doesn't take long. If there are things that need to be examined closer, it can cause the testing to take longer.

I will update again when there is a change in status.

**Send PM**

---

03-05-2014, 02:46 AM                                                 #13

 **BFL_Josh**

Employee



Blog Entries:     13
Mentioned:       178 Post(s)
Tagged:            1 Thread(s)
Quoted:          2083 Post(s)



Latest Blog:     Monarch Power and
Light (Sound)
Latest Thread:   Duplicate IP Report
for- 09-03-2014

    User Info      Thanks / Tagging
Info     Gifts / Achievements /
Awards          Activity Stats

Join Date:      Aug 2012
Posts:          2,462
Blog Entries:    13

**Ignore User**

## 04 March 2014 - Monarch Update

### Power & Performance better than expected
The initial power consumption numbers for Monarch are in and they're about 20% better than anticipated, meaning we expect the Monarch to consume 0.45W/GH at the chip level. This translates to about 300W per 600GH at the wall. Chip performance of all systems is as good as or better than predicted. To put this in perspective, this makes the Monarch chip nearly twice as power efficient as compared to our 28nm competition whose products operate between 0.9 and 1.0w per GH at the wall.

### Chip Delay
The initial batch that we currently have in hand is not suitable to ship to customers. This is due to a problem in a top metal layer of the chip that prevents some engines from initializing when the chip is first powered on. (With ASIC design, there are a number of layers to a chip; most of those layers are in silicon, but the last few layers are in a special type of metal. Subsequent batches were held in wait just prior to the metal layers so that we could affect any necessary changes and proceed with chip production from that point, drastically reducing the time it takes to bring a new batch of chips to life.) The problem was positively identified and the fix is already in progress; however it will take approximately 5 weeks before we get packaged chips in hand, meaning the deployment of the Monarch will be delayed about 5 weeks from now. The specific date is still being determined, but I wanted to get an update out as soon as possible.

### Refunds & Delay Compensation

Because of the delay, we're offering several different forms of compensation that vary based on order pricing and order date:

### $4680 600GH Monarchs

### Free performance upgrades
All customers who ordered 600GH Monarchs prior to the price decrease on November 28, 2013 will be upgraded to the Imperial Monarch product, which is a new, high performance version of the card. The Imperial Monarch will operate at 1 TH/s (+ / - 20%).

### Six Month Refund or Double Shipment Guarantee
If you've been waiting in queue for six months or more, you qualify for either a full refund in USD, **OR** double the hardware you ordered. This latter option will come in the form of (a) first shipping you the new Imperial Monarch, giving you an expected 160-175% of your ordered hashrate, and then (b) an additional Standard 600 GH Monarch at the end of the queue, giving you another 100% hashrate boost, totaling an expected 250+% of your ordered hashrate once all products have shipped. (Note: Electing the refund

cancels the Imperial Monarch upgrade offer in the first section above.)

**50% off Voucher**
If your paid order is less than 6 months old but you paid $4680 for your Monarch, you will instead receive an Imperial Monarch as described above, as well as a 50% off discount on an additional Standard Monarch at the end of the queue.

**Full Price 300GH Monarchs**
For 300GH Monarch orders, similar but slightly different offers will be extended. Customers will be contacted with specifics via email soon.

**Mining By the GigaHash**
If your Mining By the GH paid order is more than 6 months old, you will receive 2x the hashrate purchased.

**Reduced Price Orders**
Individual orders that are less than 6 months old and that paid for the reduced price 600GH or 300GH Monarch will likely not be delayed past the expected delivery date.

**. Details specific to each of the above order categories will be communicated to eligible customers via email in the next few days. We hope everyone will remain in the order queue and take delivery of these extremely power-efficient, super-fast miners. But, cognizant of the feedback of our earlier 65nm customers, for those qualified buyers who desire a refund we will gladly issue you one.**

**Refunds will be issued in 30 to 45 days from the date of request of refund. Refunds will be in USD.**

*Last edited by BFL_Josh; 03-05-2014 at 02:11 PM.*

**Send PM**

| 04-19-2014, 07:39 PM | #14 |
|---|---|

**BFL_Josh**
Employee

Blog Entries: 13

### 19 April 2014 - Monarch Update

The revision 2 (or revision B) chips have arrived at our testing facility in California. They are being tested today and tomorrow and will arrive in Chicago on Monday, where they will be mounted on the new boards and sent to our office for final review. We expect a few days of initial testing and bring up/firmware tweaking, since we have not been able to actually do live firmware tests yet on a board, after that,

Case 4:14-cv-00815-BCW   Document 8-2   Filed 09/17/14   Page 24 of 76

Mentioned:      178 Post(s)
Tagged:         1 Thread(s)
Quoted:         2083 Post(s)



Latest Blog:    Monarch Power and
Light (Sound)
Latest Thread:   Duplicate IP Report
for 09-03-2014

   User Info      Thanks / Tagging
Info      Gifts / Achievements /
Awards      Activity Stats

Join Date:      Aug 2012
Posts:          2,462
Blog Entries:   13

**Ignore User**

**Send PM**

assuming no issues, we will being the initial shipping. While it is possible we will begin shipping limited quantities by the end of the week of the 21st, it's more likely we will begin shipping the following week, assuming no blocking issues arise.

I will post another update as soon as I hear back from the testing facility with regards to the chips and how they are functioning.

---

04-30-2014, 03:28 PM                                                              #15



**BFL_Josh**

Employee

Blog Entries:   13
Mentioned:      178 Post(s)
Tagged:         1 Thread(s)
Quoted:         2083 Post(s)

Latest Blog:    Monarch Power and
Light (Sound)
Latest Thread:   Duplicate IP Report
for 09-03-2014

   User Info      Thanks / Tagging
Info      Gifts / Achievements /
Awards      Activity Stats

Join Date:      Aug 2012
Posts:          2,462
Blog Entries:   13

**Ignore User**

**Send PM**

The current update and future updates for all product lines will be found here: https://forums.butterflylabs.com/blogs/bfl_josh/

This applies to all products going forward.

