Reply-To: BFL News <bfl_news@butterflylabs.com>
To: █████████████

[Quoted text hidden]

---

**BFL News** <bfl_news@butterflylabs.com>                    Tue, May 6, 2014 at 7:29 PM
Reply-To: BFL News <bfl_news@butterflylabs.com>
To: █████████████

[Quoted text hidden]

# ATTACHMENT AAA

This is Google's cache of https://www.facebook.com/ButterflyLabs/posts/125100407646712. It is a snapshot of the page as it appeared on Sep 3, 2014 13:46:56 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

Email or Phone

Sign Up

☐ Keep me logged in

**Butterfly Labs**
November 15, 2012 ·

Measure your ROI with this cool bitcoin mining calculator.

## TP's Bitcoin Calculator

Ultimate Bitcoin Calculator. Bitcoin Mining, Profitability and Power Calculator. Calculate how much your shiny new rig is making you. Daily, weekly, monthly and annual net profit, power consumption cost, break even time. Everything you can ever need! Written in Google Go (golang), running on Google ...

TPBITCALC.APPSPOT.COM | BY TP

Like · Comment · Share



Engli
Face

# ATTACHMENT AAB

1            OFFICIAL TRANSCRIPT PROCEEDING

2               FEDERAL TRADE COMMISSION

3

4

5

6

7     MATTER NO.    1423058

8

9

10     TITLE              BUTTERFLY LABS

11

12

13     DATE         RECORDED:   JUNE 21, 2014

14

15               TRANSCRIBED:  JUNE 25, 2014

16

17

18     PAGES         1 THROUGH 12

19

20

21

22

23

24          CONVERSATION WITH DAVID McCLAIN

25

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                          PAGE:

5    Conversation with David Mcclain        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        Butterfly Labs                 )   Matter No. 1423058

5                                       )

6        ------------------------------)

7                                   June 21, 2014

8

9

10

11              The following transcript was produced from a

12       digital file provided to For The Record, Inc. on June 23,

13       2014.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3          MS. HAN:  This is investigator Elizabeth Han

 4   with the Division of Financial Practices of the Bureau of

 5   Consumer Protection at the Federal Trade Commission.  It

 6   is Saturday, June 21st, 2014.  The following recordings

 7   will be taken at the Bitcoin in the Beltway Conference in

 8   Washington, D.C., with employees of Butterfly Labs, a

 9   potential defendant in matter number 1423058.  I will be

10   using undercover identity, Taylor Morgan.

11

12              CONVERSATION WITH DAVID McCLAIN

13          MR. McCLAIN:  Hello.

14          MS. HAN:  Hi, there, how are you?

15          MR. McCLAIN:  Great.  How are you?

16          MS. HAN:  (Inaudible).  Oh, I've heard a little

17   bit about this.  Hi, I'm Taylor.

18          MR. McCLAIN:  I'm Dave.

19          MS. HAN:  Hi, Dave, nice to meet you.

20          MR. McCLAIN:  Nice to meet you.

21          MS. HAN:  Hi, I'm Taylor.

22          KAYLIE:  Hi, I'm Kaylie.  It's good to meet

23   you.

