IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| **BF LABS, INC., et al.,** | ) |
| | ) |
| **Defendants,** | ) |

## ENTRY OF APPEARANCE

COMES NOW Katie Jo Wheeler of the law firm of Spencer Fane Britt & Browne LLP and enters her appearance on behalf of Eric L. Johnson, temporary receiver for Defendant BF Labs, Inc.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Katie Jo Wheeler
| | |
|---|---|
| Bryant T. Lamer | MO #57355 |
| Kersten L. Holzhueter | MO #62962 |
| Andrea M. Chase | MO #66019 |
| Katie Jo Wheeler | MO #64233 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:     (816) 474-8100
Facsimile:     (816) 474-3216
blamer@spencerfane.com
kholzhueter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

Attorneys for Receiver Eric L. Johnson

WA 6089711.1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 22nd day of September 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                /s/ Katie Jo Wheeler
                Attorney for Receiver Eric L. Johnson