# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 14-CV-815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
|       **Defendants.** | ) |

## BF LABS INC.'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BF Labs Inc. states that it has no parent company and no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

/s/ James M. Humphrey
James M. Humphrey      MO # 50200
Michael S. Foster      MO # 61205
Miriam E. Bailey      MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

/s/ Braden M. Perry
Braden M. Perry      MO # 53865
KENNYHERTZ PERRY, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Mobile: 913-488-4882
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ James M. Humphrey
Attorney for Defendant