IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 14-CV-815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
|        **Defendants.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Braden M. Perry of the law firm of Kennyhertz Perry, LLC and enters his appearance on behalf of Defendant BF Labs Inc.

Respectfully submitted,

/s/ Braden M. Perry
Braden M. Perry                                                             MO # 53865
KENNYHERTZ PERRY, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Mobile: 913-488-4882
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 22, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


/s/ Braden M. Perry
Attorney for Defendant