UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., *et al.*<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

**PLAINTIFF'S MOTION TO PRESENT LIVE TESTIMONY AT PRELIMINARY INJUNCTION HEARING AND SUGGESTIONS IN SUPPORT**

Pursuant to Section XXIII.B of the Court's Ex Parte Order [DE # 9], Plaintiff Federal Trade Commission respectfully requests leave to present the live testimony of the following witness at the preliminary injunction hearing scheduled for September 29, 2014:

Anthony Fast
608 Saratoga Place
Lawrence, KS 66046

The FTC first learned of and obtained contact information for Mr. Fast, a former BF Labs, Inc. ("Butterfly Labs") employee, on September 23, 2014. Mr. Fast worked at Butterfly Labs from February to July 2013. He served as its marketing manager and now works as a bitcoin consultant. In that capacity, Mr. Fast has conducted research and analysis regarding the bitcoin industry. He graduated cum laude from Washburn University, served as a computer and network administrator in the U.S. Army, and has held various management positions throughout his career. He will describe his role at the company and its management structure. Additionally,

Mr. Fast would provide testimony on Butterfly Labs' marketing strategy and advertisements, its refund policy, production practices and schedule, and its bitcoin mining operations.  (Anticipated duration of testimony:  1 hour and 30 minutes on direct).

Mr. Fast's testimony would serve several purposes.  First, it would rebut the testimony of certain of Butterfly Labs' proposed witnesses and provide the Court with a perspective different from that Defendant Drake and Jeff Ownby, both of whom still work for Butterfly Labs and therefore possess pecuniary interest in its continued operation.  Further, in its motion to present live testimony [DE # 15], and its opposition papers [DE # 14], Butterfly Labs portrays itself as a well-intentioned start-up company and attributes the challenged conduct to growing pains.  Mr. Fast's testimony would provide a counterpoint to that portrayal.  Finally, Mr. Fast possesses knowledge that would be helpful to the Court regarding bitcoin, bitcoin mining, and the industry in general.  For these reasons, Mr. Fast's testimony would be helpful to this Court in determining whether a preliminary injunction should issue.

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated:  September 23, 2014

/s/ Leah Frazier
Helen Wong, DC Bar # 997800
Teresa N. Kosmidis, NY Bar# 4533824
Leah Frazier, DC Bar# 492540
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
Facsimile: 202-326-3768
hwong@ftc.gov
tkosmidis@ftc.gov

2

lfrazier@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: September 23, 2014         _/s/ Charles M. Thomas_____
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone:  (816) 426-3130
Facsimile:   (816) 426-3165
E-mail:       charles.thomas@usdoj.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I certify that the foregoing document is being served this day on all counsel of record and *pro se* parties identified on the attached Service List in the manner specified.

BY CM/ECF

James M. Humphrey MO # 50200
Michael S. Foster MO # 61205
Miriam E. Bailey MO # 60366
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry MO # 53865
KENNYHERTZ PERRY LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Mobile: 913-488-4882
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc.


Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

Attorneys for Receiver Eric L. Johnson

BY ELECTRONIC MAIL

Darla Drake
5217 England
Merriam, KS 66203
jody@butterflylabs.com

Nasser Ghoseiri
6 Allee des Romarins,
78180 Montigny Le Bretonneux
France
nasser@butterflylabs.com

Sonny Vleisides
12406 Overbrook Road
Leawood, KS 66209
sonny@butterflylabs.com