# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 4:14-CV-00815-BCW |
| BF LABS, INC., et al., | ) ) ) |
| Defendants, | ) |

## ORDER

This matter is before the Court on the Stipulated Motion to Release Funds from Frozen Assets, filed by the Temporary Receiver on September 23, 2014 (Doc. 23). The Court finds that the Motion should be granted.

IT IS ORDERED that Temporary Receiver is authorized to use Defendant BF Labs, Inc.'s assets to pay (1) payroll for non-principal employees for the biweekly period ending September 21, 2014 ($62,969.55), (2) payroll for identified critical employees for work performed on and after September 22, 2014 (estimated at $2,500), which Receiver deems necessary to manage the business of BF Labs, Inc. (3) rent due October 1 for BF Labs, Inc.'s office building and warehouse ($16,759.47), and (4) accrued utility bills ($169.07). IT IS FURTHER ORDERED that the sum of $82,398.09 is released from BF Labs, Inc's operating account at BMO Harris Bank, N.A. so Receiver can pay the above-identified sums and Receiver is authorized to transfer those funds to a separate bank account.

DATED this 24th day of September, 2014.

/s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT