IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| FEDERAL TRADE COMMISSION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| BF LABS, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff Federal Trade Commission's ("FTC") Motion to Present Live Testimony at Preliminary Injunction Hearing (Doc. #24). The Court being duly advised of the premises, and for good cause shown, grants said Motion.

This matter is scheduled for a preliminary injunction hearing on September 29, 2014. The FTC requests leave to present live-witness testimony during the hearing from Anthony Fast, 608 Saratoga Place, Lawrence, Kansas 66046, for multiple purposes that are set forth in the FTC's supporting suggestions (Doc. #24). For the reasons stated by the FTC, the Court finds that Fast's live testimony would assist in the determination whether the issuance of a preliminary injunction is justified. Accordingly, it is hereby

ORDERED the FTC's Motion to Present Live Testimony at Preliminary Injunction Hearing (Doc. #24) is GRANTED.

IT IS SO ORDERED.

DATED: September 24, 2014

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT