IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant BF Labs Inc.'s Motion to Present Live Testimony at Preliminary Injunction Hearing (Doc. #15). The Court being duly advised of the premises, and for good cause shown, grants said Motion.

This matter is scheduled for a preliminary injunction hearing on September 29, 2014. Defendant BF Labs Inc. requests leave to present live testimony during the hearing from the following proposed witnesses:

1. Representative of the Johnson County District Attorney's Office, Consumer Protection Division
   100 N. Kansas
   Olathe, KS 66061

2. Bruce Bonne
   Consultant and Acting CFO, BF Labs Inc.
   10770 El Monte St.
   Leawood, KS 66211

3. Jeff Ownby
   Vice President of Marketing and E-Commerce and Co-Founder, BF Labs Inc.
   10770 El Monte St.
   Leawood, KS 66211

1

4. Jody Drake
   General Manager, BF Labs Inc.
   10770 El Monte St.
   Leawood, KS 66211

5. Linda M. Freeman
   MarksNelson LLC
   1310 E. 104th St., Ste. 300
   Kansas City, MO 64131

In support of the instant motion, BF Labs identifies multiple purposes for which each proposed witness' testimony would assist the Court (Doc. #15). For the reasons identified by BF Labs, the Court agrees that the testimony of the proposed witnesses would assist in the determination of whether issuance of a preliminary injunction is justified. Accordingly, it is hereby

ORDERED the Defendant BF Labs Inc.'s Motion to Present Live Testimony at Preliminary Injunction Hearing (Doc. #15) is GRANTED.

IT IS SO ORDERED.


DATED: September 24, 2014

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

2

Case 4:14-cv-00815-BCW   Document 27   Filed 09/24/14   Page 2 of 2