IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF RULE 45 SUBPOENA REQUESTING THE PRODUCTION OF DOCUMENTS AND OTHER TANGIBLE THINGS

Pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Defendant BF Labs, Inc., by and through counsel, intends to serve a subpoena requesting the production of documents and other tangible things on the following third party:

**I.     Anthony Fast**

Attached is a true and accurate copy of the subpoena to be served on the referenced third party.

Dated this 24th day of September, 2014.

Respectfully submitted,

/s/ Michael S. Foster

| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

48905681.1

/s/ Braden M. Perry
Braden M. Perry     MO # 53865
KENNYHERTZ PERRY, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Mobile: 913-488-4882
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Michael S. Foster
Attorney for Defendant

2
48905681.1