UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 4:14-cv-00815-BCW |
| Plaintiff, | |
| v. | |
| BF LABS, INC., *et al.* | |
| Defendants. | |

## ENTRY OF APPEARANCE

COMES NOW Nikhil Singhvi of the Federal Trade Commission and enters his

appearance on behalf of Plaintiff Federal Trade Commission.

Respectfully submitted,

JONATHAN E. NUECHERTERLEIN
General Counsel

Dated:  September 24, 2014

/s/ Nikhil Singhvi
Helen Wong, DC Bar # 997800
Teresa N. Kosmidis, NY Bar# 4533824
Leah Frazier, DC Bar# 492540
Nikhil Singhvi, DC Bar# 496357
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
Facsimile: 202-326-3768
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov

1

TAMMY DICKINSON
United States Attorney

Dated: September 24, 2014          /s/ Charles M. Thomas
                                   Charles M. Thomas, MO Bar #28522
                                   Assistant United States Attorney
                                   Charles Evans Whittaker Courthouse
                                   400 East Ninth Street, Room 5510
                                   Kansas City, MO  64106
                                   Telephone: (816) 426-3130
                                   Facsimile:  (816) 426-3165
                                   E-mail:  charles.thomas@usdoj.gov

                                   Attorneys for Plaintiff
                                   FEDERAL TRADE COMMISSION

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of September 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Nikhil Singhvi_____
Attorney for Plaintiff Federal Trade Commission

3