# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Miriam E. Bailey of the law firm of Polsinelli PC and enters her appearance on behalf of Defendant Darla Jo Drake.

Respectfully submitted,

/s/ Miriam E. Bailey
James M. Humphrey   MO # 50200
Michael S. Foster   MO # 61205
Miriam E. Bailey   MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

/s/ Braden M. Perry
Braden M. Perry   MO # 53865
KENNYHERTZ PERRY, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Mobile: 913-488-4882
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc., Darla Jo Drake, and Sonny Vleisides.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 24, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                   /s/ Miriam E. Bailey
                                   Attorney for Defendants BF Labs Inc., Darla Jo Drake, and Sonny Vleisides