**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-815-W-BCW** |
| | ) | |
| **BF LABS INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ENTRY OF APPEARANCE

COMES NOW Michael S. Foster of the law firm of Polsinelli PC and enters his

appearance on behalf of Defendant Darla Jo Drake.


Respectfully submitted,

/s/ Michael S. Foster

James M. Humphrey      MO # 50200
Michael S. Foster      MO # 61205
Miriam E. Bailey      MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com


/s/ Braden M. Perry

Braden M. Perry      MO # 53865
KENNYHERTZ PERRY, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Mobile: 913-488-4882
Fax: 855-844-2914
braden@kennyhertzperry.com


Attorneys for Defendants BF Labs Inc., Darla Jo Drake,
    and Sonny Vleisides

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 24, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


/s/ Michael S. Foster
Attorney for Defendants BF Labs Inc., Darla Jo Drake, and
Sonny Vleisides

48906601.1