## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Braden M. Perry of the law firm of Kennyhertz Perry, LLC and enters his appearance on behalf of Defendant Darla Jo Drake.

Respectfully submitted,

/s/ James M. Humphrey
James M. Humphrey                    MO # 50200
Michael S. Foster                    MO # 61205
Miriam E. Bailey                     MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

/s/ Braden M. Perry
Braden M. Perry                      MO # 53865
KENNYHERTZ PERRY, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc., Darla Jo Drake, and Sonny Vleisides.
CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Braden M. Perry
Attorney for Defendants BF Labs Inc., Darla Jo Drake, and Sonny Vleisides