IN THE DISTRICT COURT IN AND FOR __Jackson__ COUNTY

STATE OF __Missouri__

Federal Trade Commission

                              Plaintiff,

Vs,

BF Labs, Inc., et al

                              Defendant

Case No. 4:14-cv-00815-BCW

## RECEIVER BOND

BOND NO. __601081255__

KNOW ALL MEN BY THESE PRESENTS:

That we __Eric L. Johnson__, as Principal, and

__The Ohio Casualty Insurance Company__ a corporation duly licensed to do business in the State of __New Hampshire__ as Surety, are held and firmly unto __State of Missouri__ in the sum of

__Fifteen Thousand and no/100--------------------------__($ __15,000.00__ ), for which payment well and truly to be made we bind ourselves, and our legal representatives jointly and severally, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, That whereas on the __18th__ day of __September__, 20 __14__ the above named Principal was appointed RECEIVER in the above entitled matter.

NOW, THEREFORE, if the said Principal as such RECEIVER, shall faithfully discharge the duties of the RECEIVER in action and obey the Orders of the Court therein, then this obligation to be null and void, otherwise remain in full force and effect.

SIGNED AND DATED this __24th__ day __September__, 20 __2014__.

Eric L. Johnson

BY: _/s/ Eric L. Johnson_ , Principal

The Ohio Casualty Insurance Company

BY: _/s/ A. Carol Duske_

A. Carol Duske        Attorney in Fact



# Report of Bond
## Commercial
### The Ohio Casualty Insurance Company

**Agency:** 240204

CBIZ INS SERVICES INC
SAINT JOSEPH                    Missouri

Bond Number: **601081255**

### Principal:
| | |
|---|---|
| Name: | Eric L. Johnson |
| Street: | |
| City: | |
| State: | Zip: |
| Account Name: | |

### Obligee:
| | |
|---|---|
| Name: | State of Missouri |
| Street: | |
| City: | |
| State: | Zip: |
| Authorized By: | |
| Authorized Date: | |

### Bond Amounts
Bond Amount: $ 15,000.00
Co-Surety:           Co-Surety: %
Co-Surety Name:

Premium:  $
Special Commission:
(If regular commission leave blank)
Bill to:   Agency

### Bond Term
Effective Date:
Expiration Date:

Renewal Method:
Renewal Term:
(in months)

### Bond Details
Risk State:
Class Code:

**Bond Description:**

**Remarks**

BESTReportOfBond

Execution Date:  09/24/2014
User:  CDUSKE14

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 5993747

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __A. Carol Duske; Erik W. Hansey; Heidi Walker; Kathleen M. Beamis; Laura Weeks; Monte Giddings; Nichole Mace; Robert Kaelin; Sandra Lowery__

all of the city of __Leawood__, state of __KS__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __14th__ day of __February__, __2013__.

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _____
Gregory W. Davenport, Assistant Secretary

STATE OF WASHINGTON   ss
COUNTY OF KING

On this __14th__ day of __February__, __2013__, before me personally appeared Gregory W. Davenport, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Seattle, Washington, on the day and year first above written.



By: _____
KD Riley, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes Gregory W. Davenport, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, David M. Carey, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __24th__ day of __September__, __2014__.

   

By: _____
David M. Carey, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.