UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BF LABS, INC., *et al.*<br><br>  Defendants. | CASE NO. 4:14-cv-00815-BCW |

**PLAINTIFF'S MOTION TO FILE SUGGESTIONS IN EXCESS OF PAGE LIMITS AND SUGGESTIONS IN SUPPORT THEREOF**

  Plaintiff, the Federal Trade Commission ("FTC"), respectfully moves the Court for leave to file the accompanying Plaintiff's Reply Suggestions in Support of Its Motion for Preliminary Injunction with Asset Freeze, Appointment of Receiver, and Other Equitable Relief ("Reply Suggestions in Support of its Motion for Preliminary Injunction and Other Equitable Relief") in excess of the Court's ten-page limit. In support of this Motion, the FTC states the following:

  1.  Local Rule 7(f) limits reply suggestions to ten pages unless permitted by order of the Court.

  2.  The FTC is filing Reply Suggestions in Support of its Motion for Preliminary Injunction and Other Equitable Relief and the papers include 18 pages of arguments and 362 pages of exhibits.

  3.  In light of the complexity of Defendants' unlawful practices, the background on the virtual currency and "mining" process involved, and the extensive evidence illustrating

1

Defendants' illegal activity, the FTC requires more than ten pages to demonstrate that it has satisfied the burden of proof necessary for the requested injunctive relief.

Accordingly, the FTC respectfully requests that it be permitted to file its Reply Suggestions in Support of its Motion for Preliminary Injunction and Other Equitable Relief in excess of ten pages.

Respectfully submitted,

JONATHAN E. NUECHERTERLEIN
General Counsel

Dated: September 26, 2014    /s/ Helen Wong
Helen Wong, DC Bar # 997800
Teresa N. Kosmidis, NY Bar# 4533824
Leah Frazier, DC Bar# 492540
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
Facsimile: 202-326-3768
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: September 26, 2014    /s/ Charles M. Thomas
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION