# ATTACHMENT J

Map of 10770 El Monte
BF Labs
9/19/2014
Drawn by Investigator
Elizabeth Han



# ATTACHMENT K



# ATTACHMENT L



# ATTACHMENT M

