# ATTACHMENT N



# ATTACHMENT O



# ATTACHMENT P



# ATTACHMENT Q

