# ATTACHMENT R



# ATTACHMENTS



# ATTACHMENT T

