# ATTACHMENT U



# ATTACHMENT V



# ATTACHMENT W

