# PX 2

# DECLARATION OF NIKHIL SINGHVI
## PURSUANT TO 28 U.S.C. § 1746

I, Nikhil Singhvi, have personal knowledge of the facts below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over the age of 18 years. I am an attorney for the Federal Trade Commission.

2. On September 25, 2014, I attended via videoconference the deposition of Sonny C. Vleisides in the matter of *FTC v. BFL Labs, Inc., et al.*

3. During the deposition Mr. Vleisides was asked several questions about the residence at 12406 Overbrook Road in Leawood, Kansas. Mr. Vleisides testified that the only persons living in that residence were himself, his domestic partner, his son, and his partner's daughter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed in Vienna, Virginia, on September 26, 2014

Nikhil Singhvi