# PX 11

## DECLARATION OF CHALMERS GREENLEE IV
## PURSUANT TO 28 U.S.C. § 1746

I, Chalmers Greenlee IV, have personal knowledge of the facts below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.      I live in Orlando, Florida.  I am over 18 years old, and I am currently self-employed.

2.      On or about February 3, 2013, I contacted Butterfly Labs by email to inquire about the company's "Mini Rig" Bitcoin mining machines.  In my email, I told the company I was planning to order two of its BitForce Mini Rig 'SC' machines.  I asked whether the machines were ready to ship or whether I would have to wait several months for delivery. I closed my email by expressing my desire to receive the machines "as fast as possible" and noting that "In BTC [Bitcoins] time is money." A true and correct copy of my February 3 inquiry email is attached as **Attachment A**.

3.      On or about February 3, 2013, I placed an order for two "BitForce Mini Rig SC" mining machines from Butterfly Labs, with payment to follow by wire transfer.  The order was for a total of $60,146—$58,798 for the two machines, and $348 for priority shipping and handling.  I received confirmation of my order from Butterfly Labs later that day.  A true and correct copy of my order confirmation is attached here as **Attachment B**.

4.      After placing my order, I sent Butterfly Labs a follow-up email informing the company that I planned to send payment by wire transfer on or before February 6, 2013.  In this email, I asked Butterfly Labs for an estimated shipping date, and requested that my machines be in transit no later than February 13, 2013.  A true and correct copy of my email requesting shipment by February 13 is attached here as **Attachment C**.

Case 4:14-cv-00815-BCW   Document 42-17   Filed 09/27/14   Page 2 of 52

5.      On or about February 4, 2013, I received a phone call from Butterfly Labs.  On the

phone, a representative who identified himself as Dave McClain told me that I could

expect to receive my Bitcoin mining equipment order by "late April or early May."

6.      Later that same day, I received a follow-up email from Dave McClain.  In the email, Mr.

McClain said that I "may be looking at a ship time of the first part of May."  I understood

this to mean that I would receive my order by early May at the latest.  A true and correct

copy of this February 4 email from Butterfly Labs is attached as **Attachment D**.

7.      On or about February 5, 2013, I sent Butterfly Labs a wire transfer in the amount of

$60,146.  A true and correct copy of my wire transfer request is attached here as

**Attachment E**.  That same day, I sent the company an email attaching the receipt for my

wire transfer.  In that email, I asked the company to "make all best efforts to expedite my

order" and to "aim for April or sooner if at all possible" for delivery.  A true and correct

copy of my February 5 email to Butterfly Labs is attached here as **Attachment F**.

8.      On or about February 6, 2013, I decided to purchase two smaller Bitcoin mining

machines from Butterfly Labs—the BitForce Single SC models.  I submitted my order on

the company's website and paid for my order with a $2,632 wire transfer.  A true and

correct copy of my second wire transfer request is attached here as **Attachment G**.

9.      I decided to purchase Bitcoin mining machines from Butterfly Labs because, at the time,

it was the only company offering machines with such high computational power.  High

computational power was important to me because it would allow me to successfully

mine more Bitcoins with the product, which would allow me to recuperate the cost of the

purchase and hopefully make a profit.

10.     I still had not received any portion of either of my Butterfly Labs orders by early June of 2013. On or about June 18, 2013, I sent Butterfly Labs an email requesting a refund for the two BitForce Mini Rig 'SC' machines. In the email, I said I would accept a partial refund of $29,899 if the company would cancel half of my order and send me one Mini Rig machine by the end of August 2013. However, I instructed the company to issue me a full refund of $60,146 if they could not send me one Mini Rig machine by August 2013. A true and correct copy of my June 18 refund request is attached here as **Attachment H**.

11.     On or about June 19, 2013, I received an email from Dave McClain at Butterfly Labs informing me that the company would send me three separate machines that together had the approximate computational power of one of the Mini Rig units I had ordered. In the email, Mr. McClain said that the first of these Mini Rig units had been delivered that week, and asked if I still wanted a refund. A true and correct copy of this June 19 email from Butterfly Labs is attached here as **Attachment I**.

12.     On or about June 27, 2013, I emailed Butterfly Labs to renew my request for a partial refund of $29,899. In this email, I asked the company for more information about the three smaller machines they planned to combine in order to get me the computational power of one Mini Rig unit. A true and correct copy of my June 27 refund request is attached here as **Attachment J**. I received a refund of $29,899 from Butterfly Labs within a few days of sending this email. Once I received this refund, I believed I had little to lose by trusting Butterfly Labs and continuing to wait for the other parts of my orders. I believed that if the company was unable to fulfill my orders on its new delivery timetable, it would refund me the rest of my money.

13.     I still had not received my order by mid-August of 2013, or any update on when the

company planned to ship my order.  On or about August 16, 2013, I emailed Butterfly

Labs to request a refund for the remaining portions of my two orders—$30,247 for the

Mini Rig machine, and $2,632 for the two Single SC models.  In this email, I gave the

company the option of fulfilling my outstanding orders within 15 business days or issuing

me a prompt refund.  A true and correct copy of my August 16 refund request is attached

here as **Attachment K**.

14.     Later that same day, I received an email informing me that Butterfly Labs expected my

order to be delivered to me by mid-October.  In this email, a representative who

identified himself as Paul said the company "ha[d] been shipping products and at this

time, [was] not accepting requests for refunds."  Within minutes of receiving this email, I

responded to Paul by stating that I required a full refund because August was my deadline

for receiving the products.  A true and correct copy of Butterfly Labs' August 16 refusal

to issue a refund and my reiterated refund request is attached here as **Attachment L**.

15.     On or about August 18, 2013 and again on or about August 21, 2013, I emailed Butterfly

Labs to request a refund.  True and correct copies of my August 18 and August 21 refund

requests are attached here as **Attachment M**.

16.     On or about August 21, 2013, I received an email from Butterfly Labs again refusing to

issue me a refund.  In this email, Dave McClain said that Butterfly Labs now estimated it

would be able to fulfill most of it order backlog by September 30, and that my orders

"should ship in advance of that date."  A true and correct copy of Butterfly Labs' August

21 refusal to issue me a refund is attached here as **Attachment N**.

17.     Later that same day, I emailed Dave at Butterfly Labs.  I explained in my email that I would be more comfortable with a refund, and asked how confident he was that my order would be fulfilled prior to September 30.  On or about August 29, 2013, Dave from Butterfly Labs responded that he was "fairly confident" that my order would be fulfilled in that timeframe.  A true and correct copy of my second refund request on August 21 and the company's August 29 response is attached here as **Attachment O**.

