# PX
# 12

## DECLARATION OF SAMUEL PLAINFIELD
## PURSUANT TO 28 U.S.C. § 1746

I, Samuel Plainfield, have personal knowledge of the facts below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I live in Walnut Creek, California. I am over 18 years old, and I currently work in San Francisco, California as a technology consultant.

2. On or about April 18, 2013, I purchased a 50-gigahash Bitcoin mining machine from Butterfly Labs. I believe this machine was called the BitForce SC ASIC miner, and that it was the 65 nanometer model. In total, I paid $2,567 for my order—$2,499.00 for the machine, and $68.00 for shipping and handling. I paid for my order by credit card, and used Paypal to process the payment. I received confirmation of my order from Butterfly Labs later that day by email. A true and correct copy of my order confirmation is attached here as **Attachment A**.

3. When I placed my order with Butterfly Labs, I expected to receive my Bitcoin mining machine within about two months, or three months at the most.

4. On or about May 1, 2013, I received an email from Butterfly Labs notifying me that the company's Bitcoin miners were "shipping now." The email said that customers "may have seen news reports of our ASIC miners in the wild." It also noted that the company was "*very* aware of the undesirable dynamics of any delay," but had been updating its product specifications "in order to deliver a reliable product at the expected performance." The email instructed me to confirm my order because of the company's product updates, and said that if I did not confirm, my order would be cancelled and my money refunded. A true and correct copy of this email from May 1, 2013 is attached here as **Attachment B**.

Case 4:14-cv-00815-BCW   Document 42-18   Filed 09/27/14   Page 2 of 34

5.    I attempted to confirm my order on several occasions in May 2013. I was never able to confirm my order by logging into the company's website, so I emailed the company and asked them to consider my email a confirmation of my order. After exchanging several emails with a company representative who identified himself as Brandon, I received an email on or about June 7, 2013 stating that my order "looks fine." I took this statement to mean my order had been confirmed. A true and correct copy of my email correspondence with Butterfly Labs in an attempt to confirm my order is attached here as **Attachment C**.

6.    I still had not received my order by mid-August 2013—four months after I placed the order. On or about August 24, 2013, I sent Butterfly Labs an email requesting a firm shipping date. Despite this request, I never received a firm shipping date from the company. Instead, a representative who identified herself as Tamika directed me to check the status of my order by looking at the company's blog. A true and correct copy of my email correspondence with Butterfly Labs in an attempt to get a firm shipping date is attached here as **Attachment D**.

7.    On or about August 29, 2013, I received an email from Butterfly Labs announcing a new Bitcoin mining product—the "Monarch." In the email, Butterfly Labs claimed the Monarch would offer up to ten times more computational power than the BitForce. The email offered customers who still had still not received their earlier orders the chance to "transfer and use the purchase price of [the earlier] order towards the purchase of a Monarch." When I received this email, I believed Butterfly Labs was taking orders for the "Monarch" as a way to get the additional money they needed to finance their production backlog. A true and correct copy of this email from August 29, 2013 is attached here as **Attachment E**.

8.      I chose not to upgrade my order to a Butterfly Labs "Monarch" miner.  Instead, I
        continued to seek delivery of my original order.

9.      I had still not received my order by October 2013, or any update on when the company
        planned to ship my order.  On or about October 10, 2013, I filed a dispute with my credit
        card company about the purchase.  That same day, I sent the company an email informing
        them of my credit card dispute and requesting that they cancel my order and refund me
        the entire purchase price.  Had the company shipped the product on or about this date, its
        value would have been severely diminished due to the passage of time, and I would have
        been very unlikely to recuperate the cost of my purchase through Bitcoin mining activity.
        This is because the value of every individual miner is diminished when more miners are
        added to the Bitcoin network, and many miners had been added between May 2013 and
        October 2013.

10.     On or about October 16, 2013, I received a response from a company representative who
        identified herself as Alicia.  Alicia told me that all sales of the product were final and that
        "refunds will not be processed."  Alicia's email did not include any more information
        about when I could expect to receive my order—it simply said that it would be shipped
        according to my position in the order queue.  A true and correct copy of my email
        correspondence with Butterfly Labs seeking a refund is attached here as **Attachment F**.

