```
                            ROUGH DRAFT
```

1    Q    **The funds owed to who?**

2    A    The users of the EMC website.

3    Q    **And can you describe the EMZ website?**

4    A    It's the mining pool, the website of the mining

5         pool, the Eclipse mining pool.

6              MR. PERRY:  Just so we're clear, are we

7         using the same initials, is it EMC?

8              THE WITNESS:  C.

9              MR. PERRY:  EMC as in cat.  I think I

10        heard something other than that from your end.

11        Just want to make sure everybody is on the same

12        page.

13             MS. MITHAL:  You're right, I heard EMZ

14        but it's EMC as in cat?

15   A    Echo Mike Charlie.

16   Q    **(By Ms. Mithal)  Okay.  Thank you.  So how was**

17        **that wallet funded?**

18   A    It's funded through mining.

19   Q    **What type of mining, who does the mining?**

20   A    The users.

21   Q    **So could you describe which users fund the wallets**

22        **through mining?**

23   A    All of them.

24   Q    **Who are the users?**

25   A    I don't know.

```
                          ROUGH DRAFT
```

1    Q    **Are they customers?**

2    A    No -- some of them probably are but I wouldn't

3         know.

4    Q    **Do you have any idea who else the other miners**

5         **would be?**

6    A    No.

7    Q    **And is this -- is this being used for pool mining?**

8    A    It is pool mining.

9    Q    **Okay.  How do you know about it?**

10   A    How do I know about what?

11   Q    **About the EMC wallet?**

12   A    Because it's our pool.

13             MR. PERRY:  I think a little bit of

14        background would be helpful on this so I would ask

15        some background questions to determine how it's

16        related to Butterfly Labs.

17   Q    **(By Ms. Mithal)  Okay, can you tell me,**

18        **Mr. Zerlan, how this wallet is related -- how EMC**

19        **mining is related to Butterfly Labs?**

20   A    Butterfly Labs purchased EMC in 2012.

21   Q    **And what is EMC?**

22   A    The Eclipse Mining Consortium.

23   Q    **And what is that?**

24   A    It's a mining pool for bit coins.

25   Q    **And what was the purpose of that purchase?**

ROUGH DRAFT

```
 1   A   As an intellectual property purchase.
 2   Q   And is that used to provide any products to
 3       customers?
 4   A   It provides a service.
 5   Q   And what is the service?
 6   A   Mining pool.
 7   Q   And do consumers enter into contracts for these
 8       services?
 9   A   No.
10   Q   So how do consumers obtain anything using these
11       services?
12           MR. PERRY:  And, again, we're getting a
13       little bit off the topic of the location of the
14       assets of the company.  We're getting into
15       contractual relationships with people.
16           I would say it's getting pretty far so
17       if you can maybe narrow that back into the proper
18       scope I'd appreciate it.
19   Q   (By Ms. Mithal)  Okay, so this is -- this is an
20       EMC hot wallet account that -- wallet that we're
21       talking about; correct?
22   A   Yes.
23   Q   So it includes funds owed to users?
24   A   Yes.
25   Q   And the users include consumers but could include
```

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 3 of 40

ROUGH DRAFT

1      other people as well; is that correct party?

2              MR. PERRY:  I'm going to object to the

3      characterization of that question.  I believe he

4      does not know who the users are to that pool.

5              MS. MITHAL:  Okay, just give me one

6      second.  I'm going to mute you for one second.

7   Q  (By Ms. Mithal)  Who all has access to the EMC hot

8      wallet?

9   A  Just myself as far as I know.   .

10  Q  And do you know the approximate value of what's in

11     that wallet?

12  A  It fluctuates greatly on a daily basis.  Last I

13     checked approximately 70 bit coins.

14  Q  And has that been turned over to the receiver?

15  A  No.

16  Q  And why is that?

17  A  Because it would cripple the operations and

18     there's no way to turn it over physically.

19  Q  Is there a way to give the receiver access to it?

20  A  Yes.

21  Q  And has that been done?

22  A  We've discussed it.

23  Q  Who has discussed it?

24              MR. PERRY:  He can answer the question

25     but did you discuss that with legal counsel and

ROUGH DRAFT

1        the receiver to the best of your knowledge or has

2        someone?

3                        THE WITNESS:  Yes.

4                        MR. THOMAS:  Incidentally, Malini, the

5        receiver is here now, has entered a few minutes

6        ago.

7    Q   (By Ms. Mithal)  Okay, and so the EMC hot wallet,

8        have you discussed that with the receiver?

9    A   Yes.

10   Q   And one second.  Does Butterfly Labs own EMC?

11   A   Yes.

12   Q   And does EMC -- sorry, let me rephrase.

13                       What was the EMC wallet used for?

14   A   The hot wallet?

15   Q   Yes.

16   A   For paying the users who used the pool.

17   Q   Okay.  Let's move on to the next wallet.

18   A   The next wallet is the EMC cold wallet.

19   Q   And can you describe that?

20   A   It's similar to the hot wallet but contains the

21       coins that are not online so that if the hot

22       wallet were to be compromised all of the funds

23       would not be able to be taken.

24   Q   And who has access to that?

25   A   I do.

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 5 of 40

ROUGH DRAFT

1  Q  And how is that funded?

2  A  From the hot wallet.

3  Q  And how's the hot wallet funded?

4  A  From users mining.

5  Q  Okay.  And who else has access to the cold wallet?

6  A  Nobody.

7  Q  And how much is in the cold wallet?

8  A  I don't recall an exact figure, approximately was

9     it 896?

10  Q  896 bit coins?

11  A  I believe so.

12  Q  Where is it now or who has access to the wallet

13     now?

14  A  I do.

15  Q  That has not been turned over to the receiver?

16  A  It has not.

17  Q  Why not?

18  A  They don't have provisions to accept it.

19  Q  When was the last time you used that wallet?

20  A  A very long time ago.

21  Q  And what is the next wallet?

22         MR. PERRY:  You said seven early on.

23     We're at No. 6 now.  The EMC cold wallet was

24     No. 6.

25            Do you recall any other wallets besides

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 6 of 40

```
                            ROUGH DRAFT

 1        active wallet, storage wallet, expense wallet,
 2        advertising wallet, EMC hot wallet or EMC cold
 3        wallet?
 4   A    I believe Dave had an expense wallet.
 5   Q    (By Ms. Mithal)  And who is Dave?
 6   A    Dave McClain, he's our account manager.
 7   Q    And was that wallet for Dave's expenses?
 8   A    Yes.
 9   Q    And were they business related expenses?
10   A    I don't know.
11   Q    Do you know how that wallet was funded?
12   A    I do not.
13   Q    Do you know who all had access to that wallet?
14   A    I do not.
15   Q    And do you know the amount that was in that wallet
16        at any time?
17   A    I do not.
18   Q    Do you know if that wallet has been turned over to
19        the receiver?
20   A    I do not.
21            MS. MITHAL:  Let's take a five-minute
22        break if that's okay with everybody?
23            MR. PERRY:  Sure, just for planning
24        purposes do you have an expectation of length of
25        time?
```

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 7 of 40

ROUGH DRAFT

1           MS. MITHAL:  Let me see.  You know, I

2     actually don't have a good estimation.  I'm sorry

3     about that.  I think it could be anywhere from a

4     couple of hours to we might need to continue

5     tomorrow, but I'm hoping that's not going to

6     happen, but I might have a better sense after we

7     get through the next section.

8           MR. PERRY:  Okay.

9           (A BRIEF BREAK WAS TAKEN AT THIS TIME.)

10          MR. LAMER:  This is Bryant Lamer,

11    counsel for the receiver, and I just wanted to

12    give you a little background with respect to the

13    hot and cold wallets and the overall storage of

14    the overall wallet protocol issue that you were

15    getting at.

16          It is true that we are not in possession

17    of one of these wallet -- two of these wallets,

18    the cold and hot storage wallet, because they are

19    off site off of our location at another location

20    controlled by BFL Labs where servers are.

21    Apparently there are two separate servers, okay.

22          MS. MITHAL:  Okay.

23          MR. LAMER:  The access to those is

24    controlled, as you would know, by a private key,

25    okay.  And we are working with two things that you

ROUGH DRAFT

1    should know.  First, we are working with the judge

2    to come to a process by which the assets from the

3    bit coin and the various wallets will be

4    transferred over to a wallet controlled by the

5    Court.  That has not happened and that will not

6    happen until after Monday's hearing; okay.

7            In the interim what we are challenged

8    with is confirming security of those private keys.

9    And that is partially conducted by actually

10   obtaining access to a cold storage device like a

11   laptop that contains a private key or other

12   passwords that would allow us to get to that bit

13   coin wallet.  We are in possession of the storage

14   wallet that contains roughly 98 percent of the

15   total funds.

16           With respect to the hot wallet and the

17   cold wallet for EMC, like I said at the top of

18   this, we don't have that yet.

19           Josh Zerlan has agreed that what he is

20   doing, what he will do after this, is he's going

21   to come to a process by which he's going to get us

22   the private key and that will be contained and

23   stored in our vault at our bank until after

24   Monday's hearing, okay.

25           MS. MITHAL:  Okay.

ROUGH DRAFT

1          MR. LAMER:  Judge is aware that without

2     complete transfer to a separate wallet that's

3     controlled overall by the Court there is always a

4     risk that there will be transfers out of these

5     wallets.

6          With that said, we've asked Josh to make

7     a record to the extent that his counsel will let

8     him concerning his agreement that he will not be

9     transferring anything, any bit coins, out of any

10    of the wallets that he is in charge of or

11    otherwise possesses rights to.

