IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-00815-BCW |
| | ) | |
| BF LABS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## EMERGENCY MOTION TO INTERVENE

**COME NOW** Kyle Alexander and Dylan Symington, on behalf of themselves and all those similarly situated, by and through their attorneys of record, and pursuant to Rule 6(c)(1)(C) and Rule 24 of the Federal Rules of Civil Procedure, hereby move to immediately intervene in this action. Suggestions in Support of this Motion are filed herewith.

Date: September 28, 2014

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  *Noah K. Wood*
Noah K. Wood                MO #51249
noah@woodlaw.com
Ari N. Rodopoulos            MO #58777
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

*Attorneys for Kyle Alexander and Dylan Symington*

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served a copy of the foregoing document via e-mail on the following counsel of record and *pro se* parties:

| | |
|---|---|
| Helen Wong, DC Bar # 997800<br>Teresa N. Kosmidis, NY Bar# 4533824<br>Leah Frazier, DC Bar# 492540<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Mail Stop CC-10232<br>Washington, D.C. 20580<br>202-326-3779 (Wong)<br>202-326-3216 (Kosmidis)<br>202-326-2187 (Frazier)<br>Facsimile: 202-326-3768<br>hwong@ftc.gov<br>tkosmidis@ftc.gov<br>lfrazier@ftc.gov | James M. Humphrey, MO # 50200<br>Michael S. Foster, MO # 61205<br>Miriam E. Bailey, MO # 60366<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112-1895<br>Telephone: (816) 753-1000<br>Facsimile: (816) 753-1536<br>jhumphrey@polsinelli.com<br>mfoster@polsinelli.com<br>mbailey@polsinelli.com |
| Charles M. Thomas, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO 64106<br>Telephone: (816) 426-3130<br>Facsimile: (816) 426-3165<br>E-mail: charles.thomas@usdoj.gov | Braden M. Perry, MO # 53865<br>KENNYHERTZ PERRY LLC<br>420 Nichols Road, Suite 207<br>Kansas City, MO 64112<br>Direct: 816-527-9445<br>Mobile: 913-488-4882<br>Fax: 855-844-2914<br>braden@kennyhertzperry.com |
| *Attorneys for Federal Trade Commission* | *Attorneys for Defendant BF Labs Inc., Darla Drake, Nasser Ghoseiri, and Sonny Vleisides* |

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

*Attorneys for Receiver Eric L. Johnson*

      /s/ Noah K. Wood
*Attorney for Kyle Alexander and Dylan Symington*