

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Southern Division

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN TELNET, INC., a corporation, )<br>)<br>MICHAEL ABRAHAM PARDES, )<br>individually and as an officer of American )<br>TelNet, Inc., )<br>)<br>TED LIEBOWITZ, individually and as an )<br>officer of American TelNet, Inc., and )<br>)<br>MICHAEL SELF, individually and as an )<br>officer of American TelNet, Inc., )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:99-01587-CIV-KING<br><br>Magistrate Judge O'Sullivan<br><br>**PLAINTIFF'S OPPOSITION TO LINDA PAIS' REQUEST FOR EXPEDITED HEARING ON "EMERGENCY" MOTION FOR RULE 24 INTERVENTION** |

Plaintiff, by and through counsel, hereby opposes Linda Pais' request that her petition for Rule 24 intervention be treated as an emergency, and opposes Linda Pais' request for an expedited hearing. Plaintiff shall be filing a separate Memorandum in Opposition to Linda Pais' Motion for Rule 24 Intervention within the time permitted by Local Rules. Pais' request for an



EXHIBIT
9

emergency treatment and an expedited hearing is inappropriate and should be denied.

The sole basis asserted by Pais for emergency treatment is that a hearing should be held "before a settlement is reached between the Federal Trade Commission and American TelNet." A settlement was reached between the FTC and American TelNet (as well as two of the three individual defendants) and a signed Stipulated Final Order forwarded to the Court on June 7, 1999. The Honorable James Lawrence King signed and entered the Stipulated Final Judgement and Order on June 14, 1999 – twenty-five days before the instant motion was filed.[1] No other emergency grounds are cited. Therefore, no basis no exists for emergency treatment or an expedited hearing. Pais does not assert any cognizable prejudice under the regular timelines and procedures established by the Federal and Local Rules.

Therefore, plaintiff respectfully requests that this Honorable Court deny Linda Pais' requests to proceed on an emergency basis and for an expedited hearing.

Respectfully submitted,

DATED:

Debra Valentine
General Counsel

JOANNA P. CRANE
FRANK GORMAN
Attorneys
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
(202) 326-3258

---

[1] The issue of the timeliness of Pais' motion, as well as the inappropriateness of a Rule 24 motion in these circumstances, will be addressed in Plaintiff's memorandum in response to the motion to intervene.

## Certificate of Service

I certify that a true and correct copy of this Plaintiff's Opposition to Linda Pais' Request for an Expedited Hearing was served upon the following persons by first-class mail, postage prepaid, on July 16, 1999:

Kenneth J. Vianale, Esq.
The Plaza, Suite 900
5355 Town Center Road
Boca Raton, FL 33486

Ralph M. Stone, Esq.
Shalov, Stone & Bonner
276 Fifth Ave., Suite 704
New York, NY 10001

Lewis Rose, Esq.
Arent Fox Kintner & Kahn, PLLC
1050 Connecticut Ave., NW
Washington, DC 20036

Ronald Marlowe, Esq.
Martens Dunaj Marlowe Davis & Marlowe
201 South Biscayne Blvd.
Suite 880 Miami Center
Miami, FL 33131

Frank M. Gorman
Attorney for Plaintiff
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
(202) 326-3282