

Noah Wood <noah@woodlaw.com>

# FTC v. BF Labs, 14-00815 (W.D.Mo.) / Alexander et al. v. BF Labs, 14-02159 (D.Ks)

**Wong, Helen** <hwong@ftc.gov>    Fri, Sep 26, 2014 at 5:14 PM
To: Noah Wood <noah@woodlaw.com>
Cc: "Frazier, Leah" <lfrazier@ftc.gov>, "charles.thomas@usdoj.gov" <charles.thomas@usdoj.gov>, "Kosmidis, Teresa" <tkosmidis@ftc.gov>, Ari Rodopoulus <ari@woodlaw.com>

Noah,

I spoke to my managers and they have advised me that since this is a statutory enforcement action, intervention would not be permissible. We would oppose the motion.

Thanks,

Helen


Helen Wong

Federal Trade Commission

Phone: (202) 326-3779


**From:** Noah Wood [mailto:noah@woodlaw.com]
**Sent:** Thursday, September 25, 2014 5:13 PM
**To:** Wong, Helen
**Cc:** Frazier, Leah; charles.thomas@usdoj.gov; Kosmidis, Teresa; Ari Rodopoulus

[Quoted text hidden]

[Quoted text hidden]



EXHIBIT 10