UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 4:14-cv-00815-BCW |
| Plaintiff, | |
| v. | |
| BF LABS, INC., *et al.* | |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff, Federal Trade Commission ("FTC"), respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 65, to extend the temporary restraining order ("TRO" or "Order") the Court issued on September 18, 2014. The FTC requests that the TRO remain in effect until 11:59 o'clock p.m. on the 29th day of September 29, 2014, or until the Court issues its ruling following the preliminary injunction hearing in this matter. In support of this Motion, Plaintiff states as follow:

1. As specified in section XXV of the TRO, the Order is set to expire at 9:00 o'clock a.m. on the 29th day of September, 2014. Further, as ordered in Section XXII of the TRO, the parties are appearing before this Court on the 29th day of September, 2014, at 9:00 o'clock a.m. for a preliminary injunction hearing.

2. Because the dissipation, destruction, or concealment of assets and records would frustrate the Court's ability to award effective final relief for the consumer victims of

Defendants' unlawful practices, the FTC would request entry of an order to extend the TRO pending the outcome of the preliminary injunction hearing.

WHEREFORE, Plaintiff requests that the Court extend the temporary restraining order issued on September 18, 2014, until 11:59 p.m. on September 29, 2014, or until the Court issues its ruling following the preliminary injunction hearing.

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: September 28, 2014          /s/ Teresa Kosmidis
                                   Helen Wong, DC Bar # 997800
                                   Teresa N. Kosmidis, NY Bar# 4533824
                                   Leah Frazier, DC Bar# 492540492540
                                   Federal Trade Commission
                                   600 Pennsylvania Ave., N.W.
                                   Mail Stop CC-10232
                                   Washington, D.C. 20580
                                   202-326-3779 (Wong)
                                   202-326-3216 (Kosmidis)
                                   202-326-2187 (Frazier)
                                   Facsimile: 202-326-3768
                                   hwong@ftc.gov
                                   tkosmidis@ftc.gov
                                   lfrazier@ftc.gov


                                   TAMMY DICKINSON
                                   United States Attorney

Dated: September 28, 2014          /s/ Charles M. Thomas
                                   Charles M. Thomas, MO Bar #28522
                                   Assistant United States Attorney
                                   Charles Evans Whittaker Courthouse
                                   400 East Ninth Street, Room 5510

2

Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

3

Case 4:14-cv-00815-BCW Document 45 Filed 09/28/14 Page 3 of 3