IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | Case No. 14-00815 -CV-W-BCW |
| vs. ) | Date: September 29, 2014 |
| ) | |
| ERIC L. JOHNSON, ) | |
| Receiver, ) | |
| ) | |
| vs. ) | |
| ) | |
| BF Labs, Inc., et al, ) | |
| Defendants, ) | |
| ) | |
| KYLE ALEXANDER and DYLAN ) | |
| SYMINGTON, ) | |
| Intervenors, ) | |
| ) | |

MINUTES OF HEARING

HONORABLE Brian C. Wimes presiding at Kansas City, Missouri

Nature of Proceeding: Preliminary Injunction Hearing
Time Commenced: 9:00 a.m.           Time Terminated: 9:30 a.m.

Plaintiff by: Charles M. Thomas, Helen Wong, Leah Frazier, Teresa Kosmidis
Receiver by: Andrea Chase, Bryant Lamer, Katie Jo New Wheeler, Kersten Holzhueter
Defendants by: Braden M. Perry, James M. Humphrey, Michael S. Foster, Miriam Bailey
Intervenors by: Noah K. Wood, Ari Rodopoulos

REMARKS: Above parties present. Court takes up pending motions and rules as stated on the record; order to issue. Based on the statements of counsel, Court is in recess.

Court reporter: Gayle Wambolt
Courtroom Deputy: Joella Baldwin