IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| **Defendants,** | ) |

## ORDER

This matter is before the Court on the Stipulated Motion to Release Funds from Frozen Assets, filed by the Temporary Receiver on October 1, 2014 (Doc. 48). The Court finds that the Motion should be granted.

IT IS ORDERED that Temporary Receiver is authorized to use Defendant BF Labs Inc.'s assets to pay (1) payroll taxes in the sum of $3,611.90 for the payroll approved by the Court on September 24, 2014 (Doc. 25) and (2) bank processing fees up to $500.

IT IS FURTHER ORDERED that the sum of $4,111.90 is released from BF Labs Inc.'s operating account at BMO Harris Bank, N.A. so Temporary Receiver can pay the above-identified sums and Temporary Receiver is authorized to transfer those funds to a separate bank account.

DATED this 1st day of October, 2014.

    /s/Brian C. Wimes
    JUDGE BRIAN C. WIMES
    UNITED STATES DISTRICT COURT

WA 6133613.1