IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-cv-00815-BCW |
| | ) |
| BF LABS INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW,** Aristotle N. Rodopoulos of the Wood Law Firm, LLC, and enters his appearance on behalf of Intervenors KYLE ALEXANDER and DYLAN SYMINGTON, in the above-referenced matter.

Date: October 1, 2014

Respectfully submitted,

WOOD LAW FIRM, LLC

By /s/ Ari Rodopoulos
Noah K. Wood           MO #51249
noah@woodlaw.com
Ari N. Rodopoulos      MO #58777
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

*Attorneys for Kyle Alexander and Dylan Symington*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of October, 2014, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice of process on all parties of record.

                /s/ *Ari Rodopoulos*
                *Attorney for Kyle Alexander and Dylan Symington*

Federal Trade Commission v. BF Labs Inc., et al.  
*Entry of Appearance*  
2  
Case 4:14-cv-00815-BCW   Document 50   Filed 10/01/14   Page 2 of 2