**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-0815-W-BCW** |
| | ) | |
| **BF LABS INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION FOR LIMITED RELIEF FROM THE
ASSET FREEZE AS TO SONNY VLEISIDES**

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant Sonny Vleisides, hereby agree and stipulate for limited relief from the asset freeze for day-to-day living expenses. A Commerce Bank checking account in Sonny Vleisides' name with an account number ending in 9129 is released from the asset freeze to pay for the day-to-day living expenses of Sonny Vleisides during the interim period defined in the Stipulated Interim Order. Nineteen hundred dollars is therefore released for day-to-day living expenses.

Dated: October 3, 2014.

HEREBY STIPULATED:

/s/ Helen Wong_____
Helen Wong
Teresa N. Kosmidis
Leah Frazier
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington DC 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov

1

Charles M. Thomas
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
816-426-3130
charles.thomas@usdoj.gov

Attorneys for Plaintiff


/s/ Michael S. Foster
James M. Humphrey
Michael S. Foster
Miriam E. Bailey
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com


Braden M. Perry
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc.,
Sonny Vleisides, and Darla Jo Drake.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Michael S. Foster
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake.