IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR LIMITED RELIEF FROM THE ASSET FREEZE AS TO DARLA JO DRAKE

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant Darla Jo Drake ("Jody Drake"), hereby agree and stipulate for limited relief from the asset freeze for day-to-day living expenses. A Mainstreet Credit Union savings account in the name of D. Jody Drake with an account number ending in 5091 and a checking account in the same name ending in 9756 are released from the asset freeze for the day-to-day living expenses of Jody Drake during the interim period defined in the Stipulated Interim Order. Fifteen hundred dollars is therefore released for day-to-day living expenses.

Dated: October 3, 2014

HEREBY STIPULATED:

/s/ Helen Wong
Helen Wong
Teresa N. Kosmidis
Leah Frazier
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington DC 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)

1

202-326-2187 (Frazier)
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov


Charles M. Thomas
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
816-426-3130
charles.thomas@usdoj.gov

Attorneys for Plaintiff



<u>/s/ Michael S. Foster</u>
James M. Humphrey
Michael S. Foster
Miriam E. Bailey
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com


Braden M. Perry
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc.,
Sonny Vleisides, and Darla Jo Drake.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Michael S. Foster
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake.