IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-cv-00815-BCW ) |
| BF LABS INC., *et al.*, | ) ) ) |
| Defendants. | ) |

### EMERGENCY MOTION FOR RELIEF FROM STAY TO PERMIT COMPLIANCE WITH AN ORDER ISSUED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**COME NOW** Kyle Alexander and Dylan Symington (the "class representatives"), on behalf of themselves and all those similarly situated (the "customer class" or "consumers"), by and through their attorneys of record, and respectfully move this Court for relief from the stay provisions of this Court's October 2, 2014 order to permit the class representatives to comply with an order issued by the United States District Court for the District of Kansas. Suggestions in Support of this Motion are filed herewith.

Date: October 3, 2014  Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  *Noah K. Wood*
Noah K. Wood    MO #51249
noah@woodlaw.com
Ari N. Rodopoulos    MO #58777
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
*Attorneys for Kyle Alexander and Dylan Symington*

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I served the foregoing to all counsel of record by electronically filing the foregoing document using CM/ECF:

| | |
|---|---|
| Helen Wong, DC Bar # 997800<br>Teresa N. Kosmidis, NY Bar# 4533824<br>Leah Frazier, DC Bar# 492540<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Mail Stop CC-10232<br>Washington, D.C. 20580<br>202-326-3779 (Wong)<br>202-326-3216 (Kosmidis)<br>202-326-2187 (Frazier)<br>Facsimile: 202-326-3768<br>hwong@ftc.gov<br>tkosmidis@ftc.gov<br>lfrazier@ftc.gov | James M. Humphrey, MO # 50200<br>Michael S. Foster, MO # 61205<br>Miriam E. Bailey, MO # 60366<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112-1895<br>Telephone: (816) 753-1000<br>Facsimile: (816) 753-1536<br>jhumphrey@polsinelli.com<br>mfoster@polsinelli.com<br>mbailey@polsinelli.com |
| Charles M. Thomas, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO 64106<br>Telephone: (816) 426-3130<br>Facsimile: (816) 426-3165<br>E-mail: charles.thomas@usdoj.gov | Braden M. Perry, MO # 53865<br>KENNYHERTZ PERRY LLC<br>420 Nichols Road, Suite 207<br>Kansas City, MO 64112<br>Direct: 816-527-9445<br>Mobile: 913-488-4882<br>Fax: 855-844-2914<br>braden@kennyhertzperry.com |
| *Attorneys for Federal Trade Commission* | *Attorneys for Defendant BF Labs Inc., Darla Drake, Nasser Ghoseiri, and Sonny Vleisides* |

Federal Trade Commission v. BF Labs Inc., et al.  
*Emergency Motion For Relief From Stay To Permit Compliance With*  
*An Order Issued By The United States District Court For The District Of Kansas*

2

Case 4:14-cv-00815-BCW   Document 60   Filed 10/03/14   Page 2 of 3

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

*Attorneys for Receiver Eric L. Johnson*

                                                       /s/ Noah K. Wood
                                                     *Attorney for Kyle Alexander and Dylan Symington*

Federal Trade Commission v. BF Labs Inc., et al.       3
*Emergency Motion For Relief From Stay To Permit Compliance With
An Order Issued By The United States District Court For The District Of Kansas*

Case 4:14-cv-00815-BCW   Document 60   Filed 10/03/14   Page 3 of 3