

Tammy Reed <tammy@woodlaw.com>

# Activity in Case 2:14-cv-02159-KHV-JPO Alexander et al v. BF Labs Inc. Expediting Briefing Deadline

**KSD_CMECF@ksd.uscourts.gov** <KSD_CMECF@ksd.uscourts.gov>   Fri, Oct 3, 2014 at 2:39 PM
To: ksd_nef@ksd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF KANSAS

## Notice of Electronic Filing

The following transaction was entered on 10/3/2014 at 2:39 PM CDT and filed on 10/3/2014
**Case Name:**      Alexander et al v. BF Labs Inc.
**Case Number:**    2:14-cv-02159-KHV-JPO
**Filer:**
**Document Number:** 54(No document attached)

**Docket Text:**
**ORDER expediting the deadline for plaintiff to respond to defendant re motion to stay case [53]. Response deadline 10/7/2014. Reply deadline 10/9/2014. Signed by Magistrate Judge James P. O'Hara on 10/03/2014. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(mb)**

**2:14-cv-02159-KHV-JPO Notice has been electronically mailed to:**

James M. Humphrey, IV    jhumphrey@polsinelli.com, blee@polsinelli.com, docketing@polsinelli.com, kmurray@polsinelli.com, ksartain@polsinelli.com

Ashley Scott Waddell    scott@aswlawfirm.com

Bryant T. Lamer    blamer@spencerfane.com

Noah K. Wood    noah@woodlaw.com, autumn@woodlaw.com, tammy@woodlaw.com

Michael S. Foster    mfoster@polsinelli.com

Stephanie Lovett Bowman    slovettbowman@spencerfane.com

Kersten L. Holzhueter    kholzhueter@spencerfane.com, cdorsey@spencerfane.com, ktatman@spencerfane.com

Aristotle N. Rodopoulos    ari@woodlaw.com, autumn@woodlaw.com, tammy@woodlaw.com

**2:14-cv-02159-KHV-JPO Notice has been delivered by other means to:**

Case 4:14-cv-00815-BCW   Document 61-2   Filed 10/03/14   Page 1 of 2

EXHIBIT 2