# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-cv-00815-BCW |
| BF LABS INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that Kyle Alexander and Dylan Symington, on behalf of themselves and all those similarly situated, as the class representatives in the action *Alexander et al. v. BF Labs, Inc.*, hereby appeal to the United States Court of Appeals for the Eighth Circuit from an order (attached as **Exhibit 1**) denying their Motion to Intervene under Rule 24(a) entered in this action on the 3rd day of October, 2014. *See South Dakota ex rel Barnett v. U.S. Dept. of Interior*, 317 F.3d 783, 785 (8th Cir. 2003) ("The denial of a motion to intervene of right is immediately appealable as a final judgment.").

Date: October 3, 2014

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/  *Noah K. Wood*
Noah K. Wood                         MO #51249
noah@woodlaw.com
Ari N. Rodopoulos                    MO #58777
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243
*Attorneys Alexander and Symington*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I electronically filed the foregoing document using CM/ECF which served a copy of the foregoing document on the following counsel of record:

| | |
|---|---|
| Helen Wong, DC Bar # 997800<br>Teresa N. Kosmidis, NY Bar# 4533824<br>Leah Frazier, DC Bar# 492540<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Mail Stop CC-10232<br>Washington, D.C. 20580<br>202-326-3779 (Wong)<br>202-326-3216 (Kosmidis)<br>202-326-2187 (Frazier)<br>Facsimile: 202-326-3768<br>hwong@ftc.gov<br>tkosmidis@ftc.gov<br>lfrazier@ftc.gov<br><br>Charles M. Thomas, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO 64106<br>Telephone: (816) 426-3130<br>Facsimile: (816) 426-3165<br>E-mail: charles.thomas@usdoj.gov<br><br>*Attorneys for Federal Trade Commission*<br><br>Bryant T. Lamer<br>Kersten L. Holzhueter<br>Andrea M. Chase<br>Katie Jo Wheeler<br>Spencer Fane Britt & Browne LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City MO 64106<br>816-474-8100<br>blamer@spencerfane.com<br>kholzheuter@spencerfane.com<br>achase@spencerfane.com<br>kwheeler@spencerfane.com<br><br>*Attorneys for Receiver Eric L. Johnson* | James M. Humphrey, MO # 50200<br>Michael S. Foster, MO # 61205<br>Miriam E. Bailey, MO # 60366<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112-1895<br>Telephone: (816) 753-1000<br>Facsimile: (816) 753-1536<br>jhumphrey@polsinelli.com<br>mfoster@polsinelli.com<br>mbailey@polsinelli.com<br><br>Braden M. Perry, MO # 53865<br>KENNYHERTZ PERRY LLC<br>420 Nichols Road, Suite 207<br>Kansas City, MO 64112<br>Direct: 816-527-9445<br>Mobile: 913-488-4882<br>Fax: 855-844-2914<br>braden@kennyhertzperry.com<br><br>*Attorneys for Defendant BF Labs Inc., Darla Drake, Nasser Ghoseiri, and Sonny Vleisides* |