# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: Federal Trade Commission v. BF Labs, Inc. et al | Case No. 14-cv-00815-BCW |
|---|---|
| Appellant: **Kyle Alexander & Dylan Symington** | Appellee: **Federal Trade Commission** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Noah K. Wood**<br>1100 Main, Suite 1800<br>Kansas City, MO 64105-5171<br>(816)256-3582<br>Fax: (816)337-4243<br>Email: noah@woodlaw.com | **Charles M. Thomas**<br>United States Attorney's Office<br>Western District of Missouri<br>400 E. 9th St.<br>Room 5510<br>Kansas City, MO 64106<br>(816) 426-3130<br>Fax: (816) 426-3165<br>Email: charles.thomas@usdoj.gov |
| Court Reporter(s):<br><br>Gayle Wambolt, Denise Halasey | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO   64106**<br><br>Contact Person for Appeal:<br>**Willie Crespo**  816-512-5068 |

| Length of Trial: 0 | Fee: $505 | IFP: No | Pending IFP Motion: No |
|---|---|---|---|
| Counsel:<br>Retained | Pending Motions?<br>No | Local Interest? **No** | Simultaneous Release? **No** |

**Special Comments:** This is an interlocutory appeal.