# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-CV-00815-BCW ) |
| BF LABS, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

Kyle Alexander and Dylan Symington move for relief from the stay provisions of the Court's October 2, 2014 order so that they can comply with an order issued by the United States District Court for the District of Kansas in Alexander v. BF Labs, Inc., No. 14-CV-2159-KHV-JPO (Doc. #60). This Court's October 2, 2014 order states that:

> Except by leave of this Court . . . Defendants and all other persons and entities be and hereby are stayed from taking any action to establish or enforce any claim, right, or interest for, against, on behalf of, in, or in the name of, the Receivership Defendant . . . including, but not limited to . . . [c]ommencing, prosecuting, continuing, entering, or enforcing any suit or proceeding . . . .

Doc. #54 at 26. The Court included this provision based in part on the concerns that additional litigation would significantly interfere with the Receiver's ability to perform its duties, would divert estate resources to litigation, and would interfere with this Court's ability to adjudicate the complex lawsuit currently pending before it. The stay is not intended to be endless but is merely a temporary stay to give the Receiver and the parties an opportunity to gather necessary information and present it to this Court.

Despite these concerns, the Court finds that Alexander and Symington's instant motion should be granted. To the extent this motion is necessary, the Court concludes the limited relief

1

they seek (e.g., responding to the order in the District of Kansas lawsuit) is necessary, will not result in substantial injury to the parties, and will not significantly upset the Court's goals in entering the stay. Accordingly, it is hereby

ORDERED Alexander and Symington's Emergency Motion for Relief from Stay to Permit Compliance with an Order Issued by the United States District Court for the District of Kansas (Doc. #60) is GRANTED.

IT IS SO ORDERED.

DATED: <u>October 6, 2014</u>     <u>/s/ Brian C. Wimes</u>
                                                      JUDGE BRIAN C. WIMES
                                                      UNITED STATES DISTRICT COURT

2

Case 4:14-cv-00815-BCW   Document 64   Filed 10/06/14   Page 2 of 2