IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| **BF LABS, INC., et al.,** | ) |
| | ) |
| **Defendants,** | ) |

## REQUEST FOR NOTICE

COMES NOW Eric L. Johnson, the duly appointed temporary receiver in this action, and hereby requests that all matters filed herein be served upon the temporary receiver, in addition to his attorneys of record, at the address set forth below.

Respectfully submitted,

TEMPORARY RECEIVER

   /s/ Eric L. Johnson
Eric L. Johnson      MO #53131
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:   (816) 474-8100
Facsimile:   (816) 474-3216
ejohnson@spencerfane.com

WA 6155547.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 6th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                  /s/ Eric L. Johnson
                                                  Temporary Receiver