IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## SONNY VLEISIDES' STIPULATED MOTION FOR
## LIMITED RELIEF FROM THE ASSET FREEZE

Defendant Sonny Vleisides, through undersigned counsel, hereby requests Court enter an Order releasing a Commerce Bank checking account in his name with an account number ending in 9129 to pay for day-to-day living expenses. There is approximately nineteen hundred dollars in this Commerce Bank checking account. The Plaintiff Federal Trade Commission stipulates to this motion.

Respectfully submitted,

/s/ Michael S. Foster
James M. Humphrey            MO # 50200
Michael S. Foster            MO # 61205
Miriam E. Bailey             MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

1

Braden M. Perry  MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc., Sonny Vleisides, and Darla Drake.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 6th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

      /s/ Michael S. Foster
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake.