IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants, | ) | |

## **ORDER**

This matter is before the Court on Temporary Receiver Eric L. Johnson's Stipulated Motion to Release Funds from Frozen Assets (Doc. #66). Plaintiff and Defendant BF Labs Inc. stipulated to this motion. After reviewing the record and applicable law, the Court grants the motion. Accordingly, it is hereby

ORDERED the Stipulated Motion to Release Funds From Frozen Assets (Doc. #66) is GRANTED. It is further

ORDERED that the Temporary Receiver is authorized to use Defendant BF Labs Inc.'s assets to pay (1) $2,688.00 for rent for a warehouse, (2) $241.96 for changing and activating the security alarm at BF Labs Inc.'s office, (3) $2,103.62 for e-mail hosting and web server fees, and (4) $500.00 for miscellaneous fees incurred in relation to court-approved expenses. It is further

ORDERED that the sum of $5,533.58 is released from BF Labs Inc.'s operating account at BMO Harris Bank, N.A. so the Temporary Receiver can pay the above-identified sums and the Temporary Receiver is authorized to transfer those funds to a separate bank account.

IT IS SO ORDERED.

Dated:  October 7, 2014                    /s/Brian C. Wimes
                                           JUDGE BRIAN C. WIMES
                                           UNITED STATES DISTRICT COURT