# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-CV-0815-W-BCW ) |
| BF LABS INC., et al., | ) ) |
| Defendants. | ) |

## STIPULATED ORDER FOR LIMITED RELIEF FROM
## THE ASSET FREEZE AS TO SONNY VLEISIDES

Defendant Sonny Vleisides moves the Court for an order releasing a Commerce Bank checking account in his name with an account number ending in 9129 to pay for day-to-day living expenses. Plaintiff consents to the motion. After reviewing the record and the law, the Court grants the motion. Accordingly, it is hereby

ORDERED a Commerce Bank checking account in Sonny Vleisides' name with an account number ending in 9129 is released from the asset freeze to pay for the day-to-day living expenses of Sonny Vleisides during the interim period defined in the Stipulated Interim Order.

IT IS SO ORDERED.


Dated: October 7, 2014         /s/Brian C. Wimes
                               JUDGE BRIAN C. WIMES
                               UNITED STATES DISTRICT COURT