IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DARLA JO DRAKE'S AMENDED STIPULATED MOTION
## FOR LIMITED RELIEF FROM THE ASSET FREEZE

Defendant Darla Jo Drake, through undersigned counsel, hereby requests Court enter an Order releasing a Mainstreet Credit Union savings account in the name of D. Jody Drake with an account number ending in 5091 and a checking account in the same name ending in 9756 to pay for day-to-day living expenses. Drake requests that two thousand dollars be released from the checking account ending in 9756 and seven hundred dollars be released from the account ending in 5091. The Plaintiff Federal Trade Commission stipulates to this motion.

Respectfully submitted,

/s/ Michael S. Foster
| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

1

Braden M. Perry                  MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc., Sonny Vleisides, and Darla Drake.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 7th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

      /s/ Michael S. Foster
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake.