IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR LIMITED RELIEF FROM
## THE ASSET FREEZE AS TO DARLA JO DRAKE

Defendant Darla Jo Drake moves the Court to release a Mainstreet Credit Union savings account in the name D. Jody Drake with an account number ending in 5091 and a checking account in the same name ending in 9756 to pay for day-to-day living expenses. She requests two thousand dollars be released from the checking account ending in 9756 and seven hundred dollars be released from the account ending in 5091. Plaintiff stipulates to this motion. After reviewing the record and the law, the Court grants the motion. Accordingly, it is hereby

ORDERED Darla Jo Drake's Stipulated Motion for Limited Relief from the Asset Freeze (Doc. #68) is DENIED AS MOOT. It is further

ORDERED Darla Jo Drake's Amended Stipulated Motion for Limited Relief from the Asset Freeze (Doc. #73) is GRANTED. It is further

ORDERED seven hundred dollars from a Mainstreet Credit Union savings account in the name of D. Jody Drake with an account number ending in 5091 and two thousand dollars from a checking account in the same name ending in 9756 are released from the asset freeze for the day-

1

to-day living expenses of Jody Drake during the interim period defined in the Stipulated Interim Order.

    IT IS SO ORDERED.


Dated:  <u>October 8, 2014</u>                      <u>/s/Brian C. Wimes</u>
                                                            JUDGE BRIAN C. WIMES
                                                            UNITED STATES DISTRICT COURT