IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Stipulated Motion to Release Funds from Frozen Assets, filed by the Temporary Receiver on October 7, 2014 (Doc. #72). Plaintiff and Defendant BF Labs Inc. stipulated to this motion. After reviewing the record and applicable law, the Court grants the motion. Accordingly, it is hereby

ORDERED the Stipulated Motion to Release Funds from Frozen Assets (Doc. #72) is GRANTED. It is further

ORDERED that Temporary Receiver is authorized to use Defendant BF Labs Inc.'s assets to pay (1) the sum of $7,481.25 for security at its office location from September 19 to 30, 2014 and (2) approximately $5,000 for payroll for Josh Zerlan and Dave McClain, which includes estimated payroll taxes.

ORDERED that the sum of $12,481.25 is released from BF Labs Inc.'s operating account at BMO Harris Bank, N.A. so Temporary Receiver can pay the above-identified sums and Temporary Receiver is authorized to transfer those funds to a separate bank account.

IT IS SO ORDERED.

Date: October 8, 2014         /s/Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT