IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STANDING ORDER NO. 1 ESTABLISHING MOTION PROCEDURES

This matter is before the Court on the Motion for Standing Order No. 1 to Establish Motion Procedures, filed by the Temporary Receiver on October 8, 2014 (Doc. #76). Plaintiff and the represented Defendants do not oppose this motion. After reviewing the record and applicable law, the Court grants the motion. Accordingly, it is hereby

ORDERED that the Motion for Standing Order No. 1 to Establish Motion Procedures (Doc. #76) is GRANTED. It is further

ORDERED that with respect to administration of receivership estate matters the following procedures shall apply:

    a.    **Incorporation of Certain Provisions of Local Rule 7.0.** Local Rule 7.0 (b), (f)-(i) apply with respect to motions, applications, and other requests related to the administration of the receivership estate.

    b.    **Suggestions in Support of Motions**. The moving party shall serve and file with the party's motion a brief written statement of the reasons in support of the motion. If less than ten (10) pages, the Suggestions in Support of the Motion may be combined with the Motion.

WA 6158514.2

- c. **Suggestions in Opposition.** Within seven (7) calendar days from the time the motion is filed, each party opposing the motion shall serve and filed a brief written statement of the reasons in opposition to the motion.

- d. **Reply Suggestions.** Within three (3) business days from the time the suggestions in opposition are filed, a reply brief may be filed.

- e. **Extension or Reduction of Time.** For good cause shown, the Court may in its discretion with or without motion extend or reduce the time limits relating to motions regarding the administration of the receivership estate. The Court may not extend or reduce the time to act under Federal Rules of Civil Procedure 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b).

ORDERED that the following additional procedures shall apply to all motions, applications, and other requests:

- a. **Receiver's Position.** Except for summary judgment motions, discovery motions, and pleadings where the Temporary Receiver is a movant, all motions, applications, or other requests shall represent whether the Temporary Receiver supports, opposes, or takes no position on such motion, application, or request.

- b. **Consent Judgments.** Any proposed consent judgment that would resolve the pending action must be submitted to the Court by motion and in accordance with Local Rule 7.0.

- c. **Stipulated Motions.** Except for motions with respect to proposed consent judgments, the Court may immediately grant motions that have been stipulated to and to which the Receiver (i) is the moving party, (ii) has no position, or (iii) does not oppose.

- d. **Proposed Orders.** Upon filing any motion, application, or request, the movant shall provide to the Court in word format a proposed order granting such motion, application, or request. The proposed order shall be sent via electronic mail to the courtroom deputy at joella_baldwin@mow.uscourts.gov.

ORDERED that none of the procedures identified herein shall replace or supersede the procedures related to Discovery Motions as set forth in Local Rule 37.1 and all such procedures shall remain in effect.

ORDERED that any party may apply for reconsideration or modification of this Order at any time. Service of such motion shall be made in accordance with the terms of this Order and applicable rules. The Court may amend this Order sua sponte at any time.

IT IS SO ORDERED.

Date: October 9, 2014 /s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT