IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-0815-W-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION OF BF LABS INC., SONNY VLEISIDES, AND DARLA JO DRAKE FOR LEAVE TO FILE SUGGESTIONS IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM IN EXCESS OF PAGE LIMITATION**

BF Labs Inc., Sonny Vleisides, and Darla Jo Drake (collectively "Defendants"), respectfully move this Court for leave to file their Suggestions in Support of Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim in excess of the page limit set forth in Local Rule 7.0(f). In support of this request, which is unopposed, Defendants state as follows:

1. Local Rule 7.0(f) permits a party to file suggestions in support to motions in excess of fifteen pages with permission of the Court. Defendants therefore seek leave to file their Suggestions in Support of Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim ("Suggestions") in excess of the Local Rule 7.0(f) fifteen-page limit.

2. Defendants submit that good cause exists for this request in that the key matters "embraced by the pleadings" that should be considered by the Court in support of Defendants' Motion required detailed and extensive discussion.

3. Defendants accordingly request leave to file their Suggestions up to twenty pages in length or fewer. Defendants are still in the process of preparing their Suggestions, and the Suggestions therefore may run shorter than the requested twenty pages.

1

48983489.2

4. This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

5. Defendants have contacted counsel for Plaintiff and the Receiver. The Receiver takes no position. The Plaintiff does not oppose the requested relief. *See* Court's Standing Order No. 1 (Doc. 77).

WHEREFORE, Defendants respectfully request the Court grant them leave to file Suggestions in Support of their Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim that are up to twenty pages in length.

6. Under the Court's Standing Order No. 1 (Doc. 77), a proposed order in Word format granting the relief requested herein is being submitted to the Court by email to joella_baldwin@mow.uscourts.gov.

Respectfully submitted,

/s/ James M. Humphrey
| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                         MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

2

48983489.2

Attorneys for Defendant BF Labs Inc., Sonny Vleisides, and Darla Drake.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2014, a true and correct copy of the foregoing was served by the Court's ECF system to:

Helen Wong
Teresa N. Kosmidis
Leah Frazier
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington DC 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov

Charles M. Thomas
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
816-426-3130
charles.thomas@usdoj.gov

Attorneys for Plaintiff

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

Attorneys for Receiver Eric L. Johnson

  /s/ James M. Humphrey
Attorney for Defendants