# ATTACHMENT K

Case 4:14-cv-00815-BCW   Document 81-1   Filed 10/10/14   Page 1 of 2

EXHIBIT 1





Home  Products  Drivers  Consulting  News  FAQ  Jobs  Contact Us  Order    Gift Store  Media

## Products

### The Single

Slim & enormously powerful. BitForce Singles are an excellent low cost solution.

## $599

**Performance: 832 Mega Hash / s @ 60w**

BitForce Singles are tiny and wonderfully efficient. Singles can also be linked together. See full performance & product specification.

- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet (32db)
- Low thermal signature

### Mini Rig

Professional grade performance density at new levels of cost and power efficiency.

## $15,295

**Performance: 25.2 Giga Hash / S @ 1,250w**

Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display.

- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

### SuperComputer Chip (BitForce SC)

Some jobs have exceptional needs. The BitForce SuperComputer processor can deliver.

## TBA

**Performance: 3.5, 40 & 1,000 GH/s**

The BitForce SC chip is now in final stage development. Initial product delivery is scheduled for October, 2012. See the SC FAQ for more information.

- Trivial power consumption
- Silent operation
- End game performance
- Previous generation obsolescence protection (Client upgrade path)



See our June 15th press release

© 2012 Butterfly Labs Inc.

Top ↑

https://web.archive.org/web/20120623064601/http://www.butterflylabs.com/products    4/16/2014

Case 4:14-cv-00815-BCW   Document 81-1   Filed 10/10/14   Page 2 of 2