# ATTACHMENT Q

EXHIBIT 6



Home   Products   Drivers   Consulting   FAQ   Support Forums   Jobs   Contact Us      Gift Store   Media

## Products

### The Single

Slim & enormously powerful. BitForce Singles are an excellent low cost solution.

## $599

Performance: 832 Mega Hash / s @ 80w

BitForce Singles are tiny and wonderfully efficient. Singles can also be linked together. See full performance & product specification.

- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet (32db)
- Low thermal signature

### Mini Rig

Professional grade performance density at new levels of cost and power efficiency.

## $15,295

Performance: 25.2 Giga Hash / S @ 1,250w
Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display. The Mini Rig is currently sold out.

- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

### BitForce 'SC' Pre Orders

Some jobs have exceptional needs. The BitForce SuperComputer family can deliver.

## Pre Order List

Performance: 4.5, 60 & 1,500 GH/sThe BitForce SC chip is now in final stage development. Initial product delivery is scheduled for November. See the SC FAQ and release Notes for policy information. Read the Press Release.

**Jalapeno Pre Order Form**

BitForce Jalapeno  4.5 GH/s  -  $149

**Single 'SC' Pre Order Form**

BitForce 'Little' Single SC  30 GH/s - $649
BitForce Single 'SC'  60 GH/s  -  $1,299

**Mini Rig 'SC' Pre Order Form**

BitForce Mini Rig 'SC'  1,500 GH/s  -  $29,899



© 2012 Butterfly Labs Inc.

Top |