# ATTACHMENT T

EXHIBIT 8

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/5-shipping-sc-line.html. It is a snapshot of the page as it appeared on Apr 23, 2014 23:25:28 GMT. The current page could have changed in the meantime.
Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or  -F (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds |

User Gallery  Most Popular  Member Blogs

Advanced Search

🏠 Blogs ⟩ BFL_Jody ⟩ Shipping the SC Line...

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to be BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## BFL_Jody

+ Create Blog

### Shipping the SC Line...

Rate this Entry ▼

by BFL_Jody, 10-02-2012 at 02:36 PM (2655 Views)     3 Comments

We have worked hard but we see no possibility of beginning to ship the SC's in October. Hang on to your trade-in units and keep mining...

Categories: Uncategorized

Share

☐ Email Blog Entry

« Prev   Main   Next »

### Comments



- 10-12-2012 02:14 PM

Are the all Single 'SC's in production now? If so is there a latest update of approximate dates of shipment even within a month of approximation? I would like to feel confident I



**BFL_Jody**

👤 Go to Profile
✓ Mark as Read

| Join Date: | Sep 2012 |
| Posts: | 11 |
| Blog Entries: | 228 |

**Blog Categories**                          ⌃

Local Categories
  Uncategorized

Recent Comments                              ⌃

  Is My Order In?
  by bktwo

  Sales Tax