# ATTACHMENT V

EXHIBIT 9

This is Google's cache of https://forums.butterflylabs.com/announcements/251-more-jalapeno-pictures-shipping-update.html. It is a snapshot of the page as it appeared on Sep 7, 2014 07:34:42 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |

User CP | Community | Forum Actions | Quick Links | Advanced Search

🏠 Forum   Butterfly Labs   Announcements   More Jalapeno Pictures & Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



You cannot rate threads   0

Expand

▼Page 1 of 64   2 3 11 51 ...   ▶ Last ▶▶

Results 1 to 10 of 636

**Thread: More Jalapeno Pictures & Shipping Update**

Thread Tools



10-29-2012, 11:33 PM                                                       #1

**BFL_Josh**
Employee

Blog Entries: 13
Mentioned: 178 Post(s)
Tagged: 1 Thread(s)
Quoted: 2083 Post(s)

**More Jalapeno Pictures & Shipping Update**

Attached are some more pictures of the Jalapeno. It's in one of it's prototype homes, but the design is changed and we are waiting on the updated box to be delivered now. However, the fundamental design will remain unchanged, just some cosmetic changes (laser etched top, no silver, etc...)

We are not going to make the first half of November shipping goal. Right now, I want to say fourth or fifth week of November, but lots of little issues have cropped up,

Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 09-06-2014

[x] User Info
[x] Thanks / Tagging Info
[x] Gifts / Achievements / Awards
[x] Activity Stats

Join Date: Aug 2012
Posts: 2,466
Blog Entries: 13

**Ignore User**

pushing the shipping date out a bit here and there. To be on the safe side, I would estimate the end of November / beginning of December as a likely ship date. We've had some trouble sourcing the VFD screens for the Minirig SC; the wharehouse told us they had about 5x as many screens as they really have on hand, so we are coming up short. The good news is that we've come up with an alternate solution that is so full of awesome, I am going to save that for a later update. It is, however, necessitating a redesign of the Minirig SC case, though it won't really affect the timeline in any material fashion, as it's just one part that needs to be changed a bit to accommodate the new screen.

We are also still waiting on the HSF for the Single SC to show up - the factory has been a bit slow in that department, so that set things back a bit.

We expect the final chip versions to be in our hands in ~25 days, with final assembly and shipping to begin a few days after that.

