# ATTACHMENT X

EXHIBIT 10

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/50-no-shipments-november.html. It is a snapshot of the page as it appeared on Apr 9, 2014 08:35:37 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press Ctrl+F or -F (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

What's New?  Articles  Forum  Blogs  FAQ  Classifieds

User Gallery  Most Popular  Member Blogs

Advanced Search

🏠 Blogs ▸ BFL_Jody ▸ No Shipments in November

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

+ Create Blog

## BFL_Jody

### No Shipments in November

Rate this Entry ▾

by BFL_Jody, 11-27-2012 at 07:51 AM (5080 Views)    26 Comments

That's right. No ASIC's for November. Customer Service left the building for a Thanksgiving Holiday, but our team members kept answering emails from home. We were hoping to come back to work this week with good news of imminent production starting. Not happening this month. Although we see shipments of parts everyday, we kind of need ALL of them to make an SC.

Categories: Uncategorized

Share

✉ Email Blog Entry

« Prev  Main  Next »

**BFL_Jody**



👤 Go to Profile
✓ Mark as Read

| | |
|---|---|
| Join Date: | Sep 2012 |
| Posts: | 11 |
| Blog Entries: | 228 |

**Blog Categories**

Local Categories
 Uncategorized

**Recent Comments**

Is My Order In?
by bktwo

Sales Tax

### Comments



▾ Page 1 of 2  **1**  2  ▸  Last ▸▸

▇▇▇▇ - 11-27-2012
08:06 AM