# ATTACHMENT Y

EXHIBIT 12

| INTERNET ARCHIVE wayback machine | http://www.butterflylabs.com/order-form-bitforce-sc-single | | NOV | DEC | JAN | Close ✕ |
|---|---|---|---|---|---|---|
| | 80 captures 25 Jun 12 - 26 Mar 14 | | 2011 | **17** 2012 | 2014 | Help |

**BUTTERFLYLABS**

Search this site

Home   ASIC Products   Drivers   Consulting   FAQ   Support Forums   Jobs   Contact Us   Gift Store   Media

# Pre Order Form – BitForce Single 'SC'

### Pre-Order Form - BitForce Single 'SC'

Order your unit by filling out the form below.

Single SC - (60 GH/s)

⊙ Single SC ($1,299)

○ Single SC upgrade ($699)

Trade in terms: Qualifying trade for upgrades are an older generation BitForce Single. Once your new unit is ready for delivery (currently scheduled for January 2013), you'll be notified to ship your trade in unit(s) to us. Upon receipt we'll release your new BitForce Single SC for shipment to you. Product includes: Fully assembled enclosure, USB Cable, power supply & driver software (including BTC block mining application).

Quantity *

[        ]

Preferred payment method *

○ BTC

○ Bankwire Transfer

○ PayPal

Please be aware that your order date is set at the time payment is received, so we recommend Bit-Pay due to it's faster processing time as compared to bank wire transfer. When ordering via Bankwire Transfer, our sales agent will respond with the appropriate payment instructions so that you may make payment and complete your order.

### Shipping information

Name *

[        ]   [        ]

First        Last

Email *

[        ]   [        ]

Enter Email    Confirm Email

Phone *

[        ]

Shipping Address Information *

[        ]

Street Address

Address Line 2

City

State / Province / Region

Zip / Postal Code

Country

Shipping *

- ⦿ US / Canada Priority ($34)
- ○ International Priority ($88) +$54.00

Shipping is only charged for the first unit. Any additional units in this order enjoy FREE shipping

Total

$1,333.00

Total amount including shipping and customs form preparation if required. No sales tax is charged unless the unit is purchased from within the State of Missouri.

[ Submit ]

© 2012 Butterfly Labs Inc    | Top ↑