# ATTACHMENT AB

EXHIBIT 14



Copyright © 2012 Butterfly Labs Inc. All rights reserved.