# ATTACHMENT AE

EXHIBIT 16

So the good news is the boards work, the chips work, the bumping works, the substrate works. We just need to nail down a bit more with the firmware and we should be able to conduct a full test and start shipping.

I will be posting another update as soon as I have more information. Needless to say it's been a pretty busy and stressful last few days here, and some script kiddie deciding to DDoS our sites this morning didn't help matters. All connectivity problems should be resolved now and we will keep people updated as time allows.

*Last edited by BFL_Josh; 03-15-2013 at 11:09 PM.*

Share

💜 TooCasual, Antonio69c, MoNk and 34 others like this.

---

**03-29-2013, 12:24 AM** #20

**BFL_Josh**
Employee



Blog Entries: 2
Mentioned: 151 Post(s)
Tagged: 1 Thread(s)
Quoted: 1728 Post(s)

Latest Blog: Busy day!
Latest Thread: Duplicate IP Report for 04-26-2014

Join Date: Aug 2012
Posts: 2,153
Blog Entries: 2

Ignore User

### 28 March 2013 - Mini-Update

I had wanted to post a video tonight, but wasn't able to make that happen, so let me apologize for that in advance. As some of you may know from the chatbox, we have been working diligently to get these ASICs out the door. We've been tracking down a power issue these last few days and have it isolated to a few key systems. In the interest of time, we are planning on potentially scaling back units hashing speed as required to accommodate the extra power and shipping multiple units to those that want their units right now. If would would prefer to wait for a unit after we've made some changes to the systems that need a bit of tweaking, we will be happy to put your shipment on hold. However, if you'd rather have the units right now at an increased power usage, we will ship you as many units as required to get you to the hashrate your purchased, if we end up having to scale back any given class of unit to fit within the power envelope of the current board design.

We have the current design hashing, and as I said, I had hoped to have a video of a unit hashing here in KC, but I wasn't able to bring that all together tonight, but hopefully I can get it posted up tomorrow or by this weekend. I will update as soon as I have more news to share, with a video.

If you absolutely do not want a unit that is consuming more power than expected, you can let us know you'd like to wait for a revised unit or you are welcome to request a refund. If you'd rather have your units shipped regardless of increased power usage, we will still guarantee your hashrate by shipping you however many units are required to achieve your purchased hashrate. There is no need to contact us right now if you are not concerned about the power usage and just want your units shipped ASAP. Even with the increased power demand on these first units, they will still out perform any competing products by a very wide margin in terms of power and megahash/J.

> Again, we apologize for the delay, but we are almost there.

Share

♥ frostbyte, kaega, nbtcminer and 57 others like this.

Page 2 of 3 ◄◄First ◄ 1 **2** 3 ► Last ►►

### LinkBacks (?)

| Thread | Date |
|---|---|
| Papillon Labs annonce Ils Envoi Enfin<br>Refback This thread | 06-14-2013, 07:06 AM |
| Le Bitcoin ? Monnaie numérique - Page : 85 - Société - Discussions - FORUM HardWare.fr<br>Refback This thread | 06-12-2013, 07:22 AM |
| 6th May BFL ASIC Update \| Bitcoin Mining In South Africa<br>Refback This thread | 06-09-2013, 10:54 PM |
| Upgrading the BFL 5GH/s : Bitcoin<br>Refback This thread | 06-03-2013, 08:25 PM |
| BFL Labs - What I know so far - Bitkoins \| #1 Bitcoin news and forum site<br>Refback This thread | 06-02-2013, 04:45 AM |
| Bitcoin - CryptoJunky<br>Refback This thread | 06-01-2013, 01:40 AM |
| OgNasty of Nastyfans.org is third in line to receive BFL singles and is selling shares in his mining rig : BitcoinStocks<br>Refback This thread | 05-31-2013, 05:45 PM |
| 29 May 2013 - ASIC Update : bflnews<br>Refback This thread | 05-30-2013, 10:30 AM |
| BFL_Josh: This is a 50 GH/s unit ... our power usage is under 5w/GH/s ... production boards arrive tomorrow (Thursday) : Bitcoin<br>Refback This thread | 05-29-2013, 09:55 PM |
| Buying a new miner : BitcoinMining<br>Refback This thread | 05-27-2013, 09:32 PM |
| overview for Bitc01n<br>Refback This thread | 05-26-2013, 05:08 PM |
| Finally : BitcoinMining<br>Refback This thread | 05-24-2013, 10:42 AM |
| Polskie Forum Bitcoin - ASIC? : Ogólnie o miningu - Strona 43<br>Refback This thread | 05-24-2013, 04:02 AM |
| Good news from BFL \| Bitcoin Mining In South Africa<br>Refback This thread | 05-24-2013, 01:16 AM |
| Bitcash.cz - ASICy!!!<br>Refback This thread | 05-23-2013, 05:12 PM |
| BFL asic update may 22nd. : Bitcoin<br>Refback This thread | 05-23-2013, 03:03 AM |
| Butterfly Labs ASIC miners - Bitcoin Talk South Africa<br>Refback This thread | 05-21-2013, 11:52 AM |