# ATTACHMENT AF

EXHIBIT 17



Processing Power: 25 GH/s (+/- 10% running variance)
Included accessories: USB Cable and Power Cord

Plug the USB cable into a host computer and run the supplied software. Additional Bitforce SC products can be added to the chain via a USB hub for linear performance multiplication with no overhead cost. Each additional unit is auto-configured and folded into the workforce without any user intervention required.

Warranty: This unit's system board has a lifetime warranty from manufacture defect or component failure.

Order up to 4 – 25 GH/s miners and pay the same standard, flat shipping price.

Pre-order Terms: Bitforce SC (ASIC) products are in final stage development with initial shipping scheduled for the last half of April 2013. Products are shipped according to placement in the order queue, and delivery may take 2 months or more after order. All sales are final.

Links

Site Map

Search Terms

Advanced Search

NEWSLETTER

Enter your email to be notified of new developments and product releases (your email will never be sold or misused)

GET IN TOUCH

Email us at:
office@butterflylabs.com

Orders and Returns

Contact Us

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy

0