# ATTACHMENT AI

**EXHIBIT 20**

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/194-friday-june-14-2013-shipping-update.html. It is a snapshot of the page as it appeared on Apr 17, 2014 05:58:17 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version



🏠 Blogs ▸ BFL_Jody ▸ Friday, June 14, 2013 Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## BFL_Jody

### Friday, June 14, 2013 Shipping Update

by BFL_Jody, 06-14-2013 at 10:40 PM (11232 Views)    55 Comments

We shipped Jalapenos through August 25 and into August 26 today.

No Singles.

I said complaining doesn't help because we can't ship any faster just because we hear that you are not happy about it. Do you think we are sitting around BFL with shelves full of miners until we get an email that says, "Darn it, I am upset because you haven't shipped"? Our lives would be different if all the miners were shipped, but the reality is, they are not all shipped yet, but we are doing our best to change that.

Thanks to all our customers, who have made this job a great joy.

Share



28 others like this.

Categories: Uncategorized

**BFL_Jody**

👤 Go to Profile
✓ Mark as Read

Join Date: **Sep 2012**
Posts: **11**
Blog Entries: **228**

**Blog Categories**

Local Categories
  Uncategorized

**Recent Comments**

Is My Order In?
by hktwo

Sales Tax