# ATTACHMENT AL

EXHIBIT 22

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/313-thursday-august-29-2013-shipping-update.html. It is a snapshot of the page as it appeared on Sep 5, 2014 01:48:52 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

User Name | Password | Log in | Help
Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |

User Gallery | Most Popular | Member Blogs | Advanced Search

🏠 Blogs   BFL_Jody   Thursday, August 29, 2013 Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

**BFL_Jody**

+ Create Blog

### Thursday, August 29, 2013

### Shipping Update

by BFL_Jody, 08-29-2013 at 09:15 PM   0 Comments
(9312 Views)

**Jalapenos: Feb 12, 2013**

**Little Singles: Oct. 28, 2012**

**Singles: July 22, 2012 pay date**

**MiniRigs: for June 26 (2nd 500gh/s unit) and July 28 for 1st 500 gh/s MiniRigs shipped today**



BFL_Jody

👤 Go to Profile
✔ Mark as Read

| Join Date: | Sep 2012 |
| Posts: | 13 |
| Blog Entries: | 229 |

**Blog Categories**

Global Categories


You all have again slammed us with emails, just when we thought we might recover.

Categories: Uncategorized

Email Blog Entry

« Prev    Main    Next »

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterf



Shipping Updates
Local Categories
Uncategorized

**Recent Comments**

Is My Order In?
by bktwo

Sales Tax
by SLok

More Jalapenos Shipped from Paydate 6/23
by Inou

Friday, October 11, 2013 Shipping Update
by Rawrkanos

We do not recommend running your miner inside your vacuum cleaner.
by pdx.bitcoin

**Recent Blog Posts**

Monarch shipping update – August 28
08-28-2014 03:32 PM

Getting Ready to Post My Shipping Blog
04-02-2014 04:21 PM

BFL Competence Reaches a New High
12-08-2013 05:27 PM

Little Singles AKA 25gh/s BitCoin Miners
12-06-2013 01:57 PM

Thanksgiving Blog
11-28-2013 04:31 PM



**Recent Visitors**

brucelocious,darter9000,endurista72,Griffalot,horcoff,marlyle,Misharost,seldon,sundaylt,usod

**Archive**

| < | | September 2014 | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |



-- BFL Official    -- English (US)    Contact Us  Butterfly Labs  Archive  Top

All times are GMT -5. The time now is 08:48 PM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.