# ATTACHMENT AN

Case 4:14-cv-00815-BCW   Document 81-24   Filed 10/10/14   Page 1 of 3

EXHIBIT 24

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/382-thanksgiving-blog.html. It is a snapshot of the page as it appeared on Apr 28, 2014 11:12:33 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or -F (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**

Connect | User Name | Password | Log in | Help
☐ Remember Me?

**What's New?** | **Articles** | **Forum** | **Blogs** | **FAQ** | **Classifieds** | B[____] 🔍

User Gallery  Most Popular  Member Blogs                    Advanced Search

🏠 Blogs → BFL_Jody → Thanksgiving Blog

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to be BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## BFL_Jody

+ Create Blog

### Thanksgiving Blog                               ★★★ ▼

by 👑 BFL_Jody , 11-28-2013 at 04:31 PM (42619 Views)    0 Comments

Jalapenos 5 gh/s: All jalapeños shipping in the next few days

Little Singles 25 gh/s and 30 Upgrades: **ALL CAUGHT UP**

Single 50 gh/s and 60 Upgrades: **ALL CAUGHT UP**

MiniRigs: **ALL CAUGHT UP**

Share

❤ ct1aic, Vyper, IcyMidnight and 9 others like this.

Categories: Uncategorized

📧 Email Blog Entry

« Prev    Main    Next »

**BFL_Jody**

👤 Go to Profile
✓ Mark as Read

| | |
|---|---|
| Join Date: | Sep 2012 |
| Posts: | 11 |
| Blog Entries: | 228 |

**Blog Categories**

Local Categories
  Uncategorized

**Recent Comments**

Is My Order In?
by bktwo

Sales Tax

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL:



by SLok

More Jalapenos Shipped from Paydate 6/23
by inou

Friday, October 11, 2013 Shipping Update
by Rawrkanos

We do not recommend running your miner inside your vacuum cleaner.
by pdx.bitcoin

### Recent Blog Posts

Getting Ready to Post My Shipping Blog
04-02-2014 04:21 PM

BFL Competence Reaches a New High
12-08-2013 05:27 PM

Little Singles AKA 25gh/s BitCoin Miners
12-06-2013 01:57 PM

Thanksgiving Blog
11-28-2013 04:31 PM

Tuesday, November 26, 2013 Shipping Update
11-26-2013 09:36 PM

### Recent Visitors

DrDiesel, drocq, gigline, HHH2K, mafa1, majestic, MasterKoff, SpEcTrE73, The Observer, thunderstrikes

### Archive

| < | | | April 2014 | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |



-- BFL Official     -- English (US)     Contact Us  Butterfly Labs  Archive  Top