# ATTACHMENT AS

EXHIBIT 26





## Bitcoin Mining by the GH
Hosted Mining Contracts
12 Month Term
Choose from 1 GH/s to 100 TH/s
**$10.83**

Qty: 1    ADD TO CART



MORE VIEWS

You choose how much bitcoin mining hashing power you want. We supply the hardware, hosting and maintenance.

Each renewable contract runs for **12 months.**

You have complete control of your hashing power using our simple online account dashboard.

**Benefits:**

- Easiest way to start mining bitcoins.
- Harness the power of the latest bitcoin mining technology without breaking the bank.
- Buy exactly the amount of hashing power you want, when you want it.
- No technical knowledge required.
- No hardware to maintain.
- No software to configure.
- No obligation to continue mining once the term expires

**How it works:**

Hosted Mining is powered by our 28nm Monarch Bitcoin mining cards. As these cards come off the production line, they'll be plugged into waiting 4U rack servers in our data center here in Kansas City. Customers who order purchase a hosted mining contract will have their accounts activated on an order date priority basis right along with our hardware purchase dates. You will receive notice as your hashing power comes online. Your accont dashboard will allow you to control and direct your hashing power as you please. Butterfly Labs will provide full maintenance and technical support.

When the term of contract expires, you have the option to either renew hosting or to take possession of the Monarch card by paying any remainder amount due to own a full Monarch card if applicable.

**Launch Schedule**

This is a Pre-Order product which is not yet live. If you're uncomfortable waiting until the development is complete and the miners are active, do **NOT** pre-order this product. Perhaps undesirable, but this is a pre-order market. Customers flatly demand to get in line for the new technology before it's finished development. This has created a lot of drama for the manufacturers but it's something we simply have to deal with. All manufacturers in this space have experienced some degree of delay with their first generation ASIC. Every last one of them. So we're reluctant to give a specific delivery date. However, this is our second generation, so we have much greater clarity on the process and we feel our timeline to launch towards the **end of the year** is solid. Hosting contract equipment comes from our bulk production of Monarch cards so contracts will begin to be served in the January / February 2014 time frame.

**Pre-Order Terms:** This is a bitcoin mining hardware pre-order. 28nm ASIC based mining contracts are activated according to placement in the order queue, and initialization may take 3 months or more after order. All sales are final.

### Links

Site Map

Search Terms

Advanced Search

Orders and Returns

Contact Us

Request RMA

### NEWSLETTER

Enter your email to be notified of new developments and product releases (your email will never be sold or misused).

Enter your email address

### GET IN TOUCH

E-mail us at:
office@butterflylabs.com

Call us at:
1-800-809-MINE (6463)

Copyright © 2013 Butterfly Labs Inc. All rights reserved.

Privacy Policy