# ATTACHMENT AP

EXHIBIT 27

This is Google's cache of https://forums.butterflylabs.com/announcements/4414-monarch-information-2.html. It is a snapshot of the page as it appeared on Sep 4, 2014 15:36:41 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

Connect | User Name | Password | Log in | Help
Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classi... |

User Gallery / Calendar | Community | Forum Actions | Quick Links | Advanced Search

🏠 Forum   Butterfly Labs   Announcements   Monarch Information

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



You cannot rate threads

6.2

Expand

Results 11 to 15 of 15 | Page 2 of 2 | ◄◄ First | ◄ | 1 | 2

## Thread: Monarch Information

Thread Tools

| 02-05-2014, 11:37 AM | #11 |



**BFL_Josh**
Employee

Blog Entries: 13

### 05 February 2014 Monarch Update

Most subsystems (State, IO, frequency control, counters, etc) on the chip have been tested and passed. The engine tests are still ongoing. The test software was returning unexpected results which turned out to be a bug in the testing software and has been (and is being) rewritten from scratch, so testing of the engines is taking a little longer than expected. The current estimation is that we should be done testing the chip in the next few days. In the

Case 4:14-cv-00815-BCW   Document 81-27   Filed 10/10/14   Page 2 of 7

Mentioned: 178 Post(s)
Tagged: 1 Thread(s)
Quoted: 2083 Post(s)



Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 09-03-2014
User Info Thanks / Tagging Info Gifts / Achievements / Awards Activity Stats
Join Date: Aug 2012
Posts: 2,462
Blog Entries: 13

**Ignore User**

meantime, the packaged chips should be on their way to the testing facility, though I don't yet have tracking numbers or confirmation of this. I will be working on getting that today or tomorrow hopefully.

Once the packaged chips arrive at the testing facility, they will wire it up to the test harness and start conducting the full power tests to see just how far we might be able to push the chips and what their real world power consumption is.

Send PM

#12
02-18-2014, 02:11 AM

 BFL_Josh

Employee



Blog Entries: 13
Mentioned: 178 Post(s)
Tagged: 1 Thread(s)
Quoted: 2083 Post(s)

Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 09-03-2014
User Info Thanks / Tagging Info Gifts / Achievements / Awards Activity Stats
Join Date: Aug 2012
Posts: 2,462
Blog Entries: 13

**Ignore User**

### 18 February 2014 Monarch Update

Chip testing is still in process. There is currently no reports of problems with the chip bring up, but it's been hampered by the wire bonding being a severely limiting factor in being able to adequately test the chip.

To that end, the finished/packaged chips have been delivered to the testing facility this evening. Testing of the fully packaged chips is projected to begin on Wednesday the 19th. This should make testing both easier, faster and more accurate. It will ultimately give us the initial maximum hashrate and power draw of the chips. This process could take anywhere from 1 day to a week or more - until testing is started, its hard to say what is required to finish the testing. If everything works first time around, then it doesn't take long. If there are things that need to be examined closer, it can cause the testing to take longer.

I will update again when there is a change in status.

Send PM

#13
03-05-2014, 02:46 AM

BFL_Josh
Employee



Blog Entries: 13
Mentioned: 178 Post(s)
Tagged: 1 Thread(s)
Quoted: 2083 Post(s)

Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 09-03-2014

User Info   Thanks / Tagging Info   Gifts / Achievements / Awards   Activity Stats

Join Date: Aug 2012
Posts: 2,462
Blog Entries: 13

**Ignore User**

## 04 March 2014 - Monarch Update

### Power & Performance better than expected
The initial power consumption numbers for Monarch are in and they're about 20% better than anticipated, meaning we expect the Monarch to consume 0.45W/GH at the chip level. This translates to about 300W per 600GH at the wall. Chip performance of all systems is as good as or better than predicted. To put this in perspective, this makes the Monarch chip nearly twice as power efficient as compared to our 28nm competition whose products operate between 0.9 and 1.0w per GH at the wall.

### Chip Delay
The initial batch that we currently have in hand is not suitable to ship to customers. This is due to a problem in a top metal layer of the chip that prevents some engines from initializing when the chip is first powered on. (With ASIC design, there are a number of layers to a chip; most of those layers are in silicon, but the last few layers are in a special type of metal. Subsequent batches were held in wait just prior to the metal layers so that we could affect any necessary changes and proceed with chip production from that point, drastically reducing the time it takes to bring a new batch of chips to life.) The problem was positively identified and the fix is already in progress; however it will take approximately 5 weeks before we get packaged chips in hand, meaning the deployment of the Monarch will be delayed about 5 weeks from now. The specific date is still being determined, but I wanted to get an update out as soon as possible.

### Refunds & Delay Compensation

Because of the delay, we're offering several different forms of compensation that vary based on order pricing and order date:

### $4680 600GH Monarchs

### Free performance upgrades
All customers who ordered 600GH Monarchs prior to the price decrease on November 28, 2013 will be upgraded to the Imperial Monarch product, which is a new, high performance version of the card. The Imperial Monarch will operate at 1 TH/s (+ / - 20%).

