**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-0815-W-BCW** |
| | ) | |
| **BF LABS INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF APPEARANCE

James D. Griffin, of SCHARNHORST AST KENNARD GRIFFIN, PC, hereby enters his

appearance on behalf of Defendant Nasser Ghoseiri.

Dated: October 10, 2014.

Respectfully submitted,

By: _/s/ James D. Griffin_

James D. Griffin          MO # 33370
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri  64106
Tel:  (816) 268-9400
Fax:  (816) 268-9409
E-mail:  jgriffin@sakg.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


_/s/ James D. Griffin_____
Attorney for Defendant