IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT NASSER GHOSEIRI'S JOINDER IN DEFENDANTS' MOTION TO DISMISS

Nasser Ghoseiri appears, by and through counsel, and hereby adopt and incorporates by reference the arguments and suggestion in support of Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim and Suggestions in Support of the same, filed October 10, 2014. Docs. 80 & 81.

Dated: October 10, 2014.

Respectfully submitted,

By: */s/ James D. Griffin*

James D. Griffin     MO # 33370
Lisa M. Bolliger     MO # 65496
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail: jgriffin@sakg.com
        lbolliger@sakg.com

Attorneys for Defendant

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 10th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                            _/s/ James D. Griffin_
                                                            Attorney for Defendant