IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Lucinda H. Luetkemeyer of the law firm Spencer Fane Britt & Browne LLP, and hereby enters her appearance as counsel of record on behalf of Temporary Receiver Eric Johnson in the above-captioned action.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

　/s/ Lucinda H. Luetkemeyer
| | |
|---|---|
| Bryant T. Lamer | MO #57355 |
| Kersten L. Holzhueter | MO #62962 |
| Andrea M. Chase | MO #66019 |
| Lucinda H. Luetkemeyer | MO #63983 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:　　(816) 474-8100
Facsimile:　　(816) 474-3216
blamer@spencerfane.com
kholzhueter@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 14th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                              /s/ Lucinda H. Luetkemeyer
                                          Attorney for Temporary Receiver Eric L. Johnson

WA 6200010.1