IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to File Suggestions in Excess of Page Limits and Suggestions in Support Thereof (Doc. #41) and the Unopposed Motion of BF Labs Inc., Sonny Vleisides, and Darla Jo Drake for Leave to File Suggestions in Support of Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim in Excess of Page Limitation (Doc. #79). For the following reasons, the Court denies both motions.

Local Rule 7(f) states the page limits for suggestions in support, oppositions, and reply briefs. The rule, however, recognizes that the Court may grant leave to exceed the page limits. The moving party properly filed the instant motion seeking leave to file additional pages. But, before the Court ruled on the motion, the moving party filed a brief in excess of the page limit the next day. By this conduct, the moving party essentially granted itself the relief sought in the instant motion.

This sequence of events is not contemplated by Local Rule 7(f) and ignores the Court's authority to manage its docket. The rule authorizes the Court to grant leave to exceed the page limit; it does not grant the parties the same authority. Accordingly, the Court denies both motions.

1

As guidance, a party seeking an extension of the page limit (or a filing deadline) should—absent exceptional circumstances—file an appropriate motion at least **three days** before the filing deadline. This ensures that the Court will have sufficient time to review the motion and issue an order. In the rare case that the Court has not issued an order by the third day, the party should contact the courtroom deputy, Joella Baldwin, and ask about the status of the motion. Accordingly, it is hereby

ORDERED Plaintiff's Motion to File Suggestions in Excess of Page Limits and Suggestions in Support Thereof (Doc. #41) is DENIED. It is further

ORDERED the Unopposed Motion of BF Labs Inc., Sonny Vleisides, and Darla Jo Drake for Leave to File Suggestions in Support of Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim in Excess of Page Limitation (Doc. #79) is DENIED.

IT IS SO ORDERED.


Dated: October 17, 2014 　　　　　　　/s/Brian C. Wimes
　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT