UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **CASE NO.** 4:14-cv-00815-BCW |
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |
| BF LABS, INC., et al., | |
| Defendants. | |

Plaintiff, FTC, moves the Court for leave to file its Suggestions in Opposition to the

Temporary Receiver's Motion to Approve Interim Budget under seal. The Temporary Receiver has

requested that any Suggestions in Opposition to the interim budget be filed under seal.

WHEREFORE, FTC respectfully requests this Court enter its order granting the FTC leave to

file its motion under seal.

Dated: October 17, 2014                    Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

 /s/ Helen Wong _
HELEN WONG, DC Bar # 997800
hwong@ftc.gov
TERESA KOSMIDIS, NY Bar # 4533824
tkosmidis@ftc.gov
LEAH FRAZIER, DC Bar # 492540
lfrazier@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., N.W., Mail Stop-CC 10232
Washington, D.C. 20580
Telephone: 202-326-3779
Telephone: 202-326-3216
Telephone:  202-326-2187
Facsimile:  202-326-3768

TAMMY DICKINSON
United States Attorney

Dated: October 17, 2014                /s/ Charles M. Thomas
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone:  (816) 426-3130
E-mail:  charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/Helen Wong_____
Attorney for FTC

2