IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-0815-W-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS BF LABS INC., SONNY VLEISIDES, AND DARLA JO DRAKE'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo ("Jody") Drake move this Court for leave to file Defendants' BF Labs Inc., Sonny Vleisides, and Darla Jo Drake's Response to the Temporary Receiver's Motion to Approve Interim Budget under seal. The Temporary Receiver has requested that any Briefing in Response to the Interim Budget be filed under seal.

WHEREFORE, Defendants respectfully request this Court enter its Order granting the Defendants leave to file under seal.

Respectfully submitted,

/s/ James M. Humphrey
James M. Humphrey            MO # 50200
Michael S. Foster            MO # 61205
Miriam E. Bailey             MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

1

49054191.1

Braden M. Perry  MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake.

49054191.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Helen Wong
Teresa N. Kosmidis
Leah Frazier
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington DC 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov

Charles M. Thomas
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
816-426-3130
charles.thomas@usdoj.gov

Attorneys for Plaintiff

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com

Attorneys for Receiver Eric L. Johnson

    /s/ James M. Humphrey
Attorney for Defendants