UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., *et al.*<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

## ENTRY OF APPEARANCE

COMES NOW Gregory A. Ashe of the Federal Trade Commission and enters his appearance on behalf of Plaintiff Federal Trade Commission.

                                      Respectfully submitted,

                                      JONATHAN E. NUECHERTERLEIN
                                      General Counsel

Dated: October 20, 2014         */s/ Gregory A. Ashe*
                                      Helen Wong, DC Bar # 997800
                                      Teresa N. Kosmidis, NY Bar# 4533824
                                      Leah Frazier, DC Bar# 492540
                                      Gregory A. Ashe, VA Bar #39131
                                      Federal Trade Commission
                                      600 Pennsylvania Ave., N.W.
                                      Mail Stop CC-10232
                                      Washington, D.C. 20580
                                      202-326-3779 (Wong)
                                      202-326-3216 (Kosmidis)
                                      202-326-2187 (Frazier)
                                      202-326-3719 (Ashe)
                                      Facsimile: 202-326-3768
                                      hwong@ftc.gov
                                      tkosmidis@ftc.gov
                                      lfrazier@ftc.gov
                                                gashe@ftc.gov

1

<pre>
                                TAMMY DICKINSON
                                United States Attorney

Dated: October 20, 2014          /s/ Charles M. Thomas
                                Charles M. Thomas, MO Bar #28522
                                Assistant United States Attorney
                                Charles Evans Whittaker Courthouse
                                400 East Ninth Street, Room 5510
                                Kansas City, MO  64106
                                Telephone: (816) 426-3130
                                Facsimile:  (816) 426-3165
                                E-mail:  charles.thomas@usdoj.gov

                                Attorneys for Plaintiff
                                FEDERAL TRADE COMMISSION
</pre>

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 20, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                               */s/ Gregory A. Ashe*
                                                                Attorney for Plaintiff Federal Trade Commission