IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| **BF LABS INC., et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Temporary Receiver Eric L. Johnson ("Temporary Receiver"), moves the Court for leave to file its Reply in Support of its Motion to Approve Interim Budget, Essential Employees, and Critical Operations under seal. In support of its motion, Temporary Receiver states that the underlying motion contains sensitive and proprietary information regarding Receivership Property. This Court previously granted Temporary Receiver's Motion, filed on October 14, 2014, wherein it requested that any objections to the Motion be filed under seal. For the same reasons, Temporary Receiver requests the same treatment for its Reply briefing.

WHEREFORE, Temporary Receiver respectfully requests this Court enter its order granting Temporary Receiver leave to file its motion under seal.

1

WA 6220758.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

　　/s/ Bryant T. Lamer
| | |
|---|---|
| Bryant T. Lamer | MO #57355 |
| Kersten L. Holzhueter | MO #62962 |
| Andrea M. Chase | MO #66019 |
| Lucinda H. Luetkemeyer | MO #63983 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:　　(816) 474-8100
Facsimile:　　(816) 474-3216
blamer@spencerfane.com
kholzhueter@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson

## CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that on the 20th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

　　/s/ Bryant T. Lamer
Attorney for Temporary Receiver Eric L. Johnson