# ATTACHMENT S

EXHIBIT 5

INTERNET ARCHIVE WaybackMachine
http://www.butterflylabs.com/faq
140 captures
20 Aug 11 - 9 Feb 14
JUL SEP OCT
4
2011 2012 2013
Close ✕
Help

BUTTERFLYLABS

Search this site

Home  Products  Drivers  Consulting  News  FAQ  Jobs  Contact Us  Order   Gift Store  Media

# FAQ

Frequently asked questions are presented here for your convenience. These are the most common questions we're asked about our products & services.

Are your algorithms, PCB's or other products available for purchase separately?

Yes, our intellectual property is available for licensing to other chip manufacturers. In most cases we can also make our individual components available to you depending on your needs.

Can I get an educational buyer discount for University research purchases?

Butterfly Labs is eager to assist accredited institutions in the acquisition of research hardware if used exclusively for non commercial applications. Please contact us for further inquiry.

Do your products fall under US encryption export control classification?

Yes, the BitForce SHA256 processor is properly classified under the US Bureau of Industry and Security export control. Our export control restriction prohibits the export of our products to AT designated countries as specified by the US Department of Commerce. If you need clarification on your ability to purchase our products, please contact us for review.

What is Throttling and how do I get the most performance out of my BitForce Single?

Throttling is an in built thermal protection measure of the BitForce SHA256 processor card. Each processor has it's own individual heat tolerance and when this limit approaches, it pulls itself offline for 15 seconds to cool down a bit before resuming it's work. To ensure normal performance, make sure you're operating in an ambient temperature of 72f (22C) or below. Room temperature is often different than the temperature at vent intake. Make sure the unit is well ventilated and isn't drawing warm air from the exhaust of other devices. Make sure your top heat sink is firmly in place. Make sure the underside heat sink is firmly affixed to the PCB. Confirm that all fans are running and that their power connector is firmly seated. If you're unable to control the ambient temperature in your operating environment, you can try running a slightly slower firmware. Even a trivial drop from 832mh/s down to 816 mh/s will have a dramatic effect on operating temperature and allow you to operate without throttling in hotter environments. Conversely, if you are in a cool environment, try experimenting with faster firmwares all the way up to 872 MH/s. Note: Each unit has it's own individual thermal range. Some units will run faster and some units will run slower in the same temperature. This is normal and expected behavior.

Can Butterfly Labs ship items as a 'gift' or for a lower price than was paid?

No. We can lose our ability to ship to a country if we falsify customs declarations. We declare all items as "merchandise" for the actual price paid on the customs form.

What shipping company does Butterfly Labs use?

USPS - the United States Postal Service

When will the ASIC (Single SC) ship?

We plan on shipping the ASIC versions of our products by the end of October or early November, depending on quantity of units available. Please see the FAQ with regards to 1/3 shipping plan.

What is the power consumption of the SC (ASIC based) units?

We are not currently releasing power specs for the units, but they will not use more power than our current generation of products.

I tried calling Butterfly Labs, but no one answered. How can I talk to someone?

We do not have a dedicated phone support staff in place. Your voice mail will be heard and responded to but it's often faster to write customer service at office@butterflylabs.com where a quick response staff is in place during business hours.

Why do you not accept Paypal for your SC line of products?

We do! However, in the beginning, we wanted to promote Bitcoin, so the first orders were taken exclusively in Bitcoin.

How long will the full price trade in program last?

The full price trade in program is scheduled to last until the 1 March 2013.

Can orders be picked up at Butterfly Labs?

Butterfly Labs is a manufacturing facility and is not setup for product pickup.

What is the size and weight of a Minirig?

Our mini rig is: 17"H x 11.5"W x 18.5"D (43.18cm x 29.21 cm x 46.99 cm) and 50 lbs (22.68 KG).

What is the size and weight of the Single SC?

Our Single SC is: 4" x 4" x 3" (10.16 x 10.16 x 7.6 cm)

Where am I in line and when will my order ship?

We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to being late October or early November. We are unable to predict accurate wait times until shipping begins.

Can I get a refund on my pre-order?

Butterfly Labs, INC. is accepting pre-orders for ASIC based products, expected to begin shipping in late October or early November 2012. Your pre-order with payment confirms your place in line for delivery once we begin shipping. Payments made for pre-orders of ASIC based products now under development should be considered non-refundable until products begin shipping or 1 January 2013, whichever is earlier.

What is your 1/3 shipping plan?

Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over any other, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Minirig SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

© 2012 Butterfly Labs Inc.

Top ↑