# ATTACHMENT U

**EXHIBIT 7**



## Products

### The Single

Slim & enormously powerful. BitForce Singles are an excellent low cost solution.

## $599

**Performance: 832 Mega Hash / s @ 80w**

BitForce Singles are tiny and wonderfully efficient. Singles can also be linked together. See full performance & product specification.

- Small size (100 x 100 mm)
- Easy USB connectivity
- Hot plug clusterable
- Quiet (32db)
- Low thermal signature

ORDER NOW »

### Mini Rig

Professional grade performance density at new levels of cost and power efficiency.

## $15,295

**Performance: 25.2 Giga Hash / S @ 1,250w**
Our Mini Rig unit can be configured for the performance you need. Monitor speed, energy consumption & heat via master display. The Mini Rig is currently sold out.

- Low power
- Quiet
- Flexible upgrade slots
- Blistering speed
- Digital readout

### BitForce 'SC' Pre Orders

Some jobs have exceptional needs. The BitForce SuperComputer family can deliver.

## Pre Order List

**Performance: 4.5, 60 & 1,500 GH/s** The BitForce SC chip is now in final stage development. Initial product delivery is scheduled for November. See the SC **FAQ** and release **Notes** for policy information. Read the **Press Release**.

**Jalapeno Pre Order Form**

BitForce Jalapeno  4.5 GH/s  -  $149

**Single 'SC' Pre Order Form**

BitForce 'Little' Single SC  30 GH/s - $649
BitForce Single 'SC'  60 GH/s  -  $1,299

**Mini Rig 'SC' Pre Order Form**

BitForce Mini Rig 'SC'  1,500 GH/s  -  $29,899



© 2012 Butterfly Labs Inc.

Top ↑