# ATTACHMENT AA

EXHIBIT 11

INTERNET ARCHIVE
WayBackMachine
http://www.butterflylabs.com/order-form-bitforce-sc-single/
80 captures
25 Jun 12 - 26 Mar 14
NOV DEC JAN
11
2011 2012 2014
Close ✕
Help

**BUTTERFLYLABS**

Search this site

Home    ASIC Products    Drivers    Consulting    FAQ    Support Forums    Jobs    Contact Us    Gift Store    Media

# Pre Order Form – BitForce Single 'SC'

### Pre-Order Form - BitForce Single 'SC'

Order your unit by filling out the form below.

**Single SC - (60 GH/s)**

⊙ Single SC ($1,299)

○ Single SC upgrade ($699)

Trade in terms: Qualifying trade for upgrades are an older generation BitForce Single. Once your new unit is ready for delivery (currently scheduled for December), you'll be notified to ship your trade in unit(s) to us. Upon receipt we'll release your new BitForce Single SC for shipment to you. Product includes: Fully assembled enclosure, USB Cable, power supply & driver software (including BTC block mining application).

**Quantity \***

**Preferred payment method \***

○ BTC

○ Bankwire Transfer

○ PayPal

Please be aware that your order date is set at the time payment is received, so we recommend Bit-Pay due to it's faster processing time as compared to bank wire transfer. When ordering via Bankwire Transfer, our sales agent will respond with the appropriate payment instructions so that you may make payment and complete your order.

### Shipping information

**Name \***

First             Last

**Email \***

Enter Email       Confirm Email

**Phone \***

**Shipping Address Information \***

Street Address

Address Line 2

City

State / Province / Region

Zip / Postal Code

Country

Shipping *

◉ US / Canada Priority ($34)

○ International Priority ($88) +$54.00

Shipping is only charged for the first unit. Any additional units in this order enjoy FREE shipping.

Total
$1,333.00

Total amount including shipping and customs form preparation if required. No sales tax is charged unless the unit is purchased from within the State of Missouri.

© 2012 Butterfly Labs Inc.

| Top ↑