# ATTACHMENT Z



## BUTTERFLYLABS

Home | ASIC Products | Drivers | Consulting | FAQ | Support Forums | Jobs | Contact Us | Gift Store | Media



# BitForce Single 'SC' 60 GH/s

### Price: $1,299

**PRE-ORDER NOW >>**

The BitForce SC chip is now in final stage development. Initial product delivery is scheduled for February, 2013. See the SC FAQ and release Notes for policy information. Read the Press Release.

Butterfly Labs manufactures a line of high speed encryption processors for use in research, telecommunication and security applications.

### BitForce Platform

The BitForce platform is conveniently adaptable to the scale of your needs.

### Single

A low cost option for 832 Mega Hash / s applications. Our 'single' product comes packaged as a coffee cup sized cube which can be stacked in series without practical limitation. BitForce SHA256 Singles are currently available for regular production purchase.

### Mini Rig

Medium use applications require more power. The BitForce Mini Rig unit is built to suit. Up to 24 processor modules may be hosted in this unit to provide 25,200 mh/s performance at a ground breaking cost. Convenient and economical use is achieved with small size, low power consumption and a digital readout to monitor performance. Mini Rigs are currently sold out and are being replaced by the Mini Rig SC.

### BitForce System

The BitForce SHA256 processor system breaks new ground in high speed verification efficiency.

#### Customer news:

Your production update has been posted.



Mini Rig - coffee break

### Sign up for Announcements

Enter your email to be notified of new developments and product releases. (Your email will never be sold or misused)

Email *

[Submit]

### Super Computer

Our Super Computer platform is a 3rd generation to all our products using a full custom ASIC processor design. Devices based on this technology are currently scheduled for December delivery. See our products page if you would like to get on the pre-order list.



© 2012 Butterfly Labs Inc.   Top