# ATTACHMENT AB

**EXHIBIT 14**



Size: 100.32 mm x 100.32 mm x 17.1 mm
Processing Power: 4.5 GH/s (+/- 10% running variance)
Power Consumption: Approximately 4.5 Watts
Included accessory: Two (2) USB Cables

Plug the USB cable into a host computer and run the supplied software. Additional Bitforce SC products can be added to the chain via a USB hub for linear performance multiplication with no overhead cost. Each additional unit is auto-configured and folded into the workforce without any user intervention required.

Warranty: This unit's system board has a lifetime warranty from manufacture defect or component failure.

Order up to 4 Jalapenos and pay the same standard, flat shipping price.

**Pre-order Terms:** Bitforce SC (ASIC) products are in final stage development with initial shipping scheduled for the last half of February 2013. Products are shipped according to placement in the order queue.

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy