# ATTACHMENT AF

EXHIBIT 17



Orders and Returns

Contact Us

Copyright: © 2012 Butterfly Labs Inc. All rights reserved.

Privacy Policy

0