# ATTACHMENT AG

Case 4:14-cv-00815-BCW   Document 103-18   Filed 10/21/14   Page 1 of 5

EXHIBIT 18



CALL US: 913-271-6744

| FOLLOW US:  facebook  twitter  google plus

- CONTACT US
- GIFT STORE
- MEDIA
- LANGUAGE: English  Deutsch  русский

BUTTERFLYLABS

- Home
- Products
- Drivers
- Consulting
- FAQ
- Support Forums
- Jobs

# FAQ

Home / FAQ

Frequently asked questions are presented here for your convenience. These are the most common questions we're asked about our products & services.

Q When will you start shipping machines?

A

We plan on shipping the ASIC versions of our products by the end of April. We have orders that date back to June of 2012. Those are the orders that will be delivered first. Orders placed now will not ship until the month of July.

Q What methods of payment do you accept?

A

We accept PayPal, Bitcoins and Bank Transfer.

PayPal has transactions limits of $10,000 US.

Bitcoins are accepted by a third party vendor that handles the exchange. All of our machines are sold for US Dollars.

Bank Transfers can take 3 to 4 days to appear in our system. We ask that you send a copy of the receipt for the transfer to office@butterflylabs.com and include your order number. This will help us match your payment with your order. Once we confirm the payment, we will send you a confirmation email.

Q Where am I in line and when will my order ship?

A

We cannot disclose the number of orders we currently have. Shipping of new units is still anticipated to begin by the end of April, 2013. We are unable to predict accurate wait times until shipping begins.

Q I tried calling Butterfly Labs, but no one answered. How can I talk to someone?

A

We try to answer phone calls as they come in, but sometimes we are on the phone with other customers at the time you call. We respond to voicemails as quickly as possible but it's often faster to write customer service at office@butterflylabs.com where a response staff is in place during business hours. Our normal business hours are Monday - Friday, 9 am to 5 pm US Central Time. We are also available on Facebook and Twitter.

Q Can Butterfly Labs ship items as a 'gift' or for a lower price than was paid?

A

No. We can lose our ability to ship to a country if we falsify customs declarations. We declare all items as 'computer peripherals' for the actual price paid on the customs form.

Q What shipping company does Butterfly Labs use?

A

Standard Shipping uses USPS - the United States Postal Service except for the Mini Rigs, which ship with FedEx Express Shipping uses FedEx by default.

Q Can I get a refund on my pre-order?

A

All sales are final unless we fail to perform. That means if we do not ship any machine at all. If you would really like a refund anyway, just ask and we'll probably be able to take care of you. Nonetheless, we reserve the right to handle it on a case by case basis.

Refunds usually take 3-4 days to begin the process. If you paid with a bank wire, it will take an additional week or so for the funds to appear in your account. PayPal and Bitcoin refunds can take 2-3 days for the funds to appear in your account.

Bitcoin payments and refunds are processed through a third-party vendor. The amount refunded is based on the US Dollar equivalent at the time the transaction is initiated.

Q What is the power consumption of the SC (ASIC based) units?

A

We are not currently releasing power specs for the units.

Q Do your products fall under US encryption export control classification?

A

Yes, the BitForce SHA256 processor is properly classified under the US Bureau of Industry and Security export control. Our export control restriction prohibits the export of our products to AT designated countries as specified by the US Department of Commerce. If you need clarification on your ability to purchase our products, please contact us for review.

Q If I choose Express Shipping, does that mean my order gets processed ahead of others in line?

A

It only speeds up the time it takes to deliver the machine(s) once it leaves our production facility.

Q How long will the full price trade in program last?

A

For our FPGA customers the trade-in program is scheduled to last until 1 June 2013.

Q Can orders be picked up at Butterfly Labs?

A

You can place an order through our website and arrange to pick it up at our facility. Please keep in mind that if you live outside of the state of Kansas, we will have to charge you the local sales tax of 8.65%. You will need to place your order and make an appointment prior to coming to our facility. Bear in mind you will have to wait until your order has been manufactured.

QWhat is the size and weight of a Minirig?

A

Our mini rig is: 17"H x 11.5"W x 18.5"D (43.18cm x 29.21 cm x 46.99 cm) and 60 lbs (22.68 KG).

QWhat is the size and weight of the Single SC?

A

Our Single SC is: 4" x 4" x 3" (10.16 x 10.16 x 7.6 cm) and 5 lbs.

QWhere am I in line and when will my order ship?

A

We currently do not have the ability to easily disclose the number of orders we currently have. Shipping of new units is expected to begin soon. It is unknown at this time when we will complete the shipping of our pre-orders. Even though we should start shipping soon, orders placed now will be shipped at a later time. Our orders date back to June, 2012. All of those orders and those placed since then will be shipped before new orders.

QWhat is your 1/3 shipping plan?

A

Because of the potential for massive disruption that our ASIC units may cause to the mining ecosystem, we are instituting a 1/3 shipping method for our first shipment of products to individuals. So that no single person or handful of people are able to gain a material advantage over any other, we will ship all our available units at the same time to as many customers as we can. This means we will likely delay shipping on our first units until we have accumulated enough stock to satisfy a significant portion of our initial orders. This ensures that as many people as possible who are early adopters are equally and fairly treated when receiving our product. To that end we will be shipping our first orders as such: 1/3 of each product line (Jalapeno, Single SC and Minirig SC) will be shipping to new orders, 1/3 to upgrade orders and the final 1/3 will be shipped to a random selection of orders from the first two categories (both upgrade and new customers) received in the first month of orders (From 23 June 2012 to 22 July 2012).

QAre your algorithms, PCB's or other products available for purchase separately?

A

Yes, our intellectual property is available for licensing to other chip manufacturers. In most cases we can also make our individual components available to you depending on your needs.

QCan I get an educational buyer discount for University research purchases?

A

Butterfly Labs is eager to assist accredited institutions in the acquisition of research hardware if used exclusively for non commercial applications. Please contact us for further inquiry.

© 2012 Butterfly Labs Inc. All rights reserved. - Bitcoin Mining Hardware - ASIC Bitcoin Miner

- Home
- Products
- Drivers
- Consulting

- FAQ
- Webmaster