# ATTACHMENT AH

EXHIBIT 19

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/131-asics-trickle-out.html. It is a snapshot of the page as it appeared on Apr 16, 2014 23:50:49 GMT. The current page could have changed in the meantime.
Learn more

Tip: To quickly find your search term on this page, press Ctrl+F or -F (Mac) and use the find bar.

Text-only version



**What's New?** **Articles** **Forum** **Blogs** **FAQ** **Classifieds**

User Gallery  Most Popular  Member Blogs

Advanced Search

🏠 Blogs ▸ BFL_Jody ▸ ASIC's Trickle Out

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



### BFL_Jody

#### ASIC's Trickle Out

by BFL_Jody, 04-19-2013 at 10:11 PM (7810 Views)      40 Comments

I said I would post everyday we ship an ASIC. I saw 2 Jalapenos leave the plant today. The first ones go to developers/reviewers. You have to have software to run them so don't cry because they get them first. I expect to see several more leave next week. It's very exciting for our employees to see units ship even though they are not yet bound for true customer homes.

Share

❤ [____] and 11 others like this.

Categories: Uncategorized

✉ Email Blog Entry

« Prev   Main   Next »

**BFL_Jody** □

👤 Go to Profile
✓ Mark as Read

Join Date: Sep 2012
Posts: 11
Blog Entries: 228

**Blog Categories** ⌃

Local Categories
  Uncategorized

**Recent Comments** ⌃

Is My Order In?
by bktwo

Sales Tax

### Comments

▼ Page 1 of 2 [1] 2 ▶ Last ▸▶