# ATTACHMENT AK

EXHIBIT 21

This is Google's cache of https://forums.butterflylabs.com/pre-sales-questions/3611-buttefly-company-still-work-not-3.html. It is a snapshot of the page as it appeared on Apr 23, 2014 13:24:32 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or -F (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**

Connect | User Name | Password | Log in | Help
☐ Remember Me?

**What's New?** | **Articles** | **Forum** | **Blogs** | **FAQ** | **Classifieds**

User Gallery | Community | Forum Actions | Quick Links

Advanced Search

🏠 Forum ▸ Butterfly Labs ▸ Pre-Sales Questions ▸ Buttefly company still work or not?

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

You cannot rate threads
0
Expand

▼ Page 3 of 10 | « First | 1 2 **3** 4 5 ... ▶ | Last »
Results 21 to 30 of 98

**Thread: Buttefly company still work or not?**

♥ **34** Likes ▾

LinkBack ▾   Thread Tools ▾

07-01-2013, 02:56 PM | #21

**BFL_Josh**
Employee

Blog Entries: 2
Mentioned: 151 Post(s)
Tagged: 1 Thread(s)
Quoted: 1720 Post(s)

Latest Blog: Busy day!

> Originally Posted by **btpowers**
> *Would like to see thousands shipping in a week. Josh, do you still expect to get through the back orders before August?*

Yes, I still expect us to be through the back orders by the end of August.

Latest Thread: Duplicate IP Report
for 04-22-2014

Join Date: Aug 2012
Posts: 2,143
Blog Entries: 2

**Ignore User**

Share

and 5 others like this.