# ATTACHMENT AL

EXHIBIT 22

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/313-thursday-august-29-2013-shipping-update.html. It is a snapshot of the page as it appeared on Sep 5, 2014 01:48:52 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**

User Name | Password | Log in | Help
Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |

User Gallery | Most Popular | Member Blogs | Advanced Search

🏠 Blogs    BFL_Jody    Thursday, August 29, 2013 Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

### BFL_Jody

+ Create Blog

### Thursday, August 29, 2013

#### Shipping Update

by BFL_Jody, 08-29-2013 at 09:15 PM    0 Comments
(9312 Views)

**Jalapenos:** Feb 12, 2013

**Little Singles:** Oct. 28, 2012

**Singles:** July 22, 2012 pay date

**MiniRigs:** for June 26 (2nd 500gh/s unit) and July 28 for 1st 500 gh/s
MiniRigs shipped today

BFL_Jody



👤 Go to Profile
✔ Mark as Read

| Join Date: | Sep 2012 |
| Posts: | 13 |
| Blog Entries: | 229 |

**Blog Categories**

Global Categories

You all have again slammed us with emails, just when we thought we might recover.

Categories: Uncategorized

✉ Email Blog Entry

« Prev   Main   Next »

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterf



**Recent Visitors**

brucelocious,darter9000,endurista72, Griffalot,horcoff,marlyle,Misharost,seldon, sundaylt,usod

**Archive**

< September 2014

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1  | 2  | 3  | 4  |

-- BFL Official    -- English (US)    Contact Us  Butterfly Labs  Archive  Top

All times are GMT -5. The time now is 08:48 PM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.