# ATTACHMENT AM

Case 4:14-cv-00815-BCW   Document 103-23   Filed 10/21/14   Page 1 of 4

EXHIBIT 23

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_jody/361-tuesday-october-29-2013-shipping-update.html. It is a snapshot of the page as it appeared on Aug 26, 2014 13:53:35 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

**BUTTERFLYLABS**

| User Name | Password | Log in | Help |

Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |

User Gallery | Most Popular | Member Blogs | Advanced Search

🏠 Blogs   BFL_Jody   Tuesday, October 29, 2013 Shipping Update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

**BFL_Jody**

+ Create Blog

### Tuesday, October 29, 2013

### Shipping Update

by BFL_Jody, 10-29-2013 at 08:49 PM   0 Comments
(7508 Views)

**Jalapenos 5 gh/s: April 12, 2013**

**Little Singles 30 and 25 gh/s: March 27, 2013**

**Singles 60 and 50 gh/s: March 29, 2013 pay date**

**MiniRigs: April 1 (1st 500 gh/s), March 26 (2nd 500 gh/s) March 18 (3rd 500 gh/s) and All June 2012-Feb 2013 MiniRig orders complete.**

**BFL_Jody**



👤 Go to Profile
✓ Mark as Read

| Join Date: | Sep 2012 |
| Posts: | 13 |
| Blog Entries: | 228 |

**Blog Categories**

Local Categories

Our postage provider for USPS has begun recycling their tracking numbers, so if you check the number before the package is scanned at the postal hub you may see the delivery of a package to a wildly different place and at a previous time period than for the present delivery. We will be getting this corrected soon, I hope. Someone had a bad idea there to reuse tracking numbers.

Categories:Uncategorized



✉ Email Blog Entry

« Prev   Main   Next »

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterf



**Recent Visitors**

AlleNation,darter9000,drocq,endurista72, insanerobotdog,monkeyfart,mrball,seldon, SpEcTrE73,sundayIt

**Archive**

| < | | | August 2014 | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

-- BFL Official     -- English (US)     Contact Us  Butterfly Labs  Archive  Top

All times are GMT -5. The time now is 08:53 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.