# ATTACHMENT AN

EXHIBIT 24



## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL:



-- BFL Official          -- English (US)                              Contact Us   Butterfly Labs   Archive   Top

All times are GMT -5. The time now is 06:12 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.
Search Engine Optimization by vBSEO

http://webcache.googleusercontent.com/...rums.butterflylabs.com/blogs/bfl_jody/382-thanksgiving-blog.html+&cd=1&hl=en&ct=clnk&gl=us[5/1/2014 11:57:01 AM]


Case 4:14-cv-00815-BCW   Document 103-24   Filed 10/21/14   Page 3 of 3