# ATTACHMENT AQ

**EXHIBIT 28**

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_josh/393-monarch-update-11-june-2014-a.html. It is a snapshot of the page as it appeared on Aug 26, 2014 03:24:24 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

Connect | User Name | Password | Log in | Help
Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classi[     ]ry | Submit |

User Galleries | Most Popular | Member Blogs | Advanced Search

🏠 Blogs  Josh's Soapbox  Monarch Update 11 June 2014

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## Josh's Soapbox

+ Create Blog

### Monarch Update 11 June 2014

by BFL_Josh, 06-12-2014 at 04:46 PM
(3658 Views)

Rate this Entry
4 Comments

We have been diligently working on the Monarch board since the last update. Many tests have been conducted and various component modifications have been made in the interim. The chips on the boards are easily able to achieve 1 TH/s, but the PCBs are not quite yet able to support the power required for that speed. We anticipated that the latest revision would be the final one, but there is still too much heat being retained internally on the PCB. We've identified a couple areas that are heat dissipation bottlenecks and have incorporated those into a new PCB revision, which should allow us to reach our projected speed and energy efficiency.

**BFL_Josh**



👤 Go to Profile
✓ Mark as Read

| Join Date: | **Aug 2012** |
| Posts: | **2,444** |
| Blog Entries: | **12** |

**Blog Categories**  ⌄

Global Categories

Case 4:14-cv-00815-BCW   Document 103-28   Filed 10/21/14   Page 2 of 6

While we wait for the new revision to make it through manufacturing, we now have a supply of boards that do not meet the advertised specs and thus are not suitable to be shipped directly to customers. Although we have no legal obligation to do so, we have made a voluntary business decision to reward customers for their patience and loyalty; with the boards we have on hand or close to being completed, we can deliver between 600 - 800 TH of processing power. We are going to provision these boards in a hosted environment (BFL Cloud Mining facilities) and, as a courtesy to those customers who have been waiting the longest, we will start deploying Cloud Mining in queue order as early as next Wednesday, June 18th, barring any problems. It may be as late as Friday, June 20th before we can get anything turned up and going, as significant setup is required.

When Cloud Mining becomes available to you, an email will be sent informing you how to activate your BFL Cloud Mining. You should check your dashboard starting next Wednesday for the Cloud Mining button to activate it from there. With a limited amount of Cloud Mining capacity available, we will not be able to accommodate everyone immediately, but we will try to provide the ordered amount of hashing power to as many people as we can as quickly as possible. Once the 1 TH boards start shipping out, we will be rolling the Cloud Mining over to the next people in the queue as we fulfill the queue from the beginning with physical boards. This process will continue until the physical board shipments catch up to the Cloud Mining. All orders will be handled in their queue sequence, regardless of product type (600, 300, Mining By The Gigahash).

This will provide the ability to our customers to start hashing sooner than they would if they waited for physical boards to arrive, and is our effort to provide a better customer experience with BFL. As has always been our practice, we make no representations or guarantees as to the results of your mining efforts via BFL Cloud Mining or our physical products.

Updated 06-12-2014 at 11:09 PM by BFL_Josh
Categories: Uncategorized

Email Blog Entry

« Prev   Main   Next »

## Comments



Production Updates
Local Categories
Engineering Updates
Uncategorized

**Recent Comments**

July 3rd Update
by Epoch

Taking delivery of the oven...
by bzee

Monarch Update 11 June 2014
by smracer

Monarch Update - 30 April 2014
by tallemd

Busy day!
by MrSwadge

**Recent Blog Posts**

Monarch to begin shipping
08-15-2014 08:33 PM

July 3rd Update
06-24-2014 06:20 PM

Monarch Cloud Mining update
06-17-2014 11:03 PM

Monarch Update 11 June 2014
06-12-2014 04:46 PM

Monarch Engineering Update 31 May 2014
05-31-2014 12:51 PM

Case 4:14-cv-00815-BCW   Document 103-28   Filed 10/21/14   Page 3 of 6

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_josh/394-monarch-cloud-mining-update.html. It is a snapshot of the page as it appeared on Sep 4, 2014 08:46:10 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



**BUTTERFLYLABS**

| User Name | Password | Log in | Help |

Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | Classifieds | BFL Gallery |

User Gallery | Most Popular | Member Blogs

Advanced Search

🏠 Blogs   Josh's Soapbox   Monarch Cloud Mining update

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## Josh's Soapbox

+ Create Blog

### Monarch Cloud Mining update

by BFL_Josh, 06-17-2014 at 11:03 PM
(3048 Views)

Rate this Entry
0 Comments

We had a meeting today with the BFL Cloud Mining team. We are still on schedule to start roll out of that by Friday (Hopefully sooner). We don't know yet exactly how many people we can activate each day as of yet, but we will be activating as many people as possible each day. We will be sending out an email when your Cloud Mining account is ready and a button should appear in your dashboard to activate it. You will then be able to log in to the Cloud Mining dashboard and enter the pool information or wallet address you would like to mine to. Be on the look out for that.

**BFL_Josh**



👤 Go to Profile
✓ Mark as Read

| Join Date: | **Aug 2012** |
| Posts: | **2,462** |
| Blog Entries: | **13** |

**Blog Categories**

Right now, the plan is to allocate 600 GH/s to each user for each card ordered. If you ordered 1 card, you'll get 600 GH/s, if you ordered 2 cards, 1.2 TH/s, etc... The current plan is to process the Cloud Mining in the queue order from first to last. Again, we don't currently know how long it will take to deploy this fully or how many people will be activated per day, however, as we receive the revised boards and they are tested and ready to go, we will start shipping out in queue order, first to last. As your order is fulfilled, your Cloud Mining will be deactivated and the hashrate will be allocated to the next person in line.

I will post another update when we start activating users on Cloud Mining.

Updated 06-17-2014 at 11:41 PM by BFL_Josh
Categories: Uncategorized

✉ Email Blog Entry

« Prev   Main   Next »

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterf



Global Categories
- Production Updates
Local Categories
- Engineering Updates
- Uncategorized

**Recent Comments**

July 3rd Update
by Epoch

Taking delivery of the oven...
by bzee

Monarch Update 11 June 2014
by smracer

Monarch Update - 30 April 2014
by tallemd

Busy day!
by MrSwadge

**Recent Blog Posts**

Monarch Power and Light (Sound)
08-29-2014 02:59 PM

Monarch to begin shipping
08-15-2014 08:33 PM

July 3rd Update
06-24-2014 06:20 PM

Monarch Cloud Mining update
06-17-2014 11:03 PM

Monarch Update 11 June 2014
06-12-2014 04:46 PM

Case 4:14-cv-00815-BCW   Document 103-28   Filed 10/21/14   Page 5 of 6

**Recent Visitors**

alvareznyny, BFL_Emily, BFL_Updates, Endlessa, gibbousmoon, heldertb, MaxwellGA, Rodneysb, Vic_F, weeooohhhh

**Archive**

| < | September 2014 | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

-- BFL Official     -- English (US)     Contact Us  Butterfly Labs  Archive  Top

All times are GMT -5. The time now is 03:46 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.