# ATTACHMENT AR

EXHIBIT 29

This is Google's cache of https://forums.butterflylabs.com/blogs/bfl_josh/403-monarch-begin-shipping.html.
It is a snapshot of the page as it appeared on Sep 4, 2014 12:51:02 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version



| What's New? | Articles | Forum | Blogs | FAQ | Classi[...]ry | Subm[...] |

User Galleries | Most Popular | Member Blogs                     Advanced Search

🏠 Blogs   Josh's Soapbox   Monarch to begin shipping

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

## Josh's Soapbox

+ Create Blog

### Monarch to begin shipping

by BFL_Josh , 08-15-2014 at 08:33 PM    Rate this Entry
(3725 Views)                                    0 Comments

While PCB performance specifications have come in above the 600GH we originally projected, we have not yet hit the 1TH/s per PCB mark that we set for ourselves based on the strength of the underlying ASIC chip. We have achieved much higher speeds on test boards, but in order to be able to ship now we have stabilized the board at 700GH/s with power efficiency of 0.70 W/GH (+/- 10%). While we will continue to pursue the 1TH version of the Monarch for subsequent delivery, we want to get the best product we can out to you now. Shipping of Monarchs will begin next week.

Here is an image of the Monarch ready for

**BFL_Josh**



👤 Go to Profile
✓ Mark as Read

Join Date:        Aug 2012
Posts:            2,462
Blog Entries:     13

**Blog Categories**

Global Categories

shipment to customers right now.
(Please note the form factor with water cooling instead of air cooling)



As a reward for customers' patience and loyalty, we are adjusting the price of the 700 GH/s boards to $1,379 (ONLY $1.97/GH) and will be providing rebates/refunds for the difference. (Does not include cloud mining or Mining by the GH)

For those interested in running cards in power efficiency mode, here is a chart of power consumption at different speeds (@220V):

| GH  | Total W | W/GH |
|-----|---------|------|
| 550 | 339     | 0.62 |
| 600 | 368     | 0.61 |
| 650 | 432     | 0.66 |
| 700 | 471     | 0.70 |
| 730 | 530     | 0.73 |
| 780 | 609     | 0.78 |

Specific details about updates to customer orders will be emailed and posted to each customers' dashboards as boards are ready to be shipped.

Discussion thread can be found here:
https://forums.butterflylabs.com
/the...html#post85258

📎 Attached Thumbnails



Updated 08-15-2014 at 10:10 PM by BFL_Josh





Production Updates
Local Categories
 Engineering Updates
 Uncategorized

**Recent Comments**

July 3rd Update
by Epoch

Taking delivery of the oven...
by bzee

Monarch Update 11 June 2014
by smracer

Monarch Update - 30 April 2014
by tallemd

Busy day!
by MrSwadge

**Recent Blog Posts**

Monarch Power and Light (Sound)
08-29-2014 02:59 PM

Monarch to begin shipping
08-15-2014 08:33 PM

July 3rd Update
06-24-2014 06:20 PM

Monarch Cloud Mining update
06-17-2014 11:03 PM

Monarch Update 11 June 2014
06-12-2014 04:46 PM

**Recent Visitors**

Categories: Uncategorized

✉ Email Blog Entry

« Prev    Main    Next »

alvareznyny, 👑 BFL_Emily, Endlessa, gibbousmoon, heldertb, marlyle, MaxwellGA, Rodneysb, Vic_F, weeooohhhh

## Trackbacks

Total Trackbacks 0
No other blogs currently reference this blog entry
Trackback URL: https://forums.butterfl

**Archive**

| < | September 2014 | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

-- BFL Official    -- English (US)    Contact Us  Butterfly Labs  Archive  Top

All times are GMT -5. The time now is 07:51 AM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.