# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-0815-W-BCW |
| ) | |
| **BF LABS INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT NASSER GHOSEIRI'S JOINDER IN DEFENDANTS' AMENDED SUGGESTIONS IN <u>SUPPORT OF MOTION TO DISMISS</u>

Nasser Ghoseiri appears, by and through counsel, and hereby adopts and incorporates by reference the arguments and suggestion in support of Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake's Amended Suggestions in Support of Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, filed October 21, 2014. Doc. 103.

Dated: October 21, 2014.

Respectfully submitted,

By: /s/ Lisa M. Bolliger

James D. Griffin            MO # 33370
Lisa M. Bolliger            MO # 65496
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail: jgriffin@sakg.com
        lbolliger@sakg.com

*Attorneys for Defendant*