IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 21, 2014, the Court conducted a telephonic status conference and discussed various issued. For the reasons discussed on the record, it is hereby

ORDERED Plaintiff is granted leave to file an amended reply in support of its motion for preliminary injunction. The amended reply shall be filed on or before October 24, 2014, and is limited to twelve (12) pages. It is further

ORDERED Defendants are granted leave to file an amended motion to dismiss. The amended motion shall be filed on or before October 24, 2014, and is limited to seventeen (17) pages. It is further

ORDERED Defendants shall file a fee application on or before October 22, 2014. Plaintiff shall file an opposition to the fee application on or before 5:00 P.M. on October 27, 2014. Defendants shall file a reply on or before 11:59 P.M. on October 27, 2014.

IT IS SO ORDERED.

Dated: October 22, 2014   /s/Brian C. Wimes
                         JUDGE BRIAN C. WIMES
                         UNITED STATES DISTRICT COURT