IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO APPROVE INTERIM BUDGET, ESSENTIAL EMPLOYEES, AND CRITICAL OPERATIONS**

This matter is before the Court on the Motion to Approve Interim Budget, Essential Employees, and Critical Operations, filed by the Temporary Receiver Eric L. Johnson ("Temporary Receiver"), on October 14, 2014. Doc. #88. After reviewing the record, the Court finds that the motion should be granted.

The Stipulated Interim Order required BFL to "submit to Temporary Receiver and the FTC a list of essential employees, a recommendation as to critical operations during the Interim Period, and an operating budget for the Interim Period (the 'Interim Budget')." Doc. #54 at §XI(F). The Stipulated Order also provides that "[o]nce the Interim Budget is approved by the Temporary Receiver, he shall file a motion seeking the Court's approval of the Interim Budget and to release the total budgeted sum from the asset freeze." Id. at § XI(G).

IT IS ORDERED that the Interim Budget and list of essential personnel and critical operations submitted to this Court by Temporary Receiver, Doc. #88 and Ex. A thereto, are approved, without prejudice to Temporary Receiver submitting an amended or supplemental budget as the circumstances warrant. It is further

1

ORDERED that the necessary funds identified in the Interim Budget submitted by the Temporary Receiver may be released, and Temporary Receiver has the power to exercise his discretion and business judgment in ultimately approving, conditioning, and/or prioritizing any expenditure, operation, or retention of any essential employee as the circumstances warrant.

Date: <u>October 22, 2014</u>

<u>/s/Brian C. Wimes</u>
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT
