IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| BF LABS INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Temporary Receiver Eric L. Johnson ("Temporary Receiver")'s motion for leave to file under seal. After reviewing the record and applicable law, the Court finds the motion should be granted. Accordingly, it is hereby

ORDERED the Temporary Receiver's Motion for Leave to File Document Under Seal (Doc. #119) is GRANTED. The Temporary Receiver shall file its Motion for Approval of Transfer Protocol and Methodology for Transfer of Assets to Court Control under seal. It is further

ORDERED all objections to the Temporary Receiver's motion shall be filed under seal.

Date: October 29, 2014

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT