IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR APPROVAL OF TRANSFER PROTOCOL AND METHODOLOGY FOR TRANSFER OF ASSETS TO COURT CONTROL

This matter is before the Court on the Motion for Approval of Transfer Protocol and Methodology for Transfer of Assets to Court Control, filed by the Temporary Receiver Eric L. Johnson ("Temporary Receiver"), on October 29, 2014. Doc. #122. The Court finds that the Motion should be granted.

The Stipulated Interim Order empowered Temporary Receiver to manage all assets of BFL and to manage and administer the business of BFL. Doc. #54 at §§ X(B), X(H). The order also authorized the Temporary Receiver to "begin establishing an adequate cash reserve to cover potential refund liability. In this respect and under the supervision of Temporary Receiver, the following actions may occur immediately . . . Conversion of Receivership Defendant's substantial bitcoin holdings to cash on a systematic and reasoned basis." Doc. #54 at § XI(E)(4).

The Stipulated Interim Order requires all parties to "cooperate in transferring Receivership Defendant's bitcoins to a Court-controlled bitcoin wallet, under the direction and supervision of Temporary Receiver. Temporary Receiver may hire independent professionals and/or contractors, as he deems necessary, to ensure safe and secure transfer of bitcoins." Doc. #54 at § XI(C)(5).

1

IT IS ORDERED that the Temporary Receiver's proposed Transfer Protocol containing the methodology for transferring bitcoins held in Receivership Defendant Butterfly Labs Inc. (BFL)'s Storage Wallet to a Court-controlled bitcoin wallet, Doc. #122 and Ex. A thereto, is approved.

Date: <u>November 3, 2014</u>

<u>/s/Brian C. Wimes</u>
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT