| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., d/b/a BUTTERFLY LABS, a Wyoming corporation; DARLA DRAKE, an individual; NASSER GHOSEIRI, an individual; and SONNY VLEISIDES, an individual.<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

I, _____Gilles BORNECQUE-WINANDY_____, having my office at

Gilles BORNECQUE-WINANDY
Aline BRU-NIFOSI
Huissiers de Justice Associés
15 Passage du Marquis de la Londe
78000 VERSAILLES
Tél. 01 39 50 02 90
Fax 01 39 50 65 13
RCS 398805002

do declare:    FRANCE

- THAT I am over twenty-one years old and not a party of this action.

- THAT I can read, speak, and comprehend English.

- THAT I did on __10/3/2014__, at __17h30__ a.m/p.m. personally serve the following documents:

  - Summons in a Civil Case

  - Complaint for Permanent Injunction and Other Equitable Relief

  - Temporary Restraining Order with Asset Freeze, Appointment of Receiver, Other Equitable Relief, and Order To Show Cause with Corresponding Attachments (which include Financial Statement of Individual Defendant, Financial Statement of Corporate Defendant, and Consent to Release Financial Records)

  - CITATION À UNE ACTION CIVILE

  - DÉPÔT DE PLAINTE VISANT UNE INJONCTION PERMANENTE ET

1

D'AUTRES MESURES DE RÉPARATION ÉQUITABLES

- [Proposition] UNE ORDONNANCE RESTRICTIVE TEMPORAIRE *EX PARTE* AVEC GEL DES ACTIFS, DÉSIGNATION D'UN SÉQUESTRE ET AUTRE MESURE DE REDRESSEMENT FONDÉE SUR L'ÉQUITÉ, ET UNE ORDONNANCE DEVANT JUSTIFIER POURQUOI AUCUNE ORDONNANCE INTERLOCUTOIRE NE DOIT ÊTRE ÉMISE

- ÉTATS FINANCIERS DU DÉFENDEUR À TITRE INDIVIDUEL

- ÉTATS FINANCIERS DU DÉFENDEUR À TITRE CORPORATIF

- CONSENTEMENT À LA DIVULGATION DES DOSSIERS FINANCIERS

upon:

NASSER GHOSEIRI, one of the defendants in this action, therein named, by speaking and leaving the same thereof for him with him, in person at this domicile/place of business to wit: at



- THAT the said NASSER GHOSEIRI accepted the proceeding so served.

- THAT the said NASSER GHOSEIRI identified himself by means of verbal acknowledgement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 18 / 0 9 , 2014      Signature: [signature]

Gilles BORNECQUE-WINANDY

Printed Name: Gilles BORNECQUE-WINANDY

2

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BF LABS, INC., d/b/a BUTTERFLY LABS, a Wyoming corporation; DARLA DRAKE, an individual; NASSER GHOSEIRI, an individual; and SONNY VLEISIDES, an individual.<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

I, _____, having my office at _____

_____

do declare:

1. THAT I am over twenty-one years old and not a party of this action.

2. THAT I can read, speak, and comprehend English.

3. THAT I did on _____, at _____ a.m/p.m. personally serve the following documents:

    a. Summons in a Civil Case

    b. Complaint for Permanent Injunction and Other Equitable Relief

    c. Temporary Restraining Order with Asset Freeze, Appointment of Receiver, Other Equitable Relief, and Order To Show Cause with Corresponding Attachments (which include Financial Statement of Individual Defendant, Financial Statement of Corporate Defendant, and Consent to Release Financial Records)

    d. CITATION À UNE ACTION CIVILE

    e. DÉPÔT DE PLAINTE VISANT UNE INJONCTION PERMANENTE ET D'AUTRES MESURES DE RÉPARATION ÉQUITABLES

    f. [Proposition] UNE ORDONNANCE RESTRICTIVE TEMPORAIRE *EX PARTE* AVEC GEL DES ACTIFS, DÉSIGNATION D'UN SÉQUESTRE ET AUTRE MESURE DE REDRESSEMENT FONDÉE SUR L'ÉQUITÉ, ET UNE ORDONNANCE DEVANT

