IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Lisa Epps Dade of the law firm Spencer Fane Britt & Browne LLP, and hereby enters her appearance as counsel of record on behalf of Receiver Eric L. Johnson in the above-captioned action.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Lisa Epps Dade
Lisa Epps Dade            MO #48544
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:    (816) 474-8100
Facsimile:    (816) 474-3216
lepps@spencerfane.com

ATTORNEYS FOR RECEIVER ERIC L. JOHNSON

WA 6285140.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 4th day of November 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                      /s/ Lisa Epps Dade
                                      An Attorney for Receiver Eric L. Johnson

WA 6285140.1