Civil Action No. 14-CV-00815-W-BCW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sonny Vleisides**

was received by me on *(date)* 09/19/2014 .

☑ I personally served the summons on the individual at *(place)* ▓▓▓▓▓▓▓▓▓▓▓▓
on *(date)* 09/19/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/22/2014

*Server's signature*

Bernard Beletsky - Process Server
*Printed name and title*

D&B Legal Services
5350 W 94th Ter Ste 206
Prairie Village KS 66207

*Server's address*

Additional information regarding attempted service, etc:

**Documents Served in Addition to Summons in a Civil Action;**
Complaint, Civil Cover Sheet, Temporary Restraining Order with Asset Freeze, Appointment of Receiver, Other Equitable Relief, and Order To Show Cause, Plaintiff's *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of, Receiver, Other Equitable Relief, and Order to Show Cause, Plaintiff's Suggestions in Support of *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of Receiver, Other Equitable Relief, and Order to Show Cause, Plaintiff's Exhibits PX 1-PX 3 in Support Thereof, Certification and Declaration of FTC Counsel Helen P. Wong, Plaintiff's Suggestion of Temporary Receiver, Plaintiff's *Ex Parte* Motion to Exceed Page Limits and Suggestions in Support, Plaintiff's *Ex Parte* Motion to, Temporarily Seal Case File and Suggestions in Support, Order Granting Motion to Temporarily Seal Case File