UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BF LABS, INC., *et al.*<br><br>　　Defendants. | CASE NO. 4:14-cv-00815-BCW |

**[proposed] ORDER LIFTING RESTRICTIONS ON CERTAIN *EX PARTE* DOCUMENTS**

This cause is before the Court on the FTC's motion for an order directing the Clerk of Court to lift the restrictions on certain documents filed by the FTC at the commencement of this case so that those documents may be available to and accessible by the public. The Court having been fully advised in the premises and good cause appearing, it is hereby

ORDERED that the Clerk of Court shall lift the restrictions on Docket Entry numbers 1, 2, 3, 4, 5, 6, 7, 8, and 9, so that those documents are available to and accessible by the public. Nothing in this Order shall affect the restricted status of any other document currently filed under seal in this matter.

Date: November ____, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1