IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-0815-W-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS BF LABS INC., SONNY VLEISIDES, DARLA JO DRAKE, AND NASSER GHOSEIRI'S UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES IN THE STIPULATED INTERIM ORDER

Defendants BF Labs Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri, through undersigned counsel, hereby request the Court enter an Order modifying three deadlines in the Stipulated Interim Order (Doc. No. 54). In support of this request, which is unopposed, Defendants state as follows:

1. On page 32 of 34, in section XXIV, titled SERVICE OF PLEADINGS, EVIDENCE, WITNESS LISTS, states:

> Within 35 calendar days of entry of this Order, Defendants may submit additional factual evidence to the Court and serve the same on counsel for Plaintiff and Temporary Receiver. Within 45 calendar days of entry of this Order, Plaintiff may file objections to the Business Plan and supplement any additional factual evidence to the Court and serve the same on counsel for Defendants and Temporary Receiver.

2. Defendants respectfully request that the language in paragraph 1 be amended to state:

> Within 40 calendar days of entry of this Order, Defendants may submit additional factual evidence to the Court and serve the same on counsel for Plaintiff and Temporary Receiver. Within 45 calendar days of entry of this Order, Plaintiff may file objections to the Business Plan. Within 48 calendar days of entry of this

Order, Plaintiff may supplement any additional factual evidence to the Court and serve the same on counsel for Defendants and Temporary Receiver.

3. Additionally, on page 33 of 34, also in section XXIV titled SERVICE OF PLEADINGS, EVIDENCE, WITNESS LISTS, states:

Live testimony shall be heard only on further order of this Court on motion filed with the Court and served on counsel for the other parties at least ten (10) business days prior to the PI Hearing.

4. Defendants respectfully request that the language in paragraph 3 be amended to state:

Live testimony sought by the Plaintiff shall be heard only on further order of this Court on motion filed with the Court and served on counsel for the other parties at least ten (10) business days prior to the PI Hearing. Live testimony sought by the Defendants shall be heard only on further order of this Court on motion filed with the Court and served on counsel for the other parties at least eight (8) business days prior to the PI Hearing.

5. No other portions of the Stipulated Interim Order will be amended.

6. Defendants have shared this Motion with both the Plaintiff and the Receiver. The Receiver takes no position. The Plaintiff does not oppose the requested relief. *See* Court's Standing Order No. 1 (Doc. 77).

7. Under the Court's Standing Order No. 1 (Doc. 77), a proposed Order in Word format granting the relief requested herein is being submitted to the Court by email to joella_baldwin@mow.uscourts.gov.

WHEREFORE, Defendants respectfully request the Court enter an Order amending the Stipulated Interim Order in order to extend certain deadlines.

Respectfully submitted,


/s/ James M. Humphrey
James M. Humphrey          MO # 50200
Michael S. Foster          MO # 61205
Miriam E. Bailey           MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry            MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake.


/s/ James D. Griffin

James D. Griffin
Lisa M. Bolliger
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
jgriffin@sakg.com
lbolliger@sakg.com

Attorneys for Defendant Nasser Ghoseiri

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2014, a true and correct copy of the foregoing was served by the Court's ECF system on the following:

| | |
|---|---|
| Helen Wong<br>Teresa N. Kosmidis<br>Leah Frazier<br>Gregory Ashe<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Mail Stop CC-10232<br>Washington DC  20580<br>202-326-3779 (Wong)<br>202-326-3216 (Kosmidis)<br>202-326-2187 (Frazier)<br>hwong@ftc.gov<br>tkosmidis@ftc.gov<br>lfrazier@ftc.gov<br>gashe@ftc.gov<br><br>Charles M. Thomas<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO  64106<br>816-426-3130<br>charles.thomas@usdoj.gov<br><br>Attorneys for Plaintiff | Bryant T. Lamer<br>Kersten L. Holzhueter<br>Andrea M. Chase<br>Katie Jo Wheeler<br>Lucinda H. Luetkemeyer<br>Spencer Fane Britt & Browne LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City MO  64106<br>816-474-8100<br>blamer@spencerfane.com<br>kholzheuter@spencerfane.com<br>achase@spencerfane.com<br>kwheeler@spencerfane.com<br>lluetkemeyer@spencerfane.com<br><br>Attorneys for Receiver Eric L. Johnson |

  /s/ James M. Humphrey
Attorney for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake.


  /s/ James D. Griffin
Attorneys for Defendant Nasser Ghoseiri