**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

BF LABS, INC., *et al.*

     Defendants.

CASE NO. 4:14-cv-00815-BCW

**ORDER LIFTING RESTRICTIONS ON CERTAIN *EX PARTE* DOCUMENTS**

     This cause is before the Court on the FTC's motion for an order directing the Clerk of Court to lift the restrictions on certain documents filed by the FTC at the commencement of this case so that those documents may be available to and accessible by the public (Doc. #130). The Court having been fully advised in the premises and good cause appearing, it is hereby

     ORDERED Plaintiff's Motion to Lift Restrictions on Ex Parte Documents (Doc. #130) is GRANTED. The Clerk of Court shall lift the restrictions on Docs. # 1, 2, 3, 4, 5, 6, 7, 8, and 9, so that those documents are available to and accessible by the public. Nothing in this Order shall affect the restricted status of any other document currently filed under seal in this matter.

Date: <u>November 6, 2014</u>

<u>/s/Brian C. Wimes</u>
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT