IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| FEDERAL TRADE COMMISSION, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| BF LABS INC., et al., | ) |
| Defendants. | ) |

## ORDER TO EXTEND CERTAIN DEADLINES
## IN THE STIPULATED INTERIM ORDER

Defendants BF Labs Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri, with consent from Plaintiff Federal Trade Commission, having moved this Court, and the Court being fully advised in the premises, it is hereby

ORDERED Defendants BF Labs Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri's Unopposed Motion to Extend Certain Deadlines in the Stipulated Interim Order (Doc. #132) is GRANTED. It is further

ORDERED that on page 32 of 34, in section XXIV, titled SERVICE OF PLEADINGS, EVIDENCE, WITNESS LISTS, that states:

> Within 35 calendar days of entry of this Order, Defendants may submit additional factual evidence to the Court and serve the same on counsel for Plaintiff and Temporary Receiver. Within 45 calendar days of entry of this Order, Plaintiff may file objections to the Business Plan and supplement any additional factual evidence to the Court and serve the same on counsel for Defendants and Temporary Receiver.

is hereby amended to state:

> Within 40 calendar days of entry of this Order, Defendants may submit additional factual evidence to the Court and serve the same on counsel for Plaintiff and Temporary Receiver. Within 45 calendar days of entry of this Order, Plaintiff may file objections to the Business Plan. Within 48 calendar days of entry of this Order, Plaintiff may supplement any

additional factual evidence to the Court and serve the same on counsel for Defendants and Temporary Receiver.

It is further

ORDERED that on page 33 of 34 of the Stipulated Interim Order, also in section XXIV titled SERVICE OF PLEADINGS, EVIDENCE, WITNESS LISTS, that states:

> Live testimony shall be heard only on further order of this Court on motion filed with the Court and served on counsel for the other parties at least ten (10) business days prior to the PI Hearing.

is hereby amended to state:

> Live testimony sought by the Plaintiff shall be heard only on further order of this Court on motion filed with the Court and served on counsel for the other parties at least ten (10) business days prior to the PI Hearing. Live testimony sought by the Defendants shall be heard only on further order of this Court on motion filed with the Court and served on counsel for the other parties at least eight (8) business days prior to the PI Hearing.

It is further

ORDERED that all other portions of the Stipulated Interim Order remain unchanged.

IT IS SO ORDERED.

Dated: November 6, 2014         /s/Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT