IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DARLA JO DRAKE'S SECOND STIPULATED MOTION FOR LIMITED RELIEF FROM THE ASSET FREEZE

Defendant Darla Jo ("Jody") Drake, through undersigned counsel, hereby requests the Court enter an Order releasing a Mainstreet Credit Union checking account in the name of D. Jody Drake with an account number ending in 9756 to pay for day-to-day living expenses. On October 8, 2014, the Count entered an Order (Doc. No. 74) allowing Drake access to twenty-seven hundred dollars. Drake requests that an additional twenty-five hundred dollars be released from the checking account ending in 9756 to pay for day-to-day living expenses during the interim period defined in the Stipulated Interim Order. The Plaintiff Federal Trade Commission stipulates to this motion.

                                                                           Respectfully submitted,

                                                                           /s/ Michael S. Foster

| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

1

Braden M. Perry                        MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc., Sonny Vleisides, and Darla Drake.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of November 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

      /s/ Michael S. Foster
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake.