IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## SONNY VLEISIDES' SECOND STIPULATED MOTION FOR LIMITED RELIEF FROM THE ASSET FREEZE

Defendant Sonny Vleisides, through undersigned counsel, hereby requests Court enter an Order allowing him to sell twenty-five hundred dollars worth of personal belongings to pay for day-to-day living expenses. On October 7, 2014, the Court entered an Order (Doc. No. 71) allowing Vleisides access to approximately nineteen hundred dollars from a Commerce Bank checking account. There are very little funds left in the Commerce Bank checking account. Vleisides requests that he be able to sell twenty-five hundred dollars worth of personal belongings to pay for day-to-day living expenses during the interim period defined in the Stipulated Interim Order. The Plaintiff Federal Trade Commission stipulates to this motion.

        Respectfully submitted,

        /s/ Michael S. Foster
| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

        Polsinelli PC
        900 W. 48th Place, Suite 900
        Kansas City, Missouri 64112-1895
        Telephone: (816) 753-1000
        Facsimile: (816) 753-1536
        jhumphrey@polsinelli.com
        mfoster@polsinelli.com
        mbailey@polsinelli.com

1

Braden M. Perry  MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant BF Labs Inc., Sonny Vleisides, and Darla Drake.

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 6th day of November 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

       /s/ Michael S. Foster
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake.