# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| BF LABS INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER FOR LIMITED RELIEF FROM
## THE ASSET FREEZE AS TO DARLA JO DRAKE

Defendant Darla Jo Drake moves the Court to release a Mainstreet Credit Union checking account in the name of D. Jody Drake with an account number ending in 9756 to pay for day-to-day living expenses. She requests twenty-five hundred dollars be released from the checking account ending in 9756. Plaintiff stipulates to this motion. After reviewing the record and the law, the Court grants the motion. Accordingly, it is hereby

ORDERED Darla Jo Drake's Second Stipulated Motion for Limited Relief from the Asset Freeze (Doc. #136) is GRANTED. It is further

IT IS SO ORDERED.


Dated: November 7, 2014         /s/Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT