**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-0815-W-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER FOR LIMITED RELIEF FROM
THE ASSET FREEZE AS TO SONNY VLEISIDES**

Defendant Sonny Vleisides moves the Court for an order allowing him to sell twenty-five hundred dollars worth of personal belongings to pay for day-to-day living expenses. Plaintiff consents to the motion. After reviewing the record and the law, the Court grants the motion. Accordingly, it is hereby

ORDERED Defendant Sonny Vlesidides' Second Stipulated Motion for Limited Relief from the Asset Freeze (Doc. #137) is GRANTED. He is allowed to sell twenty-five hundred dollars' worth of personal belongings.

IT IS SO ORDERED.


Dated: <u>November 7, 2014</u>          /s/Brian C. Wimes
                                        JUDGE BRIAN C. WIMES
                                        UNITED STATES DISTRICT COURT