UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>BF LABS, INC., *et al.*<br><br>　　　Defendants. | CASE NO. 4:14-cv-00815-BCW |

**PLAINTIFF'S MOTION TO FILE OPPOSITION UNDER SEAL**

Plaintiff, the Federal Trade Commission ("FTC") hereby respectfully requests that the Court grant it leave to file its suggestions in opposition to the Receiver's Motion to Authorize Unbudgeted Expenditures (Dkt. No. 142) under seal. In support of its motion, the FTC states that the Receiver has requested that any opposition be filed under seal.

WHEREFORE, the FTC respectfully requests this Court enter its order granting the FTC leave to file its opposition under seal.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JONATHAN E. NUECHERTERLEIN
　　　　　　　　　　　　　　　　　　　General Counsel

Dated: November 7, 2014　　　　　　*/s/ Gregory A. Ashe*
　　　　　　　　　　　　　　　　　　　Helen Wong, DC Bar # 997800
　　　　　　　　　　　　　　　　　　　Teresa N. Kosmidis, NY Bar# 4533824
　　　　　　　　　　　　　　　　　　　Leah Frazier, DC Bar# 492540
　　　　　　　　　　　　　　　　　　　Gregory A. Ashe, VA Bar #39131
　　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　　600 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　Mail Stop CC-10232
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20580
　　　　　　　　　　　　　　　　　　　202-326-3779 (Wong)
　　　　　　　　　　　　　　　　　　　202-326-3216 (Kosmidis)

1

202-326-2187 (Frazier)
                                    202-326-3719 (Ashe)
                                    Facsimile: 202-326-3768
                                    hwong@ftc.gov
                                    tkosmidis@ftc.gov
                                    lfrazier@ftc.gov
                                    gashe@ftc.gov

                                    TAMMY DICKINSON
                                    United States Attorney

Dated: November 7, 2014           /s/ Charles M. Thomas
                                    Charles M. Thomas, MO Bar #28522
                                    Assistant United States Attorney
                                    Charles Evans Whittaker Courthouse
                                    400 East Ninth Street, Room 5510
                                    Kansas City, MO  64106
                                    Telephone: (816) 426-3130
                                    Facsimile:  (816) 426-3165
                                    E-mail:  charles.thomas@usdoj.gov

                                    Attorneys for Plaintiff
                                    FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                    /s/ Gregory A. Ashe
                                    Attorney for Plaintiff Federal Trade Commission