UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., *et al.*<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

**CERTIFICATE OF SERVICE FOR FTC'S REQUEST FOR DOCUMENTS TO DEFENDANT BF LABS, INC.**

Undersigned counsel hereby certifies that on November 7, 2014, the **FTC'S REQUEST FOR DOCUMENTS TO DEFENDANT BF LABS, INC.** was served upon the parties or their counsel.

Undersigned counsel further certifies that on November 10, 2014, this **CERTIFICATE OF SERVICE FOR FTC'S REQUEST FOR DOCUMENTS TO DEFENDANT BF LABS, INC.** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Eric L. Johnson, Esq.
SPENCER FANE BRITT & BROWN LLP
*Receiver for BF Labs, Inc.*

Bryant T. Lamar, Esq.
Kersten L. Holzhueter, Esq.
Andrea M. Chase, Esq.
Katie Jo Wheeler, Esq.
Lucinda H. Luetkemeyer, Esq
Lisa E. Dade, Esq.
SPENCER FANE BRITT & BROWN LLP
*Counsel for the Receiver*

James M. Humphrey, Esq.
Michael S. Foster, Esq.
Miriam E. Bailey, Esq.
POSLINELLI PC

Braden M. Perry, Esq.
KENNYHERTZ PERRY, LLC

*Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake*

1

James D. Griffin, Esq.
Lisa M. Bolliger, Esq.
SCHARNHORST AST KENNARD GRIFFIN, P.C.
*Counsel for Defendant Nasser Ghoseiri*

                                        Respectfully submitted,

                                        JONATHAN E. NUECHTERLEIN
                                        General Counsel

Dated: November 10, 2014        */s/ Gregory A. Ashe*
                                        Helen Wong, DC Bar # 997800
                                        Teresa N. Kosmidis, NY Bar# 4533824
                                        Leah Frazier, DC Bar# 492540
                                        Gregory A. Ashe, VA Bar #39131
                                        Federal Trade Commission
                                        600 Pennsylvania Ave., N.W.
                                        Mail Stop CC-10232
                                        Washington, D.C. 20580
                                        202-326-3779 (Wong)
                                        202-326-3216 (Kosmidis)
                                        202-326-2187 (Frazier)
                                        202-326-3719 (Ashe)
                                        Facsimile: 202-326-3768
                                        hwong@ftc.gov
                                        tkosmidis@ftc.gov
                                        lfrazier@ftc.gov
                                        gashe@ftc.gov

                                        TAMMY DICKINSON
                                        United States Attorney

Dated: November 10, 2014        */s/ Charles M. Thomas*
                                          Charles M. Thomas, MO Bar #28522
                                        Assistant United States Attorney
                                        Charles Evans Whittaker Courthouse
                                        400 East Ninth Street, Room 5510
                                        Kansas City, MO 64106
                                        Telephone: (816) 426-3130
                                        Facsimile: (816) 426-3165
                                        E-mail: charles.thomas@usdoj.gov

                                        Attorneys for Plaintiff
                                        FEDERAL TRADE COMMISSION