UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BF LABS, INC., *et al.* <br><br> Defendants. | CASE NO. 4:14-cv-00815-BCW |

**CERTIFICATE OF SERVICE FOR PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT BF LABS, INC. PURSUANT TO RULE 30(b)(6) AND STIPULATED INTERIM ORDER**

Undersigned counsel hereby certifies that on November 10, 2014, the **PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT BF LABS, INC. PURSUANT TO RULE 30(b)(6) AND STIPULATED INTERIM ORDER** was served upon the parties or their counsel.

Undersigned counsel further certifies that on November 10, 2014, this **CERTIFICATE OF SERVICE FOR PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT BF LABS, INC. PURSUANT TO RULE 30(b)(6) AND STIPULATED INTERIM ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James D. Griffin, Esq. <br> Lisa M. Bolliger, Esq. <br> SCHARNHORST AST KENNARD GRIFFIN, P.C. <br> *Counsel for Defendant Nasser Ghoseiri* <br><br> Eric L. Johnson, Esq. <br> SPENCER FANE BRITT & BROWN LLP <br> *Receiver for BF Labs, Inc.* | James M. Humphrey, Esq. <br> Michael S. Foster, Esq. <br> Miriam E. Bailey, Esq. <br> POSLINELLI PC <br><br> Braden M. Perry, Esq. <br> KENNYHERTZ PERRY, LLC <br><br> *Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake* |

1

Bryant T. Lamar, Esq.
Kersten L. Holzhueter, Esq.
Andrea M. Chase, Esq.
Katie Jo Wheeler, Esq.
Lucinda H. Luetkemeyer, Esq
Lisa E. Dade, Esq.
SPENCER FANE BRITT & BROWN LLP
*Counsel for the Receiver*

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: November 10, 2014

*/s/ Gregory A. Ashe*
Helen Wong, DC Bar # 997800
Teresa N. Kosmidis, NY Bar# 4533824
Leah Frazier, DC Bar# 492540
Gregory A. Ashe, VA Bar #39131
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
Facsimile: 202-326-3768
hwong@ftc.gov, tkosmidis@ftc.gov,
lfrazier@ftc.gov, gashe@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: November 10, 2014

*/s/ Charles M. Thomas*
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2