## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-0815-W-BCW** |
| | ) | |
| **BF LABS INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS BF LABS INC., SONNY VLEISIDES,
### DARLA DRAKE, AND NASSER GHOSEIRI'S MOTION TO PRESENT
### LIVE TESTIMONY AT PRELIMINARY INJUNCTION HEARING

Pursuant to Section XXIV.B of the Stipulated Interim Order (Doc. # 54),[1] Defendants BF Labs Inc., Sonny Vleisides, Darla Drake, and Nasser Ghoseiri respectfully request that the Court allow them the option to present select live testimony at the preliminary injunction hearing scheduled for November 24, 2014. In support of this motion, Defendants state as follows:

The Court previously granted Defendants' motion to present Mr. Bruce Bourne's live testimony, and Defendants request that the Court do so again for the November 24, 2014 preliminary injunction hearing.

Witness:

Mr. Bruce Bourne
Consultant and Acting CFO
BF Labs Inc.

---

[1] The Stipulated Interim Order entered by the Court states that "[n]othing in this Order shall prejudice Defendants' rights (1) to challenge on any ground Plaintiff's motion for a preliminary injunction or (2) to appeal from any grant of preliminary or permanent injunctive relief that the Court might order.

Mr. Bourne will address the Business Plan that BF Labs was required to submit under the Stipulated Interim Order. Mr. Bourne will also address the factual assertions made in the Certification and Declaration of Helen P. Wong in Support of Plaintiff's Ex Parte Motion to the Court. Mr. Bourne may also address the Temporary Receivership and the limited operations to date, the overall operations and financial status of BF Labs, strategic planning, BF Labs policies and procedures, finance and accounting issues, and customer relations issues. Mr. Bourne may also address the irreparable harm that has already occurred to BF Labs and the individual defendants, and the irreparable harm that will result if a preliminary injunction is issued or the Temporary Receivership is continued.

Defendants may later seek leave to modify the scope or topics of testimony based on the additional supplemental factual evidence submitted by the FTC.

Dated: November 11, 2014

Respectfully submitted,

/s/ James M. Humphrey
_____
James M. Humphrey                    MO # 50200
Michael S. Foster                    MO # 61205
Miriam E. Bailey                     MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                      MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake

/s/ James D. Griffin
_____
James D. Griffin                     MO # 33370
Lisa M. Bolliger                     MO # 65496
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
jgriffin@sakg.com
lbolliger@sakg.com

Attorneys for Defendant Nasser Ghoseiri

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 11, 2014, a true and correct copy of the foregoing was served by the Court's ECF system on the following:

Helen Wong
Teresa N. Kosmidis
Leah Frazier
Gregory Ashe
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington DC  20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov

Charles M. Thomas
Assistant United States Attorney
Charles Evans Whittaker
Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
816-426-3130
charles.thomas@usdoj.gov

Attorneys for Plaintiff

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Lucinda H. Luetkemeyer
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City MO  64106
816-474-8100
blamer@spencerfane.com
kholzheuter@spencerfane.com
achase@spencerfane.com
kwheeler@spencerfane.com
lluetkemeyer@spencerfane.com

Attorneys for Temporary Receiver
Eric L. Johnson

 /s/ James M. Humphrey
Attorney for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake