# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-0815-W-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF RICARDO PENA

I, Ricardo ("Rick") Pena, hereby declare and state as follows:

1. I am a Glen Oaks, New York resident.

2. I am a securities trader and also own and manage several properties.

3. I first preordered a Jalepano product from BF Labs for $308 dollars in May 2013.

4. The Jalapeno product was shipped to me on November 8, 2013.

5. I mined with the Jalapeno product for appoximately two months, making a solid profit, then later selling the Jalapeno product on eBay for over $800 dollars.

6. Because of the success I had with BF Labs' Jalapeno, I ordered a Single 50GH/s on December 1, 2013 for $2567 dollars.

7. I was shipped the Single 50 GH/s on December 13, 2013.

8. I have been extremely happy with how fast I received these miners.

9. With regard to the Single 50GH/s, I also profited from my purchase and later sold the Single 50GH/s for a premium, months after mining with the device.

49186052.1

10. BF Labs has also provided excellent customer service as they repaired two of my devices after I had mined for two months and all I had to pay was my shipping costs.

11. I also preordered a Monarch on November 28, 2013 for $3528.

12. The only issue I have with BF Labs is they took a little long to start shipping the Monarch product but I have preordered similar from other companies around the same time and have not received those products either because of delays in production industry-wide.

13. Because I had not received the Monarch, BF Labs was kind enough to provide for me free cloud mining until I received the Monarch.

14. The lawsuit from the Federal Trade Commission actually makes things worse for consumers like me as I want my Monarch now and understand that they began shipping Monarchs to customers when the Federal Trade Commission brought its claims against BF Labs.

15. In fact, I see no benefit to any consumer by the Federal Trade Commission's actions.

16. I also saw in the pleadings that the Federal Trade Commission is seeking to convert BF Labs' bitcoin to cash and that is very discouraging and ridiculous.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th of November, 2014.

*Ricardo Pena*
Ricardo Pena