# EXHIBIT G



Welcome, BFL AM Dave | Inbox | My Profile | Settings | Log Out

| What's New? | Articles | Forum | **Blogs** | FAQ | BFL |

User Gallery | Recent Entries | Most Popular | Member Blogs | Blog Settings | Advanced Search

🏠 Blogs › BFL_Jody › Monarch shipping update – August 28

# BFL_Jody

## Monarch shipping update – August 28 ✎

Rate this Entry

by 👑 BFL_Jody, 08-28-2014 at 02:32 PM (1549 Views) — 0 Trackbacks — 0 Comments

Have you heard the great news? Butterfly Labs is shipping Monarchs!

We started shipping Monarchs last week starting with the earliest order date.

When customer orders are ready for shipment they will receive an email detailing several options, from maximizing their hashing power at $1.97/GH to receiving rebates or a refund. You can learn more about options on the Monarch Options for Shipping post.

Please note, if we don't receive a response to our offers within 48 hours, we will move to the next order in the queue. This could delay your shipping date. Temporary Cloud Mining will be turned off either when we ship your product or when you have failed to respond within 48 hours.

If you are currently in the refund queue and you decide you are interested in keeping your order in light of the new pricing, please email office@butterflylabs.com to reclaim your place in the order queue.

Please refer to the Monarch: Questions and Answers forum announcement for answers to several common inquiries we have received.

1 Thanks
😊 UgolinoII thanked for this post

### BFL_Jody



👤 Go to Profile
✉ Send Private Message
➕ Add as Friend
✔ Mark as Read
⊙ Subscribe to this Blog

| | |
|---|---|
| Join Date: | Sep 2012 |
| Posts: | 14 |
| Blog Entries: | 231 |

**Blog Categories** ✎

Global Categories
📁 Shipping Updates
Local Categories
📁 Uncategorized

**Recent Comments**

Is My Order In?
by bktwo

Sales Tax
by SLok

