# EXHIBIT H


Case 4:14-cv-00815-BCW   Document 155-8   Filed 11/11/14   Page 2 of 2