# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-0815-W-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ROBERT FRANKOVIC

I, Robert Frankovic, hereby declare and state as follows:

1. I am the Senior Vice President at an Insurance Brokerage company in Overland Park, Kansas.

2. I graduated with a degree in engineering from the University of Wisconsin-Milwaukee in 1974.

3. I have not practiced as an engineer since I was 35 years old.

4. I learned about Butterfly Labs products from a friend and ended up preordering the 65 NM ASIC product.

5. A friend purchased the Jalapeno product from BF Labs and had a lot of success with that product.

6. I completely understood that this was a preorder process, the 65 NM ASIC was not fully developed, and if I did not want to wait in a queue for a product then I should not order the product.

7. I am satisfied with the bitcoin mining results using my 65 NM ASIC.

8. After my experience with the 65 NM ASIC, I preordered the Monarch product from BF Labs.

49185955.1

9. Again, I knew the Monarch was not yet developed and it would take time for BF Labs to develop and deliver the Monarch.

10. Because of the Federal Trade Commission, I have not received the Monarch.

11. The success of BF Labs' products is without question.

12. Because of my background in engineering, I understand delays can occur in a new industry that can affect chip production schedules, initial printed circuit board design, and final testing.

13. I have looked at other bitcoin mining hardware manufacturers and Butterfly Labs has my 100% confidence primarily due to its open, transparent communication style that put its customers first.

14. Every single question I had for Butterfly Labs was answered without hesitation.

15. I believe that the Federal Trade Commission's lawsuit is hurting the consumer and specifically ask that the Federal Trade Commission pay for all my losses due to the delay that I have experienced in not receiving the Monarch I ordered.

16. Every minute I wait for my product is hurting me, the consumer.

17. I certainly would not call Butterfly Labs "bogus" or "scammers" since I am a happy, repeat customer.

18. It would in fact be false to call Butterfly Labs those names.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th of November, 2014.

Robert Frankovic

2

49185955.1

Case 4:14-cv-00815-BCW    Document 155-10    Filed 11/11/14    Page 3 of 3