# EXHIBIT M

THE NALLWOOD HEIGHTS CORPORATION, INC.
10770 EL MONTE
OVERLAND PARK, KS   66211
(913) 341-4880

November 11, 2014

To Whom it May Concern:

Butterfly Labs has been a tenant of Nallwood Heights since November, 2012.   Butterfly has consistently paid their rent on time and usually in advance.   As their business grew, in October of 2013 Butterfly subleased additional space from another tenant in the building.   Butterfly was true to their word when we negotiated the terms of their leases.   All our negotiations and dealings with Butterfly have been very business-like and above board.   They have followed all operating procedures in the building as we have requested.   They are a valued tenant.

We have witnessed the growth of Butterfly and we have witnessed the decrease in business which unfortunately occurs with many businesses.   Butterfly hired new employees during a phase when they received in a large number of shipments and it appeared several shipments were going out of the building.   We heard normal shop talk during this time when parts were delayed or testing had to continue.   All items which seem to occur when a new business is developing a new product.   We also saw a decrease in business as shipments coming in decreased and the number of employees in the building decreased.   It appeared Butterfly was increasing and decreasing overhead based on the cycle of their revenue.   Butterfly Labs has been a good tenant who appears to be running a professional business.

Sincerely,

August L. Huber III