**From:** Anthony Fast via LinkedIn [mailto:member@linkedin.com]
**Sent:** Tuesday, September 23, 2014 10:38 AM
**To:** David McClain
**Subject:** RE: My Recommendation



**Anthony Fast**
Bitcoin & Cryptocurrency Consulting/Research

Lol. Everything was on the up and up there right Dave? It was just the troubles of a startup...you know, because all startups get raided by the Feds. What an embarrassment... You should be ashamed of yourself, especially from the stories I am hearing now. And to think, you tried to tell me some halfass story about wanting to come down and beat my ass when I was younger for disrespecting my mom. But at least I never went to jail for anything I did and, you know, decided to leave a scam company when I knew something was wrong. But you stayed...

Be awesome!

