

**Anthony Fast**

Timeline   About   Photos   Friends 15 Mutual   More ▾

📝 Post    🖼 Photo / Video

Write something...

**Anthony Fast**
Yesterday at 9:36am

And boom went the dynamite...



**At FTC's Request, Court Halts Bogus Bitcoin Mining Operation | Federal Trade Commission**

Butterfly Labs Allegedly Delayed Shipment or Failed to Deliver Paid-For Bitcoin Mining Computers,...

FTC.GOV

Like · Comment · Share

