

 **Anthony Fast**
3 hours ago

I'll be back in the cryptocurrency world starting tomorrow. If anyone needs any consulting work done that I had to turn down before or other projects they are interested in then PM me.

I'm not going to air the dirty laundry in public as to why I left, but let me just say that working for Google is not all that it's cracked up to be and they count on the cache of their name to get you in the door. I was lied to from the beginning and it went downhill from there...but such is my life and big business. I'm sure they'll find another cow to throw into the slaughter pen without an issue now that I'm gone.

This has been extremely disappointing and I would have expected much better, but looking back on it, I can't say that I'm

 Write a comment... Post

This has been extremely disappointing and I would have expected much better, but looking back on it, I can't say that I'm necessarily surprised. We, the working people, have been bamboozled since the beginning of time, through the fights for unions in the early 1900's, Reagan busting the air traffic controllers union in the 80's, and then when the recession hit in 2008 they realized they could work us to death with no recourse or retaliation.

Those in charge of this country have done a tremendous job dividing us through petty social issues, panem et circensus, the decaying schools system, and the burden of debt we carry from attending college to better ourselves. This is not the America that I was indoctrinated into growing up with its fantastical ideals of freedom, democracy and equality for all. This is a corporatocracy that will be our undoing.