IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**TEMPORARY RECEIVER'S MOTION FOR CLARIFICATION OF STIPULATED INTERIM ORDER RELATED TO TIMING OF FILING FEE APPLICATION**

Temporary Receiver Eric L. Johnson ("Temporary Receiver"), for his Motion for Clarification of Stipulated Interim Order Related to Timing of Filing Fee Application (the "Motion"), states as follows:

1. On September 18, 2014, the Court entered an *ex parte* temporary restraining order ("TRO") in the captioned case.

2. On October 2, 2014, the Court entered the Stipulated Interim Order (the "Order") [Docket No. 54].

3. Section XIV of the Order appears to require Temporary Receiver to file his first application for reasonable compensation for the performance of duties pursuant to the Order today, November 17, 2014 (the "Fee Application").

4. Temporary Receiver had understood that he could not file his first Fee Application until after November 17, 2014.

5. Pursuant to XI.J of the Order, Temporary Receiver requests clarification of the Order regarding the timing of filing his first Fee Application. If the Court determines that the first Fee Application is due any time after November 17, 2014, that clarification is sufficient for Temporary Receiver.

WA 6336983.1

6. If the Court determines that the first Fee Application is due on November 17, 2014, Temporary Receiver respectfully requests that the Court extend his deadline to file his first Fee Application for a reasonable period of time after November 17, 2014.

WHEREFORE, Temporary Receiver respectfully requests this Court enter its order granting the Motion, either clarifying the Order or extending the deadline to file the first Fee Application, whichever is appropriate.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Bryant T. Lamer
Bryant T. Lamer        MO #57355
Lisa Epps Dade         MO #48580
Andrea M. Chase        MO #66019
Lucinda H. Luetkemeyer MO #63983
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:    (816) 474-8100
Facsimile:    (816) 474-3216
blamer@spencerfane.com
lepps@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

ATTORNEYS FOR TEMPORARY RECEIVER ERIC L. JOHNSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of November 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Bryant T. Lamer
An Attorney for Temporary Receiver
Eric L. Johnson