# PX
# 2

# DECLARATION OF DANIEL TEMKIN

## PURSUANT TO 28 U.S.C. § 1746

I, Daniel Temkin, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.  I am a citizen of the United States and am over 18 years old. I am employed as a paralegal specialist with the Federal Trade Commission ("FTC") in the Division of Financial Practices ("DFP"). My office address is 600 Pennsylvania Avenue, N.W., Mail Stop CC 10232, Washington, D.C. 20580.

2.  I began working at the FTC in August 2013. My responsibilities include investigating suspected violations of consumer protection laws, including the Federal Trade Commission Act, the Truth in Lending Act, and the Electronic Fund Transfer Act. In the normal course of carrying out my responsibilities, I regularly use Internet search engines, electronic databases, spreadsheet software, and a variety of other software-based investigative and organizational tools.

3.  At the FTC, I was assigned to the FTC's investigation of this matter, which came to include one company: BF Labs, Inc. d/b/a Butterfly Labs ("Butterfly Labs"), and three individuals: Darla Drake a/k/a Jody Drake ("Drake"), Nasser Ghoseiri ("Ghoseiri"), and Sonny Vleisides ("Vleisides") (collectively referred to as "Defendants"). Drake, Ghoseiri, and Vleisides, will be referred to separately as "Individual Defendants."

4.  In the course of the investigation, I reviewed the publicly available forum on Butterfly Labs' website, located at https://forums.butterflylabs.com. Employees of Butterfly Labs frequently respond directly to customers on this forum. One of these employees, under

the username Slok, is a site moderator. A true and correct copy of the "about me" section of Slok's profile from the Butterfly Labs forums, showing the title "Moderator," is appended hereto as **Attachment A**.

**Deletion of Content from Defendants' Website**

5.  Several posts on Butterfly Labs' forum suggest that Defendants' employees deleted website content after September 18, 2014.

6.  On or around October 7, 2014, a member of Butterfly Labs' website posted in a forum thread titled "Federal Trade Commission v. BF Labs, Inc." His post stated, "Who deleted my post? Has the receivership approved of post deletions?" Slok, a site moderator, replied to this post on October 7, 2014. In his response, this site moderator stated, "I did, because it was speculation. I don't think moderators or BFL staff need approval to remove anything considered not forum worthy." True and correct copies of these forum posts are appended hereto as **Attachment B**.

7.  On or around January 6, 2014, a member of Butterfly Labs' website posted in a forum thread titled "BFL is locking and deleting my threads with no explanation." This consumer states that his post was deleted after he requested a refund from Butterfly Labs. A true and correct copy of this post and a response from Slok is appended hereto as **Attachment B.1.**

8.  On October 27, 2014, in the same forum thread, Josh Zerlan, a Butterfly Labs employee, stated, "If you see an unreasonable post or thread, let me know, I'll be happy to take care of it." A true and correct copy of this forum post is appended hereto as **Attachment C**.

**Consumer Posts on Defendants' Website**

9.  In the course of the investigation, I reviewed posts that Butterfly Labs' customers made

on the Butterfly Labs forum.

10. A forum thread titled "BF labs no contact for a very long time, no buyer protection, should we be worried?" is appended hereto as **Attachment D**.

11. A forum thread titled "Is BFL Scamming Us?" is appended hereto as **Attachment E**.

12. A forum thread titled "Is this True???? "NOTICE: WARNING to NEW CUSTOMERS of BUTTERFLY LABS INC (BFL)" is appended hereto as **Attachment F**.

**Defendants' Responses to Consumer Posts**

13. In the course of the investigation, I reviewed Buttefly Labs' forum threads in which Defendants and Defendants' employees communicated directly with their customers.

14. On the Butterfly Labs' forum, Josh Zerlan referred to posters as "scumbag extraordinaire" and "childish customers," among other things. Examples of posts from the forum in which Zerlan communicated with consumers are appended hereto as **Attachment G**.

15. In a forum thread titled "Refund policy?" Zerlan responded directly to consumers who requested a refund of their order from Defendants. In these responses, Zerlan refers to customers who request a refund as "whiners and complainers." In the same thread, consumers posted about Butterfly Labs censoring and deleting posts that reference "FTC" or "refund." A true and correct copy of these posts is appended hereto as **Attachment H.**

16. An example of a thread from the Butterfly Labs forum in which Slok refers to consumers as "but-hurt" is appended hereto as **Attachment I**.

17. A forum thread titled "Why are BFL mods editing my posts to say things I did not say?" is appended hereto as **Attachment J**.

**News Articles and Consumer Responses to Defendants' Business Practices**

18. In the course of the investigation, I reviewed various news sources related to the Defendants.

19. An article titled "Butterfly Labs Monarch miner announcement angers customers" and comments posted by readers reacting to this article are appended hereto as **Attachment K**.

20. An article titled "Butterfly Labs to Resume Limited Business Operations" and comments posted by readers reacting to this article are appended hereto as **Attachment L**.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed in Washington, D.C. on November 19, 2014.

_____

# ATTACHMENT A



| User Name | | Log in |    Help    Register |

Remember Me?

**What's New?**    **Articles**    **Forum**    **Blogs**    **FAQ**    **BFL** Gallery

User Gallery  FAQ    Calendar    Community ▾    Forum Actions ▾    Quick Links ▾                Advanced Search

🏠 SLok

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



👑 **SLok** ○
Moderator
🟩🟩🟩

📑 Find latest posts
📑 Find latest started threads
📄 View Articles
📖 View Blog Entries

**Join Date:**    09-28-2012
**Wiki**    10
**Contributions:**
**Avatar:**

**12 Friends**                    **More**

**SLok's Activity**    **About Me**    **Friends**

**Activity**    **Post Thanks / Like**    **Mentions**

**Thread Tags**    **Quotes**    **Post Areas**

## Basic Information

### About SLok
**Location:**
Southwest of Northeast

## Statistics

**Total Posts**
**Total Posts:**                    2,169
**Posts Per Day:**                  2.78

**FAQ**
**Wiki Contributions:**             10
**Last contributed to:**
Tutorials:Quick bfgminer set-up for Eclipsemc on a
Windows pc. 04-07-2014 04:27 PM
View all contributions by SLok

**General Information**
**Join Date:**                      09-28-2012
**Referrals:**                      2

Case 4:14-cv-00815-BCW    Document 166-2    Filed 11/19/14    Page 7 of 71

# ATTACHMENT B

Canary

| | |
|---|---|
| Mentioned: | 0 Post(s) |
| Tagged: | 0 Thread(s) |
| Quoted: | 13 Post(s) |

| | |
|---|---|
| Join Date: | May 2014 |
| Posts: | 16 |

**Ignore User**



> Originally Posted by ▮▮▮▮▮▮▮▮
> *Yes, the photos showed up-to 500 cards according to court information.*
>
> *The thing is, according to court documentation [if I am reading it correctly], BFL refunded over $1,000,000. (http://ia902308.us.archive.org/32/it...17531.42.0.pdf, page 12)*
>
> *Whilst the cards might be able to cover some of that from the 'burn-in' testing, it seems unlikely they would cover all of it. You also have to consider there is running costs for BFL and some of the money has to go on rent, parts, business expenses and wages. The development of a complicated product costs time and money, so it's entirely possible that there could have been a shortfall in revenue to process all the refunds. We probably will never know this for sure, but assuming that refund money came entirely from the internal 'burn-in' testing facility/farm over a buffer period of 30-45 days seems over the top to me. Of course, there is the possibility it was partially funded in this way, but how can anyone say for sure?!*

Who deleted my post? Has the receivership approved of post deletions?

Send PM          Reply With Quote



Blog Entries: 13
Mentioned: 183 Post(s)
Tagged: 1 Thread(s)
Quoted: 2112 Post(s)

Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 10-26-2014

Join Date: Aug 2012
Posts: 2,505
Blog Entries: 13

**Ignore User**

smf, the following are speculation and/or opinion, not facts.
"BFL were still not operating within the law"
"nobody had any confidence that they wouldn't just run"
"That is why the FTC had to step in "

This pretty much covers it.

Send PM



10-07-2014, 03:25 PM                                                #49

**SLoK** ○
Moderator

Mentioned: 34 Post(s)
Tagged: 0 Thread(s)
Quoted: 604 Post(s)
Latest Thread: eBay Now Allows Virtual Currency Sales

Join Date: Sep 2012
Location: Southwest of Northeast
Posts: 2,167

**Ignore User**

Originally Posted by ▮▮▮▮
*Who deleted my post? Has the receivership approved of post deletions?*

I did, because it was speculation. I don't think moderators or BFL staff need approval to remove anything considered not forum worthy.

Send PM

10-07-2014, 05:32 PM                                                #50

▮▮▮▮ ○
Miner 49'er

Originally Posted by ▮▮▮▮

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

Results 1 to 2 of 2

**Thread: BFL is locking and deleting my threads with no explanation.**

Thread Tools ▼   Display ▼



■ 01-06-2014, 07:16 PM                                                                                                                                          #1

Junior Member

Mentioned:   0 Post(s)
Tagged:      0 Thread(s)
Quoted:      0 Post(s)
Latest Thread:   BFL is locking and
deleting my threads with no
explanation.

● ● ● ●

Join Date:   Dec 2013
Posts:       4

**Ignore User**

**BFL is locking and deleting my threads with no explanation.**

First thread here. Locked with no explanation.

https://forums.butterflylabs.com/pos...ning-12gh.html

Second thread was deleted. Here is the content.

> *My other thread has been locked for no declared reason so I'm starting a new one.*
>
> *- I received a defective miner.*
> *- It took 30 days from my time of initial contact for them to respond.*
> *- I shipped them my defective miner with an RMA number provided by BFL, requesting a refund.*
> *- It has been almost 3 weeks, they have not responded to a single email or request for a status update.*
> *- My next available option to escalate this seems to be reporting it as a theft to the police.*
>
> *Anyone got any ideas on how I can get a response?*

Instead of trying to hide this situation, maybe BFL should actually contact me.

📧 **Send PM**

■ 01-06-2014, 07:52 PM                                                                                                                                          #2

 **SLok** ○

Moderator

Mentioned:   34 Post(s)
Tagged:      0 Thread(s)
Quoted:      604 Post(s)

The other thread was closed and opened again yesterday, by me. I closed it because some folk started an unpleasant debate, and it needed a "cooldown". The second one was removed, like this 3rd one will be, because multiple threads showing the same serve no one.

