# PX 10

## DECLARATION OF WESLEY MEDFORD
## PURSUANT TO 28 U.S.C. § 1746

I, Wesley Medford, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old. I live in Englewood, Colorado.

2. On or around January 22, 2014 I received an email from Paul at Butterfly Labs in response to an inquiry I had made about the shipping time for newly ordered Monarch bitcoin mining machines (600 GH/s cards). It stated "At this time we estimate new orders would ship late March so it's at about 2 months for shipping." A true and correct copy of the email I received from Butterfly Labs dated January 22, 2014 is appended hereto as **Attachment A**.

3. In reliance upon Butterfly Labs' expressed shipping time ("about 2 months") I purchased 18 Monarch units from Butterfly Labs, six on January 30, 2014 and twelve more on February 17, 2014.

4. Because it was important to me that I didn't get out-of-date hardware, when May arrived with no delivery of any of my units, I requested a full refund on or around May 23, 2014.

5. Butterfly Labs indicated that I had to wait six months before I could receive a refund. After waiting six months from my original purchase date I again requested a full refund. In or around September 2014 I received a partial refund, for my January order.

6. I never received any machines from Butterfly Labs. They still owe me around $29,042 for the 12 machines I purchased in February 2014 but never received.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November, 2014, in Englewood, CO.

Wesley R. Medford

1

# ATTACHMENT A

**Lamberton, Peter**

| | |
|---|---|
| From: | Wes Medford <▮> |
| Sent: | Thursday, November 13, 2014 10:40 PM |
| To: | Lamberton, Peter |
| Subject: | Fwd: Contact Form |

Mr Lamberton,

Sorry I missed your call today. I got called into work and I won't be able to get to the phone until late tonight. The email I received should be attached to this email. Hope this helps. Sorry for the delay in response.

---------- Forwarded message ----------
From: **ButterflyLabsINC .** <office@butterflylabs.com>
Date: Wed, Jan 22, 2014 at 2:49 PM
Subject: Re: Contact Form
To: Wesley Medford <▮>

Wes,
We have institutional pricing options for orders of 50+ 600 GH/s Monarch cards. We have a non-disclosure you would need to sign. At this time we estimate new orders would ship late March so it's at about 2 months for shipping.

Kindest Regards,
Paul
BF Labs, Inc.

On Wed, Jan 22, 2014 at 12:02 PM, Wesley Medford <▮> wrote:

Name: Wesley Medford
E-mail: ▮
Telephone:

Comment: Hi, I'm just wondering if you guys offer expedited shipping for companies that look to buy in bulk. I'm looking to make a fairly sizable purchase of your 600 GH/s cards, but 3 months is a bit too long for me. Thanks for your time.

Wes