# PX
# 11

**Page 18**

1   A
2   Q   **What was his date of birth?**
3   A   I do not know.
4   Q   **Is your mother still alive?**
5   A   Yes, she is.
6   Q   **What is your mother's name?**
7   A
8   Q   **Can you spell her name? I'll repeat the**
9     **question. I said please spell her name.**
10   A

13   Q   **What is her date of birth?**
14   A   I don't recall the specific date.
15   Q   **What is her address?**
16   A
17   Q   **When you say**     **is that a street or an**
18     **avenue, is there --**
19   A   Yes, I'm sorry.
20   Q   **-- anything --**
21   A   It's street.
22   Q   **-- after**     **?**
23        MR. HUMPHREY: Okay. Try not to talk
24   over each other. I know it's difficult with the
25   videoconference. But let her finish and then

**Page 19**

1   you answer and that will provide a clear record
2   and it will help Sheila take down everything
3   that's said.
4        THE WITNESS: Okay. My apologies.
5        MR. HUMPHREY: Just wait for a
6   question.
7   Q   **(By Ms. Kosmidis) Are you living with anyone?**
8        MS. KOSMIDIS: Sorry.
9        MR. HUMPHREY: Sorry.
10   Q   **(By Ms. Kosmidis) Are you living with anyone?**
11   A   Yes, I am. I live with
12   Q   **Who are you live --**
13   A   I live with     .    my son.
14   Q   **Please spell her full name.**
15   A   Her -- her --     is spelled --
16        (A discussion is had off the record
17   regarding static and the following further
18   proceedings are had.)
19        MS. KOSMIDIS: I think I didn't hear
20   something Mr. Vleisides said.
21   Q   **(By Ms. Kosmidis) So let's start with can you**
22     **spell**     **full name?**
23   A   Yes.

25   Q   **And who else did you say you're living with?**

**Page 20**

1   A   My son and her daughter.
2   Q   **Whose daughter?**
3   A       s daughter.
4   Q   **Your son is**     **--**
5   A   And I should --
6   Q   **-- is that correct?**
7   A   I -- yes.
8        (A discussion is had off the record
9   regarding static and the following further
10   proceedings are had.)
11   Q   (By Ms. Kosmidis) I'll start my question over.
12     Is the son that you're living with

14   A   Yes. And I should clarify his name. His full
15   name is     .
16   Q   **And what is the name of**    
17     **daughter?**
18   A
19   Q   **Please spell that.**
20   A
21   Q   **And what is your relationship to**     **?**
22   A   You know, I'm not certain what the -- the
23   official -- I -- I would like to know what
24   the -- like the cultural term for it is. Spouse
25   is too legal. We -- we're partners. That would

**Page 21**

1   be the term, partners.
2   Q   **Is there anyone else you live with who you**
3     **haven't mentioned?**
4   A   No, ma'am.
5   Q   **Who is your nearest living relative?**
6   A   Physically?
7   Q   **Yes. Is your son your closest living relative?**
8   A   Yeah. That -- that would be a better answer. I
9   was thinking my mother.
10   Q   **Do you know a**     **?**
11   A   Yes, ma'am.
12   Q   **Who is he?**
13   A       is my stepfather and the man who
14   raised me.
15   Q   **Have you served as an officer or director of any**
16     **companies since January 1st, 2012 whether**
17     **located within or outside the United States?**
18        MR. HUMPHREY: Objection, compound.
19   Q   **(By Ms. Kosmidis) You can answer if you**
20     **understand the question.**
21   A   Okay. Yes. Butterfly -- or BF Labs.
22   Q   **And in what position have you served?**
23   A   I have been the vice president of product
24   development and I have been the vice president
25   of innovation.

Page 62

1 20 bucks.

2 **Q And that was a coin out of your coin collection?**

3 A Yeah, a coin for each -- I'm sorry, I just

4 remembered. One of the kids got a stomachache

5 halfway through, they left and they never came

6 back, so they never got the coins.

7 MS. KOSMIDIS: Okay. At this point, I

8 think we can take a break --

9 MR. HUMPHREY: Great. Appreciate it.

10 MS. KOSMIDIS: -- so that Jim can

11 prepare for the hearing.

12 MR. HUMPHREY: Okay. Excellent. And

13 then we'll be ready to proceed right after the

14 hearing's concluded.

15 MS. KOSMIDIS: We can go off the

16 record.

17 (A lunch break is taken and the

18 following further proceedings are had.)

19 Q (By Ms. Kosmidis) Mr. Vleisides, how are you

20 paid by Butterfly Labs?

21 A I am -- my payroll is entered into our payroll

22 service. They handle it as a matter of -- of

23 routine. It happens every two weeks

24 automatically by ACH transfer into all of our

25 bank accounts.

Page 63

1 **Q And when you say all of our bank accounts, to**

2 **whom are you referring?**

3 A All of us employees.

4 **Q All the employees of Butterfly Labs?**

5 A That's right.

6 **Q Which account do you get your payment -- send**

7 **your payment to?**

8 A The Commerce account that's listed. Commerce

9 Bank.

10 **Q Is there any other compensation that you get**

11 **besides every two weeks through ACH?**

12 A Yes. And that is I reside at the house that's

13 owned by the company. I have an executive

14 housing stipulation in -- in my employment deal.

