# PX 12

Page 26

1 Q  Are you aware of any uncashed checks from
2    Butterfly Labs' accounts?
3 A  Not that I'm aware of.
4 Q  Does Butterfly Labs have corporate credit cards?
5 A  Yes.
6 Q  How many corporate credit cards does it have?
7 A  Eight or nine.
8 Q  And what are the credit card companies?
9 A  They're all through BMO Harris Diners Club.
10 Q  All eight or nine credit cards are through BMO
11    Harris Diners Club, is that right?
12 A  Yes.
13 Q  And are you able to tell us the card numbers?
14 A  No.
15 Q  For each of the eight or nine cards, who are the
16    authorized users?
17 A  Sony Vleisides, Jody Drake, Marc Goodpasture,
18    Josh Zerlan,           , David McClain.  We
19    have a shipping card -- shipping department card
20    and a purchasing department card.  And
21         all.  And Nasser Ghoseiri.
22 Q  How do you spell                ?
23 A
24 Q  And who is he?
25 A  He is an engineering manager based in the UK.

Page 27

1 Q  Where is he based in the UK?
2 A  I believe he lives in       ff, England.
3 Q  Is that
4 A  That's correct.
5 Q  Are there any other authorized users you haven't
6    mentioned?
7 A  Not that I can think of at this time.
8 Q  What are the balances in each of the accounts?
9 A  Could you be more specific?
10 Q  Are you aware of -- do you know the balances in
11    any of the eight or nine accounts?
12 A  No, I do not.
13 Q  Are you aware of any purchases that have been
14    made using these credit cards?
15 A  Could you be more specific?
16 Q  Do you have a recollection of particular
17    purchases that were made using any of the eight
18    or nine BMO Harris Diners Club credit cards?
19 A  Not specifically, no.
20 Q  You don't have a recollection of any purchases
21    that have been made using the cards, is that
22    right?
23 A  Not specific purchases.  I -- I don't review --
24    I don't review anyone's credit card statement.
25         handles that.

Page 28

1 Q  You don't have a recollection of any specific
2    purchases, but do you have a recollection of any
3    typed or categories of purchases?
4       MR. HUMPHREY:  Vague and ambiguous and
5    compound.
6 A  Can you be specific?
7 Q  (By Ms. Kosmidis)  Would any of the
8    authorized -- do you have knowledge if any of
9    the authorized users have used the cards to
10    purchase personal items?
11 A  I would not know specifically.
12 Q  For what purposes have you personally used the
13    credit card?
14 A  Personally, for airfare, lodging, car rental and
15    purchases associated with travel specifically.
16    That's the predominant use for myself.
17 Q  Were these travel expenditures for business
18    travel only?
19 A  Yes.
20 Q  Have you used these cards for any other
21    purposes?
22 A  The only other purpose would be for corporate
23    purchases, like for other -- other people's
24    travel or to purchase food or other incidentals
25    for the -- the office.

Page 29

1 Q  By travel, do you mean other people's business
2    travel?
3 A  Yes.
4 Q  I'd now like to turn to what's been marked as
5    Plaintiff's Exhibit 1.  If you could turn to the
6    second page.  Do you see check number 2878?
7       MR. HUMPHREY:  One more page.
8 A  Yes.
9 Q  (By Ms. Kosmidis)  What was the purchase that
10    this check was written for?
11 A  It was -- it was for the purchase of the
12    corporate car, the 2013 Audi A8.
13 Q  Is that your signature on this check?
14 A  Yes.
15 Q  And -- I'm sorry?
16       MR. HUMPHREY:  I'm sorry, it must have
17    been the paper.  My apologies.
18       MS. KOSMIDIS:  Okay.  No, no, that's
19    okay.
20 Q  (By Ms. Kosmidis)  Where is this car currently?
21       MR. HUMPHREY:  Lack of foundation.  I
22    can tell you if you'd like me to tell you.  It's
23    in the possession of the temporary receiver.
24 Q  (By Ms. Kosmidis)  Did you personally shop for
25    this car?

