# DECLARATION OF ANTHONY FAST
## PURSUANT TO 28 U.S.C. § 1746

I, Anthony Fast, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.    I am over 18 years old.  I live in Lawrence, Kansas.

2.    I am self-employed as a bitcoin and marketing and social media consultant.  I graduated with honors from Washburn University with a B.A. in mass media and public relations.

3.    I worked at BF Labs, Inc. ("Butterfly Labs") from February 2013 to July 2013 at its location at 10770 El Monte, Overland Park, Kansas.  I decided to leave Butterfly Labs because of my concerns about how the business was being operated.  I was not terminated from the company.

4.    My maternal uncle David McClain, Account Manager at Butterfly Labs, offered me a job at Butterfly Labs.  I started out assisting him with his duties, which included dealing with sale and order inquiries.  Within a few weeks, I became Marketing Manager, given my background in marketing and social media.  In that capacity, I reported directly to Jeff Ownby, Vice President of Marketing, but continued to assist my uncle with his duties.  During my time at Butterfly Labs, I shared an office with my uncle.

5.    I had numerous job duties during my time at Butterfly Labs.  I interfaced with consumers over social media and over the telephone and also directed refund requests to the employee who handled them.

6.    I assisted with social media marketing on various forums, including Twitter, Reddit, and Facebook.  I posted about positive developments at Butterfly Labs on Twitter and Facebook and also dealt with customer complaints or backlash to the posts.

7.     I also drafted content for websites that were owned and operated by Butterfly Labs, but did not represent to the public that the company owned them, including www.bitcoinminer.com and www.bitcoinmining.com.  On www.bitcoinmining.com, I drafted the section on mining hardware.  A true and correct copy of the material I drafted on mining hardware as it appears in the Internet Archive is attached as **ATTACHMENT A**.  On www.bitcoinminer.com, I drafted all posts between the dates of April 9, 2013, and May 31, 2013.  True and correct copies of the pages on which my posts appeared as maintained in the Internet Archive are attached as **ATTACHMENT B**.

8.     In April 2013, I drafted an email that the company sent to consumers stating that the company was shipping machines when it was not actually shipping.  The only machines that went out n April were Jalapenos, the lowest powered machines, and they went only to media and industry testers, not to customers.

9.     When I began working at the company, it had a backlog of Bitforce sales and had not shipped any products.  Some consumers had been waiting approximately eight or nine months for their machines.  The phone was ringing off the hook with customer complaints and inquiries about when they would receive their machines.  When I began working at the company, my uncle was one of the few people who handled phone inquiries.  I began helping him. Because there were so few people who handled the phone inquiries, we often were unable to return calls and respond to messages.

10.    The company also received numerous such complaints and inquiries over email and through social media.  The company inbox, office@butterflylabs.com received at least a couple thousand emails from customers every day.  There was not adequate staff to address all of the inquiries.  As a result, Jody Drake at some point instructed us to archive any emails from

customers asking about when they would get their machines because the only thing with which we could provide these customers was a guestimate of the shipment date.

11.     The company created canned responses for certain customer email inquiries.  The canned response for inquiries about when a consumer would receive his or her order was within two months, even at a time when the company barely had a working prototype of its first generation machine, lowest-powered machine.  The two-month time period was also provided to customers who called to ask for updates.  During my time at the company, I observed that other employees would provide customers with the two-month timeframe, and my uncle also advised me that this was the company policy.

12.     Based on my observations, the company had no basis for providing a two-month timeframe to consumers.  It did not appear to be tied to the supply chain or engineering timeline, since, as mentioned before, the company barely had a prototype of a 65 nm machine up and running.  On various occasions, I asked what the basis for the two-month timeline was, and no one gave me a straight answer.

13.     I raised a concern that consumers were not adequately apprised of potential delays.  I had a long discussion with Sonny Vleiseides, Mr. Ownby, and Mr. McClain.  I suggested providing more information in the terms of service.  They dismissed my suggestion.  The reason provided was that they did not want consumers to know that they would have to wait so long for the machines.

14.     At Butterfly Labs, the process of running a bitcoin mining machine on the live network and putting the yield into an account is called "burning in."  I assisted in setting up machines for burn in.  The practice of burring in machines that were to be shipped to consumers began as soon as the first prototype was completed in April 2013.  I could tell that the first

prototype was mining, and I asked Mr. McClain where the bitcoins were going. He explained that the bitcoins were going to Josh Zerlan to repay him for a prior business deal.

15. Often, machines were burned in for around 12 to 24 hours. Sometimes, they were burned in over the weekend. On various occasions, I remember leaving the office on Friday and returning on Monday and observing that the same machines that were burning in on Friday were still burning in on Monday.

16. I raised concerns to Mr. Ownby and Mr. McClain about the fact that the machines were being operated on the live network as opposed to being tested on the test net. I was told that the matter was not up for discussion and that the company practice of burning the machines in would continue.

17. It was my understanding that the company's pre-order model was based upon locking consumers in so that they could not take their money elsewhere and buy a different product. Mr. Vleisides explained this in a meeting. The general thinking was that in order to make the highest yield off of a new machine, the customer would have to be high in the order queue for the machine, i.e., be one of the first to receive it; by the time the customer received a refund from Butterfly Labs, the customer would not be able to redirect the refunded money in time to secure a high place in the order queue at another company.

18. When I was at the company, consumers obtained most refunds through PayPal reversals, not because the company voluntarily agreed to provide refunds. To mollify consumers about the delays, the company offered an upgrade from the 5 GH/s machine to a 7 GH/s machine if the consumer agreed to pay an additional $150. However, it was company policy to only allow consumers to pay for the upgrade in bitcoin or by bank wire and not through PayPal because PayPal reversed charges.

19.     My impression of the corporate structure was that Mr. Vleiseides was in charge of the business. I drew this conclusion based upon my interactions with him, as Mr. McClain and I often would bounce ideas off of him. Even though he was publicly represented to be the Chief Innovation Officer and the company had a board of directors, he controlled the company, and major decisions went through him. It was my understanding that he was publicly represented to have a smaller role because he is on supervised release for mail fraud and therefore was not supposed to be operating a business in the manner that Butterfly Labs was being run. His role was also minimized because of the impact it could have on the company's image if the head of the company had been convicted of fraud.

