# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 14-CV-0815-W-BCW** |
| ) | |
| **BF LABS INC.., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS BF LABS INC., SONNY VLEISIDES, AND DARLA DRAKE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE

Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake (collectively "Defendants") move for leave to file supplemental evidence that was received for the first time by Defendants' counsel both yesterday morning and this morning, from a consumer who had been attempting to correspond with the Federal Trade Commission. More specifically, at 7:29 a.m. on November 19, 2014, Defendants' counsel was copied on an email from the consumer to the FTC's counsel and to the Temporary Receiver, in which the consumer was pleading for someone to respond to his query for information. The email on which Defendants' counsel was copied also includes an email chain showing the consumer's repeated attempts to contact the FTC's counsel and the Temporary Receiver. Then, at 5:46 a.m. on November 20, 2014, the consumer reached out to Defendants' counsel once again, forwarding a response that the consumer received from the FTC, wherein the FTC copied counsel for the Temporary Receiver, but did not include counsel for the Defendants.

After being copied on the email yesterday, Defendants' counsel replied to "All," including to the FTC counsel and the Temporary Receiver, and stated that Defendants' counsel intended to seek leave to submit the email chain to the Court. The consumer then responded,

stating that he was "happy for the email chain to be submitted as evidence," and that he was not "approached by anyone or any company legally involved in the court case" and that he expanded his email efforts to include Defendants' counsel's email addresses of his "own free will . . . in order to try to gain a response."

In Defendants' view, the two complete email chains, proposed to be filed as supplemental evidence to Defendants' Additional Factual Evidence (Doc. No. 155), will assist the Court in determining whether the "extraordinary and drastic remedy" of a preliminary injunction is in the "public's interest." *See FTC v. Freeman Hosp.,* 911 F.Supp. 1213, 1227 (W.D. Mo. 1995); *see also FTC v. Mktg. Response Group*, 1996 WL 420865, at *2 (M.D. Fla. 1996) (stating preliminary injunction standard). These two email chains are highly relevant as to how consumers view the FTC's approach as well as the FTC's position that it does not stand in the shoes of consumers when bringing enforcement actions.

Defendants therefore respectfully request leave to file a true and correct copy of each of the two complete email chains as supplemental evidence for the Court's consideration in advance of the preliminary injunction hearing scheduled for November 24, 2014, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,


/s/ James M. Humphrey
| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                    MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, a true and correct copy of the foregoing pleading was served by the Court's ECF system on the following:

| | |
|---|---|
| Helen Wong | Bryant T. Lamer |
| Teresa N. Kosmidis | Kersten L. Holzhueter |
| Leah Frazier | Andrea M. Chase |
| Gregory Ashe | Katie Jo Wheeler |
| Federal Trade Commission | Lucinda H. Luetkemeyer |
| 600 Pennsylvania Ave., N.W. | Spencer Fane Britt & Browne LLP |
| Mail Stop CC-10232 | 1000 Walnut Street, Suite 1400 |
| Washington DC  20580 | Kansas City MO  64106 |
| 202-326-3779 (Wong) | 816-474-8100 |
| 202-326-3216 (Kosmidis) | blamer@spencerfane.com |
| 202-326-2187 (Frazier) | kholzheuter@spencerfane.com |
| hwong@ftc.gov | achase@spencerfane.com |
| tkosmidis@ftc.gov | kwheeler@spencerfane.com |
| lfrazier@ftc.gov | lluetkemeyer@spencerfane.com |
| gashe@ftc.gov | |
| | Attorneys for Temporary Receiver |
| | Eric L. Johnson |
| | |
| Charles M. Thomas | James D. Griffin        MO # 33370 |
| Assistant United States Attorney | Lisa M. Bolliger         MO # 65496 |
| Charles Evans Whittaker | Scharnhorst Ast Kennard Griffin, PC |
| Courthouse | 1100 Walnut, Suite 1950 |
| 400 East Ninth Street, Room 5510 | Kansas City, Missouri 64106 |
| Kansas City, MO  64106 | Tel: (816) 268-9400 |
| 816-426-3130 | Fax: (816) 268-9409 |
| charles.thomas@usdoj.gov | jgriffin@sakg.com |
| | lbolliger@sakg.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant Nasser Ghoseiri |

  /s/ James M. Humphrey
Attorney for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake

49231502.3