# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Present Live Testimony at the Preliminary Injunction Hearing and Suggestions in Support (Doc. #144), Defendants BF Labs Inc., Sonny Vleisides, Darla Drake, and Nasser Ghoseiri's Motion to Present Live Testimony at Preliminary Injunction Hearing (Doc. #154), and Defendants BF Labs Inc., Sonny Vleisdies, and Darla Drake's Motion for Leave to File Supplemental Evidence (Doc. #167). After reviewing the premises for each motion, the Court discussed these motions with the parties during a November 21, 2014 teleconference. For the reasons explained during the teleconference, the Court grants each motion. Accordingly, it is hereby

ORDERED Plaintiff's Motion to Present Live Testimony at the Preliminary Injunction Hearing and Suggestions in Support (Doc. #144) is GRANTED. It is further

ORDERED Defendants BF Labs Inc., Sonny Vleisides, Darla Drake, and Nasser Ghoseiri's Motion to Present Live Testimony at Preliminary Injunction Hearing (Doc. #154) is GRANTED. It is further

1

ORDERED Defendants BF Labs Inc., Sonny Vleisdies, and Darla Drake's Motion for Leave to File Supplemental Evidence (Doc. #167) is GRANTED.

IT IS SO ORDERED.

Dated: November 21, 2014         /s/Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT