UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BF LABS, INC., *et al.*<br><br>　　Defendants. | CASE NO. 4:14-cv-00815-BCW |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' BENCH BRIEF**

Plaintiff, the Federal Trade Commission ("FTC") hereby submits its response to Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake's Bench Brief Stating Reasons Why No Preliminary Injunction or Ancillary Relief Should Be Granted ("Bench Brief"). (Dkt. No. 172.) Rather than being a brief summary framing the issues to be discussed at the upcoming preliminary injunction hearing, Defendants have submitted a 26-page opposition paper. But Defendants have already submitted an opposition brief (Dkt. No. 14) and additional evidence and arguments (Dkt. Nos. 155 and 172). Defendants' Bench Brief is nothing more than an unwarranted surreply. As such, the FTC respectfully requests that the Court strike the pleading, or, in the alternative, afford the FTC 14 days to file its reply as provided by Local Rule 7.0(e).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JONATHAN E. NUECHTERLEIN
　　　　　　　　　　　　　　　　　　　General Counsel

Dated: November 21, 2014　　　　　　*/s/ Gregory A. Ashe*
　　　　　　　　　　　　　　　　　　　Helen Wong, DC Bar # 997800
　　　　　　　　　　　　　　　　　　　Teresa N. Kosmidis, NY Bar# 4533824
　　　　　　　　　　　　　　　　　　　Leah Frazier, DC Bar# 492540
　　　　　　　　　　　　　　　　　　　Gregory A. Ashe, VA Bar #39131

1

Federal Trade Commission  
600 Pennsylvania Ave., N.W.  
Mail Stop CC-10232  
Washington, D.C. 20580  
202-326-3779 (Wong)  
202-326-3216 (Kosmidis)  
202-326-2187 (Frazier)  
202-326-3719 (Ashe)  
Facsimile: 202-326-3768  
hwong@ftc.gov  
tkosmidis@ftc.gov  
lfrazier@ftc.gov  
gashe@ftc.gov  

TAMMY DICKINSON  
United States Attorney  

Dated: November 21, 2014     /s/ Charles M. Thomas  
Charles M. Thomas, MO Bar #28522  
Assistant United States Attorney  
Charles Evans Whittaker Courthouse  
400 East Ninth Street, Room 5510  
Kansas City, MO  64106  
Telephone: (816) 426-3130  
Facsimile:  (816) 426-3165  
E-mail:  charles.thomas@usdoj.gov  

Attorneys for Plaintiff  
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 21, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Gregory A. Ashe  
Attorney for Plaintiff Federal Trade Commission