IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | Case No. 14-00815 -CV-W-BCW |
| vs. | ) | Date: November 24, 2014 |
| | ) | |
| ERIC L. JOHNSON, | ) | |
| Receiver, | ) | |
| vs. | ) | |
| | ) | |
| BF Labs, Inc., et al, | ) | |
| Defendants. | ) | |
| | ) | |

MINUTES OF HEARING

HONORABLE Brian C. Wimes presiding at Kansas City, Missouri
_____

Nature of Proceeding: Preliminary Injunction Hearing
Time Commenced:     9:00 a.m.                    Time Terminated:  4:17 p.m.


Plaintiff:  FTC                                   By: Charles Thomas, Helen Wong,
                                                  Leah Frazier, Greg Ashe


Receiver: Eric Johnson                            By: Andrea Chase, Bryant Lamer,
                                                  Lucinda Luetkemeyer, Lisa Epps-
                                                  Dale


Dft (BF Labs, Inc., Darla Drake, Sonny Vleisides  By: Braden Perry, James
                                                  Humphrey, Michael Foster, Miriam
                                                  Bailey


Dft (Nasser Ghoseiri)                             By: James Griffin
_____

| | |
|---|---|
| **9:15 a.m.** | **Above parties present.** |
| **9:30 a.m.** | **Plaintiff's opening statements.** |
| **9:44 a.m.** | **Defendant's opening statements** |
| **10:00 a.m.** | **Plaintiff presents evidence.** |
| **10:45 – 11:02 a.m.** | **Morning recess.** |
| **12:23 – 1:07 p.m.** | **Lunch recess.** |
| **1:07 p.m.** | **Plaintiff's rest.  Defendants' motion pursuant to Rule 52 will be argued at the conclusion of all the evidence.** |
| **1:10 p.m.** | **Defense presents evidence.** |
| **2:58 – 3:34 p.m.** | **Afternoon recess.** |
| **4:17 p.m.** | **Court in recess until 11/25/14 at 9:00 a.m.** |

_____

Witnesses:  Anthony Fast, Arvind Narayanan, Bruce Bourne
Court reporter:  Gayle Wambolt
Courtroom Deputy: Joella Baldwin