IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff,<br>vs.<br><br>ERIC L. JOHNSON,<br>    Receiver,<br>vs.<br><br>BF Labs, Inc., et al,<br>    Defendants. | Case No. 14-00815 -CV-W-BCW<br>Date: November 25, 2014 |

MINUTES OF HEARING

HONORABLE Brian C. Wimes presiding at Kansas City, Missouri

Nature of Proceeding: Continuation of Preliminary Injunction Hearing
Time Commenced: 9:00 a.m.          Time Terminated: 10:50 a.m.

| | |
|---|---|
| Plaintiff: FTC | By: Charles Thomas, Helen Wong, Leah Frazier, Greg Ashe |
| Receiver: Eric Johnson | By: Andrea Chase, Bryant Lamer, Lucinda Luetkemeyer, Lisa Epps-Dale |
| Dft (BF Labs, Inc., Darla Drake, Sonny Vleisides | By: Braden Perry, James Humphrey, Michael Foster, Miriam Bailey |
| Dft (Nasser Ghoseiri) | By: James Griffin |

_____

**9:00 a.m.**  Above parties present. Plaintiff's present argument. Court takes matter under advisement; counsel to submit briefing and proposed orders to the Court by 12/3/14.
_____

Court reporter: Denise Halasey
Courtroom Deputy: Joella Baldwin