IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:14-CV-00815-W-BCW |
| BF LABS INC., et al., | ) ) ) | |
| Defendants. | ) | |

# DEFENDANTS BF LABS INC., SONNY VLEISIDES, AND DARLA DRAKE EXHIBIT INDEX

| | | | | |
|---|---|---|---|---|
| T | = offered & admitted w/o objection | Ltd | = admitted for limited purposes | |
| Ex | = offered, but objected to & excluded | X | = offered & admitted over objection | |
| DB | = admitted, de bene | NO | = marked, but not offered | |
| | | WD | = offered then withdrawn | |

| Exhibit No. | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 501 | ✓ | 11.24.14 | 1:11pm | Bruce Bourne Resume |
| 502 | ✓ | 11.24.14 | 3:35pm | BFL Products by Generation |
| 503 | | 11.24.14 | | BFL Hardware: |
| 503A | | 11.24.14 | | Chip |
| 503B | | 11.24.14 | | FPGA Board |
| 503C | | 11.24.14 | | FPGA Single Miner |
| 503D | | 11.24.14 | | 65nm Jalapeno |
| 503E | | | | 65nm ASIC-based 60 GH/S miner |
| 503F | | | | 65nm 500 GH/S Mini Rig |
| 503G | | | | 28nm Monarch Water-Cooled |
| 504 | ✓ | 11.24.14 | 3:35pm | Banner Ad Advertising Samples |

Page # 1   I CERTIFY that I have this date  11.25.14  received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

James Humphrey IV

Signature

49231986.1

| Exhibit No. | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 505 | X | 11.24.14 | 3:35 | Repeat Customer Behavior |
| 506 | X | " | " | 65nm FTC Complaints |
| 507 | X | " | " | 65nm Production Lag Analysis: Chips & PCBs vs. Shipments |
| 508 | | 11.24.14 | | Eric Lefebvre Declaration |
| 509 | ✓ | 11.24.14 | 2:29 pm | Receiver Report (No. 1) – (Redacted) |
| 510 | ✓ | 11.24.14 | 2:36 pm | Receiver Report (No. 2) – (Redacted) |
| 511 | ✓ | " | 2:37 pm | Business Plan (Redacted) |
| 512 | | " | | BitSafe |
| 513 | ✓ | " | 2:58 pm | Letter of Intent (Redacted) |
| 514 | ✓ | 11.24.14 | 12:17 pm | Twitter Tweet |
| 515 | ✓ | 11.24.14 | 12:17 pm | Bitcoin Prediction Market |

Page # 2  I CERTIFY that I have this date 11.25.14 received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

James Humphrey IV

Signature

2

49231986.1