IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS BF LABS INC., SONNY VLEISIDES,
AND DARLA DRAKE'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
FIRST APPLICATION BY ERIC JOHNSON, TEMPORARY RECEIVER, FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES FOR THE PERIOD
SEPTEMBER 18, 2014 THROUGH OCTOBER 31, 2014**

BF Labs Inc., Sonny Vleisides, and Darla Drake (collectively "Defendants"), respectfully move this Court for a one-week extension of time, to and including December 5, 2014, to respond to First Application by Eric Johnson, Temporary Receiver, For Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period September 18, 2014 through October 31, 2014 ("Application"). In support of this request, Defendants state as follows:

1. The Standing Order (Doc. 77) provides that responses to Administration of Receivership Estate matters are due seven (7) calendar days from the time a motion is filed.

2. The Temporary Receiver filed his Application on November 21, 2014, making a response due on November 28, 2014.

3. Good cause exists for this extension request because, between the time that the Temporary Receiver's Application was filed and the conclusion of the Preliminary Injunction Hearing that was held on November 25 and 26, 2014, counsel for Defendants devoted their time

1

49283880.2

to preparing for and representing Defendants in the Preliminary Injunction Hearing. Additionally, the Thanksgiving holiday is tomorrow.

4. Defendants accordingly request that the Court grant Defendants a one-week extension of time, to and including December 5, 2014, in which to file their Response to the Temporary Receiver's Application.

5. This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

6. Counsel for Defendants has contacted counsel for the Temporary Receiver. Counsel for the Temporary Receiver does not oppose the requested relief. *See* Court's Standing Order No. 1 (Doc. 77).

WHEREFORE, Defendants respectfully request that the Court grant Defendants a one-week extension of time, to and including December 5, 2014, in which to file their Response to the Temporary Receiver's Application. (Doc. 173).

7. Under the Court's Standing Order No. 1 (Doc. 77), a proposed order in Word format granting the relief requested herein is being submitted to the Court by email to joella_baldwin@mow.uscourts.gov.

Respectfully submitted,

/s/ James M. Humphrey
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2014, a true and correct copy of the foregoing pleading was served by the Court's ECF system on the following:

| | |
|---|---|
| Helen Wong | Bryant T. Lamer |
| Teresa N. Kosmidis | Kersten L. Holzhueter |
| Leah Frazier | Andrea M. Chase |
| Gregory Ashe | Katie Jo Wheeler |
| Federal Trade Commission | Lucinda H. Luetkemeyer |
| 600 Pennsylvania Ave., N.W. | Spencer Fane Britt & Browne LLP |
| Mail Stop CC-10232 | 1000 Walnut Street, Suite 1400 |
| Washington DC 20580 | Kansas City MO 64106 |
| 202-326-3779 (Wong) | 816-474-8100 |
| 202-326-3216 (Kosmidis) | blamer@spencerfane.com |
| 202-326-2187 (Frazier) | kholzheuter@spencerfane.com |
| hwong@ftc.gov | achase@spencerfane.com |
| tkosmidis@ftc.gov | kwheeler@spencerfane.com |
| lfrazier@ftc.gov | lluetkemeyer@spencerfane.com |
| gashe@ftc.gov | |
| | Attorneys for Temporary Receiver |
| | Eric L. Johnson |
| | |
| Charles M. Thomas | James D. Griffin    MO # 33370 |
| Assistant United States Attorney | Lisa M. Bolliger    MO # 65496 |
| Charles Evans Whittaker | Scharnhorst Ast Kennard Griffin, PC |
| Courthouse | 1100 Walnut, Suite 1950 |
| 400 East Ninth Street, Room 5510 | Kansas City, Missouri 64106 |
| Kansas City, MO 64106 | Tel: (816) 268-9400 |
| 816-426-3130 | Fax: (816) 268-9409 |
| charles.thomas@usdoj.gov | jgriffin@sakg.com |
| | lbolliger@sakg.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant Nasser Ghoseiri |

        /s/ James M. Humphrey
     Attorney for Defendants BF Labs Inc.,
     Sonny Vleisides, and Darla Drake