# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

FEDERAL TRADE COMMISSION, )
)
        Plaintiff, )
)
v. )      Case No. 4:14-CV-00815-BCW
)
BF LABS INC., et al., )
)
        Defendants. )

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Temporary Receiver Eric L. Johnson ("Temporary Receiver"), moves the Court for leave to file Temporary Receiver's Confidential First Report and Confidential Second Report, and the exhibits thereto, under seal. In support of its motion, Temporary Receiver states that the underlying reports and their exhibits contain sensitive and proprietary information regarding Receivership Property.

WHEREFORE, Temporary Receiver respectfully requests this Court enter its order granting Temporary Receiver leave to file its motion under seal.

WA 6412467.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Bryant T. Lamer

| | |
|---|---|
| Bryant T. Lamer | MO #57355 |
| Lisa A. Epps | MO # 48544 |
| Andrea M. Chase | MO #66019 |
| Lucinda H. Luetkemeyer | MO #63983 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:　　(816) 474-8100
Facsimile:　　(816) 474-3216
blamer@spencerfane.com
lepps@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

Attorneys for Temporary Receiver Eric L.
Johnson


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of December, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Bryant T. Lamer

Attorney for Temporary Receiver Eric L.
Johnson

WA 6412467.1