# EXHIBIT E

# Michael Foster

**From:** Lamer, Bryant <blamer@spencerfane.com>
**Sent:** Tuesday, December 02, 2014 10:19 PM
**To:** Michael Foster
**Cc:** Jim Humphrey; Miriam E. Bailey; Johnson, Eric; Luetkemeyer, Lucinda
**Subject:** Re: Response to application for fees

Michael,

As represented in the fee application, the billing statements were to be made available to the Court for its in camera review. We have submitted the billing statements to the Court to aid in its ruling on the fee application. As I recall, BFL similarly represented in its fee application that it would submit its billing statements to the Court for review.

Bryant

Bryant Lamer
Spencer Fane
816.292.8296 (d)
816.308.6426 (m)
blamer@spencerfane.com

On Dec 1, 2014, at 7:43 PM, "Michael Foster" <MFoster@Polsinelli.com> wrote:

> Bryant,
>
> Can you please send the bills from Spencer Fane, BKD, UnitedLex, and RubinBrown from September 19th to October 31st and referenced in the Temporary Receiver's First Application for Fees? Thank you.
>
> Michael

**From:** Lamer, Bryant [mailto:blamer@spencerfane.com]
**Sent:** Wednesday, November 26, 2014 10:47 AM
**To:** Michael Foster
**Cc:** Jim Humphrey; Miriam E. Bailey; Johnson, Eric
**Subject:** RE: Response to application for fees

No problem at all. If you want to file something you can say we do not oppose your request. Happy Thanksgiving to all of you.

Bryant

**Bryant T. Lamer** Partner
Spencer Fane Britt & Browne LLP | spencerfane.com
1000 Walnut, Suite 1400 | Kansas City, MO 64106
Office: 816.292.8296 | Mobile: 816.308.6426

CONFIDENTIALITY: This electronic mail transmission constitutes an attorney-client communication which is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it

from your system without copying it, and notify the sender by Reply e-mail or by calling (816) 474-8100, so that our address record can be corrected.

**From:** Michael Foster [mailto:MFoster@Polsinelli.com]
**Sent:** Wednesday, November 26, 2014 9:03 AM
**To:** Lamer, Bryant
**Cc:** Jim Humphrey; Miriam E. Bailey
**Subject:** Response to application for fees

Bryant,

The whole defense team is leaving this week for the holiday. According to the standing order, I believe a response is due Friday to the application for fees. Can we get an additional week to respond? Thank you. Michael

Sent from my iPhone

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.