IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**TEMPORARY RECEIVER'S MOTION FOR LEAVE TO FILE HIS REPLY IN SUPPORT OF HIS FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES FOR THE PERIOD SEPTEMBER 18, 2014 THROUGH OCTOBER 31, 2014 IN EXCESS OF THE PAGE LIMITATIONS SET FORTH IN L.R. 7.0(f)**

Temporary Receiver Eric Johnson ("Temporary Receiver"), by counsel, submits the following Motion for Leave to file a reply memorandum in support of his First Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period September 18, 2014 through October 31, 2014 (the "Application") in excess of the ten (10) page limitation set forth in Local Rule 7.0(f), and in support thereof states as follows:

1. The Application in this action seeks compensation for services performed by Temporary Receiver and the four professional firms retained by Temporary Receiver.

2. Temporary Receiver seeks permission to present excess pages of argument because the subject matter of the Application involves several issues of fact and law, including Temporary Receiver's duties, the actions taken by Temporary Receiver and his professionals, and the proper standards for fee applications. Those extra pages were needed so that the issues that are presently before the Court can be sufficiently addressed.

WHEREFORE, Temporary Receiver respectfully requests that the Court enter the Order tendered herewith granting Temporary Receiver leave to file its reply in excess of ten (10) pages.

SPENCER FANE BRITT & BROWNE LLP

/s/ Bryant T. Lamer
Bryant T. Lamer MO #57355
Lisa Epps Dade MO #48580
Andrea M. Chase MO #66019
Lucinda H. Luetkemeyer MO #63983
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
blamer@spencerfane.com
lepps@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

**ATTORNEYS FOR TEMPORARY RECEIVER ERIC L. JOHNSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of December 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

      /s/ Bryant T. Lamer
An Attorney for Temporary Receiver
Eric L. Johnson