IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Temporary Receiver Eric L. Johnson ("Temporary Receiver"), moves the Court for leave to file the affidavits to Temporary Receiver's Reply in Support of His First Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period September 18, 2014 through October 31, 2014 under seal. In support of his motion, Temporary Receiver states that the affidavits and the exhibits thereto contain sensitive and proprietary information regarding the Receivership Defendant's business.

WHEREFORE, Temporary Receiver respectfully requests this Court enter its order granting Temporary Receiver leave to file the affidavits under seal.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

<u>   /s/ Bryant T. Lamer   </u>
| Bryant T. Lamer | MO #57355 |
| Lisa A. Epps | MO # 48544 |
| Andrea M. Chase | MO #66019 |
| Lucinda H. Luetkemeyer | MO #63983 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:       (816) 474-8100
Facsimile:       (816) 474-3216
blamer@spencerfane.com
lepps@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of December, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

<u>   /s/ Bryant T. Lamer   </u>
Attorney for Temporary Receiver Eric L. Johnson