IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On October 2, 2014, the Court, upon the agreement of the parties, entered a Stipulated Interim Order that reappointed Eric L. Johnson, as Temporary Receiver. Doc. #54. The Stipulated Interim Order provides that it would expire upon further Order of the Court. On December 12, 2014, this Court entered its Order Denying plaintiff Federal Trade Commission's motion for preliminary injunction, asset freeze, appointment of receiver, and other equitable relief (the "December 12 Order"). Doc. #201. The December 12 Order recognized that there are outstanding issues that the Court needs to address, including the most efficient procedure for winding down the temporary receivership. A telephonic status conference has been scheduled for **December 22, 2014 at 9:30 a.m.** to take up such matters. In order to provide clarification and further guidance with respect to the status of the temporary receivership for the time period before the Court issues any further orders pertaining to the wind down of the receivership, it is hereby

ORDERED that the temporary receivership pursuant to the Stipulated Interim Order is still in place and the parties remain subject to the terms and conditions of the Stipulated Interim Order until further Order of the Court. It is further

ORDERED that Temporary Receiver shall file his proposed procedures for the efficient wind down of the temporary receivership (the "Wind Down Procedures") by **December 16, 2014**. The proposed procedures may be filed under seal. It is further

ORDERED that prior to the Wind Down Procedures being approved, the Temporary Receiver is authorized, in his discretion, to begin to taking such steps to wind down the temporary receivership as he believes can be taken prior to the approval and implementation of the Wind Down Procedures, including, without limitation, the immediate transfer of control of BF Labs Inc.'s premises and certain personal property back to BF Labs Inc. by turning over the keys, security codes, and combinations maintained by the Temporary Receiver and/or the actual transfer of certain personal property; <u>provided, however</u>, to the extent that the Temporary Receiver transfers control over the premises and/or personal property to BF Labs Inc. that he will have no further continuing responsibility to secure such premises, property and mail located in and/or delivered to such premises, and/or transferred personal property except for reasonable cooperation with respect to rent, utility, and insurance matters.

IT IS SO ORDERED.

Date: <u>December 15, 2014</u>         <u>/s/Brian C. Wimes</u>
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE