IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are (1) the Application of Kennyhertz Perry, LLC for the Allowance of Compensation for Professional Services Rendered Prior to Receivership (Doc. #107) and (2) Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake's Counsel's Application for Approval of Payment of Professional Fees and Expenses Incurred Before Receivership (Doc. #108). The Court discussed these motions with the parties during a December 22, 2014 teleconference. The parties agreed that the Court's December 12, 2014 order moots these motions. Accordingly, it is hereby

ORDERED the Application of Kennyhertz Perry, LLC for the Allowance of Compensation for Professional Services Rendered Prior to Receivership (Doc. #107) is DENIED AS MOOT. It is further

ORDERED Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake's Counsel's Application for Approval of Payment of Professional Fees and Expenses Incurred Before Receivership (Doc. #108) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: December 22, 2014    /s/ Brian C. Wimes
                            JUDGE BRIAN C. WIMES
                            UNITED STATES DISTRICT COURT