UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

FEDERAL TRADE COMMISSION,                    CASE NO. 4:14-cv-00815-BCW

     Plaintiff,

     v.

BF LABS, INC., *et al.*

     Defendants.

## PLAINTIFF'S MOTION TO WITHDRAW MOTION TO APPROVE FILTER REVIEW PROTOCOL AND SUGGESTIONS IN SUPPORT

Plaintiff, the Federal Trade Commission ("FTC"), hereby seeks leave to withdraw its motion to approve Filter Review Protocol (Dkt. No. 156). The motion requested that the Court approve the protocol for filtering out potentially privileged materials contained in electronically stored information ("ESI") obtained by the FTC from Defendants' premises pursuant to the immediate access provisions of the Temporary Restraining Order (Dkt. No. 9). With the commencement of discovery, the FTC does not plan on reviewing the documents in its possession and seeks to withdraw the motion on grounds that it is now moot.

1

Respectfully submitted,


JONATHAN E. NUECHTERLEIN
General Counsel

Dated: December 31, 2014            */s/ Helen Wong*
                                    Helen Wong, DC Bar # 997800
                                    Teresa N. Kosmidis, NY Bar# 4533824
                                    Leah Frazier, DC Bar# 492540
                                    Gregory A. Ashe, VA Bar #39131
                                    Federal Trade Commission
                                    600 Pennsylvania Ave., N.W.
                                    Mail Stop CC-10232
                                    Washington, D.C. 20580
                                    202-326-3779 (Wong)
                                    202-326-3216 (Kosmidis)
                                    202-326-2187 (Frazier)
                                    202-326-3719 (Ashe)
                                    Facsimile: 202-326-3768
                                    hwong@ftc.gov
                                    tkosmidis@ftc.gov
                                    lfrazier@ftc.gov
                                    gashe@ftc.gov


                                    TAMMY DICKINSON
                                    United States Attorney

Dated: December 31, 2014            */s/ Charles M. Thomas*
                                    Charles M. Thomas, MO Bar #28522
                                    Assistant United States Attorney
                                    Charles Evans Whittaker Courthouse
                                    400 East Ninth Street, Room 5510
                                    Kansas City, MO 64106
                                    Telephone: (816) 426-3130
                                    Facsimile: (816) 426-3165
                                    E-mail: charles.thomas@usdoj.gov

                                    Attorneys for Plaintiff
                                    FEDERAL TRADE COMMISSION

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 31, 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


*/s/ Helen Wong*
Attorney for Plaintiff Federal Trade Commission