IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Temporary Receiver's Unopposed Motion for Extension of Time (Doc. #221). After reviewing the premises of the motion, the record, and the applicable law, the Court finds good cause exists for the requested extension and grants the motion.[1] Accordingly, it is hereby

ORDERED the Temporary Receiver's Unopposed Motion for Extension of Time to File Reply Suggestions in Support of Second Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses (Doc. #221) is GRANTED. The Temporary Receiver shall file his reply on or before January 9, 2015.

IT IS SO ORDERED.

DATE: January 6, 2015         /s/Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT

---

[1] At the undersigned's direction, his law clerk orally informed the Temporary Receiver on December 30, 2014, that the Court intended to issue an order granting the motion upon return to chambers after the holidays.