IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-CV-00815-BCW |
| ) | |
| BF LABS INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**TEMPORARY RECEIVER'S MOTION FOR LEAVE TO FILE HIS MOTION TO APPROVE FINAL ACCOUNTING, FINAL APPROVAL OF FEES AND EXPENSES, DISCHARGE OF RECEIVER AND CANCELLATION OF BOND UNDER SEAL AND IN EXCESS OF THE PAGE LIMITATIONS SET FORTH IN L.R. 7.0(f)**

Temporary Receiver Eric Johnson ("Temporary Receiver"), by counsel, submits the following Motion for Leave to file his Motion to Approve Final Accounting, Final Approval of Fees and Expenses, Discharge of Receiver and Cancellation of Bond (the "Final Accounting Motion") under seal and in excess of the fifteen (15) page limitation set forth in Local Rule 7.0(f) by an additional ten (10) pages, and in support thereof states as follows:

1. The Final Accounting Motion in this action details the significant activity performed by Temporary Receiver since Temporary Receiver's Second Report and provides a final accounting. The Final Accounting Motion also seeks compensation for services performed by Temporary Receiver and the four professional firms retained by Temporary Receiver.

2. Temporary Receiver seeks permission to present excess pages in support of the Final Accounting Motion because the subject matter of the Final Accounting Motion involves several issues of fact, including the details of winding-down the receivership. Those extra pages are needed so that the activity taken by the Temporary Receiver can be sufficiently addressed.

3. Temporary Receiver seeks permission to file the Final Accounting Motion under seal because the underlying motion contains sensitive and proprietary information regarding Receivership Property.

WHEREFORE, Temporary Receiver respectfully requests that the Court enter the Order tendered herewith granting Temporary Receiver leave to file his motion under seal and in excess of fifteen (15) pages, not to exceed twenty-five (25) pages.

SPENCER FANE BRITT & BROWNE LLP

/s/ Bryant T. Lamer
Bryant T. Lamer       MO #57355
Lisa Epps Dade       MO #48580
Andrea M. Chase      MO #66019
Lucinda H. Luetkemeyer  MO #63983
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:    (816) 474-8100
Facsimile:    (816) 474-3216
blamer@spencerfane.com
lepps@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

**ATTORNEYS FOR TEMPORARY RECEIVER ERIC L. JOHNSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of January 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Bryant T. Lamer
An Attorney for Temporary Receiver
Eric L. Johnson