IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

This matter is before the Court on the Temporary Receiver Eric L. Johnson's ("Temporary Receiver") motion for leave to file under seal and exceed the page limit (Doc. #229). After reviewing the premises of the motion, the record, and the applicable law, the Court grants in part the motion. Accordingly, it is hereby

ORDERED the Temporary Receiver's Motion for Leave to File His Motion to Approve Final Accounting, Final Approval of Fees and Expenses, Discharge of Receiver and Cancellation of Bond Under Seal and in Excess of the Page Limitations Set Forth in L.R. 7.0(f) (Doc. #229) is GRANTED IN PART. The Temporary Receiver is granted leave to file his motion under seal and to exceed the page limit by five (5) pages. The remainder of the motion is denied.

IT IS SO ORDERED.

Date: January 8, 2015

/s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT