IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
|       Defendants. | ) |

**DEFENDANTS BF LABS INC., SONNY VLEISIDES,
AND DARLA DRAKE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO TEMPORARY RECEIVER ERIC JOHNSON'S MOTION TO APPROVE
FINAL ACCOUNTING, FINAL APPROVAL OF FEES AND EXPENSES, DISCHARGE
OF RECEIVER AND CANCELLATION OF BOND**

BF Labs Inc., Sonny Vleisides, and Darla Drake (collectively "Defendants"), respectfully move this Court for a one-week extension of time, to and including January 23, 2015, to respond to Temporary Receiver Eric Johnson's Motion to Approve Final Accounting, Final Approval of Fees and Expenses, Discharge of Receiver and Cancellation of Bond ("Motion"). In support of this request, Defendants state as follows:

1. The Standing Order (Doc. 77) provides that responses to Administration of Receivership Estate matters are due seven (7) calendar days from the time a motion is filed.

2. The Temporary Receiver filed his Motion on January 9, 2015, making a response due on January 16, 2015.

3. Good cause exists for this extension request. This request is not being sought for purposes of delay. The purpose of this request is to ensure a full and accurate response to the Temporary Receiver's Motion, which is a total of 105 pages with affidavit and exhibits.

1

49541279.1

4. Defendants accordingly request that the Court grant Defendants a one-week extension of time, to and including January 23, 2015, in which to file their Response to the Temporary Receiver's Motion.

5. Defendants further request that the Court extend the time for the Temporary Receiver's reply by one week, to and including January 30, 2015.

6. This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

7. Counsel for Defendants has contacted counsel for the Temporary Receiver. Counsel for the Temporary Receiver does not oppose the requested relief. *See* Court's Standing Order No. 1 (Doc. 77).

WHEREFORE, Defendants respectfully request that the Court grant Defendants a one-week extension of time, to and including January 23, 2015, in which to file their Response to the Temporary Receiver's Motion. (Doc. 231). Defendants further request that the Court extend the Temporary Receiver's time to file a reply to and including January 30, 2015.

8. Under the Court's Standing Order No. 1 (Doc. 77), a proposed order in Word format granting the relief requested herein is being submitted to the Court by email to joella_baldwin@mow.uscourts.gov.

Respectfully submitted,

/s/ James M. Humphrey
| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                              MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2015, a true and correct copy of the foregoing pleading was served by the Court's ECF system on the following:

| | |
|---|---|
| Helen Wong | Bryant T. Lamer |
| Teresa N. Kosmidis | Kersten L. Holzhueter |
| Leah Frazier | Andrea M. Chase |
| Gregory Ashe | Katie Jo Wheeler |
| Federal Trade Commission | Lucinda H. Luetkemeyer |
| 600 Pennsylvania Ave., N.W. | Spencer Fane Britt & Browne LLP |
| Mail Stop CC-10232 | 1000 Walnut Street, Suite 1400 |
| Washington DC 20580 | Kansas City MO 64106 |
| 202-326-3779 (Wong) | 816-474-8100 |
| 202-326-3216 (Kosmidis) | blamer@spencerfane.com |
| 202-326-2187 (Frazier) | kholzheuter@spencerfane.com |
| hwong@ftc.gov | achase@spencerfane.com |
| tkosmidis@ftc.gov | kwheeler@spencerfane.com |
| lfrazier@ftc.gov | lluetkemeyer@spencerfane.com |
| gashe@ftc.gov | |
| | Attorneys for Temporary Receiver Eric L. Johnson |
| Charles M. Thomas | James D. Griffin     MO # 33370 |
| Assistant United States Attorney | Lisa M. Bolliger     MO # 65496 |
| Charles Evans Whittaker Courthouse | Scharnhorst Ast Kennard Griffin, PC |
| 400 East Ninth Street, Room 5510 | 1100 Walnut, Suite 1950 |
| Kansas City, MO 64106 | Kansas City, Missouri 64106 |
| 816-426-3130 | Tel: (816) 268-9400 |
| charles.thomas@usdoj.gov | Fax: (816) 268-9409 |
| | jgriffin@sakg.com |
| | lbolliger@sakg.com |
| Attorneys for Plaintiff | Attorneys for Defendant Nasser Ghoseiri |

                                                /s/ James M. Humphrey
                                                Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake