# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| BF LABS INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court are Plaintiff's Motion to Amend Scheduling Order (Doc. #236) and Defendants BF Labs Inc., Sonny Vleisdies, and Darla Jo Drake's Unopposed Motion for Extension of Time (Doc. #237). After reviewing the premises of the motions, the record, and the applicable law, the Court finds good cause exists for the requested extensions and grants the motions. Accordingly, it is hereby

ORDERED Plaintiff's Motion to Amend Scheduling Order (Doc. #236) is GRANTED. The parties shall amend all pleadings and add parties on or before **March 13, 2015**. All other deadlines in the Scheduling Order (Doc. #234) remain unchanged. It is further

ORDERED Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake's Unopposed Motion for an Extension of Time (Doc. #237) is GRANTED. Defendants shall file their opposition on or before **January 23, 2015**. The Temporary Receiver shall file his reply on or before **January 30, 2015**.

IT IS SO ORDERED.

DATE: January 16, 2015  /s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE