UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>BF LABS, INC., *et al.*,<br><br>        Defendants. | CASE NO. 4:14-cv-00815-BCW |

## ENTRY OF APPEARANCE OF JASON M. ADLER

COMES NOW Jason M. Adler of the Federal Trade Commission and enters his

appearance on behalf of the Federal Trade Commission.

Respectfully submitted,

JONATHAN E. NUECHERTERLEIN
General Counsel

Dated:  January 22, 2015

 /s/ Jason M. Adler
Helen Wong, DC Bar #997800
Leah Frazier, DC Bar #492540
Gregory A. Ashe, VA Bar #39131
Teresa N. Kosmidis, NY Bar #4533824
Jason M. Adler, IL Bar #6295738
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
202-326-3216 (Kosmidis)
202-326-3231 (Adler)
Facsimile: 202-326-3768
hwong@ftc.gov

tkosmidis@ftc.gov
lfrazier@ftc.gov
jadler@ftc.gov

TAMMY DICKINSON
United States Attorney

 /s/ Charles M. Thomas
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone:  (816) 426-3130
Facsimile:  (816) 426-3165
E-mail:  charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Helen Wong*
Attorney for Plaintiff Federal Trade Commission