# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| BF LABS INC., et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendant Nasser Ghoseiri by and through its undersigned counsel, notifies the Court that all counsel were served with *Defendant Nasser Ghoseiri's Rule 26 Initial Disclosures* on the 28th day of January, 2015, via electronic mail.

Respectfully submitted,

By: */s/ James D. Griffin*
James D. Griffin                MO # 33370
Lisa M. Bolliger                MO # 65496
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail:   jgriffin@sakg.com
          lbolliger@sakg.com

Counsel for Defendant Nasser Ghoseiri

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on January 28, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

        */s/ James D. Griffin*
        Attorney for Defendant Nasser Ghoseiri