UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br> Plaintiff,<br><br> v.<br><br>BF LABS, INC., *et al.*<br><br> Defendants. | CASE NO. 4:14-cv-00815-BCW |

**FTC'S MOTION TO STRIKE AFFIRAMTIVE DEFENSES**

Plaintiff, the Federal Trade Commission ("FTC", pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, moves to strike all affirmative defenses in the Answer filed by Defendant Nasser Ghoseiri (Dkt. No. 226) and the Answer filed by Defendants BF Labs, Inc., Darla Drake, and Sonny Vleisides (Dkt. No. 227).[1]

In support of its motion, the FTC respectfully refers the Court to its Suggestions in Support of its Motion to Strike Affirmative Defenses. As explained in the Suggestions, these defenses are insufficient because they are legally incorrect, redundant denials of the Complaints' allegations, or incomprehensible. Furthermore, allowing them to survive into discovery would prejudice both the government and consumers harmed by Defendants.

            Respectfully submitted,

            JONATHAN E. NUECHTERLEIN
            General Counsel

Dated: January 30, 2015    */s/ Gregory A. Ashe*
            Helen Wong, DC Bar # 997800
            Leah Frazier, DC Bar# 492540

---

[1] Both Answers assert the same affirmative defenses in the same order.

1

Gregory A. Ashe, VA Bar #39131
Jason M. Adler, IL Bar #6295738
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
202-326-3231 (Adler)
Facsimile: 202-326-3768
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: January 30, 2015

*/s/ Charles M. Thomas*
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Gregory A. Ashe*
Attorney for Plaintiff Federal Trade Commission

2