UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

BF LABS, INC., *et al.*

     Defendants.

CASE NO. 4:14-cv-00815-BCW

**CERTIFICATE OF SERVICE OF NOTICE OF SUBPOENAS *DUCES TECUM***

     Undersigned counsel hereby certifies that on February 4, 2015, the **FTC'S NOTICE OF SUBPOENAS *DUCES TECUM* TO BAYSIDE DESIGN INC., CUSTOM SILICON SOLUTIONS, INC., I2A TECHNOLOGIES, INC., INTERCONNECT SYSTEMS, INC., AND SIERRA CIRCUITS, INC.** was served upon the parties or their counsel.

     Undersigned counsel further certifies that on Feburary 5, 2015, this **CERTIFICATE OF SERVICE OF NOTICE OF SUBPOENAS *DUCES TECUM*** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

James M. Humphrey, Esq.
Michael S. Foster, Esq.
Miriam E. Bailey, Esq.
POSLINELLI PC

Braden M. Perry, Esq.
KENNYHERTZ PERRY, LLC

*Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake*

James D. Griffin, Esq.
Lisa M. Bolliger, Esq.
SCHARNHORST AST KENNARD GRIFFIN, P.C.
*Counsel for Defendant Nasser Ghoseiri*

1

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: February 5, 2015

/s/ Gregory A. Ashe
Helen Wong, DC Bar # 997800
Teresa N. Kosmidis, NY Bar# 4533824
Leah Frazier, DC Bar# 492540
Gregory A. Ashe, VA Bar #39131
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
Facsimile: 202-326-3768
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: February 5, 2015

/s/ Charles M. Thomas
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2