IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT NASSER GHOSEIRI'S JOINDER IN DEFENDANTS' SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

Nasser Ghoseiri appears, by and through counsel, and hereby adopts and incorporates by reference the statements and arguments in Defendants BF Labs Inc., Sonny Vleisides, and Darla Jo Drake's Suggestions in Opposition to Plaintiff's Motion to Strike Affirmative Defenses, filed February, 17, 2105. Doc. 261.

Dated: February 17, 2015.

Respectfully submitted,

By:  */s/ James D. Griffin*

James D. Griffin  MO # 33370
Lisa M. Bolliger  MO # 65496
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail: jgriffin@sakg.com
lbolliger@sakg.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on the 17th day of February 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

        /s/ James D. Griffin
        Attorney for Defendant