IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:14-CV-00815-BCW |
| ) | |
| **BF LABS INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### MOTION TO WITHDRAW AS COUNSEL FOR TEMPORARY RECEIVER ERIC L. JOHNSON

COMES NOW Lucinda H. Luetkemeyer of the law firm Spencer Fane Britt & Browne LLP and hereby moves the Court for an order allowing her to withdraw as counsel for Temporary Receiver Eric L. Johnson. Bryant T. Lamer of this same law firm will remain as counsel for Temporary Receiver Eric L. Johnson.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

 /s/ Lucinda H. Luetkemeyer
Bryant T. Lamer           MO #57355
Lisa Epps Dade            MO #48580
Andrea M. Chase           MO #66019
Lucinda H. Luetkemeyer    MO #63983
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:     (816) 474-8100
Facsimile:     (816) 474-3216
blamer@spencerfane.com
lepps@spencerfane.com
achase@spencerfane.com
lluetkemeyer@spencerfane.com

**ATTORNEYS FOR TEMPORARY RECEIVER ERIC L. JOHNSON**

WA 6680152.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 27th day of February 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                            /s/ Lucinda H. Luetkemeyer
                                        An Attorney for Temporary Receiver
                                        Eric L. Johnson