IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Lucinda H. Luetkemeyer's Motion to Withdraw as Counsel for Temporary Receiver Eric L. Johnson (Doc. #264). Ms. Luetkemeyer requests to withdraw as counsel for Temporary Receiver Eric L. Johnson. In support of her request, Ms. Luetkemeyer explains, and the record reflects, that Temporary Receiver Eric L. Johnson will continue to be represented by Bryant T. Lamer of Spencer Fane Britt & Browne LLP. The Court finds that Ms. Luetkemeyer's motion complies with Local Rule 83.5(o). Accordingly, it is hereby

ORDERED Motion to Withdraw as Counsel for Temporary Receiver Eric L. Johnson (Doc. #264) is GRANTED.

IT IS SO ORDERED.

DATED: March 3, 2015

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT