UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., *et al.*<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

**CERTIFICATE OF SERVICE FOR FTC'S FIRST SET OF INTERROGATORIES TO DEFENDANT BF LABS INC.**

Undersigned counsel hereby certifies that on March 4, 2015, the **FTC'S FIRST SET OF INTERROGATORIES TO DEFENDANT BF LABS INC.** was served upon the parties or their counsel.

Undersigned counsel further certifies that on March 4, 2015, this **CERTIFICATE OF SERVICE FOR FTC'S FIRST SET OF INTERROGATORIES TO DEFENDANT BF LABS INC.** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

James M. Humphrey, Esq.
Michael S. Foster, Esq.
Miriam E. Bailey, Esq.
POSLINELLI PC

Braden M. Perry, Esq.
KENNYHERTZ PERRY, LLC

*Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake*

James D. Griffin, Esq.
Lisa M. Bolliger, Esq.
SCHARNHORST AST KENNARD GRIFFIN, P.C.
*Counsel for Defendant Nasser Ghoseiri*

1

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated:  March 4, 2015         */s/ Gregory A. Ashe*
Helen Wong, DC Bar #997800
Leah Frazier, DC Bar #492540
Gregory A. Ashe, VA Bar #39131
Jason M. Adler, IL Bar #6295738
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
202-326-3231 (Adler)
Facsimile: 202-326-3768
hwong@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov
jadler@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: March 4, 2015          */s/ Charles M. Thomas*
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone: (816) 426-3130
Facsimile:  (816) 426-3165
E-mail:  charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION