# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Plaintiff, | Case No. 14-cv-0815-W-BCW |
| vs. | DECLARATION UNDER PENALTY OF PERJURY OF G. RICHARD GOLD |
| **BF LABS INC., , et al.,** | |
| Defendants. | |

1. My name is G. Richard Gold. I am over eighteen years of age and competent to make this declaration.

2. I am an attorney in the Office of the General Counsel of the Federal Trade Commission ("Commission"). One of my responsibilities is to review and make recommendations regarding the disposition of all administrative claims for money damages that are filed with the Commission pursuant to the Federal Torts Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680. In this role, I act as the Tort Claims Officer for the Commission.

3. I have reviewed the records of FTCA administrative claims that are maintained by the Office of the General Counsel and have determined that no administrative claim for damages has been filed by defendant BF Labs Inc. or anyone acting on its behalf.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 10, 2015
Washington, D.C.

*G. Richard Gold*
G. Richard Gold