IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of March, 2015, Defendant/Counterclaim Plaintiff BF Labs Inc., and Defendants Sonny Vleisides, Darla Drake, and Nasser Ghoseiri's responses to Plaintiff's Third Request for Production of Documents were served on the following by electronic mail:

Helen Wong (hwong@ftc.gov)
Leah Frazier (lfrazier@ftc.gov)
Gregory Ashe (gashe@ftc.gov)
Jason M. Adler (jadler@ftc.gov)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, DC 20580

Charles M. Thomas (charles.thomas@usdoj.gov)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106

Attorneys for Plaintiff Federal Trade Commission

Respectfully submitted,

/s/ Michael S. Foster
| | |
|---|---|
| James M. Humphrey | MO # 50200 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                             MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant/Counterclaim Plaintiff BF Labs Inc., and Defendants Sonny Vleisides, and Darla Drake

/s/ James D. Griffin
| | |
|---|---|
| James D. Griffin | MO # 33370 |
| Lisa M. Bolliger | MO # 65496 |

Scharnhorst Ast Kennard Griffin, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
jgriffin@sakg.com
lbolliger@sakg.com

Attorneys for Defendant Nasser Ghoseiri

2
Case 4:14-cv-00815-BCW   Document 280   Filed 03/31/15   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of March, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Michael S. Foster
Attorney for Defendant / Counterclaim Plaintiff BF Labs Inc., and Defendants Sonny Vleisides and Darla Drake