# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendant Nasser Ghoseiri by and through its undersigned counsel, notifies the Court that all counsel were served with *Defendant Nasser Ghoseiri's Responses to FTC's First Set of Interrogatories* on the 3rd day of April, 2015, via electronic mail and United States mail, postage prepaid.

Respectfully submitted,

By: */s/ Lisa M. Bolliger*
James D. Griffin     MO # 33370
Lisa M. Bolliger     MO # 65496
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail:   jgriffin@sakg.com
           lbolliger@sakg.com

Counsel for Defendant Nasser Ghoseiri

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

 /s/ Lisa M. Bolliger
Attorney for Defendant Nasser Ghoseiri