# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No.: 14-CV-00815-W-BCW |
| **BF LABS INC., et al.,** | ) ) ) |
| **Defendants.** | ) ) ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW James M. Humphrey of the law firm Polsinelli PC and hereby moves the Court for an order allowing him to withdraw as counsel for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake. Michael S. Foster and Miriam E. Bailey of this same law firm will remain as counsel for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake.

Respectfully submitted,

/s/ James M. Humphrey
James M. Humphrey          MO # 50200
Michael S. Foster          MO # 61205
Miriam E. Bailey           MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry            MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914

braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of April 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ James M. Humphrey
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake