# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 4:14-CV-00815-W-BCW** |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Mark A. Olthoff of the law firm of Polsinelli PC and enters his appearance on behalf of Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake.

Respectfully submitted,

/s/ Mark A. Olthoff
Mark A. Olthoff                                    MO # 38572
Michael S. Foster                                  MO # 61205
Miriam E. Bailey                                   MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com


Braden M. Perry                                    MO # 53865
KENNYHERTZ PERRY, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com


Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 6, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Mark A. Olthoff
Attorney for Defendant BF Labs Inc., Sonny Vleisides, and Darla Drake

50108819.1