# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-CV-00815-BCW |
| ) | |
| BF LABS INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is James M. Humphrey's Motion to Withdraw as Counsel (Doc. #283). Mr. Humphrey requests leave to withdraw as counsel for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake ("Defendants"). Mr. Humphrey states, and the record reflects, that Michael S. Foster and Miriam E. Bailey of the same law firm will remain as counsel for Defendants. The Court finds that Mr. Humphrey's request complies with Local Rule 83.5(o) and, therefore, grants it. Accordingly, it is

ORDERED James M. Humphrey's Motion to Withdraw as Counsel (Doc. #283) is GRANTED.

IT IS SO ORDERED.

DATED: April 9, 2015

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT