IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 14-CV-00815-W-BCW |
| | ) | |
| BF LABS INC.., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that (1) Defendants/Counterclaim Plaintiff BF Labs Inc. and Defendants Sonny Vleisides and Darla Drake's First Request for Admissions to Plaintiff/Counterclaim Defendant Federal Trade Commission; (2) Defendants/Counterclaim Plaintiff BF Labs Inc. and Defendants Sonny Vleisides and Darla Drake's First Set of Interrogatories to Plaintiff/Counterclaim Defendant Federal Trade Commission; and (3) Defendants/Counterclaim Plaintiff BF Labs Inc. and Defendants Sonny Vleisides and Darla Drake's First Requests for Production of Documents and Electronically Stored Information to Plaintiff/Counterclaim Defendant Federal Trade Commission were served on counsel for Plaintiff at the address below by electronic mail on April 9, 2015.

Respectfully submitted,

POLSINELLI PC

By: /s/ Michael S. Foster
MARK A. OLTHOFF     MO #38572
MICHAEL S. FOSTER     MO #61205
MIRIAM E. BAILEY     MO #60366
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

50124226.1

       Braden M. Perry         MO #53865
       Kennyhertz Perry, LLC
       420 Nichols Road, Suite 207
       Kansas City, MO 64112
       816-527-9445
       Facsimile: 855-844-2914
       braden@kennyhertzperry.com

ATTORNEYS FOR DEFENDANTS
BF LABS INC., SONNY VLEISIDES and
DARLA DRAKE

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 9th day of April, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


       /s/ Michael S. Foster
       Attorney for Defendants BF Labs Inc.,
       Sonny Vleisides, and Darla Drake

2
Case 4:14-cv-00815-BCW   Document 289   Filed 04/09/15   Page 2 of 2
50124226.1