UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BF LABS, INC., *et al.*<br><br>Defendants. | CASE NO. 4:14-cv-00815-BCW |

**CERTIFICATE OF SERVICE FOR FTC'S NOTICES OF DEPOSITION OF DEFENDANTS BF LABS, INC., DARLA DRAKE, NASSER GHOSEIRI, AND SONNY VLEISIDES**

Undersigned counsel hereby certifies that on April 9, 2015, the following discovery was served upon parties or their counsel:

**PLAINTIFF'S NOTICE OF DEPOSITION OF DARLA DRAKE**

**PLAINTIFF'S NOTICE OF DEPOSITION OF SONNY VLEISIDES**

**PLAINTIFF'S NOTICE OF DEPOSITION OF NASSER GHOSEIRI**

**PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT BF LABS, INC. PURSUANT TO RULE 30(b)(6)**

Undersigned counsel further certifies that on April 9, 2015, this **CERTIFICATE OF SERVICE FOR FTC'S NOTICES OF DEPOSITION OF DEFENDANTS BF LABS, INC., DARLA DRAKE, NASSER GHOSEIRI, AND SONNY VLEISIDES**, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James D. Griffin, Esq.<br>Lisa M. Bolliger, Esq.<br>SCHARNHORST AST KENNARD GRIFFIN, | Mark A. Olthoff, Esq.<br>Michael S. Foster, Esq.<br>Miriam E. Bailey, Esq. |

| | |
|---|---|
| P.C.<br>*Counsel for Defendant Nasser Ghoseiri* | POSLINELLI PC<br><br>Braden M. Perry, Esq.<br>KENNYHERTZ PERRY, LLC<br><br>*Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake* |
| | Respectfully submitted, |
| Dated April 9, 2015 | JONATHAN E. NUECHERTERLEIN<br>General Counsel<br><br>/s/   Leah Frazier<br>HELEN WONG, DC Bar # 997800<br>hwong@ftc.gov<br>LEAH FRAZIER, DC Bar # 492540<br>lfrazier@ftc.gov<br>GREGORY A. ASHE, VA Bar #39131<br>gashe@ftc.gov<br>JASON M. ADLER, IL Bar #6295738<br>jadler@ftc.gov<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W., Mail Stop-CC 10232<br>Washington, D.C. 20580<br>202-326-3779 (Wong)<br>202-326-2187 (Frazier)<br>202-326-3719 (Ashe)<br>202-326-3231 (Adler)<br>Facsimile: 202-326-3768<br><br>TAMMY DICKINSON<br>United States Attorney |
| Dated: April 9, 2015 | */s/ Charles M. Thomas*<br>Charles M. Thomas, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO  64106<br>Telephone: (816) 426-3130<br>Facsimile:  (816) 426-3165 |

E-mail: charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION