UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 4:14-cv-00815-BCW |
| Plaintiff, | |
| v. | |
| BF LABS, INC., *et al.* | |
| Defendants. | |

**CERTIFICATE OF SERVICE FOR FTC'S SECOND SET OF INTERROGATORIES TO DEFENDANT BF LABS INC.**

Undersigned counsel hereby certifies that on April 20, 2015, the **FTC'S SECOND SET OF INTERROGATORIES TO DEFENDANT BF LABS INC.** was served upon the parties or their counsel.

Undersigned counsel further certifies that on April 20, 2015, this **CERTIFICATE OF SERVICE FOR FTC'S SECOND SET OF INTERROGATORIES TO DEFENDANT BF LABS INC.** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Mark A. Olthoff, Esq.
Michael S. Foster, Esq.
Miriam E. Bailey, Esq.
POSLINELLI PC

Braden M. Perry, Esq.
KENNYHERTZ PERRY, LLC

*Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake*

James D. Griffin, Esq.
Lisa M. Bolliger, Esq.
SCHARNHORST AST KENNARD GRIFFIN, P.C.
*Counsel for Defendant Nasser Ghoseiri*

1

                              Respectfully submitted,

                              JONATHAN E. NUECHTERLEIN
                              General Counsel

Dated: April 20, 2015           */s/ Gregory A. Ashe*
                              Helen Wong, DC Bar #997800
                              Leah Frazier, DC Bar #492540
                              Gregory A. Ashe, VA Bar #39131
                              Jason M. Adler, IL Bar #6295738
                              Federal Trade Commission
                              600 Pennsylvania Ave., N.W.
                              Mail Stop CC-10232
                              Washington, D.C. 20580
                              202-326-3779 (Wong)
                              202-326-2187 (Frazier)
                              202-326-3719 (Ashe)
                              202-326-3231 (Adler)
                              Facsimile: 202-326-3768
                              hwong@ftc.gov
                              lfrazier@ftc.gov
                              gashe@ftc.gov
                              jadler@ftc.gov

                              TAMMY DICKINSON
                              United States Attorney

Dated: April 20, 2015           */s/ Charles M. Thomas*
                              Charles M. Thomas, MO Bar #28522
                              Assistant United States Attorney
                              Charles Evans Whittaker Courthouse
                              400 East Ninth Street, Room 5510
                              Kansas City, MO 64106
                              Telephone: (816) 426-3130
                              Facsimile: (816) 426-3165
                              E-mail: charles.thomas@usdoj.gov

                              Attorneys for Plaintiff
                              FEDERAL TRADE COMMISSION