**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

On May 5, 2015, the Court conducted a telephonic status conference with the parties. Based on this discussion, it is hereby

ORDERED this case is set for trial on **March 28, 2016 at 9:00 A.M.**, Courtroom 7D, at the United States Courthouse in Kansas City, Missouri. It is further

ORDERED this case is set for a final pretrial conference on **March 10, 2016 at 1:30 P.M**. via telephone conference; the Courtroom Deputy, Joella Baldwin, will arrange participation. It is further

ORDERED any dispositive motions, except those under Federal Rule of Civil Procedure 12(h)(2) or (3), shall be filed on or before **November 16, 2015**. It is further

ORDERED all motions to strike expert designations or preclude expert testimony premised on Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579 (1993), shall be filed on or before **November 16, 2015**. It is further

ORDERED each party shall designate any expert witnesses it intends to call at trial on or before **August 24, 2015**. Each party shall designate any responsive expert witnesses it intends to call at trial on or before **September 14, 2015**. This paragraph applies to all witnesses from whom

expert opinions will be elicited, regardless of whether the witness was specially retained to provide trial testimony. It is further

ORDERED all fact pretrial discovery authorized by the Federal Rule of Civil Procedure shall be completed on or before **August 10, 2015**; all expert discovery shall be completed on or before **October 5, 2015**. It is further

ORDERED all other dates and requirements in the Scheduling Order (Docs. #234, #238) remain unchanged. It is further

ORDERED that all additional briefing related to the Temporary Receiver's fees be filed under seal. The Clerk of the Court is instructed to file this briefing under seal. It is further

ORDERED the Temporary Receiver shall have seven (7) days to file a reply to Defendants' objections regarding the Temporary Receiver's fees.

IT IS SO ORDERED.


DATE:  May 6, 2015                              /s/Brian C. Wimes
                                                JUDGE BRIAN C. WIMES
                                                UNITED STATES DISTRICT COURT