UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., *et al.*<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

**CERTIFICATE OF SERVICE FOR FTC'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Undersigned counsel hereby certifies that on May 12, 2014, the **FTC'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES** was served upon the parties or their counsel.

Undersigned counsel further certifies that on May 12, 2015, this **CERTIFICATE OF SERVICE FOR FTC'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Mark A. Olthoff, Esq.
Michael S. Foster, Esq.
Miriam E. Bailey, Esq.
POSLINELLI PC

Braden M. Perry, Esq.
KENNYHERTZ PERRY, LLC

*Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake*

James D. Griffin, Esq.
Lisa M. Bolliger, Esq.
SCHARNHORST AST KENNARD GRIFFIN, P.C.
*Counsel for Defendant Nasser Ghoseiri*

1

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Dated: May 12, 2015         */s/ Gregory A. Ashe*
Helen Wong, DC Bar # 997800
Teresa N. Kosmidis, NY Bar# 4533824
Leah Frazier, DC Bar# 492540
Gregory A. Ashe, VA Bar #39131
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-3216 (Kosmidis)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
Facsimile: 202-326-3768
hwong@ftc.gov
tkosmidis@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov

TAMMY DICKINSON
United States Attorney

Dated: May 12, 2015         */s/ Charles M. Thomas*
Charles M. Thomas, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO  64106
Telephone: (816) 426-3130
Facsimile:  (816) 426-3165
E-mail:  charles.thomas@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2