**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-CV-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court reviewed the Temporary Receiver's proposed redactions. After considering the redactions, the record, and the applicable law, the Court made its determination on each redaction.[1] Accordingly, it is hereby

ORDERED the Temporary Receiver shall file under seal the approved redactions on or before **May 28, 2015**.

IT IS SO ORDERED.

DATE: May 22, 2015 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE

---

[1] Defendants' ten (10) days to object to the billing entries begins when the Temporary Receiver files the approved redactions. See Doc. #277 (stating that Defendants have ten days to object).