IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
|       **Defendants.** | ) |

## DEFENDANTS BF LABS INC., SONNY VLEISIDES, AND DARLA DRAKE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake (collectively, "Defendants") pursuant to Fed. R. Civ. P. 6(b), respectfully request that this Court issue its Order granting Defendants an extension of time up to and including Friday, June 5, 2015 in which to Answer or otherwise respond to Plaintiff's First Amended Complaint. In support of this Motion, Defendants state as follows:

1. Plaintiff filed its First Amended Complaint against Defendants on May 14, 2015.

3. Consequently, pursuant to the Federal Rules of Civil Procedure, Defendants' Answer or other response to the First Amended Complaint is currently due to be filed with this Court no later than Monday, June 1, 2015.

4. Lead counsel for Defendants will be on vacation through the end of next week and requests additional time in order to prepare an Answer or other responsive pleading.

5. Counsel for the Defendants have contacted counsel for the Plaintiff who has indicated that Plaintiff does not oppose the request for an extension of time.

6. No prior extensions of time have been requested.

7. This Motion for Extension of Time is not made for purposes of vexation or delay and will not adversely affect the rights of any party to this lawsuit.

WHEREFORE, Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake respectfully request that this Court issue its Order granting Defendants an extension of time up to and including Friday, June 5, 2015 in which to answer or otherwise respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

/s/ Mark A. Olthoff
| | |
|---|---|
| Mark A. Olthoff | MO # 38572 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                    MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 22nd day of May, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                            /s/ Mark A. Olthoff
                                            Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake