IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 14-CV-0815-W-BCW<br>) |
| **BF LABS INC., et al.,** | )<br>) |
| **Defendants.** | ) |

**DEFENDANT NASSER GHOSEIRI'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Nasser Ghoseiri, pursuant to Fed. R. Civ. P. 6(b), respectfully requests that this Court issue its Order granting Defendant an extension of time up to and including Friday, June 5, 2015 in which to Answer or otherwise respond to Plaintiff's First Amended Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff filed its First Amended Complaint on May 14, 2015.

2. Pursuant to the Federal Rules of Civil Procedure, Defendant's Answer or other response to the First Amended Complaint is currently due to be filed with this Court no later than Monday, June 1, 2015.

3. Lead counsel for Defendants BF Labs Inc., Sonny Vleisides and Darla Drake will be on vacation through the end of next week and requested additional time in order to prepare an Answer or other responsive pleading. Doc. 315. For efficient management of the case and to maintain uniformity, Mr. Ghoseiri likewise asks for the same extension of time.

4. Counsel for Mr. Ghoseiri has contacted counsel for the Plaintiff, who indicated that Plaintiff does not oppose the request for an extension of time.

6. No prior extensions of time have been requested.

Dated: May 26, 2015.

                Respectfully submitted,

                By: _/s/ Lisa M. Bolliger_
                James D. Griffin        MO # 33370
                Lisa M. Bolliger        MO # 65496
                SCHARNHORST AST KENNARD GRIFFIN, PC
                1100 Walnut, Suite 1950
                Kansas City, Missouri 64106
                Tel: (816) 268-9400
                Fax: (816) 268-9409
                E-mail: jgriffin@sakg.com
                          lbolliger@sakg.com

                Attorneys for Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 26th day of May 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                _/s/ Lisa M. Bolliger_
                Attorney for Defendant