IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of May, 2015, Defendant/Counterclaim Plaintiff BF Labs Inc.'s Answers to Plaintiff's Second Set of Interrogatories to BF Labs were served on the following by electronic mail:

Helen Wong (hwong@ftc.gov)
Leah Frazier (lfrazier@ftc.gov)
Gregory Ashe (gashe@ftc.gov)
Jason M. Adler (jadler@ftc.gov)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, DC 20580

Charles M. Thomas (charles.thomas@usdoj.gov)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106

Attorneys for Plaintiff Federal Trade Commission

Respectfully submitted,

/s/ Michael S. Foster
| | |
|---|---|
| Mark A. Olthoff | MO #38572 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                                    MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant/Counterclaim Plaintiff BF Labs Inc.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of May, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Michael S. Foster
Attorney for Defendant / Counterclaim Plaintiff BF Labs Inc.