IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

### DEFENDANTS BF LABS INC., SONNY VLEISIDES, AND DARLA DRAKE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO TEMPORARY RECEIVER'S SUBMISSION UNDER SEAL OF REDACTED BILLING STATEMENTS

Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake (collectively, "Defendants") pursuant to Fed. R. Civ. P. 6(b), respectfully request that this Court issue its Order granting Defendants an extension of time up to and including Friday, June 5, 2015 in which to respond to Temporary Receiver's Submission Under Seal of Redacted Billing Statements and granting the Temporary Receiver an extension of time up to and including Wednesday, June 17, 2015 in which to Reply. In support of this Motion, Defendants state as follows:

1. On March 25, 2015, the Court entered an Order implementing procedures for the Defendants to make specific objections to the Temporary Receiver's billing entries. (*See* Doc. No. 277).

2. The Court's procedure gave the Defendants ten (10) days to specifically object to unreasonable and duplicative billing entries after the redacted billing statements were provided to Defendants.

3. The redacted billing statements were provided to the Defendants late Friday, May 22, 2015, just before the Memorial Day weekend.

4. Consequently, pursuant to the Court's March 25, 2015 Order, Defendants' objections are currently due to be filed with this Court no later than Monday, June 1, 2015, giving the Defendants' four business days to file their response.

5. Lead counsel for Defendants is currently on vacation through the end of this week and requests additional time in order to respond to the billing entries.

6. Bruce Bourne, a consultant and acting Chief Financial Officer to BF Labs Inc., has his daughter's graduation this weekend and currently has family in town.

7. Further, Defendants are currently drafting their monthly status report that is due to the Court on Friday, May 29, 2015.

5. Counsel for the Defendants has contacted the Temporary Receiver who has indicated that he does not oppose the request for an extension of time but asks that his Reply deadline be extended to June 17, 2015 because of a family wedding.

6. No prior extensions of time have been requested.

7. This Motion for Extension of Time is not made for purposes of vexation or delay and will not adversely affect the rights of any party to this lawsuit.

WHEREFORE, Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake respectfully request that this Court issue its Order granting Defendants an extension of time up to and including Friday, June 5, 2015 in which to respond to the Temporary Receiver's Submission Under Seal of Redacted Billing Statements and granting the Temporary Receiver an extension of time up to and including June 17, 2015 to file his Reply.

Respectfully submitted,


/s/ Mark A. Olthoff
| | |
|---|---|
| Mark A. Olthoff | MO # 38572 |
| Michael S. Foster | MO # 61205 |
| Miriam E. Bailey | MO # 60366 |

Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                                   MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of May, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

        /s/ Mark A. Olthoff
Attorney for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake