IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants, | ) |

**TEMPORARY RECEIVER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY SUGGESTIONS IN RESPONSE TO DEFENDANTS BF LABS INC., SONNY VLEISIDES, AND DARLA DRAKE'S RESPONSE AND OBJECTIONS TO TEMPORARY RECEIVER'S SUBMISSION UNDER SEAL OF REDACTED BILLING STATEMENTS**

COMES NOW Temporary Receiver Eric L. Johnson ("Temporary Receiver") and moves that the Court enter an order extending the deadline for Temporary Receiver to file his Reply Suggestions in Response to Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake's (the "Defendants") Response and Objections to Temporary Receiver's Submission Under Seal of Redacted Billing Statements (the "Response"), Temporary Receiver states as follows:

1. On May 22, 2015, the Court entered its Order approving the Temporary Receiver's proposed redactions of his billing statements and directing the same to be served upon Defendants by no later than May 28, 2015. See Doc. 314. Defendants had ten days from the date of filing the proposed objections to file the Response.

2. On May 22, 2015, the Temporary Receiver promptly filed his proposed redactions and emailed the same to counsel for the Defendants. *See* Doc. 317.

3. On May 27, 2015, with the consent of the Temporary Receiver, the Defendants' sought an extension of their response deadline to June 5, 2015. Additionally, given a family

wedding, the Temporary Receiver requested, and Defendants agreed, that the Temporary Receiver would have until June 17, 2015 in order to filed his reply. The Court approved such extensions on May 27, 2015. See Doc. 322.

4. On Friday, June 5, 2015, Defendants filed the Response under seal. The Response was provided to the Temporary Receiver at approximately 8:00 p.m.

5. Since the receipt of the Response, the Temporary Receiver has been diligently working on his reply. However, as referenced above, the Temporary Receiver was recently out of town for a family matter that prevented him from fully focusing on the Response for several days. Additionally, several other unexpected scheduling challenges, both personal and business related, have presented themselves to the Temporary Receiver and his counsel after receipt of the Response.

6. Temporary Receiver takes the Response very seriously and wants to fully address the same. Accordingly, the Temporary Receiver requests that the Court issue an Order granting him to and including June 24, 2015, in which to file his reply to the Response.

7. This motion is not made for the purpose of delay or harassment, and no party will be prejudiced if the motion is granted.

8. Counsel for the Defendants was contacted and do not object to the relief requested.

9. Pursuant to the Court's Standing Order (Doc. 77), a proposed order in Word format granting the relief requested herein is being submitted to the Court by email to joella_baldwin@mow.uscourts.gov.

WHEREFORE, Temporary Receiver respectfully requests that the Court grant Temporary Receiver to and including June 24, 2015, in which to file his Reply to the Response, and for such other and further relief that the Court deems just and appropriate.

Respectfully Submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Bryant T. Lamer
Bryant T. Lamer    MO #57355
Andrea M. Chase    MO #66019
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:    (816) 474-8100
Facsimile:    (816) 474-3216
blamer@spencerfane.com
achase@spencerfane.com
**ATTORNEYS FOR TEMPORARY RECEIVER ERIC L. JOHNSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Bryant T. Lamer
Attorney for Temporary Receiver Eric L. Johnson