IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0815-W-BCW |
| | ) |
| **BF LABS INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2015, Defendant/Counterclaim Plaintiff BF Labs Inc.'s and Defendants Sonny Vleisides and Darla Drake's Second Request for Production of Documents and Electronically Stored Information to Federal Trade Commission was served on the following by electronic mail:

Helen Wong (hwong@ftc.gov)
Leah Frazier (lfrazier@ftc.gov)
Gregory Ashe (gashe@ftc.gov)
Jason M. Adler (jadler@ftc.gov)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, DC 20580

Charles M. Thomas (charles.thomas@usdoj.gov)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106

Attorneys for Plaintiff Federal Trade Commission

Respectfully submitted,

/s/ Michael S. Foster
Mark A. Olthoff                           MO #38572
Michael S. Foster                         MO # 61205
Miriam E. Bailey                          MO # 60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                           MO # 53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Direct: 816-527-9445
Fax: 855-844-2914
braden@kennyhertzperry.com

Attorneys for Defendant/Counterclaim Plaintiff BF Labs
Inc. and Defendants Sonny Vleisides and Darla Drake

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Michael S. Foster
Attorney for Defendant / Counterclaim Plaintiff BF Labs Inc. and Defendants Sonny Vleisides and Darla Drake