UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BF LABS, INC., *et al.*<br><br>  Defendants. | CASE NO. 4:14-cv-00815-BCW |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Federal Trade Commission ("FTC") and Defendants BF Labs, Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri ("Defendants") respectfully request that the Court extend discovery deadlines for the Amended Scheduling Order (Dkt. No. 302). In support of its motion, the parties state as follows:

1. In March 2015, the Court issued an Amended Scheduling Order (Dkt. No. 302) setting forth deadlines for discovery and dispositive motions and setting the trial date.

2. The parties have engaged in discovery in this matter. The FTC has issued interrogatories, document requests, and deposition notices. Defendants have issued interrogatories, document requests, and requests for admission. The parties anticipate needing a short extension beyond the deadlines set in the Amended Scheduling Order to complete discovery.

3. All parties now request that the Court extend discovery deadlines in the Amended Scheduling Order by approximately two weeks. Only discovery deadlines would be affected. The proposed new deadline dates are as follows:

1

| Action | Scheduling Order Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery | August 10, 2015 | August 31, 2015 |
| Designate Expert Witnesses | August 24, 2015 | September 14, 2015 |
| Responsive Expert Witnesses | September 14, 2015 | September 28, 2015 |
| Expert Discovery | October 5, 2015 | October 19, 2015 |

4. The parties are seeking a brief extension in order to accommodate deposition schedules. The parties are not seeking an extension toward the deadline for dispositive motions and are not seeking to move the trial date. Thus, granting the requested extension would not impact any other deadlines in the Amended Scheduling Order and would not delay the case.

WHEREFORE, the FTC and the Defendants jointly and respectfully request this Court amend the Amended Scheduling Order to extend certain discovery deadlines by approximately two weeks as set forth supra paragraph 3.

Dated: July 1, 2015

*/s/ Helen Wong*
HELEN WONG, DC Bar #997800
LEAH FRAZIER, DC Bar #492540
GREGORY A. ASHE, VA Bar #39131
JASON M. ADLER, IL Bar #6295738
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
202-326-3231 (Adler)
Facsimile: 202-326-3768
hwong@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov
jadler@ftc.gov

CHARLES M. THOMAS, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
charles.thomas@usdoj.gov

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

*/s/ Mark Olthoff*
MARK A. OLTHOFF, MO Bar #38572
MICHAEL S. FOSTER, MO Bar #61205
MIRIAM E. BAILEY, MO Bar #60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jhumphrey@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

BRADEN M. PERRY, MO Bar #53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Telephone: 816-527-9445
Facsimile: 816-844-2914
braden@kennyhertzperry.com

*Attorneys for Defendants BF Labs Inc.,*
*Sonny Vleisides, and Darla Drake*

*/s/ James Griffin*
JAMES D. GRIFFIN, MO Bar #33370
LISA M. BOLLIGER, MO Bar #65496
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106
Telephone: 816-268-9400
Facsimile: 816-268-9409
Email: jgriffin@sakg.com
Email: lbolliger@sakg.com

*Attorneys for Defendant Nasser Ghoseiri*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on July 1, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

              */s/ Helen Wong*
                Attorney for Plaintiff Federal Trade Commission