IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS, INC., et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order (Doc. #341). After reviewing the premises of the motion, the record, and the applicable law, the Court grants the motion. Accordingly, it is hereby

ORDERED the parties' Joint Motion to Amend Scheduling Order (Doc. #341) is GRANTED. It is further

ORDERED all fact pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before **August 31, 2015;** all expert discovery will be completed on or before **October 19, 2015**. It is further

ORDERED each party shall designate any expert witnesses it intends to call at trial on or before **September 14, 2015**. Each party shall designate any responsive expert witnesses it intends to call at trial on or before **September 28, 2015**. It is further

ORDERED all other dates and requirements in the Amended Scheduling Order (Doc. #302) remain unchanged.

IT IS SO ORDERED.

DATED: July 2, 2015

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT