IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-0815-W-BCW |
| | ) | |
| **BF LABS INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT NASSER GHOSEIRI'S JOINDER IN DEFENDANTS' SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

Nasser Ghoseiri appears, by and through counsel, and hereby adopts and incorporates by reference the statements and arguments in Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake's Suggestions in Opposition to Plaintiff's Motion to Strike Affirmative Defenses, filed July 9, 2015. Doc. 343.

Dated: July 9, 2015.

                                                   Respectfully submitted,

                                                   By:  */s/ James D. Griffin*

                                                   James D. Griffin        MO # 33370
                                                 Lisa M. Bolliger       MO # 65496
                                                 SCHARNHORST AST KENNARD GRIFFIN, PC
                                                 1100 Walnut, Suite 1950
                                                 Kansas City, Missouri 64106
                                                 Tel: (816) 268-9400
                                                 Fax: (816) 268-9409
                                                 E-mail: jgriffin@sakg.com
                                                             lbolliger@sakg.com

                                                 Attorneys for Defendant

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 9th day of July 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                _/s/ James D. Griffin_
                Attorney for Defendant