IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 14-CV-00815-W-BCW |
| | ) | |
| BF LABS INC.., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July, 2015, Defendants' Third Requests for Production of Documents and Electronically Stored Information to Plaintiff Federal Trade Commission was served on the following by electronic mail:

Helen Wong (hwong@ftc.gov)
Leah Frazier (lfrazier@ftc.gov)
Gregory Ashe (gashe@ftc.gov)
Jason M. Adler (jadler@ftc.gov)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, DC 20580

Charles M. Thomas (charles.thomas@usdoj.gov)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106

Attorneys for Plaintiff Federal Trade Commission

Respectfully submitted,

POLSINELLI PC

By: /s/ Michael S. Foster
    MARK A. OLTHOFF    MO #38572
    MICHAEL S. FOSTER    MO #61205
    MIRIAM E. BAILEY    MO #60366
    900 W. 48th Place, Suite 900
    Kansas City, Missouri 64112-1895

50736419.1

Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

Braden M. Perry                MO #53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
816-527-9445
Facsimile: 855-844-2914
braden@kennyhertzperry.com

ATTORNEYS FOR DEFENDANTS
BF LABS INC., SONNY VLEISIDES and
DARLA DRAKE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July, 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    /s/ Michael S. Foster
Attorney for Defendants BF Labs Inc.,
Sonny Vleisides, and Darla Drake

3
Case 4:14-cv-00815-BCW   Document 345   Filed 07/13/15   Page 3 of 3
50736419.1