UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., *et al.*<br><br>    Defendants. | CASE NO. 4:14-cv-00815-BCW |

**CERTIFICATE OF SERVICE FOR FTC'S RESPONSE TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Undersigned counsel hereby certifies that on July 20, 2015, the **FTC'S RESPONSE TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** was served upon the parties or their counsel.

Undersigned counsel further certifies that on July 20, 2015, this **CERTIFICATE OF SERVICE FOR FTC'S RESPONSE TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Mark A. Olthoff, Esq.
Michael S. Foster, Esq.
Miriam E. Bailey, Esq.
POSLINELLI PC

Braden M. Perry, Esq.
KENNYHERTZ PERRY, LLC

*Counsel for Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake*

James D. Griffin, Esq.
Lisa M. Bolliger, Esq.
SCHARNHORST AST KENNARD GRIFFIN, P.C.
*Counsel for Defendant Nasser Ghoseiri*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JONATHAN E. NUECHTERLEIN<br>General Counsel |
| Dated:  July 20, 2015 | */s/ Gregory A. Ashe*<br>Helen Wong, DC Bar # 997800<br>Teresa N. Kosmidis, NY Bar# 4533824<br>Leah Frazier, DC Bar# 492540<br>Gregory A. Ashe, VA Bar #39131<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Mail Stop CC-10232<br>Washington, D.C. 20580<br>202-326-3779 (Wong)<br>202-326-3216 (Kosmidis)<br>202-326-2187 (Frazier)<br>202-326-3719 (Ashe)<br>Facsimile: 202-326-3768<br>hwong@ftc.gov<br>tkosmidis@ftc.gov<br>lfrazier@ftc.gov<br>gashe@ftc.gov |
|  | TAMMY DICKINSON<br>United States Attorney |
| Dated: July 20, 2015 | */s/ Charles M. Thomas*<br>Charles M. Thomas, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO  64106<br>Telephone: (816) 426-3130<br>Facsimile:  (816) 426-3165<br>E-mail:  charles.thomas@usdoj.gov |
|  | Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |