UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

FEDERAL TRADE COMMISSION,                )
                                          )
            Plaintiff,                    )   CASE NO. 4:14-CV-00815-BCW
                                          )
v.                                        )
                                          )
BF LABS, INC., *et al.*                   )
                                          )
            Defendants.                   )

## ENTRY OF APPEARANCE

COMES NOW the undersigned, and enters her appearance on behalf of the Witness, Joshua Zerlan.

SMITHYMAN & ZAKOURA, CHARTERED

By: s/Constance L. Shidler
    Constance L. Shidler, KS Bar #18402
    750 Commerce Plaza II
    7400 West 110th Street
    Overland Park, KS 66210-2362
    Ph: 913-661-9800; Fax: 913-661-9863
    connie@smizak-law.com
    Attorney for Witness

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on August 6, 2015, a copy of the above and foregoing was served via electronic mail on the following:

Helen Wong
Teresa N. Kosmidis
Leah Frazier
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington DC 20580

Charles M. Thomas
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106

**Attorneys for Plaintiff**

James D. Griffin
Lisa M. Bollinger
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut, Suite 1950
Kansas City, MO 64106

**Attorneys for Defendant Nasser Ghoseiri**

Bryant T. Lamer
Kersten L. Holzhueter
Andrea M. Chase
Katie Jo Wheeler
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

**Attorneys for Receiver Eric L. Johnson**

Mark A. Olthoff
Michael S. Foster
Miriam E. Bailey
Polsinelli PC
6201 College Blvd, Suite 500
Overland Park, KS 66211

Braden M. Perry
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112

**Attorneys for Defendants BF Labs, Inc., Sonny Vleisides and Darla Drake**

SMITHYMAN & ZAKOURA, CHARTERED

By: s/Constance L. Shidler
    Constance L. Shidler, KS. #18402
    Attorney for Witness Joshua Zerlan

2