# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3286
_____

Federal Trade Commission

Plaintiff - Appellee

v.

Eric L. Johnson

Receiver - Appellee

BF Labs, Inc. a Wyoming corporation, doing business as Butterfly Labs; Darla Drake, an individual; Nasser Ghoseiri, an individual; Sonny Vleisides, an individual

Defendants - Appellees

------------------------------

Klye Alexander; Dylan Symington

Movants - Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:14-cv-00815-BCW)
_____

**JUDGMENT**

Before GRUENDER, BEAM and BENTON, Circuit Judges.

   This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

   After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 25, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans