IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:14-CV-00815-BCW |
| | ) |
| **BF LABS INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**TEMPORARY RECEIVER'S NOTICE OF FINAL DISBURSEMENT AND REQUEST FOR AUTHORIZATION TO TRANSFER REMAINING RESERVE FUNDS AND CLOSE ACCOUNT**

Temporary Receiver Eric Johnson ("Temporary Receiver") submits this Notice of Final Disbursement and Request for Authorization to Transfer Remaining Reserve Funds to BF Labs, Inc. In support of this Notice, the Temporary Receiver states the following:

1. On December 23, 2014, the Court entered its Order that set forth several wind-down procedures of the Temporary Receivership (the "Wind Down Order"). Doc. 218.

2. On August 12, 2015, the Court entered its Order which resolved both the outstanding fee issues and other miscellaneous matters related to the discharge and termination of the Temporary Receivership (the "Final Accounting Order") (Doc. 353).

3. Pursuant to the Final Accounting Order, the Temporary Receiver has made the following disbursements from the Receiver Reserve Account:

| | Amount Allowed | Amount Already Paid | Remaining Amount Paid |
|---|---:|---:|---:|
| Temporary Receiver | 168,278.25 | 66,248.00 | 102,030.25 |
| Spencer Fane | 546,972.75 | 292,642.39 | 254,330.36 |
| RubinBrown | 137,703.88 | 84,279.61 | 53,424.27 |
| UnitedLex | 59,108.17 | 35,491.39 | 23,616.78 |
| BKD | 14,151.91 | 7,411.07 | 6,740.84 |

|  | 926,214.96 | 486,072.46 | 440,142.50 |

4.      After such distributions, their remains approximately $72,638.65 in the Receiver Reserve Account (the "Remaining Funds"). The Wind Down Order provides the Final Accounting Order will direct where the Remaining Funds should be transferred.

5.      The Final Accounting Order is silent as to where the Temporary Receiver should direct the Remaining Funds. As such, the Temporary Receiver requests authorization to pay any remaining banking fees associated with the Reserve Account from the Remaining Funds and to transfer any remaining amounts to BF Labs, Inc. upon receiving a written direction from BF Labs, Inc. designating which bank account it wishes the funds to be transferred. The Temporary Receiver also seeks authorization to close the Reserve Account. The Temporary Receiver will submit a Certificate of Compliance upon completing such actions.

WHEREFORE, the Temporary Receiver requests an Order authorizing (i) the payment of any remaining banking fees associated with the Reserve Account from the Remaining Funds and transfer any remaining funds back to BF Labs, Inc. as set forth above and (ii) the closure of the Reserve Account, and such other and further relief as may be just and necessary.

Respectfully submitted,

TEMPORARY RECEIVER

/s/ Eric L. Johnson
Eric L. Johnson        MO # 53131
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:    (816) 474-8100
Facsimile:    (816) 474-3216
ejohnsonr@spencerfane.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of August 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Eric L. Johnson
Temporary Receiver Eric L. Johnson