IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-CV-00815-BCW |
| ) | |
| BF LABS INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Temporary Receiver's Notice of Final Disbursement and Request for Authorization to Transfer Remaining Reserve Funds and Close Account (Doc. #357). Plaintiff and Defendants do not oppose the motion. After reviewing the premises of the motion, the record, and the applicable law, the Court grants the motion. Accordingly, it is hereby

ORDERED the Temporary Receiver is authorized to pay any remaining banking fees associated with the Reserve Account from the Remaining Funds and to transfer any remaining funds back to BF Labs Inc. upon receiving a written direction from BF Labs Inc. designating an account to which the funds should be transferred. It is further

ORDERED the Temporary Receiver is also authorized to close the Reserve Account.

IT IS SO ORDERED.

DATE: August 28, 2015        /s/Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT JUDGE