UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BF LABS, INC., et al.<br><br>　　　　Defendants. | **CASE NO.** 4:14-cv-00815-BCW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES** |

Plaintiff Federal Trade Commission ("FTC") and Defendants BF Labs, Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri ("Defendants") stipulate as follows:

　　1.　　On January 13, 2015, the Court entered a scheduling order setting certain deadlines in this case. (Dkt. 234.). The scheduling order was last amended July 2, 2015. (Dkt. 342.

　　2.　　Fact discovery closed August 31, 2015. The parties have been engaging in good-faith settlement discussions.

　　3.　　In light of those discussions, the parties have agreed to and request that the Court enter the following deadlines:

| Action | Current Deadline | Stipulated Deadline |
|---|---|---|
| Expert witness designations | September 14, 2015 | September 28, 2015 |
| Responsive expert witness designations | September 28, 2015 | October 12, 2015 |
| Expert discovery closes | October 19, 2015 | October 26, 2015 |

Dated: September 3, 2015

1

| | |
|---|---|
| ____/s/Leah Frazier_____<br>HELEN WONG, DC Bar #997800<br>LEAH FRAZIER, DC Bar #492540<br>GREGORY A. ASHE, VA Bar #39131<br>JASON M. ADLER, IL Bar #6295738<br>Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Mail Stop CC-10232<br>Washington, D.C. 20580<br>202-326-3779 (Wong)<br>202-326-2187 (Frazier)<br>202-326-3719 (Ashe)<br>202-326-3231 (Adler)<br>Facsimile: 202-326-3768<br>hwong@ftc.gov<br>lfrazier@ftc.gov<br>gashe@ftc.gov<br>jadler@ftc.gov<br><br>CHARLES M. THOMAS, MO Bar #28522<br>Assistant United States Attorney<br>Charles Evans Whittaker Courthouse<br>400 East Ninth Street, Room 5510<br>Kansas City, MO 64106<br>Telephone: (816) 426-3130<br>Facsimile: (816) 426-3165<br>charles.thomas@usdoj.gov<br><br>*Attorneys for Plaintiff*<br>*FEDERAL TRADE COMMISSION* | /s/Mark A.Olthoff_____<br>MARK A. OLTHOFF, MO Bar #38572<br>MICHAEL S. FOSTER, MO Bar #61205<br>MIRIAM E. BAILEY, MO Bar #60366<br>Polsinelli PC<br>900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112-1895<br>Telephone: (816) 753-1000<br>Facsimile: (816) 753-1536<br>molthoff@polsinelli.com<br>mfoster@polsinelli.com<br>mbailey@polsinelli.com<br><br>BRADEN M. PERRY, MO Bar #53865<br>Kennyhertz Perry, LLC<br>420 Nichols Road, Suite 207<br>Kansas City, MO 64112<br>Telephone: 816-527-9445<br>Facsimile: 816-844-2914<br>braden@kennyhertzperry.com<br><br>*Attorneys for Defendants BF Labs Inc.,*<br>*Sonny Vleisides, and Darla Drake*<br><br>_/s/James D. Griffin_____<br>JAMES D. GRIFFIN, MO Bar #33370<br>LISA M. BOLLIGER, MO Bar #65496<br>Scharnhorst Ast Kennard Griffin, PC<br>1100 Walnut Street, Suite 1950<br>Kansas City, MO 64106<br>Telephone: 816-268-9400<br>Facsimile: 816-268-9409<br>Email: jgriffin@sakg.com<br>Email: lbolliger@sakg.com<br><br>*Attorneys for Defendant Nasser Ghoseiri* |

# [PROPOSED] ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order (Doc. #361). After reviewing the premises of the motion, the record, and the applicable law, the Court grants the motion. Accordingly, it is hereby

ORDERED the parties' Joint Motion to Amend Scheduling Order (Doc. #341) is GRANTED. It is further

ORDERED all expert discovery will be completed on or before **October 26, 2015**. It is further

ORDERED each party shall designate any expert witnesses it intends to call at trial on or before **September 28, 2015**. Each party shall designate any responsive expert witnesses it intends to call at trial on or before **October 12, 2015**. It is further

ORDERED all other dates and requirements in the Amended Scheduling Order (Doc. #342) remain unchanged.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Brian C. Wimes
United States District Court Judge

## CERTIFICATE OF SERVICE

I Leah Frazier, certify that on September 3, 2015, I electronically filed the foregoing Stipulation and [Proposed] Order Setting Deadlines using the CM/ECF system, which will send notification of such filing to counsel of record.

By: ____Leah E. Frazier_____