# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:14-CV-00815-BCW |
| | ) |
| BF LABS INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Miriam E. Bailey's Motion to Withdraw as Counsel (Doc. #362). Ms. Bailey seeks to withdraw as counsel for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake and states that these defendants will continue to be represented by Mark A. Olthoff and Michael S. Foster of the same law firm. The Court finds that Ms. Bailey's motion complies with Local Rule 83.5(o). Accordingly, it is hereby

ORDERED Miriam E. Bailey's Motion to Withdraw as Counsel (Doc. #362) is GRANTED.

IT IS SO ORDERED.

DATED: September 3, 2015

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT