UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>BF LABS, INC., et al.<br><br>  Defendants. | **CASE NO.** 4:14-cv-00815-BCW<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

Plaintiff Federal Trade Commission ("FTC") and Defendants BF Labs, Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri ("Defendants") stipulate as follows:

1. On January 13, 2015, the Court entered a scheduling order setting certain deadlines in this case. (Dkt. 234.). The scheduling order was last amended July 2, 2015. (Dkt. 342.

2. Fact discovery closed August 31, 2015. The parties have been engaging in good-faith settlement discussions.

3. In light of those discussions, the parties have agreed to and request that the Court enter the following deadlines:

| Action | Current Deadline | Stipulated Deadline |
|---|---|---|
| Expert witness designations | September 14, 2015 | September 28, 2015 |
| Responsive expert witness designations | September 28, 2015 | October 12, 2015 |
| Expert discovery closes | October 19, 2015 | October 26, 2015 |

Dated: September 4, 2015

____/s/Leah Frazier_____
HELEN WONG, DC Bar #997800
LEAH FRAZIER, DC Bar #492540
GREGORY A. ASHE, VA Bar #39131
JASON M. ADLER, IL Bar #6295738
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
202-326-3231 (Adler)
Facsimile: 202-326-3768
hwong@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov
jadler@ftc.gov

CHARLES M. THOMAS, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
charles.thomas@usdoj.gov

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

/s/Mark A.Olthoff_____
MARK A. OLTHOFF, MO Bar #38572
MICHAEL S. FOSTER, MO Bar #61205
MIRIAM E. BAILEY, MO Bar #60366
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com
mbailey@polsinelli.com

BRADEN M. PERRY, MO Bar #53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Telephone: 816-527-9445
Facsimile: 816-844-2914
braden@kennyhertzperry.com

*Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake*

_/s/James D. Griffin_____
JAMES D. GRIFFIN, MO Bar #33370
LISA M. BOLLIGER, MO Bar #65496
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106
Telephone: 816-268-9400
Facsimile: 816-268-9409
Email: jgriffin@sakg.com
Email: lbolliger@sakg.com

*Attorneys for Defendant Nasser Ghoseiri*