# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:14-CV-00815-BCW** |
| | ) | |
| **BF LABS INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## TEMPORARY RECEIVER'S CERTIFICATE OF COMPLIANCE REGARDING TRANSFER OF REMAINING RESERVE FUNDS AND CLOSING RESERVE ACCOUNT

Temporary Receiver Eric Johnson ("Temporary Receiver") hereby certifies that on or about September 5, 2015, he paid the remaining banking fees associated with the Reserve Account from the Remaining Funds, transferred the remaining amounts to the designated BF Labs, Inc.'s account, and closed the Reserve Account.

Respectfully submitted,

TEMPORARY RECEIVER

_____/s/ Eric L. Johnson_____
Eric L. Johnson                MO # 53131
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:        (816) 474-8100
Facsimile:        (816) 474-3216
ejohnsonr@spencerfane.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of September 2015, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

_____/s/ Eric L. Johnson_____
Temporary Receiver Eric L. Johnson

WA 7336244.1