UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 14-3286

Federal Trade Commission

Appellee

v.

Eric L. Johnson, et al.

Appellees

------------------------------

Klye Alexander and Dylan Symington

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:14-cv-00815-BCW)
_____

**MANDATE**

In accordance with the opinion and judgment of 08/25/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 19, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit