UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BF LABS, INC., et al.<br><br>　　　　Defendants. | **CASE NO.** 4:14-cv-00815-BCW<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Plaintiff Federal Trade Commission ("FTC") and Defendants BF Labs, Inc., Sonny Vleisides, Darla Jo Drake, and Nasser Ghoseiri ("Defendants") stipulate as follows:

1. On January 13, 2015, the Court entered a scheduling order setting certain deadlines in this case. (Dkt. 234). The scheduling order was last amended September 4, 2015. (Dkt. 364).

2. Fact discovery closed August 31, 2015 and expert discovery closes on October 26, 2015. Due to scheduling conflicts, the parties request that one expert deposition be held on October 28, 2015. All other expert discovery will be completed by October 26, 2015 and all other deadlines will remain the same.

Dated: October 22, 2015

　　/s/Helen Wong　　　　　　　　　　　　　202-326-3779 (Wong)
HELEN WONG, DC Bar #997800　　　　　　202-326-2187 (Frazier)
LEAH FRAZIER, DC Bar #492540　　　　　　202-326-3719 (Ashe)
GREGORY A. ASHE, VA Bar #39131　　　　202-326-3231 (Adler)
JASON M. ADLER, IL Bar #6295738　　　　Facsimile: 202-326-3768
Federal Trade Commission　　　　　　　　hwong@ftc.gov
600 Pennsylvania Ave., N.W.　　　　　　　lfrazier@ftc.gov
Mail Stop CC-10232　　　　　　　　　　　gashe@ftc.gov
Washington, D.C. 20580　　　　　　　　　jadler@ftc.gov

1

CHARLES M. THOMAS, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
charles.thomas@usdoj.gov

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

/s/Mark A.Olthoff_____
MARK A. OLTHOFF, MO Bar #38572
MICHAEL S. FOSTER, MO Bar #61205
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com

BRADEN M. PERRY, MO Bar #53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Telephone: 816-527-9445
Facsimile: 816-844-2914
braden@kennyhertzperry.com

*Attorneys for Defendants BF Labs Inc.,*
*Sonny Vleisides, and Darla Drake*

 /s/James D. Griffin_____
JAMES D. GRIFFIN, MO Bar #33370
LISA M. BOLLIGER, MO Bar #65496
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106
Telephone: 816-268-9400
Facsimile: 816-268-9409
Email: jgriffin@sakg.com
Email: lbolliger@sakg.com

*Attorneys for Defendant Nasser Ghoseiri*