IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:14-CV-00815-BCW |
| BF LABS INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff Federal Trade Commission and Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake's Stipulated Motion to Stay Case for 120 Days to Consider Settlement Agreement (Doc. #372). The moving parties explain that counsel has negotiated a settlement agreement but that Plaintiff cannot finally approve the settlement without a majority vote of approval by the FTC Commissioners. The moving parties therefore request a 120-day stay of this action to allow adequate time for Plaintiff to review and approve the settlement. After reviewing the premises of the motion, the record, and the applicable law, the Court finds good cause exists for the stay and grants the motion.[1] Accordingly, it is hereby

ORDERED Plaintiff Federal Trade Commission and Defendants BF Labs, Inc., Sonny Vleisides, and Darla Drake's Stipulated Motion to Stay Case for 120 Days to Consider Settlement Agreement (Doc. #372) is GRANTED. This action is stayed for 120 days. It is further

ORDERED the parties shall promptly notify the Court if settlement is finalized. It is further

---

[1] Defendant Ghoseiri has been contacted concerning the referenced stay but has not yet responded. Notwithstanding, the stay applies to all parties.

1

ORDERED the parties shall appear for a telephonic status conference on **March 1, 2016**, at **9:00 A.M.** The Court will cancel this teleconference if it receives notice that the parties have finalized settlement.

IT IS SO ORDERED.


DATE:  November 2, 2015  /s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE