UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BF LABS, INC., et al.<br><br>    Defendants. | **CASE NO.** 4:14-cv-00815-BCW<br><br>**JOINT MOTION TO ENTER STIPULATED FINAL ORDERS FOR PERMANENT INJUNCTION AND MONETARY JUDGMENTS AS TO DEFENDANT DARLA DRAKE** |

On November 2, 2015, upon joint motion, the Court issued an order staying the case for 120 days to allow the parties to consider settlement. (DE #372). Per the Court's order, the parties hereby notify the Court that Plaintiff Federal Trade Commission and Defendant Darla Drake have finalized a settlement. The parties respectfully request that the Court enter the attached Stipulated Final Order For Permanent Injunction And Monetary Judgment As To Defendant Darla Drake.

Dated: February 18, 2016

    /s/Leah Frazier
HELEN WONG, DC Bar #997800
LEAH FRAZIER, DC Bar #492540
GREGORY A. ASHE, VA Bar #39131
JASON M. ADLER, IL Bar #6295738
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-10232
Washington, D.C. 20580
202-326-3779 (Wong)
202-326-2187 (Frazier)
202-326-3719 (Ashe)
202-326-3231 (Adler)
Facsimile: 202-326-3768

1

hwong@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov
jadler@ftc.gov

CHARLES M. THOMAS, MO Bar #28522
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
charles.thomas@usdoj.gov

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

/s/Mark A.Olthoff_____
MARK A. OLTHOFF, MO Bar #38572
MICHAEL S. FOSTER, MO Bar #61205
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
molthoff@polsinelli.com
mfoster@polsinelli.com

BRADEN M. PERRY, MO Bar #53865
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
Telephone: 816-527-9445
Facsimile: 816-844-2914
braden@kennyhertzperry.com

*Attorneys for Defendants BF Labs Inc., Sonny Vleisides, and Darla Drake*