| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-00815-BCW |
| | ) | |
| BF LABS INC., et al., | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT NASSER GHOSEIRI

COME NOW plaintiff Federal Trade Commission and defendant Nasser Ghoseiri, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to voluntarily dismiss without prejudice defendant Nasser Ghoseiri from this action.  Defendant Nasser Ghoseiri waives any claim that he may have held under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action to the date of this Stipulation.  Each party shall bear its own costs and attorneys' fees.

*[Remainder of page intentionally blank]*

SO STIPULATED AND AGREED this 7th day of March, 2016:


*/s James Griffin*_____
JAMES D. GRIFFIN, MO Bar #33370
LISA M. BOLLIGER, MO Bar #65496
Scharnhorst Ast Kennard Griffin, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106
Telephone: 816-268-9400
Facsimile: 816-268-9409
Email: jgriffin@sakg.com
Email: lbolliger@sakg.com

*Attorneys for Defendant Nasser Ghoseiri*

*/s Helen Wong*_____
HELEN WONG (DC #997800)
LEAH FRAZIER (DC #492540)
GREGORY A. ASHE (VA #39131)
JASON M. ADLER (IL #6295738)
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-10232
Washington, DC 20580
Telephone: (202) 326-3779 (Wong)
Telephone: (202) 326-2187 (Frazier)
Telephone: (202) 326-3719 (Ashe)
Telephone: (202) 326-3231 (Adler)
Facsimile: (202) 326-3768
hwong@ftc.gov
lfrazier@ftc.gov
gashe@ftc.gov
jadler@ftc.gov

CHARLES M. THOMAS (MO #28522)
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E Ninth Street
Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
charles.thomas@usdoj.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on M a r c h 7 t h , 2016, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


                             */s/ Helen Wong*_____
                              Attorney for Plaintiff Federal Trade Commission