---

Page 2 of 2   ◀◀ First   ◀   1   **2**

Quick Navigation    **Announcements**    **Top**

**Similar Threads**

Case 4:14-cv-00815-BCW   Document 8-2   Filed 09/17/14   Page 25 of 76



Need Payment Information
By Viper in forum Pre-Sales Questions

Replies: 4
Last Post: 01-17-2014, 11:33 AM

Shipping tracking information
By wksantiago in forum Jalapeno & Single SC Support

Replies: 23
Last Post: 07-23-2013, 12:09 AM

Information from Bitcoin Magazine
By Frizz23 in forum Pre-Sales Questions

Replies: 30
Last Post: 10-28-2012, 05:01 PM

Has it arrived yet. Post to keep everyone informed
By strideynet in forum Jalapeno & Single SC Support

Replies: 0
Last Post: 10-24-2012, 12:20 AM

Sharing Information and Sources/Speculation
By nomorecoin in forum BFL Forum & Miscellaneous

Replies: 0
Last Post: 10-22-2012, 04:17 PM

User Tag List

**Bookmarks**

**Posting Permissions**

Google
Digg
del.icio.us
StumbleUpon

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off

**Forum Rules**

-- BFL Official          -- English (US)

Contact Us   Butterfly Labs   Archive   Top

All times are GMT -5. The time now is 10:36 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

Case 4:14-cv-00815-BCW   Document 8-2   Filed 09/17/14   Page 26 of 76

# ATTACHMENT AQ

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_josh/393-monarch-update-11-june-2014-a.html. It is a snapshot of the page as it appeared on Aug 26, 2014 03:24:24 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

| User Name | Password | Log in | **Help** |

☐ Remember Me?

| **What's New?** | **Articles** | **Forum** | **Blogs** | **FAQ** | **Classif**...ry | Subr Que |

User Gallery | Most Popular | Member Blogs | Advanced Search

🏠 Blogs    Josh's Soapbox    Monarch Update 11 June 2014

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## Josh's Soapbox

+ Create Blog

### Monarch Update 11 June 2014

by 👑 BFL_Josh , 06-12-2014 at 04:46 PM (3658 Views)

Rate this Entry
4 Comments

We have been diligently working on the Monarch board since the last update. Many tests have been conducted and various component modifications have been made in the interim. The chips on the boards are easily able to achieve 1 TH/s, but the PCBs are not quite yet able to support the power required for that speed. We anticipated that the latest revision would be the final one, but there is still too much heat being retained internally on the PCB. We've identified a couple areas that are heat dissipation bottlenecks and have incorporated those into a new PCB revision, which should allow us to reach our projected speed and energy efficiency.

**BFL_Josh**



👤 Go to Profile
✓ Mark as Read

| Join Date: | **Aug 2012** |
| Posts: | **2,444** |
| Blog Entries: | **12** |

**Blog Categories**     ▣

Global Categories

While we wait for the new revision to make it through manufacturing, we now have a supply of boards that do not meet the advertised specs and thus are not suitable to be shipped directly to customers. Although we have no legal obligation to do so, we have made a voluntary business decision to reward customers for their patience and loyalty; with the boards we have on hand or close to being completed, we can deliver between 600 - 800 TH of processing power. We are going to provision these boards in a hosted environment (BFL Cloud Mining facilities) and, as a courtesy to those customers who have been waiting the longest, we will start deploying Cloud Mining in queue order as early as next Wednesday, June 18th, barring any problems. It may be as late as Friday, June 20th before we can get anything turned up and going, as significant setup is required.

When Cloud Mining becomes available to you, an email will be sent informing you how to activate your BFL Cloud Mining. You should check your dashboard starting next Wednesday for the Cloud Mining button to activate it from there. With a limited amount of Cloud Mining capacity available, we will not be able to accommodate everyone immediately, but we will try to provide the ordered amount of hashing power to as many people as we can as quickly as possible. Once the 1 TH boards start shipping out, we will be rolling the Cloud Mining over to the next people in the queue as we fulfill the queue from the beginning with physical boards. This process will continue until the physical board shipments catch up to the Cloud Mining. All orders will be handled in their queue sequence, regardless of product type (600, 300, Mining By The Gigahash).

This will provide the ability to our customers to start hashing sooner than they would if they waited for physical boards to arrive, and is our effort to provide a better customer experience with BFL. As has always been our practice, we make no representations or guarantees as to the results of your mining efforts via BFL Cloud Mining or our physical products.

Updated 06-12-2014 at 11:09 PM by
BFL_Josh

Categories: Uncategorized

✉ Email Blog Entry

« Prev    Main    Next »

# Comments



📁 Production Updates
Local Categories
📁 Engineering Updates
📁 Uncategorized

## Recent Comments 🔼

July 3rd Update
by Epoch

Taking delivery of the oven...
by bzee

Monarch Update 11 June 2014
by smracer

Monarch Update - 30 April 2014
by tallemd

Busy day!
by MrSwadge

## Recent Blog Posts 🔼

Monarch to begin shipping
08-15-2014 08:33 PM

July 3rd Update
06-24-2014 06:20 PM

Monarch Cloud Mining update
06-17-2014 11:03 PM

Monarch Update 11 June 2014
06-12-2014 04:46 PM

Monarch Engineering Update 31 May 2014
05-31-2014 12:51 PM

Case 4:14-cv-00815-BCW    Document 8-2    Filed 09/17/14    Page 29 of 76

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_josh/394-monarch-cloud-mining-update.html. It is a snapshot of the page as it appeared on Sep 4, 2014 08:46:10 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery | ×

User Gallery    Most Popular    Member Blogs                                    Advanced Search

🏠 Blogs    Josh's Soapbox    Monarch Cloud Mining update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## Josh's Soapbox

### Monarch Cloud Mining update

by 👑 BFL_Josh, 06-17-2014 at 11:03 PM (3048 Views)

Rate this Entry ▾
0 Comments

We had a meeting today with the BFL Cloud Mining team. We are still on schedule to start roll out of that by Friday (Hopefully sooner). We don't know yet exactly how many people we can activate each day as of yet, but we will be activating as many people as possible each day. We will be sending out an email when your Cloud Mining account is ready and a button should appear in your dashboard to activate it. You will then be able to log in to the Cloud Mining dashboard and enter the pool information or wallet address you would like to mine to. Be on the look out for that.



**BFL_Josh**○

👤 Go to Profile
✔ Mark as Read

Join Date:     **Aug 2012**
Posts:              **2,462**
Blog Entries:        **13**

**Blog Categories**                    ▲

+ Create Blog

Right now, the plan is to allocate 600 GH/s to each user for each card ordered. If you ordered 1 card, you'll get 600 GH/s, if you ordered 2 cards, 1.2 TH/s, etc... The current plan is to process the Cloud Mining in the queue order from first to last. Again, we don't currently know how long it will take to deploy this fully or how many people will be activated per day, however, as we receive the revised boards and they are tested and ready to go, we will start shipping out in queue order, first to last. As your order is fulfilled, your Cloud Mining will be deactivated and the hashrate will be allocated to the next person in line.

I will post another update when we start activating users on Cloud Mining.