24          MS. HAN:  Kaylie, nice to meet you.  Would you

25   mind telling me what all this is -- I'm totally new to
```

1    this world.

2              MR. McCLAIN:  Sure.

3              MS. HAN:  I mean, I understand, you know, the

4    basic protocol and all that.

5              MR. McCLAIN:  Right, right.

6              MS. HAN:  But like I don't really understand --

7    I guess -- I've been on your website.

8              MR. McCLAIN:  Okay.

9              MS. HAN:  So, I know this is the new guy,

10   right?

11             MR. McCLAIN:  Right.

12             MS. HAN:  The Monarch.

13             MR. McCLAIN:  Yep.

14             MS. HAN:  Okay.

15             MR. McCLAIN:  So, this is -- our previous

16   generation was 65 nanometers.  This is 28 nanometers.

17   So, it's faster, more power efficient.  This

18   generation -- our gen -- our machines are actually about

19   the best (inaudible) best product for processing power

20   versus power consumption.  So, this is our air cooled

21   version.  It -- the 600 gigahash and then our water

22   cooled version does one terrahash.

23             MS. HAN:  Wow.

24             MR. McCLAIN:  So, this goes for just under

25   $2,200.  This goes for just under $3,000.

1          MS. HAN:  Okay.  And these are all the new

2     you're -- the 28 you're saying?

3          MR. McCLAIN:  Right, right.

4          MS. HAN:  Okay.

5          MR. McCLAIN:  And, so, they can go into your --

6     they can go into your existing computer, into the PCI

7     express slot or you can plug them in -- connect them with

8     USB.  Either way, you'll need a dedicated power supply,

9     an ATX power supply to run them, whether you have it

10    inside the computer or external.

11         MS. HAN:  Okay.  So, you're saying -- so, this

12    one's 3,000 you were saying?

13         MR. McCLAIN:  Yep.

14         MS. HAN:  And this one's like 2,200?

15         MR. McCLAIN:  Right.

16         MS. HAN:  Okay.  So, since I'm new, I guess I

17    want to know is it realistic for me to actually like

18    recoup my costs or --

19         MR. McCLAIN:  Yeah.  I mean, I think the

20    biggest mental obstacle -- and you coming into it now,

21    you may not have those ideas, but most people that have

22    gone on (inaudible) have expected quick returns.  It may

23    take longer for a return.  It is possible --

24         MS. HAN:  How long do you mean?

25         MR. McCLAIN:  It really just depends on how

1    much you do purpose and when you receive it.  So, that's

2    the part that we -- it's absolutely impossible to know

3    exactly or even have an idea, because it does depend on

4    when you actually -- when you get it, when you put it on

5    and the current nature of the network (inaudible).

6            MS. HAN:  Okay.  And, so, are you guys -- are

7    these like available now or --

8            MR. McCLAIN:  You can place orders for them

9    now.  We are actually getting ready to start shipping our

10   first units.  Actually, we'll put -- our first boards are

11   not ready to ship, capable of shipping.  They were not

12   (inaudible) at the level to ship.  So, we're putting

13   (inaudible) for cloud hashing for our first people in the

14   queue.  But that said, once we do start shipping, an

15   order now probably wouldn't ship until late July or

16   August.

17           MS. HAN:  Okay.  And do you guys still have the

18   other ones that you were talking about?  (Inaudible).

19           MR. McCLAIN:  Yeah, we have some 10 gigahash

20   machines.  They would probably make a nice room heater or

21   something.

22           MS. HAN:  So, not a good investment.

23           MR. McCLAIN:  Yeah.  I mean, it's good to -- if

24   you wanted to just, you know, plug it in and play around

25   with it.  Actually, I think we're getting ready to drop

1   the price on it (inaudible).  But if you (inaudible) it

2   would allow you to get everything set up and you would

3   make sure your software is set up.  Then once you got

4   this, then you would just plug it in on your (inaudible).

5           MS. HAN:  I see, okay.  And those are available

6   now for like a (inaudible)?

7           MR. McCLAIN:  Yeah, yeah.

8           MS. HAN:  Oh, okay.

9           MR. McCLAIN:  Yeah, yeah.

10          MS. HAN:  Cool.  And do you know -- have any

11   idea what that technology, how long it's like taking to

12   even come close to recouping?

13          MR. McCLAIN:  I wouldn't have any expectations.

14          MS. HAN:  (Inaudible).

15          MR. McCLAIN:  You know, like I said,

16   that's more -- more of -- you know, using it to get

17   comfortable with the technology and the idea, the concept

18   of mining.

19          MS. HAN:  Okay, cool.  And then you said

20   something about a cloud hashing.

21          MR. McCLAIN:  Yeah.  So, we have cloud

22   mining available.  So, you can purchase as many as -- as

23   few as one gigahash of processing power and on up from

24   there.  It's $10.83 per gigahash, and that's a one-year

25   contract.

1          MS. HAN:  Okay.

2          MR. McCLAIN:  And then you don't have to worry

3     about (inaudible) running it, maintaining it, power, air

4     conditioning, anything like that.  So, we work with a

5     third party with those, who manages all of that

6     (inaudible) and it takes away all of the headaches

7     (inaudible).

8          MS. HAN:  So, how does it work when like

9     bitcoins get mined that way?  How does it get

10    distributed?

11         MR. McCLAIN:  You provide your bitcoin address

12    and it's (inaudible) into your bitcoin address, just like

13    if you were running them yourself.

14         MS. HAN:  Okay.  But is it just basically how

15    much you purchase like --

16         MR. McCLAIN:  Yeah.

17         MS. HAN:  Oh, okay.

18         MR. McCLAIN:  Yeah, yeah.

19         MS. HAN:  And then if I preorder this --

20         MR. McCLAIN:  Mm-hmm.

21         MS. HAN:  -- (inaudible) since I'm new, what do

22    I do if I change my mind?

23         MR. McCLAIN:  Well --

24         MS. HAN:  (Inaudible).

25         MR. McCLAIN:  -- all sales are final.  So,

1    yeah, you'd have to -- you know, once you --

2              MS. HAN:  It's an investment.

3              MR. McCLAIN:  Yeah.  It's an investment.  It's

4    just like, you know, anything else.  You have to think of

5    it as an investment.

6              MS. HAN:  And when you preorder, then you guys

7    will just keep me posted on when it's going to ship?

8              MR. McCLAIN:  Yeah, yeah, we -- we have -- we

9    have (inaudible) keeping people up to date on -- you

10   know, throughout the whole process, and then you'll

11   receive an email when it's getting ready to ship and

12   (inaudible) whatever the tracking (inaudible).

13             MS. HAN:  Okay.  You're saying right now it

14   looks like (inaudible).

15             MR. McCLAIN:  Yeah, and that's a current

16   estimate.

17             MS. HAN:  All right.  Well, thank you so much,

18   Dave.

19             MR. McCLAIN:  Thank you.

20             MS. HAN:  I'll see you around.  Are you guys

21   giving any talks?

22             MR. McCLAIN:  We were, but our salesperson had

23   some kind of (inaudible).

24             MS. HAN:  Oh, bummer.

25             MR. McCLAIN:  Yeah.

1            MS. HAN:  All right.  Well, thanks.  I'll see

2    you around.

3            (The conversation was concluded.)

4            (The recording was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       C E R T I F I C A T I O N   O F   T Y P I S T

2

3       MATTER NUMBER: 1423058

4       CASE TITLE: BUTTERFLY LABS

5       TAPING DATE:  JUNE 21, 2014

6       TRANSCRIPTION DATE: JUNE 25, 2014

7

8            I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  JUNE 25, 2014

14

15

16                          ELIZABETH M. FARRELL

17

18       C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20           I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24

25                          SARA J. VANCE

# ATTACHMENT AAC



*Global Asset Protection*

| | |
|---|---|
| **Law Enforcement Officer:** | Han, Elizabeth |
| **Law Enforcement Agency:** | Federal Trade Commission |
| **Requested On:** | Thu, 13 Feb 2014 17:15 |
| **Evidence Gathered On:** | Fri, 14 Feb 2014 17:49 |
| **Law Enforcement Reference:** | |

All times indicated in this document refer to time zone GMT

## Registration Information

| *User Info* | |
|---|---|
| First Name | Sonny |
| Middle Name | |
| Last Name | Vleisides |
| DOB | |
| CC Statement Name | BF LABS INC |
| Email | ███████████@yahoo.com, office@butterflylabs.com, fullerac@butterflylabs.com, jody@butterflylabs.com |
| *Business Info* | |
| Business Name | BF Labs Inc. |
| URL | http://www.butterflylabs.com |
| Customer Service Phone | 913-271-6744   - Unknown Trust |
| *Account Info* | |
| Account Status | Open |
| Account # | ███████████3652 |
| Account Type | Business - Unverified - Cat10C |
| Time Created | Sat, 17 Sep 2011 3:54:11 |
| *SSN* | |
| SSN | ██████ |
| TIN | ██████ |

# ATTACHMENT AAD

Found >BF LABS INC< in data for seq num 130213503201

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ████5901

Transaction Information:
    Seq Num:   130213503201
    DR Acct:   ████5901
    CR Acct:   ████0000
    Amount:         30,000.00 USD
    To/From:   SWO SOGEFRPP
    Wire Data: SRC/OLBB2013021331045813-Jan Gallagher/██████9289ORG
/000
               001815901 BF LABS INC 2507 JEFFERSON ST OPERATING ACCOUNT
KA <-
               NSAS CITY, MO, 64108 SCB A    SOGEUS33    RCV A    SOGEFRPP
               BNF D  3████████████6933  M. Nasser Ghoseiri no. 6
Al
               lee des Romarins 78180 Montigny Le Bretonneux FRCHG BENOBK
D
               SOGEFRPP
é1:F01HATRUS44AXXXSSSSIIIIIIéé2:I103SOGEFRPPX
               XXXNéé4: ████████3201  :23B:CRED
:32A:130213USD30000,
               :50K:████5901  BF LABS INC  2507 JEFFERSON ST
OPERATI
               NG ACCOUNT  KANSAS CITY, MO, 64108  :53A:SOGEUS33
:59:/3000
               ████████6933  M. Nasser Ghoseiri  no. 6 Allee des
Rom
               arins  78180 Montigny  Le Bretonneux FR  :71A:SHA  -è

The <- on the right hand side of the Wire Data
indicates where the text was found.

DATE:   12/06/2013
TIME: 12:17:11

Found >BF LABS INC< in data for seq num 130213503223

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:     BF LABS INC
               █5901

Transaction Information:
    Seq Num:   130213503223
    DR Acct:       5901
    CR Acct:       0000
    Amount:        30,000.00 USD
    To/From:   FWO █4226
    Wire Data: RCV A   SOGEUS33    BNF A    SOGEFRPP    RFB
130213503201COVP
            MT:ORG K /█5901 BF LABS INC 2507 JEFFERSON ST
OPERATI <-
            NG ACCOUNT KANSAS CITY, MO, 64108BNF
300030382700050513569
            33  M. Nasser Ghoseiri no. 6 Allee des Romarins 78180
Montig
            ny Le Bretonneux FRFTI0811 XFT811  é1500è30WT503223
é1510è1
            000é1520è20130213
é2000è000003000000é3100è07100
            0288BMO HARRIS BANK NA*é█03223
*é3400è02600422
            6SOCIETE GEN*é3600èCTPé3610èCOVSé4200èBSOGEFRPP*SOCIETE
GENE
RALE*PARIS*é4320è130213503201*é5000èF071000288*é7050è:50K:*/
            █5901*BF LABS INC*2507 JEFFERSON ST*OPERATING
ACCOUNT
            *KANSAS CITY, MO,
64108*é7059è:59:*/█6933*
            M. Nasser Ghoseiri*no. 6 Allee des Romarins*78180
Montigny*L
            e Bretonneux FR*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130320503180

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type: B
    Scanned Thru Date:  121001
    AKAS:     BF LABS INC
            █████5901

Transaction Information:
    Seq Num:   130320503180
    DR Acct:   █████5901
    CR Acct:   █████0000
    Amount:          22,000.00 USD
    To/From:   SWO SOGEFRPP
    Wire Data: SRC.OLBB2013032031096855-Jan Gallagher/█████9289ORG
/0000
            █████5901 BF LABS INC 2507 JEFFERSON ST OPERATING ACCOUNT
KAN <-
            SAS CITY, MO, 64108 SCB A    SOGEUS33    RCV A    SOGEFRPP
            BNF D  █████████████56933  M. Nasser Ghoseiri no. 6
Allee
            des Romarins 78180 Montigny Le Bretonneux FRCHG BENOBK D
            SOGEFRPP
é1:F01HATRUS44AXXXSSSSIIIIIIèé2:I103SOGEFRPPXXXX
            Nèé4:  :█████████3180  :23B:CRED  :32A:130320USD22000,
:5
            OK:█████5901  BF LABS INC  2507 JEFFERSON ST
OPERATING
            ACCOUNT  KANSAS CITY, MO, 64108  :53A:SOGEUS33
:59:/3000303
            █████████6933  M. Nasser Ghoseiri  no. 6 Allee des
Romarins
            78180 Montigny  Le Bretonneux FR  :71A:SHA  -è

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130320503224

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ████5901

Transaction Information:
    Seq Num:   130320503224
    DR Acct:   ████5901
    CR Acct:   ████0000
    Amount:        22,000.00 USD
    To/From:   FWO 026004226
    Wire Data: RCV A   SOGEUS33    BNF A    SOGEFRPP    RFB
130320503180COVP
              MT:ORG K /█████5901 BF LABS INC 2507 JEFFERSON ST
OPERATI <-
              NG ACCOUNT KANSAS CITY, MO, 64108BNF
██████████56933
              M. Nasser Ghoseiri no. 6 Allee des Romarins 78180
Montigny
              Le Bretonneux FRFTI0811 XFT811  é1500è30WT503224
é1510é100
              0é1520è20130320
é2000è000002200000é3100è0710002
              88BMO HARRIS BANK NA*é3320è1████3224
*é3400è026004226S
              OCIETE GEN*é3600èCTPé3610èCOVSé4200èBSOGEFRPP*SOCIETE
GENERA
LE*PARIS*é4320è130320503180*é5000èF071000288*é7050è:50K:*/00
              ████5901*BF LABS INC*2507 JEFFERSON ST*OPERATING
ACCOUNT*K
              ANSAS CITY, MO, 64108*é7059è:59:*/█████████5933*M.
N
              asser Ghoseiri*no. 6 Allee des Romarins*78180 Montigny*Le
Br
              etonneux FR*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130321504145

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:   121001
    AKAS:      BF LABS INC
               █████5901

Transaction Information:
    Seq Num:   130321504145
    DR Acct:   ████████5901
    CR Acct:   ████████0000
    Amount:          4,720.00 USD
    To/From:   SWO SOGEFRPP
    Wire Data: SRC/OLBB2013032131098882-Jan Gallagher/████████9289ORG
/000
               █████5901 BF LABS INC 2507 JEFFERSON ST OPERATING ACCOUNT
KA <-
               NSAS CITY, MO, 64108 SCB A    SOGEUS33    RCV A    SOGEFRPP
               BNF D  ████████████████0000  M. Nasser Ghoseiri no. 6
Al
               lee des Romarins 78180 Montigny, Le Bretonneux Le
Bretonneux
               FRCHG BENOBK D     SOGEFRPP
é1:F01HATRUS44AXXXSSSSIIIIIIêê
               2:I103SOGEFRPPXXXXNêé4:  :20:130321504145  :23B:CRED
:32A:1
               30321USD4720,  :50K:/████████5901 BF LABS INC  2507
JEFFERS
               ON ST  OPERATING ACCOUNT  KANSAS CITY, MO, 64108
:53A:SOGEU
               S33  :59:/████████████0000  M. Nasser Ghoseiri  no.
6
                Allee des Romarins  78180 Montigny, Le Bretonneux  Le
Breto
               nneux FR  :71A:SHA  -ê

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130321504171

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:     BF LABS INC
              ██████5901

Transaction Information:
    Seq Num:   130321504171
    DR Acct:   ██████5901
    CR Acct:   ██████0000
    Amount:         4,720.00 USD
    To/From:  FWO 026004226
    Wire Data: RCV A   SOGEUS33    BNF A   SOGEFRPP    RFB
    ██████04145COVP
              MT:ORG K /██████5901 BF LABS INC 2507 JEFFERSON ST
OPERATI <-
              NG ACCOUNT KANSAS CITY, MO, 64108BNF
    ██████0000
              00  M. Nasser Ghoseiri no. 6 Allee des Romarins 78180
Montig
              ny, Le Bretonneux Le Bretonneux FRFTI0811 XFT811
é1500è30WT
              504171  é1510è1000é1520è20130321
é2000è00000047
              2000é3100è071000288BMO HARRIS BANK NA*é3320è130321504171
              *é3400è026004226SOCIETE
GEN*é3600èCTPé3610èCOVSé4200èBSOGEFR
              PP*SOCIETE
GENERALE*PARIS*é4320è130321504145*é5000èF07100028
              8*é7050è:50K:*/000001815901*BF LABS INC*2507 JEFFERSON
ST*OP
              ERATING ACCOUNT*KANSAS CITY, MO,
64108*é7059è:59:*/300030382
              ██████0000*M. Nasser Ghoseiri*no. 6 Allee des
Romarins*7
              8180 Montigny, Le Bretonneux*Le Bretonneux FR*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130503504215

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ██5901

Transaction Information:
    Seq Num:   130503504215
    DR Acct:   ██████5901
    CR Acct:   ██████0000
    Amount:            12,000.00 USD
    To/From:   SWO SOGEFRPP
    Wire Data: SRC/OLBB2013050331197470-Jan Gallagher/████████9289ORG
/000

               ██████5901 BF LABS INC 10770 EL MONTE,SUITE 101 OPERATING
ACC <-

               OUNT OVERLAND PARK, KS, 66211 SCB A    SOGEUS33    RCV A
SO

               GEFRPP    BNF D ███████████0000 M. Nasser
Ghoseiri

                no. 6 Allee des Romarins 78180 Montigny, Le Bretonneux Le
B

               retonneux FRCHG BENOBK D    SOGEFRPP
é1:F01HATRUS44AXXXSSS

               SIIIIIIèé2:I103SOGEFRPPXXXXNèé4:  :███████4215
:23B:CRE

               D  :32A:130503USD12000, :50K:/█████5901  BF LABS INC
10

               770 EL MONTE,SUITE 101 OPERATING ACCOUNT  OVERLAND PARK,
KS

               , 66211 :53A:SOGEUS33 :59:/███████████0000  M.
Nas

               ser Ghoseiri  no. 6 Allee des Romarins  78180 Montigny, Le
B

               retonneux  Le Bretonneux FR  :71A:SHA  -è

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130503504227

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    **LEA Type:**  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ███5901

Transaction Information:
    Seq Num:   130503504227
    DR Acct:   ███████5901
    CR Acct:   ███████0000
    Amount:         12,000.00 USD
    To/From:   FWO 026004226
    Wire Data: RCV A   SOGEUS33    BNF A    SOGEFRPP    RFB
130503504215COVP
               MT:ORG K /███████5901 BF LABS INC 10770 EL MONTE,SUITE
101   <-
               OPERATING ACCOUNT OVERLAND PARK, KS, 66211BNF
████████2700
               █████0000  M. Nasser Ghoseiri no. 6 Allee des Romarins
781
               80 Montigny, Le Bretonneux Le Bretonneux FRFTI0811 XFT811
é
               1500è30WT504227  é1510è1000é1520è20130503
é2000
               ██████████0288BMO HARRIS BANK
NA*é3320è1305035
               04227  ████████226SOCIETE
GEN*é3600èCTPé3610èCOVSé420
               0èBSOGEFRPP*SOCIETE
GENERALE*PARIS*é4320è130503504215*é5000è
               F071000288*é7050è:50K:*███████5901*BF LABS INC*10770 EL
MO
               NTE,SUITE 101*OPERATING ACCOUNT*OVERLAND PARK, KS,
66211*é70
               59è:59:*/███████████0000*M. Nasser Ghoseiri*no. 6
Al
               lee des Romarins*78180 Montigny, Le Bretonneux*Le
Bretonneux
               FR*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130617503805

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ███5901

Transaction Information:
    Seq Num:   130617503805
    DR Acct:   ██████5901
    CR Acct:   ██████0000
    Amount:              16,000.00 USD
    To/From:   SWO SOGEFRPP
    Wire Data: SRC,OLBB2013061731289322-Dave McClain/█████04865ORG
████████
               ███5901 BF LABS INC 10770 EL MONTE,SUITE 101 OPERATING
ACCOUN <-
               T OVERLAND PARK, KS, 66211 SCB A    SOGEUS33    RCV A
SOGEF
               RPP    BNF D ████████████0000 M. Nasser Ghoseiri
no
               . 6 Allee des Romarins 78180 Montigny, Le Bretonneux Le
Bret
               onneux FROBI Loan Against Future Earnings    CHG BENOBK D
               SOGEFRPP
é1:F01HATRUS44AXXXSSSSIIIIIIèé2:I103SOGEFRPPXXXXN
               èê4:  ██████████3805  :23B:CRED  :32A:130617USD16000,
:50
               K:█████5901 BF LABS INC 10770 EL MONTE,SUITE 101
OPER
               ATING ACCOUNT  OVERLAND PARK, KS, 66211  :53A:SOGEUS33
:59:
               ██████████████0000 M. Nasser Ghoseiri  no. 6 Allee
de
               s Romarins 78180 Montigny, Le Bretonneux Le Bretonneux
FR
               :70:Loan Against Future Earnings  :71A:SHA  -è

The <- on the right hand side of the Wire Data
indicates where the text was found.