18.     I still had not received my order by mid-September of 2013, or any update on when the company planned to ship my order.  On or about September 23, 2013, I emailed Butterfly Labs to again request a refund.  In this email, I informed the company that if I did not receive a refund or my full order by October 1, I planned to initiate litigation.  A true and correct copy of my September 23 refund request is attached here as **Attachment P**.

19.     I did not receive a response to my September 23 email within a day or two, so on or about September 26, 2013, I emailed Butterfly Labs to reiterate my request for a refund.  A true and correct copy of my September 26 refund request is attached here as **Attachment Q**.

20.     In or about October 2013, I began to receive portions of my Butterfly Labs orders in several shipments.  However, the orders I received did not come even close to meeting the specifications the company had promised.  The smaller, less expensive machines were missing parts, were not recognized by the Windows 7 operating system, and broke quickly.  The "Mini Rig" machine I received was little more than a tablet strapped to a pile of soldered metal.  Even in theory, this machine had only one third of the computing power Butterfly Labs had promised.  But the reality was even worse:  the machine didn't work at all.  I emailed Butterfly Labs on several occasions to inform the company of the product defects and to request repairs or refunds.  True and correct copies of my emails to

Butterfly Labs documenting product defects and requesting repairs or refunds are attached as **Attachment R**. Because the Bitcoin Mini Rig unit did not work at all, I returned it to Butterfly Labs shortly after receiving it.

21. On or about October 11, 2013, I received an email from Butterfly Labs offering to replace the defective products they had shipped me with approximately twenty-four smaller machines that together had the approximate computational power the company had promised for one of its Mini Rig machines. On or about October 12, 2013, I responded to Butterfly Labs to tell the company that such a solution was not a solution at all: these machines would not give me the total computational power promised, and would require many more computers and much more space to operate. I again requested a full refund. A true and correct copy of Butterfly Labs' October 11 equipment substitution offer and my October 12 refund request is attached here as **Attachment S**.

22. Despite my repeated requests for a refund, Butterfly Labs refused to refund me any additional money for my purchases. So in or about late October 2013, I hired an attorney in Florida to send the company a demand letter on my behalf. The company sent a response to this demand within about a week, again refusing to issue me a refund.

23. I filed a complaint against the company with the Federal Trade Commission on or about November 12, 2013.

24. In or about mid-November 2013, I hired an attorney in Kansas to help me recover the money the company refused to refund to me voluntarily.

25. Personal identifying information, such as phone numbers, email addresses, and street addresses, has been redacted from the Attachments to this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed in Orlando, Florida on __September, 26th__, 2014.


*Chalmers Greenlee IV*
Chalmers Greenlee IV

# Attachment A



Gmail



Chace Greenlee <██████@gmail.com>

# Ordering 2 BitForce Mini Rig 'SC'
2 messages

**CEG IV** ██████@gmail.com>                         Sun, Feb 3, 2013 at 10:52 AM
To: office@butterflylabs.com

Hello,

I'm planing on ordering two(2) BitForce Mini Rig 'SC'
I need to know when both or at least one is available and when I can expect to receive the computers. Are they shipping now or will I have to wait several months? Please respond as soon as possible so I may place my order. I will be sending a bank wire transfer.  Also, if only one unit will be faster to ship please let me know as I'd like to get one or both as fast as possible.

Do your products come with a Warranty and guarantee to work? Will you accept an RMA if I have a DOA unit? I am a serious buyer, please contact me asap, as I'd like to speed up the ordering process and receive my units as fast as possible. In BTC time is money.


Chalmers Greenlee

██████ @gmail.com

# Attachment B



**Chace Greenlee <███████@gmail.com>**

---

## Re: New submission from Pre-Order Form - BitForce Mini Rig 'SC'-18957
29 messages

---

**Butterfly Labs Inc** <office@butterflylabs.com>                    Sun, Feb 3, 2013 at 5:17 PM
To: ███████ @gmail.com

Hello Chalmers,

Thank you for your order.

Please send payment in the amount of **$60,146.00** to:

Bank name:BMO Harris Bank

Bank address:11301 Nall Ave, Leawood, KS 66211-1892, United States of America

Swift: HATRUS44

ABA / Routing: ███████
Account Name: BF Labs Inc.
Account Number: ██████
Account Address:10770 El Monte, Leawood, KS, United States of America

Please send me an email with a copy of the wire confirmation form AND/OR deposit receipt. Once payment has been received,
I'll respond with final confirmation of your order.

Once again, thank you for your purchase and interest in our company.

Kind regards,


Jody
BF Labs, Inc.

--
For Jody's Customer Service Blog, and more, please visit our new BFL Forums at <https://forums.butterflylabs.
com/blogs/>


On Sun, Feb 3, 2013 at 3:59 PM, Chalmers Greenlee <websitemessage@butterflylabs.com> wrote:

> **Preferred payment method**
>
>    Bankwire Transfer
>
> **Shipping information**
>
> **Name**
>
>    Chalmers Greenlee

**Email**

████████ @gmail.com

**Phone**

████████████

**Shipping Address Information**

████████████████
Orlando, Florida ████████
United States
Map It

**Order**

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mini Rig SC ($29,899) | 2 | $29,899.00 | $59,798.00 |
| | | Shipping (US / Canada Priority ) | $348.00 |
| | | Total: | $60,146.00 |

Your Gravity Forms License Key has expired. In order to continue receiving support and software updates you must renew your license key. You can do so by following the renewal instructions on the Gravity Forms Settings page in your WordPress Dashboard or by clicking here.

--
For Jody's Customer Service Blog, and more, please visit our new BFL Forums at <https://forums.butterflylabs.com/blogs/>

# Attachment C

Hello Jody,

I will be completing the bank wire transfer either by Wednesday the 6th at the latest, I anticipate either tomorrow or Tuesday as my schedule allows.

What is the estimated shipping date currently for these two machines? I would like them in transit no later than the 13th of February, please let me know if you can fulfill my request. If you are unable to ship by then or sooner...
Once you receive the wire transfer, I'd like to expedite the process in getting my order. May I fly my IT technician to your facility to assist in building and testing the units?

Please let me know as soon as possible and I can complete the wire transfer. It's a pleasure doing business with you.

Sincerely,

Chalmers Greenlee
██████████
[Quoted text hidden]

**Attachment D**

**Butterfly Labs Inc** <office@butterflylabs.com>                    Mon, Feb 4, 2013 at 10:17 AM
To: CEG IV <███████@gmail.com>

Hello Chalmers,

If you order two machines, they would be shipped at the same time. If they are ordered separately, they will be shipped separately. If you order now, you may be looking at a ship time of the first part of May. Once you place the order, we will send you the information to complete the bank wire.