11.     I ultimately received a credit for the purchase price of the Butterfly Labs miner from my
        credit card company, after the credit card company granted my chargeback request.  I
        never received a refund from Butterfly Labs, and the company never sent me the Bitcoin
        miner I had ordered.

12.     I filed a complaint against the company with the Federal Trade Commission on or about
        November 13, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this

declaration are true and correct.

Executed in San Francisco, California, on _September 24_, 2014

                                        Samuel Plainfield

# Attachment A

## Dwyer, Daniel

**From:** Samuel████████████████
**Sent:** Tuesday, September 23, 2014 7:45 PM
**To:** Dwyer, Daniel
**Subject:** Fwd: Butterfly Labs - Bitcoin Mining Hardware: New Order # 100043340

---------- Forwarded message ----------
From: **Sales at Butterfly Labs** <office@butterflylabs.com>
Date: Thu, Apr 18, 2013 at 4:21 PM
Subject: Butterfly Labs - Bitcoin Mining Hardware: New Order # 100043340
To: samuel plainfield ██████████████████



|  | Subtotal | $2,499.00 |
|  | Shipping & Handling | $68.00 |
|  | **Grand Total** | **$2,567.00** |

Thank you, **Butterfly Labs** - **Bitcoin Mining Hardware**

# Attachment B

**Dwyer, Daniel**

| | |
|---|---|
| **From:** | Samuel ███████ |
| **Sent:** | Tuesday, September 23, 2014 7:32 PM |
| **To:** | Dwyer, Daniel |
| **Subject:** | Fwd: Butterfly Labs Shipping Update |

---------- Forwarded message ----------
From: **BFL News** <bfl_news@butterflylabs.com>
Date: Wed, May 1, 2013 at 2:12 PM
Subject: Butterfly Labs Shipping Update
To: samuel ███████████████

Shipping Update                              View this email in your browser


Products  Support Forums  Contact Us

# BFL Products Shipping Now
### May 1, 2013



Dear samuel,

Shipping of our BitForce SC ASIC miners has begun!

You may have seen news reports of our ASIC miners in the wild and some of you may
have already taken delivery.  It's all true.  We're finally shipping.  You will receive your
order as we work through the shipping queue .

If you didn't know, you can check your order status on our website. Log in by clicking here. Use the same email and password you set up your account with.

If you don't have your password, use the Lost Password function to create a new one.

# So what took so long?

This third generation of our SHA256 engine was a complex multi-year investment in bringing the latest semiconductor technology to bitcoin mining.

Developing a fully custom 65nm ASIC processor is not a casual undertaking. In fact, the new products have improved mining speed by a factor of 72. This much advancement doesn't come easy and it's fair to say that getting here has been eventful.

The key issue has been the engineering related to accommodating larger power draws than expected. A good example is the Jalapeno product. It was originally designed to be powered by USB but now consumes the power of a small light bulb (30w).

Consequently the power regulator, enclosure, airflow and PCB needed upgrading to suit. Although we are *very* aware of the undesirable dynamics of any delay, we were nonetheless obligated to make these updates in order to deliver a reliable product at the expected performance.  The same adjustments have been made with all products in the lineup.  You can see the adjusted product cases in our currently posted product lineup.  (The Mini Rig case will be double shipped to satisfy their orders which is why we've run out Mini Rig enclosure stock).

# Final confirmation is required

Please be advised that due to the adjustments described above, we need your confirmation prior to release of your order into the final build queue and on to final delivery.  It may also be a good time to review your purchase altogether relative to the bitcoin market as this is the last opportunity to do so.  If your order is not confirmed, it will be canceled and your money will be refunded.

Thank you for your support and we wish you great satisfaction with your product!



**Jalapenos Out the Door**

Packaged for its adventure to a new home. Bye Jalapeno! Your owner eagerly awaits your arrival.



**Easy Miner Beta Release**

An easy way to mine with a GUI and real-time Bitcoin statistics, developed for Windows and Android. Linux version coming soon. Download and participate in the beta by clicking here.



**New Single Form Factor**

The new form factor for the Single. The new body offers room for performance growth while keeping things ultra cool.





Facebook

Twitter

YouTube

Website

*Copyright © 2013 Butterfly Labs, All rights reserved.*

You are receiving this email because you have ordered or expressed interest in Butterfly Labs products.