12          Is that fair, Josh?

13          THE WITNESS:  Yes, now, the hot wallet,

14    like I said, funds go in and out of that

15    automatically by the users.

16          MR. LAMER:  Understand you don't control

17    that.

18          THE WITNESS:  Yeah, I don't send funds

19    out of it.

20          MR. PERRY:  To the extent you control

21    any transactions to those wallets you are -- you

22    have confirmed with counsel for the receiver that

23    you will not be making any transfers from or to

24    any wallet; correct?

25          THE WITNESS:  Correct.

ROUGH DRAFT

1                    MR. LAMER:  That's all I have on it.  If

2          you guys have any questions, happy to answer them;

3          okay.

4                    MS. MITHAL:  Okay, thank you so much.

5          Very helpful.

6                    MR. LAMER:  No problem.

7     Q    (By Ms. Mithal)  So just a few more questions

8          about these bit coin wallets.

9                    Can you give me the bit coin wallet

10         addresses associated with each wallet?

11    A    Could I?  I could but that would list hundreds of

12         thousands of addresses.

13    Q    Okay, and have you given that information to the

14         receiver?

15    A    We have discussed it.

16    Q    Okay, and if you have not given that information

17         to the receiver will you be giving the information

18         to the receiver?

19    A    If they wish it.

20    Q    Okay.  So we talked about the value or the amount

21         of the bit coins in each wallet.

22                   Can you tell me the values that you told

23         me about, is there any point at which the values

24         in the wallets were much higher that you're aware

25         of?

Case 2:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 11 of 40

ROUGH DRAFT

1    A    No.

2    Q    All right.  Let's move onto other virtual

3         currencies.

4                    Did Butterfly Labs have any other

5         virtual currency accounts?

6    A    No, not to my knowledge.

7    Q    And do you know of any corporations, partnerships

8         or business entities in which Butterfly Labs has

9         an ownership interest?

10   A    No.

11   Q    And this is going back to another section, but

12        Mr. Zerlan, do you have any ownership interest in

13        the company?

14   A    No.

15   Q    And what about EMC, is it purchased EMC; is that

16        correct?

17   A    Correct.

18   Q    Does Butterfly Labs use outside accountants?

19   A    I don't know.

20   Q    Okay.  And who at Butterfly Labs is responsible

21        for keeping the corporation's financial books and

22        records?

23   A    I'm not sure.

24   Q    Can you tell me about all pending lawsuits that

25        have been filed by the corporation in court or

ROUGH DRAFT

1     before an administrative agency?

2   A   No.

3   Q   Do you know of any?

4   A   I do.

5   Q   But you cannot tell me about them? Can you tell

6     me about any of them?

7   A   Not really, no.

8   Q   Why not?

9   A   I don't know anything about them.

10   Q   Okay, can you tell me the names or anything about

11     those actions?

12   A   I believe the only ones I know of by name are

13     Woodlawn and Messner (ph).

14   Q   And do you have any idea about the nature of those

15     actions?

16   A   Not the specifics.

17   Q   Even generalities?

18   A   I believe the Messner case is --

19        MR. PERRY: I'm going to, again, stop

20     you. We're talking about assets to assist the

21     receiver and identifying and controlling those

22     assets pursuant to the TRO. I'll let you ask the

23     question but you got to tell me why.

24        MS. MITHAL: Sure, so I want to make

25     sure that if there is other information and other

ROUGH DRAFT

```
 1        court proceedings about other assets that we're

 2        aware of them or if there are amounts owed to

 3        Butterfly Labs as a result of other actions I want

 4        to know about that.

 5                    MR. PERRY:  You're asking about the

 6        nature of the lawsuits which don't relate to the

 7        fact that he knows a lawsuit exists, so you know,

 8        I'll let you ask but I don't know -- I think this

 9        could be the a big waste of time, but go ahead.

10   A    I believe the Messner case is about hardware that

11        he did not receive and the Woodlawn case, I think,

12        is similar.

13                    MR. PERRY:  Just to put on the record

14        those are pending -- that's pending litigation

15        what has not been resolved one way or the other in

16        a court of law.

17   Q    (By Ms. Mithal)  And so I had asked about actions

18        by the company.

19                    Were those actions against the company?

20   A    I'm not sure I understand the distinction.

21                    MR. PERRY:  So I'm going to fast forward

22        this.  Those are -- I believe that's the class

23        action and the plaintiffs and the single

24        plaintiff's claim against the company.

25                    Are you asking for actions the company
```

Case 2:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 14 of 40

ROUGH DRAFT

1        has taken against other entities?

2                    MS. MITHAL:  That's correct.

3                    MR. PERRY:  Are you aware of any actions

4        taken by Butterfly Labs against any entities?

5                    THE WITNESS:  I am not.

6                    MS. MITHAL:  Okay.

7                    MR. PERRY:  Sorry, I was confused there

8        so apologize for that.

9                    MS. MITHAL:  No, thank you.

10   Q    (By Ms. Mithal)  So are you aware of any monetary

11        judgments or settlements owed to Butterfly Labs?

12   A    I am not.

13   Q    Are you aware of monetary judgments or settlements

14        owed by Butterfly Labs?

15   A    No.

16   Q    Are there any state or federal bankruptcy

17        proceedings involving the corporation?

18   A    Not to my knowledge.

19   Q    Do you know if Butterfly Labs has any safe deposit

20        boxes?

21   A    I do not.

22   Q    Does Butterfly Labs have any U.S. government

23        securities such as savings bonds, treasury bills

24        and treasury notes?

25   A    I don't know.

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 15 of 40

ROUGH DRAFT

1    Q    And who would know the answer to that question?

2    A    I would not know.

3    Q    And who would know the answer to questions about

4         other questions about Butterfly Labs bank

5         accounts?  Who would have that information?

6    A    Presumably Sonny.

7    Q    Anyone else?

8    A    Possibly Dave or Jody.

9    Q    And that's Dave McClain?

10   A    Yes, or Jody Drake.

11   Q    And Jody Drake, okay, thank you.

12              Does Butterfly Labs own or control any

13        publicly-listed securities including stocks?

14   A    Not to my knowledge.

15   Q    And can you list all the real estate held by the

16        corporation?

17   A    No.

18   Q    Can you list any real estate held by the

19        corporation?

20   A    No.

21   Q    Do you know if the corporation owns the address in

22        Kansas city that the receiver took over last week?

23   A    We do not.

24   Q    You're renting that?

25   A    Yes.

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 16 of 40

ROUGH DRAFT

```
 1   Q   And you're not aware of any other real estate
 2       owned by the company -- sorry, any real estate
 3       owned by the company.
 4               Are there any persons or entities
 5       holding funds or other assets in escrow or in
 6       trust for the corporation?
 7   A   I don't know.
 8   Q   And are you aware of any other assets that are
 9       held by the corporation that we have not
10       discussed?
11   A   Not to my knowledge.
12   Q   Any furniture?
13   A   Whatever is in our office.
14   Q   And what's in your office?
15           MR. PERRY:  Do you know if that's owned
16       or anything by the company?
17           THE WITNESS:  I have no idea.
18   Q   (By Ms. Mithal)  Okay, and is that basic office
19       furniture?
20   A   Yes.
21   Q   Anything -- anything aside from, you know, basic
22       laptops and desks and things like that?
23   A   No.
24   Q   Any kind of art on the walls or things like that?
25   A   Yes, there is some art on the walls.
```

ROUGH DRAFT

1    Q    And is it art that would be valued, if you are

2         aware, that it would be valued at a high amount?

3    A    I would have no idea.

4              MR. PERRY:  Do you know if the company

5         owns that art?

6              THE WITNESS:  Me?

7              MR. PERRY:  Yes.

8              THE WITNESS:  I don't know.

9              MR. PERRY:  I think you skipped a step

10        there for lack of foundation.  He's not aware that

11        the company owns the art.  He just knows there's

12        art.

13   Q    (By Ms. Mithal)  Okay, does the company own any

14        vehicles?

15   A    I don't know.

16   Q    Any computer software?

17   A    Yes.

18   Q    What type of computer software?

19   A    I believe we own our inventory software and our

20        shopping cart software although I suppose

21        technically it's licensed not owned.

22   Q    Does the company own any patents?

23   A    Not to my knowledge.

24   Q    Does the company own any other intellectual

25        property?

ROUGH DRAFT

```
 1   A   Not to my knowledge.

 2   Q   And do you have any facilities off site, any

 3       storage facilities?

 4   A   We have leased one warehouse.

 5   Q   And what is in that warehouse?

 6   A   I don't know.

 7   Q   Have you ever been to the warehouse?

 8   A   I have not.

 9   Q   How do you know about it?

10   A   I've heard people talk about it and I know we send

11       some of our old equipment there and bring new

12       equipment from there.

13   Q   Where is it?

14   A   I don't know.  We call it the Widmere facility.

15   Q   The Wigner facility?

16   A   Widmere.

17           MR. PERRY:  W-I-D-M-E-R-E; is that

18       right?

19           THE WITNESS:  I think so, I don't know.

20   Q   (By Ms. Mithal)  Ahs the receiver been there, to

21       your knowledge?

22   A   I don't know.

23   Q   What is the first time you heard or learned about

24       the FTC actions against Butterfly Labs?

25   A   On Friday.
```

ROUGH DRAFT

1    Q    And who did you hear about the action from?

2    A    From Sonny.

3    Q    And did you see a copy of the Temporary

4         Restraining Order that was issued by the district

5         judge?

6    A    At that time?

7    Q    Yes.

8    A    No.

9    Q    Have you seen it since then?

10   A    I have seen the ex parte order.

11   Q    Okay.  Are you aware of anyone using any corporate

12        funds after the order was issued?