### Six Month Refund or Double Shipment Guarantee
If you've been waiting in queue for six months or more, you qualify for either a full refund in USD, **OR** double the hardware you ordered. This latter option will come in the form of (a) first shipping you the new Imperial Monarch, giving you an expected 160-175% of your ordered hashrate, and then (b) an additional Standard 600 GH Monarch at the end of the queue, giving you another 100% hashrate boost, totaling an expected 250+% of your ordered hashrate once all products have shipped. (Note: Electing the refund

cancels the Imperial Monarch upgrade offer in the first section above.)

### 50% off Voucher
If your paid order is less than 6 months old but you paid $4680 for your Monarch, you will instead receive an Imperial Monarch as described above, as well as a 50% off discount on an additional Standard Monarch at the end of the queue.

### Full Price 300GH Monarchs
For 300GH Monarch orders, similar but slightly different offers will be extended. Customers will be contacted with specifics via email soon.

### Mining By the GigaHash
If your Mining By the GH paid order is more than 6 months old, you will receive 2x the hashrate purchased.

### Reduced Price Orders
Individual orders that are less than 6 months old and that paid for the reduced price 600GH or 300GH Monarch will likely not be delayed past the expected delivery date.

**. Details specific to each of the above order categories will be communicated to eligible customers via email in the next few days. We hope everyone will remain in the order queue and take delivery of these extremely power-efficient, super-fast miners. But, cognizant of the feedback of our earlier 65nm customers, for those qualified buyers who desire a refund we will gladly issue you one.**

**Refunds will be issued in 30 to 45 days from the date of request of refund. Refunds will be in USD.**

*Last edited by BFL_Josh; 03-05-2014 at 02:11 PM.*

**Send PM**

---

04-19-2014, 07:39 PM      #14

**BFL_Josh**

Employee



Blog Entries: 13

### 19 April 2014 - Monarch Update

The revision 2 (or revision B) chips have arrived at our testing facility in California. They are being tested today and tomorrow and will arrive in Chicago on Monday, where they will be mounted on the new boards and sent to our office for final review. We expect a few days of initial testing and bring up/firmware tweaking, since we have not been able to actually do live firmware tests yet on a board, after that,

Mentioned: 178 Post(s)
Tagged: 1 Thread(s)
Quoted: 2083 Post(s)

Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 09-03-2014
User Info  Thanks / Tagging Info  Gifts / Achievements / Awards  Activity Stats
Join Date: Aug 2012
Posts: 2,462
Blog Entries: 13

**Ignore User**

assuming no issues, we will being the initial shipping. While it is possible we will begin shipping limited quantities by the end of the week of the 21st, it's more likely we will begin shipping the following week, assuming no blocking issues arise.

I will post another update as soon as I hear back from the testing facility with regards to the chips and how they are functioning.

**Send PM**

---

04-30-2014, 03:28 PM                                                                 #15



**BFL_Josh**

Employee

Blog Entries: 13
Mentioned: 178 Post(s)
Tagged: 1 Thread(s)
Quoted: 2083 Post(s)

Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 09-03-2014
User Info  Thanks / Tagging Info  Gifts / Achievements / Awards  Activity Stats
Join Date: Aug 2012
Posts: 2,462
Blog Entries: 13

**Ignore User**

The current update and future updates for all product lines will be found here: https://forums.butterflylabs.com/blogs/bfl_josh/

This applies to all products going forward.

**Send PM**



Page 2 of 2 | ◄◄ First | ◄ | 1 | 2

Quick Navigation | **Announcements** | Top

**Similar Threads**

| | |
|---|---|
| Need Payment Information<br>By Viper in forum Pre-Sales Questions | Replies: 4<br>Last Post: 01-17-2014, 11:33 AM |
| Shipping tracking information<br>By wksantiago in forum Jalapeno & Single SC Support | Replies: 23<br>Last Post: 07-23-2013, 12:09 AM |
| Information from Bitcoin Magazine<br>By Frizz23 in forum Pre-Sales Questions | Replies: 30<br>Last Post: 10-28-2012, 05:01 PM |
| Has it arrived yet. Post to keep everyone informed<br>By strideynet in forum Jalapeno & Single SC Support | Replies: 0<br>Last Post: 10-24-2012, 12:20 AM |
| Sharing Information and Sources/Speculation<br>By nomorecoin in forum BFL Forum & Miscellaneous | Replies: 0<br>Last Post: 10-22-2012, 04:17 PM |

User Tag List

**Bookmarks**

**Posting Permissions**

- Google
- Digg
- del.icio.us
- StumbleUpon

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off

**Forum Rules**

-- BFL Official     -- English (US)         Contact Us  Butterfly Labs  Archive  Top

All times are GMT -5. The time now is 10:36 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

Case 4:14-cv-00815-BCW   Document 81-27   Filed 10/10/14   Page 7 of 7