JUSTIFIER POURQUOI AUCUNE ORDONNANCE INTERLOCUTOIRE NE DOIT ÊTRE ÉMISE

g. ÉTATS FINANCIERS DU DÉFENDEUR À TITRE INDIVIDUEL

h. ÉTATS FINANCIERS DU DÉFENDEUR À TITRE CORPORATIF

i. CONSENTEMENT A LA DIVULGATION DES DOSSIERS FINANCIERS

upon:

NASSER GHOSEIRI, one of the defendants in this action, therein named, by speaking and leaving the same thereof for him with him, in person at this domicile/place of business to wit: at

_____

4. THAT the said NASSER GHOSEIRI accepted the proceeding so served.

5. THAT the said NASSER GHOSEIRI identified himself by means of verbal acknowledgement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____, 2014     Signature: _____

Printed Name: _____

I will transmit All these documents to my lawyers, who will consult me to how to respond to this document in a legal manner.

19/09/2014
Nasser GHOSEIRI

*[signature]*

Civil Action No. 14-cv-00815-W-BCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☒ I personally served the summons on the individual at *(place)* _____
on *(date)* 10/9/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/9/2014

**Gilles BORNECQUE-WINANDY
Aline BRU-NIFOSI**
Huissiers de Justice Associés,
15 Passage du Marquis de la Londe
78000 VERSAILLES
Tél. 01 39 50 82 90
Fax 01 39 50 65 13
RCS 398805802

Additional information regarding attempted service, etc.:

*Server's signature:* G. BORNECQUE-WINANDY
*Printed name and title:* Huissier de Justice

*Server's address:* 15 passage des Marquis
de la Londe
78000 Versailles
FRANCE

Action civile n°°

## PREUVE DE SIGNIFICATION

*(Cette section ne doit pas être déposée auprès du tribunal sauf si requise par la Fed. R. Civ. P. 4 (l))*

Cette citation à comparaître au nom de *(nom de la personne et titre le cas échéant)* VASSAN GHOS ESQ
a été reçue par moi le *(date)* 10/9/2014

☒ J'ai personnellement signifié la citation à comparaître à la personne à *(lieu)* ████████ le *(date)* 10/9/2014 ou

☐ J'ai laissé la citation à comparaître à la résidence de la personne ou à son lieu de séjour habituel ____
avec *(nom)* _____, une personne de l'âge et de la discrétion appropriés qui y réside,
le *(date)* _____ . _____ , et envoyé une copie à la dernière adresse connue de la personne ou

☐ J'ai signifié la citation à comparaître à la personne *(nom de la personne* _____ , qui a été s
désignée par la loi pour accepter la signification d'actes au nom de *(nom de l'organisation)* _____
_____ le *(date)* _____ . ___ ou

☐ J'ai retourné la citation à comparaître non exécutée, car _____ ou

☐ Autre *(spécifier)* :


Mes honoraires sont ____ USD pour déplacement et ____ USD pour services, soit un total de 0.00 USD

Je déclare, sous peine de parjure, que cette information est vraie.

Date : 10/9/2014

**Gilles BORNECQUE-WINANDY**
**Aline BRU-NIFOSI**
*Huissiers de Justice Associés*
15 Passage du Marquis de la Londe
78000 VERSAILLES
Tél. 01 39 50 02 90
Fax 01 39 50 65 13

_____
*Signature de l'huissier*

_____
*Nom et titre en caractères d'imprimerie*

_____
*Adresse de l'huissier*

Informations supplémentaires concernant la tentative de signification, etc. :

[Imprimer] [Enregistrer sous...] [Réinitialiser]

Didier BENHAMOU
Franck JAKUBOWICZ
Olivier RACINEUX
Quentin DURIAUD

71 Boulevard Richard Lenoir
75011 PARIS

Tél. : 01 49 23 81 00
Fax : 01 43 55 01 75
huissier@bjrd.fr

Accepte le paiement par carte
bancaire (possible par téléphone)

Références bancaires :
Code banque : 30056
Code guichet : 00811
N° de compte : 08115131612
Clé : 50