# ATTACHMENT C



10-27-2014, 11:24 PM                                                      #84

**BFL_Josh**

Employee

Blog Entries:   13
Mentioned:    183 Post(s)
Tagged:        1 Thread(s)
Quoted:        2112 Post(s)

Latest Blog:   Monarch Power and
Light (Sound)

> Originally Posted by ▮▮▮▮
>
> *I've been thinking about making a summary thread that cover everything known about the case so people can get a synopsis without digging through the forum posts but I presume it will be locked by Slok as my last one was.*
>
> *Speaking of Slok, it seems that the forums are in a "uncontrolled state" at the moment as the usual brutal level of comment removal doesn't seem to be happening.*
>
> *As for when the case will be finished I was thinking about making "Valve Time Joke"\* but I'm not sure everyone's a gamer and probably wouldn't get it.*

Latest Thread:   Duplicate IP Report
for 10-26-2014

Join Date:      Aug 2012
Posts:          2,505
Blog Entries:   13

**Ignore User**

*Valve is notorious for saying stuff will be released
"when it's done" with no real timeline attached, the
FTC case is exactly the same, it will be done when
it's done, could take a month, could take a year.*

*As for BFL's seized assets, they have access to them
after petitioning for their release as long as the judge
deems it viable, the multiple $20000 payments made
to the board directors for "living expenses" proves
this.*

*If all listed expenses from the court docs have been
paid via the HMO bank account then it's down to as
little as $500000 by my count, must admit the seized
bitcoin wallet offers some light of hope and I would
be happy getting my original mining hardware worth
($10000) paid in BTC at a reduced rate* as anyone
who mines professionally plans on cashing out on a
12 month timeline (minimum) and would only
convert coins to hard currency when the conversion
rate is high, BTC is a variable thing the fact that the
worth fluctuates isn't that big an issue.*

*\*Say 2 BTC to every $1000 owed.*

*I was already aware that its perjury for someone
directly involved in a case to comment about it in
public if said data isn't covered by the documents
already released to the public as all court data is
confidential till released but I don't see why we
comment here is a bad thing, if anything customers
discussing how ASS BACKWARDS the FTC case is
should point out that the FTC isn't actually helping
us.*

*Lastly the reason I originally wanted refund is that
my father was suffering with cancer, he's dead now
so I am happy to go back to getting product instead
of refund, I would presume BFL would provide some
form of compensation for the extended wait period
in the form of extra hardware.*

*Personally I would like to see all orders DOUBLED*
as surely even with BFL covering the extra shipping
cost it would be less than the cost of providing full
refund to everyone who's still waiting.*

*\*So if you ordered 3 monarchs you would get 6.*

What comments/threads are a problem? I keep an eye on
stuff and Slok is around (I think he's been on vacation). If
you see an unreasonable post or thread, let me know, I'll
be happy to take care of it.

| Send PM | |

| 10-28-2014, 12:36 AM | #85 |

**Experienced Miner**

Mentioned:     0 Post(s)
Tagged:        0 Thread(s)
Quoted:        21 Post(s)
Latest Thread:   FTC v BFL Take #2

Join Date:     Dec 2013
Posts:         43

**Ignore User**

Hello again Josh, the huge amount of "IM DUE REFUND AND I WANT IT NOOOOOOWWW!!!!" threads popping up that haven't been quashed instantly made it seem like Slok wasn't active anymore, Slok is usually super quick to lock useless threads and delete comments that don't really add anything to the subject.

Obviously my presumption was wrong, I don't really mind as people can post whatever they like and it doesn't impact on me one iota I was simply voicing what I perceived.

Would be great if you could comment on the rest (perjury, I know) because the forum stuff is probably the least important notion in the post you have quoted.

| Send PM | |

# ATTACHMENT D



## What's New?  Articles  Forum  Blogs  FAQ  BFL Gallery

User Gallery    New Posts    FAQ    Calendar    Community ▾    Forum Actions ▾    Quick Links ▾                Advanced Search

🏠 Forum    Butterfly Labs    Post Sales & Customer Service

Bf labs no contact for a very long time, no buyer protection, should we be worried?

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



Results 1 to 10 of 33        ▼ Page 1 of 4  [1] 2 3 ...    ▶ Last ▶▶

**Thread: Bf labs no contact for a very long time,no buyer protection, should we be worried?**





**Banned**

Mentioned:    5 Post(s)
Tagged:        0 Thread(s)
Quoted:        97 Post(s)
Latest Thread:   Outdated
information on Monarch product
page is a recipe for disappointment

Join Date:    Dec 2013
Location:     I am disappoint
Posts:        283

**Ignore User**

What do you want to hear?

A Monarch ordered today probably won't ship until April,
according to Josh. Other companies are offering similar
schedules for their products. If you want a company with
better customer service, order from them.

**Reply With Quote**

01-07-2014, 07:36 AM                                              #3

**Junior Member**

Mentioned:    0 Post(s)
Tagged:        0 Thread(s)
Quoted:        2 Post(s)
Latest Thread:   Bf labs no contact
for a very long time,no buyer
protection, should we be worried?

Join Date:    Dec 2013
Posts:        8

**Ignore User**

> **Originally Posted by**
>
> *What do you want to hear?*
>
> *A Monarch ordered today probably won't ship until
> April, according to Josh. Other companies are
> offering similar schedules for their products. If you
> want a company with better customer service, order
> from them.*

I want hear that if I spend $4000 on something Im going
to get it, not pay that amount and for the company to
disappear

**Send PM**                                            **Reply With Quote**

01-07-2014, 07:52 AM                                              #4

**Banned**

Mentioned:    5 Post(s)
Tagged:        0 Thread(s)
Quoted:        97 Post(s)
Latest Thread:   Outdated
information on Monarch product
page is a recipe for disappointment

Join Date:    Dec 2013
Location:     I am disappoint

Going by BFL's track record, you get your product
eventually. Some people don't have problems with their
orders, others do.

There are also other companies with proven track records.
Many of them even pledge to refund your money if they
miss their promised shipping windows.



Posts:        283
**Ignore User**

Reply With Quote

01-07-2014, 11:18 AM                                                                                    #5

Senior Member

Mentioned:    4 Post(s)
Tagged:       0 Thread(s)
Quoted:       281 Post(s)
Latest Thread:  2014-Apr-19
Monarch Discussion

Join Date:    Oct 2012
Posts:        733

**Ignore User**

> **Originally Posted by** ▮▮▮
>
> *I want hear that if I spend $4000 on something Im going to get it, not pay that amount and for the company to disappear*

We all want to hear that. But you're not going to get that guarantee from any bitcoin mining company. You pay your money and take your chances; if you are not comfortable with that then don't order. No one is forcing you to.

Some of the more 'proven' (as in: they have a proven product) companies are BFL, KNCMiner, BitFury (MegaBigPower), and the AntMiner folks. Not sure about HashFast, and CoinTerra has yet to show a working product. BlackArrow hasn't taped out. With BFL you will get your product but they don't best record for shipping 'on time' (though they do claim the 65nm products are in stock for immediate shipment); if you are interested in the Monarch, development still has some significant milestones to pass before we see it ship. KNC has nothing in stock right now; BitFury has units in stock, as does AntMiner. None of these companies will accept PayPal or credit card or any other form or reversible payment.

BTC: 1Fe5aGpQmEVeGczbj15hmakWj4LGFt1StB
NMC: NFcfHSBBnq622pAr1Xoh9KtnBPA5CUn6id

**Send PM**                                                                          Reply With Quote

01-07-2014, 12:46 PM                                                                                    #6

Junior Member

Mentioned:    1 Post(s)
Tagged:       0 Thread(s)
Quoted:       3 Post(s)
Latest Thread:  No response on
refund - Order BFL-179029357

> **Originally Posted by** ▮▮▮
>
> *We all want to hear that. But you're not going to get that guarantee from any bitcoin mining company. You pay your money and take your chances; if you are not comfortable with that then don't order. No one is forcing you to.*
>
> *Some of the more 'proven' (as in: they have a*

Join Date:    Dec 2013
Posts:        24
**Ignore User**

*proven product) companies are BFL, KNCMiner, BitFury (MegaBigPower), and the AntMiner folks. Not sure about HashFast, and CoinTerra has yet to show a working product. BlackArrow hasn't taped out. With BFL you will get your product but they don't best record for shipping 'on time' (though they do claim the 65nm products are in stock for immediate shipment); if you are interested in the Monarch, development still has some significant milestones to pass before we see it ship. KNC has nothing in stock right now; BitFury has units in stock, as does AntMiner. None of these companies will accept PayPal or credit card or any other form or reversible payment.*

What are you going to do next? Make excuses for BP for oil spills or Bernie Madoff for embezzling?

Come on now, that is a completely ridiculous statement. You don't pay your money and "take your chances" and you won't hear BFL say this either. You DO take SOME risk on preorders. You should not take any risk whatsoever on something IN STOCK SHIPPING IMMEDIATELY. Period.

Most of us aren't even asking for immediate shipping. We are asking for communication. We are asking that multiple emails don't get ignored. We are asking that the forum isn't just us posting and then SLoK saying PM BFL_Emily because then what's the point, just PM her with every problem which is the same exact thing as emailing and getting no response so what is the point.

We don't expect perfection we expect them to look like they are trying.

**Send PM**    |                                                    **Reply With Quote**

01-07-2014, 12:54 PM                                                          #7

**Banned**

Mentioned:    5 Post(s)
Tagged:       0 Thread(s)
Quoted:       97 Post(s)
Latest Thread:  Outdated
information on Monarch product
page is a recipe for disappointment

Join Date:    Dec 2013
Location:     I am disappoint
Posts:        283
**Ignore User**

Then you expect too much.

They are shipping product that works to **nearly all** of the people who have ordered it.

If something goes wrong with your order or payment, it may take them several days, weeks, or even months for them to find it. If you try to contact them, you may have difficulties. Their customer service is bad, as Josh has publicly acknowledged, but they're trying to improve.



*Last edited by* ▮▮▮▮▮ *01-07-2014 at 12:56 PM.*

**Reply With Quote**

01-07-2014, 01:16 PM                                                      #8

Senior Member

Mentioned:    4 Post(s)
Tagged:       0 Thread(s)
Quoted:      281 Post(s)
Latest Thread:  2014-Apr-19
Monarch Discussion

Join Date:    Oct 2012
Posts:        733

**Ignore User**

▮▮▮▮▮ , I think you are misinterpreting my comments. I am not making excuses. I agree that communication from BFL sucks, and should be a lot better. I know it is frustrating.