15 And I am also granted a company car to drive.

16 **Q The executive housing, is that the**

17 **?**

18 A That is correct.

19 **Q What is the company car?**

20 A The company -- well, the one that I drive is a

21 2006 Audi that has 135,000 miles on it. It was

22 purchased for 19 -- or $18,000 two years ago, I

23 believe, two and a half years ago. There --

24 there are other company cars. That's the one

25 that I currently drive. Well, actually, I don't

Page 64

1 drive a car right now because those have been

2 delivered to the receiver.

3 MR. HUMPHREY: That's a good point.

4 THE WITNESS: Yeah.

5 MR. HUMPHREY: He is no longer -- he's

6 turned over his automobiles to the receiver, for

7 the record, and no longer drives them, in

8 compliance with the Order.

9 **Q (By Ms. Kosmidis) When you were driving the**

10 **2006 Audi, were you using it for personal**

11 **purposes?**

12 A Some percentage. It -- it was my primary

13 driver, so yes.

14 **Q Are you aware of other Butterfly Labs company**

15 **cars?**

16 A Yes.

17 **Q What are those cars?**

18 A There is a Dodge Sprinter box truck. It is a --

19 just as I said, it -- it's a box truck used for

20 taking parts from the two warehouses to the

21 central fabrication facility, our -- our home

22 office, back and forth. There is a 2006 Jaguar

23 that is -- its primary -- did you want to know

24 what they're used for?

25 **Q That would be helpful, yes.**

Page 65

1 A Okay. It -- it's used as a -- as a visiting

2 customer courtesy car. And there is a 2013

3 Audi, which I drove for a period of time, about

4 four or five months.

5 **Q And for what purpose were you driving the 2013**

6 **Audi?**

7 A As partial compensation of my employment.

8 **Q Who has the ability to drive the Dodge Sprinter**

9 **box truck?**

10 A I think -- let me see. That -- that's probably

11 an insurance company question.

12 **Q Does anyone else besides you drive the 2013**

13 **Audi?**

14 A No.

15 **Q Does anyone else --**

16 A Hold on. I'm sorry to break protocol.

17 MR. HUMPHREY: Well, no, you -- if you

18 need to clarify, I think that's -- and Leslie

19 (sic), I think she would appreciate that. So go

20 ahead.

21 A So anybody can and they may have. I took your

22 question to mean as a principal driver. And in

23 that case, the answer is yes, I was the only

24 principal driver of that car. Other people have

25 driven it and the insurance is set up so that

Page 78

1   A   Okay. I'm there.

2   Q   Do you see where           has been

3     described as a residential home?

4   A   Yes.

5   Q   Do you see where Butterfly Labs is listed as

6     100 percent owner of the property?

7   A   I see that.

8   Q   Has there ever come a time when home

9     improvements have been needed to be made on the

10    property?

11   A   Yes, there have.

12   Q   And what has been the source of funding for

13     those home improvements?

14   A   The company has covered the maintenance of the

15     home.

16   Q   And who is it that decides when maintenance is

17     needed for the home?

18   A   That's a good question. I don't know that

19     there's an organized decision tree for that

20     process. I suppose if it's a minor issue, then

21     the property manager makes that call on their

22     own and then submits the -- the bill and receipt

23     for payment.

24        If it's something more significant,

25     then permission is asked and I -- I would either

Page 79

1     make the decision or I would bring it up at the

2     office depend -- again, depending on the scope.

3   Q   Who is the property manager?

4   A

5   Q   Is that the same          who's your

6     mother?

7   A   That's right.

8   Q   In the same financial statements, can you turn

9     to what's been labeled as item 31? This is

10    actually --

11        MR. SINGHVI: The attachment.

12   Q   (By Ms. Kosmidis) It's the attachment to the

13     statement. Butterfly Labs' attachment to the

14     statement.

15   A   Okay. I have that attachment.

16   Q   Do you see that there are three payments made to

17        -- strike that -- four payments made to

18            ?

19        MR. HUMPHREY: If you can't find it,

20     she can help point you in the direction if you

21     ask her for help.

22   A   Well, there's more than four, but the answer to

23     your question is yes.

24   Q   (By Ms. Kosmidis) What were these payments for?

25   A   He is a handyman.

Page 80

1   Q   Was he making repairs to a property?

2   A   Yes.

3   Q   What property was he making repairs to?

4   A   The executive housing,          .

5   Q   What repairs was he doing?

6   A   It's an exhaustive list. Would -- is -- is that

7     what you'd like, just for me to go on rambling

8     or...

9   Q   Just generally speaking, what were the types of

10    repairs that he made?

11   A   We had a -- I think the impetus for most of the

12     work that he did by dollar volume was a

13     foundation repair catastrophe where the basement

14     was flooded. And the source of the problem was

15     determined to be a sagging foundation which

16     snapped a waterline as the weight of the

17     concrete, the differential from the part that

18     sank versus the part that did not sank, caused a

19     waterline to sever.