Page 30

1  A  No.
2  Q  Who did shop for the car?
3  A  Sonny Vleisides.
4  Q  And who has driven this car?
5     MR. HUMPHREY: Lack of foundation,
6     calls for speculation.
7  A  To my knowledge, Sonny has been the primary
8     driver.
9  Q  (By Ms. Kosmidis) Who directed you to write
10    this check?
11 A  Bruce Bourne.
12 Q  After the purchase of this vehicle, where was
13    the vehicle parked overnight?
14    MR. HUMPHREY: Vague and ambiguous,
15    confusing. What over -- which night?
16 Q  (By Ms. Kosmidis) Where was this vehicle
17    regularly parked?
18    MR. HUMPHREY: Lack of foundation,
19    calls for speculation.
20 A  I don't know specifically.
21 Q  (By Ms. Kosmidis) Did you ever see the vehicle
22    at the office?
23 A  Yes.
24 Q  Who drove it to the office when you would see it
25    at the office?

Page 31

1  A  Sonny Vleisides.
2  Q  Did you personally ever ride in the car?
3  A  Yes.
4  Q  Where were you going when you were riding in the
5     car?
6     MR. HUMPHREY: Compound, calls for a
7     narrative.
8  A  Typically, lunch.
9  Q  (By Ms. Kosmidis) And who was driving?
10 A  Sonny.
11 Q  Are you familiar with someone named               ?
12 A  No.
13 Q  Using that same exhibit, could you just turn one
14    page over, skip the Crate & Barrel check page
15    and go to the next page where there's check
16    number 2944.
17 A  Okay.
18 Q  Is that your signature on this check?
19 A  Yes.
20 Q  Do you see that this is a check made out to
21                ?
22 A  Yes.
23 Q  Does seeing this check refresh your recollection
24    at all as to who              is?
25 A  Not specifically. I can see that the memo

Page 32

1     states that it was for architectural services
2     for the preparation of -- I would presume of
3     house.
4  Q  To what house is that referring?
5  A  I would presume it would be the corporate house.
6  Q  Is that                                         ?
7  A  Yes.
8  Q  Who directed you to write this check?
9  A  It was -- it was presented to me along with
10    other bills to pay in the course of -- normal
11    course of paying bills. No one specific.
12 Q  Does Butterfly Labs have any bitcoin wallet
13    accounts?
14 A  Yes.
15 Q  How many bitcoin wallet accounts does it have?
16    MR. HUMPHREY: I'll object to the
17    extent it lacks foundation and calls for
18    speculation. You can answer.
19 A  I don't know the specific amount of accounts.
20 Q  (By Ms. Kosmidis) Is it more than ten?
21 A  I don't believe so.
22 Q  Where is each bitcoin wallet located?
23    MR. HUMPHREY: Lack of foundation,
24    calls for speculation.
25 A  The one I can say for certain is a bitcoin

Page 33

1     wallet that's utilized or used or controlled by
2     the accounting department to pay bills and
3     vendors and refund customers.
4  Q  (By Ms. Kosmidis) That is the one bitcoin
5     wallet account that you know about?
6  A  That is the one that I am most certain of its
7     whereabouts.
8  Q  And where is it located?
9  A  It is located on the computer used by
10              in the accounting office at Butterfly
11    Labs.
12 Q  Any other bitcoin wallet account that belonged
13    to Butterfly Labs that you're aware of?
14 A  I know there are other ones, but I don't know
15    exactly where they're housed or located.
16 Q  For the accounting department's bitcoin wallet,
17    how are the public and private keys stored?
18    MR. HUMPHREY: I'll object to the
19    extent it lacks foundation and calls for
20    speculation.
21 A  To my knowledge, they're all located on the
22    accounting computer.
23 Q  (By Ms. Kosmidis) And approximately how many
24    bitcoins are held in that wallet?
25 A  I don't know how many are in it at this current