20.     Due to my concerns about how the company was operating, I left the company in early July 2013.

21.     Since I left the company, Mr. Ownby, however, provided a positive reference that appears on my LinkedIn profile. A true and correct copy of my LinkedIn profile with Mr. Ownby's recommendation is attached to this declaration as **ATTACHMENT C**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this declaration are true and correct.

Executed this ___19th___ day of ___November___, 2014, in Lawrence, KS.

Anthony Fast

# ATTACHMENT A



INTERNET ARCHIVE

9 captures
27 Apr 13 - 21 Oct 14

APR    JUN    FEB
◀    **13**    ▶
2012  **2013**  **2014**

Close ✖

Help ❓


bitcoinmining.com

 What is
Bitcoin Mining?

 What is
Bitcoin

 Getting
started

 Bitcoin
Mining Pools

 Bitcoin
Mining Software

 Bitcoin
Mining Hardware

*The process of mining Bitcoins has evolved dramatically since their inception in 2009.*



At first, miners could only use their central processing unit (CPU) to mine, but this was not very power efficient and bogged down the system resources of the host computer. Miners then moved on to using the graphical processing unit (GPU) in computer graphics cards as they were able to hash data much faster than CPU's, around 50x to 100x, and this required less power. Eventually, the Bitcoin mining industry recognized the need for special equipment and this led to the development of field-programmable gate arrays (FPGA's). These FPGA's were specialized machines that repurposed existing technology and attached to computers using a USB connection while using much less power during mining than GPU's and helped to free up system resources on their host computers.



Today, application-specific integrated circuit (ASIC) miners are the new wave in the evolution of mining Bitcoin. These ASIC machines mine at unprecedented speeds, from 5GH/s to 1,500 GH/s, while consuming much less power than FPGA or GPU mining rigs, but are only available from a few manufacturers such as Butterfly Labs and Avalon at this time.

Butterfly Labs produces the most cost-efficient and power-efficient mining hardware in the industry available for both entry-level miners and experienced miners alike. Their smallest model, the Bitforce ASIC SC 5GH/s model is priced at $274 and is a great choice for those just getting started mining Bitcoin because they offer greater speed and reduced power consumption as opposed to GPU and FPGA mining. Additionally, Butterfly Labs offers a vast array of ASIC miners that include a 25GH/s, 50GH/s, and an unprecedented 1,500 GH/s model.
For more information go to: www.butterflylabs.com.

Avalon also produces ASIC miners that run at speeds greater than 65 GH/s and use a modular case system that allows users to add another 20 GH/s at a later time. However, they release their machines in batches and their machines use more power than the Butterfly Labs machines running at similar speeds. At this time, all ASIC miners produced by Avalon have been reserved and there is no announcement on future availability.
For more information go to: http://launch.avalon-asics.com/#home

Bitcoin profitability calculator    Blog    FAQ    About Us

# ATTACHMENT B

 

THE FIRST ALL BITCOIN GAME SHOW   CLICK HERE NOW!



I mine for Bitcoin. I show what I run under the hood and what others who mine Bitcoin are up to. I'm also on Twitter, follow @BitcoinMiner Got something to add? Feel free to submit a post of your own.

Archive

Ask me anything

Submit

Search

PLUG 'N PLAY BITCOIN MINER

600 GH/s

$2,100

May 1st, 2014 at 7:45PM

# Innosilicon Unveils The A2 "Terminator," 28nm 1.8MH/s ASIC



Chinese chipmaker Innosilicon recently announced the launch of a new line of highly efficient 28nm scrypt ASICs. The manufacturer claims that their new A2 Terminator line delivers 1.6 to 1.8MH/s at 10 Watts per chip. If the specs are accurate and the boards reliable, the Terminator line represents a major step forward for scrypt-based ASICs, allowing for boxes with up to 150MHs with a 1KW power supply and reduced cooling requirements.

Compared to the graphics card-based systems used by many scryp-based cryptocurrency miners, the A2 Terminator provides twice the hash power



PRE-ORDER NOW

BUTTERFLYLABS

at 40 times less energy costs.

That said, these powerful chips aren't exactly cheap. Innosilicon resellers are already pricing the 75MHs miner at $12,500. Given the recent increase in Litecoin network difficulty and last week's halving of the Dogecoin reward from 250,000Đ to 125,000Đ, the powerful, low-power chips will be begrudgingly welcomed in the alt-coin mining community even at such a high price. The A2 and its inevitable clones may well be future of scrypt mining this year.



The promotional video for the A2 can be seen here: http://youtu.be/dXA_pV9CyMk

**2 notes**

---

**April 29th, 2014 at 11:20AM**

# Customers irate as KnCMiner "Super Jupiter" shipments arrive broken



*Image:  https://www.flickr.com/photos/mrbill/*

Swedish mining hardware developer KnCMiner has been flooded with customer complaints over the last week as shipments of their "Super Jupiter" miners have been arriving broken and damaged. Originally offered to customers who were upset with delays in the release of the soon-to-be released Neptune mining rig line, the 3 TH/s ASIC Super Jupiter was intended to be a powerful short-term solution to a rapidly rising hashrate and diving profits.

KnCMiner noted the problem on their website yesterday, citing improperly secured packaging as the problem.

> So last week we really messed up. We sent out products to our customers which arrived broken, damaged and quite frankly unusable. … There is no way our customers should have to suffer because of our mistake in not properly securing the components during shipment.

The company said it is operating under the assumption that all shipments were damaged, and will send replacement cards to all customers. The company is not requesting the return of damaged units, and will be providing video tutorials on manually replacing damaged cards.