Updated 06-17-2014 at 11:41 PM by
BFL_Josh



Categories: Uncategorized

✉ Email Blog Entry

« Prev    Main    Next »

# Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterf



Global Categories
📁 Production Updates
Local Categories
📁 Engineering Updates
📁 Uncategorized

## Recent Comments 🔼

July 3rd Update
by Epoch

Taking delivery of the oven...
by bzee

Monarch Update 11 June 2014
by smracer

Monarch Update - 30 April 2014
by tallemd

Busy day!
by MrSwadge

## Recent Blog Posts 🔼

Monarch Power and Light (Sound)
08-29-2014 02:59 PM

Monarch to begin shipping
08-15-2014 08:33 PM

July 3rd Update
06-24-2014 06:20 PM

Monarch Cloud Mining update
06-17-2014 11:03 PM

Monarch Update 11 June 2014
06-12-2014 04:46 PM



**Recent Visitors**

alvareznyny, BFL_Emily, BFL_Updates, Endlessa,gibbousmoon,heldertb,MaxwellGA, Rodneysb,Vic_F,weeooohhhh

**Archive**

|  | | September 2014 | | | | |
| < | | | | | | |
| Su | Mo | Tu | We | Th | Fr | Sa |
| 24 | 25 | 26 | 27 | 28 | **29** | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |



-- BFL Official          -- English (US)          Contact Us Butterfly Labs Archive Top

All times are GMT -5. The time now is 03:46 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

# ATTACHMENT AR



This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_josh/403-monarch-begin-shipping.html.
It is a snapshot of the page as it appeared on Sep 4, 2014 12:51:02 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

---

**BUTTERFLYLABS**

f Connect

User Name | Password | Log in   **Help**

☐ Remember Me?

| **What's New?** | **Articles** | **Forum** | **Blogs** | **FAQ** | **Classi** |  |
|---|---|---|---|---|---|---|

User Gallery | Most Popular | Member Blogs | | Advanced Search

🏠 **Blogs**  >  **Josh's Soapbox**  >  Monarch to begin shipping

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## Josh's Soapbox

### Monarch to begin shipping

by 👑 BFL_Josh , 08-15-2014 at 08:33 PM
(3725 Views)

Rate this Entry
0 Comments

While PCB performance specifications have come in above the 600GH we originally projected, we have not yet hit the 1TH/s per PCB mark that we set for ourselves based on the strength of the underlying ASIC chip. We have achieved much higher speeds on test boards, but in order to be able to ship now we have stabilized the board at 700GH/s with power efficiency of 0.70 W/GH (+/- 10%). While we will continue to pursue the 1TH version of the Monarch for subsequent delivery, we want to get the best product we can out to you now. Shipping of Monarchs will begin next week.

Here is an image of the Monarch ready for

**+ Create Blog**

**BFL_Josh**



👤 Go to Profile
✓ Mark as Read

| | |
|---|---|
| Join Date: | **Aug 2012** |
| Posts: | **2,462** |
| Blog Entries: | **13** |

**Blog Categories** ▲

Global Categories

shipment to customers right now.
(Please note the form factor with water cooling instead of air cooling)



As a reward for customers' patience and loyalty, we are adjusting the price of the 700 GH/s boards to $1,379 (ONLY $1.97/GH) and will be providing rebates/refunds for the difference. (Does not include cloud mining or Mining by the GH)

For those interested in running cards in power efficiency mode, here is a chart of power consumption at different speeds (@220V):

| GH  | Total W | W/GH |
|-----|---------|------|
| 550 | 339     | 0.62 |
| 600 | 368     | 0.61 |
| 650 | 432     | 0.66 |
| 700 | 471     | 0.70 |
| 730 | 530     | 0.73 |
| 780 | 609     | 0.78 |

Specific details about updates to customer orders will be emailed and posted to each customers' dashboards as boards are ready to be shipped.

Discussion thread can be found here:
https://forums.butterflylabs.com
/the...html#post85258

📎 Attached Thumbnails



Updated 08-15-2014 at 10:10 PM by
BFL_Josh





Production Updates
Local Categories
Engineering Updates
Uncategorized

## Recent Comments

July 3rd Update
by Epoch

Taking delivery of the oven...
by bzee

Monarch Update 11 June 2014
by smracer

Monarch Update - 30 April 2014
by tallemd

Busy day!
by MrSwadge

## Recent Blog Posts

Monarch Power and Light (Sound)
08-29-2014 02:59 PM

Monarch to begin shipping
08-15-2014 08:33 PM

July 3rd Update
06-24-2014 06:20 PM

Monarch Cloud Mining update
06-17-2014 11:03 PM

Monarch Update 11 June 2014
06-12-2014 04:46 PM

## Recent Visitors

Categories: Uncategorized



✉ Email Blog Entry

« Prev    Main    Next »

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterfl



alvareznyny, 👑 BFL_Emily, Endlessa,
gibbousmoon, heldertb, marlyle, MaxwellGA,
Rodneysb, Vic_F, weeoooohhhh

**Archive**   ⬆

| < | | September 2014 | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 24 | 25 | 26 | 27 | 28 | **29** | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |



| -- BFL Official | -- English (US) | Contact Us   Butterfly Labs   Archive   Top |

All times are GMT -5. The time now is 07:51 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

Case 4:14-cv-00815-BCW   Document 8-2   Filed 09/17/14   Page 36 of 76

# ATTACHMENT AS



CALL US: 1-800-809-MINE (6463) ▾ FOLLOW US:    My Account    My Wishlist    My Cart    Checkout    Log In

**BUTTERFLYLABS**

Home    Products    Drivers    Consulting    FAQ    Support Forums    Jobs



MORE VIEWS



## Bitcoin Mining by the GH

Hosted Mining Contracts

12 Month Term

Choose from 1 GH/s to 100 TH/s

**$10.83**

Qty:  1      **ADD TO CART**

You choose how much bitcoin mining hashing power you want.  We supply the hardware, hosting and maintenance.

Each renewable contract runs for **12 months**.

You have complete control of your hashing power using our simple online account dashboard.

**Benefits:**

- Easiest way to start mining bitcoins.
- Harness the power of the latest bitcoin mining technology without breaking the bank.
- Buy exactly the amount of hashing power you want, when you want it.
- No technical knowledge required.
- No hardware to maintain.
- No software to configure.
- No obligation to continue mining once the term expires.

**How it works:**

Hosted Mining is powered by our 28nm Monarch Bitcoin mining cards.  As these cards come off the production line, they'll be plugged into waiting 4U rack servers in our data center here in Kansas City. Customers who order purchase a hosted mining contract will have their accounts activated on an order date priority basis right along with our hardware purchase dates.  You will receive notice as your hashing power comes online.  Your accont dashboard will allow you to control and direct your hashing power as you please.  Butterfly Labs will provide full maintenance and technical support.

When the term of contract expires, you have the option to either renew hosting or to take possession of the Monarch card by paying any remainder amount due to own a full Monarch card if applicable.