```
REPORT: MNETFIN              Law Enforcement Agency Scan Report
PAGE: 530
DATE:   12/06/2013
TIME: 12:17:11

Found >BF LABS INC< in data for seq num 130909504144

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ████5901

Transaction Information:
    Seq Num:   130909504144
    DR Acct:   ████████5901
    CR Acct:   ████████0000
    Amount:          12,000.00 USD
    To/From:   SWO SOGEFRPP
    Wire Data: SRC.OLBB2013090931466001-Dave McClain/████████4865ORG
/0000
               ████5901 BF LABS INC 10770 EL MONTE,SUITE 101 OPERATING
ACCO <-
               UNT OVERLAND PARK, KS, 66211 SCB A    SOGEUS33    RCV A
SOG
               EFRPP    BNF D ██████████0000  M. Nasser
Ghoseiri
               no. 6 Allee des Romarins 78180 Montigny, Le Bretonneux Le
Br
               etonneux FROBI Loan against Future Earnings   CHG BENOBK D
               SOGEFRPP
él:F01HATRUS44AXXXSSSSIIIIIIIèé2:I103SOGEFRPPXXX
               XNèé4: ████████4144  :23B:CRED  :32A:130909USD12000,
:
               50K:████████5901  BF LABS INC  10770 EL MONTE,SUITE 101
OP
               ERATING ACCOUNT  OVERLAND PARK, KS, 66211  :53A:SOGEUS33
:5
               9:/██████████0000  M. Nasser Ghoseiri  no. 6
Allee
               des Romarins  78180 Montigny, Le Bretonneux  Le Bretonneux
F
               R  :70:Loan against Future Earnings  :71A:SHA  -è