Regarding your "RMA", am I to understand that you have one of our FPGA machines? We do accept them as trade-ins on new ASIC machines. You can just go to our website and choose upgrade for either a Single or Mini Rig.

With appreciation,

Dave M.
Account Manager Butterfly Labs
dave@butterflylabs.com
913-271-6744
[Quoted text hidden]
--
For Jody's Customer Service Blog, and more, please visit our new BFL Forums at <https://forums.butterflylabs.com/blogs/>

# Attachment E



**Bank of America**

**Funds Transfer Request and Authorization (FTRA)**

## Section I: Requestor/Originator Information

| | | |
|---|---|---|
| Requestor Name **CHALMERS E GREENLEE** | | Date Wire to be Sent **02/05/2013** |
| Business Name (if applicable) **NA** | | Telephone # |

| Address | City **ORLANDO** | State **FL** | Zip |
|---|---|---|---|

| | | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| Customer ID Type 1 | ID# | **FL US** | | |
| Customer ID Type 2 | ID# **NA** | Issue State/Country **FL US** | Issue Date **NA** | Expiration Date **05/15** |

## Section II: Associate Accepting Wire

| Associate Name **FERNANDO GARCIA** | Phone and Fax # **407-384-2498** / **407-384-2507** | Unit Co# / CC# **075** /0109025 | Date **02/05/2013** | Time **11:02 EST** |
|---|---|---|---|---|
| Callback Required if Phone, Fax or Letter ☐ Yes ☑ N/A | Name/Number of Person Contacted **NA** | | Date/Time **NA** | |
| Call Back Completed by: | | | | |

## Section III: Domestic Payment Instructions

| Amount of Wire **60,146.00** | Debit Account Type (check one) ☐ CHKG ☑ SAV ☐ ICA ☐ GL | Serial # (For ICA/GL) or Repetitive ID# **NA** | Source ☐ Fax | ☑ OTC ☐ Phone ☐ Letter |
|---|---|---|---|---|

| Account Debit | State **FL** | | | |
|---|---|---|---|---|

| Account Title **CHALMERS GREENLEE IV** | | | | |
|---|---|---|---|---|

| Overdraft Amount **$ NA** | Overdraft Approved by (Name & Signature) **NA** | | Date **NA** | Wire Fee **$ 25.00** |
|---|---|---|---|---|

## Section IV: International Payment Instructions ☐ Check here if funds must be sent in US dollars.

| USD Amount of Wire **$ NA** | Country **NA** | Rate **NA** | Foreign Currency Code **NA** | Foreign Currency Amount **NA** |
|---|---|---|---|---|
| Debit Account Type (check one) ☐ CHKG ☐ SAV ☐ ICA ☐ GL | Serial # (For ICA/GL) or Repetitive ID# **NA** | FX Reference ID (If applicable) **NA** | Source ☐ Fax | ☐ OTC ☐ Phone ☐ Letter |
| Account Debit **NA** | State **NA** | | Available Balance **$ NA** | |

| Account Title **NA** | | | | |
|---|---|---|---|---|

| Overdraft Amount **$ NA** | Overdraft Approved by (Name & Signature) **NA** | | Date **NA** | Wire Fee **$ NA** |
|---|---|---|---|---|

## Section V: Wire Information

| Beneficiary Name **BF LABS INC** | Beneficiary Account # or IBAN (if IBAN. no further Beneficiary Bank information is required) |
|---|---|

| Beneficiary Address: Street **10770 EL MONTE** | City **LEAWOOD** | State **KS** | Country **US** | Zip **NA** |
|---|---|---|---|---|

| Beneficiary Bank Name **BMO HARRIS BANK** | ABA # or Swift or National ID |
|---|---|

| Beneficiary Bank Address Street **11301 NAIL AVE** | City **LEAWOOD** | State **KS** | Country **US** | Zip **NA** |
|---|---|---|---|---|

| Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival) **18957 CHALMERS GREENLEE-2 MINI RIG SC ORDER** | | | | |
|---|---|---|---|---|

| Send Thru Bank/IBK (if available) **NA** | ABA # or Swift or National ID **NA** |
|---|---|

| Send Thru Bank Address Street **NA** | City **NA** | State **NA** | Country **NA** | Zip **NA** |
|---|---|---|---|---|

## Section VI: Customer Approval (Print form to obtain customer's signature)

I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see page 2 of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV, or, if no rate is entered, the rate provided by Bank of America at the time the wire transfer is sent.

Customer's Signature: _____  Date of Request: / /

## Section VII: Approval and Wire System Entry / Verification (Complete manually)

Signature Verification: Type of account: ☐ Business (Required for all) ☐ Personal (Required if $10,000 or more unless customer is well-known)

Indicate Method of Signature Verification: ☐ Signature Card ☐ Business Resolution ☐ Posted Check #

| Approval (required field) | BAT Approval Authorization # (if applicable/attach approval) |
|---|---|

| Wire Entered by: Name/Signature (attach BFT screen prints) Print: **Fernando Garcia** Signature: | BFT System Time **10.12.57** | BFT Sequence # |
|---|---|---|
| Date of Entry and Verification / / | Verified By (Name/Signature) (Attach Verification Screen Print) Print: Signature: | BFT System Time |

Note: **Purpose of Wire must be disclosed if sent to an OFAC blocked country - See OFAC in PRO**
95-14-0237NSB

# Attachment F

**CEG IV** <  @gmail.com>  Tue, Feb 5, 2013 at 12:57 PM
To: Butterfly Labs Inc <office@butterflylabs.com>

Hello David,

As requested here is the receipt for my bank wire transfer for my order of two (2) Mini Rig SC super computers attached to this email as a PDF. I placed my order on February 3rd and was able to initiate the wire transfer the morning of February 5th. Please call me once the funds have cleared your bank.

At this time please make all your best efforts to expedite my order, I'd like to get started right away as discussed over the phone. Please aim for April or sooner if at all possible and contact me once they are ready to be shipped, as I will be traveling extensively in April and May and would like to ensure I can receive the products.

Thank you for your attention and should you have any questions please don't hesitate to call, I'd be happy to help.