**Our mailing address is:**

Butterfly Labs

PO Box 413671

Kansas City, MO 64141-3761

Add us to your address book

unsubscribe from this list    update subscription preferences



# Attachment C

**Dwyer, Daniel**

---

| | |
|---|---|
| **From:** | Samuel ███████████ |
| **Sent:** | Tuesday, September 23, 2014 7:46 PM |
| **To:** | Dwyer, Daniel |
| **Subject:** | Fwd: Butterfly Labs Shipping Update |

---------- Forwarded message ----------
From: **Butterfly Labs Inc** <office@butterflylabs.com>
Date: Fri, Jun 7, 2013 at 3:23 PM
Subject: Re: Butterfly Labs Shipping Update
To: ███████████

Hello Samuel,

It looks fine. Thanks.

Kind regards,

Brandon


For Jody's Customer Service Blog, and more, please visit our new BFL Forums at
<https://forums.butterflylabs.com/blogs/bfl_jody/>


On Wed, May 29, 2013 at 4:30 PM, ███████████ wrote:
Hi Brandon,

Thanks for getting back.

I just logged in and checked again: there
is no "confirm order" button or mention
of it anywhere when I log in.

So, there is no way of doing this as far as
I can tell.

Please consider this e-mail my "confirmation notice"
unless you can give me very specific guidance
on where the "confirm" button is.

Thanks a lot,

Samuel Plainfield

On May 29, 2013, at 2:22 PM, Butterfly Labs Inc <office@butterflylabs.com> wrote:

1

Samuel,

You need to log into your customer account and confirm there. I know, the message wasn't specific about that. I was on vacation when I got the message, and did the same thing you did... And I work here.

Sorry for the confusion. Let us know if you need assistance.

Kind regards,

Brandon


For Jody's Customer Service Blog, and more, please visit our new BFL Forums at <https://forums.butterflylabs.com/blogs/bfl_jody/>


On Wed, May 15, 2013 at 7:49 PM, Samuel ███████████ wrote:
Hello,

Please *confirm my order*.

On Thu, May 2, 2013 at 12:12 AM, Samuel ███████████ wrote:
Hi,

I'd like to *confirm* my order. I logged in and don't see any place to do this. So I assume you mean sending an e-mail?

Thank you,


*Samuel Plainfield*

On Wed, May 1, 2013 at 2:12 PM, BFL News <bfl_news@butterflylabs.com> wrote:

Shipping Update                                    View this email in your browser


                              Products  Support Forums  Contact Us


# BFL Products Shipping Now
May 1, 2013

Dear samuel,

Shipping of our BitForce SC ASIC miners has begun!

You may have seen news reports of our ASIC miners in the wild and some of you may have already taken delivery.  It's all true.  We're finally shipping.  You will receive your order as we work through the shipping queue .

If you didn't know, you can check your order status on our website. Log in by clicking here. Use the same email and password you set up your account with.

If you don't have your password, use the Lost Password function to create a new one.

# So what took so long?

This third generation of our SHA256 engine was a complex multi-year investment in bringing the latest semiconductor technology to bitcoin mining.

Developing a fully custom 65nm ASIC processor is not a casual undertaking. In fact, the new products have improved mining speed by a factor of 72. This much advancement doesn't come easy and it's fair to say that getting here has been eventful.

The key issue has been the engineering related to accommodating larger power draws than expected. A good example is the Jalapeno product. It was originally designed to be powered by USB but now consumes the power of a small light bulb (30w).

Consequently the power regulator, enclosure, airflow and PCB needed upgrading to suit. Although we are *very* aware of the undesirable dynamics of any delay, we were nonetheless obligated to make these updates in order to deliver a reliable product at the expected performance.  The same adjustments have been made with all products in the lineup.  You can see the adjusted product cases in our currently posted product lineup.  (The Mini Rig case will be double shipped to satisfy their orders which is why we've run out Mini Rig enclosure stock).

# Final confirmation is required

Please be advised that due to the adjustments described above, we need your confirmation prior to release of your order into the final build queue and on to final delivery.  It may also be a good time to review your purchase altogether relative to the bitcoin market as this is the last opportunity to do so.  If your order is not confirmed, it will be canceled and your money will be refunded.