13   A    I am not.

14   Q    Are you aware of anyone violating the Court order

15        in any way after it was issued?

16   A    I am not.

17             MS. MITHAL:  We're actually nearing the

18        end of my questions.  Could we take another five

19        minute break?

20             MR. PERRY:  One second.

21             MR. LAMER:  Yes, we can take a

22        five-minute break.

23             MR. PERRY:  Call us back in five.

24             (A BRIEF BREAK WAS TAKEN AT THIS TIME.)

25             MS. MITHAL:  Peter and Malini here.

ROUGH DRAFT

1    Q    (By Ms. Mithal)  Okay, Mr. Zerlan, are you in

2         possession of any Butterfly Labs property

3         currently?

4    A    I have one laptop.

5    Q    Okay.  And does that laptop contain files about

6         the company?

7    A    No.

8    Q    What information does that laptop contain?

9              MR. PERRY:  I think we're getting past

10        the point of an asset.  He mentioned that he has

11        possession of a Butterfly Labs asset.

12   Q    (By Ms. Mithal)  Okay, and does the laptop -- hang

13        on one second.

14             Does the laptop contain any information

15        about bit coin wallets or where they are stored or

16        anything like that?

17   A    No.

18   Q    How much is the laptop worth?

19   A    I have no idea.

20   Q    How old is the laptop?

21   A    About a year old.

22   Q    And do you have any other Butterfly Labs property?

23   A    No.

24   Q    You had mentioned that you did get one mining

25        machine from the company; is that right?

ROUGH DRAFT

1    A    No, I received one set of miners from the company.

2    Q    Say that again, Mr. Zerlan, I apologize.

3    A    I received one set of miners from the company.

4    Q    Could you describe what one set of miners means?

5    A    I believe it was a set of 10 BFL singles.

6    Q    And what's a BFL single?

7    A    The 65 nanometer 60 gigahash mining divisions that

8         we manufacture.

9    Q    And when did you manufacture those?

10   A    I have no idea.

11   Q    Was that also referred to as a bit force or is

12        that incorrect?

13   A    Our entire line is referred to as a bit force.

14   Q    Okay.  So when did you receive that set of miners?

15   A    I don't recall.

16   Q    And you said you were able to mine for bit coins

17        using it?

18   A    Yes.

19   Q    Where did you mine for those bit coins?

20   A    Can you elaborate?

21   Q    Did you do it at the office?

22   A    No.

23   Q    Did you do it outside of Butterfly Labs property?

24   A    Yes.

25   Q    And did you -- the bit coins you received from

ROUGH DRAFT

1  mining, did you return them to the company?

2  A  No.

3  Q  So they were part of your compensation and you

4     kept them?

5  A  Yes.

6  Q  And about how much were you able to mine?

7  A  Maybe tenor 15 bit coins.

8  Q  And when was that, over what time period?

9  A  From when I received them until approximately June

10    or July of this year.

11 Q  And do you have an approximate estimation of about

12    how long were mining for bit coins using the

13    miners?

14         MR. PERRY:  Again, that's beyond the

15    scope of this TRO.

16 Q  (By Ms. Mithal)  Where is the machine now?

17 A  Probably in Widmere facility.

18 Q  Okay.  And why is that?

19 A  Because I took them off line and returned them to

20    the office.

21 Q  And why is that?

22 A  Because I did not want to run them any more.

23 Q  And that was in June or July of this year?

24 A  I believe so.

25 Q  Were they still able to mine for bit coins?

ROUGH DRAFT

1              MR. PERRY:  Again, we're beyond the

2       scope of this TRO.  You can ask where the machines

3       are.

4              MS. MITHAL:  Okay.  And I think that

5       might be all -- okay.  Then I think that

6       concludes -- actually one more second.  I'll mute

7       for one second.

8              MR. PERRY:  Sure, we're going to have

9       the opportunity to ask some clarifying questions;

10      correct?

11             MS. MITHAL:  Yes.  Okay, that concludes

12      our direct questions.  I can turn it over to your

13      counsel.

14             MR. PERRY:  I have nothing at this point

15      in time.  I believe the receiver or receiver's

16      counsel might have a few questions.

17             MS. MITHAL:  Okay.

18                   CROSS-EXAMINATION

19      BY MR. JOHNSON

20      Q   **This is Eric Johnson.  Mr. Zerlan, you said you'd**

21          **never been to the Widmere location?**

22      A   Correct.

23      Q   **Do you have personal property at the Widmere**

24          **location, though?**

25      A   I believe I may have a saw at that location, a

ROUGH DRAFT

1      table saw.

2  Q  Okay.  And this set of miners, I think you also

3      said, maybe at Widmere but you weren't sure?

4  A  Correct.

5  Q  How many are in a set?

6  A  There's no specific number.

7  Q  Okay.  So when you say a set of miners, when I go

8      in and I look at on the shelf the different

9      products?

10  A  They are if you think I believe.  They won't be

11      labeled.  I had never intended to get them back.

12  Q  Okay.  So they are somewhere at Widmere?

13  A  I left them in the office to be, but wherever the

14      miners go.

15  Q  And you may have covered this before I attended

16      but were those given to you as compensation,

17      loaned out to you?

18  A  Given to me as compensation.

19  Q  Okay.  With respect to the firearms that have been

20      located on the premises, what is the make of the

21      pistol that goes currently in the gun safe?

22  A  Sig Sauer Navy, I believe it's a 229, might be a

23      226, .9mm.

24  Q  Is that licensed?

25  A  Yes.

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 25 of 40

ROUGH DRAFT

1   Q   Is it licensed under your name?

2   A   Yes.

3   Q   And you had mentioned another firearm that was

4       purchased?

5   A   Yes.

6   Q   And where is the current location of that?

7   A   At my home.

8   Q   Okay, and how is that secured at your home?

9   A   In the a gun safe.

10   Q   Does anybody else have access to that gun safe?

11   A   My wife.

12   Q   Your wife, and how do you have it secured, by key,

13       thumb print?

14   A   A six digit code.

15   Q   Six digit code and you and your wife are the only

16       ones with that six digit code?

17   A   Yes.

18   Q   What type of firearm is that?

19   A   It's an AR 15.

20   Q   And what type of handgun is that?

21   A   It's a rifle.

22   Q   Rifle, and is that licensed?

23   A   Yes.

24   Q   Where is your -- may have said this, where are you

25       currently residing?

ROUGH DRAFT

1   A   In Olathe.

2   Q   I'm not a firearms expert, is that automatic,

3       semiautomatic rifle?

4   A   Semiautomatic.

5   Q   Semiautomatic.  Once again, that was purchased

6       with company funds?

7   A   Yes.

8   Q   I'd ask that that code be, you know, I'm not --

9       we'll talk about the delivery and securitization

10      of that other firearm.

11  A   Okay.

12  Q   And the proper way of doing that.

13              That's my only real follow-up questions

14      unless my counsel has something.

15              MR. LAMER:  Nothing.

16              MR. PERRY:  Charles?

17              MR. THOMAS:  No, no questions.

18              MR. PERRY:  I think that wraps it up on

19      our side.

20              Anything following up the receiver's

21      questions?

22              MS. MITHAL:  No, nothing from the FTC.

23              MR. THOMAS:  Let's resolve what to do

24      with -- how many exhibits did we use?

25              MR. PERRY:  I believe you only used one;

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 27 of 40

ROUGH DRAFT

1       correct, the AAJ?

2               MS. MITHAL:  That's correct.

3               MR. THOMAS:  Would you like me to keep

4       that here, the original exhibit, Malini.

5               MS. MITHAL:  Let me ask Teresa.  She

6       just walked in.  Exhibit AAJ, do you need that for

7       the next deposition or the other one?  So yes,

8       please keep that, Charles, thank you.

9               MR. PERRY:  These exhibits are exhibits

10      to the declaration by your investigator; correct?

11              MS. MITHAL:  Yes.

12              MR. PERRY:  And the TRO obviously, okay.

13              MR. THOMAS:  This is marked as AAJ was

14      marked as Exhibit 2.  Just says Exhibit, doesn't

15      say what deposition?

16              MR. PERRY:  No.

17              MR. THOMAS:  I think we made copies of

18      these for each deposition.

19              MS. MITHAL:  Are you asking about AAJ

20      and AAI?

21              MR. THOMAS:  I think for clarification

22      we might want to put the name of the deponent on

23      there, on the one that was used.