# PREMIÈRE EXPÉDITION

ACTE
D'HUISSIER
DE
JUSTICE

RÉFÉRENCES À RAPPELER
MD.39776 - OR/JJ

| COUT DE L'ACTE | |
|---|---|
| Article 6 | 52,80 |
| Article 18 | 7,48 |
| H.T. | 60,28 |
| Tva 20% | 12,06 |
| Taxe | 9,15 |
| PTT | 0,95 |
| T.T.C | 82,44 |



912

## SIGNIFICATION

L'AN DEUX MILLE QUATORZE ET LE DIX-NEUF SEPTEMBRE

Nous, Société Civile Professionnelle G. BORNECQUE-WINANDY,
A. BRU-NIFOSI, titulaire d'un office d'Huissiers de Justice,
ayant siège à VERSAILLES, 15 Passage du Marquis de la Londe,
par l'un d'eux soussigné

À :

**Monsieur NASSER GHOSEIRI**

Pour qui la copie du présent a été remise comme indiqué au Procès Verbal de Signification ci-après annexé.

### À LA DEMANDE DE :

FEDERAL TRADE COMMISSION dont le siège social est 600 Pennsylvania Avenue, NW Mail Stop cc -10232 WASHINGTON, DC 20580 ETATS-UNIS D'AMERIQUE Agissant poursuites et diligences de son représentant légal domicilié en cette qualité audit siège

Elisant domicile en notre Etude

### JE VOUS SIGNIFIE ET VOUS LAISSE COPIE DE :

§ Documents en anglais comprenant :
- Summons in a civil action
- Complaint for permanent injunction and other equitable relief
- EX PARTE ORDER, Attachment A, Attachment B, Attachment C

§ Documents en français comprenant :
- Citation à une action civile
- Dépôt de plainte visant une injonction permanente et d'autres mesures de réparation équitables
- Ordonnance EX PARTE, Pièce jointe A, Pièce jointe B, Pièce jointe C

§ Documents en anglais et en français :
- Avertissement (Warning)
- Eléments essentiels de l'acte (Summary of the document to be served)

La présente signification vous est faite à telles fins que de droit et afin que vous en ayez une parfaite connaissance.

MD.39776 Acte 59961

S.C.P.
Gilles BORNECQUE WINANDY
Alice BRU-NIFOSI

Huissiers de Justice Associés
15 Passage du Marquis de la Londe
(Accès par 15 rue du Général Leclerc)
78000 VERSAILLES
Paiement sécurisé par CARTE BANCAIRE
SUR SIMPLE APPEL TELEPHONIQUE ou
sur notre site :
www.lbb-huissier-versailles-78.fr

STANDARD : 01.39.50.02.90
CREDIT : 01.39.20.21.60
CONSTAT : 01.39.20.21.64
TELECOPIE : 01.39.50.65.13

Compétence départementale
Siret 398 805 002 000 27
adhérent CNIL CIL276

email : etude78@orange.fr

Cor : 345, MD :33297

Acte : 64263

## PROCES VERBAL DE REMISE A PERSONNE PHYSIQUE

KS -

**Requérant :** SOCIETE FEDERAL TRADE COMMISSION

**Titre de l'acte signifié :** une SIGNIFICATION

**Date de signification :** 19 septembre 2014

**Destinataire :** Monsieur NASSER GHOSEIRI demeurant

Cet acte a été signifié par Clerc assermenté, à la personne susnommée ainsi déclaré.

Le présent acte est soumis à taxe fiscale et comporte, 166 feuilles.

Les mentions relatives à la signification sont visées par l'Huissier de Justice.

G. BORNECQUE WINANDY
HUISSIER DE JUSTICE ASSOCIE



**ACTE D'HUISSIER DE JUSTICE**

| COUT DE L'ACTE | |
|---|---|
| Droit Fixe (Art 6) | 52,80 |
| Transport (Art 18) | 7,48 |
| HT. | 60,28 |
| Tva 20 % | 12,06 |
| Taxe Forfaitaire | 9,15 |
| Coût de l'acte | 81,49 |



Cor : 345, MD :33297
KS -