I am merely making a generalization that there are no guarantees; every **pre-paid** order carries risk by definition. What differentiates them is the degree of risk (which is never 0). I listed a few vendors I consider as lower risk ('proven' was the term I used), BFL being among those. BFL may suck at communication, but I have no doubt that an order placed with them will yield a product at your door. That has been my experience, and the experience of the vast majority of their customers. The timeliness of that is a different matter, and that is a topic for another discussion.

BTC: 1Fe5aGpQmEVeGczbj15hmakWj4LGFt1StB
NMC: NFcfHSBBnq622pAr1Xoh9KtnBPA5CUn6id

**Send PM**                                                **Reply With Quote**

01-07-2014, 01:25 PM                                                      #9

Junior Member

Mentioned:    1 Post(s)
Tagged:       0 Thread(s)
Quoted:       3 Post(s)
Latest Thread:  No response on
refund - Order BFL-179029357

Join Date:    Dec 2013
Posts:        24

**Ignore User**

I don't think you realize a lot of people are being legitimately screwed on IN STOCK stuff though.

That is beyond excusable.

**Send PM**                                                **Reply With Quote**



01-07-2014, 01:52 PM                                                                 #10

Senior Member

Mentioned:    4 Post(s)
Tagged:    0 Thread(s)
Quoted:    281 Post(s)
Latest Thread:    2014-Apr-19
Monarch Discussion

Join Date:    Oct 2012
Posts:    733

Ignore User

I'll say this: if I paid for something that said "in stock, available for immediate shipping" and a week later it still hadn't shipped, I'd be seriously pissed.

There are maybe half a dozen or a dozen people posting on the forum about issues with their 'in stock' orders. Taken in isolation, that's a lot of people. But what if you found out that for every 1 of those people with trouble, there are 200 people who received their 'in stock' orders at their door within 1-2 weeks of ordering? Would that change your perception? Don't you think it is within the realm of possibility that with an influx of hundreds of orders a day during the 'black friday' and year-end sale periods, that some percentage of those orders might experience some sort of problem?

I'm not saying that is what's happening, since I don't know. But, honestly, neither you nor I have any clue about how many people are being 'screwed' on in-stock orders and, just as importantly, how many are receiving their in-stock orders quickly without any trouble.

*Last edited by* ▓▓ *01-07-2014 at 01:54 PM.*

BTC: 1Fe5aGpQmEVeGczbj15hmakWj4LGFt1StB
NMC: NFcfHSBBnq622pAr1Xoh9KtnBPA5CUn6id

**Send PM**                                                                 **Reply With Quote**

▼ Page 1 of 4 [1] 2 3 ... ▶ Last ▶▶

Quick Navigation   ▼ Post Sales & Customer Service   Top

« 50 GH/s Miner Received - NO INSTRUCTIONS | My 50G single stuk at usps »

Similar Threads

More bad news for BTC Bitinstant closed down no one knows how long.                    Replies: 7
By ▓▓▓▓ in forum Bitcoin News & Articles                    Last Post: 08-23-2013, 09:19 PM

Order status listed as "FPGA Pending", but no contact form BFL                    Replies: 2
By ▓▓ in forum Pre-Sales Questions                    Last Post: 07-03-2013, 10:56 AM

# ATTACHMENT E



| What's New? | Articles | Forum | Blogs | FAQ | BFL Gallery |

User Gallery  FAQ   Calendar   Community▾   Forum Actions▾   Quick Links▾            Advanced Search

🏠 Forum   Bitcoin Discussions   Bitcoin News & Articles   Is BFL Scamming Us?

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



Results 1 to 10 of 16   ▾ Page 1 of 2 | 2 | ▶ | Last ▶▶

## Thread: **Is BFL Scamming Us?**

Thread Tools    Display





05-22-2013, 08:49 PM                                                           #2

Junior Member

Mentioned:    0 Post(s)
Tagged:       0 Thread(s)
Quoted:       3 Post(s)

Join Date:    May 2013
Posts:        1

Ignore User

I've seen the same thing happened in other pool. 2 users with 359 Gh/s (ouch!!) and it was a new user

well if you think they were scamming us you can think this possibilites
- they used our money to produce the rig
- then they used the rig to mine for themselves (cloaked as testing unit)
- when we ask for refund they'll gave us refund from their mined BTC
- after that they can happily continue to mine with our money being a kickstarter
- ?????
- profit

don't get me wrong, i'm also "pre"- ordered jalapen so we are in same situation here 😊. in short this scheme can be the best scamming scheme ever (no don't do it BFL i have faith in you even with it being eroded as time ticking)

Next level ponzi scheme

how you guys think ?

Send PM                                                        Reply With Quote



05-22-2013, 09:11 PM                                                           #3

Senior Member

Mentioned:    3 Post(s)
Tagged:       0 Thread(s)
Quoted:       130 Post(s)
Latest Thread: Ethics, BFL & BFL's production rate

Join Date:    Feb 2013
Posts:        365

Ignore User

Originally Posted by

*I've seen the same thing happened in other pool. 2 users with 359 Gh/s (ouch!!) and it was a new user*

*well if you think they were scamming us you can think this possibilites*
*- they used our money to produce the rig*
*- then they used the rig to mine for themselves (cloaked as testing unit)*
*- when we ask for refund they'll gave us refund from their mined BTC*
*- after that they can happily continue to mine with our money being a kickstarter*
*- ?????*
*- profit*

*don't get me wrong, I'm also "pre"- ordered jalapen so we are in same situation here 😊. in short this scheme can be the best scamming scheme ever (no don't do it BFL i have faith in you even with it being eroded as time ticking)*

*Next level ponzi scheme*

how you guys think ?

If you add to that potentially they used pre-order money to buy ASICminer stock, oh maybe just their paychecks, then shipping BFL in quantity makes that less profitable, conflict of interest.

**Send PM** | **Reply With Quote**

---

05-22-2013, 11:23 PM #4

Member

Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 21 Post(s)
Latest Thread: video cards vs butterflylabs

Join Date: May 2013
Posts: 41

**Ignore User**

> 🔢 Originally Posted by ▮▮▮▮▮ ▶
>
> *Just a little tidbit I've noticed of late, there seems to be a new user on 50BTC who came out of no where about a week ago and is hashing over 500,000 MH/s. Unless someone happened to get their order of 4 minirigs (or 10 singles, etc.) it seems either someone is playing a horrible joke or BFL is truly scamming us all. Either that or they "test" the systems in the production environment, netting themselves profit in the "testing", which would be TRULY UNETHICAL. Cheers.*
>
> *BFL.jpg*

how do you define "scam" ?
some would say that paying for some thing and not getting it is a scam
others would say the use of twisting words to not have to give some thing that was promised was a scam
others may say that changing the words "no we wont fulfill you" to "yes we we intend to some time" is a scam

but all of these people agree on one thing, that not getting a product that was purchased is a scam.

So im curious what boat you are in that there is doubt?

Maybe its the "im lazy and dont mind waiting as i can always get a refund if need be" boat?
I know that boat is a bit behind the "I use refunds instead of charge backs cause I have no pride" boat

but seriously, how do you justify that there is a doubt here? Is it just that they didn't tell you its a rip off and told you to wait instead ?
Is that where the doubt lies ? Im just really trying to understand in an effort to better help people through the process.





Latest Thread:  Butterfly Labs
Announces Bulk Chip Sales

Join Date:    Apr 2013
Posts:        516

**Ignore User**

I'd be interested in how many blocks they actually solved.
They might just be exploiting the pool and not actually
hashing anything.

Send PM                                                      Reply With Quote



05-27-2013, 11:29 AM                                                        #7

**♛ SLok**
Moderator

Mentioned:    34 Post(s)
Tagged:       0 Thread(s)
Quoted:       604 Post(s)
Latest Thread:  eBay Now Allows
Virtual Currency Sales

Join Date:    Sep 2012
Location:     Southwest of
Northeast
Posts:        2,167

**Ignore User**

Says one Frizz to the other Frizz: "hey Frizz, look here",
says the other Frizz: "omgwtfbbq"! On which a third Frizz
reacts: "Frizz and Frizz! You must be geniuses"! And all
the Frizz' chilled, and were happy for some days, again.

Send PM                                                      Reply With Quote



05-27-2013, 11:33 AM                                                        #8

Blog Entries:  1
Mentioned:    7 Post(s)
Tagged:       0 Thread(s)
Quoted:       146 Post(s)
Latest Blog:   A measure of the
"heat" on BFL.
Latest Thread:  Single SC60 cycling
off the thermal limiter...

Reality checkpoint approaching...

# ATTACHMENT F



**BUTTERFLYLABS**

User Name | Password | Log in    Help    Register

☐ Remember Me?

| What's New? | Articles | Forum | Blogs | FAQ | BFL Gallery |

User Gallery FAQ    Calendar    Community ▾    Forum Actions ▾    Quick Links ▾                Advanced Search

🏠 Forum   General Discussion   Off-Topic

Is this True???? "NOTICE: WARNING to NEW CUSTOMERS of BUTTERFLY LABS INC (BFL)

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



You cannot rate threads        0

Expand

Results 1 to 10 of 43        ▾ Page 1 of 5  **1**  2  3 ...   ▶  Last ▶▶

**Thread: Is this True???? "NOTICE: WARNING to NEW CUSTOMERS of BUTTERFLY LABS INC (BFL)**

Thread Tools    Display



06-09-2013, 09:38 AM                                                        #1

Banned

Mentioned:    0 Post(s)
Tagged:        0 Thread(s)
Quoted:        78 Post(s)
Latest Thread:  Ask for a refund for my 4 orders.. Now we will see BFL's true colors...

Join Date:    May 2013
Posts:        127

**Ignore User**

**Is this True???? "NOTICE: WARNING to NEW CUSTOMERS of BUTTERFLY LABS INC (BFL)**

Would sure like to see BFL comment on this....

**NOTICE: WARNING to NEW CUSTOMERS of BUTTERFLY LABS INC (BFL)**
June 08, 2013, 03:50:45 PM                         #1

** Warning to New customers of Butterfly Labs Inc (BFL) **

"Any pre-orders placed now for any of Butterfly Lab's units are not expected to ship until early 2014."

The above warning is from an article of June 5th on Butterfly Labs by Bitcoin commentator, Phil, in Mining News of the leading Bitcoin website, the Genesis Block.

This warning is intended for new customers thinking of placing an order in the near future with butterfly labs Inc (BFL) for mining equipment. It is not intended to be of concern to existing customers with pre-orders, and also it relates to ASIC mining equipment only as opposed to ASIC chips for whic BFL may have a different promised delivery schedule.