20        So demolition of all the ruined space,

21     evacuation of all that so that the foundation

22     repair company can come and do their thing. He

23     was involved in that process. Not the

24     foundation repair, but the preparation for that.

25        And it was determined to be that --

Page 81

1     that bringing everything back into the way it

2     was was not worth the money. That's kind of an

3     example of what I said when you bring a decision

4     back, you know, if -- if it's beyond a

5     threshold, then...

6        So he did the demo of all that in the

7     basement. He did a -- some work to make it kind

8     of into a basement instead of living space. He

9     fixed the -- he fixed the -- that was under the

10    kitchen. So the kitchen above it, which had

11     then been jacked up three or four inches,

12     cracked a lot of drywall, made the countertops

13     and the cabinetry crooked and broke it in some

14     places. He -- he's quite a good carpenter. So

15     he worked on -- on all that.

16        He demolished a bathroom where they

17     did the foundation repair where they dug in

18     under the earth from inside the house.

19        He restored a bathroom upstairs which

20     was unrelated to the foundation repair issue.

21     He -- what else did he do? I think that's about

22     it.

23   Q   I'd now like to turn to item 9 in the same

24     financial statement.

25        MR. HUMPHREY: Give us one second

1    here.
2          MS. KOSMIDIS:  Sure.
3          (A discussion is had off the record
4    and the following further proceedings are had.)
5  Q   (By Ms. Kosmidis)  You might not even need to
6    refer to the item to answer my question.  But
7    you see here where                    is listed as
8    your father?
9  A   Um-hum.
10 Q   And he's listed as having had business
11   transactions with Butterfly Labs?
12 A   Yes.
13 Q   What were those business transactions?
14 A   Related -- list all related individual whom --
15   yes.  So the -- at one point, the -- the
16   business was located in a building owned by
17   Chris Vleisides and we paid him rent.  He is a
18   professional photographer by trade.  He is the
19   Kansas City Royals photographer, for example, on
20   the field.  You can see him on TV.
21         He does a lot of other commercial
22   photography, so he's really good.  We hired him
23   to take photos of the equipment for our web
24   site.  And we have hired him a number of times
25   to take photos of our equipment.

1  Q   So backing up to the first reason that you said.
2    Butterfly Labs was located in a building that
3                      owned?
4  A   That's -- that's correct.
5  Q   And what was that address?
6  A   2507 Jefferson.  And I don't recall the zip
7    code.  It's downtown Kansas City.
8  Q   Is he considered an employee of Butterfly Labs?
9  A   No.  I think the proper description would be
10   landlord and photography contractor.  For
11   photography services.  We never signed a work
12   contract with him.  It was just a per item
13   basis.
14 Q   Are there any other business transactions that
15   Butterfly Labs has had with                     ?
16 A   I believe we paid for some facilities
17   improvement at 2507 Jefferson.  I think -- what
18   was it?  Ah.  We added -- we beefed up the
19   security at the building.  So we installed --
20   replaced a flimsy door with a metal door and
21   added -- upgraded the security alarm system.
22   There may be other similar transactions.
23 Q   Any other transactions that you haven't already
24   mentioned?
25 A   Let me think.  I'm sure there are.  Yes.  The

1    roof leaked and I think we split the bill on
2    fixing the roof.
3  Q   Any other transactions that you can remember?
4  A   We paid some people directly, would not have
5    gone through him.  We beefed up the electrical
6    capacity of the building inside.  But we just
7    got his permission and contracted and paid the
8    electrician on our own, which would be in our
9    accounting.  But it doesn't flow through
10        .  I think I've named all of them that
11   would have been a check to -- to
12   as opposed to our paying a contractor to do
13   something.
14 Q   Anything else, any other transactions with
15                    for other building/facilities
16   improvements?
17 A   Yes, photography.
18 Q   And anything else?
19 A   No, not that I recall.
20 Q   Turning again to item 9,                    is
21   listed here as your mother, is that correct?
22 A   That is correct.
23 Q   It also says here that the corporation has had
24   business transactions with                    for
25   property management, is that correct?

1  A   That is correct.
2  Q   What was her role in property management?
3  A   She would make sure that the property was
4    maintained.  She would make sure that it was
5    cleaned.  She would make sure that the lawn care
6    was taken care of by hiring people and making
7    sure they showed up, did what they needed to do,
8    got their invoices, submitted them to
9    accounting, got payment, paid those people.
10        Whenever there was a problem at the
11   house or any work was done at the house,
12   particularly the foundation repair issues and
13   all the associated fixing up of cracks and
14   painting walls and bringing in people to do
15   those things, she would have to be present at
16   the home in order to allow them to do their
17   work.  So she had keys.  And she would take care
18   of all those items so that the people from the
19   company didn't have to stop work and go over and
20   unlock a door and sit there all day while a
21   contractor did their thing.
22 Q   And the house, this is the                    house?
23 A   Yes, that's right.
24 Q   From when to when has she fulfilled this role?
25 A   That I -- I don't know.  I mean, over a year, I