**1 note**

April 25th, 2014 at 9:35AM

# The world of Bitcoin Miners

In addition, at the beginning of the year gaming giant Zynga took a partnership with Bitpay to accept Bitcoins for in-game purchases on a great deal of its web-based games.  What's even more mind-blowing for some is the fact that many companies around the world have offered to pay staff salaries with the popular crypto currency that even has its very own ATM.

http://bitcoin-miner.com/,  http://www.bitcoinminingblog.com/

4 notes

March 3rd, 2014 at 2:16PM

# Bitcoin and The Valley - a strong alliance

It's no secret for anyone that Bitcoin and The Valley are creating a strong alliance as days go by. Korbit handles Bitcoin transactions currently charging 2% commission on any KRW (South Korean Won) to BTC (Bitcoin). As of now, Korbit is only trading  in KRW and BTC but hope to add more currencies in the near future. In addition to The Valley's interest, the Bitcoin industry has also seen support from Korea's more traditional banking infrastructure such as the Banks Foundation for Young Entrepreneurs, a group established by the country's most important banking alliance.

http://www.bitcoinmininghardware.com/blog/

February 17th, 2014 at 1:14PM

# New Bitcoin Payment Through BitPay

Bitcoin, the cryptographic protocol that operates on a peer-to peer network, is without a doubt growing in popularity with every passing day.

This decentralized digital money is used as a currency and allows for direct transactions between users. Now, Verotel, the leading Internet Payment Service Provider (IPSP) specialized in online credit card payment processing for high risk businesses, has started to take Bitcoin payments via BitPay.

Check this: https://bitpay.com/ and https://www.weusecoins.com/en/getting-started

**2 notes**

---

**May 31st, 2013 at 2:15PM**

# Mining on an original Nintendo

I don't recommend this, but I think it is a really cool concept and these people put a lot of work into making this happen. And no, don't use your gaming systems to mine Bitcoins, that includes your XBOX 360, PS3, Atari, etc. This is just a cool concept that I thought some might enjoy.

http://retrominer.com/

**10 notes**

---

**May 31st, 2013 at 1:18PM**

 Anonymous asked: I want to start bitcoin and lite coin minning what do I need

Check out www.bitcoinmining.com and http://litecoin.org/

**1 note**

---

**May 9th, 2013 at 10:42PM**



## Anonymous asked: What is bitcoin-mining?

Good question. There's a long explanation and a short explanation. I've tried to explain this to my friends and people I meet who ask about it, but normally their eyes just gloss over after about 5 minutes.

I'm going to refer to a website I found that explains it fairly well in an easy to understand manner. Check out www.bitcoinmining.com and watch the video. It gives you an idea but you really need to do more research as it has become much more advanced since I started mining.

Thanks for the question. I think you may have given me an idea for a new post to write about.

1 note

### April 23rd, 2013 at 10:10AM



Anonymous asked: So how do I actually start mining in a pool? Is there a list of pools somewhere, hopefully with ranking by payout share, etc? I have the default program installed and updated: Bitcoin version v0.8.1-beta, and there's nothing about mining solo OR in a pool, and didn't even have an option to create a new Wallet, which some other vague instructional inclined. My system: Radeon 7950+Intel 3570K+16GB 2400MHz DDR3.

Try using BFGMiner: https://github.com/luke-jr/bfgminer

You just need to find a pool and join it. Here is a list of pools: https://en.bitcoin.it/wiki/Comparison_of_mining_pools

**2 notes**

**April 16th, 2013 at 12:12PM**

# Great article on AMD Radeon vs Nvidia GPU's: Gaming vs. Mining

http://www.extremetech.com/computing/153467-amd-destroys-nvidia-bitcoin-mining

**2 notes**

« Newer posts     Older posts »

**Brutal Simplicity** theme by Kevin Burg

 

THE FIRST ALL BITCOIN GAME SHOW   CLICK HERE NOW!



I mine for Bitcoin. I show what I run under the hood and what others who mine Bitcoin are up to. I'm also on Twitter, follow @BitcoinMiner Got something to add? Feel free to submit a post of your own.

## Archive

## Ask me anything

## Submit

## Search

### April 16th, 2013 at 11:46AM



Anonymous asked: I have an older 1.6 gig box with older decent graphics card. If I join a pool (slush) is it worth it to even try for solving a block or two? Electricity high and outdated hardware. Box will be dedicated, stay on always though. I started programming Bitcoin API stuff into ecommerce app, and became interested for the novelty of it at this point. Great site man. Thanks.

Thank you for the kind words and fellow interest in Bitcoins and mining. I try to do my best but run a little behind answering questions from time to time as I get so many. I would say that in your situation it all depends on what kind of graphics card you are using as that is the main determinant. I wouldn't say that it would be worthless to try, but that you are probably going to end up paying more in electricity than you make in Bitcoin on average.

Check out this site to see what your GPU can do:
https://en.bitcoin.it/wiki/Mining_hardware_comparison

And check out this site to get an idea of how profitable/unprofitable it would be:
http://www.bitcoinx.com/profit/

1 note

PLUG 'N PLAY
BITCOIN MINER

600 GH/s

$2,100





PRE-ORDER NOW

BUTTERFLYLABS

### April 16th, 2013 at 11:09AM

# Mining Profitability and Hardware Spec Links

I just wanted to post a couple of handy links for everyone as I get a lot of questions regarding the efficiency/profitability of mining an various hardware.

This calculator will help you estimate the profitability of mining depending on a variety of factors:
http://www.bitcoinx.com/profit/

And this link will help you compare the specs of various mining hardware, like GPU's, FPGA's, and ASIC's.
https://en.bitcoin.it/wiki/Mining_hardware_comparison

Hope that helps. Stay calm and mine on!

**1 note**

### April 16th, 2013 at 9:40AM



Anonymous asked: I am apologize if this is a repeat question, but I cannot find any answer to this one anywhere. I was curious I started bit mining yesterday just for something to do, and its going at .0079 BTC/ day. At this rate it will take roughly 130 days to make 1 BTC. Now with say the Asic 50 Gh/s according to the calculators I will earn roughly 3.2 BTC/ day. My question being if I make the investment wil I actually see an improvement if everyone else

does the same thing? Is it relative to others hardware?

Good question. The difficulty will go up as more hashing power comes online so it is relative. However, I would contend that it would still mine faster than what you have at the moment given what you have stated.