**Launch Schedule**

This is a Pre-Order product which is not yet live.  If you're uncomfortable waiting until the development is complete and the miners are active, do **NOT** pre-order this product. Perhaps undesirable, but this is a pre-order market.  Customers flatly demand to get in line for the new technology before it's finished development.  This has created a lot of drama for the manufacturers but it's something we simply have to deal with.  All manufacturers in this space have experienced some degree of delay with their first generation ASIC.  Every last one of them. So we're reluctant to give a specific delivery date.  However, this is our second generation, so we have much greater clarity on the process and we feel our timeline to launch **towards the end of the year** is solid.  Hosting contract equipment comes from our bulk production of Monarch cards so contracts will begin to be served in the January / February 2014 time frame.

**Pre-Order Terms:** This is a bitcoin mining hardware pre-order. 28nm ASIC based mining contracts are activated according to placement in the order queue, and initialization may take 3 months or more after order. All sales are final.

## Links

Site Map

Search Terms

Advanced Search

Orders and Returns

Contact Us

Request RMA

## NEWSLETTER

Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

Enter your email address

## GET IN TOUCH

E-mail us at:
**office@butterflylabs.com**

Call us at:
**1-800-809-MINE (6463)**

Copyright: © 2013 Butterfly Labs Inc. All rights reserved.

Privacy Policy

# ATTACHMENT AT

This is Google's cache of https://products.butterflylabs.com/1-gh-cloud-hosted-bitcoin-hashing-power.html. It is a snapshot of the page as it appeared on Sep 7, 2014 19:42:56 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

US: 1-800-809-MINE (6463) | International: +1-913-815-8801 | FOLLOW US:       My Account    My Wishlist    My Cart    Checkout    Log In

    Home    Products    Drivers    Consulting    FAQ    Support Forums    Jobs



### BFL Cloud Mining

**Cloud Mining Contracts**
**12 Month Term**
**Choose from 10 GH/s to 100 TH/s**

**Pre-Orders Now Closed**

MORE VIEWS

  

You choose how much bitcoin mining hashing power you want.  We supply the hardware, hosting and maintenance.

Each renewable contract runs for **12 months**. A single purchase entitles you to *a contract for a full year*.

You have complete control of your hashing power using our simple online account dashboard.

**Benefits:**

· Easiest way to start mining bitcoins.
· Harness the power of the latest bitcoin mining technology without breaking the bank.
· Buy exactly the amount of hashing power you want, when you want it.
· No technical knowledge required.
· No hardware to maintain.
· No software to configure.
· No obligation to continue mining once the term expires

**How it works:**

Cloud Mining is powered by our 28nm Monarch Bitcoin mining cards.  As these cards come off the production line, they'll be plugged into waiting 4U rack servers in our data center here in Kansas City. Customers who order a hosted mining contract will have their accounts activated on an order date priority basis right along with our hardware purchase dates.  You will receive notice as your hashing power comes online.  Your account dashboard will allow you to control and direct your hashing power as you please. Butterfly Labs will provide full maintenance and technical support.

When the term of contract expires, you have the option to either renew hosting or to take possession of the Monarch card by paying any remainder amount due to own a full Monarch card if applicable.

**Pre-Orders Now Closed**

Sorry, at this time we've closed pre-orders as we're expecting to start shipping products to the backlog of current pre-orders. Once we're ready to ship new orders we'll open up ordering again. We suggest you subscribe to our email list to be notified when products are ready for general order shipping.

Additional Information

| Pre–Orders Now Closed | Yes |
|---|---|

**Links**

Site Map

Search Terms

Advanced Search

Orders and Returns

Contact Us

Request RMA

**NEWSLETTER**

Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

[Enter your email address]

## Get product updates by SMS

Text BITCOIN to 80123 for product updates.
Standard rates apply. (USA only)

**GET IN TOUCH**

E-mail us:
**Click here!**

**US: 1–800–809–MINE (6463)**
**International: +1–913–815–8801**

Copyright: © 2014 Butterfly Labs Inc. All rights reserved.

Privacy Policy

http://webcache.googleusercontent.com/search?q=cache:sbcHyDhok-QJ:https://products.but...   9/8/2014

# ATTACHMENT AU



US: 1-800-809-MINE (6463) | International: +1-913-815-8801

| FOLLOW US: facebook twitter google plus

- **MY ACCOUNT**
- **CONTACT US**
- **GIFT STORE**
- **LOGIN**
- 🏴 English 🏴 Deutsch 🏴 русский



- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# Bitcoin Hardware Wallet

Home / Bitsafe





The Secure Hardware Wallet

With Bitsafe, securing your Bitcoin is easy. No need to worry about Bitcoin theft by coin stealing viruses on your PC.

Orders coming soon. Sign up to be notified.



[_____]  [Notify me]

## Security

- Offline cold storage solution
- Virus & Trojan proof
- Redundant systems
- Waterproof
- Multi signature support





## Convenience

- Send & Receive transactions
- Micro SD backup
- QR Code scan camera

© 2014 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- [Home](#)
- [Products](#)
- [Drivers](#)
- [Press](#)
- [FAQ](#)
- [Management](#)
- [BitSafe](#)

# ATTACHMENT AV



**BitPay**

English (US) · Privacy · Terms · Cookies · More ⌄
Facebook © 2014



Like · Comment · Share          116    72    21 Shares

**Butterfly Labs** changed their cover photo.
November 30, 2013

THE MONARCH BITCOIN MINING CARD
300 GH/S. 600GH/S. BITCOIN MINING BY THE GH.

Like · Comment · Share          64    161    16 Shares

**Butterfly Labs**
November 29, 2013

Black Friday update: The terms on checkout for 65nm products incorrectly stated 2 months or longer for shipping. The 45,000 order backlog of 65nm products is complete. There is no longer a wait for shipment of 65nm products. The terms on checkout are being updated now.

Like · Comment          29    44

**Butterfly Labs** changed their cover photo.
November 26, 2013

BITCOIN BLACK FRIDAY
29 November 2013, 12am - 12am - in your local timezone

Like · Comment · Share          55    72    3 Shares

**Butterfly Labs**
September 10, 2013

As mentioned in the previous post, the Order Transfer system for pre-orders is now live.

Like · Comment                                                    24    86

**Butterfly Labs**
September 6, 2013

Announcing a Pre-Order Marketplace

New customers frequently ask us how they can move up in the order queue, and at times offer us more money to do so. Of course, we refuse. We also have customers who decide to sell their orders on eBay or other venues. Unfortunately, doing so requires a secure form of transfer, and the trust factor simply makes it difficult for a seller to find buyers.