The <- on the right hand side of the Wire Data
indicates where the text was found.
```

Found >BF LABS INC< in data for seq num 130909504175

LEA information:
     Key field: 20131206-0001
     LEA ID:    CSI KW
     LEA Type:  B
     Scanned Thru Date:  121001
     AKAS:      BF LABS INC
                ███5901

Transaction Information:
     Seq Num:   130909504175
     DR Acct:   ████████5901
     CR Acct:   ████████0000
     Amount:         12,000.00 USD
     To/From:   FWO 026004226
     Wire Data: RCV A   SOGEUS33    BNF A    SOGEFRPP    RFB
████████04144COVP
                MT:ORG K ██████5901 BF LABS INC 10770 EL MONTE,SUITE
101   <-
                OPERATING ACCOUNT OVERLAND PARK, KS, 66211BNF
████████████
                ██████0000  M. Nasser Ghoseiri no. 6 Allee des Romarins
781
                80 Montigny, Le Bretonneux Le Bretonneux FROBI Loan
against
                Future Earnings    FTI0811 XFT811   é1500è30WT504175
é1510è10
                00é1520è20130909
é2000è000001200000é3100è071000
                288BMO HARRIS BANK NA*é3320è130909504175
*é3400è026004226
                SOCIETE GEN*é3600èCTPé3610èCOVSé4200èBSOGEFRPP*SOCIETE
GENER
ALE*PARIS*é4320è130909504144*é5000èF071000288*é7050è:50K:*/0
                ██████5901*BF LABS INC*10770 EL MONTE,SUITE 101*OPERATING
A
                CCOUNT*OVERLAND PARK, KS,
66211*é7059è:59:*/██████████████
                ██████0000*M. Nasser Ghoseiri*no. 6 Allee des Romarins*78180
Mo
                ntigny, Le Bretonneux*Le Bretonneux FR*é7070è:70:*Loan
again
                st Future Earnings*

The <- on the right hand side of the Wire Data
indicates where the text was found.

# ATTACHMENT AAE

Found >BF LABS INC< in data for seq num 130719013661

LEA information:
     Key field: 20131206-0001
     LEA ID:    CSI KW
     LEA Type:  B
     Scanned Thru Date:  121001
     AKAS:      BF LABS INC
                ▮5901

Transaction Information:
     Seq Num:   130719013661
     DR Acct:   ▮5901
     CR Acct:   ▮0000
     Amount:        50,000.00 USD
     To/From:   FWO ▮0021
     Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS
JPMCHASE <-
                     /CTR/BBK=CHASE 850 S WABASH CHICAGO IL 60605
US//P
               HN BNF= Jeffrey Ownby 130 N. Park Rd. La Grange IL 60525
US/
               AC▮0013 OBI=Loan against DividendsFTI0811 XFT811
é1500
               è30WT013661  é1510è1000é1520è20130719
é2000è000
               005000000é3100è071000288BMO HARRIS BANK
NA*é3320è13071901366
               1     *é3400è021000021JPMCHASE*é3600èCTRé4100è *CHASE 850 S
W
               ABASH CHICAGO IL 60605* US*é▮0013*Jeffrey Ownby
13
               0 N. Park Rd. La Gr*ange IL 60525
US*é▮5901*BF
               LABS INC*10770 EL MONTE,SUITE 101*OPERATING
ACCOUNT*OVERLAND
               PARK, KS 66211*é6000èLoan against Dividends*é6310èPHN

The <- on the right hand side of the Wire Data
indicates where the text was found.

```
REPORT: MNETFIN                Law Enforcement Agency Scan Report
PAGE: 297
DATE:   12/06/2013
TIME: 12:17:11

Found >BF LABS INC< in data for seq num 130723005004

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:        BF LABS INC
            ███5901

Transaction Information:
    Seq Num:  130723005004
    DR Acct:     ████████5901
    CR Acct:  _ ████████0000
    Amount:         50,000.00 USD
    To/From:  FWO ████0021
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS
JPMCHASE <-
                       /CTR/BBK=JPMORGAN CHASE BANK, NA 850 S WABASH
CHIC
                AGO IL 60605 US//PHN BNF=Jeffrey Ownby 130 N. Park Rd.
LaGra
                nge IL 60525 US /AC-973189931 OBI=Advance against
dividendsF
                TI0811 XFT811  é1500è30WT005004  é1510è1000é1520è20130723
                        ███████████0000é3100è071000288BMO HARRIS
BANK
            NA*███████████5004
*é3400è████0021JPMCHASE*é3600èCTRé
            4100è *JPMORGAN CHASE BANK, NA 850 S WABAS*H CHICAGO IL
6060
            5 US*é4200è█████9931*Jeffrey Ownby 130 N. Park Rd.
LaGra*ng
            e IL 60525 US*é████████████5901*BF LABS INC*10770 EL
MONTE
            ,SUITE 101*OPERATING ACCOUNT*OVERLAND PARK, KS
66211*é6000èA
            dvance against dividends*é6310èPHN