Chalmers Greenlee
████████

On Sun, Feb 3, 2013 at 5:17 PM, Butterfly Labs Inc <office@butterflylabs.com> wrote:
[Quoted text hidden]


**GreenleeWire.pdf**
298K

# Attachment G



**Bank of America**

**Funds Transfer Request and Authorization (FTRA)**

| Section I: Requestor/Originator Information | | | |
|---|---|---|---|
| Requestor Name **CHALMERS E GREENLEE** | | | Date Wire to be Sent **02/06/2013** |
| Business Name (if applicable) **NA** | | | Telephone # |
| Address | City **ORLANDO** | State **FL** | Zip |
| Customer ID Type 1 | ID# | Issue State/Country **FL US** | Issue Date | Expiration Date |
| Customer ID Type 2 | ID# **NA** | Issue State/Country **FL US** | Issue Date **NA** | Expiration Date |

| Section II: Associate Accepting Wire | | | | |
|---|---|---|---|---|
| Associate Name **FERNANDO GARCIA** | Phone and Fax # **407-384-3498 / 407-384-2507** | Unit Co# / CC# **075 /0100025** | Date **02/06/2013** | Time **10:33 EST** |
| Callback Required if Phone, Fax or Letter ☐ Yes ☑ N/A | | Name/Number of Person Contacted | | Date/Time |
| Call Back Completed by: | **NA** | | | **NA** |

| Section III: Domestic Payment Instructions | | | |
|---|---|---|---|
| Amount of Wire **2,632.00** | Debit Account Type (check one) ☐ CHKG ☑ SAV ☐ ICA ☐ GL | Serial # (For ICA/GL) or Repetitive ID# **NA** | Source ☑ OTC ☐ Fax ☐ Phone ☐ Letter |
| Account Debit | State **FL** | Available Balance **$** | |
| Account Title **CHALMERS GREENLEE IV** | | | |
| Overdraft Amount **$ NA** | Overdraft Approved by (Name & Signature) **NA** | Date **NA** | Wire Fee **$ 25.00** |

| Section IV: International Payment Instructions ☐ Check here if funds must be sent in US dollars. | | | | |
|---|---|---|---|---|
| USD Amount of Wire **$ NA** | Country **NA** | Rate **NA** | Foreign Currency Code **NA** | Foreign Currency Amount **NA** |
| Debit Account Type (check one) ☐ CHKG ☐ SAV ☐ ICA ☐ GL | Serial # (For ICA/GL) or Repetitive ID# **NA** | FX Reference ID (If applicable) **NA** | | Source ☐ OTC ☐ Fax ☐ Phone ☐ Letter |
| Account Debit **NA** | State **NA** | Available Balance **$ NA** | | |
| Account Title **NA** | | | | |
| Overdraft Amount **$ NA** | Overdraft Approved by (Name & Signature) **NA** | Date **NA** | Wire Fee **$ NA** |

| Section V: Wire Information | | | | |
|---|---|---|---|---|
| Beneficiary Name **BF LABS INC** | | | Beneficiary Account # or IBAN (if IBAN, no further Beneficiary Bank information is required) | |
| Beneficiary Address: Street **10770 EL MONTE** | City **LEAWOOD** | State **KS** | Country **US** | Zip **NA** |
| Beneficiary Bank Name **BMO HARRIS** | | ABA # or Swift or National ID | | |
| Beneficiary Bank Address Street **11301 NAIL AVE** | City **LEAWOOD** | State **KS** | Country **US** | Zip **NA** |
| Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival) **ORDER # 19495 CHALMERS GREENLEE-2 BITFORCE SINGLE SC** | | | | |
| Send Thru Bank/IBK (if available) **NA** | | | ABA # or Swift or National ID **NA** | |
| Send Thru Bank Address Street **NA** | City **NA** | State **NA** | Country **NA** | Zip **NA** |

| Section VI: Customer Approval (Print form to obtain customer's signature) |
|---|
| I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see page 2 of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV, or, if no rate is entered, the rate provided by Bank of America at the time the wire transfer is sent. |
| Customer's Signature: _____ Date of Request: / / |

| Section VII: Approval and Wire System Entry / Verification (Complete manually) | | |
|---|---|---|
| Signature Verification: Type of account: ☐ Business (Required for all) ☐ Personal (Required if $10,000 or more unless customer is well-known) | | |
| Indicate Method of Signature Verification: ☐ Signature Card ☐ Business Resolution ☐ Posted Check # | | |
| Approval (required field) | BAT Approval Authorization # (if applicable/attach approval) | |
| Wire Entered by: Name/Signature (attach BFT screen prints) Print: Fernande Garue Signature: | BFT System Time **9.46.14** | BFT Sequence # |
| Date of Entry and Verification / / Print | Verified By (Name/Signature) (Attach Verification Screen Print) Signature: | BFT System Time |

Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See OFAC in PRO

95-14-0237NSB V-04-2011

# Attachment H

Hello Jody & David.

I am requesting a full refund on order number 18957 totaling $60,146.00 USD
for two 1,500 GH/s Bitcoin Miners ordered. I was told by David back in February that the machines would be shipped by late April or in the month of May. It is now June 18th with no signs of completion. Furthermore the units are now only 500 GH/s which is not what I ordered or intended to pay for. I have called and emailed requesting a more substantial delivery date and have not heard back regarding this matter in either attempt.

I will accept a partial refund at $29,899.00 of one (1) 1500 GH/s unit; If you will honor the 1500 GH/s rate promised somehow and can expedite shipping and delivery of at least 1500GH/s by the end of August 2013. If you can not accommodate my request or are unwilling, please issue a full refund via bank wire transfer. Please do not deduct your transfer fee from my refund total.

If you have questions please call me immediately at ███████████ if I am unavailable please leave a voice-mail and I will return your call as soon as possible. You may also email me any time.

Chalmers Greenlee IV
████████████

[Quoted text hidden]

# Attachment I

**Dave McClain** <dave@butterflylabs.com>                    Wed, Jun 19, 2013 at 5:47 PM
To: ███████ @gmail.com
Cc: Butterfly Labs Inc <office@butterflylabs.com>

Chalmers,

I am following up on the voicemail I just left for you.

To recap, you will receive 1,500 GH/s of hashing power. It will be delivered in three units, each hashing within 10% of 500 GH/s.

I understand your frustration that we can't give you a solid delivery time, we want to be able to give you that information. The best we can offer is to have you look at Jody's blog. She posts the pay dates of orders that are shipping. This chronicles our progress.

Here is a link that outlines our first mini rig delivery this week. https://bitcointalk.org/index.php?topic=237710. msg2514804#msg2514804

If you still want a refund, please let us know.