Thank you for your support and we wish you great satisfaction with your product!



Jalapenos Out the          Easy Miner Beta          New Single Form

### Door

Packaged for its adventure to a new home. Bye Jalapeno! Your owner eagerly awaits your arrival.

### Release

An easy way to mine with a GUI and real-time Bitcoin statistics, developed for Windows and Android. Linux version coming soon. Download and participate in the beta by clicking here.

### Factor

The new form factor for the Single. The new body offers room for performance growth while keeping things ultra cool.



Facebook

Twitter

YouTube

Website

*Copyright © 2013 Butterfly Labs, All rights reserved.*
You are receiving this email because you have ordered or expressed interest in Butterfly Labs products.

**Our mailing address is:**
Butterfly Labs
PO Box 413671
Kansas City, MO 64141-3761

Add us to your address book
unsubscribe from this list    update subscription preferences

**Attachment D**

**Dwyer, Daniel**

| | |
|---|---|
| **From:** | Samuel ████████████ |
| **Sent:** | Tuesday, September 23, 2014 7:48 PM |
| **To:** | Dwyer, Daniel |
| **Subject:** | Fwd: Order No. 100043340 |

---------- Forwarded message ----------
From: **Samuel** ████████████
Date: Wed, Oct 16, 2013 at 11:58 AM
Subject: Re: Order No. 100043340
To: "ButterflyLabsINC ." <office@butterflylabs.com>

Dear Alicia,

Congratulations on your decision to ship the product *over six months after I placed the order*. Please note that I will refuse delivery of the product as it is not timely, and not in keeping with the original purchase decision I made over half a year ago. To rephrase: the product shipped today is not materially the same as the one ordered in April, 2013. It is vaguely analogous to shipping a concert ticket a half a year after the concert took place.

Feel free to make a showing of the terms that I "agreed to on checkout" for the sake of clarity.

As a final matter, this is the first I've heard of an "order queue." Butterfly Labs has been peppered with inquiries about shipment times since my original order, and no date was ever specified, nor was a position in an "order queue" ever indicated, despite repeated attempts.

Truly,

*Samuel Plainfield*




On Wed, Oct 16, 2013 at 11:48 AM, ButterflyLabsINC . <office@butterflylabs.com> wrote:
Hi Samuel,

Thank you for contacting Butterfly Labs. According to the terms you agreed to on checkout, all sales are final. Now that shipping of orders has begun, refunds will not be processed. Your order will be shipped per your position in the order queue. Thank you for your patience and understanding.

Kind regards,
Alicia

BF Labs, Inc.


For Jody's Customer Service Blog, and more, please visit our new BFL Forums at
<https://forums.butterflylabs.com/blogs/bfl_jody/>


On Thu, Oct 10, 2013 at 11:47 PM, Samuel ██████████ wrote:

Hello Shawn,

Please note that the date is October 10, 2013. I have filed a complaint with my credit card company, and with the BBB. Please refund my entire purchase price immediately and cancel my order.

This kind of irresponsible marketing and product fulfillment from Butterfly Labs will not be tolerated.

*Samuel Plainfield*


On Mon, Sep 9, 2013 at 3:26 PM, Butterfly Labs Inc <office@butterflylabs.com> wrote:

Hello Samuel,

Thank you for contacting us.  While we don't have an exact date your order will ship we are working to fulfill all of our backlog by the end of September. This is our goal.

We appreciate your patience.

Regards,
Shawn
BF Labs, Inc.


For Jody's Customer Service Blog, and more, please visit our new BFL Forums at
<https://forums.butterflylabs.com/blogs/bfl_jody/>


On Thu, Sep 5, 2013 at 4:03 PM, Samuel <██████████████> wrote:

Hello,

I have checked Jody's blog extensively. Forgive me, but I don't see the information that I asked for on there. If you would please provide me with a ship date, I would appreciate it. My order number is 100043340, purchased in April.