24              MS. MITHAL:  Okay.  We can do that.

25              MR. PERRY:  We'll leave the exhibits

ROUGH DRAFT

```
 1      here.  We don't need them.
 2              (OFF-THE-RECORD DISCUSSION.)
 3                    * * * * *
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 29 of 40

## WORD INDEX

**< $ >**
$30,000  14:16
$53,000  11:24

**< 0 >**
0315  25:20
0364  24:15

**< 1 >**
1  2:1  3:1  7:8
10  62:5
1000  2:1
  8:24
11  38:22  40:4
14  9:8  38:22
  40:4
1400  2:1
15  63:7  66:19
15th  25:7
16th  25:7
  9:3
  10:15
  7:8

**< 2 >**
2  2:1  68:14
2012  42:20
2013  25:15, 18
2014  -2:1
  -2:1
207  2:1
226  65:23
229  65:22
25  -2:1
  8:24

**< 3 >**
3  2:1  3:2  24:5
  29:3, 5
31  10:15
  12:16
38.02  29:12

**< 4 >**

4:14-CV00815-BCW
  -2:1

**400**  -2:1, 1
**420**  2:1
**4-CV-815**  3:5

**< 5 >**
5  24:5
520  -2:1
  7:12
5510  -2:1
  ¦    ¦  10:3
  ¦    ¦  10:7

**< 6 >**
6  46:23, 24
60  62:7
600  -2:1
  2:1  2:1
  :1
65  62:7
  9:3
  8:24

**< 7 >**
70  44:13
760  10:7

**< 8 >**
8  29:2, 3, 5
896  46:9, 10

**< 9 >**
913  10:3
98  49:14
9mm  65:23
9th  -2:1, 1

**< A >**
AAI  68:20
AAJ  2:1  23:24
  68:1, 6, 13, 19
ability  6:23
able  14:25  29:21
  45:23  62:16  63:6,
  25
absolutely  28:8
accept  46:18
access  32:2
  35:17  39:3, 6, 8,
  11, 14, 16  40:5, 13,
  15, 17, 19  44:7, 19

45:24  46:5, 12
  47:13  48:23
  49:10  66:10
account  18:7, 9
  20:4  21:1  24:8
  25:20, 20, 22, 22
  29:18  43:20  47:6
accountants  52:18
accounts  17:17,
  23  18:12, 14, 18,
  20, 22, 25  19:3, 9,
  13, 16  31:12, 16,
  18, 20  52:5  56:5
accurately  5:2, 21
  6:24
action  54:23  60:1
actions  53:11, 15
  54:3, 17, 19, 25
  55:3  59:24
active  32:13, 15
  35:4, 9  36:20, 24
  37:10  38:2  39:6,
  8, 24  40:10  47:1
addition  12:3
additional  7:13
  8:17
address  8:23, 25
  9:7, 21, 22, 24
  56:21
addressed  9:25
addresses  9:9, 11
  51:10, 12
administrative
  53:1
advertising  39:20,
  21, 22  40:15  47:2
afield  34:11
agency  53:1
aggregate  11:23
ago  4:15, 22  20:7
  45:6  46:20
agreed  49:19
agreement  50:8
ahead  36:16  54:9
Ahs  59:20
Aime  10:11
airline  21:19
al  -2:1, 1
aliases  7:5

allow  49:12
alluding  8:15
ammunition  26:3
amount  11:23
  21:6  47:15  51:20
  58:2
amounts  54:2
answer  5:15
  23:10  35:1  44:24
  51:2  56:1, 3
answers  5:2, 4
anybody  66:10
anyone's  30:1
anyway  4:21
apologize  12:9
  23:10  55:8  62:2
Apparently  20:10
  48:21
appearance  17:12
appearing  3:8, 10
apply  13:16
appreciate  31:7
  43:18
approximate
  44:10  63:11
Approximately
  9:1, 8  11:5  20:6
  23:17  44:13  46:8
  63:9
approximation
  35:8
April  25:7, 7, 7, 17
AR  66:19
Argentina  8:14
art  57:24, 25
  58:1, 5, 11, 12
aside  57:21
asked  50:6  54:17
asking  4:24
  30:24  54:5, 25
  68:19
asset  61:10, 11
assets  43:14
  49:2  53:20, 22
  54:1  57:5, 8
assist  53:20
associated  51:10
ASSOCIATES  -2:1
Associate's  13:24

assume  5:15
13:12
attached  2:1
Attachment  2:1
attended  65:15
Attorney  -2:1  4:1
17:11
ATTORNEY'S  -2:1
13:8
authority  17:23
authorization
27:20
authorized  20:18
automatic  67:2
automatically
50:15
Avenue  -2:1
aware  18:24  19:5
21:8, 14, 17, 22
22:11, 18, 21  23:3
26:15, 19  28:12,
15  34:6  36:11, 21
50:1  51:24  54:2
55:3, 10, 13  57:1,
8  58:2, 10  60:11,
14

< B >
back  12:12  18:5
30:9  34:21  37:10
43:17  52:11
60:23  65:11
background
12:10  13:20
42:14, 15  48:12
balance  21:3
balances  18:22
bank  17:16  18:7
49:23  56:4
bankruptcy  55:16
banks  18:9
basic  57:18, 21
basis  35:10
37:23  38:4  44:12
behalf  8:8, 10, 16,
18  11:14
believe  21:5
23:24  31:19
36:13  39:11  44:3
46:11  47:4  53:12,

18  54:10, 22
58:19  62:5  63:24
64:15, 25  65:10,
22  67:25
benefits  11:25
16:18
best  5:17  45:1
better  32:3, 7
48:6
Beyond  30:13
63:14  64:1
BF  -2:1, 1
BFL  48:20  62:5, 6
big  54:9
bills  55:23
birth  7:7  10:21
birthday  10:14
bit  11:15  14:25
15:2  31:9, 11
32:21, 24  33:11,
21  34:4, 14  35:4
36:21  38:14, 22
40:4  42:13, 24
43:13  44:13
46:10  49:3, 12
50:9  51:8, 9, 21
61:15  62:11, 13,
16, 19, 25  63:7, 12,
25
bonds  55:23
books  52:21
booth  11:16
born  7:9
bottom  24:5, 7, 22
BOWEN  -2:1
boxes  55:20
Braden  2:1  3:16
4:4  13:3  17:8
braden@kennyhert
zperry.com  2:1
break  6:11  12:11
14:5  47:22  48:9
60:19, 22, 24
BRENDA  -2:1
BRIEF  48:9  60:24
bring  59:11
BRITT  2:1
BROWNE  2:1
Broyles  10:11

Bryant  13:5  48:10
burn  33:11, 15
business  8:20, 21
18:4  21:20, 25
22:7  38:12, 13
39:22  47:9  52:8
Butterfly  3:4, 15
8:20  10:25  11:15,
16  13:2, 3  14:24
17:18, 22  18:6
19:12, 15  20:4
23:13  28:12, 20
31:11  32:18
33:21  42:16, 19,
20  45:10  52:4, 8,
18, 20  54:3  55:4,
11, 14, 19, 22  56:4,
12  59:24  61:2, 11,
22  62:23

< C >
Cabella's  23:3, 5,
12  24:24  25:2, 4,
18, 24  30:9, 11, 15
31:1
California  20:11,
24
call  12:12, 15
32:11, 15  59:14
60:23
called  23:3  28:15
camping  23:6, 8
26:1, 4  30:11, 15,
25
canceled  20:12
Candace  10:20
car  16:20
card  17:25  18:1,
2  20:5, 6, 9, 12, 16,
19, 22  21:1, 4, 11,
15, 23, 25  22:4, 6,
7, 12, 14, 15, 16, 19
23:13  24:13, 17,
20  25:3  27:24
28:20  30:4, 12
cards  12:18  21:9
22:22  23:1
Carlos  2:1  3:18
Carroll  10:20
cart  58:20

Case  3:5  4:12,
13, 17  53:18
54:10, 11
cash  17:16
cat  41:9, 14
catch-all  9:24
cause  -2:1
CC-10232  -2:1
CCR  -2:1
cell  10:2, 4
certain  -2:1
Certified  -2:1
challenged  49:7
changes  11:12
characterization
44:3
charge  23:20, 22
50:10
charges  6:4
20:24  24:23
Charles  -2:1, 1, 1
12:7  13:7  67:16
68:8
Charlie  41:15
checked  44:13
checking  17:23
checks  19:15
children  10:23
circumstances
20:8
citizens  26:10
City  -2:1, 1, 1  2:1,
1  56:22
claim  54:24
clarification  68:21
clarify  15:16
30:22
clarifying  64:9
class  54:22
clear  32:7  41:6
closed  21:1
Dspencerfa
ne.com  2:1
code  66:14, 15, 16
67:8
coin  11:15  14:25
31:9, 11  32:12, 21
33:21  36:21
38:15  49:3, 13
51:8, 9  61:15

John M. Bowen & Associates     911 Main Street, Suite 1930     Page: 2
(816) 421-2876     Kansas City, MO 64105
Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 31 of 40

coins 15:2 17:19
32:25 33:12 34:4
35:4 38:22 40:4
42:24 44:13
45:21 46:10 50:9
51:21 62:16, 19,
25 63:7, 12, 25
cold 45:18 46:5,
7, 23 47:2 48:13,
18 49:10, 17
College 14:1
come 27:4, 5
32:17 49:2, 21
comes 34:15 35:4
COMMISSION
-2:1, 1, 1 3:9, 11
12:20
community 11:13
14:1
company 11:6, 21