**Quote**
Butterfly Labs claims they have shipped all Jalapeno 5 GH/s ASIC bitcoin miners ordered through July 3rd, 2012 have been shipped. ASIC miners are customized hardware used for bitcoin mining. Although Butterfly labs was one of the first companies to take pre-orders for ASIC hardware, Avalon and ASICMiner have been shipping for several months now.

Butterfly Labs has been plagued with power issues for months, perpetually telling miners they are two weeks away from delivery. They missed their power target, forcing them to forfeit 1,000 bitcoins to charity after a failed wager. The size of these 5 GH/s miners is over twice as big as originally forecast to accommodate the redesigned boards.

There is no word yet on expected deliveries of their 30 GH/s, 60 GH/s or 1,500 GH/s miners shipping yet. These units are expected to have similar size issues as the 5 GH/s miners and there are rumors that Butterfly Labs will ship multiple units to customers in order to achieve the expected hashing rate. Certainly, after a year of waiting, most customers will be happy to just start mining. Any pre-orders placed now for any of Butterfly Lab's units are not expected to ship until early 2014.

**Reply With Quote**

| 06-09-2013, 09:43 AM | #2 |
|---|---|

Senior Member

Lies, they are making over 400 jalapeños every 5 hours according to Josh. They will probably clear the backlog by August.

# ATTACHMENT G



🏠 Forum    Butterfly Labs    BFL Forum & Miscellaneous

Refund Request - Update - Butterfly Labs email message to a customer asking a refund!

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"

| You cannot rate threads | 0 |
| --- | --- |
| | Expand |

▼ Page 6 of 7 | ◀◀First | ◀ | ... | 4 | 5 | 6 | 7 | ▶ | Last ▶▶

Results 51 to 60 of 65

**Thread: Refund Request - Update - Butterfly Labs email message to a customer asking a refund!**

Thread Tools    Display

03-11-2013, 09:35 AM    #51

Senior Member
🟩🟩🟩



Mentioned:  6 Post(s)
Tagged:  0 Thread(s)
Quoted:  510 Post(s)



> *This was mentioned repeatedly on Chinese forums. The Batch numbers you are taking into account are overseas orders.*

https://bitcointalk.org/index.php?to...570#msg1557570

They register on avalon store site first and make an order. Then they use that order # to place same order on Taobao and use that site to pay for it instead of using bitcoins. Taobao is China's version of E-Bay.

300 is the total for batch 1.

Case 4:14-cv-00815-BCW   Document 166-2   Filed 11/19/14   Page 33 of 71



Latest Thread: TerraHash Folds!!!

Join Date:   Feb 2013
Location:    Canada
Posts:       1,141

**Ignore User**

Like [ ] said:
300 x 67 = 20.1 TH/s
1300 x 67 = 87.1 TH/s - we have not seen anywhere near this

Late Dec - early Jan, peak was around 26 TH/s. Network now peaked at 40 TH/s and that includes ASICMiner coming in with 6 TH/s. 40 - 26 = 14 TH/s higher with ASICs.
Bitcoin Hash Rate

**Send PM**



03-11-2013, 12:40 PM                                              #52

**BFL_Josh**

Employee

Blog Entries:  13
Mentioned:    183 Post(s)
Tagged:       1 Thread(s)
Quoted:       2112 Post(s)

Latest Blog:  Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 10-26-2014

Join Date:    Aug 2012
Posts:        2,505
Blog Entries:  13

**Ignore User**

So more lies from PuertoLibre then is the general consensus, since he's basically the only person on the planet to have heard of this 1000 Avalon army thing?

**Send PM**



03-11-2013, 12:52 PM                                              #53

Junior Member

Mentioned:    0 Post(s)
Tagged:       0 Thread(s)
Quoted:       3 Post(s)

Join Date:    Oct 2012

He mixes dreams with reality.



Posts:        26

**Ignore User**

*Last edited by ████ 03-11-2013 at 01:25 PM.*

**Send PM**

---

03-11-2013, 12:59 PM                                                                    #54

👑 **BFL_Josh** 🏆 ○

Employee
🟩🟩🟩🟩🟩🟩🟩🟩🟩

Blog Entries:    13
Mentioned:       183 Post(s)
Tagged:          1 Thread(s)
Quoted:          2112 Post(s)
🐦 f

Latest Blog:   Monarch Power and
Light (Sound)
Latest Thread:   Duplicate IP Report
for 10-26-2014
● ● ● ● ●

Join Date:     Aug 2012
Posts:         2,505
Blog Entries:   13

**Ignore User**

**Send PM**

> 🔖 Originally Posted by ████
>
> > *I should point out that Avalon sold*
> > *1000 units within Batch 1 (in China).*
>
> *less FUD please, there's total of 300 units for batch*
> *one, -/+ 10. this includes in china. fun fact: we*
> *rejected 2x 100+ orders and a deal to buy the whole*
> *300 unit lot.*
>
> *p.s.*
> *sorry about the DHL delay guys, since we are doing*
> *shipping through another company we get the*
> *tracking a few days after we ship, and due*
> *information being passed through multiple parties, it*
> *is entirely possible you'll receive units before tracking*
> *information, which is currently what is happening.*

Yep... PuertoLibre - Lying Scumbag extraordinaire.

---

03-11-2013, 02:15 PM                                                                    #55

████ ○

Senior Member
🟩

Mentioned:    1 Post(s)
Tagged:       0 Thread(s)
Quoted:       20 Post(s)
Latest Thread:   combined monarch
upgrade and voucher code.
● ● ● ● ●

Join Date:     Oct 2012
Posts:         39

**Ignore User**

Is this the official response from the representative of
BFL!?

OMG Josh, you can't say that! It's so unprofessional! You
are supposed to be representing your company! Are you
mixing up your online personas? Josh, please delete
and/or apologize for this behavior. It's bad bad bad for
your corporate image.

---



**Send PM**

03-11-2013, 03:30 PM                                                                 #56

Senior Member

Mentioned:      3 Post(s)
Tagged:          0 Thread(s)
Quoted:          119 Post(s)
Latest Thread:   To trolls and those
who are lazy to 'search'

Join Date:       Feb 2013
Posts:           359

**Ignore User**

> **Originally Posted by** ▮▮▮
>
> *You are supposed to be representing your company!*
> *Are you mixing up your online personas? Josh,*
> *please delete and/or apologize for this behavior. It's*
> *bad bad bad for your corporate image.*

+1
There are too many 'exasperated utterances' (Google
translated, hope it is correct) in the last few days. Lets
calm down pls. ALL OF US

**Send PM**

03-11-2013, 05:42 PM                                                                 #57

Senior Member

Mentioned:      5 Post(s)
Tagged:          0 Thread(s)
Quoted:          59 Post(s)
Latest Thread:   So Josh is stepping
down?......

Join Date:       Oct 2012
Posts:           161

**Ignore User**

> **Originally Posted by BFL_Josh**
>
> *Yep... PuertoLibre - Lying Scumbag extraordinaire.*

and Josh promising wrong delivery dates since october is
an angel instead of scumbag? Whats the difference? Didnt
U read and understand my last post here? If U treat
customers like this....soon U will have no customers (NB,
as U can see, I wrote again U not You).

03-11-2013, 07:14 PM                                                                 #58

Guest

> **Originally Posted by** ▮▮▮
>
> *and Josh promising wrong delivery dates since*
> *october is an angel instead of scumbag? Whats the*
> *difference? Didnt U read and understand my last*
> *post here? If U treat customers like this....soon U will*
> *have no customers (NB, as U can see, I wrote again*
> *U not You).*

not to defend josh's promising a future shipping date. a
possible lie and most likely over optimistic at best.



03-12-2013, 03:39 AM                                                                                      #65

👑 **BFL_Josh** 💡 ⚬

Employee

Blog Entries:    13
Mentioned:    183 Post(s)
Tagged:    1 Thread(s)

👥 Originally Posted by ▓▓▓▓ ▶

*Luckily or unfortunately I'm not Frizz. On bitcointalk*
*I'm not really posting, just looking/checking 1 thread*
*and if someone gives me link, then look at that too. I*
*dont even know what subforums they have, havent*
*been on main page for half a year or so* 😄

*I am BFL orderer who ordered in summer, was*
*hoping to get them on october/november at the*
*latest. If You would have stated that time, that You*
*cant deliver in october and will be waiting for*

Quoted: 2112 Post(s)

 

Latest Blog: Monarch Power and
Light (Sound)
Latest Thread: Duplicate IP Report
for 10-26-2014

● ● ● ●

Join Date: Aug 2012
Posts: 2,505
Blog Entries: 13

**Ignore User**

> *march/april, then I would not made my order (and I
> bet many others too). Instead BFL kept pushing
> deadlines week after weeks. Right now its already
> TOO LATE to back out. But if its BFL-s official
> statement, that it goes another 6 months and I
> would get them in september/october this year, then
> I would ask for refund and put my money elsewhere.*

Good to know you're not Frizz, or if you are, you've
managed to out do yourself this time. If we had known it
would be March before we delivered, we would have
posted March. We gave the best timeline we had at the
time. Why is that so hard to understand? It's never too
late to back out in this context.

> *As for so called "trolling." What ticks me off, is You
> being "bossy" to Your clients and customers. There
> are different kind of people, but You as a company
> representative cant behave like that (calling them
> scumbags, renaming threads to DUMB questions
> (yeah, he had some info there wrong, but he had
> right info there too, along with not getting refund for
> 10 days) and all other stuff).*

I absolutely assure you that I can, have, and will. You are
sorely mistaken if you think political correctness will
protect you from being stupid. I have said this before, a
number of times, but the customer is not always right.
Some customers cost more to retain than to jettison and
some companies are so stuck in the mentality of "The
customer is always right." that they will do stupid things to
retain a customer that ends up costing more than they are
worth. Using an example of Gundan, coming here and
posting false information repeatedly (like you are doing)
typically ends up costing more in terms of my time,
everyone elses time and potentially even lost sales than
you generate with your orders. As such, it's better to be
rid of a customer like that than to retain them.

I would not say I am bossy, I am just intolerant of childish
behavior and whiny, entitled people. I'm sorry that I'm not
holding you hand and telling you nice flowery things. I am
telling you the truth and if you don't like it, you need to
move on.