Here is a really good calculator I recommend that will help predict your profitability depending on a number of factors, such as network hash rate, difficulty, your hash rate, power usage, etc.

http://www.bitcoinx.com/profit/

---

**April 16th, 2013 at 9:05AM**

 Anonymous asked: Complete newb here: I have a pretty basic box - i5 2400 processor, 1Gb nVidia 550Ti, and 12Gb Memory. Worth joining a pool with this thing? And if so, what sort of return/timeframe would I expect?

With the exception of the new ASIC's that are coming out, mining is dependent on the GPU that you are using and nVidia GPU's are not nearly as good at processing the complex mathematical equations that are necessary for mining as ATI Radeon cards are.

I recommend Bitcoinx: http://www.bitcoinx.com/profit/
It is a great way to help determine your profitability considering a number of factors.

**2 notes**

## April 16th, 2013 at 9:02AM

 Anonymous asked: I've got a gaming rig I built awhile back with a phenom II and a Radeon 6850. Do you think this rig would be good enough to turn a profit?

It all depends on how much you pay for electricity, really. From what I know the 6850 hashes around 250 MH/s, which isn't much, especially considering the recent moves of the market, so it is going to be a tossup at that speed right now and almost irrelevant once the ASIC's come out on the scene. While I'm all into Bitcoin, this may be a case at some point where you would be better off mining Litecoin and exchanging that for Bitcoin.

## April 16th, 2013 at 8:56AM

 Anonymous asked: Now that the Avalon machines have entered the hash pool and the BFL rigs are soon to be released, how do you think it will effect the small miners doing this as a hobby or even second source of income? Is it worth entering the hash pool with GPU rigs?

It will be interesting to see the effects of the ASIC releases on small/hobbyist miners. I would not recommend entering the pool by buying a new GPU rig right now, but if you already have a setup that hashes well then I would still run it until it is no longer profitable. But if you are looking to invest money at this time, I would put it into an ASIC if I were you, as there will be a much better chance of recouping your investment and profiting faster. Of course, there are always other indicators that may change along the way, but that is how I see it at this

moment.

**1 note**

---

**April 15th, 2013 at 10:46AM**

 Anonymous asked: nvidea

Nope. ATI Radeon cards are the best GPU's out there for performing the complex mathematical equations that mining requires.

For a list of average hardware mining specs:
https://en.bitcoin.it/wiki/Mining_hardware_comparison

---

**April 15th, 2013 at 10:44AM**

 Anonymous asked: I couldn´t find any guide about how to go solo mining. every page says that is possible to go solo, but only explains poolmining. the only guide about solo mining is too old and doesn´t work anymore. is there another way to do that or can u only go pool mining?

I do not recommend solo mining anymore, although it is still possible. Your best and most profitable course of action would be to join a pool at this time.

### April 15th, 2013 at 10:36AM



Anonymous asked: Do you think the Bitforce products will ever actually ship? It looks like they've been "two months away" for a year. If/when they do, do you think that the value of Bitcoins will crash when everyone is mining at 10x-100x the rate that they previously were?

I do believe they will ship soon. Yes, they have had some delays but as I've said before, this is somewhat uncharted territory for ASIC development and I expected some issues along the way. Now, this is just an educated guess, but I do believe the opposite will happen and the Bitcoin price will go up with better, faster miners out there. Of course, that could always change depending on a number of factors that don't simply depend on the network hash rate, as Bitcoin has shown that it is still a volatile market in its relative infancy and subject to a number of factors that dictate its price.

### April 15th, 2013 at 10:23AM



Anonymous asked: What do you think of Butterfly Labs' 5 GH/s Bitcoin Miner for someone on a budget?

I think the Butterfly Labs 5GH/s miners are perfect for someone on a budget as they will provide the most bang for your buck, so to speak, as compared to what you would get from putting together a mining rig with GPU cards that could become obsolete soon after they start shipping ASIC's. There is nobody out there in the industry that is putting that kind of power into a mining machine for that low of an entry-level price. Just

have to be patient right now.

« Newer posts       Older posts »

**Brutal Simplicity** theme by <u>Kevin Burg</u>

 THE FIRST ALL BITCOIN GAME SHOW   CLICK HERE NOW! 


# Bitcoin Miner

I mine for Bitcoin. I show what I run under the hood and what others who mine Bitcoin are up to. I'm also on Twitter, follow @BitcoinMiner Got something to add? Feel free to submit a post of your own.

## Archive

## Ask me anything

## Submit

## Search



**PLUG 'N PLAY BITCOIN MINER**

# 600 GH/s

# $2,100

---

### April 15th, 2013 at 10:05AM

 Anonymous asked: Is it too late to start mining as of 4/16/13 or should i just give up and accept the fact that i missed the bus.

I definitely do not think that is too late, but you must be smart about your initial investment and how long you expect to recoup that money before you start making a profit. Here is a good calculator that I recommend: http://www.bitcoinx.com/profit/.

1 note

---

### April 15th, 2013 at 9:09AM

 Anonymous asked: with all those equipments turned on, wont it spend a ton of electricity? Were i live we pay for the ammount we use. could that be a big problem to me? TY

It all depends on what kind of equipment you are using and how much your electrical utility provider charges you for usage. With the new ASIC's coming out, power usage is much less pronounced than previous FPGA



PRE-ORDER NOW

BUTTERFLYLABS

rigs or mining from GPU cards. There is a very good calculator out there for you to get a better idea of what your cost would be considering a lot of factors, to include power: http://www.bitcoinx.com/profit/

1 note

---

### April 15th, 2013 at 9:04AM

 Anonymous asked: I'm thinking about buying a BFL 25GH/s miner. I also emailed them about when I should anticipate the arrival of my miner, and they said it should be somewhere around mid-july. Do you think that this technology will become obsolete by then?

While I expect the difficulty to rise once BFL releases their ASIC's, I definitely do not believe that the technology will be obsolete by then, especially since there are very few players in the ASIC market at this time.

---

### April 15th, 2013 at 9:00AM

 Anonymous asked: Are ASICs almost "plug&play" or do they require some solid knowledge (code/electronics...)? (noob speaking, but i've been lurking for a moment now)

They are essentially "plug and play", as you will generally just need to attach most of them to your computer via USB, much like the FPGA

miners from the previous generation. From there, you just need to make sure that the correct drivers are installed, which "should" happen automatically, and then download and use your preferred mining software, such as CGMiner or BFGMiner, although there are others out there as well. You shouldn't have to worry too much about coding or electronics knowledge.