Butterfly... See More

Like · Comment                                          32    69    1 Share

**Butterfly Labs** shared Bitcoin Development Fund's status.
August 21, 2013

Today we have made a 65 Bitcoin donation to Khan Academy. Khan Academy is a 501(c)(3) non-profit with a mission of providing a free world-class education for anyone, anywhere; they cover many subjects including math, science, finance, history, and even bitcoin. Go to their website at www.khanacademy.org!

Like · Comment · Share                              46    31    1 Share

**Butterfly Labs** shared a link.
August 19, 2013

Pre-orders for the next generation Bitcoin miners. Not scheduled to ship until long after current 65nm generation is shipped in full.
http://www.butterflylabs.com/monarch/



**The Monarch | Butterfly Labs**
www.butterflylabs.com

Introducing The Monarch Butterfly Labs 28nm Technology Bitcoin Mining Card Monarch The fastest and most power-efficient Bitcoin miner yet

Like · Comment · Share                          107    133    18 Shares



**Butterfly Labs**
August 2, 2013

We are now accepting payments through Dwolla!

Like · Comment                                    24    64

**Butterfly Labs**
July 30, 2013

Look for us if you're here.

Like · Comment · Share                    83    47    2 Shares

**Butterfly Labs** shared Bitcoin Development Fund's status.
July 10, 2013

It is with great pleasure that we announce a 50 Bitcoin donation to Wayside Waifs. Wayside Waifs is a charitable no-kill animal shelter located in the KC Metro area, providing temporary shelter for homeless companion animals, educating the public, and developing partnerships, collaborations, and strategic alliances. Have a look at www.waysidewaifs.org .

Like · Comment · Share                           22    31

**Butterfly Labs** shared Bitcoin Development Fund's status.
June 28, 2013

We are proud to announce a 25 Bitcoin donation to Homes For Hackers. Homes for Hackers is a proud co-founder of the Kansas City Startup Village and leverages the Google Fiber infrastructure. As of June 2013, the program manages a total of 3 houses, has brought 7 different startups to Kansas City, hosted 24 different Airbnb guests and literally hundreds of visitors from various hackathons and Startup Weekend events that it supports. Check them out at www.homesforhackers.com!

Like · Comment · Share                     14    25    1 Share

**Butterfly Labs**
June 15, 2013

As a thank you to our customers for being patient with us as we move towards fulfilling our shipping we are instituting a chip credit program for all

pre-orders prior to April 1st, 2013 (Including orders already delivered). This program will allocate a $25 discount per chip up to the number of chips you currently have on order. For example, if you have a Single SC on order, you will receive a $25 ... See More

Like · Comment                                                    57        78        2 Shares

**Butterfly Labs** shared a link.
June 12, 2013

**The first Single SC 60gh/s has left the building!!!**
forums.butterflylabs.com
The very first Single SC 60gh/s unit was shipped out on Tues 06/11/2013 during the 5 o'clock hour. I know this because I happened to visit BFL HQ on

Like · Comment · Share                                       138       52        2 Shares

**Butterfly Labs** shared a link.
June 10, 2013

The Butterfly Labs 65nm hand-routed ASIC chips are now available for purchase. These are the best ASIC chips in the industry and use half the power of our closest competitor. We know that our customers are concerned about their orders and would like to assure you that we have plenty of chips to fulfill all of our current orders. These chips will be new orders from GLOBALFOUNDRIES.



**Bitcoin Mining Hardware 65 nm ASIC Mining Chip - Butterfly Labs**
products.butterflylabs.com
<p><strong>Specifications:</strong></p> <ul> <li>Technology: Global Foundries advanced 65nm technology (IBM core)</li> <li>Die size: 7.5 x 7.5 mm</li> <li>Substrate package: 10 x 10 mm</li> <li>Package type: Standard BGA 144</li> <li>Design type: 10

Like · Comment · Share                                        77       26       21 Shares

**Butterfly Labs** shared a link.
June 5, 2013

While the Bitcoin Development Fund already donated 50 BTC to the Electronic Frontier Foundation (EFF), BFGMiner and CGMiner, it has now made a 75 BTC donation to Sean's Outpost and invite you to check them out.

Sean's Outpost is a homeless outreach charity that feeds the hungry and builds houses for their community in Pensacola, Florida. They are also supporters of Bitcoin and use the donations to fund their operations. Keep up the great work Jason and everyone there!



PENSACOLA HOMELESS OUTREACH

Butterfly Labs/Bitcoin Development Fund just
bought over 7300 meals for the homeless

I got an email today that the newly formed Bitcoin Development Fund intended to give us
75 Bitcoins out of the new 1000 BTC endowment.

Shortly after that, we indeed received that donation...

http://blockchain.info/tx/8f199cf28e2425ba8c7f6cf7f73baf9c88b852e4b2a0dacaa61243e
144ebf0ea

At the going rate, that's going to buy us around 7300 meals worth of food.

Holy crap.

Thank you so much for your generosity.

Jason

**Sean's Outpost**
www.smore.com
Today, is EXACTLY two months from when Sean's Outpost first started accepting bitcoin
donations. Everyday, I am so grateful to this...

Like · Comment · Share          58    18    1 Share

---

**Butterfly Labs** shared a link.
June 5, 2013

Jalapenos shipping out now!

**Ow.ly - image uploaded by @ButterflyLabs**
ow.ly

Like · Comment · Share          219    70    40 Shares

See More Stories ▾

2013                                              HIGHLIGHTS ▾

**Butterfly Labs** shared a link.
June 5, 2013

Today, Butterfly Labs is giving a sneak peak at a new project that aims to
promote charties and other projects that benefit the greater bitcoin
community. The new site is called Bitcoin Development Fund and is intended
to be a gathering place for those who wish to donate to various projects or
charities through the use of bitcoin, but may not know where to go to do so
or how to properly vet credible charities and projects.

Because we missed our power targets we set forth whe... See More

**http://www.bitcoindf.org/**
www.bitcoindf.org

Like · Comment · Share          49    19    1 Share

Case 4:14-cv-00815-BCW   Document 8-2   Filed 09/17/14   Page 53 of 76



**Butterfly Labs** shared a link.
May 22, 2013

**The Great Bitcoin Debate**
www.huffingtonpost.com
Make no mistake, this is no different than any other high-tech stock. It's risky, it's volatile, and you should not invest any more than you are prepared to forfeit all together.

Like · Comment · Share     45   37   3 Shares

**Butterfly Labs** shared a link via Petyo Nenov.
April 29, 2013

David Perry from Coding In My Sleep takes a look inside the BFL 5GH/s ASIC.

**BFL Bitcoin ASIC Teardown**
The day is here! Nathan from Syn Shop, Las Vegas' local hackerspace, helps me disassemble BFL's fancy new ASIC miner. I see a bunch of chips and capacitors, ...