The <- on the right hand side of the Wire Data
indicates where the text was found.
```

Found >BF LABS INC< in data for seq num 131003008585

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               1815901

Transaction Information:
    Seq Num:   131003008585
    DR Acct:          █████5901
    CR Acct:          █████0000
    Amount:           10,000.00 USD
    To/From:   FWO 071000013
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS
JPMCHASE <-
               ILLINOIS /CTR/BBK=071000013 BNF=Jeffrey Ownby 130 N. Park
R
               d. La Grange IL 60525 US/AC-973189931 OBI=Promissory Note
fo
               r Jeffrey Ownby against future earnings.FTI0811 XFT811
é150
               0è30WT008585  é1510è1000é1520è20131003
é2000è00
               █████████████000288BMO HARRIS BANK
NA*é█████30085
               85    *é█████████0013JPMCHASE ILLINOIS*é3600èCTRé4100è
*071
               000013*é█████████9931*Jeffrey Ownby 130 N. Park Rd. La
Gr*
               ange IL 60525 US*é█████████5901*BF LABS INC*10770 EL
MO
               NTE,SUITE 101*OPERATING ACCOUNT*OVERLAND PARK, KS
66211*é600
               0èPromissory Note for Jeffrey Ownby a*gainst future
earnings
               .*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 140314009523

LEA information:
    Key field: 20140411-0002
    LEA ID:    USCSI-2
    LEA Type:  B
    Scanned Thru Date:  131130
    AKAS:      BF LABS INC

Transaction Information:
    Seq Num:   140314009523
    DR Acct:   ██████5901
    CR Acct:   ██████0000
    Amount:         5,000.00 USD
    To/From:   FWO ████0013
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS
JPMCHASE <-
           ILLINOIS /CTR/BBK=071000013 BNF=Jeffrey Ownby,130 N. Park
R
           d.,La Grange IL 60525 US/AC-████9931 OBI=Promissory Note
fo
           r Jeffrey Ownby,against future earnings.FTI0811 XFT811
é150
           0è30WT009523  é██████████0314
é2000è00
           ████████████0288BMO HARRIS BANK
NA*██████0095
           23  *é█████████0013JPMCHASE ILLINOIS*é3600èCTRé4100è
*071
           000013*é42██████9931*Jeffrey Ownby,130 N. Park Rd.,La
Gr*
           ange IL 60525 US*é█████████5901*BF LABS INC*10770 EL
MO
           NTE,SUITE 101*OPERATING ACCOUNT*OVERLAND PARK, KS
66211*é600
           0èPromissory Note for Jeffrey Ownby,a*gainst future
earnings
                .*

The <- on the right hand side of the Wire Data
indicates where the text was found.

# ATTACHMENT AAF

Found >BF LABS INC< in data for seq num 130219011374

LEA information:
     Key field: 20131206-0001
     LEA ID:    CSI KW
     LEA Type:  B
     Scanned Thru Date:  121001
     AKAS:      BF LABS INC
                ███5901

Transaction Information:
     Seq Num:   130219011374
     DR Acct:        ███5901
     CR Acct:        ███0000
     Amount:         2,965.45 USD
     To/From:   FWO ███9593
     Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;KANSAS CITY,MO BK AMER
NY <-
                C    /CTR/BBK=███9593 BNF=Vleisides Photo Studio 2507
J
                efferson Kansas City MO 64108 US/AC-010103002004FTI0811
XFT8
                11  é1500è30WT011374  ██████████████████████
                é██████████████████████0288BMO HARRIS BANK
NA*é3320è13
                0219011374  *é3400è026009593BK AMER NYC*é3600èCTRé███
*0
                ███9593*é██████████2004*Vleisides Photo Studio 2507
Jef
                fers*on Kansas City MO 64108 US*é██████████5901*BF
LABS
                INC*2507 JEFFERSON ST*OPERATING ACCOUNT*KANSAS CITY, MO
6410
                8*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130606012874

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ████5901

Transaction Information:
    Seq Num:   130606012874
    DR Acct:   ████████5901
    CR Acct:   ████████0000
    Amount:         1,000.00 USD
    To/From:   FWO ████9593
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS BK
AMER  <-
               NYC      /CTR/BBK████9593 BNF=Vleisides Photo Studio
2507
               Jefferson Kansas City MO 64108 US/AC-████████2004
OBI=June
               2013 rentFTI0811 XFT811  é1500è30WT012874
é1510è1000é1520è2
               0130606              é2000è000000100000é3100è071000288BMO
HA
               RRIS BANK NA*████████████2874  ███████████████████
N
               YC*é3600èCTRé4100è
██████████████2004*Vleisides
               Photo Studio 2507 Jeffers*on Kansas City MO 64108
US*é5000èD
               ████████5901*BF LABS INC*10770 EL MONTE,SUITE
101*OPERATING
               ACCOUNT*OVERLAND PARK, KS 66211*é6000èJune 2013 rent*

The <- on the right hand side of the Wire Data
indicates where the text was found.

REPORT: MNETFIN                    Law Enforcement Agency Scan Report
PAGE: 258
DATE:   12/06/2013
TIME: 12:17:11

Found >BF LABS INC< in data for seq num 130703007728

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ███5901

Transaction Information:
    Seq Num:    130703007728
    DR Acct:    ████████5901
    CR Acct:    █████████0000
    Amount:              1,000.00 USD
    To/From:    FWO ████9593
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS BK
AMER  <-
               NYC        /CTR/BBK=████9593 BNF=Vleisides Photo Studio
2507
               Jefferson Kansas City MO 64108 US/AC-████2004
OBI=July
               RentFTI0811 XFT811 ████
██████████1307
               03                 ████████████0288BMO
HARRIS
               BANK NA*é██████████7728    *é3400è026009593BK AMER
NYC*é3
               600èCTRé4100è ████9593████████████2004*Vleisides
Photo
               Studio 2507 Jeffers*on Kansas City MO 64108
US*é5000èD00000
               1815901*BF LABS INC*10770 EL MONTE,SUITE 101*OPERATING
ACCOU
               NT*OVERLAND PARK, KS 66211*é6000èJuly Rent*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130801005627

LEA information:
    Key field: 20131206-0001
    LEA ID:    CSI KW
    LEA Type:  B
    Scanned Thru Date:   121001
    AKAS:      BF LABS INC
               ████5901

Transaction Information:
    Seq Num:   130801005627
    DR Acct:   ███████5901
    CR Acct:   ███████0000
    Amount:        1,000.00 USD
    To/From:   FWO ████9593
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS BK
AMER  <-
               NYC        /CTR/BBK:████9593 BNF=Vleisides Photo Studio
2507
               Jefferson Kansas City MO 64108 US/AC-████2004
OBI=Augus
               t Rent 2507 JeffersonFTI0811 XFT811 ████████5627
é1510
               è1000é1520è20130801
é2000è000000100000é3100è071
               000288BMO HARRIS BANK NA*████████5627
*é3400è026009
               593BK AMER NYC*é████████
███████████0200
               4*Vleisides Photo Studio 2507 Jeffers*on Kansas City MO
6410
               8 US*é████████5901*BF LABS INC*10770 EL MONTE,SUITE
10
               1*OPERATING ACCOUNT*OVERLAND PARK, KS 66211*é6000èAugust
Ren
               t 2507 Jefferson*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 130829006906

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:     BF LABS INC
              ██5901

Transaction Information:
    Seq Num:   130829006906
    DR Acct:   ████████5901
    CR Acct:   ████████0000
    Amount:         1,000.00 USD
    To/From:   FWO ███9593
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS BK
AMER  <-
              NYC      /CTR/BBK████9593 BNF=Vleisides Photo Studio
2507
               Jefferson Kansas City MO 64108 US/AC-████████2004
OBI=Septe
              mber RentFTI0811 XFT811   é1500ê30WT006906
é1510è1000é1520è2
              0130829            ████████████████████████0288BMO
HA
              RRIS BANK NA*████████████6906   █████████9593BK AMER
N
              ████████████2004*Vleisides
              Photo Studio 2507 Jeffers*on Kansas City MO 64108
US*é5000êD
                    ████████5901*BF LABS INC*10770 EL MONTE,SUITE
101*OPERATING
              ACCOUNT*OVERLAND PARK, KS 66211*é6000èSeptember Rent*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 131024008249

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:      BF LABS INC
               ████5901

Transaction Information:
    Seq Num:   131024008249
    DR Acct:   ████5901
    CR Acct:   ████0000
    Amount:          1,000.00 USD
    To/From:   FWO ████9593
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS BK
AMER  <-
               NYC      /CTR/BBK:████9593 BNF=Vleisides Photo
Studio,2507
               Jefferson,Kansas City MO 64108 US/AC:████2004
OBI=Octob
               er Rent for 2517 JeffersonFTI0811 XFT811 ████████