--
With appreciation,

Dave
Butterfly Labs, Inc.
Account Manager
800-809-6463 (MINE) Ext. 101

[Quoted text hidden]
--
With appreciation,

Dave
Butterfly Labs, Inc.
Account Manager
800-809-6463 (MINE) Ext. 101

# Attachment J

Hello Dave,

Thank you for contacting me last week. After reviewing my order and our conversation, I will continue with my original request for the partial refund at $29,899.00 of one (1) 1500 GH/s unit plus appropriate shipping prepaid to your company. I will hold out for the other 1500 GH/s order and hope it is fulfilled soon. Considering the power and space requirements for three 500 GH/s units I need more information on the data center storage. I may need to go that route. Can you send me more information on that service, is it directly through ButterFly labs or do I need to contact the data center directly? Additionally will I still be charged shipping costs if I use the data center partnered with Butterfly Labs? Is there a contract or is it month to month etc... I appreciate your help in this matter. Please confirm receipt of this email and then confirmation of the wire once initiated.

Please initiate the Wire Transfer tomorrow 6/28/2013 if possible or Monday July 1st. Here is my account and Bank Wire information:

Bank of America,
 Account # █████████
ACH RT# █████████
Wire RT# █████████
SWIFT CODE: █████████

Warm Regards,

Chalmers Greenlee IV
████████████
[Quoted text hidden]

# Attachment K

Hello Dave,

I would like to request that my order for 1,500GH order number 18957 & 19495 be expedited and shipped within the next 15 business days. If you cannot or will not accommodate my request I am unfortunately going to have to ask for a full refund on both orders.

Please expedite my orders within the next 15 business days, I will not mention anywhere public or private that your company has accommodated my request. I will even sign a nondisclosure if required. Please confirm this to my satisfaction today.

Otherwise,

Please refund in full both of my orders.
Full refund on the remaining, order number 18957 in the full amount of $30,247.00
And order number 19495 in the full amount of $2,632.00
Total to be wire transferred into my bank account $32,879.00

In the event you will be issuing me a refund, please initiate the Wire Transfer no later Monday August 19th. Here is my account and Bank Wire information once again:

Bank of America,
Account # ███████████
ACH RT# █████████
Wire RT# █████████
SWIFT CODE: ███████

There is no need to contact me further, please just confirm the accommodation of my request or issue the refund as soon as possible.

Warm Regards,

Chalmers Greenlee IV
████████████

[Quoted text hidden]

# Attachment L

**Paul Scholes** <pauls@butterflylabs.com>                              Fri, Aug 16, 2013 at 2:57 PM
To: ██████ @gmail.com

Chalmers,

Our estimate for delivery of the bulk of our pre-ordered 1,500 GH/s MiniRigs is mid October.   We are currently
undergoing construction on an expanded area to increase production of ASIC miners.  I have been with BF Labs, Inc.
for four weeks and I can tell you production has nearly tripled since I started and we expect additional large increases
in production in the next few weeks.

I monitor all the 1,500 GH/s MiniRig orders and I am hopeful your order will be shipped before the mid October
estimate.  We have had several days of production of 10+ 500 GH/s miners and we are adding space and staff to
increase this number..  You will be receiving (3) 500 GH/s miners for each of your 1,500 GH/s orders.  Each unit is
shipped separately by FedEx.

We have been shipping products and at this time, we are not accepting requests for refunds.

Kindest Regards,
Paul
BF Labs, Inc.

On Fri, Aug 16, 2013 at 1:44 PM, Dave McClain <dave@butterflylabs.com>  wrote:
[Quoted text hidden]

---

**CEG** <██████ @gmail.com>                                             Fri, Aug 16, 2013 at 3:06 PM
To: Paul Scholes <pauls@butterflylabs.com>

I already had a conversation with Dave in June. I will be requiring a full refund. August was my deadline.

Please initiate the refund by Monday the 19th
[Quoted text hidden]

# Attachment M

**CEG IV <███████@gmail.com>**                                    Sun, Aug 18, 2013 at 8:40 PM
To: Dave McClain <dave@butterflylabs.com>

Hello Dave,

I emailed you on Friday the 16th and I did not get a response from you or a satisfactory confirmation regarding my refund from the employee who responded. Can you please contact me directly on Monday and let me know when I can expect the final wire transfer to be initiated? As I mentioned in my previous emails and phone conversations with you, that I will be requiring a full refund for orders 18957 and 19495, as I was willing to wait until the end of August. My orders will not be shipping prior September 1st according to your staff and the shipping blog by Jody. So far the original units I ordered have changed to three computers as opposed to the one each per 1500GH I anticipated and the dates I was lead to believe my units would arrive keep being delayed and pushed back. Unfortunately those circumstances call for a full refund, and as you have already partially refunded my order, I expect the remainder to be returned. I would like to end our relationship amicably.

Please contact me at your earliest opportunity via email or phone to let me know when I can expect the wire to be initiated. I sincerely appreciate your time and assistance regarding this matter both now and back in June 2013. I have once again attached my bank wire information below my signature.

Warmest Regards,

Chalmers Greenlee IV
███████

Order number 18957 and 19495, total to be refunded: $32,879.00

Chalmers Greenlee IV
Bank of America,
Account # ███████
ACH RT# ███████
Wire RT# ███████
SWIFT CODE: ███████

[Quoted text hidden]

---

**CEG IV <███████@gmail.com>**                                    Wed, Aug 21, 2013 at 11:02 AM
To: Dave McClain <dave@butterflylabs.com>,  Butterfly Labs Inc <office@butterflylabs.com>

After my initial email on Friday the 16th I received a fairly prompt response. Since then I have returned and sent several emails and left a voice-mail for Dave McClain and I have not had the courtesy of a return email or phone call yet as of 11am EST Wednesday the 21st. I am under the impression your company is now attempting to avoid my reasonable and legitimate demand for a full refund.

Please initiate a bank wire transfer in the grand total amount of $32,879.00 and cancel both orders 18957 & 19495 within the next 24 hours then email me the wire confirmation.

Otherwise I will begin the litigation process. I have already contacted my attorney.

Sincerely,

Chalmers Greenlee
███████

---------- Forwarded message ----------
From: **CEG IV <███████@gmail.com>**
Date: Sun, Aug 18, 2013 at 8:40 PM
Subject: Re: New submission from Pre-Order Form - BitForce Mini Rig 'SC'-18957
To: Dave McClain <dave@butterflylabs.com>

[Quoted text hidden]

# Attachment N

Chalmers,

I just left you a voicemail to inform you that we will not be granting your request for a refund.

Pre-ordered products are non-refundable as is clearly stated at the time of purchase.  The reason for this is that pre-order funds are used in the build process which makes it impractical to reverse.