Thank you,

--
*Samuel Plainfield*, *CCFE, CHFI*





On Thu, Sep 5, 2013 at 7:05 AM, Butterfly Labs Inc <office@butterflylabs.com> wrote:
Hi Samuel,

Thank you for choosing Butterfly Labs. In response to when your order will be shipped, you may check the status on Jody's blog:  For Jody's Customer Service Blog, and more, please visit our new BFL Forums at <https://forums.butterflylabs.com/blogs/bfl_jody/>. Should you need anything further, please feel free to contact us at www.butterflylabs.com. Thanks again for choosing Butterfly Labs.

Kindest Regards,
Tamika
Butterfly Labs


For Jody's Customer Service Blog, and more, please visit our new BFL Forums at <https://forums.butterflylabs.com/blogs/bfl_jody/>


On Sat, Aug 24, 2013 at 1:51 PM, Samuel ████████████ wrote:
Hello,

My order has been "processing" since my order on 4/18 of this year.

Please give me a firm ship date.

Thank you,

--



# Attachment E

## Dwyer, Daniel

**From:** Samuel ██████████████
**Sent:** Tuesday, September 23, 2014 7:30 PM
**To:** Dwyer, Daniel
**Subject:** Fwd: BFL - The Monarch, Production Update & The 28nm Transfer Program

---------- Forwarded message ----------
From: **BFL News** <bfl-news@butterflylabs.com>
Date: Thu, Aug 29, 2013 at 2:58 PM
Subject: BFL - The Monarch, Production Update & The 28nm Transfer Program
To: samuel ██████████████

| MONARCH | View this email in your browser |
|---|---|

 **BUTTERFLYLABS**   Products   Support Forums   Contact Us

## Three Important Updates

- **Introducing the Monarch**
- **Production Status**
- **Order Transfer Program**

August 29th, 2013



## 28nm Monarchs begin production December 2013

Dear samuel,

We're excited to announce our 4th-generation bitcoin miner, the 28nm Monarch BPU. The Monarch is our 2nd-generation bitcoin ASIC chip design. Our first generation 65nm chip has allowed us to develop new simulation models that should be far more accurate in power and performance predictions, as well as allowing us to optimize the new generation for better power efficiency & performance gains that would otherwise not be possible. We're very pleased with the results.

**Speed**: **600GH/s**  **Power**: **350W**  **Price**: **$4,680.00**

New Form Factor:  The Monarch introduces an innovation to the ASIC mining industry in the form of its PCIe capable form factor. Although the Monarch has a USB port and can be run externally as a computer peripheral just like the existing models, its PCI capability makes it perfectly suited for large scale data center deployments using common low-cost 4U enclosures.

For more information and an in depth Q&A, visit the [Monarch information](#) page at [butterflylabs.com](#).

---

# Production Update



## ASIC's continue to ship in volume

Our 65nm order backlog is catching up rapidly. As you can see from the video above, our 55 employee strong facility in Kansas is fully dedicated to getting your Mining hardware shipped as soon as possible. We know time is of the essence and we're sorry for the initial delay, but please know that we are absolutely dedicated to getting you your hardware shipped. At the current rate, we're expecting to be caught up by the end of September.

## How can I follow along?

# Transfer Update



## Can I change my order to a Monarch?

With the announcement of our new generation miner, we've received requests from customers interested in transferring their 65nm order over into a 28nm Monarch. Although the Monarch is still in development and won't begin shipping until the end of the year, we understand it may serve longer term mining strategies to jump order queues. If that's your desire, we're happy to accommodate.

## Do I qualify?

If you have an end-user product, such as a Jalapeno, Little Single, Single, Mini Rig, 5GH/s, 25GH/s, or 50GH/s bitcoin miner in the production queue, you by default have the option to transfer and use the purchase price of your order towards the purchase of

If you have a product on order, you can check the status by logging into your account dashboard.

Alternatevely, you can check Jody's Customer Service blog each day. It shows the order dates shipped for each product line. The bulk of orders were placed early while the product was still in development, so the order book is thickest in those early days. This makes it difficult to appreciate how close we are to shipping more recent orders, but now that we've gotten through that heavy volume, the order dates served are moving much faster.

## What's going on with the network difficulty rate?

As we continue to ship more product, the majority of the hashrate on the network is provided by Butterfly Labs equipment. There are other, smaller ASIC bitcoin mining device manufacturers entering the market with products as well, but the difficulty will continue to rise in proportion to the shipping of our 65nm miners.

a Monarch. Transfers are charged a 10% restocking fee unless you're an original customer who's been waiting the longest. (Orders prior to April 1st.)