12:1 14:7, 9 15:6
16:17, 20, 24
17:14, 17, 25 27:8,
9, 21 30:7, 12, 19
34:3 36:10, 11
43:14 52:13
54:18, 19, 24, 25
57:2, 3, 16 58:4,
11, 13, 22, 24 61:6,
25 62:1, 3 63:1
67:6
compensation
11:18 12:3 14:6,
14 16:15 17:1
63:3 65:16, 18
complaints 27:4
complete 50:2
compromised
45:22
computer 14:3, 3
58:16, 18
concerning 50:8
concludes 64:6,
11
conducted 49:9
conducting 6:8
conference 6:13
12:12
conferences 8:22

11:14
confirmed 50:22
confirming 49:8
confused 55:7
consent 26:14
Consortium 42:22
consumer 33:2,
24 34:3
consumers 32:20,
24 34:1, 8 35:6
43:7, 10, 25
contain 61:5, 8, 14
contained 49:22
contains 45:20
49:11, 14
Cont'd 2:1
continue 48:4
contracts 43:7
contractual 43:15
control 50:16, 20
56:12
controlled 48:20,
24 49:4 50:3
controlling 53:21
copies 68:17
copy 60:3
corporate 17:25
18:2, 7 19:9, 18
20:4 22:15, 16, 22
23:1 24:17, 20
25:2 27:23 29:17
30:4 60:11
corporation 52:25
55:17 56:16, 19,
21 57:6, 9
corporations 28:2,
3 52:7
corporation's
52:21
correct 4:6 15:7,
25 16:2 17:5
18:13 19:18 22:1
27:13, 14 29:13
31:2 35:6 43:21
44:1 50:24, 25
52:16, 17 55:2
64:10, 22 65:4
68:1, 2, 10
correctly 36:18

counsel 13:5
36:6 37:7 44:25
48:11 50:7, 22
64:13, 16 67:14
countries 8:11, 12
County -2:1 14:1
couple 12:8
13:21 48:4
COURT -2:1, 1, 1
13:11 23:24
34:21 49:5 50:3
52:25 54:1, 16
60:14
Courthouse -2:1, 1
courtroom 6:7
covered 65:15
cowmail 9:21, 22,
25 10:1
credit 18:1 19:18
20:4, 15, 19 21:1,
4, 8, 11, 15 22:15,
16, 22 23:1, 13
24:17, 20 27:23
28:20 30:4, 12
cripple 44:17

Cross-Examination
2:1 64:18
currencies 52:3
currency 17:18,
19 52:5
current 11:12
18:20 66:6
currently 19:19
61:3 65:21 66:25
customer 11:13
33:7
customers 11:17
16:5, 6 26:9, 10,
20 42:1 43:3

< D >
daily 44:12
dangerous 26:11,
12
date 7:7 10:21
15:23 25:6, 13
Dave 47:4, 5, 6
56:8, 9

Dave's 47:7
days 25:8
DC -2:1
death 26:21, 22
December 7:8
declaration 68:10
defendant 3:17
Defendants -2:1,
1 2:1
degree 13:22, 24
delivery 67:9
deponent 68:22
deposed 4:8, 19
deposit 55:19
DEPOSITION -2:1
2:1 3:1, 3 4:23
6:3, 9 17:2 26:16
34:12 68:7, 15, 18
describe 11:9, 18
14:14 26:7 29:15
31:24 33:10
35:22 36:22 38:8,
11 40:22 41:3, 21
45:19 62:4
described 28:25
design 11:11
desks 57:22
determine 42:15
development 11:3
device 49:10
different 25:19, 21,
22 65:8
digit 66:14, 15, 16
digits 24:14
Direct 2:1 3:23
28:9 29:23 64:12
discuss 44:25
discussed 22:9
36:4 44:22, 23
45:8 51:15 57:10
discussing 37:6
DISCUSSION
19:25 69:2
distinction 54:20
DISTRICT -2:1, 1,
1, 1 3:6 60:4
DIVISION -2:1, 1
divisions 62:7
doing 30:1 49:20

67:12
**dollar** 20:24
**domain** 9:25
**door** 19:23
**dot** 10:1
**DPRK** 8:14
**DRAFT** 3:1 4:1
5:1 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1
**Drake** 13:4 56:10,
11
**driver's** 7:16, 20,
23 8:1
**duly** 3:21
**duties** 11:9

< E >
**early** 46:22
**earns** 33:11
**Echo** 41:15
**Eclipse** 41:5
42:22
**education** 13:23
**either** 11:14
17:19
**elaborate** 11:19
62:20
**electronics** 21:24
26:14

**E-mail** 9:9, 11, 24
27:6
**EMC** 40:23, 25
41:2, 7, 9, 14
42:11, 18, 20, 21
43:20 44:7 45:7,
10, 12, 13, 18
46:23 47:2, 2
49:17 52:15, 15
**employed** 10:25
**employees** 19:5,
8 22:11, 18, 21, 25
36:10, 11
**EMZ** 41:3, 13
**ended** 33:5
**enter** 43:7
**entered** 45:5
**enters** 26:16
**entire** 62:13
**entities** 52:8
55:1, 4 57:4
**equipment** 26:1,
14 30:11, 11, 16,
25 33:14, 15, 17
59:11, 12
**Eric** 2:1 13:6
26:16 64:20
**escrow** 57:5
**estate** 56:15, 18
57:1, 2
**estimation** 48:2
63:11
**et** -2:1, 1
**Evan** -2:1, 1
**everybody** 12:23
41:11 47:22
**ex** 60:10
**exact** 4:15 46:8
**Examination** 2:1
3:23
**examined** -2:1
**example** 31:25
32:1 38:16
**Exhibit** 2:1, 1 3:1
24:4 68:4, 6, 14,
14
**exhibits** 23:25
67:24 68:9, 9, 25
**exists** 54:7

**expect** 16:9
**expectation** 47:24
**expectations**
16:10
**expenditures**
19:10
**expense** 38:10
40:11, 13 47:1, 4
**expenses** 18:4
19:6 21:20, 22
22:1, 12, 19, 23
23:1 29:24 30:7
38:12, 13, 25 47:7,
9
**expert** 67:2
**expertise** 14:2
**explain** 16:3
27:15 34:7
**extent** 50:7, 20

< F >
**facilities** 59:2, 3
**facility** 59:14, 15
63:17
**fact** 54:7
**fair** 50:12
**false** 6:2
**FANE** 2:1
**far** 20:20 34:11
43:16 44:9
**fast** 54:21
**FEDERAL** -2:1, 1,
1 3:8, 10 12:20
55:16
**fee** 29:16
**fifth** 29:2
**figure** 46:8
**filed** 52:25
**files** 61:5
**financial** 52:21
**fine** 6:15
**finished** 23:10, 11
**firearm** 26:3
27:17 29:22
30:24 31:1 66:3,
18 67:10
**Firearms** 28:18
29:1 65:19 67:2

**first** 3:21 31:25
32:4, 11 49:1
59:23
**fishing** 23:9
**fit** 40:9
**FITZGERALD** -2:1
**five** 8:8 11:21, 22
60:18, 23
**five-minute** 47:21
60:22
**fluctuates** 44:12
**following** 67:20
**follows** 3:22
**follow-up** 67:13
**food** 21:18 26:3
**force** 62:11, 13
**foreign** 17:19
**former** 10:18
**forms** 16:15
**forums** 27:7
**forward** 20:2
54:21
**foundation** 58:10
**four** 24:14
**fraud** 20:21
**fraudulently** 20:11
**frees** 6:12
**Friday** 59:25
**FTC** 3:4 12:22
59:24 67:22
**full** 7:1
**functioning** 33:16
**fund** 41:21
**funded** 40:7, 11
41:17, 18 46:1, 3
47:11
**funds** 36:23
40:25 41:1 43:23
45:22 49:15
50:14, 18 57:5
60:12 67:6
**furniture** 57:12, 19
**further** 34:14
**future** 11:11

< G >
9:3
**gas** 20:24
**gear** 26:4

Case 4:14-cv-00815-BCW    Document 42-20    Filed 09/27/14    Page 33 of 40

**general** 25:25
**generalities** 53:17
**General's** -2:1
**generate** 15:2
**Germany** 8:14
**gesture** 5:4
**getting** 34:11
  43:12, 14, 16
  48:15 61:9
**gigahash** 62:7
**give** 12:11 16:17
  44:5, 19 48:12
  51:9
**given** 4:21 5:16
  30:4 51:13, 16
  65:16, 18
**giving** 51:17
**go** 12:7 32:22
  34:14 35:23 36:3,
  16 50:14 54:9
  65:7, 14
**goes** 9:25 33:24
  34:15 35:3, 9
  65:21
**going** 26:24 30:9
  34:14, 25 35:5
  37:10 40:18 44:2,
  6 48:5 49:20, 21
  52:11 53:19
  54:21 64:8
**good** 48:2
**Google** 10:6
**government** 55:22
**Great** 5:11 12:14,
  17 13:14 32:10
**greatly** 44:12
**ground** 4:20
  13:15
**gun** 65:21 66:9,
  10
**guns** 27:11, 15
  28:1, 13, 15, 24
  29:1, 12
**guys** 51:2

**< H >**
**half** 20:7
**handgun** 66:20
**Hang** 31:8, 23
  61:12

**happen** 36:25
  37:2 48:6 49:6
**happened** 15:12
  49:5
**happy** 51:2
**hardware** 12:2, 4,
  5 14:7, 8, 10, 15,
  16, 21, 22, 23
  15:10, 13, 14, 15,
  16, 18, 19 33:11,
  18, 19 34:9 54:10
**hate** 26:24
**head** 8:18
**hear** 5:7 33:13
  60:1