> *Bank transfers within a bank takes 1 minute,
> international transfers 2-3 days, but to let people
> wait so long....that pushes them over the edge. Be
> more polite to people, and they will be polite against
> You (except SOME exceptions, right now its more
> than that). And really, website with orders showing
> should of been up in october, but You started of
> thinking of it in february and its middle of the march,
> and its still not up. And thats a false information?*

> btw only joke I liked, was that here is a quarter, get
> a clue 😊

You apparently haven't been around long enough to
understand this business. Bank Transfers do not take 1
minute, they are one of the most time consuming financial
activities we conduct. Being polite to people, when they
are being rude and demanding may work with some of the
people, some of the time, but it does not work with all of
the people all of the time, or even most of the time. In
fact, if you are going to be rude and impolite, you will get
the same in return. See above about the customer not
being always right. Posting false information as fact is the
height of rudeness.

Also, you don't need to capitalize "you," unless it's at the
beginning of a sentence. It's not a proper noun. I have
enough respect for the people I communicate with to take
the time to use proper grammar, spelling and complete
sentences (most of the time), at least have enough
respect for your audience to type complete words, if
nothing else.

**Send PM**

---

03-12-2013, 04:17 AM                                                      #66

Junior Member

Mentioned: 0 Post(s)
Tagged: 0 Thread(s)
Quoted: 2 Post(s)

● ⚫ ⚫ ⚫

Join Date: Feb 2013
Posts: 7

**Ignore User**

> ⚫⚫ Originally Posted by ▇▇▇▇ ▶
>
> ....

I've got to say, reading some of these infantile posts is
just painful. I don't know whether bitcoin and speculative
ventures attracts these sort of people, or what, but it's
really irritating to read obnoxious, poorly written, and
poorly thought out complaints with such an arrogant sense
of entitlement.

Though, that said, I agree in part that Josh you could do a
little better in the PR department, I understand you guys
are a small company and probably don't have much
experience in this area, but when dealing with customers
on a public forum it's best to keep things short, to the
point, and not take anything personally.

Don't respond emotionally, a simple response such as:
"Please understand the delays have been unavoidable, we
apologise for the inaccurate target date, however, we will
not compromise on our product and will continue with our
plan of assembly and testing prior to shipping to the
consumer. It is the nature of business that a smaller
companies project (BFL ASICs) can be delayed at the
manufacturing level by a larger company (etc, etc,

whatever the other reasons are). We remind our customers that if they are unsatisfied with our service they are entitled to a refund, however, as we approach the shipping date we would encourage our loyal customers to be patient while we finalise the first batches. All refunds will be processed in a timely manner, however, depending on the method of payment may take up to 5 business days to clear."

Etc, etc.

In my experience, BFL should carefully note down the feedback they're getting and constant questions. Set out a refund policy since there's been a bit of talk about it, post it up on the website, and whenever it is mentioned in a post, respond simply with "please see our updated refund policy at |LINK|".

Simple. I've seen a few posts that look like they were written by children criticising the delays and processes, even if these criticisms are legitimate the responses from BFL should always be short, to the point, and professional. They should be completely impartial and speak on behalf of the company, not on behalf of an individual.

**Send PM**

---

03-12-2013, 07:36 AM                                                                                     #67

Junior Member

| | |
|---|---|
| Mentioned: | 1 Post(s) |
| Tagged: | 0 Thread(s) |
| Quoted: | 9 Post(s) |

Latest Thread: BFL PSU dead, looks like fried c32 cap. Suggestions?

Join Date: Nov 2012
Posts: 25

**Ignore User**

> ** Originally Posted by** [ ]
>
> *Lying is when you know the truth, and you say something else.*
>
> *A promise is where you state your intentions for the future. BFL honestly intended to ship a long time ago; it doesn't retroactively turn into a lie if something goes wrong.*

Gullible is when you believe everything you are being shoveled, stupid can be defined as someone knowingly doing whats in their worst interest and characteristics of insanity is doing the same thing over and over again and expecting different result.

Since we are done with the word-lessons I figured I would summarize. Missing 1 date does not turn you into a liar nor does missing 10 if you provide a believable explanation. Missing 30+ (arbitrary number pulled out of the air based on a general feel of the amount of "estimates" that have been missed - I think 30 is low) should start some kind of through process in most individuals that are not stupid nor gullible that something is strange here and that far from everything is above

board. E.g: One dramatized explanation for delay and lack of information - Phone's don't work on Presidents day.

Thirty time estimates missed should also start some kind of process in the company representative in which he/they "salts"/increases the "expected" estimates since doing anything else would be insane or deliberate. This increase would be based on previous encounters with similar problems and they don't necessarily have to be the same (ASICs - new science - warp drive - yada yada) field. My opinion here is obviously that it is deliberate, but I could be wrong. If you can't think of why it would be deliberate in a competing (wattage aside) market where difficulty is everything then chances are you bear a close relation one of the three previously "defined" words.

> 🞂🞂 Originally Posted by **BFL_Josh** ⮐
>
> *Also, you don't need to capitalize "you," unless it's at the beginning of a sentence. It's not a proper noun. I have enough respect for the people I communicate with to take the time to use proper grammar, spelling and complete sentences (most of the time), at least have enough respect for your audience to type complete words, if nothing else.*

Are you kidding? You have enough respect to take the time to use proper grammar, but you don't find what you are doing (to more than one person) right now to be disrespectful and demeaning? You are being paid for this, you are not a saint sir. Part of your job (if I'm not massively misinformation) is to be a community liaison, to communicate with us and give us timely updates, not to fucking correct our English. Part of your job is "kind of" to have better language and social skills than most of us, you display some and seem to lack the other.

I have no clue about whether this guy is from an English speaking country, but what kind of signal do you think you send to those that write worse than him? English is my third language, does that mean that I have to be extra careful when coming to the forum if you are online or if you're in a bad mood?

Come on man, you can, and you have, handled this better.

Send PM

| 03-12-2013, 11:19 AM | #68 |
|---|---|

👑 **BFL_Josh** 💡 ○

Employee

🟩🟩🟩🟩🟩🟩🟩🟩🟩

This thread has ceased it's useful life, so I am closing it.



Blog Entries: 13
Mentioned: 183 Post(s)
Tagged: 1 Thread(s)
Quoted: 2112 Post(s)

Latest Blog: Monarch Power and Light (Sound)
Latest Thread: Duplicate IP Report for 10-26-2014

Join Date: Aug 2012
Posts: 2,505
Blog Entries: 13

**Ignore User**

Send PM

▼ Page 7 of 7 | ◀◀First | ◀ | ... | 5 | 6 | 7

Quick Navigation | ▼ BFL Forum & Miscellaneous | Top

« [Customer Comment] Positive Customer Satisfaction. | MiniRig design fault tolerant? »

**Similar Threads**

Article: Butterfly Labs invests heavily in high speed production equipment
By BFL_Jo in forum Article Comments
Replies: 34
Last Post: 09-19-2013, 12:01 PM

How to tell if Butterfly Labs has driven you nuts...LIST
By ▮▮▮▮▮ in forum Bitcoin Discussion
Replies: 36
Last Post: 07-12-2013, 05:41 PM

Butterfly Labs to appear at CES Convention
By ▮▮▮▮▮ in forum Announcements
Replies: 37
Last Post: 02-08-2013, 08:23 PM

Butterfly labs made me nuts list ...update
By ▮▮▮▮▮ in forum Humor & All things funny
Replies: 0
Last Post: 11-02-2012, 04:48 PM

Why butterfly labs aren't answering to emails???(!!!)
By ▮▮▮ in forum Pre-Sales Questions
Replies: 5
Last Post: 10-23-2012, 12:04 PM



Mentioned: 3 Post(s)
Tagged: 0 Thread(s)
Quoted: 2 Post(s)

Join Date: Feb 2013
Posts: 12

**Ignore User**

Send PM    Reply With Quote

---

06-09-2013, 11:59 AM    #8



**tripjammer**
Senior Member

Mentioned: 1 Post(s)
Tagged: 0 Thread(s)
Quoted: 130 Post(s)

Join Date: May 2013
Posts: 304

**Ignore User**

March and April is only too late if you ordered a mini rig, but even then I bet BFL could get all 100 or so of the mini rigs out in less than 2 months.

Send PM    Reply With Quote

---

06-09-2013, 12:05 PM    #9



**BFL_Josh**
Employee

Blog Entries: 13
Mentioned: 183 Post(s)
Tagged: 1 Thread(s)
Quoted: 2112 Post(s)

Yeah whomever wrote that is a liar and fairly laughable. So much for journalistic integrity.

All current back orders will hopefully be shipped by the end of August/beginning of September.

# ATTACHMENT H



| What's New? | Articles | Forum | Blogs | FAQ | BFL Gallery |

User Gallery  FAQ    Calendar    Community ▾    Forum Actions ▾    Quick Links ▾                 Advanced Search

🏠 Forum    Butterfly Labs    Pre-Sales Questions    Refund Policy?

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



You cannot rate threads        8.4

Expand

▾ Page 1 of 17 | 1 | 2 | 3 | 11 | ... | ▶ | Last ▶▶
Results 1 to 10 of 162

**Thread: Refund Policy?**

Thread Tools      Display



07-04-2013, 12:42 PM                                                              #1

Banned

Mentioned:    0 Post(s)
Tagged:       0 Thread(s)
Quoted:       7 Post(s)
Latest Thread:  Refund Policy?

Join Date:    Jul 2013
Posts:        10

**Ignore User**

**Refund Policy?**

*Hi,*
*Thank you for contacting Butterfly Labs. According to the terms you agreed to on checkout, all sales are final. Now that shipping of orders has begun, refunds will not be processed. Your order will be shipped per your position in the order queue. Thank you for your patience and understanding.*
*For Jody's Customer Service Blog, and more, please visit our new BFL Forums at*
*<https://forums.butterflylabs.com/blogs/bfl_jody/>*
*Kind regards,*
*Alicia*
*BF Labs, Inc.*

This is Order #100051123 for a Single. Time to delivery stated at the time was 2 months. 2 months later BFL is only now shipping June 2012 Singles so I requested a refund and received the above email.
I have read about others receiving refunds, so why not refund my order?

I have also filed a complaint with the Federal Trade Commission.

Best Regards.