---

### April 10th, 2013 at 7:54AM

 Anonymous asked: Thoughts on litecoins (assuming you've heard of them) and getting into mining these instead of bitcoins in regards to getting a special rig to mine them?

I've definitely heard of Litecoin but my money and mining equipment is focused entirely on Bitcoin at this time. I look at Litecoin as possibly being the future "silver" to Bitcoins "gold", but at this time it is still more profitable for me to mine Bitcoins. I may change some rigs over to Litecoin once I get my ASIC's in, but that all depends on the market at the time.

You don't necessarily need a special rig to mine Litecoins as it can be done on any computer that is already GPU mining, but at this time it would not work on many FPGA rigs because they generally do not have enough RAM and mining Litecoin is RAM intensive.

---

### April 10th, 2013 at 7:48AM

 Anonymous asked: How do I mine solo on my own with a Mac?

It depends on what kind of GPU your Mac is running. If it is Radeon, then you can just download your choice of bitcoin mining software, like CGMiner or BFGminer for example, and begin mining. If it does not run the Radeon chipset, then you probably won't have much hashing power to mine profitably. Also, I would NOT recommend mining on a laptop as they do not dissipate heat well and you have far more potential to burn out your laptop and lose that investment than you do by making any money mining. The next best choice would be to find a used FPGA rig and attach it to your Mac through USB and it will do all the heavy lifting. However, spend your money wisely as the difficulty and hash rate of the network will continue to rise as more ASIC's come online.

Here's a very good list of expected hash rates of current equipment on the market: https://en.bitcoin.it/wiki/Mining_hardware_comparison

Here is a good calculator for predicting the profitability of your mining equipment:
http://www.bitcoinx.com/profit/

`1 note`

---

### April 9th, 2013 at 2:53PM

 asked: I'm interested in getting a BFL Mini Rig SC and putting it in a colo facility. Any advice or things to be aware of? I've heard they are $30k. That right? How much power do they consume? Is it the best mining rig available? Thx!

According to the stats on Butterfly Lab's webpage, the BFL Mini Rig will be the most powerful miner in the industry, running at 1,500 GH/s. From what I know, there is nothing out there in the market at this time that will compete with that hashing ability. As for power specs, I hear they are still working out some issues and the power specs have not been finalized yet. While I know that there are some people out there who are wary of BFL, I have ordered FPGA's from them before with no problems and I have current orders with them for ASIC's that I fully expect to be fulfilled due to my previous experience. Just have to be patient.

**2 notes**

---

### April 9th, 2013 at 12:42PM

 Anonymous asked: If I know nothing about mining, or computers for that matter, can I start mining? Are there instructions?

There are many places on the web that you can search for answers. A good place to start would be here: https://www.weusecoins.com/en/mining-guide

---

### April 9th, 2013 at 12:01PM

 Anonymous asked: when i am using GUIminer, it keep saying "Openclminer" id not definded, so what can i do?

If you get an error about OpenCL, you need to install an OpenCL package from your GPU vendor. For AMD/ATI cards you can get OpenCL here.

---

### April 9th, 2013 at 11:48AM

Anonymous asked: What time is it?



Party time? It's good to be a part of the Bitcoin network right now.

1 note

« Newer posts        Older posts »

**Brutal Simplicity** theme by Kevin Burg

 THE FIRST ALL BITCOIN GAME SHOW  CLICK HERE NOW! 



I mine for Bitcoin. I show what I run under the hood and what others who mine Bitcoin are up to. I'm also on Twitter, follow @BitcoinMiner Got something to add? Feel free to submit a post of your own.

## Archive

## Ask me anything

## Submit

## Search



PLUG 'N PLAY BITCOIN MINER

600 GH/s

$2,100

### April 9th, 2013 at 7:28AM

 _____ asked: How do we get paid for the bitcoin mining? ive set up a wallet , the guiminer and registered with a pool. please explain, im a noob.

While it may depend on the pool, generally you will just need to log into the pool's website and add your wallet address to the payout information area and specify how you want to be paid and how often. Make sure you are using the correct worker login as well on your mining program so that it syncs to your account in the pool.

**1 note**

### April 9th, 2013 at 7:21AM

 Anonymous asked: I am running 10.5.8 on MPB1,2 and would like to do some GPU mining... is this even possible?

While it may be possible, it is not recommended as it will not generate enough hashing power to mine profitably and laptops do not dissipate



PRE-ORDER NOW

BUTTERFLYLABS

heat as well as dedicated mining rigs, FPGA's or ASIC's. Therefore, you stand more to lose by burning out your Macbook than you do by mining any coins. Hope that helps!

**2 notes**

---

### April 9th, 2013 at 7:17AM



Anonymous asked: I know this isn't much of a question, but i've read through what you've previously answered and would like to say thank you for the great advice!

Thank you!

---

### February 20th, 2013 at 6:28AM



Anonymous asked: What do you think about other crypto-currencies, especially Litecoin? I mean when ASIC´s are common what are other GPU/FPGA miner like you gonna do? Don´t you think they are the future then and will grow? And AFAIk is the 2nd biggest, right? I don´t understand much about the has-algorythm´s they use and therefore not much about the hardware they need. Beside that FPGA is useless for Litecoin because they need a lot of memory. Any opinion or advice is

sincerely appreciated. Any clue?

I am on pre-order lists for ASICs so my plans are set. I will stick with BTC for the moment.

---

**February 20th, 2013 at 6:27AM**

 Anonymous asked: why do you always respond and answer people who dont know anything about bitcoin mining and want to start mining, but yet are way to lazy to read up and research everything on their own? it seems like every tom , dick, and harry come on here for an easy answer on what and how to do. your response to them SHOULD be to read up more information on the net because everything they want to know is on the internet somewhere. Its kind of a slap in the face to those miners who have been doing it

Isn't that what they are doing coming to this site? Researching? There is nothing wrong with answering a question for a newb. What I think you mean to say is these people will possibly be competing with us some day and we shouldn't be encouraging them to get into mining?