Like · Comment · Share     94   28   15 Shares

**Butterfly Labs**
April 26, 2013

http://ow.ly/i/1YZoA A wild Single case appears

Like · Comment     64   35   2 Shares

**Butterfly Labs** shared a link.
April 24, 2013

It's an honor to be included in this cool new video about Bitcoin mining. Thanks to the people who made the site and video! Check it out!

**What is Bitcoin Mining?**
www.bitcoinmining.com
With Bitcoin, miners use special software to solve math problems and are issued a certain number of bitcoins in exchange. This provides a smart way to issue the currency and also creates an incentive for more people to mine.

Like · Comment · Share     58   13   2 Shares

**Butterfly Labs**
April 22, 2013

http://ow.ly/i/1WUo4 Goodbye little jalapeños! Good luck on your voyage to your new homes!

Like · Comment     181   71   28 Shares

**Butterfly Labs** shared a link.
April 20, 2013



**BFL Jalapeno Unboxing and Demo**
codinginmysleep.com

Well everyone, it's been a long hard road to this point but I can finally officially say without a shadow of a doubt that the Butterfly Labs ASIC miners exist. I know this because I've got one sitting next to my laptop happily hashing away as I type these words. BFL was kind enough to [...]

Like · Comment · Share     226   40   30 Shares

**Butterfly Labs** shared a link.
April 18, 2013

**BFL 5 GH/s Miner Demo**
Quick demo of the Butterfly Labs 5 GH/s miner.

Like · Comment · Share     173   43   24 Shares

**Butterfly Labs** shared a link.
April 16, 2013

Check out our forums for the latest updates:

https://forums.butterflylabs.com/announcements/692-bfl-asic-status-3.html

**BFL ASIC Status - Page 3**
forums.butterflylabs.com

Like · Comment · Share     51   41

**Butterfly Labs**
April 4, 2013

You may have noticed some changes to the website today. BFL has made adjustments in product offering. The new specifications are only for new orders. Anyone who ordered a previous model will get the hashing power of the product they ordered.

Like · Comment     52   62   3 Shares

**Butterfly Labs** shared a link.
March 29, 2013

**Butterfly Labs (BFL) Bitforce SC ASIC Test**
Quick test of the Butterfly Labs Bitforce SC (ASIC)

https://www.facebook.com/ButterflyLabs        9/9/2014



**Butterfly Labs**
March 12, 2013

Chip in a cage.

Like · Comment · Share                                    85    40    3 Shares

**Butterfly Labs**
March 9, 2013

Definitely not made by Frito Lay

Like · Comment · Share                                    93    23    4 Shares

**Butterfly Labs**
March 9, 2013

http://ow.ly/i/1EM8o Far more delicious than Doritos

Like · Comment                                           35    16

**Butterfly Labs**
March 1, 2013

http://ow.ly/i/1BOxG Top view

Like · Comment                                           19    11

**Butterfly Labs**
March 1, 2013



http://ow.ly/i/1BOuq Similar design coming for the ASIC. Multi stackable. Highest density hashrate in the known universe.

Like · Comment                    26    7    1 Share

**Butterfly Labs** shared a link.
February 27, 2013

Wafer Madness

https://forums.butterflylabs.com/dbtgallery.php?
do=gallery_image&id=588&gal=gallery&type=full
forums.butterflylabs.com

Like · Comment · Share                    33    17

**Butterfly Labs**
February 6, 2013

http://ow.ly/i/1tXIU Before and after.

Like · Comment                    27    26

**Butterfly Labs**
February 6, 2013

http://ow.ly/i/1tXH4 Gold! There's gold in them thar PCBs!

Like · Comment                    29    7

**Butterfly Labs**
February 5, 2013

http://ow.ly/i/1tyum BFL is bringing sexy back (of the boards)

Like · Comment                    28    4

**Butterfly Labs**
February 5, 2013

http://ow.ly/i/1tysI BGA boards are looking seksii. Black is the new black.

Like · Comment                    33    14

**Butterfly Labs**
January 28, 2013

Saw this on the way to the office today



Like · Comment · Share        251    40    105 Shares

**Butterfly Labs**
January 21, 2013

http://ow.ly/i/1oZsg Empty boxes!

Like · Comment        19    23    1 Share

**Butterfly Labs**
January 17, 2013

http://ow.ly/i/1nUkP Anyone want some delicious SHA256?

Like · Comment        12    11

**Butterfly Labs**
January 16, 2013

http://ow.ly/i/1nM6K Flying back into LA after a productive meeting with the packaging and substrate engineers. Been a long day.

Like · Comment        11    1

**Butterfly Labs**
January 16, 2013

Boarding flight for California from Denver now... I have reaffirmed that United is the worst major airline in the US.

Like · Comment        15    14

**Butterfly Labs**
January 16, 2013

Rig-orous activity around here.



Like · Comment · Share                                                59   27

**Butterfly Labs**
January 15, 2013

Getting ready to check out the packaging facility.

Like · Comment                                                      25   11

**Butterfly Labs** shared a link.
January 13, 2013

While many, many boxes of parts wait for the chips to arrive, how about a HUGE announcement?

**https://forums.butterflylabs.com/announcements/692-bfl-asic-status.html#post10249**
forums.butterflylabs.com

Like · Comment · Share                                              29   11

**Butterfly Labs** shared a link.
January 13, 2013

We're not the only one's waiting for chips. All of this is also waiting.

**Boxes2.jpg**
forums.butterflylabs.com

More boxes!

Like · Comment · Share                                              22    8

**Butterfly Labs** shared a link.
January 8, 2013

BFL hanging at CES. Check out the video

**CES interview with Josh from Butterfly Labs**

Like · Comment · Share                                              34   19

**2012**                                                   HIGHLIGHTS ▼

**Butterfly Labs** shared a link.
December 6, 2012

Great article from MIT on the race to ASIC.
http://www.technologyreview.com/news/508061/custom-chips-could-be-the-shovels-in-a-bitcoin-gold-rush/



**Custom Chips Could Be the Shovels in a Bitcoin Gold Rush as Enthusiasts Design ASICs to Mine the Cry**
www.technologyreview.com

Devotees of the digital currency are ratcheting up their technology in a race to generate new coins.

Like · Comment · Share                                          12    3

**Butterfly Labs** shared a link.
November 15, 2012

Measure your ROI with this cool bitcoin mining calculator.

**TP's Bitcoin Calculator**
tpbitcalc.appspot.com

Ultimate Bitcoin Calculator. Bitcoin Mining, Profitability and Power Calculator. Calculate how much your shiny new rig is making you. Daily, weekly, monthly and annual net profit, power consumption cost, break even time. Everything you can ever need! Written in Google Go (golang), running on Google ...