████████████        ████████1024
               ████████0288BMO HARRIS BANK NA████████08249
*é3400ê0
               26009593BK AMER NYC*████████
██████9593*é████████
               ████2004*Vleisides Photo Studio,2507 Jeffers*on,Kansas City
MO
               64108 US*████████5901*BF LABS INC*10770 EL
MONTE,SUI
               TE 101*OPERATING ACCOUNT*OVERLAND PARK, KS
66211*é6000êOctob
               er Rent for 2517 Jefferson*

The <- on the right hand side of the Wire Data
indicates where the text was found.

Found >BF LABS INC< in data for seq num 131024008250

LEA information:
    Key field: 20131206-0001
    LEA ID:   CSI KW
    LEA Type:  B
    Scanned Thru Date:  121001
    AKAS:     BF LABS INC
              ███5901

Transaction Information:
    Seq Num:  131024008250
    DR Acct:  █████5901
    CR Acct:  █████0000
    Amount:              800.00 USD
    To/From:  FWO ███9593
    Wire Data: BMO HARRIS BANK NA/ORG=BF LABS INC;OVERLAND PARK,KS BK
AMER  <-
              NYC       /CTR/BBK███9593 BNF=Vleisides Photo
Studio,2507
              Jefferson,Kansas City MO 64108 US/AC███████2004
OBI=Invoi
              ce 1095,Portrait Sitting at OfficeFTI0811 XFT811
é1500è30WT
              008250 ████████████1024
██████████████
                        ███0288BMO HARRIS BANK NA*é
                        ███9593BK AMER ██████████
███9593*é██████
                        ██████2004*Vleisides Photo Studio,2507
Jeffers*on,Kansas
              City MO 64108 US██████████5901*BF LABS INC*10770 EL
M
              ONTE,SUITE 101*OPERATING ACCOUNT*OVERLAND PARK, KS
66211*é60
              00èInvoice 1095,Portrait Sitting at Of*fice*

The <- on the right hand side of the Wire Data
indicates where the text was found.

# ATTACHMENT AAG



BF Labs, Inc. 06-12
10770 El Monte Suite 101
Overland Park, KS 66211

2033

2-39/710

1-15-2013

Pay to the Order of Vernsides Photo Studio $647.10

Six hundred forty-seven and 10/100 Dollars

BMO Harris Bank N.A.
Chicago, Illinois

For Photography Daile Jo Drake

⑆071000288⑆ 1815901⑈ 2033

Seq: 222
Batch: 259516
Date: 01/30/13

Seq:88722 01/30/13
BA# 259516 CC 0000000010
07-81 176; 60 7
CC 0260000010 0 0 0 0



BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

2-28/710

1059

DATE 12-18-2012

PAY TO THE ORDER OF Vlessides Photo Studio $ 2,217.00

Two thousand two hundred seventeen and 00/100 DOLLARS

HARRIS.
BMO Harris Bank N.A.
Chicago, Illinois

MEMO Rent

Darla Jo Drake

⑆071000288⑆ 1815901⑈ 1054

Seq: 96
Batch: 650533
Date: 12/19/12

Seq:00096 12/19/12
RAT 650533 CC          7615
HT: 01 LTPS CC
BC Carondelet Bc M 3 504

PAY TO THE ORDER OF
BANK OF AMERICA
KANSAS CITY, MO 64111
FOR DEPOSIT ONLY
VLESSIDES PHOTO STUDIO
2004



BF Labs, Inc. 09-12
10772 El Monte, Suite 101
Overland Park, KS 66211

2025

1-10-2013

Pay to the order of  Vleisides Photo Studio   $4,319.00

Four thousand - two hundred - nineteen and 00/100   Dollars

BMO Harris Bank N.A.
Chicago, Illinois

For _TEX_            Daila J Drake

⑆071000288⑆     590 1⑈ 2025

Seq: 186
Batch: 000087
Date: 01/14/13

Seq-00186 01/14/13
#4°:090083 CC:722*****15
21 LTF3:Chicago
A. Carousel at BF WWW WWW

PAY TO THE ORDER OF
BANK OF AMERICA
KANSAS CITY, MO 64111
FOR DEPOSIT ONLY
VLEISIDES PHOTO STUDIO
2004



BF Labs, Inc. 09-12
10770 El Monte, Suite 100
Overland Park, KS 66211

2151

2-36/710

4/2/13

Date

Pay to the
order of ☑ Vleisides Photo Studios                                    $ 1,000

One thousand and 00/100                                                Dollars

BMO Harris Bank N.A.
Chicago, Illinois

For May Rent Jefferson location          Darla Jo Drake

⑆071000288⑆         ⑆590⑈1⑈ 2151

PAY TO THE ORDER OF
BANK OF AMERICA
KANSAS CITY, MO, 64111
FOR DEPOSIT ONLY
VLEISIDES PHOTO STUDIO



BF Labs, Inc.
10770 EJ Monte, Suite 105
Overland Park, KS 66210

BMO Harris Bank N.A.
Chicago, Illinois

2828

PAY TO
THE ORDER
OF        Vielsides Photo Studio

Date    2/28/2014

$  **1,000.00

One Thousand and 00/100*************************************************        DOLLARS

Vielsides Photo Studio
2507 Jefferson St.
Kansas City, MO 64108

March Storage Rental Fee

David J. Wilber

⑈⑈:07 1000 2881⑈      590 1⑈' 28 28

PAY TO THE ORDER OF
BANK OF AMERICA
KANSAS CITY, MO 64111
FOR DEPOSIT ONLY
VIELSIDES PHOTO STUDIO

# ATTACHMENT AAH



**Check 1076**

BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

DATE JULY 7, 2013

PAY TO THE ORDER OF Connie Vleisides          $ 6,143 43/100

Six Thousand One Hundred And Fourty Three 43/100 DOLLARS

HARRIS. BMO Harris Bank N.A. Chicago, Illinois

MEMO Facilities Maintenance #0314

⑆071000288⑆ 5901⑈ 1076

3800   3800 07-10-2013
Security Bank of Kansas City

**Check 1077**

BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

DATE 07/08/13

PAY TO THE ORDER OF Connie Vleisides          $ 3,225 35/100

Three Thousand Two Hundred Twenty Five 35/100 DOLLARS

HARRIS. BMO Harris Bank N.A. Chicago, Illinois

MEMO Facilities Maintenance #315

⑆071000288⑆ 5901⑈ 1077

3600   3600 07-10-2013   0925<
Security Bank of Kansas City

**Check 1110**

BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

DATE JULY 23 2013

PAY TO THE ORDER OF Connie Vleisides          $ 8,550 00/100

Eight Thousand Fife Hundred Fifty 00/100 DOLLARS

HARRIS. BMO Harris Bank N.A. Chicago, Illinois

MEMO Facility Maintenance - Contract Work 100 - 0315

⑆071000288⑆ 5901⑈ 1110

8400   07-24-2013
Security Bank of Kansas City

Case 4:14-cv-00815-BCW   Document 8-3   Filed 09/17/14   Page 51 of 82



BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

2-29/710                    1111

DATE 07/23/13

PAY TO THE
ORDER OF   Connie VLeisides                    $ 6,143 11/100

Six Thousand One Hundred Fourty Three    11/100  DOLLARS

HARRIS.  BMO Harris Bank N.A.
         Chicago, Illinois

MEMO Facility Maintenance — Contract work
:071000288:   INV-0314        5901  1111

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
Security Bank of Kansas City

---

BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

2-29/710                    1112

DATE 07/23/13

PAY TO THE
ORDER OF   Connie VLeisides                    $ 2,644 00/100

Two Thousand Six Hundred Fourty Four    00/100  DOLLARS

HARRIS.  BMO Harris Bank N.A.
         Chicago, Illinois

MEMO Facility Maintenance — Contract work
:071000288:   INV-0316        5901  1112

07-24-2013
Security Bank of Kansas City



BF Labs, Inc. 09-12
10770 El Monte, Suite 101
Overland Park, KS 66211

2339

9/9/13

Pay to the Order of Connie Ann Vleisides        | $ 12,210.00

Twelve Thousand Two Hundred Tenand 00/00 Dollars

BMO Harris Bank N.A.
Chicago, Illinois

For Invoice #326        David G. Ollin

⑇071000288⑇        590⑇1⑇ 2339⑇

9689        0600 09-10-2013
Security Bank of Kansas City

---

BF Labs, Inc. 09-12
10770 El Monte, Suite 101
Overland Park, KS 66211

2340

9/9/13

Pay to the Order of Connie Ann Vleisides        | $ 3050.00

Three Thousand Fifty and 00/00 Dollars

BMO Harris Bank N.A.
Chicago, Illinois

For Invoice #324        David G. Ollin

⑇071000288⑇        590⑇1⑇ 2340⑇

1986        0000 09-10-20
Security Bank of Kansas City



BF Labs, Inc.  06-12
11272 El Monte, Suite 101
Overland Park, KS 66211

2342

9/9/13

Pay to the Order of  Connie Ann Vleisides                    $ 17,195.74

Seventeen Thousand One Ninety Five and 74/100          Dollars

BMO Harris Bank N.A.
Chicago, Illinois

For  INV. #325

David J. Hughes

⑈071000288⑈  590·1·· 234

0800 09-10-2013
Security Bank of Kansas City

Page 2



BF Labs, Inc.
10770 El Monte, Suite 101
Overland Park, KS 66211

BMO Harris Bank N.A.
Chicago, Illinois
2-26/710

**2790**

PAY TO
THE ORDER
OF Connie Vleisides

Date 1/31/2014
$ **3,467.90**

Three Thousand Four Hundred Sixty-Seven and 90/100***************************

DOLLARS

Connice Vleisides
9817 Walnut St.
KC, MO 64114

INV: 20141

David McClain CMP

⑆071000288⑆ 590 1⑈ 2790

9800 02-93-2014
Security Bank of Kansas City

---

BF Labs, Inc.
10770 El Monte, Suite 101
Overland Park, KS 66211

BMO Harris Bank N.A.
Chicago, Illinois
2-26/710

**2791**

PAY TO
THE ORDER
OF Vleisides Photo Studio

Date 2/7/2014
$ **1,000.00**

One Thousand and 00/100*****************************

DOLLARS

2507 Jefferson St.
Kansas City, MO 64108

Feb Storage Rental Fee

Darla J. Drake

⑆071000288⑆ 590 1⑈ 2791

PAY TO THE ORDER OF
BANK OF AMERICA
KANSAS CITY, MO 64111
FOR DEPOSIT ONLY
VLEISIDES PHOTO STUDIO
3004

# ATTACHMENT AAI



BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671                                 1062