Some customers have asked why we've given order cancelation refunds to others, but they can't get one.  The answer is that we had opted to process order cancelation requests during our long product development phase as a courtesy to those who endured the stress of the unknown.  However, once full production began, a notice was sent out advising that orders would be shipped as produced according to the order queue and that if anyone was unwilling
to endure the wait, they had a final opportunity to cancel.  Customers were required to positively confirm their desire to remain in the order queue and accept the order terms.
Pre-Order terms for new orders were updated on the website on April 1, 2013.  The terms state, "I accept the terms of the sale and understand that all sales are final and there is a backlog of orders and production & delivery of my order may take 2 months or longer."

We operate under the US Federal Trade Commission's (FTC) business guide for mail or telephone ordered merchandise.  The relevant guideline suggests that if no delivery terms are stated or agreed to, then 30 days should be assumed.  In our case, we've gone to great length to ensure there is no ambiguity.  Customers are/were notified of the back order situation, the inability to cancel their order and the multi month wait to be expected.

Here is the relevant FTC guideline text:
"when you advertise merchandise, you must have a reasonable basis for stating or implying that you can ship within a certain time. If you make no shipment statement, you must have a reasonable basis for believing that you can ship within 30 days."

We are working to fulfill our current order backlog as soon as possible. Our current estimate is by September 30 we should have most of our order backlog fulfilled. Your orders should ship in advance of that date.


--
With appreciation,

Dave
Butterfly Labs, Inc.
Account Manager
800-809-6463 (MINE) Ext. 101

[Quoted text hidden]

# Attachment O

**CEG** <██████@gmail.com>                              Wed, Aug 21, 2013 at 2:45 PM
To: Dave McClain <dave@butterflylabs.com>

Thank you Dave for the voicemail & email response.
From your voicemail it sounds like you are concerned about me taking my business elsewhere. That need not be a concern as I'm simply no longer interested in bitcoin investing through mining as market conditions change & the nature of the order its self has changed.

I do not wish to litigate but I would feel more comfortable with a full refund as my product has changed from the time I ordered & the time frame has been up in the air for most of the year with each expected shipping month being pushed further back.

How certain are you that my orders will ship prior to September 30th?

Chalmers
[Quoted text hidden]

---

**Dave McClain** <dave@butterflylabs.com>                  Thu, Aug 29, 2013 at 8:50 PM
To: CEG <██████@gmail.com>

Chalmers,

I apologize for the delay in response. I am fairly confident in that timeframe. We are adding more people and resources to make it happen.

--
With appreciation,

Dave
Butterfly Labs, Inc. Account Manager
800-809-6463 (MINE) Ext. 101

[Quoted text hidden]

# Attachment P

**CEG IV <████████@gmail.com>**                                   Mon, Sep 23, 2013 at 12:33 AM
To: Dave McClain <dave@butterflylabs.com>

Hello Dave,

It's now September 22nd and I have had no updates on the shipping of my orders.
You promised in our last correspondence that I will have my order by the 30th of September 2013, which you
confirmed via email. I once again have showed patience and understanding for the fourth time this year being
delayed, and agreed to wait another full month until the 30th.

Please immediately send confirmation with tracking number that my order has shipped. Once again, if your company
fails to adhere to your own deadlines once again, I demand a full and complete refund of both orders. As of Tuesday
October 1st, if I do not have either **(a)** my complete orders **delivered**, or **(b)** my funds returned to me via bank wire
transfer in the amount of $32,879.00; I will begin litigation.

I am only asking for what is fair. My reasonable request for the cancellation of my orders with full refund due to being
mislead as to the delivery of my product and the changes to the product I ordered from the time I ordered, or the
products I ordered in a timely manner before they quickly become obsolete, which is rapidly happening each day.

I expect a phone call or email with tracking number no later than the close of business Monday the 23rd as to the
status of my order or refund.

Sincerely,

Chalmers Greenlee
████████████
[Quoted text hidden]

# Attachment Q

Dave,

You have not returned my email and I've made several attempts this week to contact you via phone however you do not answer and conveniently your voice mail is full. After being denied my refund last month for my orders I informed you I would begin litigation as your company has failed to deliver the products I had ordered and you have mislead me in every conversation as to when I could expect my orders to be fulfilled. I have been patient, I have been understanding but now your company is causing me hardship financially and you will fix this situation.

Our FIRST conversation back in January 2013 prior to me bank wiring the funds for the first order of two miniRigs you, Dave, informed me to expect my order by late April early May. Then, when that was clearly not realistic you told me late June early July. I was disappointed and requested a refund when those dates failed to be adhered to, so you convinced me that my order would still yet be fulfilled soon so I only requested a partial refund at that time for one of the two 1.5TH order. Not surprising I told you I was fed up with the delays and would wait no longer than August 30th. After checking Jody's shipping blog around late Aug it was clear your company can not get the facts straight. I requested a FULL refund for both my large and small orders which I expected and anticipated. You and staff denied my refund even though your company has failed to fulfill it's side of the arrangement and I clearly have been mislead and am being delayed while your company sits on my money. I spoke of litigation and you convinced me to wait once more and promised delivery or at least shipment of MY orders no later than September 30th. You confirmed this with me.

I've checked Jody's shipping blog all week long. With only three business days left until the date promised and confirmed by yourself Dave, your company is reporting that it's still five plus months behind on orders for Minirigs. I see no alternative here.

Your company will provide me a FULL refund in the amount of $32,879.00 and we will go our separate ways amicably. If you do not refund me or ship my orders by Monday the 30th, you can expect to hear from my attorney for fraud, stolen money, the loss of revenue due to not having my product, and for the financial hardship your company has put me through this year. See my email below dated Sunday night Monday morning the 23rd requesting an explanation.

Resolve this issue immediately.

---------- Forwarded message ----------
From: **CEG IV** <███████@gmail.com>
[Quoted text hidden]

# Attachment R

**CEG IV <███████@gmail.com>**
To: "ButterflyLabsINC ." <office@butterflylabs.com>

Sat, Oct 5, 2013 at 8:14 PM

Zach,

I'm glad to finally have a small part of my order but I must insist on a refund for the minirigs or some serious compensation included with my three MiniRigs which I better see ship this upcoming week for the blatant misleading of my money and trust. After several conversations and communications throughout the year and my increasing patience as delay after delay, well...had Dave made me aware I wouldn't have my orders after July or August or September even... I would never have ordered these products or at least least I would have taken a full refund when I had the chance! I'm out $30k and I'm quite frankly pissed off. He refuses to take or return my calls after failing on yet ANOTHER promised deadline, he lied to me repeatedly after I got my partial refund, which is simply unacceptable.

Yes, I have contacted my attorney and we have an appointment on Friday the 11th, I sincerely hope to cancel that appointment after hearing back from your company regarding the above and below concerns on Monday the 7th, but we shall see.