To transfer, log into your account dashboard and click on the transfer button next to the order you'd like to convert. Please note that although orders cannot be combined, multiple products in the same order **can** be used together.

In the event that your transfer results in credit for you, we'll count that as in-store credit that can be used in any future order you would like to place.

## I'm not sure I'm interested. Should I be?

This is a question of mining strategy and is a personal decision. As a hardware manufacturer, BFL only guarantees the performance of our products, not the market conditions of their use. This makes it hard to give advice on mining strategy.

Having said that, the increased GH performance per dollar and reduced power consumption make the Monarch a perfectly optimized tool for enduring a highly competitive mining market where power consumption becomes the decisive factor in profitability. 28nm is the current state of the art in technology. Its two nodes more advanced than 65nm, so the performance increase from our prior generation is dramatic.



However, now that we're at 28nm with a 2nd generation optimized design, there are no foreseeable future technologies that can threaten the performance with a similar leap in performance as 1st-gen to 2nd-gen ASIC. This gives your investment a long window on mining viability.

The counter argument is that the Monarch is still in development and won't start shipping until December. The 65nm products shipping now have a good ROI as of this writing. Market conditions are changing of course, but an increasing BTC price extends the life of all mining hardware. There is great value in taking delivery of your 65nm now.

We're happy to be able to offer you the option, but the decision isn't an easy one. Should you decide to make the jump, log into your account dashboard and click the 'transfer' button to get an early spot in the queue.



Facebook

Twitter

YouTube

Website

Copyright © 2013 Butterfly Labs, All rights reserved.
You are receiving this email because you have ordered or expressed interest in Butterfly Labs products.

**Our mailing address is:**
Butterfly Labs
PO Box 413671
Kansas City, MO 64141-3761

Add us to your address book

unsubscribe from this list    update subscription preferences

MailChimp

# Attachment F

**Dwyer, Daniel**

| | |
|---|---|
| **From:** | Samuel ████████████ |
| **Sent:** | Tuesday, September 23, 2014 7:48 PM |
| **To:** | Dwyer, Daniel |
| **Subject:** | Fwd: Order No. 100043340 |

---------- Forwarded message ----------
From: **Samuel** ████████████
Date: Wed, Oct 16, 2013 at 11:58 AM
Subject: Re: Order No. 100043340
To: "ButterflyLabsINC ." <office@butterflylabs.com>

Dear Alicia,

Congratulations on your decision to ship the product *over six months after I placed the order*. Please note that I will refuse delivery of the product as it is not timely, and not in keeping with the original purchase decision I made over half a year ago. To rephrase: the product shipped today is not materially the same as the one ordered in April, 2013. It is vaguely analogous to shipping a concert ticket a half a year after the concert took place.

Feel free to make a showing of the terms that I "agreed to on checkout" for the sake of clarity.

As a final matter, this is the first I've heard of an "order queue." Butterfly Labs has been peppered with inquiries about shipment times since my original order, and no date was ever specified, nor was a position in an "order queue" ever indicated, despite repeated attempts.

Truly,

*Samuel Plainfield*

On Wed, Oct 16, 2013 at 11:48 AM, ButterflyLabsINC . <office@butterflylabs.com> wrote:
Hi Samuel,

Thank you for contacting Butterfly Labs. According to the terms you agreed to on checkout, all sales are final. Now that shipping of orders has begun, refunds will not be processed. Your order will be shipped per your position in the order queue. Thank you for your patience and understanding.

Kind regards,
Alicia

1

BF Labs, Inc.

For Jody's Customer Service Blog, and more, please visit our new BFL Forums at <https://forums.butterflylabs.com/blogs/bfl_jody/>

On Thu, Oct 10, 2013 at 11:47 PM, Samuel ██████████ wrote:
Hello Shawn,

Please note that the date is October 10, 2013. I have filed a complaint with my credit card company, and with the BBB. Please refund my entire purchase price immediately and cancel my order.

This kind of irresponsible marketing and product fulfillment from Butterfly Labs will not be tolerated.

*Samuel Plainfield*