**heard** 5:16 19:8
  22:25 41:10, 13
  59:10, 23
**hearing** 49:6, 24
**held** 56:15, 18
  57:9
**helpful** 42:14
  51:5
**high** 58:2
**higher** 51:24
**highest** 13:22
**hold** 8:1, 3, 5
  17:18 19:22
  25:11
**holder** 24:8
**holders** 25:22
**holding** 57:5
**home** 66:7, 8
**hoping** 12:9 48:5
**hosting** 4:13
**hot** 40:23 43:20
  44:7 45:7, 14, 20,
  21 46:2, 3 47:2
  48:13, 18 49:16
  50:13
**hotel** 21:19
**hours** 48:4
**house** 16:22
  27:17
**how's** 46:3
**hundreds** 51:11
**hunting** 23:8

**< I >**

**idea** 35:11, 12, 25
  37:1 42:4 53:14
  57:17 58:3 61:19
  62:10
**Ideally** 33:23
**IDENTIFICATION**
  3:2 34:16
**identified** 2:1, 1
**identify** 3:12
  12:24 32:4, 7, 9
**identifying** 53:21
**Illinois** 7:10
**important** 4:25
**INC,** -2:1, 1
**Inc.** 10:25
**Incidentally** 45:4
**include** 30:14
  43:25, 25
**includes** 43:23
**including** 56:13
**income** 11:20
**incorrect** 62:12
**incur** 29:23
**India** 8:14
**indicate** 25:10
**indicates** 25:11,
  19
**individually** 33:20
**information** 12:10
  14:3 19:8 20:21
  51:13, 16, 17
  53:25 56:5 61:8,
  14
**initials** 41:7
**instruct** 35:1
**intellectual** 43:1
  58:24
**intended** 65:11
**interest** 16:24
  52:9, 12
**interfere** 6:23
**interim** 49:7
**interrupt** 12:7
**inventory** 53:19
**investigator** 68:10
**involving** 4:13
  55:17
**issue** 48:14
**issued** 60:4, 12, 15
**item** 23:19

**items** 23:7, 8
  28:10, 17 32:20
**its** 17:22 30:5

**< J >**
**Jackson** -2:1
**Jeff** 39:11
**Jo** 10:11
**Jody** 13:4 56:8,
  10, 11
**JOHN** -2:1
**Johnson** 2:1, 1
  13:6 14:1 26:16
  64:19, 20
**JOSH** -2:1 3:4,
  14, 20 7:6 9:25
  13:1 24:12 29:7
  49:19 50:6, 12
    i@butterflylabs
  .com 9:12
      @cowmail.org
  9:12
**Joshua** 7:2
**J-O-S-H-U-A** 7:2
**judge** 6:8 12:8,
  12 49:1 50:1
  60:5
**judgments** 55:11,
  13
**July** 63:10, 23
**June** 63:9, 23
**Juniper** 9:3

**< K >**
**K01-12-0509** 7:25
**Kansas** -2:1, 1
  2:1, 1 7:19 8:24
  9:3 56:22
**keep** 27:12 68:3,
  8
**keeping** 52:21
**KENNYHERTZ** 2:1
**kept** 63:4
**key** 48:24 49:11,
  22 66:12
**keys** 49:8
**kill** 26:24, 25
**kind** 12:4, 9
  28:17 35:25

Case 4:14-cv-00815-BCW   Document 42-20 Filed 09/27/14   Page 34 of 40

57:24
**kinds** 23:7, 8
**knocking** 19:23
**know** 6:13 9:15,
21 10:22 11:22
12:6 13:16 16:6
17:10, 20 18:6, 8,
9, 14, 16, 18, 20, 22
19:14 20:15, 20
21:5, 6 22:24
24:18 25:23
31:15, 16, 18 34:3,
5 35:23, 23 36:3,
13, 18 37:5, 12, 15,
19, 22, 25 38:3, 19,
20 39:12, 15, 16
40:2, 8 41:25
42:3, 9, 10 44:4, 9,
10 47:10, 11, 13,
15, 18 48:1, 24
49:1 52:7, 19
53:3, 9, 12 54:4, 7,
8 55:19, 25 56:1,
2, 3, 21 57:7, 15,
21 58:4, 8, 15
59:6, 9, 10, 14, 19,
22 67:8
**knowledge** 9:18,
20 17:3 19:17
45:1 52:6 55:18
56:14 57:11
58:23 59:1, 21
**knows** 54:7 58:11

**< L >**
**Lab** 14:24 18:6
20:4
**labeled** 65:11
**LABS** -2:1, 1 3:5,
15 8:20 10:25
11:15, 16 13:2, 4
17:22 19:12, 16
23:13 28:12, 20
31:11 32:18
33:22 42:16, 19,
20 45:10 48:20
52:4, 8, 18, 20
54:3 55:4, 11, 14,
19, 22 56:4, 12

59:24 61:2, 11, 22
62:23
**lack** 58:10
**Lamberton** 3:9
12:21, 21
**Lamer** 13:5, 5
48:10, 10, 23 50:1,
16 51:1, 6 60:21
67:15
**laptop** 32:19
49:11 61:4, 5, 8,
12, 14, 18, 20
**laptops** 57:22
**law** -2:1 54:16
**lawsuit** 54:7
**lawsuits** 52:24
54:6
**lay** 4:20
**learned** 59:23
**leased** 59:4
**leave** 68:25
**left** 25:9 65:13
**legal** 36:6 44:25
**length** 47:24
**letting** 6:13
**liaison** 11:13
**license** 7:16, 20,
23
**licensed** 58:21
65:24 66:1, 22
**licenses** 8:1
**limit** 34:17
**limited** 34:12
**line** 62:13 63:19
**list** 51:11 56:15,
18
**lists** 24:7
**litigation** 54:14
**little** 34:11, 14
42:13 43:13
48:12
**live** 9:2, 7
**living** 8:25
**loan** 16:18
**loaned** 65:17
**loans** 16:18
**located** 31:21
65:20

**location** 34:16
43:13 48:19, 19
64:21, 24, 25 66:6
**locked** 27:16
**lodging** 21:18
**London** 20:11
**long** 8:25 9:7
10:12 11:4 38:17
40:1 46:20 63:12
**look** 24:3, 22 65:8
**looking** 25:11
**low** 40:9

**< M >**
**machine** 33:21
61:25 63:16
**machines** 34:1
35:5 64:2
**Mailstop** -2:1
**making** 25:17
50:23
**Malini** -2:1 3:7
12:19 45:4 60:25
68:4
**manager** 47:6
**manufacture**
33:18 62:8, 9
**manufactures**
33:22
**March** 10:15
**Marin** 2:1 3:18,
18
**MARKED** 3:2
23:23 68:13, 14
**market** 17:17
19:12
**married** 10:8, 12,
16
**matter** 3:4 4:16
34:12
**MCA** 4:18
**McClain** 47:6
56:9
**means** 32:21 62:4
**medication** 6:22
**mentioned** 9:21
61:10, 24 66:3
**message** 27:6
**Messner** 53:13,

18 54:10
**Mexico** 8:15
**middle** 29:8
**Mike** 41:15
**mind** 23:25 34:4
**mine** 14:25 62:16,
19 63:6, 25
**miners** 42:4 62:1,
3, 4, 14 63:13
65:2, 7, 14
**Mining** 12:5
14:10, 11, 15, 16,
22 15:10 33:6, 9,
21 35:3, 4, 9 41:4,
4, 5, 18, 19, 19, 22
42:7, 8, 19, 22, 24
43:6 46:4 61:24
62:7 63:1, 12
**minute** 60:19
**minutes** 12:8
45:5
**miscellaneous**
26:4
**MISSOURI** -2:1, 1,
1, 1 2:1, 1 3:6
**Mithal** -2:1 2:1
3:3, 7, 24 12:14,
17, 19, 19, 23 13:9,
14 19:24 20:3
21:11, 14 22:16,
18 24:3 26:19
31:2, 5, 7, 8 32:9,
20 34:19, 20 35:3
36:17 41:13, 16
42:17 43:19 44:5,
7 45:7 47:5, 21
48:1, 22 49:25
51:4, 7 53:24
54:17 55:2, 6, 9,
10 57:18 58:13
59:20 60:17, 25
61:1, 12 63:16
64:4, 11, 17 67:22
68:2, 5, 11, 19, 24
**modification** 11:12
**moment** 8:16
18:5
**Monarch** 15:20,
21, 22 16:1, 4, 7, 9,

12, 16
**Monday**  16:5
**Monday's**  49:6, 24
**monetary**  55:10, 13
**money**  17:17, 22
  19:12
**monitor**  35:13
**monthly**  29:16
  35:10  37:23  38:3
**months**  9:1, 17
**morning**  13:16
**move**  9:4  20:2
  39:19  45:17  52:2
**mute**  44:6  64:6

**< N >**
**N.W**  -2:1
**name**  3:7, 14  7:1
  10:10, 19  14:23
  24:9  36:18  53:12
  66:1  68:22
**names**  7:4  53:10
**nanometer**  62:7
**narrow**  43:17
**nature**  53:14  54:6
**Navy**  65:22
**nearing**  60:17
**need**  13:10  48:4
  68:6  69:1
**needed**  26:7
**network**  37:4
**never**  64:21
  65:11
**new**  59:11
**Nichols**  2:1
            f@gmail.co
m  9:13
**nod**  5:4
**NOON**  12:18
**NOS**  3:1
**notes**  55:24
**Notice**  -2:1  4:18
**number**  4:21
  7:11, 24, 25  10:2,
  6  12:16  20:10, 16
  24:13  25:20, 20
  32:6  65:6
**numbers**  7:14

10:5  18:9  25:21
**numerous**  26:21

**< O >**
**oath**  3:22  5:25
  13:10, 13
**object**  44:2
**obtain**  43:10
**obtaining**  49:10
**obviously**  13:16
  68:12