**Update: Received refund. Case closed.**



*Last edited b* ▮▮▮ *07-27-2013 at 09:02 PM.* **Reason:** *Update*

---



| 07-04-2013, 03:16 PM | #2 |

👑 **BFL_Josh** 💡 ○

Employee
🟩🟩🟩🟩🟩🟩🟩🟩🟩🟩

Blog Entries:    13
Mentioned:    183 Post(s)
Tagged:    1 Thread(s)
Quoted:    2116 Post(s)

Latest Blog:    Monarch Power and Light (Sound)
Latest Thread:    Duplicate IP Report for 10-26-2014

Join Date:    Aug 2012
Posts:    2,511
Blog Entries:    13

**Ignore User**

**Send PM**

All sales are final at this point. We are in full production, thus your orders are final.

If you've filed a complaint with the FTC, then there's nothing I can do, you'll have to follow up with the FTC from here on out, as no one else can assist you with that. Please be sure to direct all correspondence to them in the future going forward.

| 07-04-2013, 03:32 PM | #3 |

| 07-04-2013, 05:33 PM | #10 |

**BFL_Josh** 

Employee




| Blog Entries: | 13 |
| Mentioned: | 183 Post(s) |
| Tagged: | 1 Thread(s) |
| Quoted: | 2116 Post(s) |

Latest Blog:  Monarch Power and
Light (Sound)
Latest Thread:  Duplicate IP Report
for 10-26-2014

| Join Date: | Aug 2012 |
| Posts: | 2,511 |
| Blog Entries: | 13 |

**Ignore User**

To you whiners and complainers, you're welcome to do whatever you think is best. I'm sure the people maintaining their orders will be happy you step out the line.

> Originally Posted by ████ 
>
> *You've been shipping a couple dozen units a Few days a week for 2 1/2 Months now. You Can Not expect people to Not ask for a refund once they realize they're screwed and will loose money by the time they get there product because it'll take you over a year to ship them out...If you were REALLY shipping out like you were supposed to then you may have a leg to stand on but until then there is no way you can refuse people money back. You should have stopped taking orders Months ago until you caught up on your Huge Backlog. Sad as it is there are far too many posts everyday of people who have No idea of BFL's situation and assume they'll be getting their products they paid for immediately. Especially when you give these lofty goals that you never even try to attain.*

Please stop spreading false information. It's getting kind of old. Unless you have proof to back up your claims, stop. As for people expecting to get their products immediately, we can't make it any more clear than "You will receive

your product in two or more months..." when they place an order. It's not like we are hiding that information in small type and on an obscure page.

**Send PM**

▼ Page 1 of 17 | 2 | 3 | 11 | ... | ▶ | Last ▶▶

Quick Navigation | ▼ Pre-Sales Questions | Top

« Raspberry PI | Are the 60GH Singles shipping with a power supply? »



08-23-2013, 10:34 AM                                                    #119

Senior Member

Mentioned:    0 Post(s)
Tagged:       0 Thread(s)
Quoted:       50 Post(s)
Latest Thread:   Will my new miner
keep up with my drinking habit

Join Date:    Feb 2013
Posts:        124

Ignore User

The sale is over when I get my miner....not before.

Feed me Beer BTC: 1GQDZRAqxCHWcXGwXVQZZxJmMBFkstFuR4
or feed me Luke-warm flat beer LTC:
Le1dafLbPyQS2AbEbbwbQfigf7JcM7f3Ap

Send PM

08-23-2013, 03:42 PM                                                    #120

Junior Member

Mentioned:    0 Post(s)
Tagged:       0 Thread(s)
Quoted:       4 Post(s)
Latest Thread:   Refund.

Join Date:    Mar 2013
Posts:        11

Ignore User

BFL is censoring posts. Two of my posts now have not
been posted after review. They did not contain profanity,
they only contained the law and how it applies to how BFL
is not giving refunds. Anyone else find this censorship
concerning?



What's New? | Articles | Forum | Blogs | FAQ | BFL Gallery

User Gallery FAQ  Calendar  Community ▾  Forum Actions ▾  Quick Links ▾  Advanced Search

🏠 Forum  Butterfly Labs  Pre-Sales Questions  Refund Policy?

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



You cannot rate threads    8.4

Expand

▾ Page 13 of 17  ◀◀First ◀ ... 3 11 12 ▮ 14 15 ...
▶ Last ▶▶

**Thread: Refund Policy?**                    Results 121 to 130 of 162

Thread Tools    Display



08-23-2013, 03:44 PM                                    #121

Miner 49'er

Mentioned:   0 Post(s)
Tagged:      0 Thread(s)
Quoted:      88 Post(s)
Latest Thread: EclipseMC Saw a 3TH Jump Over the Weekend

Join Date:   Sep 2012
Posts:       225

**Ignore User**

Wow, after deleting a bunch of my posts, I added another which took up less space and Josh deleted that as well. How about BFL starts obeying the law and stops deceiving its customers as to their rights?

Send PM



# ATTACHMENT I



Join Date:     Apr 2013
Posts:         11

**Ignore User**

Thanks for clarification. Now it all comes together. Hopefully, once they start shipping out, they will see an uptake in paying customers and can ramp up production. Honestly, I don't think I am willing to be as patient as many people here and wait for 10 months for an overdue product. It's nothing against BFL. In fact I like the company and can appreciate the difficulty of getting a new product to market. It's just economics of Bitcoin don't appear to allow for time loss when difficulty keeps going up. But for now, as I said before "the benefit of the doubt"...

Send PM                                         Reply With Quote

---



04-10-2013, 02:04 AM                                             #8

Senior Member

Mentioned:    2 Post(s)
Tagged:       0 Thread(s)
Quoted:      131 Post(s)
Latest Thread:   FWIW - My miner is mining without problems and I've had no issues with BFL

Join Date:     Oct 2012
Location:      Aoteoroa (New Zealand)
Posts:         362

**Ignore User**

Brian must be new ... he should know better than to give out accurate information ....

He'll be gone by Friday 😏

jape

[FONT=Lucida Console][SIZE=2][COLOR="#800080"][B]Haters[/B]are like crickets, they chirp all day long and when you walk by them they just shut up![/COLOR][/SIZE][/FONT]

[FONT=Microsoft Sans Serif]Hey Mister, spare some change? 1BeeJayZp7YvvjiM8JakHW8Nk1cz3dHzfv[/FONT]

Send PM                                         Reply With Quote

---



04-10-2013, 07:38 AM                                             #9

**SLok** ○

Moderator

LOL. them bitcointalk boys are so desperate they even start posting their dribble here, and even have to repeat each other making new topics from older messages. Of course troll master Frizz Supertramp/Nordsee leads the way, and the but-hurt club (but-hurt because the lot praised bASIC's attempt to an asic over BFL's and lost their money/wait for a refund) jump in. BFL should give you a free little single for best advertisement, the stupidity

| | |
|---|---|
| Mentioned: 34 Post(s)<br>Tagged: 0 Thread(s)<br>Quoted: 604 Post(s)<br>Latest Thread: eBay Now Allows Virtual Currency Sales<br><br>● ● ● ●<br><br>Join Date: Sep 2012<br>Location: Southwest of Northeast<br>Posts: 2,167<br><br>**Ignore User** | of the Anti BFL Attention Please Club lead to a jump in pre-sales for months now.<br>**Q: So, have you cancelled your order at BFL yet, Frizz23?**<br>**A: "Of course not. I just like to make some new drama daily, look, my new topic!"**<br>https://bitcointalk.org/index.php?topic=171723.0 |

| **Send PM** | | **Reply With Quote** |
|---|---|---|

Quick Navigation   ▼ Pre-Sales Questions   Top

---

« Does anyone have butterfly labs hardware yet? | Several questions for BFL »

**Similar Threads**

| | |
|---|---|
| **More False Advertising from BFL?**<br>By ▮▮▮▮ in forum Pre-Sales Questions | Replies: 17<br>Last Post: 01-24-2013, 07:48 PM |
| **Interview with Josh from BFL at CES 2013**<br>By ▮▮▮▮ in forum Bitcoin News & Articles | Replies: 4<br>Last Post: 01-10-2013, 11:22 AM |
| **Not receiving emails from us?**<br>By BFL_Josh in forum Announcements | Replies: 8<br>Last Post: 11-06-2012, 09:54 AM |
| **Free Bitcoins from BFL! (Poll)**<br>By ▮▮▮▮ forum Humor & All things funny | Replies: 7<br>Last Post: 11-01-2012, 12:32 AM |
| **This will be us after recieving our toys from bfl**<br>By ▮▮▮▮ in forum Off-Topic | Replies: 2<br>Last Post: 10-10-2012, 01:17 AM |

User Tag List

| **Bookmarks** | **Posting Permissions** |
|---|---|
| G Google<br>🔖 Digg<br>▪ del.icio.us | You may not post new threads<br>You may not post replies | **BB code** is On<br>**Smilies** are On<br>**[IMG]** code is On |



StumbleUpon

You may not post
attachments
You may not edit your
posts

**[VIDEO]** code is
On
HTML code is Off

**Forum Rules**

| -- BFL Official | -- English (US) | Contact Us  Butterfly Labs  Archive  Top |

All times are GMT -5. The time now is 01:04 PM.

Powered by vBulletin® Copyright © 2013 vBulletin Solutions, Inc. All rights reserved.

# ATTACHMENT J



New Posts   FAQ   Calendar   Community   Forum Actions   Quick Links                    Advanced Search

🏠 Forum   Butterfly Labs   BFL Forum & Miscellaneous

Why are BFL mods editing my posts to say things I did not say?

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

It has come to our attention that users with Hotmail based email addresses are not receiving email from us. After investigating the issue, it is determined that the problem is with Hotmail itself. All of our email is being accepted by the Hotmail servers without a problem. If you are having trouble receiving our email, please contact Hotmail technical support and let them know what the issue is.

http://www.butterflylabs.com is the official website of BFL. Any other website claiming to BFL is a fraudulent site. If your browser bar does not end with "butterflylabs.com" you are on a scam site. We do not use any other domain name other than "butterflylabs.com"



Results 1 to 6 of 6

**Thread: Why are BFL mods editing my posts to say things I did not say?**



| | |
|---|---|
| | Thread Tools   Display |

09-20-2013, 12:27 PM                                                          #1

**Junior Member**

Mentioned:   0 Post(s)
Tagged:      0 Thread(s)
Quoted:      8 Post(s)
Latest Thread:   Why are BFL mods editing my posts to say things I did not say?

Join Date:   Apr 2013
Posts:       18

### Why are BFL mods editing my posts to say things I did not say?

Does anyone think that it behooves BFL for BFL forum mods to be abusing the forum this way? How is BFL's credibility and public image regarding integrity, trust, and the abuse of trust? Good? Not so good? Good enough to have no need to consider how administrative behavior might affect these factors presently? Just something to think about...