I don't answer every question I get. For example I don't answer EVERY question about how much money will be made mining bitcoin. That makes up about 1/2 the questions asked here.

**February 20th, 2013 at 6:24AM**



Anonymous asked: The Bfl 4.5ghash worth it? How much can I earn a month? Now at current difficulty and say dbl the difficulty?

Something to keep your eyes on is the cost of BTC. It's rising steadily right now and if it keeps going up, mining will be profitable.

---

**January 31st, 2013 at 3:26PM**

# Unimpressed by Avalon

It's been all over the Bitcoin blogosphere lately: Avalon has shipped their first ASIC processors and Jeff Garzik has plugged in the very first rig and verified it hashes at (and even a little above) the advertised rate.

I should probably be a lot more excited by this, but for reasons I can't quite put my finger on I'm just not. Maybe it's the prospect of smaller sleeker ASICs that use less power and put out less noise and heat just around the corner. Maybe it's Avalon's relatively tiny batch size of 300 rigs at a time - barely enough to even double the difficulty. Maybe it's that the thing just looks and feels way too much like my big ugly GPU rigs that had my wife on the verge of tears more than once. Maybe it's all of the above, but I just can't get excited about Avalon's ASIC rig.

Don't get me wrong, it's revolutionary - 60GH/s for $1,200 is amazing even if it is the size of a desktop computer (and equally power-hungry and expensive to ship) and it's no small feat of engineering; I sure as hell wouldn't be able to engineer my own ASIC. I'm not bitter for having backed the "wrong horse" either - I've got units on order from **BFL**, but at present Avalon only looks to have cut my profits in half, which is substantial but not enough for me to cry over.

As shallow as it may seem, I think I'm having such a hard time getting excited because the Avalon rig doesn't really feel like a

finished project. There's nothing functionally wrong with a sheet metal case and ASIC modules stacked in rows like GPUs - I'd be thrilled if someone slapped some ASICs onto PCIe cards so I could get some use out of my old GPU rigs again - but it doesn't seem like a professionally made product to me.

It's probably not reasonable of me to feel this way either, and I'm honestly quite surprised by my own thoughts on the matter - I've always been one of those build-your-own-PC types who has never cared how beige the box was as long as there was good stuff in it... Maybe the universe is telling me I should go buy a Mac?

**3 notes**

---

### January 24th, 2013 at 6:56PM

 Anonymous asked: can i mine bitcoins on my phone ?

With an android device, yes. Butterflylabs.com has a mining app called Easy Miner. I have a beta copy installed on my Nexus 7 and mine with an FPGA single. Lots of cool stuff coming soon.

**1 note**

---

### January 24th, 2013 at 5:31PM

 Anonymous asked: Hello I Just Recently discovered bit coin minning i own a cyber cafe and am looking to use the pcs on slow days or over night to generate more income i curently have 12 rigs set up and configured them all to work with Guiminner my pcs dish out a avg of

97.3/Mhash Is this something that is worth doing? acording to some bitcoin calculators i really wont be making anything? Should i take my 12 pcs and connect them to a pool? sorry im just trying to learn soo much so fast and u did say ask me any

I wouldn't go into it any more than as a hobby.  Although, bitcoins are going up in value.  Connect to a pool.  Eclipsemc.com is a good one.  I think the value of bitcoin will go to at least $25 by the end of 2013.

**1 note**

---

### January 24th, 2013 at 5:28PM

 asked: I am thinking about bit coin mining. My question is the banking industry as well as the CIA are seriously looking at utilizing the program much like PGP was during it's inception. (I worked in banking as a tech) Do you feel knowing this that bit coin mining is sustainable by independents as open source environment once aprroved by various government sectors for use? (entirely speculative question)

Everyone has their theories but I don't buy any of it.  The bitcoin network is transparent and it would be hard to hide involvement by government or banking.  There are some extremely smart people involved with Bitcoin.  Smarter than people in Gov or banking.

**1 note**

# ATTACHMENT C

Home    Profile    Connections    Jobs    Interests

  Advanced

Business Services    Try Premium for free

Professional Women Only - Apply Now to the National Association of Professional Women. Register Free



# Anthony Fast    3rd

Bitcoin & Cryptocurrency Consulting/Research

Lawrence, Kansas | Market Research

| | |
|---|---|
| Current | Bitcoin Consulting, Be Awesome Creative, Cicada Rhythm Productions and Artist Management |
| Previous | Butterfly Labs (BF Labs Inc), Pipeline Productions, Washburn University Student Media |
| Education | Washburn University |

**413** connections

Connect    Send Anthony InMail ▼

www.linkedin.com/pub/anthony-fast/3b/44/19    Contact Info

**Background**

 Summary

Communications and marketing specialist with outstanding success creating promotional campaigns and compelling content in the music, financial, technology and hospitality industries. Extensive experience developing relationships with high-profile clients and ascertaining their needs while providing solutions based on refined research and analytics. Skilled in communication on an internal and external level, managing projects with multiple teams, managing public relations campaigns, planning promotional events, and creating dynamic content in photo, video and graphic design form.

Professional Accomplishments:
-Worked with non-profit charities to accept Bitcoin which resulted in over $100,000 in donations
-Implemented a plan that increased revenue while GM of the Ramada Inn by $45,000
-Organized a Washburn University Student Media fundraising event that increased donations by 66% over previous year
-Awarded the Army Achievement Medal for motivation, dedication and drive for mission accomplishment

Specialties:
-Bitcoin
-Cryptocurrency
-Market Research
-Consumer Research
-Industry Analysis
-Opportunity Identification
-Social Media
-Promotions
-Event Planning
-Technical/AP Writing
-Photography/Cinematography