Like · Comment · Share                                          25    10

**Butterfly Labs** shared a link.
November 6, 2012

ASIC Chips and Heatsinks

**BFL Confirms 65nm Process for SC Lineup | Bitcoin Magazine**
bitcoinmagazine.net

Aiming for longevity and efficiency of their products, Butterfly Labs (BFL) has confirmed their new SC chips will be using a 65nm process, the same transistor size as was used for Intel's wildly successful Core 2 Duo and Core 2 Quad processors. As BFL's main competitors, Avalon and bASIC, are report...

Like · Comment · Share                              23    10    1 Share

**Butterfly Labs** shared a link.
October 30, 2012

UPDATE: New Jalapeno prototype photos and delivery information.

**More Jalapeno Pictures & Shipping Update**
forums.butterflylabs.com

Butterfly Labs discussion forums

Like · Comment · Share                              25    1    1 Share

**Butterfly Labs** shared a link.
October 19, 2012

More porn. 10x more sexy.

**Butterfly Labs Releases More ASIC Photos | Bitcoin Magazine**
bitcoinmagazine.net

Disclaimer: Bitcoin Magazine has previously run advertisements for Butterfly Labs. This article was written independently of this fact. -Ed.

Like · Comment · Share                                    39    1

**Butterfly Labs**
October 9, 2012

Bitcoin Porn Pt. 2 - BFL Single water block in design



Like · Comment · Share                                    28    12

**Butterfly Labs**
October 9, 2012

Bitcoin Porn - The BFL Single heatsink.

Like · Comment · Share              59    13    4 Shares

**Butterfly Labs** shared a link.
September 30, 2012

We've just released our updated product specifications.

**Announcement: BFL ASIC - Release specifications**
forums.butterflylabs.com

Butterfly Labs discussion forums

Like · Comment · Share                                    23    4



**Butterfly Labs** shared a link.
September 25, 2012

I know there are some technical questions in a couple of posts that need answers. We will get to them ASAP. Meanwhile enjoy this post:
http://codinginmysleep.com/first-look-at-bfls-asic-hardware/

**First Look at BFL's ASIC Hardware » Coding In My Sleep**
codinginmysleep.com
The last time I posted about anything related to Butterfly Labs appears to have been pretty controversial: for the first time in the short history of this little blog, I actually had to disable comments on a post, which didn't really do much considering that my comments section was just the spill-ov...

Like · Comment · Share      22    4    2 Shares

**Butterfly Labs**
September 21, 2012

Like · Comment · Share      46    38    15 Shares

**Joined Facebook**
September 17, 2012

# ATTACHMENT AX



@ButterflyLabs #Bitcoin Development Fund just bought over 7300 meals
for the homeless. | goo.gl/3J5HW via Sean's Outpost #charity

11          2                                                          View photo

**Butterfly Labs** @ButterflyLabs · 5 Jun 2013
The Bitcoin Development Foundation has donated 75 BTC to Sean's
Outpost.
smore.com/feux-sean-s-ou…
bitcoindf.org

5          2                                                          View photo

**Butterfly Labs** @ButterflyLabs · 5 Jun 2013
forums.butterflylabs.com/content/134-bu…

1

**Butterfly Labs** @ButterflyLabs · 4 Jun 2013
ow.ly/i/2hdwg arriving on your doorstep
soon?

11          3                                                          View photo

**Butterfly Labs** @ButterflyLabs · 22 May 2013
huffingtonpost.com/jesse-seaver/t…

2          6                                                          View summary



The elusive @ButterflyLabs ASICs @ #Bitcoin2013

15          5                                                View more photos and videos



Retweeted by Butterfly Labs
**WIRED** @WIRED · 10 May 2013
Watch Us Mine Bitcoin Without Getting Black Lung bit.ly/17RcpJs

**Butterfly Labs** @ButterflyLabs · 2 May 2013



**Butterfly Labs** @ButterflyLabs · 26 Apr 2013
ow.ly/i/1YZoA A wild Single case appears

11          1                                                    View photo

Retweeted by Butterfly Labs
**BitPay** @BitPay · 25 Apr 2013
@ButterflyLabs jalapeno exceeding the hashing spec

Dear users, we are happy to announce 2-step verification with Goog
here.

**Dashboard**

Summary

Current speed                              6221 Mh/s  Avg speed for 10 min.

12          7                                        View more photos and videos

Retweeted by Butterfly Labs
**BitPay** @BitPay · 25 Apr 2013
@ButterflyLabs jalapeño in the wild mining at 5.8 GH/s!

14          6                                        View more photos and videos

**Butterfly Labs** @ButterflyLabs · 24 Apr 2013
It's an honor to be included in this new
video about Bitcoin mining. Thanks to the
people who made the site/video!
bitcoinmining.com

5          1

**Butterfly Labs** @ButterflyLabs · 22 Apr 2013
ow.ly/i/1WUo4 Goodbye little jalapeños!
Good luck on your voyage to your new
homes!

35          13

Case 4:14-cv-00815-BCW   Document 8-2   Filed 09/17/14   Page 65 of 76

View photo

9/9/2014 9:21 AM

homes!

35          13

View photo

**Butterfly Labs** @ButterflyLabs · 20 Apr 2013

Thanks @KJ6CCZ !

5GH/s Butterfly Bitforce ASIC unboxing and demo: codinginmysleep.com/bfl-jalapeno-u

…

#Bitcoin #ButterflyLabs #ASIC #Unicorns

18          9

View summary



**Butterfly Labs** @ButterflyLabs · 18 Apr 2013

The BFL Bitforce ASIC 5GH/s miner demo: youtube.com/watch?v=uez9AV…

#Bitcoin #ButterflyLabs #ASIC

▶ YouTube

7          8

View more photos and videos

**Butterfly Labs** @ButterflyLabs · 15 Apr 2013

Check out our forums for the latest update: forums.butterflylabs.com/announcements/

…

4          3

**Butterfly Labs** @ButterflyLabs · 1 Apr 2013

ow.ly/jDCcj Butterfly Labs (BFL) Bitforce SC ASIC Test

▶ YouTube



2       2            View more photos and videos

**Butterfly Labs** @ButterflyLabs · 15 Jan 2013
Getting ready to check out the packaging facility.

**Butterfly Labs** @ButterflyLabs · 14 Jan 2013
While many, many boxes of parts wait for the chips to arrive, how about a HUGE announcement?