                    MO 2/22/16          DATE 02/02/13      0209

PAY TO THE
ORDER OF   CRATE AND BARBEL                        | $ 2,093  73/100

TWO THOUSAND NINETY THREE ——— 73/100 DOLLARS

HARRIS.   BMO Harris Bank N.A.
          Chicago, Illinois

MEMO  office Furniture

:071000288:        5901  1062

0003 KANSAS CITY

---

BF LABS INC.                    2-28/710
PO BOX 413671
KANSAS CITY, MO 64141-3671                  1064

                                DATE FEB 12 2013

PAY TO THE
ORDER OF   UNION HILL DAY SCHOOL        | $ 647 00/100

Six Hundred AND Fourty Seven        DOLLARS

HARRIS.   BMO Harris Bank N.A.
          Chicago, Illinois

MEMO  RE: SONNY

:071000288:        5901  1064

Seq: 211
Dep: 261309

02/19/13 Dep 261309 Loc Batch Cust     Seq: 211
Batch 02/19/13



BF Labs, Inc.
10779 El Monte, Suite 101
Overland Park, KS 66211

BMO Harris Bank N.A.
Chicago, Illinois

R# 80 202

2878

PAY TO
THE ORDER
OF      Semersky Enterprises Inc.

Date   3/31/2014

Sixty-Six Thousand One Hundred Seventy-One and 27/100************************    $   **66,171.27

DOLLARS

Semersky Enterprises Inc.
2490 Skokie Valley Rd
Highland Park, IL 60035

David J McClain    VP

Purchase of 2013 Audi A8

⑆071000288⑆        590 1⑈ 2878

FOR DEPOSIT ONLY
SEMERSKY ENTERPRISES, INC.
dba PORSCHE EXCHANGE
dba AUDI EXCHANGE
dba SAAB EXCHANGE
738



BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

DATE APRIL 6 2013

0289                                          1071

PAY TO THE ORDER OF    CRATE AND BARREL              $ 2,278.53/100

TWO THOUSAND TWO HUNDRED AND SEVENTY EIGHT 53/100 DOLLARS

HARRIS.    BMO Harris Bank N.A.
           Chicago, Illinois

MEMO  CARPETING

⑆071000288⑆          5901⑆ 1071

---

BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

DATE 04/16/2013

2-26/710                                        1072

PAY TO THE ORDER OF   UNION HILL DAY SCHOOL        $ 945 00/100

NINE HUNDRED AND FOURTY FIVE                     DOLLARS

HARRIS.    BMO Harris Bank N.A.
           Chicago, Illinois

MEMO  DAY CARE — SONNY SACCA

⑆071000288⑆          5901⑆ 1072

For Deposit Only
Crate & Barrel #369
Bank

0010 KANSAS CITY

181 - Town
SCF: 199002           Seq: 113
                      Dep: 297200
04/23/13 Dep:297200 Loc 9011a Cust Bank
                      09955   Seq:113
                      Date: 4/23/13



BF Labs, Inc.
10770 E Morris, Suite 101
Overland Park, KS 66211

BMO Harris Bank N.A.
Chicago, Illinois
2-24/710

2944

PAY TO
THE ORDER
OF      KIRK BOND

Date   6/10/2014
$  **1,900.00

One Thousand Nine Hundred and 00/100************************************************ DOLLARS

KIRK JEFFREY BOND
12300 E 46TH TERR SOUTH
INDEPENDENCE, MO 64055

Architectural Services for the preparation of Hou

⑈071000288⑈    590 1⑈ 2944⑈

BOFD RTN 301071592
6/11/2014
11:49:46
PIPERD
TMID ████2582



BF Labs, Inc.
10772 El Monte, Suite 101
Overland Park, KS 66211

596236

BMO Harris Bank N.A.
Chicago, Illinois
2-879/748

2969

PAY TO THE ORDER OF    James Terry

Date 6/20/2014

$ **2,115.00

Two Thousand One Hundred Fifteen and 00/100***************************************** DOLLARS

James Terry

Sauna - vapor proofing, tile 6/17/14-8/20/14

Daila Jo D....

⑆0710002884⑈ 5908⑆ 2969

6340 06/23/14      0183< MAINSTREET CU



BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

2-26/710

1075

DATE 7/01/01

PAY TO THE
ORDER OF   UNION HILL                      | $ 2,000 00/xx

TWO THOUSAND                              00/xx   DOLLARS

HARRIS.   BMO Harris Bank N.A.
          Chicago, Illinois

MEMO   DAY CARE — SUNNY

⑆071000288⑆   590 1⑈   1075

Seq: 21
Dep: 334971

171 - North
SCR: 0m02

07/02/13 Dep 334971 Loc 0350 Cust[blacked out]0695< Seq 21
Date: 07/02/13

PAY TO THE ORDER OF
UMB BANK, N.A.
▶ 101100069 ◀
FOR DEPOSIT ONLY
UNION HILL DAY SCHOOL
7050



BF LABS INC.
PO BOX 413671
KANSAS CITY, MO 64141-3671

T98143955

1083

DATE 10-27-13

PAY TO THE
ORDER OF _KANSAS CITY CHIEFS_ | $ 27.00

_Twenty Seven_ DOLLARS

**HARRIS.** BMO Harris Bank N.A.
Chicago, Illinois

MEMO _CHIEFS PARKING_

⑆071000288⑆ 5901 1083

Metcalf Bank > 1892<<
0044

G8644

# ATTACHMENT AAJ

| Statement Date | 03-20-13 | Payment Due Date | 04-10-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $155.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $21,136 | New Balance | $3,864.26 |

BF LABS INC

XXXX XXXX XXXX 0315



| JOSH ZERLAN | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| XXXX XXXX XXXX 0364 | $0.00 | $3,182.17 | $0.00 | $3,182.17 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 03-18 | 03-18 | 24717053076690760058065 | CABELAS RETAIL KANSAS CITY KANSAS CITY KS | 2,981.21 |

Case 4:14-cv-00815-BCW   Document 8-3   Filed 09/17/14   Page 66 of 82

| Statement Date | 04-22-13 | Payment Due Date | 05-13-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $842.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $3,954 | New Balance | $21,045.85 |

BF LABS INC

XXXX XXXX XXXX 0315

## CARDHOLDER ACTIVITY

**SONNY VLEISICLES**
XXXX XXXX XXXX 0349

| | CREDITS $0.00 | PURCHASES $11,082.06 | CASH ADV $0.00 | TOTAL ACTIVITY $11,082.06 |
|---|---|---|---|---|

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 04-08 | 04-06 | 24246513097554000386314 | BED BATH & BEYOND #87 OVERLAND PARK KS | 1,046.98 |
| 04-09 | 04-08 | 24431063099200492000034 | PAUL'S JAGUAR 954-846-7976 FL | 700.00 |

**JOSH ZERLAN**
XXXX XXXX XXXX 0364

| | CREDITS $625.04 | PURCHASES $8,962.68 | CASH ADV $0.00 | TOTAL ACTIVITY $8,337.64 |
|---|---|---|---|---|

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 04-16 | 04-15 | 24717053106691060021898 | CABELAS RETAIL KANSAS CIT KANSAS CITY KS | 54.46 |
| 04-16 | 04-15 | 24717053106691060021906 | CABELAS RETAIL KANSAS CIT KANSAS CITY KS | 54.46 |
| 04-16 | 04-15 | 24717053106691060021880 | CABELAS RETAIL KANSAS CIT KANSAS CITY KS | 467.63 |

| Statement Date | 04-22-13 | Payment Due Date | 05-13-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $842.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $3,954 | New Balance | $21,045.85 |

BF LABS INC

XXXX XXXX XXXX 0315



## CARDHOLDER ACTIVITY

| SONNY VLEISICLES xxxx xxxx xxxx 0349 | CREDITS $0.00 | PURCHASES $11,082.06 | CASH ADV $0.00 | TOTAL ACTIVITY $11,082.06 |
|---|---|---|---|---|

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 03-28 | 03-26 | 2444500308610045211371 | NORDSTROM #0230 OVERLAND PARK KS | 321.99 |

Case 4:14-cv-00815-BCW   Document 8-3   Filed 09/17/14   Page 68 of 82

| Statement Date | 05-20-13 | Payment Due Date | 06-10-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $110.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $22,252 | New Balance | $2,747.96 |

BF LABS INC

XXXX XXXX XXXX 0315

## CARDHOLDER ACTIVITY

| JODY DRAKE<br>XXXX XXXX XXXX 0471 | CREDITS<br>$0.00 | PURCHASES<br>$1,174.52 | CASH ADV<br>$0.00 | TOTAL ACTIVITY<br>$1,174.52 |
|---|---|---|---|---|

| Post<br>Date | Tran<br>Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 05-17 | 05-16 | 24610433138005010373522 | SHERWIN WILLIAMS #7206 LEAWOOD KS | 9.73 |

Case 4:14-cv-00815-BCW   Document 8-3   Filed 09/17/14   Page 69 of 82

| Statement Date | 07-18-13 | Payment Due Date | 07-25-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $685.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $7,880 | New Balance | $17,120.26 |

BF LABS INC

XXXX XXXX XXXX 0315

## CARDHOLDER ACTIVITY

| JOSH ZERLAN | | | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|---|---|
| XXXX XXXX XXXX 0364 | | | $200.00 | $9,206.91 | $0.00 | $9,006.91 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 07-16 | 07-15 | 24270743196004760932255 | OMB GUNS 913-3226414 KS | 38.02 |

| Statement Date | 06-01-13 | Payment Due Date | 08-08-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $170.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $20,740 | New Balance | $4,260.12 |

BF LABS INC

XXXX XXXX XXXX 0315

## CARDHOLDER ACTIVITY

**JOSH ZERLAN**
XXXX XXXX XXXX 0364

| | | CREDITS $0.00 | PURCHASES $1,408.03 | CASH ADV $0.00 | TOTAL ACTIVITY $1,408.03 | |
|---|---|---|---|---|---|---|
| Post Date | Tran Date | Reference Number | Transaction Description | | | Amount |

**JODY DRAKE**
XXXX XXXX XXXX 0471

| | | CREDITS $0.00 | PURCHASES $9,935.97 | CASH ADV $0.00 | TOTAL ACTIVITY $9,935.97 | |
|---|---|---|---|---|---|---|
| Post Date | Tran Date | Reference Number | Transaction Description | | | Amount |