Order 19495 has some problems already. This needs attention immediately. FIRST, it was missing one of the power cables, one of the mickey mouse plug for the power brick. Please ship me as replacement ASAP.
Second problem, the two SC machines are not being recognized by Windows 7 64-bit on two separate home computers. I followed the manual & downloaded the drivers from the PDF link provided, fetching the drivers from Future something or other's website and it didn't install correctly or work on either computer. Windows can not see the BitForce SC's! Third I temporarily borrowed a mickey plug and got one working on my laptop, however, the other SC still doesn't get recognized by the computer. I only have ONE working SC and I'd like both to work on the same computer, which i had set aside dedicated for mining with this order.

In summary for order 19495, please send me a new power plug, and email me the driver's for windows 7 64bit edition of windows so my computers has recognize your hardware, and please include instructions on how to set up two SC on the same computer. I'd check the forums but it seems both Bitcointalk and Butterfly lab's forums are down all day today.

Lastly, I need to change the minirig order's ship-to address. I do not want them arriving at my property, rather I'd prefer they go to my office.
Chalmers Greenlee
 FL

Dave PROMISED me these would be complete before OCTOBER 1st after I had expressed my willingness to wait one more month when I requested my initial refund, then was blindsided a month later when i requested the final refund, he should have told me there would be no refunds after that point! So I expect either a full refund or some significant compensation, such as an additional 500GH minirig feels fair at this point, should your company insist on holding my funds against my will after misleading and lying to me. Your company has my bank wire information in the event you decide to go that route as well.

Please be so kind as to acknowledge receipt of this email and assist me as a responsible company should.

Sincerely,

Chalmers Greenlee
████████

---

**ButterflyLabsINC . <office@butterflylabs.com>**
To: CEG IV <███████@gmail.com>

Tue, Oct 8, 2013 at 11:40 PM

Hello,

Multiple miners are connected using a USB hub. Your computer should see them, click start and then "devices and printers". The BitForce SC units should be listed at the bottom. They are "burned in" before shipping so it is odd your computer can not see them. Do not use CGMiner as it uses "non-standard" USB drivers. Use BFGMiner (download from BFGMiner.org) or the GUI front-end to BFGMiner called EasyMiner.

Driver link:
http://www.ftdichip.com/Drivers/VCP.htm

I will get the power brick cable on the way to you tomorrow.  Let me know if you will need to RMA these miners that you can't communicate with.

Regards, Paul
BF Labs, Inc.

For Jody's Customer Service Blog, and more, please visit our new BFL Forums at

[Quoted text hidden]

---

**CEG IV** <███████@gmail.com>                                    Tue, Oct 8, 2013 at 3:16
PM To: "ButterflyLabsINC ." <office@butterflylabs.com>

Order 19495 has some problems, it was missing one of the power cables, one of the mickey mouse plug for the power brick. Please ship me as replacement ASAP.
Second problem, the two SC machines are not being recognized by Windows 7 64-bit on two separate home computers. I followed the manual & downloaded the drivers from the PDF link provided, fetching the drivers from Future something or other's website and it didn't install correctly or work on either computer. Windows can not see the BitForce SC's. Third I temporarily borrowed a mickey plug and got one working on my laptop, however, the other SC still doesn't get recognized by the computer. I only have ONE working SC and I'd like both to work on the same computer, which I had set aside dedicated for mining with this order.

In summary for order 19495, please send me a new power plug, and email me the driver's for windows 7 64bit edition of windows so my computers has recognize your hardware, and please include instructions on how to set up two SC on the same computer. I'd check the forums but it seems both Bitcointalk and Butterfly lab's forums are down all day today.

---

**ButterflyLabsINC .** <office@butterflylabs.com>                    Wed, Oct 9, 2013 at 4:38
PM To: CEG IV <███████@gmail.com>

Hi,

The drivers can be located here http://www.ftdichip.com/Drivers/VCP.htm

If your laptop recognizes one of the devices there is no reason your computer shouldnt, you may have to plug the device in, go to device manager, delete the device, and then install the drivers, and then plug it back in and let it re-find the device.   You also may wish to try swapping the usb cable on the one it does not find as we have had the occasional issue with USB cables.

Than

ks,

Scott
BFL

For Jody's Customer Service Blog, and more, please visit our new BFL Forums at
<https://forums.butterflylabs.com/blogs/bfl_jody/>

[Quoted text hidden]





Chace Greenlee <█████████@gmail.com>

# Order 18957 FIRE immediate Support DOA!!!! also 19495 support
6 messages

**CEG IV** <████████@gmail.com>          Thu, Oct 10, 2013 at 10:16 PM
To: "ButterflyLabsINC ." <office@butterflylabs.com>, support@butterflylabs.com, Dave McClain
<dave@butterflylabs.com>

Today I received my first of three 500 gh/s units. It was in atrocious condition, broken and missing pieces and missing/loose screws falling out. The power supplies were sliding around inside the case. I want a refund plain and simple. Here is what is specifically wrong.

See attached photos
1) Missing the metal side bar handle seen in product photos.
2) Screws are missing, loose, falling out and or stripped/drilled?!
3) BOTH power supplies are loose and sliding around in the case
4) The Nexus 7 Tablet can not see any of the MiniRig hardware, basically no devices/processors found! Therefore it can not be used as a host with easyminer software...so I tried to use a laptop...
5) The USB port must be broken or disconnected inside the case, as no computer or device driver prompted, installed or showed up in the device manager on two separate laptops and a MS Surface tablet (windows 8) when plugged into the usb port on the back. (I even bought a new usb cable to be sure it wasn't my first cable, same issue)
6) Additionally I changed the shipping address, got a confirmation email from your staff confirming the update and then the first device was still sent to my home address even after I updated and confirmed the address change! Unacceptable business practices. I had to wait around at the FEDEX facuility for hours until the driver returned at the end of the day!

Resolutions I will accept:
1) Refund me my full amount for order 18957 and do not send me the other two units. If you would like the broken and defective unit returned, you can pay FEDEX to do a pickup at my office address and I will repackage the broken unit to be available for pickup. (Best option!)
2) Overnight me a replacement w/tablet unit asap, please verify it works prior to shipping; do not ship me the other two units, and refund me $20K for the two units I am canceling.  I'm NOT satisfied with BFL products or customer service!
3) Overnight me a replacement w/tablet unit asap, please verify it works prior to shipping; Ship me the other two units w/tablets as they become available, please verify they work and are in good condition as well as all the tablets read the devices for each unit. then refund me 1/3rd the total cost of my order, I will accept BTC or bank wire transfer. (I do not want this option but will accept it if satisfied immediately)
4) Send three MiniRigs to the local hosting colo facility immediately and begin mining on my behalf . Butterfly labs will cover the monthly hosting costs until my order is paid off at currant market rate of BTC.