**occasion**  36:24
**October**  25:5
**offhand**  36:2
**Office**  -2:1, 1
  13:8  21:24  26:6,
  6, 8  27:12, 12, 16
  29:23  30:20
  38:15  57:13, 14,
  18  62:21  63:20
  65:13
**offices**  -2:1
**OFF-THE-RECORD**
  19:25  69:2
**Okay**  3:25  4:8,
  16, 19  6:6, 11, 16,
  22  8:12, 19  9:9
  10:2, 8, 10, 25
  11:18, 25  13:14,
  19, 25  14:5  15:21
  16:3  17:16  19:18
  21:3, 17  23:23
  24:19  25:1, 5, 17,
  24  26:5  27:11, 15
  28:6, 9  29:17
  30:9, 21  31:5, 23
  32:14  33:9  34:19
  35:21  36:15, 20
  40:13, 24  41:16
  42:9, 17  43:19
  44:5  45:7, 17
  46:5  47:22  48:8,
  21, 22, 25  49:6, 24,
  25  51:3, 4, 13, 16,
  20  52:20  53:10
  55:6  56:11  57:18
  58:13  60:11  61:1,
  5, 12  62:14  63:18
  64:4, 5, 11, 17
  65:2, 7, 12, 19

66:8  67:11  68:12,
24
(        8:24  67:1
**old**  59:11  61:20,
21
**OMB**  28:15  29:1,
12
**Once**  4:11  67:5
**ones**  8:17  9:13,
  16  53:12  66:16
**online**  45:21
**operations**  44:17
**opportunity**  64:9
**Order**  34:13  60:4,
  10, 12, 14
**organize**  10:1
**original**  68:4
**outdoor**  23:6
  25:25  30:16
**outside**  8:7  35:2
  52:18  62:23
**outstanding**  21:3
**overall**  48:13, 14
  50:3
**owed**  40:25  41:1
  43:23  54:2  55:11,
  14
**Ownby**  39:11
**owned**  57:2, 3, 15
  58:21
**ownership**  16:24
  52:9, 12
**owns**  56:21  58:5,
  11

**< P >**
**page**  4:23  24:4, 5,
  7, 22  25:12, 19
  29:2, 3, 3, 5, 8
  41:12
**pages**  29:4
**paid**  29:17
**paper**  17:18
**part**  -2:1  29:10
  63:3
**parte**  60:10
**partially**  49:9
**particular**  14:2, 23
  31:16  32:10, 18

**partnerships**  52:7
**party**  36:15  44:1
**passing**  23:25
**passport**  8:3
**passports**  8:5
**passwords**  49:12
**patents**  58:22
**pay**  16:20  32:20,
  24  33:2  39:20
**paying**  17:9
  45:16
**payments**  16:18
  32:17, 22  33:6
  35:19  36:1, 3, 12
**pending**  -2:1  3:5
  34:23  52:24
  54:14, 14
**Pennsylavnia**  -2:1
**people**  11:17
  43:15  44:1  59:10
**percent**  49:14
**period**  63:8
**perjury**  6:3
**permission**  30:1
**Perry**  2:1, 1  3:16,
  16  4:4, 5  12:6
  13:3, 3, 12  17:8, 9
  19:22  20:1  21:10,
  12  22:13  24:2
  30:22  31:6  32:3,
  15  34:10, 25
  36:16  41:6, 9
  42:13  43:12  44:2,
  24  46:22  47:23
  48:8  50:20  53:19
  54:5, 13, 21  55:3,
  7  57:15  58:4, 7, 9
  59:17  60:20, 23
  61:9  63:14  64:1,
  8, 14  67:16, 18, 25
  68:9, 12, 16, 25
**personal**  19:6, 9
  22:12, 19, 22  23:1
  30:18  64:23
**personally**  19:2
  22:3, 6  27:10
**persons**  57:4
**Peter**  3:9  12:21
  60:25

ph 53:*13*
phone 10:*2*
phrase 33:*13*
physically 44:*18*
piece 15:*9* 33:*19*
pieces 34:*9*
pistol 27:*16*
65:*21*
Plaintiff -2:*1, 1, 1,*
*1* 3:*8, 10*
plaintiffs 54:*23*
plaintiff's 54:*24*
planning 11:*11*
28:*6* 47:*23*
plans 9:*4*
please 5:*3, 7, 12*
7:*1, 23* 12:*13, 24*
24:*1, 22* 68:*8*
pocket 29:*3*
point 51:*23*
61:*10* 64:*14*
pool 41:*4, 5, 5*
42:*7, 8, 12, 24*
43:*6* 44:*4* 45:*16*
position 11:*6*
possesses 50:*11*
possession 28:*5*
39:*2* 48:*16* 49:*13*
61:*2, 11*
possible 11:*12*
24:*19, 21*
possibly 21:*18,*
*19, 24* 56:*8*
potential 11:*17*
26:*9*
potentially 26:*10*
premises 65:*20*
Present 2:*1* 3:*12*
8:*23*
Presumably 56:*6*
presume 40:*9*
pretty 43:*16*
Primarily 8:*20*
38:*14*
primary 9:*13*
print 66:*13*
prior 9:*7* 39:*10,*
*16* 40:*19*
private 27:*6*
48:*24* 49:*8, 11, 22*

probably 32:*3*
33:*8* 42:*2* 63:*17*
problem 51:*6*
proceed 4:*23*
proceedings 54:*1*
55:*17*
process 49:*2, 21*
produced -2:*1*
product 11:*3*
products 11:*11,*
*13* 14:*11* 43:*2*
65:*9*
promised 16:*11*
pronounced 36:*18*
proper 34:*17*
43:*17* 67:*12*
properly 33:*16*
property 43:*1*
58:*25* 61:*2, 22*
62:*23* 64:*23*
protection 26:*6, 8*
30:*20*
protocol 48:*14*
provide 43:*2*
provides 43:*4*
provisions 46:*18*
publicly-listed
56:*13*
purchase 23:*12*
26:*2* 27:*23* 28:*9,*
*19* 29:*12, 15*
30:*10, 15* 42:*25*
43:*1*
purchased 23:*19*
25:*25* 26:*3* 27:*11*
29:*1* 30:*23, 25*
38:*14* 42:*20*
52:*15* 66:*4* 67:*5*
purchases 21:*8,*
*14, 17, 18, 22* 22:*3,*
*6, 7* 25:*2, 4, 17*
27:*21*
purchasing 28:*13*
purpose 8:*19*
18:*18* 26:*5* 30:*5*
42:*25*
purposes 22:*9*
47:*24*
pursuant -2:*1*

34:*13* 53:*22*
put 54:*13* 68:*22*

< Q >
question 5:*7, 11,*
*15* 11:*19* 13:*20*
21:*13* 22:*5, 17*
31:*22* 34:*22, 23*
35:*1* 38:*2* 44:*3,*
*24* 53:*23* 56:*1*
questions 4:*25*
5:*2, 22* 11:*17*
13:*17* 31:*9* 42:*15*
51:*2, 7* 56:*3, 4*
60:*18* 64:*9, 12, 16*
67:*13, 17, 21*
quite 40:*1*

< R >
range 29:*16*
read 7:*23* 24:*11*
34:*21, 24*
reading 25:*6*
real 56:*15, 18*
57:*1, 2* 67:*13*
really 53:*7*
reason 5:*20*
recall 4:*15* 9:*14*
15:*5* 20:*5* 23:*16*
25:*17* 27:*2, 22*
28:*23* 30:*6* 31:*4*
46:*8, 25* 62:*15*
receive 11:*23, 25*
12:*2* 14:*7, 9, 12,*
*19* 15:*4, 9, 22*
16:*3, 9, 12* 27:*20*
54:*11* 62:*14*
received 11:*20*
14:*20, 21* 15:*14,*
*24* 20:*5* 26:*21*
62:*1, 3, 25* 63:*9*
Receiver 2:*1, 1*
*3:19* 13:*6* 28:*4, 5,*
*7* 32:*1* 37:*11, 13,*
*17, 20* 39:*1, 2, 9,*
*17, 25* 40:*18, 19*
44:*14, 19* 45:*1, 5,*
*8* 46:*15* 47:*19*
48:*11* 50:*22*
51:*14, 17, 18*

53:*21* 56:*22*
59:*20* 64:*15*
receiver's 64:*15*
67:*20*
receiving 17:*1*
RECESS 12:*18*
recollection 5:*17*
25:*1* 30:*8*
record 7:*23* 32:*8*
50:*7* 54:*13*
records 52:*22*
redacted 29:*10*
reference 32:*6*
referred 62:*11, 13*
referring 15:*16,*
*18* 22:*13, 14*
32:*11*
refresh 25:*1*
regard 26:*22*
relate 54:*6*
related 14:*15*
22:*1* 27:*8, 9, 10*
33:*7* 38:*15* 42:*16,*
*18, 19* 47:*9*
relation 17:*22*
relationship 17:*21*
relationships
43:*15*
remember 23:*17,*
*19* 25:*4*
renting 56:*24*
repeat 5:*8, 12*
21:*13*
rephrase 22:*5, 17*
26:*18* 31:*23*
40:*18* 45:*12*
replenished 40:*8*
Reporter -2:*1* 5:*1*
13:*11* 23:*24*
34:*21, 24*
representations
34:*6*
represented 3:*25*
17:*4*
requested 40:*8*
residence 8:*23*
residing 66:*25*
resolve 67:*23*
resolved 54:*15*

respect 48:12 49:16 65:19
responsibilities 11:10
responsible 52:20
Restraining 34:13 60:4
result 54:3
resume 13:19
retail 24:24
return 63:1
returned 63:19
revenue 33:6, 9 35:3, 9
rifle 66:21, 22 67:3
right 41:13 52:2 59:18 61:25
rights 50:11
risk 50:4
Road 2:1
role 17:21
room 4:5 6:12 12:24
ROUGH 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1
roughly 37:22 49:14

rules 4:21 13:15
run 63:22
Ryan 7:2
R-Y-A-N 7:2

< S >
safe 27:16 29:21 55:19 65:21 66:9, 10
salary 16:15
Sauer 65:22
savings 55:23
saw 64:25 65:1