Case 4:14-cv-00815-BCW   Document 166-2   Filed 11/19/14   Page 58 of 71



09-20-2013, 12:42 PM                                                                #2

Miner 49'er

Mentioned:    5 Post(s)
Tagged:       0 Thread(s)
Quoted:       128 Post(s)
Latest Thread:  I would like to
Commend BFL_Emily on her
initiative

Join Date:    Sep 2012
Posts:        354

Ignore User

IMHO it is only Slok who seems to enjoy harassing people in this way.

Grnbrg has been a Mod for awhile and seems to be fair.

Nothing is more infuriating then to go back and see a post that is 2-3 weeks old, to see it now say that I am basically calling myself a Whiner among other things. I agree w/ you in the fact it does nothing good for BFL in any way and only tarnishes their Reputation and the way they treat their Customers even more.

Send PM



09-20-2013, 04:53 PM                                                                #3

BFL_Josh

Employee

Blog Entries:  13
Mentioned:    183 Post(s)
Tagged:       1 Thread(s)
Quoted:       2116 Post(s)

Latest Blog:    Monarch Power and
Light (Sound)
Latest Thread:   Duplicate IP Report
for 10-26-2014

Join Date:    Aug 2012
Posts:        2,510
Blog Entries:  13

Ignore User

Can you guys point out examples of what you are talking about? This is the first I'm hearing of it? What's the problem?

Send PM

09-20-2013, 04:57 PM                                                                #4



**SLok** ○
Moderator

Mentioned:    34 Post(s)
Tagged:        0 Thread(s)
Quoted:        604 Post(s)
Latest Thread:  eBay Now Allows
Virtual Currency Sales

Join Date:      Sep 2012
Location:       Southwest of
Northeast
Posts:          2,169

**Ignore User**

Send PM

> 💬 Originally Posted by ▇▇▇▇ 🔟
>
> *Does anyone think that it behooves BFL for BFL forum mods to be abusing the forum this way? How is BFL's credibility and public image regarding integrity, trust, and the abuse of trust? Good? Not so good? Good enough to have no need to consider how administrative behavior might affect these factors presently? Just something to think about...*

I changed your comment to an OP from "you must lay down your crack pipe" to "I must lay down my crack pipe". If you do not appreciate such actions, don't use comments like that. BFL's forum is not bitcointalk.org where all goes. And dagger, get a life, cancelled your orders but keeps hanging around coz there's no better place to be?

---

09-20-2013, 05:46 PM                                                    #5

 ○
Junior Member
▮

Mentioned:    0 Post(s)
Tagged:        0 Thread(s)
Quoted:        1 Post(s)

Join Date:      Aug 2013
Posts:          5

**Ignore User**

Send PM

I have no idea why BFL made Slok a forum admin. He is one of the most devious persons I've met in the Bitcoin world so far.

---

09-20-2013, 05:54 PM                                                    #6



**SLok** ○
Moderator

Mentioned:    34 Post(s)
Tagged:        0 Thread(s)
Quoted:        604 Post(s)
Latest Thread:   eBay Now Allows

> 💬 Originally Posted by ▇▇▇▇ 🔟
>
> *I have no idea why BFL made Slok a forum admin. He is one of the most devious persons I've met in the Bitcoin world so far.*

As if you having an idea why would make any difference, lol.

# ATTACHMENT K



TRENDING
Coinbase Launches 'One-Click'
Bitcoin Tipping Tool

**BITCOIN PRICE INDEX (24H)** ⓘ



USD 1.12% ▲    CNY 0.37% ▲

$376.56    ¥2,311.16

EUR €300.00    GBP £240.11

HOME    NEWS    INFORMATION    PRICE    DATA

🔍

BUTTERFLY LABS · MINING · NEWS

# Butterfly Labs Monarch miner announcement angers customers

David Gilson (@davidgilson) | Published on August 19, 2013 at 15:16 GMT

Tweet 41    Share 10    8+1 19    Share 3    ⌃ ⌄ 25 points

*Article updated on 27th August at 14:37 BST*



Butterfly Labs has announced a new PCI bitcoin mining card, named Monarch, based on the new 28nm technology. Butterfly Labs claims the Monarch will achieve 600 GH/s and consume 350W. The release has courted controversy with customers who are still awaiting delivery of their longstanding 65nm-based products.

The Monarch has been optimised to work when connected to a PCIe slot, however, it also has a USB port, which allows it to be used with Windows and Linux computers and even Android devices. Butterfly Labs boasts that the card will achieve 600 Gigahashes per second (+/- 20%), and will cost $4,680 ($7.80 per GH/s), and consume 350 Watts (0.6 W per GH).

It's fair to say that Butterfly Labs has earned a poor reputation because of its consistently late deliveries. For example, its first-generation entry-level miner, the Jalapeño, was eventually delivered to customers six months after it was supposed to ship (promised November 2012, started shipping April 2013). The Bitforce 500 and Bitforce SC 60 were also released earlier this year, falling short of their projected specifications. Butterfly Labs is still struggling to keep up with its massive list of backorders, however, some customers are receiving new hardware:



Follow

My upgraded Bitcoin-Miner with new hardware from @ButterflyLabs :)

12:11 PM - 16 Aug 2013

**2** RETWEETS

Butterfly Labs makes a point of stating on the product page that this mining device will not be

DAILY BITCOIN NEWS

Don't miss a single story - subscribe now!

SUBSCRIBE

FEATURES


Blockstream: $21 Million Funding Will Drive Bitcoin Development


Decentralised Apps Promise New Way of Doing Business Online


Markets Weekly: Trading Volumes More than Double Amid Price Surge


How Kraken is Seeking to Solve Bitcoin's Banking Dilemma


"I Love the Blockchain, Just Not Bitcoin"

MUST READ    MOST POPULAR


**US Marshals: Latest Bitcoin Auction Timed to Avoid Market Disruption**


**Blockstream Raises $21 Million from Google Chairman, LinkedIn and Yahoo...**


**US Marshals to Auction 50,000 Bitcoins Seized from Ross Ulbricht**


**Coinbase Launches 'One-Click' Bitcoin Tipping Tool**


**Regulation Takes Center Stage at Bloomberg Bitcoin Event**


**Third of Sites Seized in Operation Onymous Were 'Clones'**

Got a news tip or guest feature?

shipping any time soon, but "towards the end of the year". It further states that those not comfortable waiting for so long should not pre-order.

For those interested in the product, Butterfly Labs has an offer for customers who are waiting for 65nm miners to transfer their current orders and apply the credit towards the Monarch. The catch is that doing so will be subject to a 10% transfer fee.

This has understandably raised the ire of many existing customers:



@butterflylabs your priorities are wrong stop doing more gear and ship our old orders... upset about..
butterflylabs.com/monarch/

3:13 PM - 18 Aug 2013

**1** RETWEET **2** FAVORITES

Recent months have seen Butterfly Labs customers being refused refunds, which has further added to anxieties of those with large sums of money tied up in products that have not yet arrived.

For example, a Bitcoin forum user reported: "I just tried to get a refund and they refused. They should be tagged as a scammer as previously posted, especially now that they are refusing refunds (confirmed). They just refused mine in an email."

Then, on Butterfly Lab's forum, a user reported the following response from the company: "As stated on the order form, all sales are final. Unfortunately, we cannot give you a refund. We truly do appreciate your business."

There has even been the cancellation of a group-buy on the Bitcoin forum: "Ugh... I just read through the forum and the general consensus about this third BFL preorder is rather negative. I will stop this attempt of a group-buy before it even starts to minimize anger/grief/etc."

Further to the "all sales are final" position, Butterfly Labs is not accepting PayPal as a method of payment for the Monarch; instead, only taking bitcoin or bank transfers as payment. Both of these are irreversible payment methods.

We asked Butterfly Labs COO, Josh Zerlan, about the company's refund history and he told us: "Throughout that whole process, we gave customers the opportunity to cancel and get a full refund, culminating with a positive opt-in email where they had to agree that they understood we've screwed up the timeline and still want the product, otherwise we would cancel their order and refund their money, they wouldn't even have to do anything if they wanted a refund as we'd do it automatically."

Zerlan also explained the lack of PayPal as a payment option for the Monarch: "We do accept Paypal, just not on the Monarch. When you start doing Paypal transactions over a certain amount, it gets more complicated, which is why we elected not to do PayPal with the Monarch at it's nearly $5,000 price point. We still accept PayPal for all of our other products though."

What do you think about Butterfly Labs? Have you received your hardware yet or are you still waiting? How have you found its customer service? Let us know in the comments.

ASICs   Butterfly Labs

| Tweet | 41 | Share | 10 | 8+1 | 19 | Share | 3 | ▲ ▼ 25 points |

PREVIOUS ARTICLE

**Germany officially recognises bitcoin as "private money"**

NEXT ARTICLE

**Print paper bitcoin and litecoin wallets with Piper**

RELATED STORIES

Nov 18, 2014 at 21:10 | Nermin Hajdarbegovic

**KnCMiner Plans 16nm Bitcoin Mining ASIC Launch in**

## A BEGINNER'S GUIDE TO BITCOIN

Bitcoin is a digital currency that is being used increasingly all over the world. Find out more about how it works and how you can use it with our straightforward guides.

**What is Bitcoin?**
It's a decentralized digital currency   ›

**Why Use Bitcoin?**
It's fast, cheap to use, and secure   ›

**How Can I Buy Bitcoins?**
From an exchange or an individual   ›



" Clearly, we need to be more demanding as a community of our wallets and exchanges "

Jesse Powell, Kraken CEO

Follow @coindesk

Case 4:14-cv-00815-BCW   Document 166-2   Filed 11/19/14   Page 63 of 71



### 2015

Cryptocurrency mining hardware designer KnCMiner is planning to deploy its next generation ASICs in early 2015.



Nov 4, 2014 at 17:06 | Pete Rizzo

### FTC Granted Approval to Sell Off Butterfly Labs' Bitcoins

The FTC has secured court authority to begin converting Butterfly Labs' bitcoin holdings into cash reserves.



Oct 24, 2014 at 19:05 | Pete Rizzo

### Spondoolies-Tech Takes Aim at BitFury With $5 Million Funding Round

Israeli bitcoin mining firm Spondoolies-Tech has raised $5m in new venture funding as part of its ongoing Series B.