 Experience

## Bitcoin Consultant and Marketing Professional
Bitcoin Consulting

July 2013 – Present (1 year 5 months) | Lawrence, Kansas Area

• Market research and analysis into exchanges, mining, securities and price trends of Bitcoin
• Developing targeted marketing plans based on advanced knowledge of the Bitcoin industry
• Identifying opportunities to implement infrastructure in a young, expanding marketplace
• Researching key players in the industry and evaluating their trustworthiness, strengths and weaknesses
• Planning and implementing the launches of new products and services
• Creating and maintaining a list of companies in the industry and rating their potential
• Providing balanced advice based on the potential positive and negative outcomes of business decisions
• Analyzing sentiment in the marketplace and the effect on price and adoption of a service

---

### People Similar to Anthony

    < >

**Angela Lechtenberg** 3rd
Digital Media Manager, Sinclair Digital/Sincla...
**Connect**

### Ads You May Be Interested In

 **MIT EMBA In DC 12/2**
Meet the MIT Admissions team in DC. Sign-up online - Mid-career, Part-time.

 **Impact of Fraud**
New White Paper: Protecting the Customer Experience

 **LDM Global eDiscovery**
Improve Profitability & Competitive Advantage! Get Your ROI Analysis Today.

 **Darrell Duane**
Bitcoin Consultant at Bitcoin Solutions

 **Zachary Corbett**
Bitcoin Alabama & CorBit Consulting

 **Matthew Stannard**
Director & Co-founder at Devon Bitcoin Consultants

 **Brock Pierce**
(33) - Bitcoin Investor, Incubator, & Accelerator

 **Elizabeth Ploshay**
Account Manager, BitPay

 **Benson Samuel**
CTO & Founder

 **Haroun Kola**
BitCoin Baba. Trader, blogger and general crypto enthusiast. Spiritual activist

 **John Light**
Artist, writer, entrepreneur

 **Don Donchuanchom**
Bitcoin / Cryptocurrency Consultant

☰ ▾

🔍 Advanced          ✉ 4    🚩    +𝟥𝟥 👤

Home        Profile        Connections        Jobs        Interests

**Founder and Creative Communications Strategist**
Be Awesome Creative
January 2013 – Present (1 year 11 months)  |  Lawrence, KS

• Consulted with small businesses about their social media strategy
• Established and maintained online presence
• Developed brand awareness and marketing plan
• Designed HTML5 and Java web pages using Wix.com and Adobe Dreamweaver
• Used Google SEO to increase audience

**Social Media Strategist/Promotions Director**
Cicada Rhythm Productions and Artist Management
July 2012 – Present (2 years 5 months)  |  Lawrence, Kansas Area

• Developed and planned social media campaigns for concert promotions and artist management
• Coordinated interaction with over 10,000 fans using Facebook, Twitter and YouTube
• Captured photographs/video and edited raw files using Sony Vegas and Adobe Creative Suite software
• Created Electronic Press Kits (EPK's), websites and social media profiles for promoting artists

▾ 1 recommendation

 **john gallup**
Assist Music

Anthony has worked with Cicada Rhythm for about a year and half, Over that time he has produced
concert and tour art and design, collaborated on websites and implemented a social media strategy for
Dumptruck Butterlips and Cicada Rhythm LLC. Anthony... View

**Marketing Manager**                                     BUTTERFLYLABS
Butterfly Labs (BF Labs Inc)
March 2013 – July 2013 (5 months)  |  Overland Park, KS

• Managed social media accounts and official communications channels
• Created dynamic content for marketing feeder websites
• Reviewed and coordinated donations to charities
• Authored product instruction manuals
• Coordinated communications between departments in the company
• Facilitated the sale of ASIC chips and delivered the reference information to chip customers
• Implemented a plan to centralize communication throughout the company
• Managed product sales and added products to website using Magento E-Commerce
• Designed marketing emails using MailChimp

▸ 2 projects

▾ 3 recommendations, including:

 **Jeff Ownby**
VP Marketing and Ecommerce

Anthony is a driven communications and social
media expert. He is extremely passionate about his
work and it rubs off on... View

 **Ben Barreth - Kansas City .Net Web
Developer**
We're Hiring at Netchemia

Anthony is a man of character and integrity. I have
the utmost respect for the way he does business
and for his work ethic.... View

1 more recommendation

**Marketing and Promotions Intern**
Pipeline Productions
January 2012 – May 2012 (5 months)  |  Lawrence, Kansas Area

• Promoted concerts at venues such as the Crossroads KC, the Bottleneck and the Wakarusa Festival
• Designed promotional materials such as posters and flyers using Adobe Indesign/Photoshop
• Created streamlined database of street team volunteers using Google Maps and Microsoft Excel
• Established cooperative agreements with local businesses to promote shows

**Promotions Director**
Washburn University Student Media
August 2011 – January 2012 (6 months)  |  Topeka, Kansas Area

• Organized annual Media Merriment fundraiser that increased fundraising by 66%
• Negotiated sponsorships with local businesses in the community
• Created website and promotional materials targeting guests and sponsors

Business Services        Try Premium for free

You

Song Chang

Paul Veradittakit

Tammie Vu

2 more connections can
introduce you to someone who
knows Anthony

Anthony Fast



   

**Robert Burkett**
Writer at Self Employed

Anthony is a detail oriented person. His drive and determination to get the job done is an invaluable tool for any organization that might be lucky enough to have him. His positive team attitude would be a strong asset to any business. If the... View

### Xbox Program Recruiter/Coach
Alpine Access

June 2010 – July 2011 (1 year 2 months) | Lawrence, Kansas Area



• Interviewed and hired new team members
• Assessed customer service and technical abilities of new hires
• Trained new hires according to Microsoft/Xbox policies

### Meeting Manager Level III
PGi

2007 – 2009 (2 years) | Lenexa, KS



• High-profile position which was responsible for planning, testing, troubleshooting and moderating of conferencing events
• Established and maintained a consistent rapport while coordinating events for high profile companies such as PR firms, major Wall Street investment banks, health insurance companies, and leading technological innovators

### General Manager
Ramada Inn

March 2004 – May 2005 (1 year 3 months) | Lawrence, Kansas Area



• Originally started at the front desk but worked my way up to the top
• Managed operations for hotel, lounge and restaurant
• Developed a team of 25 employees
• Implemented a plan that increased revenue for the hotel and lounge by $45,000

### Computer/Network Administrator
US Army

March 1999 – July 2003 (4 years 5 months)



• Installed and maintained computer networks for maximum dependency
• Created unit field manual for installation and maintenance of data network
• Supervised a team of dedicated soldiers in the Information Management Office

  ‣ 1 honor or award

 Organizations

**Bitcoin Foundation**
Member
January 2014 – Present

**Bitcoin Financial Association**
Member
February 2014 – Present

 Projects

### Media Merriment Student Media Fundraiser
2011

-Improved fundraising total by 66% over the previous year
-Created website and promotional materials to attract guests and sponsors
-Negotiated sponsorships with local businesses in the Topeka area



Advanced

### Bitcoin Development Fund

May 2013

I was responsible for seeking out organizations to accept Bitcoin as a donation option. In total, my work contributed to over $100,000 in donations to charitable organizations and companies that support the development of the Bitcoin ecosystem.