forums.butterflylabs.com/announcements/…

2

**Butterfly Labs** @ButterflyLabs · 14 Jan 2013
We're not the only one's waiting for chips. All of this is also waiting.

forums.butterflylabs.com/dbtgallery.php…

2

**Butterfly Labs** @ButterflyLabs · 9 Jan 2013
# BFL hanging at CES. Check out the video

youtube.com/embed/5ZUPniBo…

6

**Butterfly Labs** @ButterflyLabs · 7 Dec 2012
Great article from MIT on the race to ASIC.

technologyreview.com/news/508061/cu…

2                  View summary

**Butterfly Labs** @ButterflyLabs · 16 Nov 2012
Measure your ROI with this cool bitcoin mining calculator.

tpbitcalc.appspot.com

1       1

**Butterfly Labs** @ButterflyLabs · 7 Nov 2012
ASIC Chips and Heatsinks

bitcoinmagazine.net/bfl-confirms-6…

2

**Butterfly Labs** @ButterflyLabs · 31 Oct 2012
UPDATE: New Jalapeno prototype photos and delivery information.

2

forums.butterflylabs.com/showthread.php…

2

**Butterfly Labs** @ButterflyLabs · 23 Oct 2012
More porn. 10x more sexy.

bitcoinmagazine.net/butterfly-labs…

**Butterfly Labs** @ButterflyLabs · 9 Oct 2012

### Bitcoin Porn - The BFL Single heatsink.



3      2              View more photos and videos

**Butterfly Labs** @ButterflyLabs · 9 Oct 2012

### Bitcoin Porn Pt. 2 - BFL Single water block in design



1      2              View more photos and videos

**Butterfly Labs** @ButterflyLabs · 1 Oct 2012
We've just released our updated product specifications :
forums.butterflylabs.com/showthread.php…



**Butterfly Labs** @ButterflyLabs · 26 Sep 2012
Video with Josh from Butterfly Labs : youtube.com/watch?v=bT-smM…

▶ YouTube



View more photos and videos

**Butterfly Labs** @ButterflyLabs · 26 Sep 2012
Enjoy this post: codinginmysleep.com/first-look-at-…



3          3

View more photos and videos

**Butterfly Labs** @ButterflyLabs · 26 Sep 2012

Final rendering of Jalapeno for production
(which is under way).



# ATTACHMENT AY



███████████████████

## BFL News
3 messages

**BFL News** <bfl_news@butterflylabs.com>       Thu, Nov 28, 2013 at 2:27 PM
Reply-To: BFL News <bfl_news@butterflylabs.com>
To: ████████████████████ >

Is this email not displaying correctly?
View it in your browser.



29 November 2013, 12am - 12am - in your local timezone

BE SURE IT'S FRIDAY



Once the promotions have started the checkout code will be active.

## REGISTER AND/OR LOGIN





Stay logged in.
Add the products you want to the cart.
Fill the checkout form.

## FILL THE CHECKOUT CODE

Don't forget to add **"bflblackfriday"** in the "Voucher Code" field. Click "Apply coupon" button and the discount will apply. Place the order!



## CONGRATULATIONS!





Once your order is submitted we will begin processing.
65nm products will be shipped right away.
28nm products will ship early 2014.



Friend on Facebook | Follow on Twitter | +1 on Google+ | Forward to a friend

*Copyright © 2012 Butterfly Labs, All rights reserved.*
You are receiving this email because you have ordered or expressed interest in Butterfly Labs products.
**Our mailing address is:**
*Butterfly Labs*
*PO Box 413671*

*Kansas City, MO 64141-3761*

unsubscribe from this list | update subscription preferences

---

**BFL News** <bfl_news@butterflylabs.com>        Thu, Nov 28, 2013 at 2:27 PM
Reply-To: BFL News <bfl_news@butterflylabs.com>
To: ██████████████████

[Quoted text hidden]

---

**BFL News** <bfl_news@butterflylabs.com>        Thu, Nov 28, 2013 at 2:27 PM
Reply-To: BFL News <bfl_news@butterflylabs.com>
To: ██████████████████

[Quoted text hidden]

# ATTACHMENT AZ



**BFL News**
3 messages

**BFL News** <bfl_news@butterflylabs.com> Tue, May 6, 2014 at 7:29 PM
Reply-To: BFL News <bfl_news@butterflylabs.com>
To:




Is this email not displaying correctly?
View it in your browser.

# Monarch Production Update

## BFL 28nm Monarch Performance Power vs Speed

1.6
KnC
1.4
CoinTerra
1.2
HashFast
1
0.8
0.6
0.4
BFL Monarch
0.2

**Summary:**
- .27w /GH in 400 GH/s economy mode
- .39w /GH in 600 GH/s mode
- .55w /GH in 1TH/s mode
- Peak processor speed of 1.6TH/s

**28nm Competition:**
- 1.5 w/GH KnC
- 1.4 w/GH CoinTerra
- 1.1 w/GH Hashfast
- 0.39 w/GH BFL Monarch

Competitive power figures are based on data center reported wall power consumption at manufacturer's shipping speeds. Individual results may vary based on batch, bin and production date.

Live Chip Tests
Chip Power Trendline
Wall Power Trendline (Estimated)

BUTTERFLYLABS

Power in Watts per GH/s

0 100 400 600 800 1,000 1,200 1,400 1,600 1,800

Speed in GHash per Second

We designed the Monarch with power efficiency in mind but the results of the testing phases have exceeded our expectations. It will be the best on the market in performance.

At our nominal speed for the Monarch, 600 GH/s, power consumption is about .3W/GH at the chip level. We expect it to draw around 235W (0.39W/GH) at the wall. The Monarch can be overclocked to approximately 800 GH/s per chip, or 1.6 TH total per board with specialized cooling. The Imperial Monarch is expected to consume about 550W at the wall at 1 TH/s. Keep in mind, these numbers are from chip level testing.

The Monarch product line will be essentially 3 – 5X more efficient at any comparable hashrate than the competition. We plan to begin shipping within the next week, but that timeline is still in flux as we adjust the board components to best utilize the chips.

Read entire production update post

# Monarch Rack Mount System

In other news, the Monarch Rack Mount System is a standard 4U sized data center optimized bitcoin miner based on the Monarch technology. The performance is 3TH/s and it consumes approximately 1,600w; overclocking is possible up to 4TH/s in proper cooling conditions.



Customers who have ordered individual Monarch cards can purchase an empty rackmount case or upgrade an existing monarch card order into a rackmount assembled at the factory. Additionally, you can purchase a rackmount system preloaded with three monarch cards.

Pricing and product ordering will be available next week.



Friend on Facebook | Follow on Twitter | +1 on Google+ | Forward to a friend

*Copyright (C) 2014 Butterfly Labs All rights reserved.*
You are receiving this email because you have ordered or expressed interest in Butterfly Labs products.

**Our mailing address is:**
Butterfly Labs
11770 El Monte
Overland Park, KS 66211

Add us to your address book

unsubscribe from this list | update subscription preferences

---

**BFL News** <bfl_news@butterflylabs.com>                              Tue, May 6, 2014 at 7:29 PM