| 07-29 | 07-25 | 24789303207207103859309 | RESTORATION HARDWARE 989 800-7621751 CA | | | 832.84 |
| 07-30 | 07-29 | 24610433210004017407652 | SHERWIN WILLIAMS #7206 LEAWOOD KS | | | 49.40 |
| 07-30 | 07-29 | 24692163210000718495257 | WWW.NEWEGG.COM 800-390-1119 CA | | | 103.51 |
| 07-31 | 07-29 | 24445003211200106344730 | HOBBY-LOBBY #0020 OVERLAND PARK KS | | | 14.61 |
| 08-01 | 07-31 | 24692163212000278213288 | AV *AVNET ELECTRONICS 480-794-8778 AZ | | | 1,495.36 |

Page 3 of 6

Case 4:14-cv-00815-BCW   Document 8-3   Filed 09/17/14   Page 71 of 82

| Statement Date | 06-22-13 | Payment Due Date | 08-29-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $0.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $25,000 | New Balance | $15,771.66GR |

BF LABS INC

XXXX XXXX XXXX 0315



| CARDHOLDER ACTIVITY | | | | | |
|---|---|---|---|---|---|
| JOSH ZERLAN<br>XXXX XXXX XXXX 0364 | | CREDITS<br>$0.00 | PURCHASES<br>$591.60 | CASH ADV<br>$0.00 | TOTAL ACTIVITY<br>$591.60 |

| Post<br>Date | Tran<br>Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 08-19 | 08-15 | 24270743228004853180749 | OMB GUNS 913-3228414 KS | 38.02 |

| Statement Date | 09-19-13 | Payment Due Date | 09-26-13 |
|---|---|---|---|
| Credit Limit | $100,000 | Amount Due | $838.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $79,055 | New Balance | $20,944.71 |

BF LABS INC

XXXX XXXX XXXX 0315



## CARDHOLDER ACTIVITY

**JOSH ZERLAN**
XXXX XXXX XXXX 0364

| | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| | $0.00 | $1,915.90 | $0.00 | $1,915.90 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 09-16 | 09-15 | 24270743259004949211484 | OMB GUNS 913-3228414 KS | 38.02 |

| Statement Date | 09-26-13 | Payment Due Date | 10-03-13 |
|---|---|---|---|
| Credit Limit | $100,000 | Amount Due | $900.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $77,495 | New Balance | $22,505.02 |

BF LABS INC

XXXX XXXX XXXX 0315



## CARDHOLDER ACTIVITY

| JODY DRAKE<br>xxxx xxxx xxxx 0471 | CREDITS<br>$0.00 | PURCHASES<br>$33,927.48 | CASH ADV<br>$0.00 | TOTAL ACTIVITY<br>$33,927.48 |
|---|---|---|---|---|

| Post<br>Date | Tran<br>Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 09-23 | 09-20 | 2469216326300024 7098925 | MOUSER ELECTRONICS DIS 800-346-6873 TX | 594.00 |
| 09-23 | 09-20 | 2469216326300024 7116396 | MOUSER ELECTRONICS DIS 800-346-6873 TX | 4,350.65 |

| Statement Date | 09-05-13 | Payment Due Date | 09-12-13 |
|---|---|---|---|
| Credit Limit | $25,000 | Amount Due | $0.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $25,000 | New Balance | $53,662.63H |

BF LABS INC

XXXX XXXX XXXX 0315

## CARDHOLDER ACTIVITY

| CONNIE VLEISIDES | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| XXXX XXXX XXXX 8376 | $0.00 | $544.75 | $0.00 | $544.75 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 09-03 | 09-02 | 24692163245000368091835 | CRATE & BARREL #914 800-967-6696 IL | 107.34 |

| Statement Date | 09-12-13 | Payment Due Date | 09-19-13 |
|---|---|---|---|
| Credit Limit | $30,000 | Amount Due | $0.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $30,000 | New Balance | $1,620.85R |

BF LABS INC

XXXX XXXX XXXX 0315

| CARDHOLDER ACTIVITY | | | | |
|---|---|---|---|---|

SONNY VLEISIDES
xxxx xxxx xxxx 9220

| | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| | $0.00 | $6,133.29 | $0.00 | $6,133.29 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 09-11 | 09-09 | 24071403253253087879903 | BAMBINI CREATIVI 816-9417529 MO | 1,067.40 |

| Statement Date | 10-17-13 | Payment Due Date | 10-24-13 |
|---|---|---|---|
| Credit Limit | $150,000 | Amount Due | $1,131.00 |
| Cash Advance Balance | $00 | | |
| Available Credit | $121,713 | New Balance | $28,286.75 |

**BF LABS INC**

XXXX XXXX XXXX 0315



## CARDHOLDER ACTIVITY

**JOSH ZERLAN**
XXXX XXXX XXXX 0364

| | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY |
|---|---|---|---|---|
| | $0.00 | $5,441.19 | $0.00 | $5,441.19 |

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 10-16 | 10-15 | 2427074328900504018391 | OMB GUNS 913-3228414 KS | 38.02 |

| Statement Date | 10-03-13 | Payment Due Date | 10-10-13 |
|---|---|---|---|
| Credit Limit | $100,000 | Amount Due | $1,165.00 |
| Cash Advance Balance | $272 | | |
| Available Credit | $70,878 | New Balance | $29,122.11 |

BF LABS INC

XXXX XXXX XXXX 0315



| NASSER GHOSEIRI<br>XXXX XXXX XXXX 0497 | | CREDITS<br>$0.00 | PURCHASES<br>$15.44 | CASH ADV<br>$272.09 | TOTAL ACTIVITY<br>$287.53 | |
|---|---|---|---|---|---|---|
| Post<br>Date | Tran<br>Date | Reference Number | Transaction Description | | | Amount |
| 10-03 | 10-02 | 74973003275367503122338 | CASH ADVANCE FROM -<br>SOCIETE GENERALE -SAINT QUENTIN-<br>(FOREIGN CURRENCY) $200.00 EUR 10/03 (RATE) 0.7351 | | | 272.09 |

| Statement Date | 11-21-13 | Payment Due Date | 11-28-13 |
|---|---|---|---|
| Credit Limit | $25,000 | | |
| Cash Advance Balance | $00 | Amount Due | $917.00 |
| Available Credit | $00 | New Balance | $22,932.48 |

**BF LABS INC**

XXXX XXXX XXXX 0315



## CARDHOLDER ACTIVITY

**JOSH ZERLAN**
XXXX XXXX XXXX 0364

| | | CREDITS $1,316.10 | PURCHASES $3,190.65 | CASH ADV $0.00 | TOTAL ACTIVITY $1,874.55 |
|---|---|---|---|---|---|

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 11-18 | 11-15 | 24270743320005134706522 | OMB GUNS 913-3228414 KS | 38.02 |

Case 4:14-cv-00815-BCW   Document 8-3   Filed 09/17/14   Page 79 of 82

# ATTACHMENT AAK



**Legendary**

Activity: 1008

Audite me.
Discite ab
meam
sapientiam.



Ignore

 **Re: [Announcement] Butterfly Labs**                    #409
September 24, 2012, 07:20:04 AM

> **Quote from: BFL-Engineer on September 21, 2012, 02:54:42 PM**
>
> Plug will be the same (5.0mm OD, 2.5mm ID), so it's possible to use the same plug.
>
> Regards,
> Nasser

Nasser,

Are you Nasser Ghoseiri, as reported in this interview?:
http://codinginmysleep.com/interview-with-sonny-vleisides/
Is this you, a senior FPGA engineer?:
http://fr.viadeo.com/en/profile/nasser.ghoseiri
Is this your Facebook page?: http://www.facebook.com/nasser.ghoseiri
(this person "liked" BFL)
How can you be BFL Chief Technology Officer...
http://news.yahoo.com/butterfly-labs-announces-next-generation-asic-
lineup-054626776.html
...when you post on Facebook, this month, that you started working for a
large european bank:
http://www.facebook.com/nasser.ghoseiri/timeline/story?
ut=32&wstart=1346482800&wend=1349074799&hash=1015143007767337
Did you recently resign, or significantly reduced your involvement with BFL?

I have no doubt BFL will continue to succeed and grow without you, but if
the above is true, I think customers would like answers.



## Redhash 105 Ghash/sec miner, by TAV!

**BFL-
Engineer**
Full Member


Activity: 227



Ignore

 **Re: [Announcement] Butterfly Labs**                    #410
September 24, 2012, 08:16:18 AM

> **Quote from:** ███ **on September 24, 2012, 07:20:04 AM**
>
> > **Quote from: BFL-Engineer on September 21, 2012, 02:54:42 PM**
> >
> > Plug will be the same (5.0mm OD, 2.5mm ID), so it's possible to use the same plug.
> >
> > Regards,
> > Nasser
>
> Nasser,
>
> Are you Nasser Ghoseiri, as reported in this interview?:
> http://codinginmysleep.com/interview-with-sonny-vleisides/
> Is this you, a senior FPGA engineer?: http://fr.viadeo.com/en/profile/nasser.ghoseiri
> Is this your Facebook page?: http://www.facebook.com/nasser.ghoseiri (this person
> "liked" BFL)
> How can you be BFL Chief Technology Officer... http://news.yahoo.com/butterfly-labs-
> announces-next-generation-asic-lineup-054626776.html

> ...when you post on Facebook, this month, that you started working for a large
> european bank: http://www.facebook.com/nasser.ghoseiri/timeline/story?
> ut=32&wstart=1346482800&wend=1349074799&hash=10151430077673378&pagefilte
> Did you recently resign, or significantly reduced your involvement with BFL?
>
> I have no doubt BFL will continue to succeed and grow without you, but if the above is
> true, I think customers would like answers.

Regarding employement for a bank, I'm a senior IT consultant / architect
there. It is **necessary** to be an employee for maintaining your residency
permit until you obtain nationality. The time I dedicate to our corporation
has dramatically increased during the last 4 months, to about 7 hours
during work days and a minimum of 25 hours during the weekend.

I hope this answer helps.


Regards,
Nasser



BF Labs Inc.  www.butterflylabs.com  -  Bitcoin Mining Hardware