I have electricians coming Saturday morning to install six new 20Amp power outlets in my office in anticipation of the minirigs, which will cost me $1000 and I'd like to cancel this install order and receive a refund for the time and frustration I have had dealing with Butterfly Labs and the faulty equipment.
In addition order 19495 has still not be rectified after I contacted support, the response was to download the drivers I already explained did not work in my first email. Only one 60GH unit has been recognized by one of four computers I have at home, windows does not recognize the devices, and even on a USB hub the other SC is not recognized, however the one that does work, only works on one of the four computers. despite downloaded drivers from http://www.ftdichip.com/Drivers/VCP.htm on all my computers and tablets encounter a certification error. Nothing is working as described by your company and I receive no live or immediate support for broken products that are not working or in poor condition upon arrival. I would like to speak to someone in person regarding these issues Friday October 11th before 2pm EST so we can come to a resolution listed above, as I need to make a decision about the electricians I've scheduled before I lose more money and waste more time.

Chalmers Greenlee
████████

Photo evidence attached.

**9 attachments**



**Photo Oct 10, 5 33 14 PM.jpg**
1849K



**Photo Oct 10, 5 33 17 PM.jpg**
1830K



**Photo Oct 10, 7 17 44 PM.jpg**
1913K



**Photo Oct 10, 8 05 42 PM.jpg**
1995K

**Photo Oct 10, 8 05 47 PM.jpg**
1668K





**Photo Oct 10, 8 06 00 PM.jpg**
1627K



**Photo Oct 10, 8 08 14 PM.jpg**
2164K



**Photo Oct 10, 8 08 44 PM.jpg**
2158K



**Photo Oct 10, 8 08 51 PM.jpg**
2318K

# Attachment S

**Dave McClain** <dave@butterflylabs.com>          Fri, Oct 11, 2013 at 5:37 PM
To: CEG IV <       @gmail.com>
Cc: "ButterflyLabsINC ." <office@butterflylabs.com>, support@butterflylabs.com

Chalmers,

I am following up on the voicemail I left for you.

I apologize for the problems you have had with our machines. Below are the solutions we are prepared to offer you.

We can ship out to you today 8 of our 60 GH units with a tablet and power supplies. These are the same units that are included in the 500 GH machines. We have found that this method of delivering the Mini Rig hardware arrives with less damage caused in shipping.  Most of the issues you have outlined appear to have happened in shipping. We can also send you a FedEx call ticket to pick up the defective mini rig and Single from order 19495. We can then mark your remaining shipments for the other two units of the mini rig to ship as Singles as well. Those would be shipped as they become available.  Just to clarify something, when we ship out a set of three 500 GH machines, we only include one tablet as that was what was originally going to be included when 1,500 GH was going to fit into one case. Given that, we would be willing to include two more tablets with the remaining machines if that would be acceptable to you. You might feel more comfortable and experience better performance connecting all of the machines up to a standard PC.

If we ship the unit(s) out today, we are willing to mark them for Saturday delivery. Typically they would ship out standard overnight to deliver on Monday. Please let me know if we need to deliver them to another address for tomorrow.

Please advise us as soon as possible so that we can act accordingly.
--
With appreciation,

Dave
Butterfly Labs, Inc.
Account Manager
800-809-6463 (MINE) Ext. 101

[Quoted text hidden]
--
With appreciation,

Dave
Butterfly Labs, Inc.
Account Manager
800-809-6463 (MINE) Ext. 101

---

**CEG IV** <       @gmail.com>          Sat, Oct 12, 2013 at 5:13 PM
To: Dave McClain <dave@butterflylabs.com>, "ButterflyLabsINC ." <office@butterflylabs.com>

Mr. McClain,

I have notified you and your company Butterfly Labs repeatedly of my desire to cancel my orders since June and again in August 2013 and multiple times going forward to date. You and your staff have refused to acknowledge my cancellation and refund request, and most recently your company outright ignored all my attempts for communication for weeks. You have not been honest or forthright in your dealings with me these last four months. To add insult to injury, you have shipped me broken, shoddy built defective products that are not what I originally ordered in February 2013. Your company is rushing out orders and not even including vital power cables or ensuring the products even work properly or to spec. You may blame shipping, but I witnessed first hand that the box FedEx delivered was in reasonably fine shape, shipping does not cause screws to come loose or go missing, nor internal components such as power supplies to slide around freely in a computer case. Nor does shipping cause stationary usb plugs not to work. If shipping was a concern your company would have made arrangements to find a more secure way to ship a product that costs more than the average american's annual

salary. The interface tablet manufactured by another company works fine but your company didn't even bother to see if the tablet could connect or access the hardware within.

I was lead to believe I was ordering two computers, each running 1.5 TH/s processing power, and two 60 GH/s smaller units as a separate order. That was my order and full understanding. I was given estimates, then specific dates repeatedly over the last eight months for completion/shipping dates of my orders and never once was your company able to uphold those dates. I ordered two computers which has now changed to six, three per original one ordered with higher power consumption, and despite the partial refund of my original larger order, now I am being denied my money when your company has failed to heed my cancellation notices, failed to meet deadlines provided to me by yourself and worse, what has been shipped thus far are defective products. Your offer to exchange each of the three 500 GH/s units for eight 60 GH/s units is not acceptable and might I point out does not equal 1.5 TH/s processing power. I did not order 24 or 48 smaller Bitforce SC 60 GH/s units, I already had that option in February and I decided to purchase the larger 1.5TH/s units based in good faith and on your own words over the phone conversation that your company would deliver a quality product in a timely manner. Additionally I do not have a desire nor the space to run a small scale data-center with 24+ computers. I did not order that. Simply put, Butterfly Labs has failed to uphold it's end of the order agreement.

I will not accept delivery of any products from your company henceforth. You or your staff may contact me to make arrangements to have FedEX or UPS pick up the defective 500 GH/s unit which is at my office, ready for pickup Monday afternoon. Butterfly Labs will refund me the entirety of my order 18957 via bank wire transfer in the total amount of **$30,247.00** by the close of business Tuesday October 15th, please email me confirmation proof of the wire. You may reach out to me to make arrangements for the bank wire transfer, otherwise I will forward all other communications to my attorneys and we can then begin the litigation process.

I sincerely hope to ending our relationship amicably,

Chalmers Greenlee IV

[Quoted text hidden]