says 24:5 25:12, 15 29:3, 5, 7 68:14
science 14:4
scope 35:2 43:18 63:15 64:2
sec 25:12 31:8, 23
second 19:23 24:4 30:10 34:11 37:11, 15 44:6, 6 45:10 60:20 61:13 64:6, 7
section 48:7 52:11
secured 66:8, 12
securities 55:23 56:13
securitization 67:9
Security 7:11, 13 49:8
see 24:6, 9, 15, 23 25:5, 8, 13 29:6, 7 34:14 48:1 60:3
seeing 23:22
seek 26:13 30:1
seen 60:9, 10
sell 23:7 28:17
sells 26:2
semiautomatic 67:3, 4, 5
send 50:18 59:10
sense 31:22 48:6
sent 33:12 35:5 40:9
separate 48:21

50:2
September -2:1
series 4:24
servers 48:20, 21
service 43:4, 5
services 43:8, 11
set 14:20 62:1, 3, 4, 5, 14 65:2, 5, 7
settlements 55:11, 13
seven 31:19 46:22
shelf 65:8
ship 15:13, 15, 19 16:1
shopping 58:20
shows 29:12
sick 6:16, 18, 19, 20, 21
side 67:19
Sig 65:22
signatories 18:16
signatory 17:23 18:11, 14
similar 45:20 54:12
Single 14:24 54:23 62:6
singles 62:5
sir 26:23
site 48:19 59:2
six 9:1, 17 10:13 66:14, 15, 16
skipped 58:9
Slovenia 8:14
Social 7:11, 13
software 58:16, 18, 19, 20
sold 34:1
Sonny 13:4 36:13, 14, 17 39:11, 18 40:9 56:6 60:2
sorry 6:17 12:6 19:22 20:1 21:10, 13 22:13 25:6 26:18 29:4 30:9 31:6 34:21 36:16 40:18 45:12 48:2

55:7 57:2
sort 16:11 26:25
sounds 12:14, 17
speak 5:1
Speaking 8:22 11:14, 16
specific 14:11 15:23 23:20 38:16 65:6
specifically 15:5
specifics 53:16
spell 7:1
SPENCER 2:1
spoken 30:13, 14
spouse 10:10, 18
spouse's 10:14
start 32:13 33:9
starting 12:25 31:25
State -2:1 7:1, 18 55:16
statement 25:12
States -2:1, 1, 1, 1 8:7
station 20:25
status 18:20
step 58:9
stocks 56:13
stop 34:10 53:19
storage 36:23 37:16, 19, 23 39:3, 13 47:1 48:13, 18 49:10, 13 59:3
store 23:3, 6 26:1 28:15, 17, 19
stored 32:18 49:23 61:15
Street -2:1, 1
structure 14:15
subject 4:16 6:3
subjected 34:12
Suite -2:1 2:1, 1
supplies 21:24 26:6
supporting 30:10
suppose 58:20
supposed 12:2 14:7, 9, 12 15:9, 21

John M. Bowen & Associates
(816) 421-2876
911 Main Street, Suite 1930
Kansas City, MO 64105
Page: 9
Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 38 of 40

sure 4:22 5:3
19:24 23:9 29:21
33:7, 16 36:13
41:11 47:23
52:23 53:24, 25
54:20 64:8 65:3
swept 36:24
switch 6:12
sworn -2:1 3:21
systems 14:3

< T >
table 65:1
take 12:11 23:23
24:3 26:13 47:21
60:18, 21
takedown 4:18
taken 45:23 48:9
55:1, 4 60:24
talk 12:8 16:14
17:16 25:24
59:10 67:9
talked 13:15
16:15, 16 17:11
37:15 51:20
talking 14:5
30:23 34:9 43:21
53:20
taxes 11:24
technical 14:2
technically 58:21
telephone 6:9
10:4
tell 8:12 13:22
31:20 42:17
51:22 52:24 53:5,
5, 10, 23
Temporary 34:13
60:3
tenor 63:7
Teresa 68:5
Terrace 8:24 9:3
test 33:15, 17, 19,
20, 22
testified 3:21
testify 5:20 6:7,
23
testimony 5:24
6:2 34:18

Thank 21:12
24:2 31:3, 6
32:16 34:18, 19
41:16 51:4 55:9
56:11 68:8
thing 13:15
20:23 26:25
things 33:1, 8
48:25 57:22, 24
think 11:23
20:14 29:2 32:3
38:15 41:9 42:13
48:3 54:8, 11
58:9 59:19 61:9
64:4, 5 65:2, 10
67:18 68:17, 21
Thomas -2:1
12:15 13:7, 7
45:4 67:17, 23
68:3, 13, 17, 21
thousands 51:12
threats 26:21, 22
three 8:13, 13
24:23
thumb 66:13
Thursday -2:1
tickets 21:19
time 11:7 12:7
17:1 26:17 37:20,
25 38:6, 17, 18, 21,
23 39:9 40:1, 2
46:19, 20 47:16,
25 48:9 54:9
59:23 60:6, 24
63:8 64:15
timeframe 16:11
times 4:10
title 11:2, 4
today 4:5 5:22,
24 6:7, 16, 18, 21
7:21 17:4, 12
today's 17:2
told 20:23 30:5,
7, 8 51:22
tomorrow 48:5
top 8:18 25:12,
19 49:17
topic 43:13
total 49:15

TRADE -2:1, 1, 1
3:9, 11 12:20
transactions 50:21
transcribe 5:2
transfer 50:2
transferred 49:4
transferring 50:9
transfers 50:4, 23
travel 21:20
traveled 8:7
treasury 55:23, 24
trips 8:19
TRO 35:2 53:22
63:15 64:2 68:12
true 48:16
trust 57:6
truthfully 5:21
6:23
Try 5:4
turn 24:4 29:2, 4
37:11 44:18
64:12
turned 28:4
37:12, 16, 20 39:1,
25 44:14 46:15
47:18
turning 28:6
two 8:13 11:5
15:7 29:4 48:17,
21, 25
type 8:21 14:8
26:4 33:19 38:13
41:19 58:18
66:18, 20
typically 27:6

< U >
U.S 8:3 13:8
17:19 26:10
55:22
UK 8:14
uncashed 19:15
understand 4:19
5:5, 9, 11, 13, 18,
24 6:2, 6 13:17,
18 20:8 50:16
54:20
understood 5:16
United -2:1, 1, 1, 1

8:7
unrelated 11:15
use 7:4 9:9, 11,
14 15:2 18:3
27:18 29:21 30:7,
18 35:15 38:12
52:18 67:24
users 40:25 41:2,
20, 21, 24 43:23,
25 44:4 45:16
46:4 50:15

< V >
value 44:10 51:20
valued 58:1, 2
values 51:22, 23
Various 23:8
33:6 35:19 36:12
49:3
vault 49:23
vehicles 58:14
verbalize 5:3
versus 3:4
video 6:12
violating 60:14
Violent 26:13, 20
virtual 52:2, 5
Vlesiedes 13:4
36:17 37:8
voice 10:6
VP 11:3
vs -2:1
vulnerable 37:3

< W >
waiting 16:5, 6
walked 68:6
wallet 31:12, 24
32:1, 2, 4, 5, 12, 13,
16, 17, 18, 22, 24
33:3, 5, 12 34:20
35:4, 9, 13, 15, 21
36:20, 23, 24 37:3,
10, 15, 16, 19, 23
38:2, 8, 10, 11, 12,
20 39:3, 6, 8, 13,
19, 20, 24 40:5, 7,
10, 11, 13, 15, 22,
23, 24 41:17
42:11, 18 43:20,

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 39 of 40

20  44:8, 11  45:7,
13, 14, 17, 18, 18,
20, 22  46:2, 3, 5, 7,
12, 19, 21, 23  47:1,
1, 1, 2, 2, 3, 4, 7, 11,
13, 15, 18  48:14,
17, 18  49:4, 13, 14,
16, 17  50:2, 13, 24
51:9, 10, 21
wallets  31:10
34:16, 17  36:21
40:20  41:21
46:25  48:13, 17
49:3  50:5, 10, 21
51:8, 24  61:15
walls  57:24, 25
Walnut  2:1
want  4:20, 22
13:9  41:11  53:24
54:3  63:22  68:22
wanted  13:20
48:11
warehouse  59:4,
5, 7
Washington  -2:1
waste  54:9
way  25:8  26:12
32:7  35:21  40:12
44:18, 19  54:15
60:15  67:12
WBCW  3:5
web  4:13
website  34:7
40:25  41:2, 3, 4
week  20:6, 13, 14,
15  56:22
well  6:14  11:7
27:9  44:1
we're  12:16
34:11  41:6  43:12,
14, 20  46:23
53:20  54:1  60:17
61:9  64:1, 8
West  8:24
WESTERN  -2:1, 1,
1, 1  3:6
We've  24:2  30:13,
14  44:22  50:6
Whittaker  -2:1, 1

Widmere  59:14,
16  63:17  64:21,
23  65:3, 12
W-I-D-M-E-R-E
59:17
wife  17:13  66:11,
12, 15
Wigner  59:15
Winfield  7:10
wish  51:19
withdrawals
18:24  19:2, 6
WITNESS  3:14, 21
13:1  24:1  30:24
35:1  41:8  45:3
50:13, 18, 25  55:5
57:17  58:6, 8
59:19
Woodlawn  53:13
54:11
worked  15:6
working  48:25
49:1
worth  14:16
61:18
wraps  67:18
wrong  25:6

< X >
X'd  24:14

< Y >
Yeah  8:18  26:7
50:18
year  4:15  8:17
9:4, 19  11:24
14:17, 18  25:10
61:21  63:10, 23
years  4:15, 21
8:8, 13, 13  9:8
10:13  11:5, 21, 22
15:7

< Z >
ZERLAN  -2:1  3:4,
14, 20, 25  6:14
7:2  9:23  12:25
13:1, 9, 14  24:3,
12  28:1  29:7
31:24  38:9  39:22

42:18  49:19
52:12  61:1  62:2
64:20
Z-E-R-L-A-N  7:3

Case 4:14-cv-00815-BCW   Document 42-20   Filed 09/27/14   Page 40 of 40