Oct 24, 2014 at 15:26 | Nermin Hajdarbegovic

### Butterfly Labs Urges Court to Dismiss FTC's 'Self-Serving' Fraud Charges

Embattled mining hardware company Butterfly Labs has filed a court motion to dismiss a Federal Trade Commission complaint.



Comments for this thread are now closed.

**48 Comments**    CoinDesk    ● Login

Sort by Best                                    Share ⤴ Favorite ★

It seems outrageous  hat they want a 10% cut of the credit you have with them just to change an order. They also don't seem to grasp the concept that "all sales are final" only takes place when the sale happens - which is when money has been exchanged for a product. Until the product has been accepted by the customer, the sale has not been consummated.

22    • Share ›

I believe "concluded" is the word you are looking for Dave as in "the sale has not been concluded"

• Share ›

Consummated. It's a legal term for the completion of both parties' performance of their part of a contract. If only one party has performed their part, the sale has not been concluded.

4    • Share ›

Thank you    and    , I stand corrected. Unfortunately I was labouring under the colloquial definition/usage of the term consummated.

3    • Share ›

Conummate:

To bring to completion or fruition; conclude: consummate a business transaction.

http://www.thefreedictionary.c...

1    • Share ›

Butterfly has consistently failed to deliver. When you have a backlog of orders and angry customers you do not prematurely announce a product that you have no estimated delivery time for. To make matters worse, they are allow customers to switch over to this new "intangible" product for preorders and they are charging a fee for it?

It sounds like greed to me. The company can see that it's customers have lost faith and investment dollars are not coming in, so this is a new scheme to pull additional money out of their dwindling consumer base.

The best way to get a feeling for Butterfly Labs is to go on the bitcoin talk forums and look for posts by Josh Zelan (forum handle Inaba). Josh is a representative of Butterfly. When you see firsthand the way he degrades his customer base and the lack of customer service you will certainly be able to come to your own conclusions about their business practices.

18    • Share ›

I would personally be more willing to take a chance on one of the new companies that hasn't delivered, or even tested it's chips than take the chance with BFL at this point.

14    • Share ›

Yep KNC looking nice...

4    • Share ›

one of us! one of us! one of us! :D

• Share ›

Case 4:14-cv-00815-BCW   Document 166-2   Filed 11/19/14   Page 65 of 71

© **CoinDesk 2014**   About   Press   Events   Editorial policy   Comments policy   Terms & conditions   Privacy policy   Jobs   Advertising   Contact

# ATTACHMENT L

TRENDING
Coinbase Launches 'One-Click'
Bitcoin Tipping Tool



**BITCOIN PRICE INDEX (24H)**



USD 1.11% ▲      CNY 0.35% ▲

$376.50     ¥2,310.81

EUR €299.96     GBP £240.07

HOME    NEWS    INFORMATION    PRICE    DATA

MINING • NEWS

# Butterfly Labs to Resume Limited Business Operations

Pete Rizzo (@pete_rizzo_) | Published on October 3, 2014 at 02:35 GMT

Tweet 195    Share 38    g+1 6    Share 6    ⌄ 9 points

Embattled bitcoin mining manufacturer Butterfly Labs has announced that it will resume limited business operations following discussions with the Federal Trade Commission (FTC).



The Missouri-based company will not be allowed to serve new consumers when it reopens, and will be restricted to fulfilling existing customer orders. Butterfly Labs further confirmed it will remain under the direction of a court-appointed receiver who will oversee the business.

Butterfly Labs suggested that it aims to use this opportunity to rebuild its market perception, which it acknowledged has been impacted by the recent FTC actions.

The company wrote:

> "Butterfly Labs views the order as a promising sign for the future of our company, our customers and our employees. This lawsuit has severely damaged our reputation and it is up to Butterfly Labs to attempt to repair that damage."

The announcement follows a report from *The Kansas City Star* that suggested Butterfly Labs was holding initial discussions with the FTC about reopening its business earlier this week.

However, the actions by the FTC may not be a validation of the company and its efforts. In past filings, the FTC has indicated that Butterfly Labs should be awarded ancillary relief only as necessary to reduce the likelihood of consumer injury.

## Reputational damage

Butterfly Labs said that though it is pleased with the announcement, it still finds past statements by the FTC to be contentious.

The company wrote:

> "There are a number of unsubstantiated claims circulating about Butterfly Labs. We intend to address all inaccuracies in due course, including the false claims around burn-in testing and Butterfly Labs inappropriately mining bitcoins with customer equipment."

New documents in the case filed on 27th September levied such allegations against the company, suggesting that Butterfly Labs conducted extended testing of its machines after they were purchased by customers to profit from their production.

**DAILY BITCOIN NEWS**

Don't miss a single story - subscribe now!

SUBSCRIBE

**FEATURES**



Blockstream: $21 Million Funding Will Drive Bitcoin Development



Decentralised Apps Promise New Way of Doing Business Online



Markets Weekly: Trading Volumes More than Double Amid Price Surge



How Kraken is Seeking to Solve Bitcoin's Banking Dilemma



"I Love the Blockchain, Just Not Bitcoin"

MUST READ    MOST POPULAR



**US Marshals: Latest Bitcoin Auction Timed to Avoid Market Disruption**



**Blockstream Raises $21 Million from Google Chairman, LinkedIn and Yahoo...**



**US Marshals to Auction 50,000 Bitcoins Seized from Ross Ulbricht**



**Coinbase Launches 'One-Click' Bitcoin Tipping Tool**



**Regulation Takes Center Stage at Bloomberg Bitcoin Event**



**Third of Sites Seized in Operation Onymous Were 'Clones'**

Got a news tip or guest feature?

Case 4:14-cv-00815-BCW    Document 166-2    Filed 11/19/14    Page 68 of 71

The FTC has also claimed that Butterfly Labs employees profited from mining rigs that were returned by customers or left in company custody after the consumer was issued a refund.

## Challenging times

Butterfly Labs ended its statements by acknowledging the furor around the company in recent weeks, thanking those who have stood by its business.

"Butterfly Labs thanks its many customers, employees and business partners for staying with us during this challenging time," the statement reads.

Prior to its shutdown, Butterfly Labs was besieged by manufacturing delays and customer complaints, however, it was an early market leader, having been in operation since 2010.

Butterfly Labs was formally shut down in late September following months of customer complaints that it failed to deliver products as advertised.

*CoinDesk has reached out to the FTC for comment, but has not received an immediate response.*

*Image via Shutterstock*

Butterfly Labs    Mining

| Tweet | 195 | Share | 38 | g+1 | 6 | Share | 6 | ∧ ∨ | 9 points |

PREVIOUS ARTICLE



**Spain's Bitcoin Boulevard Aims to be World's Biggest and...**

NEXT ARTICLE

**Australian Senate Launches Inquiry into Bitcoin and Digital...**

RELATED STORIES



Nov 6, 2014 at 20:45 | Nermin Hajdarbegovic

### Gallery: Fire Destroys Thai Bitcoin Mining Facility

A 5-megawatt bitcoin mining farm in Thailand was destroyed in a massive fire earlier this week.



Nov 4, 2014 at 17:06 | Pete Rizzo

### FTC Granted Approval to Sell Off Butterfly Labs' Bitcoins

The FTC has secured court authority to begin converting Butterfly Labs' bitcoin holdings into cash reserves.



Oct 26, 2014 at 15:11 | Stan Higgins

### The Family That Mines Bitcoin Together Stays Together

Miner John Tuberosi shares the story of how digital currency mining became a family business.



Oct 24, 2014 at 19:05 | Pete Rizzo

### Spondoolies-Tech Takes Aim at BitFury With $5 Million Funding Round

Israeli bitcoin mining firm Spondoolies-Tech has raised $5m in new venture funding as part of its ongoing Series B.

A BEGINNER'S GUIDE TO BITCOIN

Bitcoin is a digital currency that is being used increasingly all over the world. Find out more about how it works and how you can use it with our straightforward guides.

**What is Bitcoin?**
It's a decentralized digital currency   ›

**Why Use Bitcoin?**
It's fast, cheap to use, and secure   ›

**How Can I Buy Bitcoins?**
From an exchange or an individual   ›



" ...ns out bi... isn't br... and do... need ...ixing "

John Law, bitcoin evangelist

Follow @coindesk

Comments for this thread are now closed.

**Featured Comment**

 · 2 months ago

so when will money be returned to customers they stole hardware from, and bitcoins from the machines they "burned in" for several months?

21  |  • Share ›

**22 Comments**    CoinDesk             🔵 Login

Sort by Best             Share ⤴   Favorite ★

· 2 months ago

Die already. You've poisoned this community enough BFL. You're no longer welcome.

21  |  • Share ›

· 2 months ago

🏆 Featured by CoinDesk

so when will money be returned to customers they stole hardware from, and bitcoins from the machines they "burned in" for several months?

21  |  • Share ›

· 2 months ago

When you lie to someone to convince them to buy something, there's a word for that. It's called fraud. They belong in prison!

No, BFL, the FTC lawsuit doesn't make you look bad! Fraud makes you look bad!

17  |  • Share ›

· 2 months ago

If you are considering buying a miner DO NOT buy a pre-order.

6  |  • Share ›

· 2 months ago

Are you sending my Monarch yet, which is around 100 times less profitable than when I ordered it

4  |  • Share ›

· 2 months ago

And now they can continue to conduct an enormous amount of "burn-in testing" without having to worry about actually developing new products.

4  |  • Share ›

→ · 2 months ago

Actually, according to the interim order issued by the court yesterday (full text at http://ia902308.us.archive.org..., they are specifically prohibited from doing any more burn-in tes ing unless explicitly allowed by the court. They are also prohibited from misrepresenting the potential yield or profitability of their (alleged) products and from taking any more pre-orders for items they do not actually have in stock.

The only "limited business operations" they seem to be allowed is the shipping of assembled, tested miners to customers who want them instead of refunds.

Not a very well-researched article by CoinDesk, overall.

3  |  • Share ›

· 2 months ago

The only way I'd EVER seek business with them again is if they repaid EVERY FREAKING cent they stole, went under new management, and ensured that it would never happen again. Sure, people make mistakes, businesses make mistakes, hell, and one employee could ruin an entire company.

Do I believe they should be punished by law? No. I don't believe they should get jail time, jail doesn't do anything.

However the free market will ruin them, as it should, until every victim feels that he/she has


Case 4:14-cv-00815-BCW    Document 166-2    Filed 11/19/14    Page 70 of 71

© **CoinDesk 2014**   About   Press   Events   Editorial policy   Comments policy   Terms & conditions   Privacy policy   Jobs   Advertising   Contact