### Bitcoinmining.com

April 2013

I was responsible for researching and writing the content of this site that explained the intricacies of Bitcoin mining in a simple, concise miner as it can be a complex process to understand.

## Honors & Awards

### Army Achievement Medal

United States Army
October 2000

I was awarded this medal for my motivation and dedication to mission accomplishment during a 30 day field exercise. I was the only computer/network specialist at our camp and filled the role of someone a rank above me while supporting units from the Navy and the Marines in a combined forces exercise.

## Skills

Top Skills

| 18 | Public Relations |
| 17 | Social Media |
| 8 | Event Planning |
| 7 | Marketing |
| 7 | Social Media Marketing |
| 4 | Press Releases |
| 4 | Editing |
| 4 | Facebook |
| 3 | Publicity |
| 3 | Adobe Creative Suite |

Anthony also knows about...

| 3 | SEO | 2 | Graphic Design | 2 | Live Events | 2 | Marketing Communications |
| 2 | Photography | 2 | Internal Communications | 2 | Network Administration |
| 2 | Creative Writing | 2 | Creative Services | 2 | Social Networking |
| 1 | Community Relations | 1 | Marketing Strategy | 1 | Community Development |
| 1 | Crisis Communications | 1 | Computer Hardware | See 10+ |

   

Home    Profile    Connections    Jobs    Interests                    Business Services    Try Premium for free

**Washburn University**
B.A. Mass Media, Public Relations, Cum Laude
2009 – 2012



Activities and Societies: Washburn Student Media

▾ 1 recommendation

**Regina Cassell**
Faculty/Director of Student Publications at Washburn University

Anthony took ownership of an event that Student Media produces in December. He planned a great night
with live entertainment, a silent auction and a professional networking. I think the planning was well
executed and the event was a success. View

**United States Army Signal Center**
Certificate, Computer Systems Networking and Telecommunications
1999 – 2000

Additional Info

**Interests**

Being awesome, skydiving, bungee jumping, emerging and disruptive technologies, live music, making
the world a better place, photography, writing, reading, being an awesome single father

**Recommendations**

Received (6) ▾    Given (1)

**Social Media Strategist/Promotions Director**
Cicada Rhythm Productions and Artist Management



**john gallup**
Assist Music

❝ Anthony has worked with Cicada Rhythm for about a year and half, Over that time he
has produced concert and tour art and design, collaborated on websites and implemented a
social media strategy for Dumptruck Butterlips and Cicada Rhythm LLC. Anthony is deadline
driven, organized and a pleasure to work with.

July 15, 2013, john managed Anthony at Cicada Rhythm Productions and Artist Management

**Marketing Manager**
Butterfly Labs (BF Labs Inc)



**Jeff Ownby**
VP Marketing and Ecommerce

❝ Anthony is a driven communications and social media expert. He is extremely
passionate about his work and it rubs off on those he works with. In the short time he was
with us, he helped improve our internal communications vastly. Anthony was never afraid to
put in extra hours when needed, and he strove for excellence in everything he did.

July 25, 2013, Jeff managed Anthony at Butterfly Labs (BF Labs Inc)



**Ben Barreth - Kansas City .Net Web Developer**
We're Hiring at Netchemia

❝ Anthony is a man of character and integrity. I have the utmost respect for the way he
does business and for his work ethic. He took the initiative to make contact with me which
eventually led to his company providing a generous donation to the Homes for Hackers
program. He is extremely knowledgeable about the Bitcoin industry and the tech community
in general. He would be... **more**

July 4, 2013, Ben was with another company when working with Anthony at Butterfly Labs (BF Labs

 Advanced                <sup></sup>     

Home     Profile     Connections     Jobs     Interests                    Business Services     Try Premium for free

 Field Interviewer with Westat

❝ Anthony is the key to communication in the office and with customers. He holds the departments together, ensuring that everyone understands what needs to be done to meet our goals. He cares about customers, and will do whatever he can to take care of them. His positive attitude, honesty and integrity make it a joy to work with him.

July 1, 2013, Alicia worked directly with Anthony at Butterfly Labs (BF Labs Inc)

## Promotions Director
Washburn University Student Media

**Robert Burkett**
Writer at Self Employed

❝ Anthony is a detail oriented person. His drive and determination to get the job done is an invaluable tool for any organization that might be lucky enough to have him. His positive team attitude would be a strong asset to any business. If the opportunity presented itself again I would look forward to working with Anthony again.

June 6, 2012, Robert worked directly with Anthony at Washburn University Student Media

See More

**Groups**

         

**Media Jobs (1885602)**
19,631 members
Join

**Onevest: The Startup...**
39,986 members
Join

**Washburn University...**
2,055 members
Join

**Bitcoin Networking G...**
1,890 members
Join

         

**Bitcoin Private Equit...**
1,468 members
Join

**Crypto Community**
180 members
Join

**Kansas City Ichabod ...**
26 members
Join

**bitcoin**
3,197 members
Join

**Following**

## Influencers



**Andrew 'Flip' Filipow...**
Bitcoin Blockstream...
Follow

## Companies

   <br>      

**Spencer Reed Group...**
Staffing and Recruiting
Follow

**Turn The Page Onlin...**
Marketing and
Advertising
Follow

**Bitstamp**
Internet
Follow

**Vaco**
Staffing and Recruiting
Follow

